Schedule K-1 (Form 1120S) (2000)    SHAREHOLDER#02    JEFFREY NORMAN    Page **2**

| (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **14a** Depreciation adjustment on property placed in service after 1986 | **14a** | -3,629. | See page 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S) and Instructions for Form 6251 |
| **b** Adjusted gain or loss | **14b** | | |
| **c** Depletion (other than oil and gas) | **14c** | | |
| **d** (1) Gross income from oil, gas, or geothermal properties | **14d(1)** | | |
| (2) Deductions allocable to oil, gas, or geothermal properties | **14d(2)** | | |
| **e** Other adjustments and tax preference items *(attch sch.)* | **14e** | | |
| **15a** Name of foreign country or U.S. possession ▶ | | | |
| **b** Gross income sourced at shareholder level | **15b** | | |
| **c** Foreign gross income sourced at corporate level: | | | |
| (1) Passive | **15c(1)** | | |
| (2) Listed categories *(attach schedule)* | **15c(2)** | | |
| (3) General limitation | **15c(3)** | | |
| **d** Deductions allocated and apportioned at shareholder level: | | | Form 1116, Part I |
| (1) Interest expense | **15d(1)** | | |
| (2) Other | **15d(2)** | | |
| **e** Deductions allocated and apportioned at corporate level to foreign source income: | | | |
| (1) Passive | **15e(1)** | | |
| (2) Listed categories *(attach schedule)* | **15e(2)** | | |
| (3) General limitation | **15e(3)** | | |
| **f** Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | **15f** | | Form 1116, Part II |
| **g** Reduction in taxes available for credit and gross income from all sources *(attach schedule)* | **15g** | | See instructions for Form 1116 |
| **16** Section 59(e)(2) expenditures: a Type ▶ | | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| **b** Amount | **16b** | | |
| **17** Tax-exempt interest income | **17** | | Form 1040, line 8b |
| **18** Other tax-exempt income | **18** | | |
| **19** Nondeductible expenses | **19** | | See pages 7 and 8 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| **20** Property distributions (including cash) other than dividend distributions reported to you on Form 1099-DIV | **20** | NONE | |
| **21** Amount of loan repayments for "Loans From Shareholders" | **21** | | |
| **22** Recapture of low-income housing credit: | | | |
| **a** From section 42(j)(5) partnerships | **22a** | | Form 8611, line 8 |
| **b** Other than on line 22a | **22b** | | |
| **23** Supplemental information required to be reported separately to each shareholder *(attach additional schedules if more space is needed):* | | | |

Schedule K-1 (Form 1120S) 2000

# Form 1120S

**U.S. Income Tax Return for an S Corporation**

Department of the Treasury
Internal Revenue Service

▶ Do not file this form unless the corporation has timely filed
Form 2553 to elect to be an S corporation.
▶ See separate instructions.

OMB No. 1545-0130

**2001**

For calendar year 2001, or tax year beginning _____ , 2001, and ending _____

| A Effective date of election as an S corporation | Name | C Employer Identification number |
|---|---|---|
| 04/04/1994 | US MOBILCOMM, INC. | 23-2767067 |
| B Business code no. (see pages 29-31) | Number, street, and room or suite no. (if a P.O. box, see page 11 of the instructions.) | D Date incorporated |
| | 805 BRYN MAWR AVE | 04/04/1994 |
| 513000 | City or town, state, and ZIP code | E Total assets (see page 11) |
| | NEWTOWN SQUARE, PA        19073-4330 | 79,987. |

F Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change  (5) ☐ Amended return
G Enter number of shareholders in the corporation at end of the tax year . . . . . . . . . . . . . . . . . . . ▶ 2

Caution: Include only trade or business income and expenses on lines 1a through 21. See page 11 of the instructions for more information.

**Income**

| | | | | |
|---|---|---|---|---|
| 1a | Gross receipts or sales | 49,473. | b Less returns and allowances | c Bal ▶ 1c | 49,473. |
| 2 | Cost of goods sold (Schedule A, line 8) . . . . . . . . . . . . . . . . . . | 2 | 20,219. |
| 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . | 3 | 29,254. |
| 4 | Net gain (loss) from Form 4797, Part II, line 18 (attach Form 4797) . . . . . . | 4 | |
| 5 | Other income (loss) (attach schedule) . . . . . . . SEE STATEMENT 1. | 5 | 15. |
| 6 | Total income (loss). Combine lines 3 through 5 . . . . . . . . . . . . ▶ | 6 | 29,269. |

**Deductions (see page 12 of the instructions for limitations)**

| | | | |
|---|---|---|---|
| 7 | Compensation of officers . . . . . . . . . . . . . . . . . . . . . . | 7 | |
| 8 | Salaries and wages (less employment credits) . . . . . . . . . . . . . | 8 | |
| 9 | Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . | 9 | |
| 10 | Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 | |
| 11 | Rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Taxes and licenses . . . . . . . . . . . . . SEE STATEMENT 1. | 12 | 4,260. |
| 13 | Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13 | |
| 14a | Depreciation (if required, attach Form 4562) . . . . . 14a | 200. | | |
| b | Depreciation claimed on Schedule A and elsewhere on return . . 14b | | | |
| c | Subtract line 14b from line 14a . . . . . . . . . . . . . . . . . . | 14c | 200. |
| 15 | Depletion (Do not deduct oil and gas depletion.) . . . . . . . . . . . . | 15 | |
| 16 | Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . | 16 | |
| 17 | Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . . . | 17 | |
| 18 | Employee benefit programs . . . . . . . . . . . . . . . . . . . . | 18 | |
| 19 | Other deductions (attach schedule) . . . . . . . SEE STATEMENT 1. | 19 | 105,061. |
| 20 | Total deductions. Add the amounts shown in the far right column for lines 7 through 19 . ▶ | 20 | 109,521. |
| 21 | Ordinary income (loss) from trade or business activities. Subtract line 20 from line 6 . . . | 21 | -80,252. |

**Tax and Payments**

| | | | |
|---|---|---|---|
| 22 | Tax: a Excess net passive income tax (attach schedule) . . 22a | | | |
| | b Tax from Schedule D (Form 1120S) . . . . . . . . 22b | | | |
| | c Add lines 22a and 22b (see page 16 of the instructions for additional taxes) . . . . . | 22c | |
| 23 | Payments: a 2001 estimated tax payments and amount applied from 2000 return 23a | | | |
| | b Tax deposited with Form 7004 . . . . . . . . . . 23b | | | |
| | c Credit for Federal tax paid on fuels (attach Form 4136) . 23c | | | |
| | d Add lines 23a through 23c . . . . . . . . . . . . . . . . . . . . | 23d | |
| 24 | Estimated tax penalty. Check if Form 2220 is attached . . . . . . . . ▶ ☐ | 24 | |
| 25 | Tax due. If the total of lines 22c and 24 is larger than line 23d, enter amount owed. See page 4 of the instructions for depository method of payment . . . . . . . . . . . ▶ | 25 | |
| 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid . | 26 | |
| 27 | Enter amount of line 26 you want: Credited to 2002 estimated tax ▶ | Refunded ▶ | 27 | |

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**Sign Here**

▶ _____   _____   _____
Signature of officer                    Date             Title

May the IRS discuss this return with the preparer shown below (see page 3)? ☒ Yes ☐ No

**Paid Preparer's Use Only**

| Preparer's signature ▶ | | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | ▶ | | EIN | |
| | | | Phone no. | |

For Paperwork Reduction Act Notice, see the separate instructions.

JSA
1C1410 6.000

Form **1120S** (2001)

02/25/2002                    MC000545                    23-2767067                    6

MC000546

Form 1120S (2001) US MOBILCOMM, INC.                                    23-2767067     Page **2**

## Cost of Goods Sold (see page 16 of the instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs *(attach schedule)* | 4 | |
| 5 | Other costs *(attach schedule)* . . . . . . . . . . . . . . . . . SEE STATEMENT 2. | 5 | 20,219. |
| 6 | **Total. Add lines 1 through 5** | 6 | 20,219. |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | 20,219. |

9a Check all methods used for valuing closing inventory:
    (i) ☐ Cost as described in Regulations section 1.471-3
    (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4
    (iii) ☐ Other (specify method used and attach explanation) ▶ _____
  b Check if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) . . . . . . . . . . . . ▶ ☐
  c Check if the LIFO inventory method was adopted this tax year for any goods *(if checked, attach Form 970)* . . . . . . . ▶ ☐
  d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing
    inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9d |
  e Do the rules of section 263A (for property produced or acquired for resale) apply to the corporation? . . . . . ☐ Yes ☒ No
  f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? . . . ☐ Yes ☐ No
    If "Yes," attach explanation.

## Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | Check method of accounting: (a) ☒ Cash (b) ☐ Accrual (c) ☐ Other (specify) ▶ _____ | | |
| 2 | Refer to the list on pages 29 through 31 of the instructions and state the corporation's principal: | | |
| | (a) Business activity ▶ TWO WAY RADIO (b) Product or service ▶ SERVICE | | |
| 3 | Did the corporation at the end of the tax year own, directly or indirectly, 50% or more of the voting stock of a domestic | | |
| | corporation? (For rules of attribution, see section 267(c).) If "Yes," attach a schedule showing: (a) name, address, and | | |
| | employer identification number and (b) percentage owned. | | X |
| 4 | Was the corporation a member of a controlled group subject to the provisions of section 1561? . . . . . . . . | | X |
| 5 | Check this box if the corporation has filed or is required to file Form 8264, Application for Registration of a Tax | | |
| | Shelter . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐ | | |
| 6 | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . ▶ ☐ | | |
| | If so, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount | | |
| | Instruments. | | |
| 7 | If the corporation: (a) filed its election to be an S corporation after 1986, (b) was a C corporation before it elected to | | |
| | be an S corporation or the corporation acquired an asset with a basis determined by reference to its basis (or the | | |
| | basis of any other property) in the hands of a C corporation, and (c) has net unrealized built-in gain (defined in section | | |
| | 1374(d)(1)) in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced | | |
| | by net recognized built-in gain from prior years (see page 17 of the instructions) ▶ $ _____ | | |
| 8 | Check this box if the corporation had accumulated earnings and profits at the close of the tax year (see | | |
| | page 17 of the instructions). . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐ | | |

**Note:** *If the corporation had assets or operated a business in a foreign country or U.S. possession, it may be required to attach Schedule N (Form 1120), Foreign Operations of U.S. Corporations, to this return. See Schedule N for details.*

## Shareholders' Shares of Income, Credits, Deductions, etc.

| | (a) Pro rata share items | | (b) Total amount |
|---|---|---|---|
| 1 | Ordinary income (loss) from trade or business activities (page 1, line 21) | 1 | -80,252. |
| 2 | Net income (loss) from rental real estate activities (attach Form 8825) | 2 | |
| 3a | Gross income from other rental activities . . . . . . . | 3a | |
| b | Expenses from other rental activities (attach schedule) | 3b | |
| c | Net income (loss) from other rental activities. Subtract line 3b from line 3a . . . . . . . . | 3c | |
| 4 | Portfolio income (loss): | | |
| a | Interest income | 4a | 2,084. |
| b | Ordinary dividends | 4b | |
| c | Royalty income | 4c | |
| d | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | 4d | |
| e | (1) Net long-term capital gain (loss) (attach Schedule D (Form 1120S)): | 4e(1) | 416,002. |
| | (2) 28% rate gain (loss) ▶ _____ (3) Qualified 5-year gain ▶ _____ | | |
| f | Other portfolio income (loss) (attach schedule) | 4f | |
| 5 | Net section 1231 gain (loss) (other than due to casualty or theft) (attach Form 4797) | 5 | -17,593. |
| 6 | Other income (loss) (attach schedule) . . . . . . . . . . . . . . . . . | 6 | |

*(left margin, vertical)* Income (Loss)

JSA
1C1420 3.000

Form **1120S** (2001)

Form 1120S (2001) **US MOBILCOMM, INC.**                                    23-2767067    Page 3

## Shareholders' Shares of Income, Credits, Deductions, etc. *(continued)*

| | (a) Pro rata share items | | (b) Total amount |
|---|---|---|---|
| **Deductions** | 7 Charitable contributions *(attach schedule)* | 7 | |
| | 8 Section 179 expense deduction *(attach Form 4562)* | 8 | . |
| | 9 Deductions related to portfolio income (loss) (itemize) | 9 | |
| | 10 Other deductions *(attach schedule)* | 10 | |
| **Investment Interest** | 11a Interest expense on investment debts | 11a | |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f above | 11b(1) | 2,084. |
| | (2) Investment expenses included on line 9 above | 11b(2) | |
| **Credits** | 12a Credit for alcohol used as a fuel *(attach Form 6478)* | 12a | |
| | b Low-income housing credit: | | |
| | (1) From partnerships to which section 42(j)(5) applies | 12b(1) | |
| | (2) Other than on line 12b(1) | 12b(2) | |
| | c Qualified rehabilitation expenditures related to rental real estate activities *(attach Form 3468)* | 12c | |
| | d Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities | 12d | |
| | e Credits related to other rental activities | 12e | |
| | 13 Other credits | 13 | |
| **Adjustments and Tax Preference Items** | 14a Depreciation adjustment on property placed in service after 1986 | 14a | -7,693. |
| | b Adjusted gain or loss | 14b | |
| | c Depletion (other than oil and gas) | 14c | |
| | d (1) Gross income from oil, gas, or geothermal properties | 14d(1) | |
| | (2) Deductions allocable to oil, gas, or geothermal properties | 14d(2) | |
| | e Other adjustments and tax preference items *(attach schedule)* | 14e | |
| **Foreign Taxes** | 15a Name of foreign country or U.S. possession ▶ _____ | | |
| | b Gross income from all sources | 15b | |
| | c Gross income sourced at shareholder level | 15c | |
| | d Foreign gross income sourced at corporate level: | | |
| | (1) Passive | 15d(1) | |
| | (2) Listed categories *(attach schedule)* | 15d(2) | |
| | (3) General limitation | 15d(3) | |
| | e Deductions allocated and apportioned at shareholder level: | | |
| | (1) Interest expense | 15e(1) | |
| | (2) Other | 15e(2) | |
| | f Deductions allocated and apportioned at corporate level to foreign source income: | | |
| | (1) Passive | 15f(1) | |
| | (2) Listed categories *(attach schedule)* | 15f(2) | |
| | (3) General limitation | 15f(3) | |
| | g Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 15g | |
| | h Reduction in taxes available for credit *(attach schedule)* | 15h | |
| **Other** | 16 Section 59(e)(2) expenditures: a Type ▶ _____ b Amount ▶ | 16b | |
| | 17 Tax-exempt interest income | 17 | |
| | 18 Other tax-exempt income | 18 | |
| | 19 Nondeductible expenses | 19 | 82. |
| | 20 Total property distributions (including cash) other than dividends reported on line 22 below | 20 | |
| | 21 Other items and amounts required to be reported separately to shareholders *(attach schedule)* | | |
| | 22 Total dividend distributions paid from accumulated earnings and profits | 22 | |
| | 23 Income (loss). (Required only if Schedule M-1 must be completed.) Combine lines 1 through 6 in column (b). From the result, subtract the sum of lines 7 through 11a, 15g, and 16b | 23 | 320,241. |

Form 1120S (2001)

MC000547

MC000548

| Form 1120S (2001) | US MOBILCOMM, INC. | | 23-2767067 | Page 4 |
|---|---|---|---|---|

**Balance Sheets per Books**

| Assets | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 1 | Cash | | 37,682. | | 6,570. |
| 2 | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. Government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach schedule) | STMT 4 | 43,477. | | 14,400. |
| 7 | Loans to shareholders | | 20,500. | | NONE |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach schedule) | | | | |
| 10 a | Buildings and other depreciable assets | 133,791. | | 90,913. | |
| b | Less accumulated depreciation | 133,361. | 430. | 90,683. | 230. |
| 11 a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13 a | Intangible assets (amortizable only) | 28,500. | | 28,500. | |
| b | Less accumulated amortization | 13,401. | 15,099. | 15,168. | 13,332. |
| 14 | Other assets (attach schedule) | STMT 4 | 179,558. | | 45,455. |
| 15 | Total assets | | 296,746. | | 79,987. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | STMT 4 | 78,815. | | NONE |
| 18 | Other current liabilities (attach schedule) | STMT 4 | 898. | | 395. |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach schedule) | | | | |
| 22 | Capital stock | | 5. | | 5. |
| 23 | Additional paid-in capital | | 973,038. | | 515,438. |
| 24 | Retained earnings | | -756,010. | | -435,851. |
| 25 | Adjustments to shareholders' equity (attach schedule) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 296,746. | | 79,987. |

**Reconciliation of Income (Loss) per Books With Income (Loss) per Return** (You are not required to complete this schedule if the total assets on line 15, column (d), of Schedule L are less than $25,000.)

| 1 | Net income (loss) per books | 320,159. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 6 (itemize): | |
|---|---|---|---|---|---|
| 2 | Income included on Schedule K, lines 1 through 6, not recorded on books this year (itemize): _____ | | a | Tax-exempt interest _____ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 11a, 15g, and 16b (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 11a, 15g, and 16b, not charged against book income this year (itemize): | |
| a | Depreciation _____ | | a | Depreciation _____ | |
| b | Travel and entertainment _____ | 82. | | _____ | |
| | _____ | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1 through 3 | 320,241. | 8 | Income (loss) (Schedule K, line 23). Line 4 less line 7 | 320,241. |

**Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed** (see page 27 of the instructions)

| | | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|---|
| 1 | Balance at beginning of tax year | -694,396. | | |
| 2 | Ordinary income from page 1, line 21 | | | |
| 3 | Other additions . . . . SEE STATEMENT 5. | 418,086. | | |
| 4 | Loss from page 1, line 21 | ( 80,252 ) | | |
| 5 | Other reductions . . . . SEE STATEMENT 5. | ( 17,675 ) | ( ) | |
| 6 | Combine lines 1 through 5 | -374,237. | | |
| 7 | Distributions other than dividend distributions | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | -374,237. | | |

| TC1440 3.000 | JSA | 02/25/2002 | 23-2767067 | Form 1120S (2001) |
|---|---|---|---|---|

**SCHEDULE D**
**(Form 1120S)**

Department of the Treasury
Internal Revenue Service

**Capital Gains and Losses and Built-In Gains**

► Attach to Form 1120S.

► See separate Instructions.

OMB No. 1545-0130

**2001**

Name

US MOBILCOMM, INC.

Employer Identification number

23-2767067

## Short-Term Capital Gains and Losses - Assets Held One Year or Less

| (a) Description of property (Example, 100 shares of "Z" Co.) | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Sales price | (e) Cost or other basis (see instructions) | (f) Gain or (loss) ((d) minus (e)) |
|---|---|---|---|---|---|
| 1 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| 2 Short-term capital gain from installment sales from Form 6252, line 26 or 37 . . | 2 | | |
| 3 Short-term capital gain or (loss) from like-kind exchanges from Form 8824 . . . | 3 | | |
| 4 Combine lines 1 through 3 in column (f) . . . . . . . . . . . . . . . . | 4 | | |
| 5 Tax on short-term capital gain included on line 33 below . . . . . . . . . . | 5 | ( | ) |
| 6 Net short-term capital gain or (loss). Combine lines 4 and 5. Enter here and on Form 1120S, Schedule K, line 4d or 6 . . . . . . . . . . . . . . . . | 6 | | |

## Long-Term Capital Gains and Losses - Assets Held More Than One Year

| (a) Description of property (Example, 100 shares of "Z" Co.) | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Sales price | (e) Cost or other basis (see instructions) | (f) Gain or (loss) ((d) minus (e)) | (g) 28% rate gain or (loss) *(see instr. below) |
|---|---|---|---|---|---|---|
| 7 SEE STATEMENT 6 | | | | | 416,002. | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| 8 Long-term capital gain from installment sales from Form 6252, line 26 or 37 . . . | 8 | | |
| 9 Long-term capital gain or (loss) from like-kind exchanges from Form 8824 . . . | 9 | | |
| 10 Capital gain distributions . . . . . . . . . . . . . . . . . . . | 10 | | |
| 11 Combine lines 7 through 10 in column (f) . . . . . . . . . . . . . . | 11 | 416,002. | |
| 12 Tax on long-term capital gain included on lines 25 and 33 below . . . . . . | 12 | ( | ) ( ) |
| 13 Combine lines 7 through 12 in column (g). Enter here and on Form 1120S, Schedule K, line 4e(2) or 6 . . . . . . . . . . . . . . . . . . | 13 | | |
| 14 Net long-term capital gain or (loss). Combine lines 11 and 12 in column (f). Enter here and on Form 1120S, Schedule K, line 4e(1) or 6 . . . . . . . | 14 | 416,002. | |

* 28% rate gain or (loss) includes all "collectibles gains and losses" (as defined in the instructions).

## Capital Gains Tax (See instructions before completing this part.)

| | | | |
|---|---|---|---|
| 15 Enter section 1231 gain from Form 4797, line 9 . . . . . . . . . . . . | 15 | | |
| 16 Net long-term capital gain or (loss). Combine lines 11 and 15 . . . . . . . . . . . . | 16 | | |
| | Note: *If the corporation is liable for the excess net passive income tax (Form 1120S, page 1, line 22a) or the built-in gains tax (Part IV below), see the line 17 instructions before completing line 17.* | | |
| 17 Net capital gain. Enter excess of net long-term capital gain (line 16) over net short-term capital loss (line 4) . . . . | 17 | | |
| 18 Statutory minimum . . . . . . . . . . . . . . . . . . . . . | 18 | $25,000 | |
| 19 Subtract line 18 from line 17 . . . . . . . . . . . . . . . . . . | 19 | | |
| 20 Enter 34% of line 19 . . . . . . . . . . . . . . . . . . . . | 20 | | |
| 21 Taxable income (attach computation schedule) . . . . . . . . . . . . | 21 | | |
| 22 Enter tax on line 21 amount (attach computation schedule) . . . . . . . . | 22 | | |
| 23 Net capital gain from substituted basis property (attach computation schedule) . . . | 23 | | |
| 24 Enter 35% of line 23 . . . . . . . . . . . . . . . . . . . . | 24 | | |
| 25 Tax. Enter the smallest of line 20, 22, or 24 here and on Form 1120S, page 1, line 22b . . . . . . . . | 25 | | |

## Built-In Gains Tax (See instructions before completing this part.)

| | | | |
|---|---|---|---|
| 26 Excess of recognized built-in gains over recognized built-in losses (attach computation schedule) . . . . | 26 | | |
| 27 Taxable income (attach computation schedule) . . . . . . . . . . . . . . | 27 | | |
| 28 Net recognized built-in gain. Enter smallest of line 26, line 27, or line 7 of Schedule B . . . . . . . . . | 28 | | |
| 29 Section 1374(b)(2) deduction . . . . . . . . . . . . . . . . . . | 29 | | |
| 30 Subtract line 29 from line 28. If zero or less, enter -0- here and on line 33 . . . . . . . . . . | 30 | | |
| 31 Enter 35% of line 30 . . . . . . . . . . . . . . . . . . . . | 31 | | |
| 32 Business credit and minimum tax credit carryforwards under section 1374(b)(3) from C corporation years . . | 32 | | |
| 33 Tax. Subtract line 32 from line 31 (if zero or less, enter -0-). Enter here and on Form 1120S, page 1, line 22b . . . . | 33 | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.

Schedule D (Form 1120S) 2001

JSA
1C1810 3.000

MC000549

02/25/2002                                    23-2767067                    10

MC000550

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) ► See separate instructions.  ► Attach this form to your return. | OMB No. 1545-0172 **2001** Attachment Sequence No. **67** |
|---|---|---|

Department of the Treasury
Internal Revenue Service (99)

Name(s) shown on return

oS MOBILCOMM, INC.

Identifying number

23-2767067

Business or activity to which this form relates

GENERAL DEPRECIATION AND AMORTIZATION

**Election To Expense Certain Tangible Property Under Section 179**
Note: *If you have any "listed property," complete Part V before you complete Part I.*

| | | |
|---|---|---|
| 1 | Maximum dollar limitation. If an enterprise zone business, see page 2 of the instructions | 1 |
| 2 | Total cost of section 179 property placed in service (see page 2 of the instructions) | 2 |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see page 2 of the instructions | 5 |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| **6** | | |

| | | |
|---|---|---|
| 7 | Listed property. Enter amount from line 27 . . . . . . . . . . . . . . . | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | 9 |
| 10 | Carryover of disallowed deduction from 2000 (see page 3 of the instructions) | 10 |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 |
| 13 | Carryover of disallowed deduction to 2002. Add lines 9 and 10, less line 12 . . . . . ► | 13 | |

Note: *Do not use Part II or Part III below for listed property (automobiles, certain other vehicles, cellular telephones, certain computers, or property used for entertainment, recreation, or amusement). Instead, use Part V for listed property.*

**MACRS Depreciation for Assets Placed in Service Only During Your 2001 Tax Year (Do not include listed property.)**

**Section A - General Asset Account Election**

| | |
|---|---|
| 14 | If you are making the election under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check this box. See page 3 of the instructions ► |

**Section B - General Depreciation System (GDS) (See page 3 of the instructions.)**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 15a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C - Alternative Depreciation System (ADS) (See page 5 of the instructions.)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 16a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | MM | S/L | |

**Other Depreciation (Do not include listed property.) (See instructions beginning on page 5.)**

| | | | |
|---|---|---|---|
| 17 | GDS and ADS deductions for assets placed in service in tax years beginning before 2001 | 17 | 200. |
| 18 | Property subject to section 168(f)(1) election | 18 | |
| 19 | ACRS and other depreciation | 19 | |

**Summary (See page 6 of the instructions.)**

| | | | |
|---|---|---|---|
| 20 | Listed property. Enter amount from line 26 | 20 | |
| 21 | Total. Add deductions from line 12, lines 15 and 16 in column (g), and lines 17 through 20. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions | 21 | 200. |
| 22 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 22 | |

JSA  **For Paperwork Reduction Act Notice, see page 9 of the instructions.**
1C2300 4.000

Form **4562** (2001)

23-2767067

11

MC000551

Form 4562 (2001)                                                                                                          Page 2

## Part V — Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 23a, 23b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A - Depreciation and Other Information (Caution: See page 7 of the instructions for limits for passenger automobiles.)

| 23a Do you have evidence to support the business/investment use claimed? | Yes | No | 23b If "Yes," is the evidence written? | Yes | No |

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **24 Property used more than 50% in a qualified business use (see page 6 of the instructions):** | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| **25 Property used 50% or less in a qualified business use (see page 6 of the instructions):** | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| 26 Add amounts in column (h). Enter the total here and on line 20, page 1 . . . . . . . . . . . . . . . . . . . | | | | | | 26 | | |
| 27 Add amounts in column (i). Enter the total here and on line 7, page 1 . . . . . . . . . . . . . . . . . . | | | | | | | 27 | |

### Section B - Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.

If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|
| 28 Total business/investment miles driven during the year (do not include commuting miles - see page 2 of the instructions) . . . . . . . . | | | | | | |
| 29 Total commuting miles driven during the year . . . . | | | | | | |
| 30 Total other personal (noncommuting) miles driven . . . . . . . . . . . . . . . | | | | | | |
| Total miles driven during the year. Add lines 28 through 30 . . . . . . . . . . . . . | | | | | | |

| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 Was the vehicle available for personal use during off-duty hours? . . . . . . . . . . | | | | | | | | | | | | |
| 33 Was the vehicle used primarily by a more than 5% owner or related person? . . . . . . | | | | | | | | | | | | |
| 34 Is another vehicle available for personal use? . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |

### Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons (see page 8 of the instructions).

| | Yes | No |
|---|---|---|
| 35 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 36 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See page 8 of the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . . . . . . . . . | | |
| 37 Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . . . . . | | |
| 38 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . . . . | | |
| 39 Do you meet the requirements concerning qualified automobile demonstration use? (See page 8 of the instructions.) . . . . . . . . . . | | |

Note: If your answer to 35, 36, 37, 38, or 39 is "Yes," do not complete Section B for the covered vehicles.

## Part VI — Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **Amortization of costs that begins during your 2001 tax year (see instructions beginning on page 8):** | | | | | |
| | | | | | |
| | | | | | |
| 41 Amortization of costs that began before your 2001 tax year . . . . . . . . . . . . . . . . . | | | 41 | | 1,767. |
| 42 Total. Add amounts in column (f). See page 9 of the instructions for where to report . . . . . . . . . . . . . | | | 42 | | 1,767. |

JSA
1C2301 4.000

Form 4562 (2001)

13

| Form **4797** | | **Sales of Business Property** (Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2)) ▶ Attach to your tax return.  ▶ See separate instructions. | OMB No. 1545-0184 **2001** Attachment Sequence No. **27** |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | | |

| e(s) shown on return | | | | | | | Identifying number |
|---|---|---|---|---|---|---|---|
| US MOBILCOMM, INC. | | | | | | | 23-2767067 |

1 Enter the gross proceeds from sales or exchanges reported to you for 2001 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20 (see instructions) . . . . . . . . . . . . . . . | **1** |

**Part I — Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft - Most Property Held More Than 1 Year (See instructions.)**

| (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| 2 STMT 7 | | | | | | -17,593. |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| 3  Gain, if any, from Form 4684, line 39 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| 4  Section 1231 gain from installment sales from Form 6252, line 26 or 37 . . . . . . . . . . . . | **4** | |
| 5  Section 1231 gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . . . | **5** | |
| 6  Gain, if any, from line 32, from other than casualty or theft . . . . . . . . . . . . . . . . | **6** | |
| 7  Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows: . . . . . | **7** | -17,593. |

Partnerships (except electing large partnerships). Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 6. Skip lines 8, 9, 11, and 12 below.

S corporations. Report the gain or (loss) following the instructions for Form 1120S, Schedule K, lines 5 and 6. Skip lines 8, 9, 11, and 12 below, unless line 7 is a gain and the S corporation is subject to the capital gains tax.

All others. If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on Schedule D and skip lines 8, 9, 11, and 12 below.

| | | |
|---|---|---|
| 8  Nonrecaptured net section 1231 losses from prior years (see instructions) . . . . . . . . . . . . | **8** | |
| 9  Subtract line 8 from line 7. If zero or less, enter -0-. Also enter on the appropriate line as follows (see instructions): . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | |

S corporations. Enter any gain from line 9 on Schedule D (Form 1120S), line 15, and skip lines 11 and 12 below.

All others. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below, and enter the gain from line 9 as a long-term capital gain on Schedule D.

**Part II — Ordinary Gains and Losses**

10  Ordinary gains and losses not included on lines 11 through 17 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| 11  Loss, if any, from line 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | ( ) |
| 12  Gain, if any, from line 7 or amount from line 8, if applicable . . . . . . . . . . . . . . | **12** | |
| 13  Gain, if any, from line 31 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13** | |
| 14  Net gain or (loss) from Form 4684, lines 31 and 38a . . . . . . . . . . . . . . . . | **14** | |
| 15  Ordinary gain from installment sales from Form 6252, line 25 or 36 . . . . . . . . . . . | **15** | |
| 16  Ordinary gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . . | **16** | |
| 17  Recapture of section 179 expense deduction for partners and S corporation shareholders from property dispositions by partnerships and S corporations (see instructions) . . . . . . . . . . . . . . . . | **17** | |
| 18  Combine lines 10 through 17. Enter the gain or (loss) here and on the appropriate line as follows: . . . . | **18** | |
| a  For all except individual returns. Enter the gain or (loss) from line 18 on the return being filed. | | |
| b  For individual returns: | | |
| (1) If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 27, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 22. Identify as from "Form 4797, line 18b(1)." See instructions . . . . . . . . . . . . . . . . . . . . . | **18b(1)** | |
| (2) Redetermine the gain or (loss) on line 18 excluding the loss, if any, on line 18b(1). Enter here and on Form 1040, line 14 . . . . . . . . . . . . . . . . . . . . . . . . . . | **18b(2)** | |

For Paperwork Reduction Act Notice, see page 7 of the instructions. — Form **4797** (2001)

JSA
1X2610 2.000

MC000552

US MOBILCOMM, INC

## 2001 Depr...iation

Description of Property
GENERAL DEPRECIATION AND AMORTIZATION

| Asset description | Date placed in service | Unadjusted cost or basis | Bus. % | 179 exp. reduc. in basis | ITC reduction in basis | Basis for depreciation | Beginning Accumulated Depreciation | Ending Accumulated Depreciation | Me-thod | Con-ven-tion | Life | ACRS class | MA CRS class | Current -yr 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EQUIP- BALT/WASH-USN | 07/01/1995 | 41,335. | 100. | | | 41,335. | 41,335. | 41,335. | 200DB | HY | | | 5 | | |
| * EQUIP- BOSTON-KR | 07/01/1995 | 42,879. | 100. | | | 42,879. | 42,879. | 42,879. | 200DB | HY | | | 5 | | |
| EQUIP- NY-KA | 07/01/1995 | 44,587. | 100. | | | 44,587. | 44,587. | 44,587. | 200DB | HY | | | 5 | | |
| COMPUTER EQUIPMENT | 07/01/1995 | 1,902. | 100. | | | 1,902. | 1,902. | 1,902. | 200DB | HY | | | 5 | | |
| COMPUTER EQUIPMENT | 07/01/1996 | 1,572. | 100. | | | 1,572. | 1,572. | 1,572. | 200DB | HY | | | 5 | | 90. |
| COMPUTER EQUIPMENT | 09/01/1998 | 953. | 100. | | | 953. | 613. | 723. | 200DB | HY | | | 5 | | 110. |
| EQUIP- BALT/WASH ASP | 11/22/1999 | 564. | 100. | 564. | | | | | 200DB | HY | | | 5 | | |
| Less Retired Assets . . . . . . . . . . | | -42,879. | | . | | -42,879. | -42,879. | -42,879. | | | | | | | |
| TOTALS . . . . . . . . . . . . . | | 50,913. | | 564. | | 90,349. | 89,919. | 90,113. | | | | | | | 300. |

*Assets Retired

JSA
1X9627 1.000

02/25/2002          MC000553          23-2767067                    15

## 2001 Amortization

US MOBILCOMM, INC.
Description of Pr.
GENERAL DEPRECIATION AND AMORTIZATION

| Asset description | Date placed in service | Cost or basis | Beginning Accumulated Amortization | Ending Accumulated Amortization | Code | Life | Current-year amortization |
|---|---|---|---|---|---|---|---|
| INCORPORATION EXP | 04/04/1994 | 1,000. | 1,000. | 1,000. | 248 | 5.000 | |
| INTANGIBLE ACQ COST | 04/04/1994 | 9,000. | 4,250. | 4,850. | 197 | 15.000 | 600. |
| FCC LICENSE | 12/01/1994 | 17,500. | 7,099. | 8,266. | 197 | 15.000 | 1,167. |
| INCORPORATION EXP | 01/01/1994 | 1,000. | 1,000. | 1,000. | 248 | 5.000 | |
| * Assets Retired | | | | | | | |
| TOTALS | | 28,500. | 13,349. | 15,116. | | | 1,767. |

* Assets Retired

MC000554

23-2767067

16

JSA
1C4026 1.000    K275 02/25/2002

US MOBILCOMM, INC.

# 2001 Alternative Minimum Tax Depreciation

**Description of Property**
GENERAL DEPRECIATION AND AMORTIZATION

| Asset description | Date Placed in Service | AMT basis for depreciation | AMT accumulated depreciation | AMT method | AMT convention | AMT life | AMT depreciation deduction | Regular depreciation deduction | Post-86 depreciation adjustment | Leased pers. prop. preference | Real property preference |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EQUIP- BALT/WASH-USH | 01/01/1995 | 41,335. | 36,079. | 150DB | HY | 6.000 | 2,906. | | -2,906. | | |
| EQUIP- BOSTON-HR | 01/01/1995 | 42,879. | 36,621. | 150DB | HY | 6.000 | 1,507. | | -1,507. | | |
| EQUIP- NY-MA | 07/01/1995 | 44,587. | 38,076. | 150DB | HY | 6.000 | 3,134. | | -3,134. | | |
| COMPUTER EQUIPMENT | 07/01/1995 | 1,902. | 1,902. | 150DB | HY | 6.000 | | | | | |
| COMPUTER EQUIPMENT | 07/01/1996 | 1,572. | 1,360. | 150DB | HY | 6.000 | 212. | 90. | -122. | | |
| COMPUTER EQUIPMENT | 09/01/1998 | 953. | 484. | 150DB | HY | 6.000 | 134. | 110. | -24. | | |
| EQUIP- BALT/WASH ANT | 11/22/1999 | 564. | | | HY | | | | | | |
| Less: Retired Assets | | -42,879. | -36,621. | | | | | | | | |
| **TOTALS** | | 90,913. | 85,299. | | | | 7,893. | 200. | -7,693. | | |

* Assets Retired

X375   JSA   02/25/2002

23-2767067

17

MC000555

1X0304.1.000

US MOBILCOMM, INC.                                              23-2767067

I  ₰ 1120S, PAGE 1 DETAIL
================================================================================

LINE 5 - OTHER INCOME
---------------------
   SALES TAX DISCOUNTS                                              15.
                                                          ---------------
     TOTAL                                                      15.
                                                          ===============


LINE 12 - TAXES
---------------
   TAXES AND LICENSES EXCLUDING INCOME TAXES
   -----------------------------------------
   FRANCHISE AND CAPITAL STOCK TAX                              4,260.
                                                          ---------------
     TOTAL                                                   4,260.
                                                          ===============


LINE 19 - OTHER DEDUCTIONS
--------------------------
   AMORTIZATION                                               1,767.
   TRAVEL, MEALS, AND ENTERTAINMENT                               82.
   INSURANCE                                                  1,150.
   OFFICE SUPPLIES                                              215.
   POSTAGE AND FEDEX                                            367.
   ACCOUNTING AND PROFESSIONAL SERVICES                      12,070.
   BANK CHARGES                                                158.
   LEGAL SERVICES                                           31,124.
   DUES AND MEMBERSHIPS                                         560.
   TELEPHONE                                                  2,377.
   ABANDONMENT EXPENSE                                       46,191.
   OPTION EXPIRATION EXPENSE                                  9,000.
                                                          ---------------
     TOTAL                                                 105,061.
                                                          ===============

MC000556

STATEMENT  1

US MOBILCOMM, INC.                                        23-2767067


I   M 1120S, PAGE 2 DETAIL
===================================================================================

SCH A, LINE 5 - OTHER COSTS
----------------------------
    SITE RENT COSTS                                          18,015.
    INSURANCE                                                 1,500.
    OTHER DIRECT SITE COSTS (PHONE ETC)                         704.
                                                         ----------------
    TOTAL                                                    20,219.
                                                         ================

MC000557

                                                         STATEMENT   2

            02/25/2002                    23-2767067         19

US MOBILCOMM, INC.                                    23-2767067

?M 1120S, PAGE 3 DETAIL
======================================================================

SCH K, LINE 19 - NONDEDUCTIBLE TRAVEL, MEALS AND ENTERTAINMENT
---------------------------------------------------------------
  AMOUNTS SUBJECT TO 50% LIMITATION

  GROSS MEALS AND ENTERTAINMENT                            164.
  50% LIMITATION                                            82.
                                               ----------------


                                               ----------------
  TOTAL DEDUCTIBLE TRAVEL, MEALS AND ENTERTAINMENT          82.
                                               ================

MC000558

                                               STATEMENT   3
         02/25/2002              23-2767067          20

US MOBILCOMM, INC.                                    23-2767067

'M 1120S, PAGE 4 DETAIL - SCH L
===========================================================================

|                                  | BEGINNING | ENDING  |
|----------------------------------|-----------|---------|
| **LINE 6 - OTHER CURRENT ASSETS** |           |         |
| LICENSE OPTION PAYMENTS          | 42,000.   | 14,400. |
| SECURITY DEPOSITS                | 600.      | NONE    |
| MISC RECEIVABLE                  | 877.      | NONE    |
| TOTAL                            | 43,477.   | 14,400. |
|                                  |           |         |
| **LINE 14 - OTHER ASSETS**       |           |         |
| LONG TERM STORED EQUIPMENT       | 179,558.  | 45,455. |
| TOTAL                            | 179,558.  | 45,455. |
|                                  |           |         |
| **'E 17 - MORTGAGES, ETC. PAY < 1 YR** |     |         |
| NOTES PAYABLE- EQUIPMENT         | 78,815.   | NONE    |
| TOTAL                            | 78,815.   | NONE    |
|                                  |           |         |
| **LINE 18 - OTHER CURRENT LIABILITIES** |    |         |
| SALES TAX PAYABLE                | 898.      | 395.    |
| TOTAL                            | 898.      | 395.    |

MC000559

STATEMENT  4

02/25/2002               23-2767067          21

US MOBILCOMM, INC.                                      23-2767067

FORM 1120S, PAGE 4 DETAIL
=================================================================

SCH M-2, LINE 3 - OTHER ADDITIONS - AAA
-------------------------------------------
    INTEREST INCOME                                    2,084.
    NET LONG-TERM CAPITAL GAIN                       416,002.
                                                 ----------------
    TOTAL                                            418,086.
                                                 ================

SCH M-2, LINE 5 - OTHER REDUCTIONS - AAA
-------------------------------------------
    NET SECTION 1231 LOSS                             17,593.
    50% DISALLOWED TRAVEL AND ENTERTAINMENT               82.
                                                 ----------------
    TOTAL                                             17,675.
                                                 ================

MC000560                                         STATEMENT   5

              02/25/2002              23-2767067        22

US MOBILE/MM, INC.

SCHEDULE D (FORM 1120S) DETAIL
=================================================================================================

LINE 7 - LONG-TERM CAPITAL GAINS AND LOSSES

| PROPERTY | DATE ACQ | DATE SOLD | SALES PRICE | COST | GAIN/LOSS |
|----------|----------|-----------|-------------|------|-----------|
| PHASE I 220 MHZ LICENSES | 06/01/1996 | 08/01/2001 | 434,002. | 18,000. | 416,002. |
| TOTAL | | | | | 416,002. |

02/25/2002                                          23                    STATEMENT  6

MC000561

US MOBIL COMM, INC.

23-2767067

FORM 4797, PAGE 1 DETAIL PART I

| (A) DESCRIPTION OF PROPERTY | (B) DATE ACQUIRED | (C) DATE SOLD | (D) GROSS SALES PRICE | (E) DEPREC. ALLOWED | (F) COST OR OTHER BASIS PLUS IMPROV AND SALE EXPENSE | (G) GAIN/LOSS |
|---|---|---|---|---|---|---|
| BASE STATIN RADIO EQ | 01/01/1995 | 08/01/2001 | 2,000. | 42,879. | 62,472. | -17,593. |
| PART I 4797 GAINS AND LOSSES | | | | | | -17,593. |

02/25/2002                                    24                    STATEMENT   7

MC000562

US MOBILCOMM, INC.                                    23-2767067

'DERAL FOOTNOTE:
======================================================================

RECONCILIATION OF ACCUMULATED ADJUSTMENTS ACCOUNT TO
RETAINED EARNINGS:
    C CORPORATION EARNINGS AND PROFITS        - 61,614.
    ACCUMULATED ADJUSTMENTS ACCOUNT          -374,237

    BOOK RETAINED EARNINGS                   -435,851
                                             =========

MC000563                                          STATEMENT  8

            02/25/2002                23-2767067      25

US MOBILCOMM, INC.                                          23-2767067

SHAREHOLDER SUMMARY
=================================================================================

| SH. # | SHAREHOLDER NAME | BEGINNING SHARES | OWNERSHIP PERCENTAGE |
| ----- | ---------------- | ---------------- | -------------------- |
| 01 | DAVID ELKIN | 375.0000 | 75.000000 |
| 02 | JEFFREY NORMAN | 125.0000 | 25.000000 |

MC000564

02/25/2002              23-2767067              26

US MOBILCOMM, INC.

4/5/2005

Register: CASH-CHECKING
From 01/01/1994 through 12/31/2004
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | C | Payment | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 05/02/2001 | 2983 | Imperial Realty Co | CHICAGO Market:OPERATING C... | 1701 s. 1st ave Maywoo... | | 360.00 | | 35,871.53 |
| 05/02/2001 | 2988 | DAVID ELKIN | PAID IN CAPITAL | Distribution | | 30,000.00 | | 6,871.53 |
| 05/07/2001 | 2984 | NYNEX-MA | BOSTON Market:RITTER REVEN... | 617-247-2046 414 | | 19.46 | | 6,852.07 |
| 05/07/2001 | 2985 | NYNEX-NY | NEW YORK Market:AJEEN REV... | 212-399-0071 | | 25.00 | | 6,827.07 |
| 05/07/2001 | 2986 | American Express | -split- | | | 69.24 | | 6,757.83 |
| 05/07/2001 | 2987 | BELL ATLANTIC-PA-1185 | TELEPHONE:TELEPHONE | a/c # 3782-652516-64002 | | 122.56 | | 6,635.27 |
| 05/23/2001 | | transfer | CASH-MONEY MKT | 610-525-1185-936 | | | 30,000.00 | 36,635.27 |
| 05/24/2001 | 2989 | RICHARD SHORN | -split- | May 24, 2001 | | 534.00 | | 36,101.27 |
| 05/25/2001 | | | -split- | Deposit | | | 8,207.25 | 44,308.52 |
| 05/25/2001 | 2990 | BELL ATLANTIC-PA-real | PHILADELPHIA Market:CINKUTI... | 610-640-4072 | | 23.51 | | 44,285.01 |
| 05/25/2001 | 2991 | NYNEX-MA | BOSTON Market:RITTER REVEN... | 617-247-2046 414 | | 19.47 | | 44,365.54 |
| 05/25/2003 | 2992 | MCI WORLDCOM | TELEPHONE:TELEPHONE | 610-525-1185 m/c# 086... | | 70.61 | | 44,294.93 |
| 05/25/2001 | 2994 | Shepard McReady Partnership | DEPOSIT-License | sale proceeds WPCY922 | | 30,000.00 | | 14,294.93 |
| 06/01/2001 | 2993 | Hilton Limited Partnership | BALTIWASH Market:UNION 77 L... | rent-June 01 | | 551.25 | | 13,743.68 |
| 06/01/2001 | 2995 | RAINBOW AMBULETTE SER... | RECEIVABLES | Refund May 2001 | | 216.50 | | 13,527.18 |
| 06/04/2001 | | transfer | CASH-MONEY MKT | | | 7,500.00 | | 6,027.18 |
| 06/04/2001 | 2997 | American Express | -split- | a/c # 3782-652516-64002 | | 45.77 | | 5,981.41 |
| 06/04/2001 | 2998 | RICHARD SHORN | PROFESSIONAL SERVICES:ACC... | June 4, 2001 | | 500.00 | | 5,481.41 |
| 06/05/2001 | | | -split- | Deposit | | | 4,968.00 | 10,449.41 |
| 06/05/2001 | | | Undeposited Funds | Deposit | | | 1,000.00 | 11,449.41 |
| 06/08/2001 | 2999 | NYNEX-NY | NEW YORK Market:AJEEN REV... | 212-399-0071 | | 10.00 | | 11,439.41 |
| 06/08/2001 | 3000 | MCI WORLDCOM | TELEPHONE:TELEPHONE | 610-525-1185 m/c# 086... | | 69.97 | | 11,369.44 |
| 06/08/2001 | 3001 | BELL ATLANTIC-PA-1185 | TELEPHONE:TELEPHONE | 610-525-1185-936 | | 122.63 | | 11,246.81 |
| 06/20/2001 | | transfer | CASH-MONEY MKT | | | 2,000.00 | | 9,246.81 |
| 06/20/2001 | 3002 | RICHARD SHORN | PROFESSIONAL SERVICES:ACC... | June 20, 2001 | | 500.00 | | 8,746.81 |
| 06/21/2001 | | | Undeposited Funds | Deposit | | | 378.00 | 9,124.81 |
| 06/21/2001 | 3003 | BELL ATLANTIC MD | BALTIWASH Market:USM-OPER... | 410-542-6645 | | 49.04 | | 9,075.77 |
| 06/22/2001 | 3004 | BELL ATLANTIC-PA-real | PHILADELPHIA Market:CINKUTI... | 610-640-4072 | | 23.51 | | 9,052.26 |
| 07/02/2001 | 3005 | Hilton Limited Partnership | BALTIWASH Market:UNION 77 L... | rent-July 01 | | 551.25 | | 8,501.01 |
| 07/02/2001 | 3006 | RICHARD SHORN | PROFESSIONAL SERVICES:ACC... | July 2, 2001 | | 500.00 | | 8,001.01 |
| 07/05/2001 | | transfer | CASH-MONEY MKT | | | | 30,000.00 | 38,001.01 |
| 07/05/2003 | 3007 | NYNEX-MA | BOSTON Market:RITTER REVEN... | 617-247-2046 414 | | 19.47 | | 37,981.54 |

MC 001594

US MOBILCOMM, INC.

4/5/2005

Register: CASH-CHECKING
From 01/01/1994 through 12/31/2004
Sorted by: Date, Type, Number/Ref.

| Date | Number | Payee | Account | Memo | Pymnt | C | Deposit | Balance |
|------|--------|-------|---------|------|-------|---|---------|---------|
| 07/05/2001 | 3008 | American Express | -split- | a/c # 3782-652516-64002 | 129.34 | | | 37,852.20 |
| 07/05/2001 | 3009 | BELL ATLANTIC-PA-1185 | TELEPHONE:TELEPHONE | 610-525-1185-936 | 127.66 | | | 37,724.54 |
| 07/05/2001 | 3012 | DAVID ELKIN | PAID IN CAPITAL | Distribution | 30,600.00 | | | 7,124.54 |
| 07/05/2001 | 3013 | MCI WORLDCOM | TELEPHONE:TELEPHONE | 610-525-1185 a/c# 086... | 73.17 | | | 7,051.37 |
| 07/11/2001 | 3010 | PA DEPARTMENT OF REVEN... | SALES TAX PAYABLE | 23-466-926 | 26.73 | | | 7,024.64 |
| 07/11/2001 | 3011 | MD SALES TAX | SALES TAX PAYABLE | 02248233 | 390.85 | | | 6,633.79 |
| 07/24/2001 | 3014 | RICHARD SHORN | PROFESSIONAL SERVICES:ACC... | July 24, 2001 | 750.00 | | | 5,883.79 |
| 07/25/2001 | | UMB Bank | INTEREST INCOME | interest on escrow WPC... | | | 332.56 | 6,216.35 |
| 07/25/2001 | | | -split- | Deposit | | | 1,451.25 | 7,667.60 |
| 07/25/2001 | dep | NYNEX-NY | NEW YORK Market:AJEEN REV... | 212-399-0071 final | | | 5.94 | 7,673.54 |
| 07/30/2001 | 3015 | BELL ATLANTIC MD | BALTWASH Market:USM.OPER... | 410-542-6445 | 23.66 | | | 7,649.88 |
| 07/30/2001 | 3016 | NYNEX-MA | BOSTON Market:RITTER REVEN... | 617-247-2046 414 | 19.80 | | | 7,630.08 |
| 07/30/2001 | 3020 | PHILADELPHIA Market:CNX.UTI... | PHILADELPHIA Market:CNX.UTI... | 610-640-4072 | 24.41 | | | 7,605.67 |
| 07/31/2001 | 3017 | BELL ATLANTIC-PA-1185 | TELEPHONE:TELEPHONE | 610-525-1185-936 | 132.70 | | | 7,472.97 |
| 08/01/2001 | 3018 | Hilton Limited Partnership | BALTWASH Market:UNION 77 L... | rent-Aug 01 | 551.25 | | | 6,921.72 |
| 08/01/2001 | 3021 | American Express | -split- | a/c # 3782-652516-64002 | 143.57 | | | 6,778.15 |
| 08/10/2001 | | | -split- | Deposit | | | 4,911.64 | 11,689.79 |
| 08/14/2001 | 3019 | Shaw/Pitman | PROFESSIONAL SERVICES:LEG... | as agreed- in full settle... | 20,000.00 | | | -8,310.21 |
| 08/16/2001 | | transfer | CASH-MONEY MKT | | | | 20,000.00 | 11,689.79 |
| 08/27/2001 | 3022 | MCI WORLDCOM | TELEPHONE:TELEPHONE | 610-525-1185 a/c# 086... | 40.64 | | | 11,649.15 |
| 08/28/2001 | | transfer | CASH-MONEY MKT | | | | 6,000.00 | 17,649.15 |
| 08/28/2001 | 3023 | RICHARD SHORN | -split- | 8/10 & 8/23 | 1,546.72 | | | 16,102.43 |
| 08/29/2001 | | | Undeposited Funds | Deposit | | | 2,182.95 | 18,285.38 |
| 08/29/2001 | 3024 | American Express | -split- | a/c # 3782-652516-64002 | 49.48 | | | 18,235.90 |
| 08/29/2001 | 3025 | BELL ATLANTIC-PA- mal | PHILADELPHIA Market:CNX.UTI... | 610-640-4072 | 24.32 | | | 18,211.58 |
| 08/31/2001 | 3029 | SWIDLER BERLIN SHEREFF ... | PROFESSIONAL SERVICES:LEG... | as agreed in full and fin... | 10,000.00 | | | 8,211.58 |
| 09/01/2001 | 3026 | Hilton Limited Partnership | BALTWASH Market:UNION 77 L... | rent- sept '01 | 551.25 | | | 7,660.33 |
| 09/04/2001 | 3027 | BELL ATLANTIC MD | BALTWASH Market:USM.OPER... | 410-542-6445 | 23.64 | | | 7,636.69 |
| 09/04/2001 | 3028 | BELL ATLANTIC-PA-1185 | TELEPHONE:TELEPHONE | 610-525-1185-936 | 130.56 | | | 7,506.13 |
| 09/12/2001 | | UMB Bank | INTEREST INCOME | thru 8/31 | | | 106.08 | 7,612.21 |
| 09/12/2001 | 3031 | RICHARD SHORN | -split- | 9/12 | 502.24 | | | 7,109.97 |
| 09/13/2001 | 3030 | MCI WORLDCOM | TELEPHONE:TELEPHONE | 610-525-1185 a/c# 086... | 48.61 | | | 7,061.36 |

Page 18

MC 001595

EFiled: Dec 2 2005 6:51PM EST
Transaction ID 7568281

SUPPLEMENTAL INFORMATION PURSUANT TO RULE 3(A)
OF THE RULES OF THE COURT OF CHANCERY

The information contained herein is for the use by the Court for statistical and administrative purposes only. Nothing stated herein shall be deemed an admission by or binding upon any attorney.

1.   Caption of Case:

     **JEFFREY M. NORMAN, Plaintiff, v. DAVID W. ELKIN, RICHARD M. SHORIN and THE ELKIN GROUP, INC., Defendants, and US MOBILCOMM, INC., Nominal Defendant.**

2.   Date Filed:

     **December 2, 2005**

3.   Name and address of counsel for plaintiff:

     **Sean J. Bellew (#4072)**
     **David A. Felice (#4090)**
     **1201 North Market Street, Suite 1400**
     **Wilmington, DE  19801**
     **Telephone:  (302) 295-2000**
     **Facsimile:  (302) 295-2013**

4.   Short statement and nature of claim asserted:

     **Plaintiff asserts direct and derivative claims against defendants for fraud, breach of fiduciary duties and aiding and abetting such breaches.**

5.   Substantive field of law involved (check one):

| | |
|---|---|
| \_\_\_\_ Administrative law | \_\_\_\_ Trade secrets/trade mark/ or other |
| \_\_\_\_ Commercial law | intellectual property |
| \_\_\_\_ Constitutional law | |
| \_x\_ Corporation law | \_\_\_\_ Trusts |
| \_\_\_\_ Guardianships | \_\_\_\_ Wills and estates |
| \_\_\_\_ Labor law | \_\_\_\_ Zoning |
| \_\_\_\_ Real property | \_\_\_\_ Other |

6.   Related case(s):

     **JEFFREY M. NORMAN v. US MOBILCOMM, Court of Chancery of the State of Delaware, in and for New Castle County, Civil Action No. 849-N**

7.   Basis of court's jurisdiction (including the citation of any statute conferring jurisdiction):

     **10 *Del.C.* § 341; 8 *Del.C.* § 283**

8.   If the complaint seeks preliminary equitable relief, state the specific preliminary relief sought:

9.   If the complaint seeks summary or expedited proceedings, check here \_\_\_\_\_.

           *David A. Felice*
           Signature of Attorney of Record

WILM1\32826\1 156666.000

#chg: 12-12-05 Issued Summons to Spec. Proc. Server (4 copies)
12-12-05 Issued 3114 Summons to Spec. Proc. Server (1 copy)

EFiled: Dec 2 2005 6:51PM EST
Transaction ID 7568281

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

JEFFREY M. NORMAN,                    :

            Plaintiff,                :

    v.                               :     C.A. No. 1819-N

DAVID W. ELKIN, RICHARD M. SHORIN     :
and THE ELKIN GROUP, INC.,            :

            Defendants,               :

    and                              :

US MOBILCOMM, INC.,                   :

            Nominal Defendant.        :

### MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVERS

Plaintiff, Jeffrey M. Norman, hereby moves for an Order pursuant to Rule 4(c) of the Rules of the Court of Chancery appointing any employee of Tri-State Courier and Carriage or any employee of Brandywine Process Servers as Special Process Servers for the purpose of serving the Summons, Complaint and related papers upon the defendants in this action. The grounds for this motion are as follows:

1.    Plaintiff seeks appointment of special process servers in order to effect expeditious service of process so that the issues raised in the Complaint may be brought before the Court in a timely fashion.

2.    The appointment of a special process server will result in a material saving of time and expense in the service of process in this action.

Wilm\132824\1 156666.000

Dated:  December 2, 2005

*David A. Felice*
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE  19801
Telephone:  (302) 295-2000
Facsimile:  (302) 295-2013
  *Attorneys for Plaintiff Jeffrey M. Norman*



EFiled: Dec 2 2005 6:51PM EST
Transaction ID 7568281

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

JEFFREY M. NORMAN,                      :
                                        :
            Plaintiff,                  :
                                        :
     v.                                 :     C.A. No.  1819-N
                                        :
DAVID W. ELKIN, RICHARD M. SHORIN       :
and THE ELKIN GROUP, INC.,              :
                                        :
            Defendants,                 :
                                        :
     and                                :
                                        :
US MOBILCOMM, INC.,                     :
                                        :
            Nominal Defendant.          :

## ORDER

WHEREAS Plaintiff, Jeffrey M. Norman, having moved for an Order appointing special

process servers,

IT IS HEREBY ORDERED this __6__ day of December, 2005, that:

1.     Any employee of Tri-State Courier and Carriage or any employee of Brandywine

Process Servers are hereby appointed as special process servers for the purposes of serving:
                            David W. Elkin +

     (a)     Defendant Richard Shorin by serving the Delaware Secretary of State.

     (b)     Defendant The Elkin Group, Inc. by serving the Delaware Secretary of
             State.

     (c)     Defendant US Mobilcomm, Inc. through its registered agent, Corporation
             Service Company, 2711 Centreville Road, Suite 400, Wilmington DE
             19808.

2.     The Register in Chancery is directed to issue Summonses forthwith.

Wilm\13282\1 156666.000

3.    Either special process server shall serve a copy of the Summons and Complaint upon each defendant as directed above and, after such service, shall make prompt return of service to this Court.

_____
Master

Wilm1\3282411 156666.000

EFiled: Dec 2 2005 6:51PM EST
Transaction ID 7566281

## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on December 2, 2005, true and correct copies of

the foregoing were caused to be served upon counsel of record at the following addresses as

indicated:

**Via First Class Mail**
David Elkin
805 Bryn Mawr Avenue
Newtown Square, PA 19703

**Via First Class Mail**
Richard Shorin
255 Ridings Way
Ambler, PA 19002

**Via First Class Mail**
The Elkin Group, Inc.
805 Bryn Mawr Avenue
Newtown Square, PA 19703

**Via First Class Mail**
US Mobilcomm, Inc.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

David A. Felice (#4090)

Wilm1\328241\1 156666.000

#CM: 12-12-05 Issued Summons to Spec. Proc. Server (4 copies)
12-12-05 Issued 3114 Summons to Spec. Proc. Server (1 copy)

EFiled: Dec 2 2005 6:51PM EST
Transaction ID 7568281

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

JEFFREY M. NORMAN,                    :

   Plaintiff,            :

  v.                          :  C.A. No. 1819-N

DAVID W. ELKIN, RICHARD M. SHORIN    :
and THE ELKIN GROUP, INC.,           :

   Defendants,           :

  and                         :

US MOBILCOMM, INC.,                  :

   Nominal Defendant.    :

## MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVERS

  Plaintiff, Jeffrey M. Norman, hereby moves for an Order pursuant to Rule 4(c) of the Rules of the Court of Chancery appointing any employee of Tri-State Courier and Carriage or any employee of Brandywine Process Servers as Special Process Servers for the purpose of serving the Summons, Complaint and related papers upon the defendants in this action. The grounds for this motion are as follows:

  1.  Plaintiff seeks appointment of special process servers in order to effect expeditious service of process so that the issues raised in the Complaint may be brought before the Court in a timely fashion.

  2.  The appointment of a special process server will result in a material saving of time and expense in the service of process in this action.

Wilm1\32824\1 156666.000

Dated: December 2, 2005

_David A. Felice_

Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
*Attorneys for Plaintiff Jeffrey M. Norman*

3

EFiled: Dec 2 2005 6:51PM EST
Transaction ID 7568281

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

JEFFREY M. NORMAN,                    :
                                      :
            Plaintiff,                :
                                      :
      v.                              :        C.A. No. 1819-N
                                      :
DAVID W. ELKIN, RICHARD M. SHORIN     :
and THE ELKIN GROUP, INC.,            :
                                      :
            Defendants,               :
                                      :
      and                             :
                                      :
US MOBILCOMM, INC.,                   :
                                      :
            Nominal Defendant.        :

## ORDER

WHEREAS Plaintiff, Jeffrey M. Norman, having moved for an Order appointing special

process servers,

IT IS HEREBY ORDERED this __6__ day of December, 2005, that:

1.     Any employee of Tri-State Courier and Carriage or any employee of Brandywine

Process Servers are hereby appointed as special process servers for the purposes of serving:
David W. Elkin +

    (a)     Defendant Richard Shorin by serving the Delaware Secretary of State.

    (b)     Defendant The Elkin Group, Inc. by serving the Delaware Secretary of
        State.

    (c)     Defendant US Mobilcomm, Inc. through its registered agent, Corporation
        Service Company, 2711 Centreville Road, Suite 400, Wilmington DE
        19808.

2.     The Register in Chancery is directed to issue Summonses forthwith.

Wilm1\32824\1 156666.000

3.    Either special process server shall serve a copy of the Summons and Complaint upon each defendant as directed above and, after such service, shall make prompt return of service to this Court.

_____
Master

Wilm1\32824\1 156666.000

EFiled: Dec 2 2005 6:51PM EST
Transaction ID 7568281

## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on December 2, 2005, true and correct copies of

the foregoing were caused to be served upon counsel of record at the following addresses as

indicated:

**Via First Class Mail**
David Elkin
805 Bryn Mawr Avenue
Newtown Square, PA 19703

**Via First Class Mail**
Richard Shorin
255 Ridings Way
Ambler, PA 19002

**Via First Class Mail**
The Elkin Group, Inc.
805 Bryn Mawr Avenue
Newtown Square, PA 19703

**Via First Class Mail**
US Mobilcomm, Inc.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

David A. Felice (#4090)

Wilm1\32824\1 156666.000

SUMMONS

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| JEFFREY M. NORMAN,<br><br>                    Plaintiff<br><br>VS.<br><br>DAVID W. ELKIN, RICHARD M. SHORIN, and<br>THE ELKIN GROUP, INC.,<br><br>                    Defendants,<br>and<br>US MOBILCOMM, INC.,<br><br>                    Nominal Defendant | CIVIL ACTION NO. 1819-N<br><br>SUMMONS |

**TO THE** SPECIAL PROCESS SERVER

**YOU ARE COMMANDED:**

To Summon the above named defendants so that, within 20 days after service hereof upon defendants, exclusive of the day of service, defendants shall serve upon

_____ David A. Felice, Esq. _____, plaintiff's attorney whose address is

1201 N. Market Street, Suite 1400  Wilm, DE  19801 an answer to the complaint.

To serve upon defendants a copy hereof and of the complaint.

**TO THE ABOVE NAMED DEFENDANTS:**

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

Dated December 12, 2005

_____
Register in Chancery

CIVIL ACTION NO. 1819-N

JEFFREY M. NORMAN

                    Plaintiff

        VS.

DAVID W. ELKIN, ET AL

                    Defendant


            SUMMONS

Please effectuate service upon:

    1.  David W. Elkin    (805 Bryn Mawr Avenue  Newtown Square, PA  19703)
    2.  Richard Shorin    (255 Ridings Way  Ambler, PA  19002)
    3.  The Elkin Group, Inc. (805 Bryn Mawr Avenue  Newtown Square, PA  19703)
        by serving:

        Delaware Secretary of State
        Dover, DE  19901

    4.  US Mobilcomm, Inc.
        by serving the registered agent:

        Corporation Service Company
        2711 Centerville Road, Suite 400
        Wilmington, DE  19808

SERVICE TO BE COMPLETED BY
SPECIAL PROCESS SERVER


David A. Felice, Esq.


**Attorney for Plaintiff**

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

JEFFREY M. NORMAN,

Plaintiff

VS.

DAVID W. ELKIN, RICHARD M. SHORIN, and THE ELKIN GROUP, INC.,

Defendants,

and

US MOBILCOMM, INC.,

Nominal Defendant

· CIVIL ACTION NO. 1819-N

SUMMONS PURSUANT
TO 10 DEL.C. Sec. 3114

**TO THE** SPECIAL PROCESS SERVER
**YOU ARE COMMANDED:**

    To Summon the above named individual defendants by service pursuant to 10 Del.C. Sec. 3114 upon _US Mobilcomm, Inc._, a Delaware corporation, by serving its registered agent _____ Corporation Service Company _____, which is designated for service of process in Delaware, so that within the time required by law, such defendants shall serve upon _ David A. Felice, Esq. _, plaintiff's attorney whose address is _1201 N. Market Street, Suite 1400 Wilmington, DE 19801_ an answer to the complaint.

    To serve upon defendants a copy hereof, of the complaint, and of a statement of plaintiff filed pursuant to Chancery Court Rule 4(dc)(1).

**TO THE ABOVE NAMED DEFENDANTS:**
    In case of your failure, within the time permitted by 10 Del.C. Sec. 3114* , to serve on plaintiff's attorney named above an answer to the complaint, judgment by default may be rendered against you for the relief demanded in the complaint.

Dated _ December 12, 2005 _

_____
Register in Chancery

*The text of 10 Del.C. Sec. 3114 is set out on the reverse of this Summons

CIVIL ACTION NO.   1819-N

JEFFREY M. NORMAN

Plaintiff

VS.

DAVID W. ELKIN, ET AL

Defendant

SUMMONS

1.   David W. Elkin

   by serving the registered agent for
   US Mobilcomm, Inc.:

   Corporation Service Company
   2711 Centreville Road, Suite 400
   Wilmington, DE  19808

   pursuant to 10 Del.C. §3114

SERVICE TO BE COMPLETED BY

SPECIAL PROCESS SERVER

Sec. 3114 . Service of process on non-resident directors, trustees of members of the governing body of Delaware corporations.

(a) Every non-resident of this State who after September, 1977, accepts Election or appointment as a director, trustee or member of the governing body of a corporation organized under the laws of this State of who after June 30, 1978, serves in such capacity and every resident of this State who so accepts election or appointment of serves in such capacity and thereafter removes his residence from this State shall, by such acceptance or by such service, be deemed thereby to have consented to the appointment of the registered agent of such corporation (or, if there is none, the Secretary of State) as his agent upon whom service of process may be made in all civil actions or proceedings brought in this State, by or on behalf of, or against such corporation, in which such director, trustee or member is a necessary or proper party, or in any action or proceeding against such director, trustee or member for violation of his duty in such capacity, whether or not he continues to serve as such director, trustee or member at the time suit is commenced. Such acceptance of service as such director, trustee or member shall be a signification of the consent of such director, trustee or member that any process when so served shall be of the same legal force and validity as if served upon such director, trustee or member within this State and such appointment of the registered agent (or, if there is none, the Secretary of State) shall be irrevocable.

(b) Service of process shall be effected by serving the registered agent (or, if there is none, the Secretary of State) with 1 copy of such process in the manner provided by law for service of writs of summons. In addition, the Prothonotary or the Register in Chancery of the court in which the civil action or proceeding is pending shall, within 7 days of such service, deposit in the United States mails, by registered mail, postage prepaid, true and attested copies of the process, together with a statement that service is being made pursuant to this section, addressed to such director, trustee or member at the corporation's principal Place of business and at his residence address as the same appears on the records of the Secretary of State, or, if no such residence address appears, at his address last known to the party desiring to make such service.

( c ) In any action in which any such director, trustee of member has been served with process as hereinabove provided, the time in which a defendant shall be required to appear and file a responsive pleading shall be computed from the date of mailing by the Prothonotary of the Register in Chancery as provided in subsection (b) of this section; however, the court in which such action has been commenced may order such continuance or continuances as may be necessary to afford such director, trustee of member reasonable opportunity to defend the action.

(d) Nothing herein contained limits or affects the rights to save process in any other manner now or ereafter provided by law. This section is an extension of and not a limitation upon the right otherwise existing of service of legal process upon non-residents.

(e) The Court of Chancery and the Superior Court may make all necessary rules respecting the form of process, the manner of issuance and return thereof and such other rules which may be necessary to implement this section and are not inconsistent with this section (61 Del.Laws, c. 119 Sec.I.)

EFiled: Dec 21 2005 1:10PM EST
Transaction ID 7696365

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

JEFFREY M. NORMAN,

                          Plaintiff

VS.

DAVID W. ELKIN, RICHARD M. SHORIN, and THE ELKIN GROUP, INC.,

                          Defendants,

and

US MOBILCOMM, INC.,

                          Nominal Defendant

CIVIL ACTION NO. 1819-N

SUMMONS PURSUANT
TO 10 DEL.C. Sec. 3114

---

**TO THE** SPECIAL PROCESS SERVER

**YOU ARE COMMANDED:**

    To Summon the above named individual defendants by service pursuant to 10 Del.C. Sec. 3114 upon  US Mobilcomm, Inc.              , a Delaware corporation, by serving its registered agent          Corporation Service Company              , which is designated for service of process in Delaware, so that within the time required by law, such defendants shall serve upon      David A. Felice, Esq.          , plaintiff's attorney whose address is  1201 N. Market Street, Suite 1400 Wilmington, DE  19801  an answer to the complaint.

    To serve upon defendants a copy hereof, of the complaint, and of a statement of plaintiff filed pursuant to Chancery Court Rule 4(de)(1).

**TO THE ABOVE NAMED DEFENDANTS:**

    In case of your failure, within the time permitted by 10 Del.C. Sec. 3114* , to serve on plaintiff's attorney named above an answer to the complaint, judgment by default may be rendered against you for the relief demanded in the complaint.

Dated  December 12, 2005          

                          Register in Chancery

*The text of 10 Del.C. Sec. 3114 is set out on the reverse of this Summons

CIVIL ACTION NO.   1819-N

JEFFREY M. NORMAN

Plaintiff

vs.

DAVID W. ELKIN, ET AL

Defendant

## SUMMONS

1.  David W. Elkin

by serving the registered agent for
US Mobilcomm, Inc.:

Corporation Service Company
2711 Centreville Road, Suite 400
Wilmington, DE  19808

pursuant to 10 Del.C. §3114

SERVICE TO BE COMPLETED BY

SPECIAL PROCESS SERVER

Sec. 3114. Service of process on non-resident directors, trustees of members of the governing body of Delaware corporations.

(a) Every non-resident of this State who after September, 1977, accepts Election or appointment as a director, trustee or member of the governing body of a corporation organized under the laws of this State of who after June 30, 1978,

serves in such capacity and every resident of this State who so accepts election or appointment of serves in such capacity and thereafter removes his residence from

this State shall, by such acceptance or by such service, be deemed thereby to have consented to the appointment of the registered agent of such corporation (or, if there is none, the Secretary of State) as his agent upon whom service of process may be made in all civil actions or proceedings brought in this State, by or on behalf of, or against such corporation, in which such director, trustee or member

is a necessary or proper party, or in any action or proceeding against such director,

trustee or member for violation of his duty in such capacity, whether or not he continues to serve as such director, trustee or member at the time suit is commenced. Such acceptance of service as such director, trustee or member shall be a signification of the consent of such director, trustee or member that any process when so served shall be of the same legal force and validity as if served upon such director, trustee or member within this State and such appointment of the registered agent (or, if there is none the Secretary of State) shall be irrevocable.

(b) Service of process shall be effected by serving the registered agent (or, if there is none, the Secretary of State) with 1 copy of such process in the manner provided by law for service of writs of summons. In addition, the Prothonotary or the Register in Chancery of the court in which the civil action or proceeding is pending shall, within 7 days of such service, deposit in the United States mails, by registered mail, postage prepaid, true and attested copies of the process, together with a statement that service is being made pursuant to this section, addressed to such director, trustee or member at the corporation's principal Place of business and at his residence address as the same appears on the records of the Secretary of State, or, if no such residence address appears, at his address last known to the party desiring to make such service.

(c) In any action in which any such director, trustee of member has been served with process as hereinabove provided, the time in which a defendant shall be required to appear and file a responsive pleading shall be computed from the date of mailing by the Prothonotary of the Register in Chancery as provided in subsection (b) of this section; however, the court in which such action has been commenced may order such continuance of continuances as may be necessary to afford such director, trustee of member reasonable opportunity to defend the action.

(d) Nothing herein contained limits or affects the rights to serve process in any other manner now or hereafter provided by law. This section is an extension of and not a limitation upon the right otherwise existing of service of legal process upon non-residents.

(e) The Court of Chancery and the Superior Court may make all necessary rules respecting the form of process, the manner of issuance and return thereof and such other rules which may be necessary to implement this section and are not inconsistent with this section (61 Del.Laws, c. 119 Sec.1.)

## AFFIDAVIT OF PERSONAL SERVICE

STATE OF DELAWARE      }
                                  } ss.
COUNTY OF NEW CASTLE    }

I, John A. Garber, of the State of Delaware, County of New Castle, being duly sworn, says that on the 13th day of December, 2005, at 3:45 p.m., I personally served a copy of a SUMMONS, COMPLAINT, MOTION FOR APPOINTMENT FOR SPECIAL PROCESS SERVER & ORDER on **DAVID W. ELKIN**, by serving the registered agent for US MOBILCOMM, INC., The Corporation Service Company, at 2711 Centerville Road, Wilmington, DE 19808.

Name of individual personally served: Mary Drummond.
Description of person accepting service: White female, 35-40 years of age, 5'4"-5'7" tall, 140-170lbs with brown hair.

Subscribed and sworn before me
This 13th day of December, 2005.

_____
Notary Public

CAREY H. SHEA
My commission expires NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 24, 2007



EFiled: Dec 21 2005 1:10PM EST
Transaction ID 7696365

SUMMONS

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

JEFFREY M. NORMAN,

                **Plaintiff**

VS.

DAVID W. ELKIN, RICHARD M. SHORIN, and
THE ELKIN GROUP, INC.,

                **Defendants,**
and
US MOBILCOMM, INC.,

                Nominal Defendant

CIVIL ACTION NO. 1819-N

SUMMONS

**TO THE** SPECIAL PROCESS SERVER

**YOU ARE COMMANDED:**

    To Summon the above named defendants so that, within 20 days after service hereof upon defendants, exclusive of the day of service, defendants shall serve upon          David A. Felice, Esq.     , plaintiff's attorney whose address is  1201 N. Market Street, Suite 1400 Wilm, DE 19801  an answer to the complaint.

    To serve upon defendants a copy hereof and of the complaint.

**TO THE ABOVE NAMED DEFENDANTS:**

    In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

Dated  December 12, 2005

                                    Register in Chancery

CIVIL ACTION NO. 1819-N

JEFFREY M. NORMAN

Plaintiff

VS.

DAVID W. ELKIN, ET AL

Defendant

SUMMONS

Please effectuate service upon:

1. David W. Elkin    (805 Bryn Mawr Avenue  Newtown Square, PA  19703)
2. Richard Shorin    (255 Ridings Way  Ambler, PA  19002)
3. The Elkin Group, Inc. (805 Bryn Mawr Avenue  Newtown Square, PA  19703)

   by serving:

Delaware Secretary of State
Dover, DE  19901

4. US Mobilcomm, Inc.
   by serving the registered agent:

Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE  19808

SERVICE TO BE COMPLETED BY
SPECIAL PROCESS SERVER

David A. Felice, Esq.

Attorney for Plaintiff

## AFFIDAVIT OF PERSONAL SERVICE

STATE OF DELAWARE   }
         }ss.
COUNTY OF NEW CASTLE  }

I, Robert Smith, of the State of Delaware, County of New Castle, being duly sworn, says that on the 13th day of December, 2005, at 3:45 p.m., I personally served a copy of a SUMMONS, COMPLAINT, MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER & ORDER on:

1) David W. Elkin ( 805 Bryn Mawr Avenue Newton Square, PA 19703)
2) Richard Shorin ( 255 Ridings Way Ambler, PA 19002)
3) The Elkin Group, Inc. ( 805 Bryn Mawr Avenue Newtown Square, PA 19703)

by serving their registered agent, The Delaware Secretary of State, Division of Corporations, 401 Federal Street, Dover, DE 19901.

Name of individual accepting service: Sharon Moore.
Description of individual accepting: White female, 140-150 lbs, 5'5"-5'7" with black hair.

Subscribed and sworn before me
This 13th day of December, 2005

_____
Notary Public

**CAREY M. SHEA**
My commission **NOTARY PUBLIC**
**STATE OF DELAWARE**
**My Commission Expires** May 29, 2007

## AFFIDAVIT OF PERSONAL SERVICE

STATE OF DELAWARE  }
          } ss.
COUNTY OF NEW CASTLE }

I, John A. Garber, of the State of Delaware, County of New Castle, being duly sworn, says that on the 13th day of December, 2005, at 3:45 p.m., I personally served a copy of a SUMMONS, COMPLAINT, MOTION FOR APPOINTMENT FOR SPECIAL PROCESS SERVER & ORDER on US MOBILCOMM, INC., by serving its registered agent, The Corporation Service Company, at 2711 Centerville Road, Wilmington, DE 19808.

Name of individual personally served: Mary Drummond.
Description of person accepting service: White female, 35-40 years of age, 5'4"-5'7" tall, 140-170lbs with brown hair.

Subscribed and sworn before me
This 13th day of December, 2005.

_____
Notary Public

**CAREY M. SHEA**
My commission **NOTARY PUBLIC**
**STATE OF DELAWARE**
**My Commission Expires May 21, 2007**

EFiled: Dec 27 2005 2:47PM EST
Transaction ID 7722472

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

JEFFREY M. NORMAN,                    :
                                      :
          Plaintiff,                  :
                                      :
     v.                               :        C.A. No. 1819-N
                                      :
DAVID W. ELKIN, RICHARD M. SHORIN     :
and THE ELKIN GROUP, INC.             :
                                      :
          Defendants,                 :
                                      :
     and                              :
                                      :
US MOBILCOMM, INC.,                   :
                                      :
          Nominal Defendant.          :

TO:  REGISTER IN CHANCERY

## STATEMENT IN ACCORDANCE WITH
## COURT OF CHANCERY COURT RULE 4(dc)

**(i) The name and principal business address of the corporation upon whose governing body the nonresident serves or has served, which address shall be the principal business address set forth on the most recent annual report filed by the corporation with the Secretary of State of Delaware, unless the statement shall also contain the basis for the applicant's conclusion that the business address set forth on the most recent annual report is not presently the principal business address of the corporation.**

                    David W. Elkin
                    805 Bryn Mawr Avenue
                    Newtown Square, PA  19703

**(ii) The name and address, including county, of the registered agent in Delaware of said corporation, or a statement that the corporation has no present registered agent.**

                    Corporation Service Company
                    2711 Centerville Road, New Castle County
                    Wilmington, DE  19808

**(iii) The last residence address known to the applicant of each nonresident as to whom service of process is sought, which address shall be the residence address of such nonresident defendant set forth on the most recent annual report filed by the corporation with the Secretary of State of Delaware, unless the statement shall also contain the basis for the applicant's conclusion that the residence address set forth in the most recent annual report filed by the corporation is not presently the residence address of such nonresident.**

David W. Elkin
805 Bryn Mawr Avenue
Newtown Square, PA  19703

Dated:  December 27, 2005

Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE  19801
Telephone:  (302) 295-2000
Facsimile:  (302) 295-2013
*Attorneys for the Plaintiff*