IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY M. NORMAN, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 06-005-UNA |
| | : |
| DAVID W. ELKIN, RICHARD M. SHORIN | : |
| and THE ELKIN GROUP, INC. | : Jury Trial Demanded |
| | : |
| Defendants, | : |
| | : |
| and | : |
| | : |
| US MOBILCOMM, INC., | : |
| | : |
| Nominal Defendant. | : |

### NOTICE OF AMENDED COMPLAINT

PLEASE TAKE NOTICE that Plaintiff Jeffrey M. Norman has filed an Amended Complaint. A copy of the Amended Complaint is attached hereto as Exhibit 1. A black-lined version of the Amended Complaint evidencing the amendments make to the initial Complaint is attached hereto as Exhibit 2.

Dated: January 6, 2006

                                                                                Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
*Attorneys for Plaintiff*