## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on January 6, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

        Steven L. Caponi, Esquire
        Blank Rome LLP
        1201 N. Market Street, Suite 800
        Wilmington, DE 19801

        /s/ David A. Felice
        David A. Felice (#4090)
        Cozen O'Connor
        1201 North Market Street, Suite 1400
        Wilmington, DE 19801
        Telephone: (302) 295-2000
        Facsimile: (302) 295-2013
        E-mail: dfelice@cozen.com