

| | | |
|---|---|---|
| PHILADELPHIA<br>ATLANTA<br>CHARLOTTE<br>CHERRY HILL<br>CHICAGO<br>DALLAS<br>LAS VEGAS<br>LONDON<br>LOS ANGELES | **COZEN**<br>**O'CONNOR**<br>ATTORNEYS | NEW YORK<br>NEWARK<br>SAN DIEGO<br>SAN FRANCISCO<br>SEATTLE<br>WASHINGTON, DC<br>WEST CONSHOHOCKEN<br>WILMINGTON |

A PROFESSIONAL CORPORATION

SUITE 1400   CHASE MANHATTAN CENTRE   1201 NORTH MARKET STREET   WILMINGTON, DE 19801-1147
302.295.2000   888.207.2440   302.295.2013 FAX   www.cozen.com

January 27, 2006

**David A. Felice**
Direct Phone 302.295.2011
Direct Fax    866.776.8911
dfelice@cozen.com

*Via ECF*

Judge Joseph J. Farnan
United States District Court, District of Delaware
844 North King Street
Wilmington, DE 19801

**Re:** *Norman v. Elkin et al.*, C.A. No. 06-005-JJF

Dear Judge Farnan:

    Pursuant to District of Delaware Local Rule 81.2, please allow this to serve as Plaintiff Jeffrey M. Norman's statement identifying all pending matters that require judicial action.

    On January 3, 2006, this action was initiated in this Court by Defendants filing their Notice of Removal of the action from the Delaware Court of Chancery. (D.I. 1). On January 6, 2006, Plaintiff filed an amended complaint adding a demand for punitive damages and a jury trial. (D.I. 2). Defendants were granted a brief extension within which to file a response to the Amended Complaint. Presently, there are no pending matters that require the Court's immediate attention.

    As always, should Your Honor have any questions or concerns about this matter, counsel is available at Your Honor's convenience.

                            Regards,

                            David A. Felice (#4090)

cc:   Clerk of Court (by ECF)
      Steven L. Caponi, Esq. (by ECF)