

Phone:  (302) 425-6408
Fax:    (302) 428-5106
Email:  caponi@blankrome.com

January 31, 2006

**ELECTRONICALLY AND BY HAND**

The Honorable Joseph J. Farnan
United States District Court
For the District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re:   Norman v. Elkin, et al.
            D. Del. C.A. No. 06-005-JJF

Dear Judge Farnan:

    Pursuant to District of Delaware Local Rule 81.2, please allow this to serve as Defendants' Elkin, Shorin and The Elkin Group's statement that there are no pending matters that require the Court's immediate attention.

    Please contact counsel immediately should Your Honor have any questions or concerns.

Respectfully submitted,

Steven L. Caponi
DSBA No. 3484

SLC/rst

cc:   David A. Felice, Esquire