IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY M. NORMAN, | : |
| | : C.A. No. 06-055 JJF |
| Plaintiff, | : |
| | : JURY TRIAL DEMANDED |
| v. | : |
| | : |
| DAVID W. ELKIN, RICHARD M. SHORIN and THE ELKIN GROUP, INC., | : |
| | : |
| Defendants, | : |
| | : |
| and | : |
| | : |
| U.S. MOBILCOMM, INC., | : |
| | : |
| Nominal Defendant. | : |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Mark A. Evetts, Esquire, of the law firm of Berg & Androphy to represent Defendants in this matter. Payment of Mr. Evett's $25.00 annual fee, in accordance with the Standing Order for District Court Fund, is being submitted upon the filing of this motion.

BLANK ROME LLP

Dated: February 7, 2006

Steven L. Caponi (I.D. No. 3484)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6400
Attorneys for Defendants

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date:_____        _____
                                    The Honorable Joseph J. Farnan

122138.00601/40159742v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February, 2006, I electronically filed the Motion and Order for Admission *Pro Hac Vice* using CM/ECF which will send notification of such filing(s) to the following:

Sean Bellew, Esquire
Cozen O'Connor
1201 N. Market Street
Suite 1400
Wilmington, DE 19801

_____
Steven L. Caponi (I.D. No. 3484)