### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 2/6/06

Signed: *Mark A. Evetts*
Mark A. Evetts
Berg & Androphy
3704 Travis St
Houston, TX 77002
(713) 529-5622

122138.00601/40159742v.1