IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY M. NORMAN, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 06-005-JJF |
| | : |
| DAVID W. ELKIN, RICHARD M. SHORIN | : |
| and THE ELKIN GROUP, INC. | : Jury Trial Demanded |
| | : |
| Defendants, | : |
| | : |
| and | : |
| | : |
| US MOBILCOMM, INC., | : |
| | : |
| Nominal Defendant. | : |

### NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on August 23, 2006 true and correct copies of *Plaintiff's First Request for Admissions Directed to Defendants, Plaintiff's First Set of Requests for Production Directed to Defendants* and *Plaintiff's First Set of Interrogatories Directed to Defendants* were served upon the following counsel of record via hand delivery:

Steven L. Caponi, Esquire
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801

Dated: August 23, 2006

/s/ David A. Felice
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
*Attorneys for Plaintiff Jeffrey M. Norman*

## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on August 23, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

        Steven L. Caponi, Esquire
        Blank Rome LLP
        1201 N. Market Street, Suite 800
        Wilmington, DE 19801

        /s/ David A. Felice
        David A. Felice (#4090)
        Cozen O'Connor
        1201 North Market Street, Suite 1400
        Wilmington, DE 19801
        Telephone: (302) 295-2000
        Facsimile: (302) 295-2013
        E-mail: dfelice@cozen.com