IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY M. NORMAN, | : |
| Plaintiff, | : |
| v. | :    C.A. No. 06-005-JJF |
| DAVID W. ELKIN, RICHARD M. SHORIN and THE ELKIN GROUP, INC. | :    Jury Trial Demanded |
| Defendants, | : |
| and | : |
| US MOBILCOMM, INC., | : |
| Nominal Defendant. | : |

**RE-NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Procedure, the undersigned will take the deposition upon oral examination of **Richard M. Shorin** on **Tuesday, October 17, 2006 at 9:30 a.m.** This deposition will take place at the offices of Cozen O'Connor, Chase Manhattan Centre, 1201 North Market Street, Suite 1400, Wilmington, Delaware, before an officer authorized to take such deposition. The deposition shall continue from day to day until completed, and it will be recorded by stenographic means.

Dated: September 28, 2006

                                             /s/ David A. Felice
                                             Sean J. Bellew (#4072)
                                             David A. Felice (#4090)
                                             Cozen O'Connor
                                             1201 North Market Street, Suite 1400
                                             Wilmington, DE 19801
                                             Telephone: (302) 295-2000
                                             Facsimile: (302) 295-2013
                                             *Attorneys for Plaintiff Jeffrey M. Norman*

**CERTIFICATE OF SERVICE**

I, David A. Felice, do hereby certify that on September 28, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Steven L. Caponi, Esquire
>Blank Rome LLP
>1201 N. Market Street, Suite 800
>Wilmington, DE 19801


>*David A. Felice*
>David A. Felice (#4090)
>Cozen O'Connor
>1201 North Market Street, Suite 1400
>Wilmington, DE 19801
>Telephone: (302) 295-2000
>Facsimile: (302) 295-2013
>E-mail: dfelice@cozen.com