## CERTIFICATE OF CONFERENCE

I hereby certify by my signature below that counsel for Defendants, Mark Evetts, conferred by e-mail with counsel for the Plaintiff, Sean Bellew, regarding the relief requested herein and was told the Plaintiff opposes such relief.

/s/ Steven L. Caponi
Steven L. Caponi (DE ID No. 3484)