# EXHIBIT A

Click to Print    Printed on: Monday, October 23, 2006 12:28:32 EDT

# Case History Search
Search Created:
Monday, October 23, 2006 12:28:32
EDT

| Court: | DE Court of Chancery | Judge: | Parsons, Donald F | | File & Serve Live Date: | 11/16/2004 |
|---|---|---|---|---|---|---|
| Division: | N/A | Case Number: | 849-N | | Document(s) Filed: | 122 |
| Case Type: | Specific Performance | Case Name: | CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | | Date Range: | All |

1-50 of 55 transactions    <<Prev Page 1 of 2 Next>>

| Transaction | Date/Time | Option | Case Number Case Name | Authorizer Organization | # | Document Type | Document Title | Size |
|---|---|---|---|---|---|---|---|---|
| 4612850 | 11/16/2004 10:33 AM EST | File Only | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | Sean Joseph Bellew, Cozen O Connor-Wilmington | 1 | Complaint - Inspection of Books and Records | Complaint Pursuant to 8 Del. C. Section 220<br>• Linked from (5) | 0.1MB |
| | | | | | | Exhibits | Exhibit A to Complaint Pursuant to 8 Del. C. Section 220 | 0.1MB |
| | | | | | | Exhibits | Exhibit B to Complaint Pursuant to 8 Del. C. Section 220 | 0.1MB |
| | | | | | | Certificate of Service | Certificate of Service to Complaint Pursuant to 8 Del. C. Section 220 | 0.1MB |
| | | | | | | Supplemental Information Sheet | Supplemental Information Form to Complaint Pursuant to 8 Del. C. Section 220 | 0.1MB |
| 4654279 | 11/22/2004 3:31 PM EST | File Only | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | David A Felice, Cozen O Connor-Wilmington | 2 | Motion | Motion for Appointment of Special Process Servers<br>• Linked to (1) | 0.1MB |
| | | | | | | Proposed Order | Order for Appointment of Special Process Servers | 0.1MB |
| 4718263 | 11/22/2004 5:00 PM EST | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | Helen Charlton, DE Court of Chancery | 3 | Order | Motion & Order for Appointment of Special Process Servers signed by Master Glasscock dtd.11-23-04, (Issued Summons to Spec.Proc.Server 1 Copy) | 0.1MB |
| 4698972 | 12/1/2004 10:45 AM EST | File Only | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | David A Felice, Cozen O Connor-Wilmington | 4 | Summons | Original Summons with Affidavit of Service, Served on November 30, 2004<br>• Linked to (1) | 0.1MB |
| 4814727 | 12/20/2004 4:59 PM EST | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S | Steven L Caponi, Blank Rome LLP-Wilmington | 5 | Motion to Dismiss | US Mobilcomm, Inc.'s Motion to Dismiss<br>• Linked to (1) | 0.1MB |
| | | | | | | Notice | Notice of Motion (To Dismiss) | 0.1MB |
| | | | | | | Memorandum | Defendant US Mobilcomm, | 0.2MB |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | MobilComm Inc | | | | Inc.'s Memorandum of Law in Support of its Motion to Dismiss | |
| | | | | | | Proposed Order | Proposed Order (re: US MobilComm, Inc.'s Motion to Dismiss) | 0.1MB |
| | | | | | | Certificate of Service | Certificate of Service of US MobilComm's Motion to Dismiss AND Memorandum of Law in Support thereof | 0.1MB |
| 4951240 | 1/14/2005 3:34 PM EST | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | David A Felice, Cozen O Connor-Wilmington | 6 | Notice | Notice of Amended Complaint | 0.1MB |
| | | | | | | Exhibits | Exhibits A & B to Amended Complaint | 0.6MB |
| | | | | | | Exhibits | Exhibit C to Amended Complaint | 0.3MB |
| | | | | | | Exhibits | Exhibit D to Amended Complaint | 0.1MB |
| | | | | | | Amended Complaint | Exhibit 1 - Amended Complaint Pursuant to 8 Del. C. 220<br>• Linked from (5) | 0.2MB |
| | | | | | | Exhibits | Exhibit 2 - Black-line version of Amended Complaint | 0.3MB |
| | | | | | | Certificate of Service | Certificate of Service for Notice of Amended Complaint | 0.1MB |
| 5012233 | 1/25/2005 5:15 PM EST | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | David A Felice, Cozen O Connor-Wilmington | 7 | Redacted Document | PUBLIC VERSION - Redacted Amended Complaint Pursuant to 8 Del. C. Section 220<br>• Linked to (1) | 0.2MB |
| | | | | | | Redacted Document | PUBLIC VERSION - Exhibits A and B (redacted) to Amended Complaint Pursuant to 8 Del. C. Section 220 | 0.1MB |
| | | | | | | Redacted Document | PUBLIC VERSION - Exhibit C to Amended Complaint Pursuant to 8 Del. C. Section 220 | 0.3MB |
| | | | | | | Redacted Document | PUBLIC VERSION - Exhibit D to Amended Complaint Pursuant to 8 Del. C. Section 220 | 0.1MB |
| | | | | | | Certificate of Service | Certificate of Service of PUBLIC VERSION of redacted Amended Complaint Pursuant to 8 Del. C. Section 220 | 0.1MB |
| | | | | | | Certificate of Rule 5(G) | Certification Pursuant to Court of Chancery Rule 5(g)(5) re PUBLIC VERSION of Amended Complaint Pursuant to 8 De. C. Section 220 | 0.1MB |
| | | | | | | Certificate of Service | Certificate of Service of Certification Pursuant to Court of Chancery Rule 5(g)(5) re PUBLIC VERSION of Amended Complaint Pursuant to 8 De. C. Section 220 | 0.1MB |
| 5072383 | 2/3/2005 11:59 AM | File And | 849-N CLOSED | Steven L Caponi, | 8 | Stipulation & (Proposed) | Stipulation and Proposed Order for Extension of Time | 0.4MB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | EST | Serve | 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | Blank Rome LLP-Wilmington | | Order | (to answer amended complaint)<br>• Linked to (1)<br>• Linked from (2) | |
| 5074629 | 2/3/2005 2:25 PM EST | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | Donald F Parsons, DE Court of Chancery | 9 | Order | Granted (Stipulation and Proposed Order for Extension of Time (to answer amended complaint))<br>• Linked to (1) | 0.4MB |
| 5075039 | 2/3/2005 3:19 PM EST | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | Steven L Caponi, Blank Rome LLP-Wilmington | 10 | Letter | Letter to The Hon. Donald F. Parsons, Jr. from Brian J. McTear, Esq. enclosing courtesy copy of Stipulation and Proposed Order for Extension of Time (to respond to Plaintiff's Amended Complaint)<br>• Linked to (1) | 0.3MB |
| 5161920 | 2/16/2005 7:14 PM EST | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | Steven L Caponi, Blank Rome LLP-Wilmington | 11 | Motion to Dismiss | US Mobilcomm, Inc.'s Motion to Dismiss<br>• Linked to (1)<br>• Linked from (5) | 0.1MB |
| | | | | | | Memorandum Opinion | Defendant US Mobilcomm, Inc.'s Memorandum of Law in Support of it's Motion to Dismiss | 0.2MB |
| | | | | | | Proposed Order | Proposed Order to Motion to Dismiss | 0.1MB |
| | | | | | | Certificate of Service | Certificate of Service to Motion to Dismiss | 0.1MB |
| 5209115 | 2/24/2005 9:46 AM EST | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | Steven L Caponi, Blank Rome LLP-Wilmington | 12 | Stipulation | Stipulation and (Proposed) Order Governing the Production of Confidential Information<br>• Linked from (1) | 0.2MB |
| | | | | | | Exhibits | Exhibit A to Stipulation and (Proposed) Order Governing the Production of Confidential Information | 0.1MB |
| | | | | | | Proposed Order | Proposed Order to Stipulation and Order Governing the Production of Confidential Information<br>• Linked from (1) | 0.1MB |
| 5218585 | 2/25/2005 10:08 AM EST | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | Donald F Parsons, DE Court of Chancery | 13 | Order | Granted (Stipulation and (Proposed) Order Governing the Production of Confidential Information)<br>• Linked to (1) | 0.2MB |
| | | | | | 14 | Order | Granted (Proposed Order to Stipulation and Order Governing the Production of Confidential Information)<br>• Linked to (1) | 0.1MB |
| 5224500 | 2/25/2005 4:06 PM EST | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S | Donald F Parsons, DE Court of Chancery | 15 | Letter | Letter to Counsel dated 02.25.05 regarding submission of briefing schedule | 0.1MB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5322136 | 3/11/2005 3:40 PM EST | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | Steven L Caponi, Blank Rome LLP-Wilmington | 16 Letter | Letter to The Hon. Donald F. Parsons, Jr. on behalf of both parties (signed by Brian J. McTear, Esq.) regarding agreed briefing schedule on Motion to Dismiss the Amended Complaint -- Plaintiff to file answering brief on or before 4-1-05. Defendant to file 20 days after date of service.<br>• Linked to (1) | 0.1MB |
| 5487364 | 4/1/2005 4:12 PM EST | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | David A Felice, Cozen O Connor-Wilmington | 17 Answering Brief | Plaintiff's Answering Brief in Opposition to Defendant's Motion to Dismiss<br>• Linked to (1) | 0.4MB |
| | | | | | Exhibits | Exhibit 1 to Plaintiff's Answering Brief in Opposition to Defendant's Motion to Dismiss<br>• Linked to (1) | 2.3MB |
| | | | | | Certificate of Service | Certificate of Service to Plaintiff's Answering Brief in Opposition to Defendant's Motion to Dismiss<br>• Linked to (1) | 0.1MB |
| 5670317 | 4/22/2005 11:30 AM EDT | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | Steven L Caponi, Blank Rome LLP-Wilmington | 18 Reply Brief | US Mobilcomm, Inc.'s Reply Brief in Further Support of Its Motion to Dismiss<br>• Linked to (1) | 0.3MB |
| | | | | | Certificate of Service | Certificate of Service RE: US Mobilcomm, Inc.'s Reply Brief in Further Support of Its Motion to Dismiss | 0.1MB |
| 5963613 | 6/7/2005 2:51 PM EDT | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | Donald F Parsons, DE Court of Chancery | 19 Letter | Letter to Counsel dated 06.07.05 confirming oral argument date | 0.1MB |
| 5931351 | 6/14/2005 11:36 AM EDT | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | Donald F Parsons, DE Court of Chancery | 20 Letter | Letter to Counsel dated 06.01.05 confirming oral argument date | 0.1MB |
| 6054538 | 6/17/2005 5:00 PM EDT | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | Kenneth Lagowski, DE Court of Chancery | 21 Judicial Action Form | Hearing on Motion to Dismiss held before VC Parsons 6/17/2005; Denied. Counsel to confer with Court regarding trial dates. Oral ruling on the record<br>• Linked from (1) | 0.1MB |
| 6196455 | 7/13/2005 3:09 PM EDT | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | David A Felice, Cozen O Connor | 22 Letter | Letter to L. Forster confirming schedule and deadlines.<br>• Linked to (1)<br>• Linked from (1) | 0.1MB |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6198040 | 7/13/2005 4:45 PM EDT | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | Steven L Caponi, Blank Rome LLP- Wilmington | 23 | Answer | US Mobilcomm, Inc.'s Answer and Affirmative Defenses to the Amended Complaint<br>• Linked to (1) | 0.2MB |
| | | | | | | Certificate of Service | Certificate of Service to US Mobilcomm, Inc.'s Answer and Affirmative Defenses to the Amended Complaint | 0.1MB |
| 6214611 | 7/15/2005 4:04 PM EDT | Serve Only - Private | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | David A Felice, Cozen O Connor | | Interrogatories | Plaintiff's First Set of Interrogatories Directed to Defendant | 0.1MB |
| | | | | | | Request For Production (First) | Plaintiff's First Set of Requests for Production Directed to Defendant | 0.1MB |
| 6214667 | 7/15/2005 4:06 PM EDT | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | David A Felice, Cozen O Connor | 24 | Notice of service of Interrogatories | Notice of Service for Plaintiff's First Set of Interrogatories and Requests for Production Directed to Defendant | 0.1MB |
| | | | | | | Certificate of Service | Certificate of Service to Notice of Service for Plaintiff's First Set of Interrogatories and Requests for Production Directed to Defendant | 0.1MB |
| 6333934 | 7/25/2005 10:48 AM EDT | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | David A Felice, Cozen O Connor | 25 | Notice of Deposition | Notice of Deposition of representative from US MobilComm, Inc. | 0.1MB |
| | | | | | | Certificate of Service | Certificate of Service of Notice of Deposition of representative from US MobilComm, Inc. | 0.1MB |
| 6444506 | 8/9/2005 9:23 AM EDT | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | David A Felice, Cozen O Connor | 26 | Proposed Order | Proposed Pretrial Order<br>• Linked to (2)<br>• Linked from (1) | 0.3MB |
| | | | | | | Exhibits | Attachment A to Proposed Pretrial Order | 0.1MB |
| 6478269 | 8/12/2005 3:46 PM EDT | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | Sean Joseph Bellew, Cozen O Connor | 27 | Notice of Service | Notice of Service of Subpoena - David Elkin | 0.1MB |
| | | | | | 28 | Notice of Service | Notice of Service of Subpoena - Richard Shorin | 0.1MB |
| | | | | | | Subpoena | Subpoena and Affidavit of Service - David Elkin | 0.1MB |
| | | | | | | Certificate of Service | Certificate of Service of Notice of Service of Subpoena - David Elkin | 0.1MB |
| | | | | | | Subpoena | Subpoena and Affidavit of Service - Richard Shorin | 0.1MB |
| | | | | | | Certificate of Service | Certificate of Service of Notice of Service of Subpoena - Richard Shorin | 0.1MB |
| 6503394 | 8/17/2005 9:32 AM EDT | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | Elizabeth A Wilburn, Blank Rome LLP- Wilmington | 29 | Entry of Appearance | Entry of Appearance of Elizabeth A. Wilburn for defendant | 0.1MB |
| | | | | | | Certificate of Service | Certificate of Service to Entry of Appearance of E. Wilburn | 0.1MB |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6515236 | 8/18/2005 12:31 PM EDT | Serve Only - Private | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | Sean Joseph Bellew, Cozen O Connor | | Response to Request for Production | Plaintiff's Responses to Defendant's First Request for Production of Documents | 0.1MB |
| 6515275 | 8/18/2005 12:33 PM EDT | Serve Only - Private | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | Sean Joseph Bellew, Cozen O Connor | | Answer to Interrogatories | Plaintiff's Responses to Defendant's First Set of Interrogatories | 0.1MB |
| 6515531 | 8/18/2005 12:58 PM EDT | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | Sean Joseph Bellew, Cozen O Connor | 30 | Notice of service of Answers to Interrogatories | Notice of Service of Plaintiff's Responses to Defendant's First Set of Interrogatories | 0.1MB |
| | | | | | | Certificate of Service | Certificate of Service of Notice of Service of Plaintiff's Responses to Defendant's First Set of Interrogatories and First Request for Production | 0.1MB |
| 6515668 | 8/18/2005 1:00 PM EDT | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | Sean Joseph Bellew, Cozen O Connor | 31 | Notice of service of Response to Request for Produ | Notice of Service of Plaintiff's Responses to Defendant's First Request for Production | 0.1MB |
| | | | | | | Certificate of Service | Certificate of Service of Notice of Service of Plaintiff's Responses to Defendant's First Request for Production | 0.1MB |
| 6704301 | 9/15/2005 11:24 AM EDT | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | Donald F Parsons, DE Court of Chancery | 32 | Order | Granted (Proposed Pretrial Order)<br>• Linked to (1) | 0.3MB |
| 6710640 | 9/15/2005 5:17 PM EDT | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | Donald F Parsons, DE Court of Chancery | 33 | Letter | Letter to Counsel dated 09.15.05 regarding submission of post-trial briefing schedule<br>• Linked from (2) | 0.1MB |
| 6917738 | 9/30/2005 5:25 PM EDT | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | David A Felice, Cozen O'Connor | 34 | Proposed Order | Stipulated Order and Proposed Judgment<br>• Linked to (1)<br>• Linked from (1) | 0.1MB |
| 6925716 | 10/3/2005 2:14 PM EDT | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | David A Felice, Cozen O'Connor | 35 | Letter | Letter to Vice Chancellor Parsons re the Stipulated Order and Final Judgment, obviation of post-trial brief<br>• Linked to (1) | 0.1MB |

| ID | Date/Time | Type | Case | Attorney | Doc # / Type | Description | Size |
|---|---|---|---|---|---|---|---|
| 6926180 | 10/3/2005 3:53 PM EDT | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | Donald F Parsons, DE Court of Chancery | 36 Order | Granted (Stipulated Order and Proposed Judgment)<br>• Linked to (1)<br>• Linked from (2) | 0.1MB |
| 7155047 | 10/21/2005 4:07 PM EDT | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | David A Felice, Cozen O'Connor | 37 Letter | Letter to Vice Chancellor Parsons requesting that the time to dismiss the case be postponed to October 28, 2005<br>• Linked to (1) | 0.1MB |
| 7266725 | 10/24/2005 4:42 PM EDT | File Only | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | Donald F Parsons, DE Court of Chancery | 38 Order | The parties' request for an extension of the time to file a Stipulation of Dismissal in this action until October 28, 2005, as reflected in the letter from Mr. Felice dated October 21, 2005, is hereby GRANTED. | 0MB |
| 7302768 | 10/27/2005 7:59 PM EDT | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | David A Felice, Cozen O'Connor | 39 Motion | Plaintiff's Motion for Attorneys' Fees and Costs<br>• Linked from (6) | 0.1MB |
| | | | | | 40 Opening Brief | Opening Brief in Support of Plaintiff's Motion for Attorneys' Fees and Costs<br>• Linked from (3) | 0.3MB |
| | | | | | Exhibits | Exhibits A - I to Plaintiff's Opening Brief on His Motion for Attorneys' Fees and Costs<br>• Linked from (1) | 1.1MB |
| | | | | | Proposed Order | Proposed Order on Plaintiff's Motion for Attorneys' Fees and Costs<br>• Linked from (1) | 0.1MB |
| | | | | | Certificate of Service | Certificate of Service for Plaintiff's Opening Brief and Motion for Attorneys' Fees and Costs<br>• Linked from (1) | 0.1MB |
| 7303908 | 10/28/2005 10:38 AM EDT | Serve Only - Public | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | David A Felice, Cozen O'Connor | Letter | Letter to Vice Chancellor Parsons enclosing cc of Plaintiff's Motion for Attorney's Fees and Costs and the Opening Brief in support thereof<br>• Linked to (2) | 0.1MB |
| 7318652 | 10/31/2005 2:54 PM EST | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | Donald F Parsons, DE Court of Chancery | 41 Letter | Letter to Counsel dated 10.31.2005 regarding submission of stipulated briefing schedule<br>• Linked from (2) | 0.1MB |
| 7320252 | 10/31/2005 4:20 PM EST | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey | Steven L Caponi, Blank Rome LLP- Wilmington | 42 Stipulation | Stipulation of Voluntary Dismissal with Prejudice (Court to maintain jurisdiction of Plaintiffs Motion for Attorney's Fees and Costs) | 0.1MB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | M vs U S MobilComm Inc | | | • Linked to (6) | |
| 7441947 | 11/15/2005 6:25 PM EST | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | David A Felice, Cozen O'Connor | 43 Stipulation & (Proposed) Order | Proposed Briefing Schedule on Plaintiff's Motion for Attorneys' Fees and Costs<br>• Linked to (3)<br>• Linked from (1) | 0.1MB |
| 7446867 | 11/16/2005 12:55 PM EST | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | Donald F Parsons, DE Court of Chancery | 44 Order | Granted (Proposed Briefing Schedule on Plaintiff's Motion for Attorneys' Fees and Costs)<br>• Linked to (1) | 0.1MB |
| 7631560 | 12/12/2005 8:41 PM EST | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | Steven L Caponi, Blank Rome LLP-Wilmington | 45 Answering Brief | US MobilComm, Inc.'s Answering Brief in Opposition to Plaintiff's Motion for Attorneys' Fees and Costs<br>• Linked to (1)<br>• Linked from (3) | 0.6MB |
| | | | | | Exhibits | Exhibit A re: US MobilComm, Inc.'s Answering Brief in Opposition to Plaintiff's Motion for Attorneys' Fees and Costs | 0.2MB |
| | | | | | Exhibits | Exhibit B re: US MobilComm, Inc.'s Answering Brief in Opposition to Plaintiff's Motion for Attorneys' Fees and Costs | 0.2MB |
| | | | | | Exhibits | Exhibit C re: US MobilComm, Inc.'s Answering Brief in Opposition to Plaintiff's Motion for Attorneys' Fees and Costs | 0.1MB |
| | | | | | Exhibits | Exhibit D re: US MobilComm, Inc.'s Answering Brief in Opposition to Plaintiff's Motion for Attorneys' Fees and Costs | 0.2MB |
| | | | | | Exhibits | Exhibit E re: US MobilComm, Inc.'s Answering Brief in Opposition to Plaintiff's Motion for Attorneys' Fees and Costs | 0.1MB |
| | | | | | Exhibits | Exhibit F re: US MobilComm, Inc.'s Answering Brief in Opposition to Plaintiff's Motion for Attorneys' Fees and Costs | 0.1MB |
| | | | | | Exhibits | Exhibit G re: US MobilComm, Inc.'s Answering Brief in Opposition to Plaintiff's Motion for Attorneys' Fees and Costs | 0.1MB |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Exhibits | Exhibit H re: US MobilComm, Inc.'s Answering Brief in Opposition to Plaintiff's Motion for Attorneys' Fees and Costs | 0.1MB |
| | | | | | | Exhibits | Exhibit I re: US MobilComm, Inc.'s Answering Brief in Opposition to Plaintiff's Motion for Attorneys' Fees and Costs | 0.5MB |
| | | | | | | Exhibits | Exhibit J re: US MobilComm, Inc.'s Answering Brief in Opposition to Plaintiff's Motion for Attorneys' Fees and Costs | 0.1MB |
| | | | | | | Exhibits | Exhibit K re: US MobilComm, Inc.'s Answering Brief in Opposition to Plaintiff's Motion for Attorneys' Fees and Costs | 0.1MB |
| | | | | | | Exhibits | Exhibit L re: US MobilComm, Inc.'s Answering Brief in Opposition to Plaintiff's Motion for Attorneys' Fees and Costs | 0.1MB |
| | | | | | | Exhibits | Exhibit M re: US MobilComm, Inc.'s Answering Brief in Opposition to Plaintiff's Motion for Attorneys' Fees and Costs | 0.5MB |
| | | | | | | Exhibits | Exhibit N re: US MobilComm, Inc.'s Answering Brief in Opposition to Plaintiff's Motion for Attorneys' Fees and Costs | 0.3MB |
| | | | | | | Exhibits | Exhibit O re: US MobilComm, Inc.'s Answering Brief in Opposition to Plaintiff's Motion for Attorneys' Fees and Costs | 1.8MB |
| | | | | | | Certificate of Service | Certificate of Service re: US MobilComm, Inc.'s Answering Brief in Opposition to Plaintiff's Motion for Attorneys' Fees and Costs | 0.1MB |
| 7634582 | 12/13/2005 12:40 PM EST | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | Steven L Caponi, Blank Rome LLP-Wilmington | 46 Letter | | Letter to Vice Chancellor Parsons from Steven L. Caponi enclosing U.S. Mobilcomm, Inc.'s Answering Brief in Opposition to Plaintiff's Motion for Attorneys' Fees and Costs<br>• Linked to (1) | 0.1MB |
| 7716987 | 12/23/2005 4:46 PM EST | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S | David A Felice, Cozen O'Connor | 47 Reply Brief | | Plaintiff's Reply Brief in Further Support of His Motion for Attorneys' Fees and Costs<br>• Linked to (3) | 0.5MB |
| | | | | | | Exhibits | Exhibits 1 through 5 re | 0.3MB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | MobilComm Inc | | Plaintiff's Reply Brief in Further Support of His Motion for Attorneys' Fees and Costs | |
| | | | | | Certificate of Service | Certificate of Service of Plaintiff's Reply Brief in Further Support of His Motion for Attorneys' Fees and Costs | 0.1MB |
| 10368838 | 1/19/2006 12:40 PM EST | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | Donald F Parsons, DE Court of Chancery | 48 Letter | Letter to Counsel dtd. 01.19.2006 confirming oral argument date | 0.1MB |
| 10438072 | 1/26/2006 5:00 PM EST | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | Kenneth Lagowski, DE Court of Chancery | 49 Judicial Action Form | Oral Argument on Plts.' Motion for Attorneys' Fees and Costs held before VC Parsons 1/26/2006; Reserved. | 0.1MB |

1-50 of 55 transactions   <<Prev Page 1 of 2 Next>>

LexisNexis* File & Serve

Click to Print     Printed on: Monday, October 23, 2006 12:28:54 EDT

# Case History Search

Search Created:
Monday, October 23, 2006 12:28:54 EDT

| | | | | | | |
|---|---|---|---|---|---|---|
| **Court:** | DE Court of Chancery | **Judge:** | Parsons, Donald F | | **File & Serve Live Date:** | 11/16/2004 |
| **Division:** | N/A | **Case Number:** | 849-N | | **Document(s) Filed:** | 122 |
| **Case Type:** | Specific Performance | **Case Name:** | CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | | **Date Range:** | All |

51-55 of 55 transactions    <<Prev Page 2 of 2 Next>>

| Transaction | ▲Date/Time | Option | Case Number Case Name | Authorizer Organization | # | Document Type | Document Title | Size |
|---|---|---|---|---|---|---|---|---|
| 10438348 | 1/27/2006 2:52 PM EST | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | David A Felice, Cozen O'Connor | 50 | Affidavit | Affidavit of David A. Felice re: Motion for Attorneys' Fees and Costs • Linked to (1) | 0.1MB |
| | | | | | | Certificate of Service | Certificate of Service of Affidavit of David A. Felice re: Motion for Attorneys' Fees and Costs | 0.1MB |
| 11162552 | 4/28/2006 5:21 PM EDT | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | Donald F Parsons, DE Court of Chancery | 51 | Opinion | Letter Opinion | 0.1MB |
| 11215726 | 5/5/2006 2:51 PM EDT | File Only | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | Neith Ecker, DE Court of Chancery | 52 | Official Transcript (Addl Fees Apply) | Oral argument on Plaintiff's Motion for Attorneys' Fees held Jan. 26, 2006 | 0.1MB |
| 12661651 | 10/18/2006 11:47 AM EDT | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | David A Felice, Cozen Oconnor | 53 | Letter | Letter to Vice Chancellor Parsons enclosing proposed order clarifying Court's April 28, 2006 Letter Opinion | 0.1MB |
| | | | | | | Proposed Order | Proposed Order • Linked from (1) | 0.1MB |
| 12684169 | 10/20/2006 10:35 AM EDT | File And Serve | 849-N CLOSED 10/31/05 CONF ORDER 02/25/05 Norman, Jeffrey M vs U S MobilComm Inc | Donald F Parsons, DE Court of Chancery | 54 | Order | Granted (Proposed Order) • Linked to (1) | 0.1MB |

51-55 of 55 transactions    <<Prev Page 2 of 2 Next>>

**LexisNexis** *File & Serve*