## CERTIFICATE OF SERVICE

I, Sean J. Bellew, do hereby certify that on October 23, 2006, I caused a true and correct copy of the foregoing to be served upon the following party in the manners indicated:

**Via LexisNexis File & Serve**
Steven L. Caponi, Esquire
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801

_____
Sean J. Bellew (#4072)