**CERTIFICATE OF SERVICE**

I, Sean J. Bellew, do hereby certify that on October 26, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Steven L. Caponi, Esquire
>Blank Rome LLP
>1201 N. Market Street, Suite 800
>Wilmington, DE 19801

>*/s/ Sean J. Bellew*
>Sean J. Bellew (#4072)