IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY M. NORMAN, | : |
| Plaintiff, | : |
| v. | : C.A. No. 06-005-JJF |
| DAVID W. ELKIN, RICHARD M. SHORIN and THE ELKIN GROUP, INC. | : Jury Trial Demanded |
| Defendants, | : |
| and | : |
| US MOBILCOMM, INC., | : |
| Nominal Defendant. | : |

## SECOND RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Procedure, the undersigned will take the deposition upon oral examination of **David W. Elkin** on **Friday, November 17, 2006 at 9:30 a.m.** This deposition will take place at the offices of Cozen O'Connor, Chase Manhattan Centre, 1201 North Market Street, Suite 1400, Wilmington, Delaware, before an officer authorized to take such deposition. The deposition shall continue from day to day until completed, and it will be recorded by stenographic means.

Dated: October 26, 2006

/s/ Sean J. Bellew
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
*Attorneys for Plaintiff Jeffrey M. Norman*