IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY M. NORMAN, | : |
| | : C.A. No. 06-005 JJF |
| Plaintiff, | : |
| | : JURY TRIAL DEMANDED |
| v. | : |
| | : |
| DAVID W. ELKIN, RICHARD M. SHORIN and THE ELKIN GROUP, INC., | : |
| | : |
| Defendants, | : |
| | : |
| and | : |
| | : |
| U.S. MOBILCOMM, INC., | : |
| | : |
| Nominal Defendant. | : |

## NOTICE OF WITHDRAWAL

The law firm of Berg & Androphy files this Notice of Withdrawal as counsel for Defendants David W. Elkin, Richard M. Shorin, The Elkin Group, Inc., and U.S. MobilComm, Inc.

Mark A. Evetts of the law firm of Berg & Androphy, 3704 Travis Street, Houston, Texas 77002 was admitted to practice before this Court under an Order of Admission *Pro Hac Vice* on February 7, 2006 to represent Defendants David W. Elkin, Richard M. Shorin, The Elkin Group, Inc., and U.S. MobilComm, Inc. Mr. Evetts is no longer with the firm of Berg & Androphy, and the law firm of Berg & Androphy submits notice of its withdrawal of its representation as counsel for Defendants David W. Elkin, Richard M. Shorin, The Elkin Group, Inc., and U.S. MobilComm, Inc.

Pursuant to Delaware Local Rule 83.7, an attorney may withdraw an appearance for a party without the Court's permission when such withdrawal will leave a member of

the Bar of this Court appearing as attorney of record for the party. Defendants David W. Elkin, Richard M. Shorin, The Elkin Group, Inc., and U.S. MobilComm, Inc., are represented by lead attorney Steven L. Caponi (I.D. No. 3484) of Blank Rome, L.L.P., 1201 North Market Street, Suite 800, Wilmington, Delaware 19801-4226, as well as their continued representation by co-counsel, Mark A. Evetts, 8502 Jackson Creek Bend Lane, Houston, Texas 77396, Telephone (281) 458-6914.

Respectfully submitted,

By: _____
Steven L. Caponi (DE ID No. 3484)
BLANK ROME, L.L.P.
1201 North Market Street, Suite 800
Wilmington, DE 19801-4226
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

122138.00601/40165339v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October 2006, this Notice of Withdrawal was filed using CM/ECF which will send notification of such filing(s) to the following:

Sean Bellew
David A. Felice
COZEN O'CONNOR
1201 N. Market Street, Suite 1400
Wilmington, DE  19801

Joel M. Androphy
BERG & ANDROPHY
3704 Travis Street
Houston, Texas 77002
Telephone (713) 529-5622
Facsimile  (713) 529-3785

_____
Steven L. Caponi

3