```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF DELAWARE
```

JEFFREY M. NORMAN,                :
                                  :
       Plaintiff,            :
                                  :
  v.                              :   CIVIL ACTION NO. 06-005-JJF
                                  :
DAVID W. ELKIN, RICHARD M.        :
SHORIN and                        :
THE ELKIN GROUP, INC.             :
                                  :
       Defendants,           :
                                  :
    and                           :
                                  :
US MOBILCOMM, INC.                :
                                  :
       Nominal Defendant.    :

<u>ORDER</u>

    WHEREAS, on March 1, 2006, the Court issued a Rule 16 Scheduling Order requiring the parties to complete fact discovery by September 22, 2006, and requiring Plaintiff to submit its expert designation by October 17, 2006;

    WHEREAS, on October 6, 2006, Defendants filed a Motion To Enlarge The Time To Depose The Plaintiff, Exchange Initial Disclosures, And Propound Limited Written Discovery (D.I. 19) requesting the Court: 1) extend the time to depose Plaintiff until November 30, 2006; 2) extend the time to exchange initial disclosures until October 31, 2006; and, 3) extend to time to propound limited written discovery until October 13, 2006;

    WHEREAS, on October 17, 2006, the Court received an electronic mail message from Plaintiff requesting time to serve its expert reports a reasonable time after deposing the Defendants;

WHEREAS, Defendants responded without objection to Plaintiff's request;

NOW THEREFORE IT IS HEREBY ORDERED that Defendants' Motion To Enlarge The Time To Depose The Plaintiff, Exchange Initial Disclosures, And Propound Limited Written Discovery (D.I. 19) is **GRANTED** with leave for the parties to file a Stipulated Proposed Rule 16 Scheduling Order no later than November 9, 2006.  After receiving the Proposed Order, the Court will schedule the Pretrial Conference and Trial dates.

November 3, 2006

_____
UNITED STATES DISTRICT JUDGE