IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY M. NORMAN, | : |
| Plaintiff, | : |
| v. | : C.A. No. 06-005-JJF |
| DAVID W. ELKIN, RICHARD M. SHORIN and THE ELKIN GROUP, INC., | : Jury Trial Demanded |
| Defendants, | : |
| and | : |
| US MOBILCOMM, INC., | : |
| Nominal Defendant. | : |

## AMENDED RULE 16 SCHEDULING ORDER

The parties having stipulated to the amendment of the Rule 16 Scheduling Order dated March 1, 2006 (the "Scheduling Order"),

IT IS ORDERED that the Court's Scheduling Order shall be amended only as follows, with the balance of the Scheduling Order remaining as contained therein:

1. **Pre-Discovery Disclosures.** The parties will exchange by November 22, 2006 the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Joinder of Other Parties.** All motions to join other parties shall be filed on or before December 8, 2006.

3. **Discovery.**

    (a) All fact discovery, including exchange and completion of interrogatories, and depositions of all fact witnesses and document production, shall be commenced so as to be completed by **December 22, 2006.**

(b)  Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiff by **January 5, 2007**; from the defendants by **February 9, 2007**.

(c)  Any party desiring to depose an expert witness shall notice and complete said deposition no later than ten (10) days from receipt of said expert's report, unless otherwise agreed in writing by the parties.

4.  **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before **February 16, 2007**. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.

| | |
|---|---|
| /s/ Steven L. Caponi | /s/ Sean J. Bellew |
| Steven L. Caponi (#3484) | Sean J. Bellew (#4072) |
| Blank Rome LLP | David A. Felice (#4090) |
| 1201 N. Market Street, Suite 800 | Cozen O'Connor |
| Wilmington, DE 19801 | 1201 North Market Street, Suite 1400 |
| Telephone: (302) 425-6408 | Wilmington, DE 19801 |
| Facsimile: (302) 425-6464 | Telephone: (302) 295-2000 |
| *Attorneys for Defendants* | Facsimile: (302) 295-2013 |
| | *Attorneys for Plaintiff* |

SO ORDERED this 14 day of November, 2006

_____
UNITED STATES DISTRICT JUDGE

2