IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JEFFREY M. NORMAN,                  :
                                    :
        Plaintiff,                  :
                                    :
    v.                              : Civil Action No. 06-005-JJF
                                    :
DAVID W. ELKIN, et al,              :
                                    :
        Defendants.                 :

### O R D E R

WHEREAS, the Court approved the parties Amended Rule 16 Scheduling Order (D.I. 26);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) The Pretrial Conference set for March 8, 2007 is cancelled. A Pretrial Conference will be held on **Thursday, May 10, 2007 at 11:00 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

2) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel should be available during the 120 day period for trial.

November 16, 2006
DATE

UNITED STATES DISTRICT JUDGE