IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY M. NORMAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-005-JJF |
| | : | |
| DAVID W. ELKIN, RICHARD M. SHORIN and THE ELKIN GROUP, INC., | : | Jury Trial Demanded |
| | : | |
| Defendants, | : | |
| | : | |
| and | : | |
| | : | |
| US MOBILCOMM, INC., | : | |
| | : | |
| Nominal Defendant. | : | |

**NOTICE OF SERVICE OF PLAINTIFF JEFFREY M. NORMAN'S
INITIAL DISCLOSURES PURSUANT TO RULE 26**

PLEASE TAKE NOTICE that, on November 22, 2006, true and correct copies of *Plaintiff Jeffrey M. Norman's Initial Disclosures Pursuant to Rule 26* were served upon the following counsel of record via First Class Mail:

Steven L. Caponi, Esquire
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801

Dated: November 22, 2006

*David A. Felice*
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
*Attorneys for Plaintiff*

WILMINGTON\45164\1 156666.000

## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on November 22, 2006 I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Steven L. Caponi, Esquire
>Blank Rome LLP
>1201 N. Market Street, Suite 800
>Wilmington, DE 19801

>*David A. Felice*
>David A. Felice (#4090)
>Cozen O'Connor
>1201 North Market Street, Suite 1400
>Wilmington, DE 19801
>Telephone: (302) 295-2000
>Facsimile: (302) 295-2013
>E-mail: dfelice@cozen.com

WILMINGTON\45164\1  156666.000