IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY M. NORMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 06-005-JJF |
| | § | |
| DAVID W. ELKIN, RICHARD M. | § | |
| SHORIN and THE ELKINS GROUP, INC. | § | Jury Trial Demanded |
| | § | |
| Defendants, | § | |
| | § | |
| and | § | |
| | § | |
| US MOBILCOMM, INC., | § | |
| | § | |
| Nominal Defendant. | § | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 22nd day of November, 2006, true and correct copies of *Defendants' First Request for Production of Documents* and *Defendants' First Requests for Admission* were served via e-mail and hand delivery upon the following counsel of record:

>Sean J. Bellow
>David A. Felice
>Cozen O'Connor
>1201 North Market Street, Suite 1400
>Wilmington, DE 19801

Dated: November 28, 2006

>/s/ Steven L. Caponi
>Steven L. Caponi (DE ID No. 3484)
>**Blank Rome LLP**
>1201 Market Street, Suite 800
>Wilmington, DE 19801
>Telephone:    302-425-6408
>Facsimile:    302-428-5106
>Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Notice of Service was served electronically on this 28th day of November 2006 upon the following counsel of record:

>Sean J. Bellow
>David A. Felice
>Cozen O'Connor
>1201 North Market Street, Suite 1400
>Wilmington DE 19801

      /s/ Steven L. Caponi
      Steven L. Caponi (DE ID No. 3484)