IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| JEFFREY M. NORMAN, | § |
| Plaintiff, | § |
| v. | § C.A. No. 06-005-JJF |
| DAVID W. ELKIN, RICHARD M. SHORIN and THE ELKINS GROUP, INC. | § Jury Trial Demanded |
| Defendants, | § |
| and | § |
| US MOBILCOMM, INC., | § |
| Nominal Defendant. | § |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 28th day of November, 2006, true and correct copies of *Defendants' Initial Disclosures Pursuant to Rule 26 of the Federal Rules of Civil Procedure* were served via e-mail and hand delivery and this Notice was served electronically and hand delivery upon the following counsel of record:

    Sean J. Bellew
    David A. Felice
    Cozen O'Connor
    1201 North Market Street, Suite 1400
    Wilmington, DE 19801

Dated: November 28, 2006

    _____
    Steven L. Caponi (DE ID No. 3484)
    **Blank Rome LLP**
    1201 Market Street, Suite 800
    Wilmington, DE 19801
    Telephone:  302-425-6408
    Facsimile:   302-428-5106
    Attorneys for Defendants