IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY M. NORMAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-005-JJF |
| | : | |
| DAVID W. ELKIN, RICHARD M. SHORIN and THE ELKIN GROUP, INC. | : | Jury Trial Demanded |
| | : | |
| Defendants, | : | |
| | : | |
| and | : | |
| | : | |
| US MOBILCOMM, INC., | : | |
| | : | |
| Nominal Defendant. | : | |

## THIRD RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Procedure, the undersigned will take the deposition upon oral examination of **David W. Elkin** on **Wednesday, December 6, 2006 at 9:30 a.m.** This deposition will take place at the offices of Cozen O'Connor, Chase Manhattan Centre, 1201 North Market Street, Suite 1400, Wilmington, Delaware, before an officer authorized to take such deposition. The deposition shall continue from day to day until completed, and it will be recorded by stenographic means and may be videotaped.

Dated: November 29, 2006

/s/ Sean J. Bellew
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
*Attorneys for Plaintiff Jeffrey M. Norman*

WILMINGTON\45570\1 156666.000

## CERTIFICATE OF SERVICE

    I, Sean J. Bellew, do hereby certify that on November 29, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

> Steven L. Caponi, Esquire
> Blank Rome LLP
> 1201 N. Market Street, Suite 800
> Wilmington, DE 19801

> */s/ Sean J. Bellew*
> Sean J. Bellew (#4072)