IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY M. NORMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 06-005-JJF |
| | § | |
| DAVID W. ELKIN, RICHARD M. | § | |
| SHORIN and THE ELKINS GROUP, INC. | § | Jury Trial Demanded |
| | § | |
| Defendants, | § | |
| | § | |
| and | § | |
| | § | |
| US MOBILCOMM, INC., | § | |
| | § | |
| Nominal Defendant. | § | |

## NOTICE OF DEPOSITION

To:    Sean J. Bellow, Esquire
       Cozen O'Connor
       1201 North Market Street, Suite 1400
       Wilmington DE 19801.

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, the undersigned will take the deposition upon oral examination of **Jeffrey M. Norman** on **Friday, December 8, 2006 at 7:00 a.m.**  This deposition will take place at the offices of Blank Rome, The Chrysler Building, 405 Lexington Avenue, New York, NY 10174-0208, before an officer authorized to take such deposition.

1

The deposition shall continue from day to day until completed, and it will be recorded by stenographic means and by videotape.


Dated: December 4, 2006

    _/s/ Steven L. Caponi_____
Steven L. Caponi (DE Bar ID 3484)
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

Co-Counsel

Mark A. Evetts
8502 Jackson Creek Bend Lane
Humble, Texas 77396
Telephone: (281) 458-6914
Facsimile: (713) 458-0326

Attorneys for Defendants David W. Elkin, Richard M. Shorin, The Elkin Group, Inc., and Nominal Defendant US MobilComm, Inc.

2

## CERTIFICATE OF SERVICE

I , Steven L. Caponi, hereby certify that on this 4th day of December, 2006, I caused a

true and correct copy of the foregoing *Notice of Deposition* to be served on the following counsel

of record via electronic filing and hand delivery:

> Sean J. Bellow
> David A. Felice
> Cozen O'Connor
> 1201 North Market Street, Suite 1400
> Wilmington DE 19801
> Telephone: (302) 295-2000
> Facsimile: (302) 295-2013

> _____ */s/ Steven L. Caponi* _____
> Steven L. Caponi (DE Bar ID 3484)

122138.00601/40165911v.1