EPS Judicial Process Service, Inc.
29-27 41st Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JEFFERY M. NORMAN,

                Plaintiff (s),

     -against-

DAVID W. ELKIN et al.,

                Defendant (s).
-------------------------------------------------------------------X

Index No. 06-005 JJF
United States District Court
for the District of Delaware
**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                             :s.s.:
COUNTY OF QUEENS    )

      JOHANNA BROWN duly sworn deposes and says:

      I am not a party to this action, am over the age of eighteen years of age, and reside in the State of New York.

      On the 22nd day of November 2006, at approximately 2:40 p.m. at 200 Park Avenue New York, New York, I served a true copy of the SUBPOENA IN A CIVIL CASE, in the above entitled-action, upon WINSTON & STRAWN LLP, by personally delivering to and leaving thereat a true copy of the above mentioned document with Lane Lerner. At time of service, Mr. Lerner identified himself as the Managing Clerk for Winston & Strawn LLP and as a person authorized to accept service of process for Winston & Strawn LLP.

Mr. Lerner is a Caucasian male, approximately 35-43 years of age, 6'2" tall, 220 lbs, with dark hair and dark eyes.

Sworn to before me this
22nd day of November, 2005

_____
NOTARY PUBLIC

CLENDY J. CALDERON
Notary Public, State of New York
No. 01CA6115564
Qualified in Queens County
Commission Expires September 7, 2008

_____
JOHANNA BROWN
Organization License No. 1155020

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically on this 11th day of December 2006 upon the following counsel of record:

>Sean J. Bellow
>David A. Felice
>Cozen O'Connor
>1201 North Market Street, Suite 1400
>Wilmington DE 19801
>Telephone: (302) 295-2000
>Facsimile: (302) 295-2013

>/s/ Steven L. Caponi
>Steven L. Caponi