EPS Judicial Process Service, Inc.
29-27 41st Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
JEFFERY M. NORMAN,

                        Plaintiff (s),

     -against-

DAVID W. ELKIN et al.,

                        Defendant (s).
-------------------------------------------------------------------------X

Index No. 06-005 JJF
United States District Court
for the District of Delaware
AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                   :s.s.:
COUNTY OF QUEENS       )

        JOHANNA BROWN duly sworn deposes and says:

        I am not a party to this action, am over the age of eighteen years of age, and reside in the State of New York.

        On the 22nd day of November 2006, at approximately 2:58 p.m. at 1114 Avenue of the America, New York, New York, I served a true copy of the SUBPOENA IN A CIVIL CASE, in the above entitled-action, upon BAKER MCKENZIE LLP, by personally delivering to and leaving thereat a true copy of the above mentioned document with Junior Gordon. At time of service, Mr. Gordon identified himself as the Mailroom Supervisor for Baker McKenzie LLP and as a person authorized to accept service of process for Baker McKenzie LLP.

Mr. Gordon is a African-American male, approximately 31-38 years of age, 5'9" tall, 165 lbs, with dark hair and dark eyes.

Sworn to before me this
22nd day of November, 2005

_____
NOTARY PUBLIC

CLENDY J. CALDERON
Notary Public, State of New York
No. 01CA6115564
Qualified in Queens County
Commission Expires September 7, 2008

*Johanna Brown* /s/
JOHANNA BROWN
Organization License No. 1155020

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically on this 11th day of December 2006 upon the following counsel of record:

    Sean J. Bellow
    David A. Felice
    Cozen O'Connor
    1201 North Market Street, Suite 1400
    Wilmington DE 19801
    Telephone: (302) 295-2000
    Facsimile: (302) 295-2013

    /s/ Steven L. Caponi
    Steven L. Caponi