United States District Court
Southern District of New York
-----------------------------------------------------------------X
JEFFREY M. NORMAN,

                Plaintiff,

-against-

DAVID W. ELKIN et al,

                Defendant.

-----------------------------------------------------------------X

Case No.: 06-005 JJF
(United States District Court)
For the District of Delaware

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
COUNTY OF NEW YORK  )       ) SS.:

      **Michael F. Watson**, being duly sworn, deposes and says: That I am over 18 years of age, not a party to this action and a licensed process server under the laws of New York State.

      That on November 27th, 2006 at approximately 5:05 p.m. I personally served a true copy of the **SUBPOENA** upon:

      **Baker McKenzie LLP**
      **1114 Avenue of the Americas**
      **New York, New York 10036**

      Mr. Frank Calomino, a clerk, who informed me that he was authorized to accept service of process on behalf of Baker Mckenzie LLP, accepted service of **SUBPOENA**. Mr. Calomino is a white male, approximately 5'10", and over 200 lbs, Approximately 40 years old with brown medium length hair,

                                            MICHAEL F. WATSON

Sworn to before me this
28th day of November, 2006

_____
Notary Public

KARL V. REDA
Notary Public, State of New York
No. 30-4783126, Qual. in Nassau Cty.
Certificate Filed in New York County
Commission Expires Nov. 30, 2009

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically on this 11th day of December 2006 upon the following counsel of record:

    Sean J. Bellow
    David A. Felice
    Cozen O'Connor
    1201 North Market Street, Suite 1400
    Wilmington DE 19801
    Telephone: (302) 295-2000
    Facsimile: (302) 295-2013


                /s/ Steven L. Caponi
                Steven L. Caponi