IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY M. NORMAN, | : |
| Plaintiff, | : |
| v. | : C.A. No. 06-005-JJF |
| DAVID W. ELKIN, RICHARD M. SHORIN and THE ELKIN GROUP, INC., | : Jury Trial Demanded |
| Defendants, | : |
| and | : |
| US MOBILCOMM, INC., | : |
| Nominal Defendant. | : |

**NOTICE OF SERVICE OF PLAINTIFF JEFFREY M. NORMAN'S
AMENDED INITIAL DISCLOSURES PURSUANT TO RULE 26**

PLEASE TAKE NOTICE that, on December 15, 2006, true and correct copies of *Plaintiff Jeffrey M. Norman's Amended Initial Disclosures Pursuant to Rule 26* were served upon the following counsel of record via First Class Mail:

>Steven L. Caponi, Esquire
>Blank Rome LLP
>1201 N. Market Street, Suite 800
>Wilmington, DE 19801

Dated: December 15, 2006

Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
*Attorneys for Plaintiff*

WILMINGTON\46126\1 156666.000

## CERTIFICATE OF SERVICE

I, Sean J. Bellew, do hereby certify that on December 15, 2006 I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Steven L. Caponi, Esquire
>Blank Rome LLP
>1201 N. Market Street, Suite 800
>Wilmington, DE 19801

_____
Sean J. Bellew (#4072)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
E-mail: dfelice@cozen.com