IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY M. NORMAN, | : |
| Plaintiff, | : |
| v. | : C.A. No. 06-005-JJF |
| DAVID W. ELKIN, RICHARD M. SHORIN and THE ELKIN GROUP, INC. | : Jury Trial Demanded |
| Defendants, | : |
| and | : |
| US MOBILCOMM, INC., | : |
| Nominal Defendant. | : |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on December 23, 2006, true and correct copies of *Plaintiff Jeffrey M. Norman's Responses to Defendants' First Requests for Production of Documents* and *Plaintiff Jeffrey M. Norman's Responses to Defendants' First Requests for Admission* were served upon the following counsel of record via electronic mail:

Steven L. Caponi, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 N. Market Street, Suite 800
Wilmington, DE 19801
caponi@blankrome.com

Mark A. Evetts, Esquire
8502 Jackson Creek Bend Lane
Humble, TX 77396
mevetts@houston.rr.com

Dated: December 28, 2006

/s/ David A. Felice
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on December 28, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Steven L. Caponi, Esquire
>Blank Rome LLP
>Chase Manhattan Centre, Suite 800
>1201 North Market Street
>Wilmington, DE  19801

I further certify that on December 28, 2006, copies of the foregoing were served via first class mail upon the following counsel of record:

>Mark A. Evetts, Esquire
>8502 Jackson Creek Bend Lane
>Humble, TX  77396

>*David A. Felice*
>David A. Felice (#4090)
>Cozen O'Connor
>1201 North Market Street, Suite 1400
>Wilmington, DE  19801
>Telephone:  (302) 295-2000
>Facsimile:  (302) 295-2013
>E-mail: dfelice@cozen.com

WILMINGTON\46299\1  156666.000