IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY M. NORMAN, | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 06-005-JJF |
| | § | |
| DAVID W. ELKIN, RICHARD M. | § | |
| SHORIN and THE ELKINS GROUP, INC. | § | Jury Trial Demanded |
| | § | |
|    Defendants, | § | |
| | § | |
|   and | § | |
| | § | |
| US MOBILCOMM, INC., | § | |
| | § | |
|    Nominal Defendant. | § | |

## NOTICE OF DEPOSITION

To:   Sean J. Bellow, Esquire
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington DE 19801.

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, the undersigned will take the deposition upon oral examination of **Martin H. Abo** on **Thursday, February 22, 2007 at 9:30 a.m.** This deposition will take place at the offices of Blank Rome LLP, 1201 North Market Street, Suite 800, Wilmington, DE 19801, before an officer authorized to take such deposition.

The deposition shall continue from day to day until completed, and it will be recorded by stenographic means and may be videotaped.

Dated: February 8, 2007

      */s/ Steven L. Caponi*
Steven L. Caponi (DE Bar ID 3484)
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Attorneys for Defendants David W. Elkin, Richard M. Shorin, The Elkin Group, Inc., and Nominal Defendant US MobilComm, Inc.

Co-Counsel:

Mark A. Evetts
8502 Jackson Creek Bend Lane
Humble, Texas 77396
Telephone: (281) 458-6914
Facsimile: (713) 458-0326

**CERTIFICATE OF SERVICE**

I, Steven L. Caponi, hereby certify that on this 8th day of February, 2007, I caused a true and correct copy of the foregoing *Notice of Deposition* to be served electronically on the following counsel of record:

>Sean J. Bellow
>David A. Felice
>Cozen O'Connor
>1201 North Market Street, Suite 1400
>Wilmington DE 19801
>Telephone: (302) 295-2000
>Facsimile: (302) 295-2013

>*/s/ Steven L. Caponi*
>Steven L. Caponi (DE Bar ID 3484)

122138.00601/40167122v.1