IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY M. NORMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 06-005-JJF |
| | § | |
| DAVID W. ELKIN, RICHARD M. | § | |
| SHORIN and THE ELKINS GROUP, INC. | § | Jury Trial Demanded |
| | § | |
| Defendants, | § | |
| | § | |
| and | § | |
| | § | |
| US MOBILCOMM, INC., | § | |
| | § | |
| Nominal Defendant. | § | |

## NOTICE OF CONTINUANCE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, the undersigned will continue to take the December 8, 2006 oral deposition of **Jeffrey M. Norman** on **Friday, February 23, 2007 at 10:00 a.m.** This deposition will take place at the offices of Blank Rome, 1201 North Market Street, Suite 800, Wilmington, DE 19801, before an officer authorized to take such deposition.

The deposition shall continue from day to day until completed, and it will be recorded by stenographic means and may be videotaped.

1

Dated: February 9, 2007

                                                BLANK ROME LLP

                                                */s/ Steven L. Caponi*
                                                Steven L. Caponi (DE Bar ID 3484)
                                                Chase Manhattan Centre
                                                1201 Market Street, Suite 800
                                                Wilmington DE 19801
                                                Telephone: (302) 425-6400
                                                Facsimile: (302) 425-6464

                                                Attorneys for Defendants David W. Elkin, Richard M. Shorin, The Elkin Group, Inc., and Nominal Defendant US MobilComm, Inc.

Co-Counsel:

Mark A. Evetts
8502 Jackson Creek Bend Lane
Humble, Texas 77396
Telephone: (281) 458-6914
Facsimile: (713) 458-0326

**CERTIFICATE OF SERVICE**

I, Steven L. Caponi, hereby certify that on this 9th day of February, 2007, I caused a true and correct copy of the foregoing *Notice of Continuance of Deposition* to be served electronically on the following counsel of record:

> Sean J. Bellow
> David A. Felice
> Cozen O'Connor
> 1201 North Market Street, Suite 1400
> Wilmington DE 19801
> Telephone: (302) 295-2000
> Facsimile: (302) 295-2013

*/s/ Steven L. Caponi*
Steven L. Caponi (DE Bar ID 3484)