IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY M. NORMAN,<br>    Plaintiff,<br><br>v.<br><br>DAVID W. ELKIN, RICHARD M. SHORIN,<br>and THE ELKIN GROUP, INC.,<br>    Defendants,<br><br>And<br><br>US MOBILCOMM, INC.,<br>    Nominal Defendant. | §<br>§<br>§<br>§<br>§<br>§  C.A. NO. 06-005-JJF<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants David W. Elkin, Richard M. Shorin, and The Elkin Group (collectively "Defendants"), respectively move this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for final summary judgment on all of the claims brought by Jeffrey M. Norman ("Norman" or "Plaintiff").

With this Motion, Defendants are submitting a Memorandum of Law in Support and an Appendix in Support of Defendants' Motion for Summary Judgment establishing that there are no genuine issues of material fact with respect to all of the counts and causes of action of the Amended Complaint, and that the Plaintiff's claims are all barred by the statute of limitations. In addition, Plaintiff's breach of contract claim is also barred by the statute of frauds.

Dated: February 16, 2007

/s/ Steven L. Caponi
Steven L. Caponi
Delaware Bar No. 3484
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

Mark A. Evetts
Law Offices of Mark A. Evetts
8502 Jackson Creek Bend Lane
Humble, Texas 77396
Telephone: (281) 458-6914
Facsimile: (281) 458-0326

***Attorneys for Defendants David W. Elkin, Richard M. Shorin, The Elkin Group, Inc., and Nominal Defendant US MobilComm, Inc.***