IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY M. NORMAN,<br>　　Plaintiff,<br><br>v.<br><br>DAVID W. ELKIN, RICHARD M. SHORIN,<br>and THE ELKIN GROUP, INC.,<br>　　Defendants,<br><br>And<br><br>US MOBILCOMM, INC.,<br><br>　　Nominal Defendant. | §§§§§§§§§§§§§§§§ | C.A. NO. 06-005-JJF |

## AFFIDAVIT OF STEVEN L. CAPONI, ESQUIRE

I, Steven L. Caponi, declare as follows:

1. My name is Steven L. Caponi. I am a member of the Bar of the Supreme Court of the State of Delaware (Bar Identification No. 3484) and a partner of the firm of Blank Rome LLP, counsel for defendants David W. Elkin, Richard M. Shorin, The Elkin Group, Inc. and US Mobilcomm, Inc. in the above-captioned action. I am of legal age and competent to testify as to the matters set forth herein.

2. I submit this Declaration in support of the Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment.

3. Submitted with and as exhibits to this Declaration are true and correct copies of the following documents:

| DOCUMENT | EXHIBIT |
|---|---|
| FCC Document | A |
| Draft September 2002 Letter from Norman's Attorney to Elkin | B |
| 11/4/98 FCC Form 601 | C |
| FCC 10/26/99 Radio Station Authorization | D |

| | |
|---|---|
| FCC 01/05/2000 Public Notice | E |
| November 10, 1998 e-mail from Norman to Elkin | F |
| 12/15/98 fax from Norman to Hatten, produced from Norman's files | G |
| Norman's 2000 K-1 | H |
| Norman's 2001 K-1 | I |

 

                                       /s/ Steven L. Caponi
                                       Steven L. Caponi (DE #3484)

Dated: February 16, 2007