# EXHIBIT
# A



## Auctions

## About Auctions

### How Do I Become a Qualified Bidder?

In addition to filing an FCC Form 175 application, each applicant must submit an upfront payment, which is a refundable deposit toward the bids they plan to make in the auction. Prior to an FCC auction, each license being auctioned is assigned a specific number of bidding units, and the upfront payment is used to buy the right to bid on those bidding units.

An applicant does not need to submit an upfront payment for each license specified in its Form 175. Instead, the applicant must only submit an upfront payment that will purchase the maximum number of bidding units on which it will wish to bid (including any standing high bids) in any single round. For example, an applicant may list 20 licenses in its Form 175, but only plan to bid on six of those licenses in any one round. That applicant could then submit an upfront payment that covers the bidding units for those six licenses. For the convenience of applicants, the system has a built-in upfront payment calculator.

The number of bidding units purchased with the upfront payment defines a bidder's maximum bidding eligibility. The maximum bidding eligibility is the maximum amount of bidding units on which the applicant will be permitted to bid (including any standing high bids) in any single round of bidding.

# EXHIBIT B

September ____, 2002

Mr. David W. Elkin
President
US MobilComm, Inc.
805 Bryn Mawr Avenue
Newton Square, PA 19073-4330

Re:     Re: Potential Sales or Other Dispositions of US MobilComm, Inc.
        Assets and/or Stock

Dear Mr. Elkin:

At the request of Jeffrey Norman and other minority stockholders of US MobilComm, Inc., I am writing to inquire about the sale or other disposition of any assets or stock of US MobilComm, Inc. over the past three (3) years, and the distribution or use of any proceeds of any such sales or dispositions. Mr. Norman and the stockholders would like to receive documents and information about all such sales and dispositions and the distribution and/or use of any and all of such proceeds.

I understand that you have confirmed to Mr. Norman that at least one sale of assets has taken place. Despite Mr. Norman's requests, however, he has never received any information confirming the terms of such sale and the distribution and/or use of those sale proceeds.

Under these circumstances, Mr. Norman, on behalf of himself and the other minority stockholders, hereby requests, pursuant to, inter alia, Section 220 of the Delaware General Corporation Law, an inspection of US MobilComm, Inc.'s books and records, including, but not limited to, any and all documents relating to any sale or other disposition of assets or stock of US MobilComm, Inc., and the use and/or distribution of the proceeds of any such sale or other disposition. A copy of Mr. Norman's demand for such inspection under oath is attached hereto.

PTF0051

# EXHIBIT C

FCC Print Preview

https://wtbwww05.fcc.gov/cgi-bin/Print_Preview/Print_Preview.exe

*e/lija*

| FCC 601<br>Main Form | #0241<br>**FCC Application for Wireless Telecommunications Bureau Radio Service Authorization** | Approved by OMB<br>3060 - 0798<br>See instructions for<br>public burden estimate<br><br>Submitted 11/04/1998<br>at 12:58PM<br><br>File Number:<br>0000002429 |
|---|---|---|

| | |
|---|---|
| 1) Radio Service Code:QA | |
| 2) Application Purpose: New | |
| 3) If this request is for a Developmental License or an STA (Special Temporary Authorization), enter the appropriate code; otherwise enter N (Not Applicable). | N |
| 4) If this request is for an Amendment or Withdrawal, enter the File Number of the pending application currently on file with the FCC. | File Number: |
| 5) If this request is for a Modification, Renewal Only, Renewal/Modification, Cancellation of License, Consolidate Callsigns or Duplicate License, enter the call sign of the existing FCC license. | Call Sign: |
| 6) If this request is for a New, Amendment, Renewal Only, Renewal/Modification, enter the requested authorization expiration date (this item is optional). | |
| 7) If this request is for a Modification, Renewal/Modification, or Amendment of a currently pending Modification of a site-specific authorization, will the request increase or expand the coverage area, service area, or interference contour of the authorization as defined in the Commission's rules for the radio service identified in Question 1? | |
| 8) Does this filing request a Waiver of the Commission's Rules? | No |

## Applicant Information

| | |
|---|---|
| 9a) Taxpayer Identification Number: 232593053 | 9b) Sub-TIN: |
| 10) Licensee is a(n): Corporation | |
| 11) First Name (if Individual): | MI: | Last Name: | Suffix: |
| 12) Entity Name (if other than Individual): The Elkin Group, Inc. | |
| 13) Name of Real Party in Interest of Applicant: The Elkin Group, Inc. | |
| 14) Taxpayer Identification Number: 232593053 | |
| 15) Attention To: David W. Elkin | |
| 16) P.O. Box: | And/Or | 17) Street Address: 605 Bryn Mawr Avenue |
| 18) City: Newtown Square | 19) State: PA | 20) Zip: 19073- |
| 21) Telephone Number: (610)525-2372 | 22) FAX: (610)525-6761 |
| 23) E-Mail: usm220@aol.com | |
| 24) Do you want all correspondence and your authorization E-Mailed rather than sent via the U.S. mail?<br>*If the answer to item 24 is 'Yes', be sure to include a valid E-Mail address in Item 23 and Item 34 | Yes |

## Contact Information (if different than applicant)

| | |
|---|---|
| 25) First Name: | MI: | Last Name: | Suffix: |
| 26) Entity Name: | |
| 27) P.O. Box: | And/Or | 28) Street Address: |
| 29) City: | 30) State: | 31) Zip: |
| 32) Telephone Number: | 33) FAX: |
| 34) E-Mail: | |

11/4/98 12:58 PM

USMD000034

## Regulatory Status

| 35) This filing is for authorization to provide or use the following type(s) of radio service offering (enter all that apply): | | |
|---|---|---|
| No Common Carrier | Yes Non-Common Carrier | No Private, Internal communications |

## Type of Radio Service

| 36) This filing is for authorization to provide the following type(s) of radio service (enter all that apply): | Yes Fixed<br>Yes Mobile<br>No Radiolocation<br>No Satellite (sound) |
|---|---|
| 37) Interconnected Service? No | |

## Fee Status

| 38) Is the Applicant exempt from FCC application fees? |
|---|
| 39) Is the Applicant exempt from FCC regulatory fees? |
| 40) If 'Yes', does Applicant qualify as a Non-Commercial Educational Broadcaster? |

## Alien Ownership Questions

| 41) Is the Applicant a foreign government or the representative of any foreign government? If 'Yes', attach exhibit explaining circumstances. | No |
|---|---|
| 42) Is the Applicant an alien or the representative of an alien? If 'Yes', attach exhibit explaining circumstances. | No |
| 43) Is the Applicant a corporation organized under the laws of any foreign government? If 'Yes', attach exhibit explaining circumstances. | No |
| 44) Is the Applicant a corporation of which more than one-fifth of the capital stock is owned of record or voted by aliens or their representatives or by a foreign government or representative thereof or by any corporation organized under the laws of a foreign country? If 'Yes', attach exhibit explaining circumstances. | No |
| 45) Is the Applicant directly or indirectly controlled by any other corporation of which more than one-fourth of the capital stock is owned of record or voted by aliens, their representatives, or by a foreign government or representative thereof, or by any corporation organized under the laws of a foreign country? If 'Yes', attach exhibit explaining nature and extent of alien or foreign ownership or control. | No |

## Basic Qualification Questions

| 46) Has the Applicant or any party to this application or amendment had any FCC station authorization, license, or construction permit revoked or had any application for an initial, modification or renewal of FCC station authorization, license, construction permit denied by the Commission? If 'Yes', attach exhibit explaining circumstances. | No |
|---|---|
| 47) Has the Applicant or any party to this application or amendment, or any party directly or indirectly controlling the Applicant, ever been convicted of a felony by any state or federal court? If 'Yes', attach exhibit explaining circumstances. | No |
| 48) Has any court finally adjudged the Applicant or any party directly or indirectly controlling the Applicant guilty of unlawfully monopolizing or attempting unlawfully to monopolize radio communication, directly or indirectly, through control of manufacture or sale of radio apparatus, exclusive traffic arrangement, or any other means or unfair methods of competition? If 'Yes', attach exhibit explaining circumstances. | No |
| 49) Is the Applicant or any party directly or indirectly controlling the Applicant, currently a party in any pending matter referred to in the preceding two items? If 'Yes', attach exhibit explaining circumstances. | No |

## General Certification Statements

USMD000035

1) The Applicant waives any claim to the use of any particular frequency or of the electromagnetic spectrum as against the regulatory power of the United States because of the previous use of the same, whether by license or otherwise, and requests an authorization in accordance with this application.

2) The Applicant will have unlimited access to the radio equipment and will control access to exclude unauthorized persons.

3) The Applicant certifies that grant of this application would not cause the Applicant to be in violation of the spectrum aggregation limit in 47 CFR Part 20.

4) The Applicant certifies that the signature is that of the individual, partner, or officer or duly authorized employee of a corporation, or officer who is a member of an unincorporated association, or a duly authorized employee of the entity.

5) The Applicant certifies that all statements made in exhibits, attachments, or in documents incorporated by reference are material, are part of this application and are true, complete, correct, and made in good faith.

6) The Applicant certifies that neither the Applicant nor any other party to the application is subject to a denial of Federal benefits pursuant to Section 5301 of the Anti-Drug Abuse Act of 1988, 21 U.S.C. § 862, because of a conviction for possession or distribution of a controlled substance.
See Section 1.2002(b) of the rules, 47 CFR 1.2002(b) for the definition of 'party to the application' as used in this certification.

## Signature

| 50) Typed or Printed Name of Party Authorized to Sign | | | |
|---|---|---|---|
| First Name: David | MI: W | Last Name: Elkin | Suffix: |

| 51) Title: President | |
|---|---|
| Signature: David W Elkin | 52) Date: 11/04/98 |

Failure To Sign This Application May Result In Dismissal Of The Application And Forfeiture Of Any Fees Paid

WILLFUL FALSE STATEMENTS MADE ON THIS FORM OR ANY ATTACHMENTS ARE PUNISHABLE BY FINE AND/OR IMPRISONMENT (U.S. Code, Title 18, Section 1001) AND/OR REVOCATION OF ANY STATION LICENSE OR CONSTRUCTION PERMIT (U.S. Code, Title 47, § 312(a)(1)), AND/OR FORFEITURE (U.S. Code, Title 47, § 503).

| FCC 601<br>Schedule B | **Schedule for Geographically Licensed Services**<br>**(other than Cellular)** | Approved by OMB<br>3060 - 0798<br>See instructions for<br>public burden estimate<br><br>File Number:<br>0000002429 |
|---|---|---|

USMD000036

| Market/Channel Block | | | |
|---|---|---|---|
| 1) Market Designator | 2) Market Name | 3) Channel Block | 4) Sub-Market Designator |
| BEA003 | Boston-Worcester-Lawrence-Lowe | B | |
| BEA003 | Boston-Worcester-Lawrence-Lowe | C | |
| BEA013 | Washington-Baltimore, DC-MD-VA | D | |
| BEA031 | Miami-Fort Lauderdale, FL | C | |
| BEA164 | Sacramento-Yolo, CA | C | |

| Environmental Data (if required) |
|---|
| Would a Commission grant of Authorization for any locations won in an auction be an action which may have a significant environmental effect as defined by Section 1.1307 of 47 CFR? If 'Yes', complete items 6 through 10 for each affected location and also submit an environmental assessment, as required by 47 CFR, Section 1.1308 and 1.1311. |

| 5) NAD83 Latitude (DD-MM-SS.S-D) | 6) NAD83 Longitude (DDD-MM-SS.S-D) | 7) City | 8) County | 9) State |
|---|---|---|---|---|
| | | | | |

| Certification Statements |
|---|
| For Applicants Claiming Eligibility as an Entrepreneur Under the General Rule |
| Applicant certifies that they are eligible to obtain the licenses for which they apply. |
| For Applicants Claiming Eligibility as a Publicly Traded Corporation |
| Applicant certifies that they are eligible to obtain the licenses for which they apply and that they comply with the definition of a Publicly Traded Corporation, as set out in the applicable FCC rules. |
| For Applicants Claiming Eligibility using a Control Group Structure |
| Applicant certifies that they are eligible to obtain the licenses for which they apply. |
| Applicant certifies that the applicant's sole control group member is a pre-existing entity, if applicable. |
| For Applicants Claiming Eligibility as a Very Small Business, Very Small Business Consortium, Small Business, or as a Small Business Consortium |
| Applicant certifies that they are eligible to obtain the licenses for which they apply. |
| Applicant certifies that the applicant's sole control group member is a pre-existing entity, if applicable. |
| For Applicants Claiming Eligibility as a Rural Telephone Company |
| Applicant certifies that they meet the definition of a Rural Telephone Company as set out in the applicable FCC rules, and must disclose all parties to agreement(s) to partition licenses won in this auction. See applicable FCC rules. |

## Attachment List

| Attachment Type | Date | Description | Contents |
|---|---|---|---|
| Other | 11/04/98 | Exhibit A: Ownership Information | Not Available |
| Other | 11/04/98 | Exhibit C: Designated Entity Information | Not Available |
| Other | 11/04/98 | Exhibit D: Agreements And Other Instruments | Not Available |

USMD000037

The Elkin Group, Inc.
EXHIBIT A: APPLICANT IDENTITY AND OWNERSHIP INFORMATION
PAGE 1 OF 1

The Elkin Group, Inc. ("Elkin Group") is the applicant herein. Elkin Group is a corporation organized under Pennsylvania law. The name, address, principal business, relationship to other interest holders, percentage and amount of interest held, type of interest in Elkin Group, and citizenship of each shareholder of Elkin Group are as follows:

David Elkin
805 Bryn Mawr Avenue
Newtown Square, PA 19073
Principal Business: Telecommunications
Relationship to Other Interest Holders: N/A
Percentage Held: 100%
Type of Interest Held: Common Stock
Citizenship: U.S.A.

Applicant hereby certifies, under penalty of perjury, that the foregoing is true and correct to the best of its knowledge and belief.

USMD000038

THE ELKIN GROUP, INC.
EXHIBIT C: STATUS AS A VERY SMALL BUSINESS
PAGE 1 OF 1

The Elkin Group, Inc. ("Elkin Group"), the applicant herein, qualifies as a very small business under Section 90.1021(b)(2) of the Commission's Rules because, as detailed below, Elkin Group, together with its affiliates and controlling principals, has average gross revenues that are not more than $3 million for the preceeding three years.

GROSS REVENUES

| Calender Year | 1995 | 1996 | 1997 |
|---|---|---|---|
| Elkin Group, Inc. | None | None | None |
| US MobilComm, Inc. | $10,697 | $62,645 | $117,626 |
| Total Gross Revenues | $10,697 | $62,645 | $117,626 |

Total Gross Revenues for the Preceding Three Years:  $190,968

Average Gross Revenues for Preceding Three Years: $63,656

Applicant hereby certifies, under penalty of perjury, that the foregoing is true and correct to the best of its knowledge and belief.

USMD000039

THE ELKIN GROUP, INC.
EXHIBIT D: AGREEMENTS WITH OTHER PARTIES/JOINT BIDDING ARRANGEMENTS
PAGE 1 OF 1

The Elkin Group, Inc. does not have any agreements with other parties, or joint bidding arrangements, for the FCC's Phase II 220 MHz Auction.

Applicant hereby certifies, under penalty of perjury, that the foregoing is true and correct to the best of its knowledge and belief.

USMD000040

# EXHIBIT D

WPOK943          0000016490          10/26/1999



**Federal Communications Commission**

**Wireless Telecommunications Bureau**

**Radio Station Authorization**

| Call Sign: WPOK943 | File Number: 0000016490 | Print Date: 10/26/1999 |
|---|---|---|

**Name of Licensee:**

**Attention:** David Elkin
The Elkin Group, Inc.
805 Bryn Mawr Ave

Newtown Square PA 19073-4330

| Market Number:<br>BEA004 | Channel Block:<br>C | Sub-Market Designator:<br>0 |
|---|---|---|

**Market Name:** Burlington, VT-NY

The license hereof is authorized, for the period indicated, to operate a radio transmitting station in accordance with the terms and conditions hereinafter described. This authorization is subject to the provisions of the Communications Act of 1934, as amended, subsequent Acts of Congress, International treaties and agreements to which the United States is a signatory, and all pertinent rules and regulations of the Federal Communications Commission, contained in Title 47 of the code of Federal Regulations.

| Effective Date | 1st Build-out Date | 2nd Build-out Date | 3rd Build-out Date | 4th Build-out Date | Expiration Dat |
|---|---|---|---|---|---|
| 10/07/1999 | 10/07/2004 | 10/07/2009 | | | 10/07/2009 |

**Conditions:**
Pursuant to Section 309(h) of the Communications Act of 1934, as amended, (47 U.S.C. 309(h)), this license is subject to the following conditions: This license does not vest in the licensee any right to operate a station nor any right in the use of frequencies beyond the term thereof nor in any other manner then authorized herein. Neither this license nor the right granted thereunder shall be assigned or otherwise transferred in violation of the Communications Act of 1934, as amended, 47 U.S.C. 151, et seq. This license is subject in terms to the right of use or control conferred by Section 706 of the Communications Act of 1934, as amended, 47 U.S.C. 606.

A graphical representation of the geographic area authorized to this call sign may be generated by selecting 'License Search' at the following web address: http://wtbwww05.fcc.gov

WPOI695          0000002429          03/25/1999



**Federal Communications Commission**

**Wireless Telecommunications Bureau**

**Radio Station Authorization**

| Call Sign: WPOI695 | File Number: 0000002429 | Print Date: 03/25/1999 |
|---|---|---|

**Name of Licensee:**

**Attention:** David W. Elkin
The Elkin Group, Inc.
805 Bryn Mawr Avenue

Newtown Square PA 19073

| Market Number: | Channel Block: | Sub-Market Designator: |
|---|---|---|
| BEA003 | B | 0 |

**Market Name:** Boston-Worcester-Lawrence-Lowe

The license hereof is authorized, for the period indicated, to operate a radio transmitting station in accordance with the terms and conditions hereinafter described. This authorization is subject to the provisions of the Communications Act of 1934, as amended, subsequent Acts of Congress, international treaties and agreements to which the United States is a signatory, and all pertinent rules and regulations of the Federal Communications Commission, contained in Title 47 of the code of Federal Regulations.

| Effective Date | 1st Build-out Date | 2nd Build-out Date | 3rd Build-out Date | 4th Build-out Date | Expiration Dat |
|---|---|---|---|---|---|
| 03/22/1999 | 03/22/2004 | 03/22/2009 | | | 03/22/2009 |

**Conditions:**
Pursuant to Section 309(h) of the Communications Act of 1934, as amended, (47 U.S.C. 309(h)), this license is subject to the following conditions: This license does not vest in the licensee any right to operate a station nor any right in the use of frequencies beyond the term thereof nor in any other manner then authorized herein. Neither this license nor the right granted thereunder shall be assigned or otherwise transferred in violation of the Communications Act of 1934, as amended, 47 U.S.C. 151, et seq. This license is subject in terms to the right of use or control conferred by Section 706 of the Communications Act of 1934, as amended, 47 U.S.C. 606.

A graphical representation of the geographic area authorized to this call sign may be generated by selecting 'License Search' at the following web address: http://wtbwww05.fcc.gov

USMD000046

WPOI696          0000002429          03/25/1999



**Federal Communications Commission**

**Wireless Telecommunications Bureau**

**Radio Station Authorization**

| Call Sign: WPOI696 | File Number: 0000002429 | Print Date: 03/25/1999 |
|---|---|---|

**Name of Licensee:**

**Attention:** David W. Elkin
The Elkin Group, Inc.
805 Bryn Mawr Avenue

Newtown Square PA 19073

| Market Number: BEA003 | Channel Block: C | Sub-Market Designator: 0 |
|---|---|---|

**Market Name:** Boston-Worcester-Lawrence-Lowe

The license hereof is authorized, for the period indicated, to operate a radio transmitting station in accordance with the terms and conditions hereinafter described. This authorization is subject to the provisions of the Communications Act of 1934, as amended, subsequent Acts of Congress, international treaties and agreements to which the United States is a signatory, and all pertinent rules and regulations of the Federal Communications Commission, contained in Title 47 of the code of Federal Regulations.

| Effective Date | 1st Build-out Date | 2nd Build-out Date | 3rd Build-out Date | 4th Build-out Date | Expiration Da |
|---|---|---|---|---|---|
| 03/22/1999 | 03/22/2004 | 03/22/2009 | | | 03/22/2009 |

**Conditions:**
Pursuant to Section 309(h) of the Communications Act of 1934, as amended, (47 U.S.C. 309(h)), this license is subject to the following conditions: This license does not vest in the licensee any right to operate a station nor any right in the use of frequencies beyond the term thereof nor in any other manner then authorized herein. Neither this license nor the right granted thereunder shall be assigned or otherwise transferred in violation of the Communications Act of 1934, as amended, 47 U.S.C. 151, et seq. This license is subject in terms to the right of use or control conferred by Section 706 of the Communications Act of 1934, as amended, 47 U.S.C. 606.

A graphical representation of the geographic area authorized to this call sign may be generated by selecting 'License Search' at the following web address: http://wtbwww05.fcc.gov

USMD000047

WPOI697          0000002429          03/25/1999



**Federal Communications Commission**

**Wireless Telecommunications Bureau**

**Radio Station Authorization**

| Call Sign: WPOI697 | File Number: 0000002429 | Print Date: 03/25/1999 |
|---|---|---|

**Name of Licensee:**

**Attention:** David W. Elkin
The Elkin Group, Inc.
805 Bryn Mawr Avenue

Newtown Square PA 19073

| Market Number: | Channel Block: | Sub-Market Designator: |
|---|---|---|
| BEA013 | D | 0 |

**Market Name:** Washington-Baltimore, DC-MD-VA

The license hereof is authorized, for the period indicated, to operate a radio transmitting station in accordance with the terms and conditions hereinafter described. This authorization is subject to the provisions of the Communications Act of 1934, as amended, subsequent Acts of Congress, international treaties and agreements to which the United States is a signatory, and all pertinent rules and regulations of the Federal Communications Commission, contained in Title 47 of the code of Federal Regulations.

| Effective Date | 1st Build-out Date | 2nd Build-out Date | 3rd Build-out Date | 4th Build-out Date | Expiration Dat |
|---|---|---|---|---|---|
| 03/22/1999 | 03/22/2004 | 03/22/2009 | | | 03/22/2009 |

**Conditions:**
Pursuant to Section 309(h) of the Communications Act of 1934, as amended, (47 U.S.C. 309(h)), this license is subject to the following conditions: This license does not vest in the licensee any right to operate a station nor any right in the use of frequencies beyond the term thereof nor in any other manner than authorized herein. Neither this license nor the right granted thereunder shall be assigned or otherwise transferred in violation of the Communications Act of 1934, as amended, 47 U.S.C. 151, et seq. This license is subject in terms to the right of use or control conferred by Section 706 of the Communications Act of 1934, as amended, 47 U.S.C. 606.

A graphical representation of the geographic area authorized to this call sign may be generated by selecting 'License Search' at the following web address: http://wtbwww05.fcc.gov

USMD000048

WPOI699          0000002429          03/25/1999



### Federal Communications Commission

### Wireless Telecommunications Bureau

### Radio Station Authorization

| Call Sign: WPOI699 | File Number: 0000002429 | Print Date: 03/25/1999 |
| --- | --- | --- |

**Name of Licensee:**

**Attention:** David W. Elkin
The Elkin Group, Inc.
805 Bryn Mawr Avenue

Newtown Square PA 19073

| Market Number: | Channel Block: | Sub-Market Designator: |
| --- | --- | --- |
| BEA164 | C | 0 |

**Market Name:** Sacramento-Yolo, CA

The license hereof is authorized, for the period indicated, to operate a radio transmitting station in accordance with the terms and conditions hereinafter described. This authorization is subject to the provisions of the Communications Act of 1934, as amended, subsequent Acts of Congress, international treaties and agreements to which the United States is a signatory, and all pertinent rules and regulations of the Federal Communications Commission, contained in Title 47 of the code of Federal Regulations.

| Effective Date | 1st Build-out Date | 2nd Build-out Date | 3rd Build-out Date | 4th Build-out Date | Expiration Date |
| --- | --- | --- | --- | --- | --- |
| 03/22/1999 | 03/22/2004 | 03/22/2009 | | | 03/22/2009 |

**Conditions:**
Pursuant to Section 309(h) of the Communications Act of 1934, as amended, (47 U.S.C. 309(h)), this license is subject to the following conditions: This license does not vest in the licensee any right to operate a station nor any right in the use of frequencies beyond the term thereof nor in any other manner then authorized herein. Neither this license nor the right granted thereunder shall be assigned or otherwise transferred in violation of the Communications Act of 1934, as amended, 47 U.S.C. 151, et seq. This license is subject in terms to the right of use or control conferred by Section 706 of the Communications Act of 1934, as amended, 47 U.S.C. 606.

A graphical representation of the geographic area authorized to this call sign may be generated by selecting 'License Search' at the following web address: http://wtbwww05.fcc.gov

USMD000050

WPOI698          0000002429          03/25/1999



**Federal Communications Commission**

**Wireless Telecommunications Bureau**

**Radio Station Authorization**

| Call Sign: WPOI698 | File Number: 0000002429 | Print Date: 03/25/1999 |
|---|---|---|

**Name of Licensee:**

**Attention:** David W. Elkin
The Elkin Group, Inc.
805 Bryn Mawr Avenue

Newtown Square PA 19073

| Market Number: | Channel Block: | Sub-Market Designator: |
|---|---|---|
| BEA031 | C | 0 |

**Market Name:** Miami-Fort Lauderdale, FL

The license hereof is authorized, for the period indicated, to operate a radio transmitting station in accordance with the terms and conditions hereinafter described. This authorization is subject to the provisions of the Communications Act of 1934, as amended, subsequent Acts of Congress, international treaties and agreements to which the United States is a signatory, and all pertinent rules and regulations of the Federal Communications Commission, contained in Title 47 of the code of Federal Regulations.

| Effective Date | 1st Build-out Date | 2nd Build-out Date | 3rd Build-out Date | 4th Build-out Date | Expiration Date |
|---|---|---|---|---|---|
| 03/22/1999 | 03/22/2004 | 03/22/2009 | | | 03/22/2009 |

**Conditions:**
Pursuant to Section 309(h) of the Communications Act of 1934, as amended, (47 U.S.C. 309(h)), this license is subject to the following conditions: This license does not vest in the licensee any right to operate a station nor any right in the use of frequencies beyond the term thereof nor in any other manner than authorized herein. Neither this license nor the right granted thereunder shall be assigned or otherwise transferred in violation of the Communications Act of 1934, as amended, 47 U.S.C. 151, et seq. This license is subject in terms to the right of use or control conferred by Section 706 of the Communications Act of 1934, as amended, 47 U.S.C. 606.

A graphical representation of the geographic area authorized to this call sign may be generated by selecting 'License Search' at the following web address: http://wtbwww05.fcc.gov

USMD000049

# EXHIBIT
# E



# PUBLIC NOTICE

FEDERAL COMMUNICATIONS COMMISSION
445 12th Street, S.W., TW-A325
Washington, DC 20554

News Media Information (202) 418-0500
Fax-On-Demand (202) 418-2830
Internet:http://www.fcc.gov
ftp.fcc.gov

| Report Number: 422 | Date of Report: 01/05/2000 |
|---|---|

**Wireless Telecommunications Bureau**
**Assignment of Authorization and Transfer of Control Applications**
**Action**

This Public Notice contains a listing of applications that have been acted upon by the Commission.

| Purpose File Number | Parties | Action Date | Action |
|---|---|---|---|
| AA    0000018671 | **Assignor:**   The Elkin Group, Inc. | 12/29/1999 | C |
|  | **Assignee:**   Repeater Network Spectrum Aq., Inc. |  |  |

Full Assignment

      Call Sign or Lead Call Sign: WPOI698

      <u>Radio Service Code(s)</u>
         QA

| Purpose File Number | Parties | Action Date | Action |
|---|---|---|---|
| AA    0000023593 | **Assignor:**   ARCO COMMUNICATIONS INC | 12/28/1999 | M |
|  | **Assignee:**   Aera Energy LLC |  |  |

Full Assignment

      Call Sign or Lead Call Sign: KMR27

      <u>Radio Service Code(s)</u>
         MG

USMD000051

# EXHIBIT F

**Jeffrey M. Norman**
From:       Jeffrey M. Norman [jnorman@snet.net]
Sent:       Tuesday, November 10, 1998 9:18 AM
To:         'usm220@aol.com'
Subject:    usm

Dave,

Followed the auction and results on the internet.

Been talking to Mark Hatten over the last few weeks, he should have a sense in a few weeks if he will move forward to implement the plans he outlined to you before the auction. I'll keep you posted.

Also, please ask Rick to send me at least quarterly updates on P&L, balance sheet, capital contributions, and accrued management fees for USM, I haven't received any this year.

Jeff Norman
jnorman@snet.net

**PTF0050**

Norman 12

# EXHIBIT
# G

[CLICK HERE AND TYPE COMPANY NAME]

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Mark Hatten & David Kleeman | Jeff Norman |

| COMPANY: | DATE: |
|---|---|
|  | 12/15/98 |

| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
|---|---|
| 203-269-2378 | 3 |

| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
|---|---|
|  |  |

| RE: | YOUR REFERENCE NUMBER: |
|---|---|
| USM P&L and Balance Sheet |  |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Mark and David,

Here are the USM numbers as of 11/19.

Regards,

Jeff

[CLICK HERE AND TYPE RETURN ADDRESS]

*Norman 4*

**PTF0223**

USMD000029

**US MOBILCOMM, INC.**
**Balance Sheet**
As of November 19, 1998

DRAFT

|  | Nov 19, '98 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| CASH-CHECKING | 2,139.91 |
| CASH-MONEY MKT | 8,204.58 |
| **Total Checking/Savings** | 10,344.49 |
| **Accounts Receivable** | |
| RECEIVABLES | 5,735.12 |
| **Total Accounts Receivable** | 5,735.12 |
| **Other Current Assets** | |
| CONSTRUCTION-Uniden Equip | 9,000.00 |
| OPTION PAYMENTS | 51,200.00 |
| SHAREHOLDER LOANS | 20,500.00 |
| **Total Other Current Assets** | 80,700.00 |
| **Total Current Assets** | 96,779.61 |
| **Fixed Assets** | |
| .COMPUTER and EQUIP | 1,993.59 |
| BALT/WASH-FT | 13,993.63 |
| BALT/WASH-HH | 15,185.48 |
| BALT/WASH-JD | 2,015.34 |
| BALT/WASH-JW | 13,367.55 |
| BALT/WASH-KP | 35,165.83 |
| BALT/WASH-LH | 14,024.28 |
| BALT/WASH-MF | 2,015.34 |
| BALT/WASH-MP | 13,368.41 |
| BALT/WASH-RL | 14,024.31 |
| BALT/WASH-USM | 7,311.22 |
| BOSTON-DB | 13,256.85 |
| BOSTON-HR | 9,059.21 |
| BOSTON-MK | 13,256.85 |
| BOSTON-PCK | 13,256.86 |
| BOSTON-VP | 13,256.86 |
| CHICAGO-CB | 13,732.65 |
| MIAMI-BM | 13,310.40 |
| MIAMI-DM | 13,310.40 |
| MIAMI-EC | 48,125.73 |
| MIAMI-JM | 13,345.80 |
| MIAMI-USM | 13,275.00 |
| NEW YORK-GB | 14,332.37 |
| NEW YORK-MA | 8,410.14 |
| PHILADELPHIA-AC | 45,768.88 |
| PHILADELPHIA-CF | 45,377.58 |
| PHILADELPHIA-DC | 13,386.55 |
| PHILADELPHIA-OB | 13,386.55 |
| PHILADELPHIA-TE | 13,386.55 |
| PHILADELPHIA-VE | 13,386.55 |
| SACRAMENTO-CS | 13,769.50 |
| SACRAMENTO-EG | 13,752.14 |
| SACRAMENTO-PH | 13,769.52 |
| SACRAMENTO-TL | 13,769.52 |

**PTF0224**

USMD000030

11/16/98

**US MOBILCOMM, INC.**
**Balance Sheet**
As of November 19, 1998

|  | Nov 19, '98 |
|---|---|
| **Total Fixed Assets** | 532,147.44 |
| **Other Assets** | |
| INCORP EXP-NET | 200.00 |
| INTANGIBLE | 6,498.00 |
| LICENSES OWNED | 13,318.50 |
| SECURITY DEPOSITS | 600.00 |
| **Total Other Assets** | 20,616.50 |
| **TOTAL ASSETS** | 649,543.55 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| NOTES PAYABLE-Equipment | 405,404.62 |
| SALES TAX MD | -8.75 |
| SALES TAX OWED | 746.11 |
| SALES TAX PA | -0.62 |
| SALES TAX PAYABLE | 409.49 |
| **Total Other Current Liabilities** | 406,550.85 |
| **Total Current Liabilities** | 406,550.85 |
| **Total Liabilities** | 406,550.85 |
| **Equity** | |
| EARNINGS | -785,592.50 |
| Net Income | -62,010.95 |
| PAID IN CAPITAL | 1,090,596.15 |
| **Total Equity** | 242,992.70 |
| **TOTAL LIABILITIES & EQUITY** | 649,543.55 |

**PTF0225**

USMD000031

11/16/98

**US MOBILCOMM, INC.**
**Profit and Loss**
January 1 through November 19, 1998

D RAFT

| | Jan 1 - Nov 19, '98 |
|---|---|
| **Income** | |
| BALT/WASH Market | 36,062.94 |
| BOSTON Market | 6,144.39 |
| CHICAGO Market | -3,812.50 |
| HOUSTON Market | -95.00 |
| INTEREST INCOME | 192.95 |
| MIAMI Market | -3,944.60 |
| MISC INCOME | 67.83 |
| NEW YORK Market | -9,672.46 |
| PHILADELPHIA Market | -18,150.71 |
| SACRAMENTO Market | -380.00 |
| **Total Income** | 6,412.84 |
| **Expense** | |
| AMORTIZATION | 1,083.50 |
| CORP HQ OFFICE EXPENSES | 3,090.84 |
| DEPRECIATION | 8,881.50 |
| DUES & SEMINARS | 817.70 |
| INSURANCE | 30.50 |
| INTEREST EXPENSE | 10,406.95 |
| OFFICE SUPPLIES | 793.32 |
| POSTAGE & FEDEX | 428.60 |
| PROFESSIONAL SERVICES | 41,679.00 |
| TAXES- STATE INC & FRANCHISE | 500.00 |
| TRAVEL & ENTERTAINMENT | 711.88 |
| **Total Expense** | 68,423.79 |
| **Net Income** | -62,010.95 |

PTF0226

USMD000032

# EXHIBIT
# H

**SCHEDULE K-1**
**(Form 1120S)**

Department of the Treasury
Internal Revenue Service

## Shareholder's Share of Income, Credits, Deductions, etc.

► See separate instructions.

For calendar year 2000 or tax year

beginning _____ , 2000, and ending _____ , 20 ___

OMB. No. 1545-0130

**2000**

Shareholder's identifying number ► 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 | Corporation's identifying number ► 23-2767067

Shareholder's name, address, and ZIP code

JEFFREY NORMAN
1824 STORRS ROAD
STORRS, CT 06268

Corporation's name, address, and ZIP code

US MOBILCOMM, INC.
805 BRYN MAWR AVE
NEWTOWN SQUARE, PA   19073-4330

A   Shareholder's percentage of stock ownership for tax year (see instructions for Schedule K-1) . . . . . . . . . . . . . ► **25.000000** %

B   Internal Revenue Service Center where corporation filed its return ► CINCINNATI, OH 45999 ►

C   Tax shelter registration number (see instructions for Schedule K-1) . . . . . . . . . . . . . ►

D   Check applicable boxes:   (1) ☐ Final K-1      (2) ☐ Amended K-1

|   |   | (a) Pro rata share items |   | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary income (loss) from trade or business activities . . . . . . . . | 1 | 6,264. | See pages 4 and 5 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 2 | Net income (loss) from rental real estate activities . . . . . . . . | 2 | | |
| | 3 | Net income (loss) from other rental activities . . . . . . . . . . . | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4a | 189. | Sch. B, Part I, line 1 |
| | b | Ordinary dividends . . . . . . . . . . . . . . . . . . . . . . . | 4b | | Sch. B, Part II, line 5 |
| | c | Royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) . . . . . . . . . . . . . . . . | 4d | | Sch. D, line 5, col. (f) |
| | e | Net long-term capital gain (loss): | | | |
| | | (1) 28% rate gain (loss) . . . . . . . . . . . . . . . . . . . . | 4e(1) | | Sch. D, line 12, col. (g) |
| | | (2) Total for year . . . . . . . . . . . . . . . . . . . . . . . | 4e(2) | 16,711. | Sch. D, line 12, col. (f) |
| | f | Other portfolio income (loss) (attach schedule) . . . . . . . . . . | 4f | | (Enter on applicable line of your return.) |
| | 5 | Net section 1231 gain (loss) (other than due to casualty or theft) . . | 5 | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 6 | Other income (loss) (attach schedule) . . . . . . . . . . . . . . | 6 | | (Enter on applicable line of your return.) |
| **Deductions** | 7 | Charitable contributions (attach schedule) . . . . . . . . . . . . | 7 | | Sch. A, line 15 or 16 |
| | 8 | Section 179 expense deduction . . . . . . . . . . . . . . . . . | 8 | | See page 6 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 9 | Deductions related to portfolio income (loss) (attach schedule) . . . | 9 | | |
| | 10 | Other deductions (attach schedule) . . . . . . . . . . . . . . . | 10 | | |
| **Investment Interest** | 11a | Interest expense on investment debts . . . . . . . . . . . . . . | 11a | | Form 4952, line 1 |
| | b | (1) Investment income included on lines 4a, 4b, 4c, and 4f above . . | 11b(1) | 189. | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | | (2) Investment expenses included on line 9 above . . . . . . . . | 11b(2) | | |
| **Credits** | 12a | Credit for alcohol used as fuel . . . . . . . . . . . . . . . . . | 12a | | Form 6478, line 10 |
| | b | Low-income housing credit: | | | |
| | | (1) From section 42(j)(5) partnerships for property placed in service before 1990 . . . . . . . . . . . . . . . . . . | 12b(1) | | |
| | | (2) Other than on line 12b(1) for property placed in service before 1990 . . . . . . . . . . . . . . . . . . . . . . | 12b(2) | | |
| | | (3) From section 42(j)(5) partnerships for property placed in service after 1989 . . . . . . . . . . . . . . . . . . | 12b(3) | | Form 8586, line 5 |
| | | (4) Other than on line 12b(3) for property placed in service after 1989 . . . . . . . . . . . . . . . . . . . . . . | 12b(4) | | |
| | c | Qualified rehabilitation expenditures related to rental real estate activities . . . . . . . . . . . . . . . . . . . . . . . . | 12c | | |
| | d | Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities . . . . . . . . . . . . . . | 12d | | See page 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | e | Credits related to other rental activities . . . . . . . . . . . . . | 12e | | |
| | 13 | Other credits . . . . . . . . . . . . . . . . . . . . . . . . . | 13 | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.

Schedule K-1 (Form 1120S) 2000

JSA
0C1600 2.000

MC000543

Schedule K-1 (Form 1120S) (2000)    **SHAREHOLDER#02    JEFFREY NORMAN**    Page **2**

| | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Adjustments and Tax Preference Items** | 14a Depreciation adjustment on property placed in service after 1986 | 14a | -3,629. | See page 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S) and Instructions for Form 6251 |
| | b Adjusted gain or loss | 14b | | |
| | c Depletion (other than oil and gas) | 14c | | |
| | d (1) Gross income from oil, gas, or geothermal properties | 14d(1) | | |
| | (2) Deductions allocable to oil, gas, or geothermal properties | 14d(2) | | |
| | e Other adjustments and tax preference items *(atth sch.)* | 14e | | |
| **Foreign Taxes** | 15a Name of foreign country or U.S. possession ▶ | | | |
| | b Gross income sourced at shareholder level | 15b | | |
| | c Foreign gross income sourced at corporate level: | | | |
| | (1) Passive | 15c(1) | | |
| | (2) Listed categories *(attach schedule)* | 15c(2) | | |
| | (3) General limitation | 15c(3) | | |
| | d Deductions allocated and apportioned at shareholder level: | | | |
| | (1) Interest expense | 15d(1) | | Form 1116, Part I |
| | (2) Other | 15d(2) | | |
| | e Deductions allocated and apportioned at corporate level to foreign source income: | | | |
| | (1) Passive | 15e(1) | | |
| | (2) Listed categories *(attach schedule)* | 15e(2) | | |
| | (3) General limitation | 15e(3) | | |
| | f Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 15f | | Form 1116, Part II |
| | g Reduction in taxes available for credit and gross income from all sources *(attach schedule)* | 15g | | See Instructions for Form 1116 |
| **Other** | 16 Section 59(e)(2) expenditures: a Type ▶ | | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | b Amount | 16b | | |
| | 17 Tax-exempt interest income | 17 | | Form 1040, line 8b |
| | 18 Other tax-exempt income | 18 | | See pages 7 and 8 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 19 Nondeductible expenses | 19 | | |
| | 20 Property distributions (including cash) other than dividend distributions reported to you on Form 1099-DIV | 20 | NONE | |
| | 21 Amount of loan repayments for "Loans From Shareholders" | 21 | | |
| | 22 Recapture of low-income housing credit: | | | |
| | a From section 42(j)(5) partnerships | 22a | | Form 8611, line 8 |
| | b Other than on line 22a | 22b | | |
| **Supplemental Information** | 23 Supplemental information required to be reported separately to each shareholder *(attach additional schedules if more space is needed)*: | | | |
| | _____ | | | |
| | _____ | | | |
| | _____ | | | |
| | _____ | | | |
| | _____ | | | |
| | _____ | | | |
| | _____ | | | |
| | _____ | | | |
| | _____ | | | |
| | _____ | | | |
| | _____ | | | |
| | _____ | | | |
| | _____ | | | |
| | _____ | | | |

JSA
0C1610 3.000

MC000544

Schedule K-1 (Form 1120S) 2000

02/20/2001                23-2767067                25

# EXHIBIT
# I

| SCHEDULE K-1 (Form 1120S) | **Shareholder's Share of Income, Credits, Deductions, etc.** | OMB. No. 1545-0130 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ See separate instructions. For calendar year 2001 or tax year beginning _____ , 2001, and ending _____ , 20 ___ | **2001** |

| Shareholder's identifying number ▶ 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 | Corporation's identifying number ▶ 23-2767067 |
|---|---|
| Shareholder's name, address, and ZIP code | Corporation's name, address, and ZIP code |
| JEFFREY NORMAN<br>202 WEED ST.<br>NEW CANAAN, CT   06840 | US MOBILCOMM, INC.<br>805 BRYN MAWR AVE<br>NEWTOWN SQUARE, PA  19073-4330 |

A  Shareholder's percentage of stock ownership for tax year (see instructions for Schedule K-1) . . . . . . . . . . . . . . ▶ __25.000000__ %

B  Internal Revenue Service Center where corporation filed its return ▶   Cincinnati, OH 45999

C  Tax shelter registration number (see instructions for Schedule K-1) . . . . . . . . . . . . . . . . . . . . ▶

D  Check applicable boxes:    (1) ☐ Final K-1    (2) ☐ Amended K-1

| | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1 Ordinary income (loss) from trade or business activities . . . . . . . . | 1 | -20,063. | See page 4 of the Shareholder's Instructions for Schedule K-1 (Form 1120S) |
| | 2 Net income (loss) from rental real estate activities . . . . . . . . | 2 | | |
| | 3 Net income (loss) from other rental activities . . . . . . . . . . . | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest . . . . . . . . . . . . . . . . . . . . . . . . | 4a | 521. | Sch. B, Part I, line 1 |
| | b Ordinary dividends . . . . . . . . . . . . . . . . . . . . | 4b | | Sch. B, Part II, line 5 |
| | c Royalties . . . . . . . . . . . . . . . . . . . . . . . . | 4c | | Sch. E, Part I, line 4 |
| | d Net short-term capital gain (loss) . . . . . . . . . . . . . . | 4d | | Sch. D, line 5, col. (f) |
| | e (1) Net long-term capital gain (loss) . . . . . . . . . . . . . | 4e(1) | 104,000. | Sch. D, line 12, col. (f) |
| | (2) 28% rate gain (loss) . . . . . . . . . . . . . . . . . | 4e(2) | | Sch. D, line 12, col. (g) |
| | | | | Line 4 of worksheet for Sch. D, line 29 |
| | (3) Qualified 5-year gain . . . . . . . . . . . . . . . . . | 4e(3) | | |
| | f Other portfolio income (loss) (attach schedule) . . . . . . . . . . | 4f | | (Enter on applicable line of your return.) |
| | 5 Net section 1231 gain (loss) (other than due to casualty or theft) . . | 5 | -4,398. | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 6 Other income (loss) (attach schedule) . . . . . . . . . . . . . | 6 | | (Enter on applicable line of your return.) |
| **Deductions** | 7 Charitable contributions (attach schedule) . . . . . . . . . . . . | 7 | | Sch. A, line 15 or 16 |
| | 8 Section 179 expense deduction . . . . . . . . . . . . . . . . | 8 | | See page 6 of the Shareholder's Instructions for Schedule K-1 (Form 1120S) |
| | 9 Deductions related to portfolio income (loss) (attach schedule) . . . . | 9 | | |
| | 10 Other deductions (attach schedule) . . . . . . . . . . . . . . | 10 | | |
| **Investment Interest** | 11a Interest expense on investment debts . . . . . . . . . . . . . | 11a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f above . . | 11b(1) | 521. | See Shareholder's Instructions for Schedule K-1 (Form 1120S) |
| | (2) Investment expenses included on line 9 above . . . . . . . | 11b(2) | | |
| **Credits** | 12a Credit for alcohol used as fuel . . . . . . . . . . . . . . . . | 12a | | Form 6478, line 10 |
| | b Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships . . . . . . . . . . . . | 12b(1) | | Form 8586, line 5 |
| | (2) Other than on line 12b(1) . . . . . . . . . . . . . . . | 12b(1) | | |
| | c Qualified rehabilitation expenditures related to rental real estate activities | 12c | | |
| | d Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities . . . . . . . . . . . . | 12d | | See pages 6 and 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | e Credits related to other rental activities . . . . . . . . . . . . | 12e | | |
| | 13 Other credits . . . . . . . . . . . . . . . . . . . . . . | 13 | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.    **Schedule K-1 (Form 1120S) 2001**

JSA
1C1600 3.000

12/11/2006                    23-2767067              25

Schedule K-1 (Form 1120S) (2001)   **Shareholder#02   JEFFREY NORMAN**                                  Page **2**

| (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **Adjustments and Tax Preference Items** | **14a** Depreciation adjustment on property placed in service after 1986 | **14a** | −1,923. | See page 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S) and Instructions for Form 6251 |
| | **b** Adjusted gain or loss | **14b** | | |
| | **c** Depletion (other than oil and gas) | **14c** | | |
| | **d** (1) Gross income from oil, gas, or geothermal properties | **14d(1)** | | |
| | (2) Deductions allocable to oil, gas, or geothermal properties | **14d(2)** | | |
| | **e** Other adjustments and tax preference items (attach schedule) | **14e** | | |
| **Foreign Taxes** | **15a** Name of foreign country or U.S. possession ▶ | | | |
| | **b** Gross income from all sources | **15b** | | |
| | **c** Gross income sourced at shareholder level | **15c** | | |
| | **d** Foreign gross income sourced at corporate level: | | | |
| | (1) Passive | **15d(1)** | | |
| | (2) Listed categories (attach schedule) | **15d(2)** | | |
| | (3) General limitation | **15d(3)** | | |
| | **e** Deductions allocated and apportioned at shareholder level: | | | |
| | (1) Interest expense | **15e(1)** | | Form 1116, Part I |
| | (2) Other | **15e(2)** | | |
| | **f** Deductions allocated and apportioned at corporate level to foreign source income: | | | |
| | (1) Passive | **15f(1)** | | |
| | (2) Listed categories (attach schedule) | **15f(2)** | | |
| | (3) General limitation | **15f(3)** | | |
| | **g** Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | **15g** | | Form 1116, Part II |
| | **h** Reduction in taxes available for credit (attach schedule) | **15h** | | See Instructions for Form 1116 |
| **Other** | **16** Section 59(e)(2) expenditures: a Type ▶ | | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | **b** Amount | **16b** | | |
| | **17** Tax-exempt interest income | **17** | | Form 1040, line 8b |
| | **18** Other tax-exempt income | **18** | | |
| | **19** Nondeductible expenses | **19** | 20. | See page 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | **20** Property distributions (including cash) other than dividend distributions reported to you on Form 1099-DIV | **20** | | |
| | **21** Amount of loan repayments for "Loans From Shareholders" | **21** | | |
| | **22** Recapture of low-income housing credit: | | | |
| | **a** From section 42(j)(5) partnerships | **22a** | | Form 8611, line 8 |
| | **b** Other than on line 22a | **22b** | | |
| **Supplemental Information** | **23** Supplemental information required to be reported separately to each shareholder (attach additional schedules if more space is needed): | | | |

JSA
1C1610 3.000

Schedule K-1 (Form 1120S) 2001