IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY M. NORMAN,<br>Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | |
| DAVID W. ELKIN, RICHARD M. SHORIN,<br>and THE ELKIN GROUP, INC.,<br>Defendants, | §<br>§<br>§<br>§ | C.A. NO. 06-005-JJF |
| And | §<br>§ | |
| US MOBILCOMM, INC.,<br>Nominal Defendant. | §<br>§<br>§ | |

## APPENDIX TO
## DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT
## OF THEIR MOTION FOR SUMMARY JUDGMENT

Steven L. Caponi
(DE Bar No. 3484)
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington DE 19801
Telephone: (302) 425-6400

Mark A. Evetts
Law Offices of Mark A. Evetts
8502 Jackson Creek Bend Lane
Humble, Texas 77396
Telephone: (281) 458-6914
Facsimile: (281) 458-0326

*Attorneys for Defendants David W. Elkin, Richard M. Shorin, The Elkin Group, Inc., and Nominal Defendant US MobilComm, Inc.*

Dated: February 16, 2007

# TABLE OF CONTENTS

Deposition of David Elkin taken on December 6, 2006
    excerpts pp. 2-5; 34-45; 62-65; 70-77; 122-129; 218-249; 278-289 .......................................... 1

Deposition of Jeffrey Norman taken on December 8, 2006
    Excepts pp. 2-9; 14-21; 62-73; 78-81; 94-101; 106-109; 114-117;
    174-177; 198-200 ............................................................................................................. 2

Defendants' Response to Plaintiff's First Request for Admission ................................................. 3

Defendants' Response to Plaintiff's First Set of Interrogatories .................................................... 4

./v.