IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY M. NORMAN,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID W. ELKIN, RICHARD M. SHORIN and THE ELKIN GROUP, INC.,<br><br>    Defendant,<br><br>and<br><br>U.S. MOBILCOMM, INC.<br><br>    Nominal Defendant. | :<br>:<br>:<br>:<br>: C.A. No. 06-005-JJF<br>:<br>: Jury Trial Demanded<br>:<br>:<br>:<br>:<br>: |

## ORDER

WHEREAS, Plaintiff Jeffrey M. Norman presented a Motion for an Extension of Time to respond to Defendants' Motion for Summary Judgment;

WHEREAS, the Court determines that good cause exists for an extension of time;

IT IS HEREBY ORDERED this _____ day of _____, 2007 that Plaintiffs' Motion for an Extension of Time is hereby GRANTED. Plaintiffs' answering brief in opposition to Defendants' Motion for Summary Judgment shall be due on or before Wednesday, March 21, 2007.

 

_____
United States District Judge