# EXHIBIT A

## Felice, David A.

| | |
|---|---|
| **From:** | Felice, David A. |
| **Sent:** | Tuesday, February 27, 2007 7:27 PM |
| **To:** | 'Mark Evetts' |
| **Cc:** | 'Caponi, Steven L.'; Bellew, Sean |
| **Subject:** | Norman v. Elkin - Briefing on Motion for Summary Judgment |

Mark:

We request two additional weeks to submit our answering brief in opposition to defendants' pending motion for summary judgment. With that extension, our brief would be due on or before Monday, March 19, 2007. If this is acceptable, we can circulate a stipulation. In that stipulation, we could also address any additional time you may need for any reply. Please let me know. Thanks.

David

**David A. Felice**
Cozen O'Connor
1201 North Market Street
Wilmington, Delaware 19801
302-295-2011 (voice)
866-776-8911 (direct fax)