# EXHIBIT B

Case 1:06-cv-00005-JJF    Document 47-4    Filed 03/02/2007    Page 1 of 2

## Felice, David A.

**From:** Felice, David A.
**Sent:** Thursday, March 01, 2007 1:23 PM
**To:** 'Mark Evetts'; 'Caponi, Steven L.'
**Cc:** Bellew, Sean
**Subject:** RE: Norman v. Elkin - Briefing on Motion for Summary Judgment

Mark & Steve:

Please let me know if the requested extension is acceptable. If not, we will be forced to file a motion for an extension on Friday. Thank you.

David

---

**From:** Felice, David A.
**Sent:** Tuesday, February 27, 2007 7:27 PM
**To:** 'Mark Evetts'
**Cc:** 'Caponi, Steven L.'; Bellew, Sean
**Subject:** Norman v. Elkin - Briefing on Motion for Summary Judgment

Mark:

We request two additional weeks to submit our answering brief in opposition to defendants' pending motion for summary judgment. With that extension, our brief would be due on or before Monday, March 19, 2007. If this is acceptable, we can circulate a stipulation. In that stipulation, we could also address any additional time you may need for any reply. Please let me know. Thanks.

David


### David A. Felice

Cozen O'Connor
1201 North Market Street
Wilmington, Delaware 19801
302-295-2011 (voice)
866-776-8911 (direct fax)