## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on March 2, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Steven L. Caponi, Esquire
>Blank Rome LLP
>1201 N. Market Street, Suite 800
>Wilmington, DE 19801

>*David A. Felice*
>David A. Felice (#4090)