

# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

SUITE 1400   CHASE MANHATTAN CENTRE   1201 NORTH MARKET STREET   WILMINGTON, DE 19801-1147
302.295.2000   888.207.2440   302.295.2013 FAX   www.cozen.com

March 13, 2007

**David A. Felice**
Direct Phone 302.295.2011
Direct Fax    866.776.8911
dfelice@cozen.com

*Via ECF*

The Honorable Joseph J. Farnan, Jr.
U.S. District Court, District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   *Jeffrey M. Norman v. David W. Elkin, et al.;* C.A. No. 06-005-JJF

Dear Judge Farnan:

    This firm represents Plaintiff Jeffrey M. Norman in the above-referenced matter. On February 22, 2007, Plaintiff filed a motion for a protective order to quash Defendants' deposition notice for Plaintiff. (D.I. 46). Pursuant to D. Del. LR 7.1.2, Defendants' Answering Memorandum was due to be filed with the Court on or before Thursday, March 8, 2007. Defendants failed to file any responsive papers with the Court, have not requested an extension on their submission deadline and have not responded in any way to the relief requested in the motion. Based on this record, Plaintiff submits that his motion for a protective order is unopposed. Accordingly, Plaintiff respectfully requests that the motion be granted.

    As always, should Your Honor have any questions or concerns, counsel is available at Your Honor's convenience.

Respectfully,

David A. Felice (4090)

DAF/ssl

WILMINGTON\50595\1  156666.000

The Honorable Joseph J. Farnan, Jr.
March 13, 2007
Page 2

---

cc:   Steven Caponi, Esquire (*via ECF*)
      Mark A. Evetts, Esquire (*via email*)
      Sean J. Bellew, Esquire