IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY M. NORMAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-005-JJF |
| | : | |
| DAVID W. ELKIN, RICHARD M. SHORIN and THE ELKIN GROUP, INC. | : | Jury Trial Demanded |
| | : | |
| Defendants, | : | |
| | : | |
| and | : | |
| | : | |
| US MOBILCOMM, INC., | : | |
| | : | |
| Nominal Defendant. | : | |

**STIPULATION EXTENDING DEADLINE FOR PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and subject to the approval of the Court, that the time for Plaintiff to serve his Answering Brief in Opposition to Defendants' Motion for Summary Judgment is extended up to and including Friday, March 23, 2007.

*/s/ Sean J. Bellew*
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
 *Attorneys for Plaintiff*

*/s/ Steven L. Caponi*
Steven L. Caponi (#3484)
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6408
Facsimile: (302)425-6464
 *Attorneys for Defendants*

IT IS SO ORDERED this ____ day of March, 2007.

_____
United States District Judge