# EXHIBIT H

# CENTENNIAL COMMUNICATIONS CORP.

1600 Wynkoop Suite 300
Denver CO 80202
(303)551-5050 Fax (303) 551-5333

Via Facsimile (303) 778-5599

May 20, 1997

Mr. Kevin Brynestad
Vice President
Daniels & Associates
3200 Cherry Creek South Drive
Suite 500
Denver, CO 80209



Dear Kevin:

This letter of intent embodies the terms of the sale of all of the assets of U.S. MobilComm, Inc ("U.S. MobilComm" or "Company") relating to its operation of the 220 MHz business to Centennial Communications Corp., a Delaware corporation, or an affiliate to be named prior to closing ("Purchaser"). At closing, U.S. MobilComm's principal assets shall be a minimum of licenses for 217 channels of 220 MHz SMR spectrum throughout the U.S. including the Northeast U.S. corridor (of which 172 are under management agreements and 45 are owned by U.S. MobilComm, all as more particularly described in the U.S. MobilComm Information Memorandum dated March 1997 prepared by Daniels & Associates), approximately 560 subscribers and certain equipment and inventory (the "Assets"). The proposed terms are as follows:

1.  Sale of the Assets. In accordance with the terms below, to be more fully set forth in the definitive and binding Purchase Agreement, U.S. MobilComm shall sell the Assets to Purchaser free and clear of any liens and encumbrances, except those as specifically agreed to by Purchaser. The Purchase Agreement would provide that, as consideration for the sale of the Assets to Purchaser, Purchaser will pay a purchase price in the aggregate (the "Purchase Price") as follows:

    a)  $5,000,000 in cash to U.S. MobilComm at Closing; and

    b)  $1,000,000 in the form of a promissory note (the "Note") of Purchaser having the following terms:

        i.  a compounding interest rate of 10% per annum;

        ii. principal and interest to be paid on the final maturity date to be on the third anniversary date of the issuance;

PTF0042

iii. ~~principal~~ balance of the Note to be reduced by 10% in the event that the ~~full~~ on or before December 31, 1997; and

iv. ~~Purchaser in respect of the Note shall be secured, pursuant to an~~ ~~security~~ agreement, solely by the Assets being transferred to Purchaser and not by any assets of Purchaser or its subsidiaries.

The Purchase Price shall also be adjusted by the amount of long term liabilities, if any, and working capital matching (current assets less current liabilities) of the Company existing as of the date of Closing.

2. **Structure of the Transaction.** U.S. MobilComm, the U.S. MobilComm Shareholders and purchaser agree to negotiate in good faith to structure the transaction contemplated by this letter of intent in a tax efficient manner either pursuant to (I) a sale of all of the outstanding capital stock of U.S. MobilComm to Purchaser by the U.S. MobilComm Shareholders, or (ii) a merger of U.S. MobilComm and an affiliate of Purchaser pursuant to which either U.S. MobilComm or such affiliate shall be the surviving entity. In addition, U.S. MobilComm and the U.S. MobilComm Shareholders agree to negotiate in good faith as to how to structure the Note issued to the U.S. MobilComm Shareholders.

3. **Other Provisions of Purchase Agreement.** The Purchase Agreement shall:

    a) contain comprehensive representations and warranties of U.S. MobilComm and the U.S. MobilComm Shareholders relating to U.S. MobilComm and its business, operations, assets, liabilities, contracts, books, records and legal affairs;

    b) contain customary covenants of U.S. MobilComm as to the conduct of its business prior to the Closing;

    c) provide that U.S. MobilComm and the U.S. MobilComm Shareholders will obtain, at their own expense, all consents and approvals (including consents and approvals of governmental authorities and of parties to contracts) that are required to be obtained in connection with the sale of the Assets;

    d) provide that Purchaser's obligations under the Asset Purchase Agreement will be subject to the satisfaction of various conditions, including (i) the satisfactory completion by Purchaser of a pre-acquisition investigation of U.S. MobilComm's SMR licenses and U.S. MobilComm's business and operations and the approval by Purchaser of the results of such investigation, (ii) approval of Purchaser's Board of Directors, at their reasonable discretion, and (iii) the receipt by Purchaser of appropriate legal opinions of counsel to U.S. MobilComm at Closing;

    e) provide for the payment by each party of their respective expenses associated with the transaction, including attorneys' fees and all applicable, respective transfer taxes, filing fees

PTF0043

and similar taxes, charges and expenses required to be paid in connection with the sale of the Assets or the Stock;

f) provide that Purchaser and its affiliates will be indemnified by U.S. MobilComm and U.S. MobilComm Shareholders against (i) all liabilities and obligations that are not reflected on the latest balance sheet provided to Purchaser or otherwise specified in the Purchase Agreement; and (ii) any damages, liabilities or expenses arising from any breach by U.S. MobilComm or U.S. MobilComm Shareholders of any representation, warrant, covenant or other provision contained in the Purchase Agreement or in any related agreement or document; and

g) provide that U.S. MobilComm must hold a 100% interest in Assets on or before the Closing Date.

4. **Closing.** The parties shall use their best efforts to consummate the Acquisition (the "Closing") on or before July 9, 1997, subject to FCC approval, as required. The parties will work toward the execution of the binding and definitive Purchase Agreement on or before June 13, 1997, subject to approval by Purchaser's board of directors as set forth herein and any due diligence matters set forth in such Purchase Agreement.

5. **Prohibition Against Consideration of Other Acquisition Proposals.** Until the earlier of June 13, 1997 if an Asset Purchase Agreement is not entered into, or the date on which Purchaser advises U.S. MobilComm in writing that Purchaser is terminating all negotiations regarding the transactions contemplated by this letter based upon its due diligence findings, neither U.S. MobilComm, nor the U.S. MobilComm Shareholders shall:

a) enter into any agreement, understanding or arrangement relating to any Acquisition Proposal;

b) consider, or engage in any discussions or negotiations relating to any Acquisition Proposal;

c) provide any information regarding U.S. MobilComm or its business or operations to any party (other than to representatives of Purchaser and as required by any regulatory authority);

d) solicit or encourage the submission of any Acquisition Proposal; or

e) permit any representative or affiliate of U.S. MobilComm or of the U.S. MobilComm Shareholders to do any of the foregoing.

The term "Acquisition Proposal," as used in this paragraph, refers to any proposal, plan, agreement, understanding or arrangement or in the ordinary course of business contemplating (i) any merger, consolidation, reorganization, recapitalization or similar transaction involving U.S. MobilComm or any of its affiliates, (ii) any transfer or issuance of any capital stock or other securities of U.S. MobilComm or any of its affiliates, (iii) any transfer of any material asset of U.S. MobilComm or any of its affiliates, (iv) any sale of the Stock or the Assets by the U.S. MobilComm Shareholders, or (v) any transaction that may be inconsistent with or that may have any adverse effect upon any of the transactions contemplated by this letter.

PTF0044

6. **Conduct of Business.** From the date hereof through the earlier of the termination of this letter of intent or June 13, 1997, U.S. MobilComm will not: (i) dispose of, grant any interest in, pledge or otherwise transfer any of its assets including, without limitation, the Assets, (ii) incur any liability outside the ordinary course of business, (iii) issue any shares of capital Stock, or any security convertible into or exchangeable for shares of its capital Stock , or any option, warrant or right to acquire shares of its capital Stock, or (iv) enter into any transaction outside the ordinary course of business. From the date hereof through the Closing, U.S. MobilComm will not sell, transfer, assign, pledge or grant any rights with respect to the Assets.

7. **Liability of Shareholders.** The Shareholders of U.S. MobilComm shall be jointly and severally liable with U.S. MobilComm for the performance of all obligations of U.S. MobilComm as specified under the Asset Purchase Agreement and all related agreements and documents.

8. **Access.** Subject to the termination provisions described in paragraph 5 above, from and after the date of this letter, the U.S. MobilComm Shareholders, officers and directors shall (i) provide Purchaser and Purchaser's attorneys, accountants, advisors, representatives, affiliates and prospective lenders and investors with full and complete access to all assets, contracts, books, records and financial statements of U.S. MobilComm and its affiliates, and (ii) compile and provide Purchaser with such information as Purchaser may reasonably request.

9. **Publicity.** No press release, notice, disclosure or other publicity concerning the proposed transactions shall be issued, given, made or otherwise disseminated by Purchaser, U.S. MobilComm or the U.S. MobilComm Shareholders without the prior approval of the other parties.

10. **No Brokers.** Except for Daniels & Associates who have been retained by U.S. MobilComm and for whose fees U.S. MobilComm shall bear sole responsibility, neither U.S. MobilComm nor Shareholders have agreed to pay, or has taken any action that will result in any person or entity becoming entitled to receive, any brokerage fee, finder's fee or other similar fee or commission with respect to any of the proposed transactions.

11. **Governing Law.** The parties agree that the laws of the State of Colorado, U.S.A. shall govern in interpretation of this letter of intent and the Asset Purchase Agreement.

12. **Binding Intent.** By their signatures below, the parties have indicated their intention that this letter of intent be a binding obligation of the parties as to paragraphs 1,5,6,7,8, 9 and 11 above, subject to approval by Purchaser's Board of Directors on or before June 20, 1997. The remaining terms shall not be binding until the definitive Purchase Agreement is executed. This letter of intent shall expire at 5.00 p.m. MST on May 22, 1997 if not executed by U.S. MobilComm and delivered to Purchaser.

Yours truly,

CENTENNIAL COMMUNICATIONS CORP.,

By: _Barbara H. Vonderheid_

Barbara H. Vonderheid
V.P. Business Development

**PTF0045**

AGREED AND ACKNOWLEDGED:

U.S. MOBILCOMM, INC.

By _____

Name: DAVID W. ELKIN

Title: PRESIDENT

Date: May 22, 1997

**THIS LETTER OF INTENT INCORPORATES BY REFERENCE THE ATTACHED LETTER FROM US MOBILCOMM, INC. DATED MAY 22, 1997.**

PTF0046

# EXHIBIT I

January 23, 1998

## VALUATION ADJUSTMENTS FOR
## EQUIPMENT AND SUBSCRIBERS

Fact Assumptions:

1) Existing Equipment:

ICC/NNS=142 SEA        USM=16 SEA & 27 Uniden        SMR=82 SEA

2) Existing Subscribers:

+10%

ICC/NNS=4,500    USM=500    SMR=1,500 

3) Calculations:

| Category | ICC/NNS | USM | SMR |
|---|---|---|---|
| Licenses | $16,862,700 | $5,509,200 | $2,340,90 |
| Equipment | $ 5,680,000 | $ 856,000 | $3,280,0 |
| Subscribers | $ 2,700,000 | $ 300,000 | $ 900,0 |
| | $25,242,700 | $6,665,200 | $6,520,90 |

4) Percentage Values:

ICC/NNS=65.69%        USM=17.34%        SMR=16.97%

djk/self/4wayval.fin

**MC001094**

# EXHIBIT J

# US MOBILCOMM, INC.

PHILADELPHIA
805 BRYN MAWR AVENUE
NEWTOWN SQUARE, PA  19073-4330
TELEPHONE (610) 525-2372 • FAX (610) 525-6761

NEW YORK CITY
805 THIRD AVENUE, 28TH FLOOR, NEW YORK, NY  10022-7513
TELEPHONE (212) 891-3542 • FAX (212) 891-3547

INTERNET ADDRESS
usm220@aol.com

## MEMORANDUM

February 2, 1998

To:  Gene Clothier (VIA FAX (714) 752-6976)
Richard Brown and David Kaufman  (VIA FAX (202) 457-0126)

From:  David W. Elkin

RE:  PARAMETERS OF AGREEMENT BETWEEN USM AND ICC/NNS.

I propose that ICC/NNS and USM enter into an agreement with USM to form a new company the ownership of which will be held 75% by ICC/NNS interests and 25% by USM.

The analysis forwarded last week by David and Rick reflected an allocation of 78.97% to ICC/NNS and 21.03% to USM.

In arriving at our proposed allocation I will highlight the following:

1.  My memo of last Friday highlighted 25 ICC/NNS licenses that were located more than 40 miles from the centroid.  As explained by David Kaufman this morning some of the markets at issue have 2 centroids.  I understand.  I also am aware that certain markets have the primary tower locations some distance away.  Notwithstanding the above, there are several licenses in the list that appear to warrant a downward weighting.

2.  As highlighted in my memo last Friday the ICC/NNS list includes a USM license in Houston.  This license is actually in USM's name.  I have enclosed a copy of the Assignment and Assumption Agreement entered into between USM and ICC in October 1995 and signed by Ron Domres.  The agreement reflects the licenses underlying the 5 management agreements assigned to ICC in October 1995.  The agreement did not cover the license at issue which was expected at the time to be assigned to NNS (see my 1/30/98 memo).

3.  I have accepted your tiering of markets without prior comment.  I would however request that Tier 1 include Washington, D.C. which is reflected as market number 4 (with only NY, LA and CHI in tier 1).  USM has 52 channels in the D.C. market.

4.  USM has the contractual right to accrued management fees in the amount of approximately $1,153,350 as of January 31, 1998.  While I am not proposing that we receive full credit for this it will be collectible from excess cash flow or a sale of the company and has value.

Please give me a call as soon as you have had the opportunity to consider the above.

I think it is in all of our best interests to reach and agreement today and aggressively move forward in unity.

MC001106

# EXHIBIT K

# Donaldson, Lufkin & Jenrette

Securities Corporation
401 City Line Avenue Suite 110
Bala Cynwyd PA 19004-1122
(610) 660-8900

**MAIN OFFICE**
277 Park Avenue
New York NY 10172
(212) 892-3000

## YOUR BROKERAGE ACCOUNT STATEMENT

Statement Period: August 29, 1998
through: September 25, 1998

Account Number: 213-213077
Soc. Sec. Number: 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
Phone Number: (610) 525-2372

**Statement for the account of:**

DAVID W ELKIN AND
BRENDA J ELKIN JT TEN
805 BRYN MAWR AVE
NEWTOWN SQUARE PA 19073-4330

**Your Account Executive:**

Anthony P Postiglione
Donaldson, Lufkin & Jenrette
401 City Line Avenue
Bala Cynwyd PA 19004-1122
(610) 660-8900
ID : M37

## ASSET VALUATION

| | This Period | | Last Period | |
|---|---|---|---|---|
| | Value | % of Assets | Value | % of Assets |

REDACTED

## ACTIVITY SUMMARY

| | Debits | Credits |
|---|---|---|
| Opening Balance | | |

REDACTED

## TRANSACTIONS IN DATE SEQUENCE

| Process/Settlement Date | Trade/Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 08/31/98 | | FEDERAL FUNDS SENT | MELLON BANK PITTS | | | | 45,000.00- | |
| 09/01/98 | | WIRED FUNDS FEE | W/F TRANS CHGS A/O 08/31 RR: M37 | | | | 20.00- | |

REDACTED

N011 - A00013169        YOUR ACCOUNT IS PROTECTED UP TO $75,000,000. SEE FOLLOWING PAGE(S) FOR IMPORTANT INFORMATION.

DWE 0001



**SG**

SG Cowen Securities Corporation
1221 Avenue of the Americas
New York, NY 10020
(212) 278-6000
Member All Principal Exchanges

**Customer Inquiries**
Financial Square
(800) 645-3597
(800) 861-9789

# Statement of Account

Your Account Serviced
BY ARRANGEMENT WITH:

RUBICON SECURITIES
401 CITY AVENUE
BALA CYNWYD, PA 19004
888-401-5510/610-660-5510

| Statement Period | Soc Sec/Tax ID# | Account Number | Page |
|---|---|---|---|
| 08/29/98-09/25/98 | 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 | 1R-16931-7 | 3 |

ACCOUNT EXECUTIVE: SCOTT J. MASON
AE# 15

DAVID ELKIN &
BRENDA J ELKIN JT TEN

## ACTIVITIES IN YOUR ACCOUNT (CONT.)

| DATE | TYPE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|

REDACTED

| 08/31 | 2 | | | FUNDS WIRED | | | 35,000.00 |

REDACTED

DWE 0007

SG Cowen Securities Corporation is a member of the Securities Investor Protection Corporation (SIPC) which protects accounts up to $500,000 including a maximum $100,000 for cash. SG Cowen Securities Corporation provides additional protection of $49,500,000 for securities through an independent insurance company. Substitute for IRS Form 1099B (OMB No. 1545-0715) proceeds from broker transactions. This information is being furnished to the Internal Revenue Service.

**SIPC**
SIPC MEMBER

DAVID AND BRENDA ELKIN
805 BRYN MAWR AVE
NEWTOWN SQUARE, PA 19073
610-525-2372

August 31, 1998

Mr. Stephen Blumenthal   (via fax 989-9092 and mail)
Financial Consultant Group
One Main St Suite 202
Chatham, NJ  07928

LETTER of AUTHORIZATION
RE: A/C # WG-30003-R1

Please wire transfer the following amount from our account to the
Federal Communications Commission:

ABA:  043000261
Receiving Bank:  Mellon Pittsburgh
BNF: FCC/AC 910-0171
OBI Field:
"AUCTIONPAY"
Taxpayer Identification No.  23-2767067
Payment Type Code: A22U
FCC Code 1  "18"
Payer Name: US MobilComm, Inc.
Lockbox No.  358430
FCC Account No.  0181609278

Amount: $ 85,000.00 (eighty-five thousand dollars and no cents)

--------------------------------           --------------------------------
David W. Elkin                             Brenda J. Elkin

DWE 0010

# EXHIBIT L



# PUBLIC NOTICE

**FEDERAL COMMUNICATIONS COMMISSION**
**1919 M STREET, N.W.**
**WASHINGTON, D.C. 20554**

News Media Information: (202) 418-0500
Fax-On-Demand: (202) 418-2830
Internet: http://www.fcc.gov
ftp.fcc.gov

DA 98-1787
**September 4, 1998**

## AUCTION OF PHASE II 220 MHZ SERVICE LICENSES

### 54 Qualified Bidders

#### Report No. AUC-18-D (Auction No. 18)

This *Public Notice* identifies the 54 applicants that have been found qualified to bid in Auction No. 18 for 908 Phase II 220 MHz Service licenses, which is scheduled to begin on Tuesday, September 15, 1998. This *Public Notice* contains bidding instructions and other important information regarding the auction.

Attachment A lists each of the 54 qualified bidders, their upfront payment and maximum eligibility in bidding units.

Attachment B lists the licenses that were listed on each qualified bidder's FCC Form 175.

Attachment C lists those applicants that submitted FCC Form 175 applications, but did not qualify to bid in this auction.

Attachment D is a corrected version of the FCC Remote Bidding System Hardware and Software Requirements (Attachment F of the *Status of Applications Public Notice*[1]).

Attachment E has software downloading/installing instructions for participation in the mock auction.

Attachment F has round results file formats for use during the auction.

---

[1] *See* "Auction of Phase II 220 MHz Service Licenses, Status of Applications to Participate in Auction, Bureau Reminds Bidders of Responsibilities under NEPA Provisions," *Public Notice*, DA 98-1689 (rel. August 24, 1998) ("Status of Applications Public Notice"), Attachment F.

**PTF0466**

Attachment G has instructions for accessing the FCC Network using Windows 95.

Attachment H has instructions for accessing the FCC Network using Windows 3.1x.

In order to participate effectively in the auction, qualified bidders should re-familiarize themselves with the auction rules and other information contained in the *Bidder Information Package* and the *Public Notices* released for this auction.[2]  The following information provides additional guidance.

***Registration.***  Qualified bidders have been automatically registered for the auction.  For security reasons, the Commission will confirm registration by two separate mailings of registration materials, both sent to the contact person at the address identified in the bidder's FCC Form 175.  The two mailings will include the Bidder Identification Number, Login ID, Login Password and the FCC Account Number.  The second mailing will include the remote bidding system software, if ordered.  Upon receipt of both mailings, each bidder should be in possession of the following information:

- FCC Account Number (as assigned by FCC)
- Bidder Identification Number (supplied by FCC mailing)
- Login ID (supplied by FCC mailing)
- Login Password (supplied by FCC mailing)
- Remote bidding system software, if ordered (supplied by FCC mailing)

**It is each applicant's responsibility to ensure the security of their bidding codes and to ensure that only authorized bidders place bids on their behalf.  Applicants are solely responsible for ensuring the security of their computer systems, the security of their bidding codes, and that only authorized bidders place bids on their behalf.  The FCC assumes no responsibility or liability for these matters.**

---

[2]   *See Status of Applications Public Notice;* "Auction of the Phase II 220 MHz Service Licenses, Auction Notice and Filing Requirements for 908 Licenses Consisting of Economic Area (EA), Economic Area Grouping (EAG), and Nationwide Licenses, Scheduled for September 15, 1998, Minimum Opening Bids and Other Procedural Issues," *Public Notice,* DA 98-1010 (released May 29, 1998) ("Auction Notice and Filing Requirements Public Notice"); "FCC Announces Delay of 220 MHz Service Auction," *Public Notice,* DA 98-526 (released March 17, 1998); "Comment Sought on Reserve Prices or Minimum Opening Bids and Other Auction Procedural Issues for the Phase II 220 MHz Service, Phase II 220 MHz Formula Proposed," *Public Notice,* 13 FCC Rcd 707 (Wireless Tel. Bur. 1998).  *See also* In the Matter of Amendment of Part 90 of the Commission's Rules to Provide for the Use of the 220-222 MHz Band by the Private Land Mobile Radio Service, Implementation of Sections 3(n) and 332 of the Communications Act, Regulatory Treatment of Mobile Services, Implementation of Section 309(j) of the Communications Act -- Competitive Bidding, PR Docket No. 89-552, GN Docket No. 93-252, PP Docket No. 93-253, *Memorandum Opinion and Order on Reconsideration,* FCC 98-93 (released May 21, 1998); In the Matter of Amendment of Part 90 of the Commission's Rules to Provide for the Use of the 220-222 MHz Band by the Private Land Mobile Radio Service, Implementation of Sections 3(n) and 332 of the Communications Act, Regulatory Treatment of Mobile Services, Implementation of Section 309(j) of the Communications Act -- Competitive Bidding, PR Docket No. 89-552 RM-8506, GN Docket No. 93-252, PP Docket No. 93-253, *Third Report and Order, Fifth Notice of Proposed Rulemaking,* 12 FCC Rcd 10943 (1997).

**PTF0467**

**WARNING:  Any unauthorized person or entity accessing or tampering with an FCC or other government computer will be prosecuted to the full extent of the law.**

Any applicant listed as a qualified bidder in Attachment A to this *Public Notice* that has not received both registration mailings **by noon on Thursday, September 10, 1998**, should contact the FCC at (888) CALL-FCC ((888) 225-5322).  Callers should press option number 2 at the prompt for auction inquiries, and ask to speak to Kathy Garland.  It is each applicant's responsibility to ensure that all registration information has been received on time.

Lost Login IDs, Login Passwords and Bidder Identification Numbers can be replaced only at the FCC Auction Headquarters, located at 2 Massachusetts Avenue, N.E., Washington, D.C.  If replacement is necessary, either an authorized representative or the certifying official (as designated on the applicant's FCC Form 175) must appear in person with two forms of identification, one of which must be a photo identification.

*Electronic Bidding Software.*  In order to bid electronically, each qualified bidder that filed its FCC Form 175 electronically must purchase the Commission's electronic bidding software.  The software has been updated for the Phase II 220 MHz Service auction.  Bidders are advised to review the software manual included in the registration materials and participate in the mock auction to become familiar with this software.  For software backup, bidders are advised to duplicate the software for use by authorized representatives at different locations.  However, the FCC Remote Bidding System will not accept electronic bids from qualified bidders that are not registered purchasers of the bidding software.

*Bidding Contingency Plan.*  Bidders should develop comprehensive contingency plans they can implement quickly in case they experience difficulty participating in the auction.  While the FCC will correct any problems within Commission-controlled facilities, bidders are solely responsible for anticipating and overcoming problems such as bidder technical failures, local telephone service interruptions, adverse local weather conditions, unavailability of authorized bidders, or loss or breach of confidential security codes.

The FCC Remote Bidding System requires access to a 900 service telephone line.  Bidders should verify in advance that the telephone systems they will be using to submit electronic bids permit access to 900 service telephone numbers, and should consult their telephone administrators if they need assistance.

All filers, manual and electronic, will be supplied with a telephone number for telephonic bidding in their registration packet.  This number can also be used by electronic bidders as an alternate method of bidding in the event they are not able to submit their bids electronically.

*Bidding Schedule.*  The bidding schedule for Tuesday, September 15, 1998 will be:

Bidding Period                9:00 a.m.       –       11:00 a.m.  ET

3

**PTF0468**

Round Results                    11:00 a.m.    -    11:30 a.m.  ET

The bidding schedule for Wednesday, September 16, 1998 to Friday, September 18, 1998 will be:

Bidding Period                   9:00 a.m.    -    10:00 a.m. ET
Round Results                    10:00 a.m.   -    10:30 a.m. ET

Bidding Period                   2:00 p.m.    -    3:00 p.m. ET
Round Results                    3:00 p.m.    -    3:30 p.m. ET

The FCC will set the pace of the auction based upon its monitoring of the bidding and its assessment of the auction's progress. Generally, at the end of each week of the auction, the FCC will announce the bidding schedule for the following week.

***Minimum Opening Bids.*** There will be a minimum opening bid for each license in the Phase II 220 MHz Service auction, calculated in accordance with the formulas we have previously announced. *See Auction Notice and Filing Requirements Public Notice* at 24-29. The minimum opening bid amount is subject to reduction at the discretion of the Commission. Bidders should be aware, however, that the FCC will not entertain requests to lower minimum opening bids. The agency will exercise its discretion, if at all, independent of any communications from bidders.

***Messages and Announcements.*** The FCC will post pertinent auction information as messages and announcements on the FCC Remote Bidding System, on its Internet site and on its Bulletin Board System (BBS). Bidders should routinely check for messages and announcements each time they enter the Remote Bidding System, and should read this information carefully.

***Bidder Questions during the Auction.*** FCC auction officials and technical support staff will be available during the course of the auction to answer questions from bidders. Bidders should identify themselves as a bidder with time sensitive auction questions when calling any number. Help can be obtained through the following telephone numbers:

FCC Bidder Line                          Use telephonic bid number
(telephonic bidding, auction conduct  supplied in registration mailing
questions)

FCC Technical Support Hotline            (202) 414-1250
(all technical questions, software and
hardware)

FCC Auctions Division                    (202) 418-0660
(legal questions)

4

**PTF0469**

*Monitoring Round Results.* Attachment F to this *Public Notice* provides instructions for reviewing and downloading round results, and other material related to the Phase II 220 MHz Service auction released by the Commission during the course of the auction.

*Auction Tracking Tool.* A software tool for tracking the progress of the auction will be made available on Thursday, September 10, 1998 via the Internet at http://www.fcc.gov/wtb/auctions/220 and the FCC Auctions Bulletin Board System. Bidders wishing to familiarize themselves with the tracking tool software are encouraged to try the tracking tool software for the previously-held LMDS auction at http://www.fcc.gov/wtb/auctions/lmds. In addition to the LMDS software, the Bureau is providing a software application that may be used during the 220 mock auction to familiarize bidders with the tracking tool. It will be located at http://www.fcc.gov/wtb/auctions/220 and will be available on Wednesday, September 9, 1998. (Please note: This tool **is not** for use during the Phase II 220 MHz Service auction but has similar functionality and provides a useful tool for practice before and during the 220 Mock Auction.)

The tracking tool is a Microsoft Excel™ v5.0 WorkBook, which runs on Microsoft Windows™ v3.1, Windows for WorkGroups™ v3.11, and Windows 95. With this auction tracking tool, bidders can import round results and analyze the bidding in the auction. Technical support for the tracking tool can be obtained by calling the FCC Technical Support Hotline. Please review the information included with the tracking tool README file thoroughly before calling technical support.

> **User Requirements.** This software is not designed for novice computer users. To be used effectively, you must have extensive experience with:
> * Microsoft Windows
> * Microsoft Excel v5.0
> * the FCC simultaneous multiple-round auction format
>
> **Software and Hardware Requirements.** At a minimum, you will need the following:
> * Microsoft Windows v3.1+, Windows for WorkGroups 3.11 or Windows 95
> * Microsoft Excel v5.0 or later
> * 8MB of available hard disk space
> * 16MB of RAM and a Pentium™ based processor are highly recommended

*Amendments to FCC Form 175s.* Applicants are responsible for the continuing accuracy and completeness of information furnished in their FCC Form 175 and its exhibits. *See* 47 C.F.R § 1.65. It is the staff's position that applicants should amend their applications within ten business days from the occurrence of a reportable change. Filers should make modifications to their FCC Form 175s electronically, and submit a letter briefly summarizing the changes to:

Amy Zoslov
Chief, Auctions & Industry Analysis Division

5

**PTF0470**

Wireless Telecommunications Bureau
Federal Communications Commission
Washington, D.C. 20554

with a courtesy copy to Frank Stilwell and Christina Clearwater at the same address.

As described in the Commission's Rules, applicants may make only minor corrections to their FCC Form 175 applications; major modifications (*e.g.*, changing the markets applied for, changing control of the applicant, changing the certifying official or signing a manual application) will not be accepted. *See* 47 C.F.R. § 1.2105(b).

*Due Diligence.* Bidders are reminded that they should continue to conduct due diligence examinations regarding incumbents and other legal developments with respect to the licenses for which they bid during the course of the auction. As we have previously explained, while the Commission will continue to act on pending applications, requests, and petitions, some of these matters may not be resolved prior to the start of the auction.[3]

*Mock Auction.* The FCC will conduct a mock auction on Friday, September 11, 1998, to allow bidders to familiarize themselves with the electronic bidding software and the new bidding procedures. Telephonic bidding will also be available during the mock auction. Participants wishing to place telephonic bids should use the telephone number supplied in the registration materials for the auction. The mock auction will be open only to qualified bidders. Pre-registration is not required to participate in the mock auction.

This mock auction will include all 908 Phase II 220 MHz Service licenses, and will follow the rules governing the Phase II 220 MHz Service auction. The mock auction will be identified as Auction No. 74. The program will assume that each bidder applied for all 908 licenses and submitted upfront payments of $1,000,000, corresponding to 1,000,000 bidding units. The auction will simulate the start of Stage One, so bidders will be required to be active on at least 80 percent of their bidding units, or risk having a waiver automatically applied unless bidding eligibility is reduced.

The mock auction bidding schedule for Friday, September 11, 1998 will be:

Round 1
Bidding Period          9:00 a.m. - 10:00 a.m. ET
Round Results           10:00 a.m. - 10:30 a.m. ET

Round 2
Bidding Period          10:30 a.m. - 11:30 a.m. ET
Round Results           11:30 a.m. - 12:00 p.m. ET

---

[3]     *See Auction Notice and Filing Requirements*, at 4-5 and Attachment B.

6

PTF0471

| | |
|---|---|
| Lunch | 12:00 p.m. - 1:00 p.m. ET |

Round 3
Bidding Period          1:00 p.m. - 1:30 p.m. ET
Round Results          1:30 p.m. - 2:00 p.m. ET

Round 4
Bidding Period          2:00 p.m. - 2:30 p.m. ET
Round Results          2:30 p.m. - 3:00 p.m. ET

Round 5
Bidding Period          3:00 p.m. - 3:30 p.m. ET
Round Results          3:30 p.m. - 4:00 p.m. ET

Round 6
Bidding Period          4:00 p.m. - 4:30 p.m. ET
Round Results          4:30 p.m. - 5:00 p.m. ET

Eligible Phase II 220 MHz Service bidders who wish to participate in the mock auction using electronic bidding must establish a PPP connection to the FCC Auction Network through either an 800 or a 900 number, as selected through the mock auction software. (The FCC strongly encourages participants to test their ability to connect using the 900 number, in order to identify any potential problems such as a 900-number telephone block. There will be no access charge for the first minute of the 900-number connection time.)

When participants establish the PPP connection and start the Mock Bidding System, they will register for the mock auction by entering their FCC Account Number. The Login names, Login passwords, and Bidder Identification Numbers (BINs) will be pre-filled. Note: Pre-filled codes are for the mock auction only. For the actual Phase II 220 MHz Service auction, valid login codes and BINs will be mailed to qualified bidders with their registration materials.

Remote bidding software for the mock auction will be available via the FCC's Internet and Bulletin Board System beginning Wednesday, September 9, 1998. *See* Attachment E for downloading/installing instructions. This software is specifically designed for this simulation, and is not adaptable to any other FCC spectrum auction. As part of the software, the Commission has established a suggestion box and welcomes your comments regarding the software.


**OTHER IMPORTANT INFORMATION**

**Long-Form Applications:** Applicants that claim status as a small or very small business should be aware that at the long-form application stage, they will be subject to the more extensive reporting requirements contained in the newly adopted Part 1 ownership disclosure rule. *See* 47

7

**PTF0472**

C.F.R. § 1.2112(b). Also, applicants with foreign ownership interests will be required to comply with § 310(b)(4) at the long-form application stage.

For additional information regarding this *Public Notice*, please contact Lisa Hartigan, Frank Stilwell or Christina Clearwater, Auctions & Industry Analysis Division, Wireless Telecommunications Bureau, at (202) 418-0660. Questions about software or hardware should be directed to Technical Support at (202) 414-1250.

PTF0473

**FCC Phase II 220 MHz Service Auction**
**Auction ID:18**
**Qualified Bidders - Public Notice**

**ATTACHMENT A**



(Sorted by Applicant)
Date of Report:9/3/98
The following Applicants have been found 'Qualified':

| FCC Account # | Name | Upfront Payment | Maximum Eligibility (Bid - Units) |
|---|---|---|---|
| 0181138215 | 220 MHz Bidding Consortium | $309,000.00 | 309,000 |
| 0181549103 | Active Communications, Inc. | $2,500.00 | 2,500 |
| 0181519536 | AreaWide Communications Inc. | $12,500.00 | 12,500 |
| 0181634126 | Berkeley Electric Co-op, Inc. | $60,000.00 | 60,000 |
| 0181058312 | Carolina Wireless Dispatch, Inc. | $50,000.00 | 50,000 |
| 0181148067 | Com/Rad Inc. | $15,000.00 | 15,000 |
| 0181013387 | Communications Specialists, Inc. | $12,500.00 | 12,500 |
| 0181615276 | Comtech, Inc. | $12,500.00 | 12,500 |
| 0181507562 | Comtran Associates Inc. | $23,920.00 | 23,920 |
| 0182251135 | DeltaCom, Inc. | $27,382.00 | 27,382 |
| 0181352564 | Dispatch & Data of Ohio, Inc. | $9,130.00 | 9,130 |
| 0181613065 | FM Communications, Inc. | $2,500.00 | 2,500 |
| 0181426388 | FleetTalk Partners Ltd. | $10,338.00 | 10,338 |
| 0181525028 | Garnette Communications o/o David G Boyle | $5,000.00 | 5,000 |
| 0181317057 | Georgia 220 MHZ Alliance, LLC | $18,000.00 | 18,000 |
| 0181850404 | Gulf Coast Electronics, Inc. | $5,000.00 | 5,000 |
| 0181439209 | Herbert J. Schock & Nancy J. Douglas | $7,500.00 | 7,500 |
| 0181648029 | Intek License Acquisition Corp. | $3,500,000.00 | 3,500,000 |
| 0181218170 | Intellicom Bidding Consortium | $152,000.00 | 152,000 |
| 0181721031 | J & C Joint Venture | $300,000.00 | 300,000 |
| 0182341493 | Jeremy Greene | $28,926.00 | 28,926 |
| 0181850341 | KDR, INC. | $55,000.00 | 55,000 |
| 0181140285 | Knox LaRue, Sr. | $13,034.00 | 13,034 |
| 0181636531 | Longhorn Communications Incorporated | $200,000.00 | 200,000 |
| 0181727483 | MOBILE COMMUNICATIONS SERVICE OF MIAMI, INC. | $9,078.00 | 9,078 |
| 0181822305 | Millenium 2000, Inc. | $5,000.00 | 5,000 |
| 0181739307 | Mountain Message & Pager Service, Inc. | $5,532.00 | 5,532 |
| 0181507149 | Nancy J. Douglas | $5,000.00 | 5,000 |
| 0182307122 | Net Radio Group Communications, LLC | $640,000.00 | 640,000 |
| 0180923507 | Nextel 220 License Acquisition Corp. | $5,254,736.00 | 5,254,736 |

**PTF0474**

**FCC Phase II 220 MHz Service Auction**
**Auction ID:18**
**Qualified Bidders - Public Notice**

**ATTACHMENT A**



(Sorted by Applicant)
**Date of Report:9/3/98**
The following Applicants have been found 'Qualified':

| FCC Account # | Name | Upfront Payment | Maximum Eligibility (Bid - Units) |
|---|---|---|---|
| 0181454022 | Oliver M. Collins | $13,097.00 | 13,097 |
| 0181624195 | Philip Adler | $233,498.00 | 233,498 |
| 0182042583 | Philip J Schrader | $5,000.00 | 5,000 |
| 0181429251 | RADIO COMM SERVICES INC. | $13,032.00 | 13,032 |
| 0181647258 | Raleigh Radio-Data SMR Operating Partnership | $20,000.00 | 20,000 |
| 0181342234 | Repeater Network Spectrum Aq., Inc. | $325,000.00 | 325,000 |
| 0181612079 | Rush Network Corp. | $400,000.00 | 400,000 |
| 0181227013 | S. K. Warren Communications, Inc. | $100,000.00 | 100,000 |
| 0182144368 | SOPHIA Licensee, Inc. | $1,000,000.00 | 1,000,000 |
| 0181312171 | Sarina L. Gibbs | $7,455.00 | 7,455 |
| 0181704009 | Savoy Communications Inc. | $100,000.00 | 100,000 |
| 0180929273 | Shell Offshore Services Company | $64,500.00 | 64,500 |
| 0181727438 | Supreme Radio Communications, Inc. | $25,000.00 | 25,000 |
| 0181314379 | TAMPA BAY COMMUNICATIONS INC. | $16,124.00 | 16,124 |
| 0181713257 | TELELINK, INC. | $7,500.00 | 7,500 |
| 0181534589 | The Champaign Telephone Company | $12,500.00 | 12,500 |
| 0181728408 | Triangle Communications, Inc. | $14,400.00 | 14,400 |
| 0181813298 | Tuchman & Brown Investment Inc. No.2 | $5,000.00 | 5,000 |
| 0181836016 | Two-Twenty Auction Company, Inc. | $1,602,055.00 | 1,602,055 |
| 0181609278 | US MobilComm, Inc. | $200,000.00 | 200,000 |
| 0181309014 | Winsome Inc. | $2,500.00 | 2,500 |
| 0181315063 | Wireless Communication Technologies Inc. | $22,230.00 | 22,230 |
| 0181507351 | Wireless Services, Inc. | $2,500.00 | 2,500 |
| 0180915207 | cellutech | $5,000.00 | 5,000 |

**PTF0475**

**FCC Phase II 220 MHz Service Auction**
**Auction ID:18**
**Qualified Bidders - Public Notice**



Attachment B

(Sorted by Applicant)
Date of Report: 9/4/98
The following Applicants have been found 'Qualified':

| FCC Account #  Name | Waiver Requested |
|---|---|

**0181138215    220 MHz Bidding Consortium**
**The following License(s):**
ALL

**0181549103    Active Communications, Inc.**
**The following License(s):**
BEA001-A    BEA002-A  BEA002-B  BEA002-C  BEA002-D  BEA002-E  EAG001-F  EAG001-G  EAG001-H  EAG001-I

**0181519536    AreaWide Communications Inc.**
**The following License(s):**
ALL

**0181634126    Berkeley Electric Co-op, Inc.**
**The following License(s):**
BEA023-A    BEA023-B  BEA023-C  BEA023-D  BEA023-E  BEA024-A  BEA024-B  BEA024-C  BEA024-D  BEA024-E  BEA025-A
BEA025-B    BEA025-C  BEA025-D  BEA025-E  BEA026-A  BEA026-B  BEA026-C  BEA026-D  BEA026-E  BEA027-A  BEA027-B
BEA027-C    BEA027-D  BEA027-E  BEA028-A  BEA028-B  BEA028-C  BEA028-D  BEA028-E  BEA041-A  BEA041-B  BEA041-C
BEA041-D    BEA041-E

**0181058312    Carolina Wireless Dispatch, Inc.**
**The following License(s):**
ALL

**0180915207    cellutech**
**The following License(s):**
ALL

**0181148067    Com/Rad Inc.**
**The following License(s):**
ALL

**0181013387    Communications Specialists, Inc.**
**The following License(s):**
BEA058-A    BEA058-B  BEA058-C  BEA058-D  BEA058-E  BEA062-A  BEA062-B  BEA062-C  BEA062-D  BEA062-E  BEA065-A
BEA065-B    BEA065-C  BEA065-D  BEA065-E

**0181615276    Comtech, Inc.**
**The following License(s):**
BEA051-A    BEA051-B  BEA051-C  BEA051-D  BEA051-E

**0181507562    Comtran Associates Inc.**
**The following License(s):**
BEA010-A    BEA010-B  BEA010-C  BEA010-D  BEA010-E

**0182251135    DeltaCom, Inc.**
**The following License(s):**
BEA057-A    BEA057-B  BEA057-C  BEA057-D  BEA057-E  BEA058-A  BEA058-B  BEA058-C  BEA058-D  BEA058-E  BEA059-A

PTF0476

**FCC Phase II 220 MHz Service Auction**
**Auction ID:18**
**Qualified Bidders - Public Notice**



Attachment B

(Sorted by Applicant)
**Date of Report: 9/4/98**
The following Applicants have been found 'Qualifed':

| FCC Account # | Name | Waiver Requested |
|---|---|---|

BEA059-B    BEA059-C  BEA059-D  BEA059-E  BEA061-A  BEA061-B  BEA061-C  BEA061-D  BEA061-E  BEA062-A  BEA062-B
BEA062-C    BEA062-D  BEA062-E  BEA065-A  BEA065-B  BEA065-C  BEA065-D  BEA065-E

0181352564    Dispatch & Data of Ohio, Inc.
**The following License(s):**
BEA055-A    BEA055-B  BEA055-C  BEA055-D  BEA055-E

0181426388    FleetTalk Partners Ltd.
**The following License(s):**
BEA170-A    BEA170-B  BEA170-D

0181613065    FM Communications, Inc.
**The following License(s):**
BEA007-A    BEA007-B  BEA007-C  BEA007-D  BEA007-E  BEA008-A  BEA008-B  BEA008-C  BEA008-D  BEA008-E

0181525028    Garnette Communications o/o David G Boyle
**The following License(s):**
BEA118-A    BEA118-B  BEA118-C  BEA118-D  BEA118-E  BEA128-A  BEA128-B  BEA128-C  BEA128-D  BEA128-E  BEA129-A
BEA129-B    BEA129-C  BEA129-D  BEA129-E

0181317057    Georgia 220 MHZ Alliance, LLC
**The following License(s):**
ALL

0181850404    Gulf Coast Electronics, Inc.
**The following License(s):**
BEA085-A    BEA085-B  BEA085-C  BEA085-D  BEA085-E  BEA086-A  BEA086-B  BEA086-C  BEA086-D  BEA086-E  BEA087-A
BEA087-B    BEA087-C  BEA087-D  BEA087-E

0181439209    Herbert J. Schock & Nancy J. Douglas
**The following License(s):**
BEA071-A    BEA071-B  BEA071-C

0181648029    Intek License Acquisition Corp.
**The following License(s):**
ALL

**PTF0477**

**FCC Phase II 220 MHz Service Auction**
**Auction ID:18**
**Qualified Bidders - Public Notice**



Attachment B

(Sorted by Applicant)
Date of Report:  9/4/98
The following Applicants have been found 'Qualifed':

| FCC Account # | Name | Waiver Requested |
|---|---|---|

**0181218170    Intellicom Bidding Consortium**
The following License(s):

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| BEA001-A | BEA001-B | BEA001-C | BEA001-D | BEA001-E | BEA002-A | BEA002-B | BEA002-C | BEA002-D | BEA002-E | BEA003-A |
| BEA003-B | BEA003-C | BEA003-D | BEA003-E | BEA004-A | BEA004-B | BEA004-C | BEA004-D | BEA004-E | BEA005-A | BEA005-B |
| BEA005-C | BEA005-D | BEA005-E | BEA006-A | BEA006-B | BEA006-C | BEA006-D | BEA006-E | BEA007-A | BEA007-B | BEA007-C |
| BEA007-E | BEA008-A | BEA008-B | BEA008-C | BEA008-D | BEA008-E | BEA009-A | BEA009-B | BEA009-C | BEA009-D |
| BEA009-E | BEA010-A | BEA010-B | BEA010-C | BEA010-D | BEA010-E | BEA011-A | BEA011-B | BEA011-C | BEA011-D | BEA011-E |
| BEA012-A | BEA012-B | BEA012-C | BEA012-D | BEA012-E | BEA013-A | BEA013-B | BEA013-C | BEA013-D | BEA013-E | BEA015-A |
| BEA015-B | BEA015-C | BEA015-D | BEA015-E | BEA018-A | BEA018-B | BEA018-C | BEA018-D | BEA018-E | BEA019-A | BEA019-B |
| BEA019-C | BEA019-D | BEA019-E | BEA020-A | BEA020-B | BEA020-C | BEA020-D | BEA020-E | BEA021-A | BEA021-B | BEA021-C |
| BEA021-D | BEA021-E | BEA022-A | BEA022-B | BEA022-C | BEA022-D | BEA022-E | BEA023-A | BEA023-B | BEA023-C | BEA023-D |
| BEA023-E | BEA024-A | BEA024-B | BEA024-C | BEA024-D | BEA024-E | BEA040-A | BEA040-B | BEA040-C | BEA040-D | BEA040-E |
| BEA041-A | BEA041-B | BEA041-C | BEA041-D | BEA041-E | BEA047-A | BEA047-B | BEA047-C | BEA047-D | BEA047-E | BEA048-A |
| BEA048-B | BEA048-C | BEA048-D | BEA048-E | BEA049-A | BEA049-B | BEA049-C | BEA049-D | BEA049-E | BEA050-A | BEA050-B |
| BEA050-C | BEA050-D | BEA050-E | BEA051-A | BEA051-B | BEA051-C | BEA051-D | BEA051-E | BEA053-A | BEA053-B | BEA053-C |
| BEA053-D | BEA053-E | BEA054-A | BEA054-B | BEA054-C | BEA054-D | BEA054-E | BEA055-A | BEA055-B | BEA055-C | BEA055-D |
| BEA055-E | BEA056-A | BEA056-B | BEA056-C | BEA056-D | BEA056-E | EAG001-F | EAG001-G | EAG001-H | EAG001-I | EAG001-J |
| EAG002-F | EAG002-G | EAG002-H | EAG002-I | EAG002-J | | | | | | |

**0181721031    J & C Joint Venture**
The following License(s):
ALL

**0182341493    Jeremy Greene**
The following License(s):

| | | | |
|---|---|---|---|
| BEA160-E | BEA161-E | BEA162-E | BEA163-E |

**0181850341    KDR, INC.**
The following License(s):
ALL

**0181140285    Knox LaRue, Sr.**
The following License(s):

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| BEA162-A | BEA162-B | BEA162-C | BEA162-D | BEA162-E | BEA163-A | BEA163-B | BEA163-C | BEA163-D | BEA163-E | BEA164-A |
| BEA164-B | BEA164-C | BEA164-D | BEA164-E | | | | | | | |

**0181636531    Longhorn Communications Incorporated**
The following License(s):
ALL

**0181822305    Millenium 2000, Inc.**
The following License(s):

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BEA015-A | BEA015-B | BEA015-C | BEA015-D | BEA015-E | BEA016-A | BEA016-B | BEA016-C | BEA016-D | BEA016-E |

**0181727483    MOBILE COMMUNICATIONS SERVICE OF MIAMI, INC.**
The following License(s):

Page 3 of 7

**PTF0478**

Attachment B

**FCC Phase II 220 MHz Service Auction**
**Auction ID:18**
**Qualified Bidders - Public Notice**



(Sorted by Applicant)
Date of Report: 9/4/98
The following Applicants have been found 'Qualifed':

| FCC Account # | Name | Waiver Requested |
|---|---|---|
| BEA031-A | BEA031-B  BEA031-C  BEA031-D  BEA031-E | |

0181739307    Mountain Message & Pager Service, Inc.
The following License(s):
BEA141-A    BEA141-B  BEA141-C  BEA141-D  BEA141-E  BEA152-A  BEA152-B  BEA152-C  BEA152-D  BEA152-E

0181507149    Nancy J. Douglas
The following License(s):
BEA158-A    BEA158-B

0182307122    Net Radio Group Communications, LLC
The following License(s):
ALL

0180923507    Nextel 220 License Acquisition Corp.
The following License(s):
ALL

0181454022    Oliver M. Collins
The following License(s):
ALL

0181624195    Philip Adler
The following License(s):
ALL A
ALL B
ALL C
ALL D
ALL E
ALL F
ALL G
ALL H
ALL I
ALL J

0182042583    Philip J Schrader
The following License(s):
ALL

0181429251    RADIO COMM SERVICES INC.
The following License(s):
ALL

0181647258    Raleigh Radio-Data SMR Operating Partnership
The following License(s):
ALL

0181342234    Repeater Network Spectrum Aq., Inc.
Page 4 of 7

**PTF0479**



**FCC Phase II 220 MHz Service Auction**
**Auction ID:18**
**Qualified Bidders - Public Notice**

(Sorted by Applicant)
Date of Report:  9/4/98
The following Applicants have been found 'Qualified':

| FCC Account #  Name | Waiver Requested |
|---|---|

**The following License(s):**
ALL

181612079  Rush Network Corp.
**The following License(s):**
ALL

0181227013    S. K. Warren Communications, Inc.
**The following License(s):**
ALL

0181312171    Sarina L. Gibbs
**The following License(s):**
BEA013-A

0181704009    Savoy Communications Inc.
**The following License(s):**
ALL

0180929273    Shell Offshore Services Company
**The following License(s):**
ALL

0182144368    SOPHIA Licensee, Inc.
**The following License(s):**
ALL

0181727438    Supreme Radio Communications, Inc.
**The following License(s):**
BEA101-A    BEA101-B  BEA101-C  BEA101-D  BEA101-E  BEA102-A  BEA102-B  BEA102-C  BEA102-D  BEA102-E

0181314379    TAMPA BAY COMMUNICATIONS INC.
**The following License(s):**
BEA034-A    BEA034-B  BEA034-C  BEA034-D  BEA034-E  BEA174-A

0181713257    TELELINK, INC.
**The following License(s):**
BEA083-C    BEA084-C  BEA085-C

**PTF0480**

**FCC Phase II 220 MHz Service Auction**
**Auction ID:18**
**Qualified Bidders - Public Notice**



Attachment B

(Sorted by Applicant)
Date of Report:  9/4/98
The following Applicants have been found 'Qualifed':

| FCC Account #  Name | Waiver Requested |
|---|---|

0181534589    The Champaign Telephone Company
**The following License(s):**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| BEA001-A | BEA001-B | BEA001-C | BEA001-D | BEA001-E | BEA002-A | BEA002-B | BEA002-C | BEA002-D | BEA002-E | BEA003-A |
| BEA003-B | BEA003-C | BEA003-D | BEA003-E | BEA004-A | BEA004-B | BEA004-C | BEA004-D | BEA004-E | BEA005-A | BEA005-B |
| BEA005-C | BEA005-D | BEA005-E | BEA006-A | BEA006-B | BEA006-C | BEA006-D | BEA006-E | BEA007-A | BEA007-B | BEA007-C |
| BEA007-D | BEA007-E | BEA008-A | BEA008-B | BEA008-C | BEA008-D | BEA008-E | BEA009-A | BEA009-B | BEA009-C | BEA009-D |
| BEA009-E | BEA010-A | BEA010-B | BEA010-C | BEA010-D | BEA010-E | BEA011-A | BEA011-B | BEA011-C | BEA011-D | BEA011-E |
| BEA012-A | BEA012-B | BEA012-C | BEA012-D | BEA012-E | BEA013-A | BEA013-B | BEA013-C | BEA013-D | BEA013-E | BEA014-A |
| BEA014-B | BEA014-C | BEA014-D | BEA014-E | BEA015-A | BEA015-B | BEA015-C | BEA015-D | BEA015-E | BEA016-A | BEA016-B |
| BEA016-C | BEA016-D | BEA016-E | BEA017-A | BEA017-B | BEA017-C | BEA017-D | BEA017-E | BEA018-A | BEA018-B | BEA018-C |
| BEA018-D | BEA018-E | BEA019-A | BEA019-B | BEA019-C | BEA019-D | BEA019-E | BEA020-A | BEA020-B | BEA020-C | BEA020-D |
| BEA020-E | BEA021-A | BEA021-B | BEA021-C | BEA021-D | BEA021-E | BEA022-A | BEA022-B | BEA022-C | BEA022-D | BEA022-E |
| BEA023-A | BEA023-B | BEA023-C | BEA023-D | BEA023-E | BEA024-A | BEA024-B | BEA024-C | BEA024-D | BEA024-E | BEA025-A |
| BEA025-B | BEA025-C | BEA025-D | BEA025-E | BEA026-A | BEA026-B | BEA026-C | BEA026-D | BEA026-E | BEA027-A | BEA027-B |
| BEA027-C | BEA027-D | BEA027-E | BEA028-A | BEA028-B | BEA028-C | BEA028-D | BEA028-E | BEA029-A | BEA029-B | BEA029-C |
| BEA029-D | BEA029-E | BEA030-A | BEA030-B | BEA030-C | BEA030-D | BEA030-E | BEA031-A | BEA031-B | BEA031-C | BEA031-D |
| BEA031-E | BEA032-A | BEA032-B | BEA032-C | BEA032-D | BEA032-E | BEA033-A | BEA033-B | BEA033-C | BEA033-D | BEA033-E |
| BEA034-A | BEA034-B | BEA034-C | BEA034-D | BEA034-E | BEA035-A | BEA035-B | BEA035-C | BEA035-D | BEA035-E | BEA036-A |
| BEA036-B | BEA036-C | BEA036-D | BEA036-E | BEA037-A | BEA037-B | BEA037-C | BEA037-D | BEA037-E | BEA038-A | BEA038-B |
| BEA038-C | BEA038-D | BEA038-E | BEA039-A | BEA039-B | BEA039-C | BEA039-D | BEA040-A | BEA040-B | BEA040-C |
| BEA040-D | BEA040-E | BEA041-A | BEA041-B | BEA041-C | BEA041-D | BEA041-E | BEA042-A | BEA042-B | BEA042-C | BEA042-D |
| BEA042-E | BEA043-A | BEA043-B | BEA043-C | BEA043-D | BEA043-E | BEA044-A | BEA044-B | BEA044-C | BEA044-D | BEA044-E |
| BEA045-A | BEA045-B | BEA045-C | BEA045-D | BEA045-E | BEA046-A | BEA046-B | BEA046-C | BEA046-D | BEA046-E | BEA047-A |
| BEA047-B | BEA047-C | BEA047-D | BEA047-E | BEA048-A | BEA048-B | BEA048-C | BEA048-D | BEA048-E | BEA049-A | BEA049-B |
| BEA049-C | BEA049-D | BEA049-E | BEA050-A | BEA050-B | BEA050-C | BEA050-D | BEA050-E | BEA051-A | BEA051-B | BEA051-C |
| BEA051-D | BEA051-E | BEA052-A | BEA052-B | BEA052-C | BEA052-D | BEA052-E | BEA053-A | BEA053-B | BEA053-C | BEA053-D |
| BEA053-E | BEA054-A | BEA054-B | BEA054-C | BEA054-D | BEA054-E | BEA055-A | BEA055-B | BEA055-C | BEA055-D | BEA055-E |
| BEA056-A | BEA056-B | BEA056-C | BEA056-D | BEA056-E | BEA057-A | BEA057-B | BEA057-C | BEA057-D | BEA057-E | BEA058-A |
| BEA058-B | BEA058-C | BEA058-D | BEA058-E | BEA059-A | BEA059-B | BEA059-C | BEA059-D | BEA059-E | BEA060-A | BEA060-B |
| BEA060-C | BEA060-D | BEA060-E | BEA061-A | BEA061-B | BEA061-C | BEA061-D | BEA061-E | BEA062-A | BEA062-B | BEA062-C |
| BEA062-D | BEA062-E | BEA063-A | BEA063-B | BEA063-C | BEA063-D | BEA063-E | BEA064-A | BEA064-B | BEA064-C | BEA064-D |
| BEA064-E | BEA065-A | BEA065-B | BEA065-C | BEA065-D | BEA065-E | BEA066-A | BEA066-B | BEA066-C | BEA066-D | BEA066-E |
| BEA067-A | BEA067-B | BEA067-C | BEA067-D | BEA067-E | BEA068-A | BEA068-B | BEA068-C | BEA068-D | BEA068-E | BEA069-A |
| BEA069-B | BEA069-C | BEA069-D | BEA069-E | BEA070-A | BEA070-B | BEA070-C | BEA070-D | BEA070-E | BEA071-A | BEA071-B |
| BEA071-C | BEA071-D | BEA071-E | BEA072-A | BEA072-B | BEA072-C | BEA072-D | BEA072-E | BEA073-A | BEA073-B | BEA073-C |
| BEA073-D | BEA073-E | BEA074-A | BEA074-B | BEA074-C | BEA074-D | BEA074-E | BEA075-A | BEA075-B | BEA075-C | BEA075-D |
| BEA075-E | BEA076-A | BEA076-B | BEA076-C | BEA076-D | BEA076-E | BEA077-A | BEA077-B | BEA077-C | BEA077-D | BEA077-E |
| BEA078-A | BEA078-B | BEA078-C | BEA078-D | BEA078-E | BEA079-A | BEA079-B | BEA079-C | BEA079-D | BEA079-E | BEA080-A |
| BEA080-B | BEA080-C | BEA080-D | BEA080-E | BEA081-A | BEA081-B | BEA081-C | BEA081-D | BEA081-E | BEA082-A | BEA082-B |
| BEA082-C | BEA082-D | BEA082-E | | | | | | | | |

0181728408    Triangle Communications, Inc.
**The following License(s):**
ALL

**PTF0481**

Attachment B

**FCC Phase II 220 MHz Service Auction**
**Auction ID:18**
**Qualified Bidders - Public Notice**



(Sorted by Applicant)
Date of Report:  9/4/98
The following Applicants have been found 'Qualifed':

| FCC Account # | Name | Waiver Requested |
|---|---|---|

0181813298   Tuchman & Brown Investment Inc. No.2
**The following License(s):**
BEA049-A      BEA049-B   BEA049-C   BEA049-D   BEA049-E

0181836016   Two-Twenty Auction Company, Inc.
**The following License(s):**
ALL

0181609278   US MobilComm, Inc.
**The following License(s):**
ALL

0181309014   Winsome Inc.
**The following License(s):**
BEA005-E      BEA006-E   BEA007-E   BEA008-E   BEA010-E   BEA013-E   BEA014-E

0181315063   Wireless Communication Technologies Inc.
**The following License(s):**
ALL

0181507351   Wireless Services, Inc.
**The following License(s):**
ALL

**PTF0482**

**ATTACHMENT C**

**FCC Phase II 220 MHz Service Auction**
**Non-Qualified Bidders**
**Auction ID:18**



(Sorted by Applicant)
**Date of Report: 9/3/98**

| FCC Account # | Name |
| --- | --- |
| 0181051294 | Air Spectrum III, Inc. |
| 0181327111 | American Pacific Inc. |
| 0181559584 | BRANDON DESIGN AND CONSTRUCTON, INC. |
| 0181406183 | Bozcom Inc. dba B & B Tower Management |
| 0181430242 | CVTV, Inc. |
| 0181600364 | Communications Engineering Company |
| 0181724218 | FiberlessNet, Inc |
| 0181623349 | First Florida Communications, Inc. |
| 0181606391 | Gary Campbell |
| 0181651182 | Illinois Cooperative Assoc., Inc. dba Clear Talk |
| 0181032448 | MOBEX COMMUNICATIONS INC |
| 0180823586 | Mark Jendrek |
| 0181909526 | Metricom, Inc. |
| 0181531035 | Ralph Pierce Addington |
| 0181519391 | Silke Communications, Inc. |
| 0181420377 | T Group Communications |
| 0181310363 | Transworld Technologies Inc. |

**PTF0483**

## Attachment D

The following is a corrected version of the material that appeared in Attachment F of the *Status of Applications Public Notice* with changes italicized. Please note this version supersedes the prior version.

### FCC Remote Bidding System Hardware and Software Requirements

You need at a minimum the following hardware and software:

- CPU: Intel® Pentium or above

- RAM: 16 MB (more recommended if you have multiple applications open)

- Hard Disk:     *Windows 3.1:* 12 MB available disk space
                 *Windows 95: 33 MB available disk space*

- 1.44 MB Floppy Drive or CD-ROM Drive (to install the Remote Bidding System)

- Modem: v.32bis 14.4 kbps Hayes© compatible modem

- Monitor: VGA or above

- Mouse or other pointing device

- Microsoft® Windows™ 3.1, Windows for Workgroups™ 3.11, or Windows 95™

- Netscape® Communicator™ 4.05

12

**PTF0484**

Attachment E

# DOWNLOADING AND INSTALLING
# THE FCC MOCK BIDDING SYSTEM

This attachment describes how to download and install the FCC Mock Bidding System for qualified bidders who wish to participate in the FCC Mock Auction.

### Conventions

The instructions in this section use the following typographical conventions:

**bold**          Represents objects on the screen that you click with the mouse pointer, including buttons, Internet links, icons, tabs, menu items (e.g., **Cancel** button, **Auctions** link, **Save** option in the File menu).

*italic*          Represents field names or areas of a screen (e.g., *Location* field, *Selected Licenses* area of a screen).

***bold italic***   Represents characters that you must type exactly as they appear in the instructions. For example, if you are instructed to type ***http://wtbwww01.fcc.gov***, you should type all of the characters shown in bold italic exactly as they are printed.

SMALL CAPS   Represents keys on the keyboard (e.g., ENTER, CTRL, ESC).

*Note:* Throughout these instructions, "enter" means to type the appropriate information and then press the ENTER key.

Qualified bidders who want to participate in the FCC Mock Auction will need, at a minimum, the following hardware and software:

## Minimum Hardware Requirements

o    CPU: Intel® Pentium
o    RAM: 16 MB (more recommended if you have multiple applications open)
o    Hard Disk:
            Windows 3.1x: 12 MB available disk space
            Windows 95: 33 MB available disk space
o    Modem: v.32bis 14.4 kbps Hayes© compatible mode
o    Monitor: VGA or above

13

**PTF0485**

o  Mouse or other pointing device

To create optional backup installation disks for the FCC Mock Bidding System, you will need the following:

o  1.44-MB 3.5" floppy drive
o  For Windows 95:  Five blank MS-DOS® formatted 1.44-MB floppy disks
   For Windows 3.1x:  Three blank MS-DOS® formatted 1.44-MB floppy disks

## Minimum Software Requirements

o  Microsoft® Windows™ 3.1, Windows for Workgroups™ 3.11, or Windows 95™
o  FCC Mock Bidding System software (available through the Internet and the FCC Bulletin Board System)
o  Netscape® Communicator™ 4.05

   **Note**: If you are using the FCC Mock Bidding System for Windows 3.1x, you will need to use Netscape Communicator 4.05 for Windows 3.1x.

**Note:** The FCC Mock Bidding System has not been tested in a Macintosh, OS/2, or Windows NT™ environment. Therefore, the FCC will not support operating systems other than Microsoft Windows 3.1, Microsoft Windows for Workgroups 3.11, or Microsoft Windows 95. This includes any other emulated Windows environment. If your Windows is in a networked environment, you should check with your local network administrator for any potential conflicts with the PPP (Point-to-Point Protocol) Dialer that is included with the FCC Mock Bidding System for Windows 3.1x. This usually includes any TCP/IP installed network protocol.

### Downloading the FCC Mock Bidding System

FCC Mock Auction participants must first download the FCC Mock Bidding System from either the Internet or the FCC Bulletin Board System. Participants must download the following compressed files to install the software:

o  For Windows 95:  **mk95v43a.exe, mk95v43b.exe, mk95v43c.exe, mk95v43d.exe, mk95v43e.exe**
o  For Windows 3.1x: **mk31v43a.exe, mk31v43b.exe, mk31v43c.exe**

## Download Method 1: Internet Access

14

**PTF0486**

You may use your Web browser to download the compressed files from *wtbwww01.fcc.gov* or *www.fcc.gov* as described in the following section.

**Downloading from *wtbwww01.fcc.gov*:**

1. Connect to your Internet service provider and start your Web browser.

2. Enter the following location: ***http://wtbwww01.fcc.gov***

3. Click on **Mock**

4. Click on **Programs**

5. Download the following files for Windows 95: **mk95v43a.exe, mk95v43b.exe, mk95v43c.exe, mk95v43d.exe, mk95v43e.exe**

   Download the following files for Windows 3.1x: **mk31v43a.exe, mk31v43b.exe, mk31v43c.exe**

**Downloading from *www.fcc.gov*:**

1. Connect to your Internet service provider and start your Web browser.

2. Enter the following location: ***http://www.fcc.gov***

3. Click on *Auctions*

4. In the Auctions section to the right, click on **220 MHz** under *Future*.

5. Click on **Mock Auction Software**

6. Download the following files for Windows 95: **mk95v43a.exe, mk95v43b.exe, mk95v43c.exe, mk95v43d.exe, mk95v43e.exe**

   Download the following files for Windows 3.1x: **mk31v43a.exe, mk31v43b.exe, mk31v43c.exe**

**Download Method 2: Dial-In Access to the FCC Auction Bulletin Board System (BBS):**

15

**PTF0487**

The FCC Auction Bulletin Board System (BBS) provides dial-in access for the FCC Mock Bidding System. To access the FCC Auction BBS, use a communications package that can handle Xmodem or Zmodem protocol (such as PcAnyWhere, Procomm, or Microsoft Terminal in Windows 3.1x or Hyperterminal in Windows 95) to dial in to **(202) 682-5851**. Use the settings of 8 data bits, no parity and 1 stop bit (8,N,1).

Once your computer is connected to the Auction BBS, do the following:

1. To create an account:

   a. Enter your first name.

   b. Enter your last name.

   c. When asked whether you want to create an account, enter **y** (You may also enter **Y**, the program accepts either case).

   d. When prompted, enter a password.

      The password can be from four to ten characters long (where the characters can be either letters or numbers).

   e. To confirm the password, enter it again.

   f. When prompted for contact information, enter your voice phone number. Include the area code; for example, you might enter **202-555-1234**.

   g. Enter your company name.

2. On the Welcome screen, enter **c** for *Continue*.

3. When asked whether you want to view the bulletin menu, enter **y** for *Yes*. Then, to continue, press ENTER to obtain the FCC Auction BBS Main Menu.

4. Enter **a** (for Auction Menu) to obtain the *Auction Library Menu*. The top options on this menu provide a range of numbers to represent the available auctions.

5. To select the *Mock Auction*, enter **m**.

6. Enter **p** to select *Programs*.

   The list of available files for the Mock Auction appears.

16

**PTF0488**

7.  To scroll downward to the next screen of file names, either press ENTER or enter *c* for *Continue.* To scroll upward to the preceding screen of file names, enter *p* for *Previous.*

Note that on each screen, file names are numbered separately, starting with 1.

8.  To select one or more files for downloading, mark the files you want. The program marks a file by preceding its name with an asterisk (*).

You can do the following:

o   To mark an individual file, enter its line number.

o   To mark a range of files, enter *m* (for *Mark*) and then enter the range of files in response to the prompt. For example, to mark files 6 through 12, enter *6-12* at the prompt.

o   To unmark a file, enter its number again. You can also use Mark to unmark a range of files.

Mark the following files for download:

For Windows 95:  **mk95v43a.exe, mk95v43b.exe, mk95v43c.exe, mk95v43d.exe, mk95v43e.exe**
For Windows 3.1: **mk31v43a.exe, mk31v43b.exe, mk31v43c.exe**

9.  When you have finished marking files, you may download the marked files by taking the following steps:

a.   Enter *d* for *Download.*

The program displays a list that summarizes the download operation. The *Time* column lists the download time for each file; the *Total Time* column lists a running total of the download times.

b.   Enter *d* to proceed.

c.   Select the file transfer protocol that has been specified in your terminal emulation software (e.g., Zmodem).

d.   When the download operation has finished, the list of files reappears.

10. Enter *x* to leave the BBS.

17

**PTF0489**

### Extracting the FCC Mock Bidding System

The FCC Mock Bidding System files are downloaded in a self-extracting, compressed file format. When you have downloaded **all** of the compressed files for the FCC Mock Bidding System, you must extract the software from those files.

To extract the software, follow these steps:

1. Start File Manager or Windows Explorer and open the file folder where you downloaded the files.

2. Double-click on **mk95v43a.exe** (for Windows 95) or **mk31v43a.exe** (for Windows 3.1x). A message will appear listing the default directory to which the software will extract. If this directory does not exist, it will be created automatically.

3. Click **Unzip** to begin extracting the software from the compressed file.

4. When the extraction is complete, a message appears listing the number of files that were unzipped. Click **OK** and repeat the above process for the remaining compressed files.

   Remaining files for Windows 95: **mk95v43b.exe, mk95v43c.exe, mk95v43d.exe,** and **mk95v43e.exe.**

   Remaining files for Windows 3.1x: **mk31v43b.exe** and **mk31v43c.exe.**

   Be sure to extract to the *same* directory as the first compressed file.

### Installing the FCC Mock Bidding System

After you extract the software from the compressed files, you must install the FCC Mock Bidding System.

Following are instructions for how to install the software:

1. Start File Manager or Windows Explorer and open the file folder to which you extracted the software.

2. Double-click on **setup.exe.**

3. When the setup program begins, a screen appears listing the default directory to which the software will install. Click the **Install** button, then click **OK** to install to the specified directory. If the directory does not exist, the setup program will create it automatically.

18

**PTF0490**

4.    A screen appears prompting you to enter the location of your Web browser. Click the **Browse** button to locate the browser executable or type the full path to the browser. Click **OK** to continue the installation.

5.    If you are installing the FCC Mock Bidding System for Windows 95, the *DOS System File Modifications* screen will appear. Click **Save** to allow the setup program to modify or create the autoexec.bat file.

The *DOS System File Modifications* screen does not appear during the setup for the Windows 3.1x version of the software.

6.    When the installation is complete, a message may appear asking you to restart Windows so that the changes made by the installation may take effect. Click **Restart** to restart Windows, or click **Stay Here** to restart at a later time. Do not use the FCC Mock Bidding System until you restart Windows.

7.    After the FCC Mock Bidding System has been installed, you will have a new Program group called *FCC Mock Bidding System* with the following icons: *FCC Mock Bidding System* and *Uninstall*. If you have Windows 3.1 or 3.11, the group will also contain icons for *Configure PPP* and *PPP Dialer*.

### Creating Backup Installation Disks for the FCC Mock Bidding System

You can create optional backup installation disks for the FCC Mock Bidding System *after* you have extracted the software. Open the file folder where you extracted the software and do the following:

For Windows 95:    1. Copy **setup.exe** to disk 1
2. Copy **setup.001** to disk 2
3. Copy **setup.002** to disk 3
4. Copy **setup.003** to disk 4
5. Copy **setup.004** to disk 5

For Windows 3.1x:    1. Copy **setup.exe** to disk 1
2. Copy **setup.001** to disk 2
3. Copy **setup.002** to disk 3

## Connecting to the FCC Network

Before using the FCC Mock Bidding System, you must first connect to the FCC Network.

19

**PTF0491**

For instructions on how to connect using Windows 95, see the attachment entitled *Accessing the FCC Network Using Windows 95*.

For instructions on how to connect using Windows 3.1x, see the attachment entitled *Accessing the FCC Network Using Windows 3.1x*.

## Using the FCC Mock Bidding System

Before running the FCC Mock Bidding System, you must connect to the FCC Network via the FCC Auctions 800# or via the FCC Auctions 900# that you will use during Auction 18.

> **Note**: If you connect to the FCC's 900# telephone service, there is a charge of $2.30 per minute. The first minute of connection time to the 900 number service is at no charge.

For Windows 95:    After you have established a connection, you may start the FCC Mock Bidding System by clicking the **Start** button, then select **Programs** and **FCC Mock Bidding System**. Click on the **FCC Mock Bidding System** icon.

For Windows 3.1x:    After you have established a connection, you may start the FCC Mock Bidding System by double-clicking the **FCC Mock Bidding System** icon in the *FCC Mock Bidding System* program group.

> **Important:** Disable any screen saver software before using the FCC Mock Bidding System.

## Uninstalling the FCC Mock Bidding System

To uninstall the FCC Mock Bidding System, double-click on the **Uninstall** icon in the *FCC Mock Bidding System* program group. Click **Start** to uninstall the software.

# Help

For technical assistance with installing or using the FCC Mock Bidding System, contact the FCC Technical Support Hotline at (202) 414-1250 (voice) or (202) 414-1255 (TTY). The Hotline is generally available Monday through Friday, from 8 a.m. to 6 p.m. ET. *All calls to the FCC Technical Support Hotline are recorded.*

**PTF0492**

**Attachment F**

**ROUND RESULTS FILE FORMATS**

This attachment describes the formats for the round results files that will be uploaded to the FCC Internet site and FCC Auction Bulletin Board System (BBS) after each round of the auction.

This following layouts are for the dbf files.  The txt files will have character field types.

**ALL_BIDS**
| | |
|---|---|
| market | char(6) |
| freq_block | char(2) |
| round_num | numeric |
| bid_amt | numeric |
| bidder_num | numeric |
| fcc_acct | char(10) |
| date | date |
| time | char(8) |
| net_bid_amt | numeric |
| sort_col_1 | numeric |
| sort_col_2 | numeric |

**HIGH_BIDS**
| | |
|---|---|
| market | char(6) |
| freq_block | char(2) |
| bid_round_num | numeric |
| bid_amt | numeric |
| bidder_num | numeric |
| fcc_acct | char(10) |
| date | date |
| time | char(8) |
| net_bid_amt | numeric |
| min_accept | numeric |
| num_of_bids | numeric |
| sort_col_1 | numeric |
| sort_col_2 | numeric |

**MAXIMUM_ELIGIBILITY**
| | |
|---|---|
| round_num | numeric |

21

**PTF0493**

```
bidder_num              numeric
fcc_acct        char(10)
max_elig        numeric
rmng_waivr              numeric
waivr_ind       char(1)
rmng_withdrawals        numeric
required_act            numeric
```

**WITHDRAWALS**
```
market          char(6)
freq_block      char(2)
bid_round_num           numeric
bid_amt         numeric
bidder_num              numeric
fcc_acct        char(10)
date            date
time            char(8)
net_bid_amt             numeric
sort_col_1      numeric
sort_col_2      numeric
```

**BIDDER_CROSS_REFERENCE**
```
bidder_num              numeric
fcc_acct        char(10)
co_name         char(50)
bidding_credit_pctg     numeric
```

## TRACKING THE FCC MOCK AUCTION

Mock Auction round results and announcement files will be posted on the FCC Internet and FCC Auction Bulletin Board System (BBS) in the following locations:

Internet Site 1:        *http://wtbwww01.fcc.gov*

        1. Click on *Mock*.

        2. Click on *Results* or *Announcements*.

FCC Auction BBS:        Refer to Tab D (p.122) of the Bidder Information Package for how to access the FCC Auction BBS.

22

**PTF0494**

Select *m* for Mock Auction on the Auction Library Menu, then select *r* for Results or *a* for Announcements.

Mock Auction round results files and announcement files will be labeled under Auction 74.

Samples of Round Results files will also be posted to the Mock Auction directories on the FCC Internet site and FCC Auction BBS with Auction 78.

23

**PTF0495**

Attachment G

### ACCESSING THE FCC NETWORK
### USING WINDOWS 95

This attachment describes how to access the FCC Network from a system that is running the Microsoft Windows 95 operating system. This involves configuring dial-up network access and then performing the dial-up procedure.

### Conventions

The instructions in this section use the following typographical conventions:

**bold**      Represents objects on the screen that you click with the mouse pointer, including buttons, Internet links, icons, tabs, menu items (e.g., **Cancel** button, **Auctions** link, **Save** option in the File menu).

*italic*      Represents field names or areas of a screen (e.g., *Location* field, *Selected Licenses* area of a screen).

***bold italic***  Represents characters that you must type exactly as they appear in the instructions. For example, if you are instructed to type ***http://wtbwww01.fcc.gov***, you should type all of the characters shown in bold italic exactly as they are printed.

SMALL CAPS  Represents keys on the keyboard (e.g., ENTER, CTRL, ESC).

*Note:* Throughout these instructions, "enter" means to type the appropriate information and then press the ENTER key.

## Configuring Dial-Up Network Access

1.    To start dial-up networking:

    a.    Click the Windows 95 **Start** button.
    b.    Click the **Programs** option to display the Programs menu.
    c.    Click the **Accessories** option to display the Accessories menu.
    d.    Click **Dial-Up Networking**.

24

**PTF0496**

If *Dial-Up Networking* is not an option on your *Accessories* menu, you should install it from your Windows 95 CD or diskettes.

2. When the Dial-Up Networking window appears, double-click the **Make New Connection** icon.

3. The Make New Connection window appears. In the field titled *Type a name for the computer you are dialing*:

Type *FCC Auctions 800#* if you wish to connect to the FCC Network during the Mock Auction.

Type *FCC Auctions 900#* if you wish to test your connection on the 900# that will be used during Auction 18.

4. Click the down arrow at the right of the *Select a modem* field and select your modem from the menu of available modems.

If your modem does not appear on this list, you must install your modem driver according to the modem manufacturer installation procedures, which are usually described in your modem's user manual.

5. Click the **Next** button.

6. If you wish to connect to the FCC Network during the Mock Auction, type *800* and *378-7435* in the *Area Code* and *Telephone Number* fields.

If you wish to test your connection on the 900# that will be used during Auction 18, type *900* and *555-5335* in the *Area Code* and *Telephone Number* fields.

7. Verify that the correct country is selected in the *Country code* field.

If necessary, click the down arrow at the right of the *Country code* field and select the appropriate country from the menu of available countries.

8. Click the **Next** button.

9. Click the **Finish** button.

An icon labeled either *FCC Auctions 800#* or *FCC Auctions 900#* appears in the Dial-Up Networking window.

25

**PTF0497**

10. Verify that properties are configured correctly before attempting a dial-up session. Put the mouse pointer on the FCC Auctions icon that you wish to configure and click the *right* mouse button to display a menu. Click **Properties** from the menu.

11. Click the **Configure** button. Click the **Options** tab at the top of the Properties window.

12. In the *Connection control* area of the Options tab, verify that *neither* option is selected. If either option is selected, click the check box at the left of the option to deselect it. Then click **OK**.

13. Click the **Server Type...** button.

14. In the *Advanced Options* area, verify that only *Enable software compression* is selected.

    If it is not selected, click the check box at the left of the option to select it. If either of the other options is selected, click the check box to deselect it.

15. In the *Allowed Network Protocols* area, verify that only *TCP/IP* is selected.

    If it is not selected, click the check box at the left of the option to select it. If either of the other options is selected, click the check box to deselect it.

16. Click the **TCP/IP Settings** button and select *Specify name server addresses*.

17. Type *165.135.22.249* as the Primary DNS.

18. Click **OK** on the TCP/IP Settings window, the Server Type window.

**Dial-Up Procedure**

1. If the Dial-Up Networking window is not currently open, do the following:

    a. Click the Windows 95 **Start** button.
    b. Click the **Programs** option to display the Programs menu.
    c. Click the **Accessories** option to display the Accessories menu.
    d. Click **Dial-Up Networking**

    The Dial-Up Networking window appears.

2. In the Dial-Up Networking window:

26

**PTF0498**

Double-click the **FCC Auctions 800#** icon if you wish to connect to the FCC Network during the Mock Auction.

Double-click the **FCC Auctions 900#** icon if you wish to test your connection to the 900# that will be used during Auction 18.

**Note**: If you connect to the FCC's 900# telephone service, there is a charge of $2.30 per minute. The first minute of connection time to the 900 number service is at no charge.

3.    Click the **Connect** button on the window. *Do not enter User name and Password.*

The Connection window appears, indicating the status of your connection as your modem dials into the FCC Network. This window must remain running during your dial-up session. You may minimize the window, if you wish.

If your modem fails to establish a connection, please see the *Troubleshooting* section below.

4.    Once the connection is established, start the **FCC Mock Bidding System**.

5.    When you have finished, exit the Web browser, then click the **Disconnect** button on the Connection window to end your dial-up session.


## Troubleshooting

Following are problems you may encounter and possible solutions for resolving or isolating them.

### *Modem does not respond*

1.    Confirm that all physical connections for the modem are present.

2.    Confirm that the phone line is active by connecting it to a telephone.

3.    If you are dialing the 900 number service, check for a 900 number telephone block. If the volume settings are low, the modem may be dialing but not connecting. Check for this by trying to connect to the 800 number, or by dialing the 900 number on that line using a telephone.

4.    Confirm that the correct modem driver is installed for your modem.

27

**PTF0499**

### Modem dials but does not connect

1.  If you are dialing the 900 number service, check for a 900 number telephone block. Check for this by dialing the 800 number to see if you connect, or by dialing the 900 number on that line using a telephone.

2.  Confirm that the number the modem is dialing is correct.

3.  Confirm that the modem prefix, if any, is correct.

### Modem dials and connects, but nothing appears when you enter the Location in the Web browser

1.  If your Internet Service Provider adds numbers to the *DNS Server Search Order* list in your Dial-Up Adapter's TCP/IP protocol, you will need to add the FCC's Primary DNS number as well. Do the following:

    a.  Click the Windows 95 *Start* button, then click the *Settings* option to display the Settings menu.

    b.  Click *Control Panel* and then double-click the *Network* icon.

    c.  Highlight the TCP/IP Protocol and click *Properties*. If there are multiple TCP/IP protocols, highlight TCP/IP --> Dial-Up Adapter and click *Properties*.

    d.  Click the *DNS Configuration* tab.

    e.  If *Enable DNS* is selected, type **165.135.22.249** in the DNS Server Search Order box and click the *Add* button.

    f.  Click *OK* on the TCP/IP Properties windows, then click *OK* on the Network windows.

    g.  If you are prompted to restart your computer, click *Yes* to restart, then reconnect to the FCC Network.

2.  Verify the properties in your dial-up networking icon, particularly that the Primary DNS is set to 165.135.22.249 and that TCP/IP is the only selected protocol.

3.  Confirm that your Web browser is not using proxies.

### Receive an Internal Server error in the Web browser

28

**PTF0500**

1.  Confirm that the *Location* is correct.

2.  Confirm that *JavaScript* is enabled in your Web browser.

## Help

For technical assistance with installing or using FCC software, contact the FCC Technical Support Hotline at (202) 414-1250 (V) or (202) 414-1255 (TTY). The FCC Technical Support Hotline is generally available Monday through Friday, from 8 a.m. to 6 p.m. ET. *All calls to the FCC Technical Support Hotline are recorded.*

29

**PTF0501**

## Attachment H

## ACCESSING THE FCC NETWORK
## USING WINDOWS 3.1x

This attachment describes how to access the FCC Network from a system that is running the Microsoft Windows 3.1x operating system. This involves using the FCC-supplied Point-to-Point Protocol (PPP) Dialer that is included with the FCC Mock Bidding System.

### Conventions

The instructions in this section use the following typographical conventions:

**bold**          Represents objects on the screen that you click with the mouse pointer, including buttons, Internet links, icons, tabs, menu items (e.g., **Cancel** button, **Auctions** link, **Save** option in the File menu).

*italic*          Represents field names or areas of a screen (e.g., *Location* field, *Selected Licenses* area of a screen).

***bold italic***     Represents characters that you must type exactly as they appear in the instructions. For example, if you are instructed to type ***http://wtbwww01.fcc.gov***, you should type all of the characters shown in bold italic exactly as they are printed.

SMALL CAPS    Represents keys on the keyboard (e.g., ENTER, CTRL, ESC).

## Configuring the FCC Dialer

Before establishing a connection, you must run the Configure PPP program. If desired, you may also adjust the configuration settings.

To start the Configure PPP program:

1.    Double-click the **Configure PPP** icon. The communications setup window appears.

2.    From the *Modem* menu, select the *COM* port to which your modem is connected.

3.    From the *Speed* menu, select the maximum DTE rate of your modem.

30

**PTF0502**

For 14.4-kbps and 28.8-kbps modems, you can generally select a speed of 38400 or 57600.

For U.S. Robotics modems, enter a speed of 19200.

4.   In most cases, carrier detect should not be checked and flow control should be checked. If you experience problems getting the modem to respond, experimenting with these settings may help.

5.   The *DNS* should be set to 165.135.22.249.

The remainder of the screen has default values which should provide optimal performance.

6.   Click the **Script** button to bring up the Script Setup screen. This screen gives you the ability to issue specific commands to the modem.

7.   Click the down arrow in the *Selected Modem* field and choose the entry from the list that most closely matches the modem installed on your PC.

If your modem does not appear in the list, select a generic modem string by entering either *ATZ* (for 14.4-kbps modems) or *AT&F* (for 28.8-kbps modems) in the *Reset Modem String* box.

8.   It may be necessary to change the command in the *Modem Dial Prefix* field to accommodate how you make calls.

For example:

Add a 1 before dialing the 800 or 900 number: *ATDT1*
Dialing prefix of 9 used, add a 1 before dialing the 800 or 900 number: *ATDT91*
Turn off call waiting, add a 1 before dialing the 800 or 900 number: *ATDT\*70,1*

9.   If you use a dialing suffix, enter it in the *Dial Suffix* field.

10.  The default settings provided in Configure PPP should be compatible with most systems. If you experience problems connecting to the FCC Network, refer to the *Troubleshooting* section for possible solutions.

11.  When you have finished using the Configure PPP program, click the **OK** button. You may now proceed to the *Dial-Up Procedure* section.

31

**PTF0503**

## Dial-Up Procedure

Once you have run the Configure PPP program, you can establish a connection to the FCC Network:

1.    Double-click the **PPP Dialer** icon in the *FCC Mock Bidding System* program group.

2.    If you want to establish a connection for the Mock Auction, select *Non-Toll (800 service)*.

   If you want to test your connection to the 900# that will be used during Auction 18, select *Toll call (900 service)*.

   **Note**: If you connect to the FCC's 900# telephone service, there is a charge of $2.30 per minute. The first minute of connection time to the 900 number service is at no charge.

3.    When the PPP Dialer establishes a connection, you will gain access to the PPP Dial Up screen. You may switch to the PPP Dial Up screen by pressing CTRL+ESC and double-clicking **PPP Dial Up** in the Task List.

   The screen will display the current status of the PPP connection.

   If your modem fails to establish a connection, please see the *Troubleshooting* section below.

4.    Once the connection is established, start the **FCC Mock Bidding System**.

5.    When you have finished, exit the Web browser, then switch to the PPP Dial Up screen and select the **Disconnect** option from the **Dial** menu.

## Troubleshooting

Following are problems you may encounter and possible solutions for resolving or isolating them.

### *Modem does not respond*

1.    Check the *COM* port setting.

32

**PTF0504**

2.     Make sure that you have selected the appropriate modem in the *Selected Modem* list.

If your modem does not appear in the list, select a generic modem string by entering either *ATZ* (for 14.4-kbps modems) or *AT&F* (for 28.8-kbps modems) in the *Reset Modem String* field.

3.     Check your modem for IRQ conflicts.

4.     Check the physical connections.


*Modem connects but does not return an IP address*

1.     Check that you have selected the appropriate modem in the *Selected Modem* list.

2.     Verify the *DNS* is set to 165.135.22.249.

3.     Turn off *VJ Compression.*

4.     Check your modem for IRQ conflicts.

5.     Unload network drivers (disconnect from network).


*SQLSERVER errors*

1.     Turn off *VJ Compression.*

2.     Unload network drivers.

3.     Check for the existence of multiple *winsock.dll* files on your PC.

4.     Test the PPP connection with the Ping program.

Errors may be caused by having multiple winsock.dll files on your PC. To search for conflicting winsock.dll files, start File Manager, open the directory for the root of the hard drive you want to search (usually c:\) and select the **Search** option from the **File** menu. In the *search for:* box, enter *winsock.dll*. Verify that the *select all subdirectories* option is selected, then click **OK**.

Make sure that any other winsock files are not in your path. To check this, go to the DOS prompt and type **path**. If any directory containing another winsock.dll file appears in the path, do either of the following:

33

**PTF0505**

- Temporarily rename the conflicting winsock.

- Edit the autoexec.bat file to remove the reference to that directory, then save and cold boot the PC. If you need to use the other PPP software package, reinsert the appropriate directory reference, save, and reboot.

## Testing the PPP Connection

1. To test the status of your connection, select the **Test Connection** option from the **Dial** menu on the PPP Dial Up screen. This option allows you to ping the FCC Network. The ping process sends signals to the FCC Network; if the signals return, then you have established a good connection.

   If you are testing an 800# connection for the Mock Auction, enter ***sub_74.fcc.gov*** in the *Hostname* box.

   If you are testing a 900# for Auction 18, enter ***sub_18.fcc.gov*** in the *Hostname* box.

2. From the **Number** menu, choose the number of pings you wish to send (one, continuous, or a user-specified number). From the **Specifications** menu, you can customize the type of request (e.g., icmp echo request), the interval between pings, and the timeout setting; the default settings should suffice.

   If you change any of the settings and would like to save them, select the **Save** option from the **File** menu.

3. Click the **Start** button.

   The status and packets boxes will display information concerning whether the pings were returned.

4. If necessary, click the **Stop** button, to end the ping process. Click the **Exit** button to exit the Ping program.

## Help

For technical assistance with installing or using FCC software, contact the FCC Technical Support Hotline at (202) 414-1250 (V) or (202) 414-1255 (TTY). The FCC Technical Support Hotline is generally available Monday through Friday, from 8 a.m. to 6 p.m. ET. *All calls to the FCC Technical Support Hotline are recorded.*

34

**PTF0506**

35

**PTF0507**