# EXHIBIT S

| Form **1120S** | **U.S. Income Tax Return for an S Corporation** | | OMB No. 1545-0130 |
|---|---|---|---|

Department of the Treasury
Internal Revenue Service

▶ Do not file this form unless the corporation has timely filed
Form 2553 to elect to be an S corporation.
▶ See separate instructions.

**2000**

For calendar year 2000, or tax year beginning _____, 2000, and ending _____

| A Effective date of election as an S corporation  02/02/1990 | Name **THE ELKIN GROUP INC.** | C Employer Identification number **23-2593053** |
|---|---|---|
| B Business code no. (see pages 29-31)  **513000** | Number, street, and room or suite no. (If a P.O. box, see page 11 of the instructions.) **805 BRYN MAWR AVE** | D Date incorporated **02/02/1990** |
| | City or town, state, and ZIP code **NEWTOWN SQUARE, PA    19073-4330** | E Total assets (see page 11) **48,126.** |

F Check applicable boxes: (1) ☐ Initial return    (2) ☐ Final return    (3) ☐ Change in address    (4) ☐ Amended return

G Enter number of shareholders in the corporation at end of the tax year ▶ **1**

Caution: *Include only trade or business income and expenses on lines 1a through 21. See page 11 of the instructions for more information.*

**Income**

| | | | |
|---|---|---|---|
| 1a Gross receipts or sales | | b Less returns and allowances | c Bal ▶ 1c |
| 2 | Cost of goods sold (Schedule A, line 8) | | 2 |
| 3 | Gross profit. Subtract line 2 from line 1c | | 3 |
| 4 | Net gain (loss) from Form 4797, Part II, line 18 (attach Form 4797) | | 4 |
| 5 | Other income (loss) (attach schedule) | | 5 |
| 6 | Total income (loss). Combine lines 3 through 5 ▶ | | 6 |

**Deductions** (see page 12 of the instructions for limitations)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers | | 7 |
| 8 | Salaries and wages (less employment credits) | | 8 |
| 9 | Repairs and maintenance | | 9 |
| 10 | Bad debts | | 10 |
| 11 | Rents | | 11 |
| 12 | Taxes and licenses ........ SEE STATEMENT 1 | | 12 | **200.** |
| 13 | Interest | | 13 |
| 14a | Depreciation (if required, attach Form 4562) | 14a | 191. | |
| b | Depreciation claimed on Schedule A and elsewhere on return | 14b | |
| c | Subtract line 14b from line 14a | | 14c | **191.** |
| 15 | Depletion (Do not deduct oil and gas depletion.) | | 15 |
| 16 | Advertising | | 16 |
| 17 | Pension, profit-sharing, etc., plans | | 17 |
| 18 | Employee benefit programs | | 18 |
| 19 | Other deductions (attach schedule) ........ SEE STATEMENT 1 | | 19 | **945.** |
| 20 | Total deductions. Add the amounts shown in the far right column for lines 7 through 19 ▶ | | 20 | **1,336.** |
| 21 | Ordinary income (loss) from trade or business activities. Subtract line 20 from line 6 | | 21 | **-1,336.** |

**Tax and Payments**

| | | | |
|---|---|---|---|
| 22 | Tax: a Excess net passive income tax (attach schedule) | 22a | |
| | b Tax from Schedule D (Form 1120S) | 22b | |
| | c Add lines 22a and 22b (see page 15 of the instructions for additional taxes) | | 22c |
| 23 | Payments: a 2000 estimated tax payments and amount applied from 1999 return | 23a | |
| | b Tax deposited with Form 7004 | 23b | |
| | c Credit for Federal tax paid on fuels (attach Form 4136) | 23c | |
| | d Add lines 23a through 23c | | 23d |
| 24 | Estimated tax penalty. Check if Form 2220 is attached ▶ ☐ | | 24 |
| 25 | Tax due. If the total of lines 22c and 24 is larger than line 23d, enter amount owed. See page 4 of the instructions for depository method of payment ▶ | | 25 |
| 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid ▶ | | 26 |
| 27 | Enter amount of line 26 you want: Credited to 2001 estimated tax ▶    Refunded ▶ | | 27 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of officer _____ Date _____  ▶ Title _____

**Paid Preparer's Use Only**

| Preparer's signature ▶ | | Date | Check if self-employed ☒ | Preparer's SSN or PTIN **P00185980** |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | **RICHARD SHORIN, CPA  255 RIDINGS WAY  AMBLER, PA  19002-5247** | | EIN | Phone no. **215-628-1991** |

For Paperwork Reduction Act Notice, see the separate instructions.

Form **1120S** (2000)

JSA
0C1410 3.000

Form 1120S (2000) THE ELKIN GROUP INC.       23-2593053    Page **2**

## Schedule A   Cost of Goods Sold (see page 16 of the instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs *(attach schedule)* | 4 | |
| 5 | Other costs *(attach schedule)* | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | |

9a Check all methods used for valuing closing inventory:
   (i) ☐ Cost as described in Regulations section 1.471-3
   (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4
   (iii) ☐ Other (specify method used and attach explanation) ▶ _____
 b Check if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) . . . . . . . . . . . . . ▶ ☐
 c Check if the LIFO inventory method was adopted this tax year for any goods *(if checked, attach Form 970)* . . . . . . . ▶ ☐
 d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing
   inventory computed under LIFO | **9d** |
 e Do the rules of section 263A (for property produced or acquired for resale) apply to the corporation? . . . . . . ☐ Yes ☐ No
 f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? . . . ☐ Yes ☐ No
   If "Yes, " attach explanation.

## Schedule B   Other Information

| | | Yes | No |
|---|---|---|---|

1 Check method of accounting:   (a) ☒ Cash   (b) ☐ Accrual   (c) ☐ Other (specify) ▶ _____
2 Refer to the list on pages 29 through 31 of the instructions and state the corporation's principal:
  (a) Business activity ▶ COMMUNICATIONS _____ (b) Product or service ▶ SERVICE _____
3 Did the corporation at the end of the tax year own, directly or indirectly, 50% or more of the voting stock of a domestic
  corporation? (For rules of attribution, see section 267(c).) If "Yes," attach a schedule showing: **(a)** name, address, and
  employer identification number and **(b)** percentage owned. . . . . . . . . . . . . . . . . . . . . . . . . . .    X
4 Was the corporation a member of a controlled group subject to the provisions of section 1561? . . . . . . .    X
5 Check this box if the corporation has filed or is required to file **Form 8264,** Application for Registration of a Tax
  Shelter . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
6 Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . ▶ ☐
  If so, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount
  Instruments.
7 If the corporation: **(a)** filed its election to be an S corporation after 1986, **(b)** was a C corporation before it elected to
  be an S corporation **or** the corporation acquired an asset with a basis determined by reference to its basis (or the
  basis of any other property) in the hands of a C corporation, and **(c)** has net unrealized built-in gain (defined in section
  1374(d)(1)) in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced
  by net recognized built-in gain from prior years (see page 17 of the instructions) ▶ $ _____
8 Check this box if the corporation had accumulated earnings and profits at the close of the tax year (see
  page 18 of the instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
**Note:** *If the corporation had assets or operated a business in a foreign country or U.S. possession, it may be required to attach*
*Schedule N (Form 1120), Foreign Operations of U.S. Corporations, to this return. See Schedule N for details.*

## Schedule K   Shareholders' Shares of Income, Credits, Deductions, etc.

| | (a) Pro rata share items | | | (b) Total amount |
|---|---|---|---|---|
| 1 | Ordinary income (loss) from trade or business activities (page 1, line 21) . . . . . . . . . | | 1 | −1,336. |
| 2 | Net income (loss) from rental real estate activities *(attach Form 8825)* | | 2 | |
| 3a | Gross income from other rental activities . . . . . . . | 3a | | |
| b | Expenses from other rental activities *(attach schedule)* | 3b | | |
| c | Net income (loss) from other rental activities. Subtract line 3b from line 3a . . . . . . . . | | 3c | |
| 4 | Portfolio income (loss): | | | |
| a | Interest income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 4a | |
| b | Ordinary dividends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 4b | |
| c | Royalty income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 4c | |
| d | Net short-term capital gain (loss) *(attach Schedule D (Form 1120S))* . . . . . . . . . . | | 4d | |
| e | Net long-term capital gain (loss) *(attach Schedule D (Form 1120S)):* | | | |
| | (1) 28% rate gain (loss) ▶ _____ (2) Total for year ▶ | | 4e(2) | 45,500. |
| f | Other portfolio income (loss) *(attach schedule)* . . . . . . . . . . . . . . . . . . . . | | 4f | |
| 5 | Net section 1231 gain (loss) (other than due to casualty or theft) *(attach Form 4797)* . . . . . | | 5 | |
| 6 | Other income (loss) *(attach schedule)* . . . . . . . . . . . . . . . . . . . . . . . . . | | 6 | |

*(left margin: Income (Loss))*

JSA
0C 1420 3.000

Form 1120S (2000)  THE ELKIN GRO    INC.                    23-2593053   Page 3

## Schedule K    Shareholders' Shares of Income, Credits, Deductions, etc. (continued)

| | (a) Pro rata share items | | (b) Total amount |
|---|---|---|---|
| **Deductions** | 7 | Charitable contributions *(attach schedule)* | 7 | |
| | 8 | Section 179 expense deduction *(attach Form 4562)* | 8 | |
| | 9 | Deductions related to portfolio income (loss) (itemize) | 9 | |
| | 10 | Other deductions *(attach schedule)* | 10 | |
| **Invest-ment Interest** | 11a | Interest expense on investment debts | 11a | |
| | b (1) | Investment income included on lines 4a, 4b, 4c, and 4f above | 11b(1) | |
| | (2) | Investment expenses included on line 9 above | 11b(2) | |
| **Credits** | 12a | Credit for alcohol used as a fuel *(attach Form 6478)* | 12a | |
| | b | Low-income housing credit: | | |
| | (1) | From partnerships to which section 42(j)(5) applies for property placed in service before 1990 | 12b(1) | |
| | (2) | Other than on line 12b(1) for property placed in service before 1990 | 12b(2) | |
| | (3) | From partnerships to which section 42(j)(5) applies for property placed in service after 1989 | 12b(3) | |
| | (4) | Other than on line 12b(3) for property placed in service after 1989 | 12b(4) | |
| | c | Qualified rehabilitation expenditures related to rental real estate activities *(attach Form 3468)* | 12c | |
| | d | Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities | 12d | |
| | e | Credits related to other rental activities | 12e | |
| | 13 | Other credits | 13 | |
| **Adjustments and Tax Preference Items** | 14a | Depreciation adjustment on property placed in service after 1986 | 14a | −160. |
| | b | Adjusted gain or loss | 14b | |
| | c | Depletion (other than oil and gas) | 14c | |
| | d (1) | Gross income from oil, gas, or geothermal properties | 14d(1) | |
| | (2) | Deductions allocable to oil, gas, or geothermal properties | 14d(2) | |
| | e | Other adjustments and tax preference items *(attach schedule)* | 14e | |
| **Foreign Taxes** | 15a | Name of foreign country or U.S. possession ▶ _____ | | |
| | b | Gross income sourced at shareholder level | 15b | |
| | c | Foreign gross income sourced at corporate level: | | |
| | (1) | Passive | 15c(1) | |
| | (2) | Listed categories *(attach schedule)* | 15c(2) | |
| | (3) | General limitation | 15c(3) | |
| | d | Deductions allocated and apportioned at shareholder level: | | |
| | (1) | Interest expense | 15d(1) | |
| | (2) | Other | 15d(2) | |
| | e | Deductions allocated and apportioned at corporate level to foreign source income: | | |
| | (1) | Passive | 15e(1) | |
| | (2) | Listed categories *(attach schedule)* | 15e(2) | |
| | (3) | General limitation | 15e(3) | |
| | f | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 15f | |
| | g | Reduction in taxes available for credit and gross income from all sources *(attach schedule)* | 15g | |
| **Other** | 16 | Section 59(e)(2) expenditures: a Type ▶ _____ b Amount ▶ | 16b | |
| | 17 | Tax-exempt interest income | 17 | |
| | 18 | Other tax-exempt income | 18 | |
| | 19 | Nondeductible expenses | 19 | |
| | 20 | Total property distributions (including cash) other than dividends reported on line 22 below | 20 | |
| | 21 | Other items and amounts required to be reported separately to shareholders *(attach schedule)* | | |
| | 22 | Total dividend distributions paid from accumulated earnings and profits | 22 | |
| | 23 | Income (loss). (Required only if Schedule M-1 must be completed.) Combine lines 1 through 6 in column (b). From the result, subtract the sum of lines 7 through 11a, 15f, and 16b | 23 | 44,164. |

Form **1120S** (2000)

Form 1120S (2000)  **THE ELKIN GRO   INC.**                                    23-2593053        Page 4

## Schedule L — Balance Sheets per Books

| Assets | (a) | (b) Beginning of tax year | (c) | (d) End of tax year |
|---|---|---|---|---|
| 1 Cash | | 763. | | 1,343. |
| 2 a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. Government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach schedule) | | | | |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach schedule) | | | | |
| 10 a Buildings and other depreciable assets | 3,853. | | 3,853. | |
| b Less accumulated depreciation | 3,662. | 191. | 3,853. | |
| 11 a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 12 Land (net of any amortization) | | | | |
| 13 a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 14 Other assets (attach schedule) | | 66,283. | | 46,783. |
| 15 Total assets | | 67,237. | | 48,126. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | | | |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach schedule) | | | | |
| 19 Loans from shareholders | | 42,830. | | NONE |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 Other liabilities (attach schedule) | | | | |
| 22 Capital stock | | 1,000. | | 1,000. |
| 23 Additional paid-in capital | | 105,721. | | 85,276. |
| 24 Retained earnings | | -82,314. | | -38,150. |
| 25 Adjustments to shareholders' equity (attach schedule) | | | | |
| 26 Less cost of treasury stock | | ( ) | | ( ) |
| 27 Total liabilities and shareholders' equity | | 67,237. | | 48,126. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return (You are not required to complete this schedule if the total assets on line 15, column (d), of Schedule L are less than $25,000.)

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | 44,164. | 5 Income recorded on books this year not included on Schedule K, lines 1 through 6 (itemize): | |
| 2 Income included on Schedule K, lines 1 through 6, not recorded on books this year (itemize): _____ _____ | | a Tax-exempt interest _____ _____ | |
| 3 Expenses recorded on books this year not included on Schedule K, lines 1 through 11a, 15f, and 16b (itemize): | | 6 Deductions included on Schedule K, lines 1 through 11a, 15f, and 16b, not charged against book income this year (itemize): | |
| a Depreciation _____ | | a Depreciation _____ _____ | |
| b Travel and entertainment _____ | | 7 Add lines 5 and 6 | |
| _____ | | 8 Income (loss) (Schedule K, line 23) | |
| 4 Add lines 1 through 3 | 44,164. | Line 4 less line 7 | 44,164. |

## Schedule M-2 — Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see page 27 of the instructions)

| | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|
| 1 Balance at beginning of tax year | -82,314. | | |
| 2 Ordinary income from page 1, line 21 | | | |
| 3 Other additions    SEE. STATEMENT. 3. | 45,500. | | |
| 4 Loss from page 1, line 21 | ( 1,336.) | | |
| 5 Other reductions | ( ) | ( ) | |
| 6 Combine lines 1 through 5 | -38,150. | | |
| 7 Distributions other than dividend distributions | | | |
| 8 Balance at end of tax year. Subtract line 7 from line 6 | -38,150. | | |

0C1440 3.000   JSA        01/18/2001                      23-2593053        Form 1120S (2000)

**SCHEDULE D**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

# Capital Gains and Losses and Built-In Gains

▶ Attach to Form 1120S.

▶ See separate instructions.

OMB No. 1545-0130

**2000**

| Name | Employer identification number |
|---|---|
| THE ELKIN GROUP INC. | 23-2593053 |

## Part I  Short-Term Capital Gains and Losses - Assets Held One Year or Less

| (a) Description of property (Example, 100 shares of "Z" Co.) | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Sales price | (e) Cost or other basis (see instructions) | (f) Gain or (loss) ((d) minus (e)) | |
|---|---|---|---|---|---|---|
| **1** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| 2 | Short-term capital gain from installment sales from Form 6252, line 26 or 37 | 2 | |
| 3 | Short-term capital gain or (loss) from like-kind exchanges from Form 8824 | 3 | |
| 4 | Combine lines 1 through 3 in column (f) | 4 | |
| 5 | Tax on short-term capital gain included on line 33 below | 5 | ( ) |
| 6 | Net short-term capital gain or (loss). Combine lines 4 and 5. Enter here and on Form 1120S, Schedule K, line 4d or 6 | 6 | |

## Part II  Long-Term Capital Gains and Losses - Assets Held More Than One Year

| (a) Description of property (Example, 100 shares of "Z" Co.) | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Sales price | (e) Cost or other basis (see instructions) | (f) Gain or (loss) ((d) minus (e)) | (g) 28% rate gain or (loss) *(see instr. below) |
|---|---|---|---|---|---|---|
| **7 SEE STATEMENT 4** | | | | | 45,500. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| 8 | Long-term capital gain from installment sales from Form 6252, line 26 or 37 | 8 | |
| 9 | Long-term capital gain or (loss) from like-kind exchanges from Form 8824 | 9 | |
| 10 | Capital gain distributions | 10 | |
| 11 | Combine lines 7 through 10 in column (f) | 11 | 45,500. |
| 12 | Tax on long-term capital gain included on lines 25 and 33 below | 12 | ( ) ( ) |
| 13 | Combine lines 7 through 12 in column (g). Enter here and on Form 1120S, Schedule K, line 4e(1) or 6 | 13 | |
| 14 | Net long-term capital gain or (loss). Combine lines 11 and 12 in column (f). Enter here and on Form 1120S, Schedule K, line 4e(2) or 6 | 14 | 45,500. |

* 28% rate gain or (loss) includes all "collectibles gains and losses" (as defined in the instructions).

## Part III  Capital Gains Tax (See instructions before completing this part.)

| | | | |
|---|---|---|---|
| 15 | Enter section 1231 gain from Form 4797, line 9 | 15 | |
| 16 | Net long-term capital gain or (loss). Combine lines 11 and 15 | 16 | |
| | Note: If the corporation is liable for the excess net passive income tax (Form 1120S, page 1, line 22a) or the built-in gains tax (Part IV below), see the line 17 instructions before completing line 17. | | |
| 17 | Net capital gain. Enter excess of net long-term capital gain (line 16) over net short-term capital loss (line 4) | 17 | |
| 18 | Statutory minimum | 18 | $25,000 |
| 19 | Subtract line 18 from line 17 | 19 | |
| 20 | Enter 34% of line 19 | 20 | |
| 21 | Taxable income (attach computation schedule) | 21 | |
| 22 | Enter tax on line 21 amount (attach computation schedule) | 22 | |
| 23 | Net capital gain from substituted basis property (attach computation schedule) | 23 | |
| 24 | Enter 35% of line 23 | 24 | |
| 25 | Tax. Enter the smallest of line 20, 22, or 24 here and on Form 1120S, page 1, line 22b | 25 | |

## Part IV  Built-In Gains Tax (See instructions before completing this part.)

| | | | |
|---|---|---|---|
| 26 | Excess of recognized built-in gains over recognized built-in losses (attach computation schedule) | 26 | |
| 27 | Taxable income (attach computation schedule) | 27 | |
| 28 | Net recognized built-in gain. Enter smallest of line 26, line 27, or line 7 of Schedule B | 28 | |
| 29 | Section 1374(b)(2) deduction | 29 | |
| 30 | Subtract line 29 from line 28. If zero or less, enter -0- here and on line 33 | 30 | |
| 31 | Enter 35% of line 30 | 31 | |
| 32 | Business credit and minimum tax credit carryforwards under section 1374(b)(3) from C corporation years | 32 | |
| 33 | Tax. Subtract line 32 from line 31 (if zero or less, enter -0-). Enter here and on Form 1120S, page 1, line 22b | 33 | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.

Schedule D (Form 1120S) 2000

JSA
0C1810 2.000

Form **4562**

Department of the Treasury
Internal Revenue Service (99)

**Depreciation and Amortization**
**(including Information on Listed Property)**

► See separate instructions.    ► Attach this form to your return.

OMB No. 1545-0172

**2000**

Attachment
Sequence No. **67**

Name(s) shown on return

THE ELKIN GROUP INC.

Identifying number

23-2593053

Business or activity to which this form relates

GENERAL DEPRECIATION AND AMORTIZATION

**Part I    Election To Expense Certain Tangible Property (Section 179)**
**Note:** If you have any "listed property," complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 Maximum dollar limitation. If an enterprise zone business, see page 2 of the instructions . . . . . . . . . . . . . | 1 | |
| 2 Total cost of section 179 property placed in service. See page 2 of the instructions . . . . . . . . . . . . . . . . . | 2 | |
| 3 Threshold cost of section 179 property before reduction in limitation . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see page 2 of the instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| 6 | | |
| | | |

| | | | |
|---|---|---|---|
| 7 Listed property. Enter amount from line 27 . . . . . . . . . . . . . . . . . . . . | 7 | | |
| 8 Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . . . . . . . . . | 8 | |
| 9 Tentative deduction. Enter the smaller of line 5 or line 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | |
| 10 Carryover of disallowed deduction from 1999. See page 3 of the instructions . . . . . . . . . . . . . . . . . | 10 | |
| 11 Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) . . . | 11 | |
| 12 Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 . . . . . . . . . . . | 12 | |
| 13 Carryover of disallowed deduction to 2001. Add lines 9 and 10, less line 12 . . . . . ► | 13 | |

**Note:** Do not use Part II or Part III below for listed property (automobiles, certain other vehicles, cellular telephones, certain computers, or property used for entertainment, recreation, or amusement). Instead, use Part V for listed property.

**Part II    MACRS Depreciation for Assets Placed in Service Only During Your 2000 Tax Year (Do not include listed property.)**

**Section A - General Asset Account Election**

14 If you are making the election under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check this box. See page 3 of the instructions . . . . . . . . . . . . . . . . ► ☐

**Section B - General Depreciation System (GDS) (See page 3 of the instructions.)**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 15a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | M M | S/L | |
| | | | 27.5 yrs. | M M | S/L | |
| i  Nonresidential real property | | | 39 yrs. | M M | S/L | |
| | | | | M M | S/L | |

**Section C - Alternative Depreciation System (ADS) (See page 5 of the instructions.)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 16a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | M M | S/L | |

**Part III    Other Depreciation (Do not include listed property.) (See page 5 of the instructions.)**

| | | | |
|---|---|---|---|
| 17 GDS and ADS deductions for assets placed in service in tax years beginning before 2000 . . . . . . . . . . | 17 | 191. |
| 18 Property subject to section 168(f)(1) election . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 | |
| 19 ACRS and other depreciation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 | |

**Part IV    Summary (See page 6 of the instructions.)**

| | | | |
|---|---|---|---|
| 20 Listed property. Enter amount from line 26 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20 | |
| 21 Total. Add deductions from line 12, lines 15 and 16 in column (g), and lines 17 through 20. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions . . . . . . . . . . . | 21 | 191. |
| 22 For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . . | 22 | |

For Paperwork Reduction Act Notice, see page 9 of the instructions.

JSA
0C2000 2.000

Form **4562** (2000)

01/18/2001                    23-2593053                    9

THE ELKIN GROUP INC.

## 2000 Depreciation

Description of Property
GENERAL DEPRECIATION AND AMORTIZATION

| Asset description | Date placed in service | Unadjusted cost or basis | Bus. % | 179 exp. reduc. in basis | ITC reduction in basis | Basis for depreciation | Salvage value | Accumulated depreciation | Method | Conversion | Life | ACRS class | MA CRS class | Current -yr 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1993 EQUIPMENT | 10/28/1993 | 699. | 100. | | | 699. | | 699. | 200DB | MQ | | | 5 | | |
| 1993 FURNITURE | 11/19/1993 | 3,154. | 100. | | | 3,154. | | 2,963. | 200DB | MQ | | | 7 | | 191. |
| 1994 EQUIPMENT | 02/02/1994 | 1,079. | 100. | | | 1,079. | | 1,079. | 200DB | HY | | | 5 | | |
| Less: Retired Assets . . . . . . . . . . . . . . | | | | | | | | | | | | | | | |
| TOTALS . . . . . . . . . . . . . . | | 4,932. | | | | 4,932. | | 4,741. | | | | | | | 191. |

*Assets Retired

JSA
0X9027 1.000

01/18/2001                23-2593053                11

USMD000404

THE ELKIN GROUP INC.

# 2000 Alternative Minimum Tax Depreciation

**Description of Property**

**GENERAL DEPRECIATION AND AMORTIZATION**

| Asset description | Date Placed in Service | AMT basis for depreciation | AMT accumulated depreciation | AMT method | AMT convention | AMT life | AMT depreciation deduction | Regular depreciation deduction | Post-86 depreciation adjustment | Leased pers. prop. preference | Real property preference |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1993 EQUIPMENT | 10/28/1993 | 699. | 699. | 150DB | MQ | 6.000 | | | | | |
| 1993 FURNITURE | 11/19/1993 | 3,154. | 2,758. | 150DB | MQ | 10.000 | 275. | 191. | -84. | | |
| 1994 EQUIPMENT | 02/02/1994 | 1,079. | 921. | 150DB | HY | 6.000 | 76. | | -76. | | |
| Less: Retired Assets . . . . . . . . . . . . . . | | | | | | | | | | | |
| **TOTALS** | * Assets Retired | 4,932. | 4,378. | | | | 351. | 191. | -160. | | |

038034 1.000    JSA

K275  01/18/2001

23-2593053

13

THE ELKIN GROUP INC.                                    23-2593053

FORM 1120S, PAGE 1 DETAIL
===============================================================================

LINE 12 - TAXES
----------------

   TAXES AND LICENSES EXCLUDING INCOME TAXES
   ------------------------------------------
   PA CAPITAL STOCK TAX                                          200.
                                                      ----------------
       TOTAL                                                   200.
                                                      ================


LINE 19 - OTHER DEDUCTIONS
---------------------------
   PROFESSIONAL DUES                                             685.
   ACCOUNTING SERVICES                                           250.
   BANK CHARGES                                                   10.
                                                      ----------------
       TOTAL                                                   945.
                                                      ================

STATEMENT 1

THE ELKIN GROUP INC.                                        23-2593053


FORM 1120S, PAGE 4 DETAIL - SCH L
========================================================================

|                              | BEGINNING | ENDING  |
|------------------------------|-----------|---------|
| LINE 1 - CASH                |           |         |
| CASH- CHECKING               | 763.      | 1,343.  |
| TOTAL                        | 763.      | 1,343.  |
|                              |           |         |
| LINE 14 - OTHER ASSETS       |           |         |
| FCC 220 MHZ LICENSES         | 66,283.   | 46,783. |
| TOTAL                        | 66,283.   | 46,783. |
|                              |           |         |
| LINE 19 - LOANS FROM SHAREHOLDERS |      |         |
| SHAREHOLDER LOAN             | 42,830.   | NONE    |
| TOTAL                        | 42,830.   | NONE    |

STATEMENT 2

THE ELKIN GROUP INC.                                      23-2593053


FORM 1120S, PAGE 4 DETAIL
================================================================================


SCH M-2, LINE 3 - OTHER ADDITIONS - AAA
----------------------------------------
  NET LONG-TERM CAPITAL GAIN                              45,500.
                                                 ----------------
    TOTAL                                               45,500.
                                                 ================

STATEMENT 3

THE ELKIN GROUP INC.

SCHEDULE D (FORM 1120S) DETAIL

LINE 7 - LONG-TERM CAPITAL GAINS AND LOSSES

| PROPERTY | DATE ACQ | DATE SOLD | SALES PRICE | COST | GAIN/LOSS |
|---|---|---|---|---|---|
| BEA 31C 220 MHZ LICENSE | 02/02/1999 | 03/31/2000 | 65,000. | 19,500. | 45,500 |
| TOTAL | | | | | 45,500 |

01/18/2001

17

STATEMENT 4

DSPSLN S.000

USMD000409

| SCHEDULE K-1 (Form 1120S) | **Shareholder's Share of Income, Credits, Deductions, etc.** | OMB. No. 1545-0130 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ► See separate instructions.<br>For calendar year 2000 or tax year<br>beginning _____ , 2000, and ending _____ , 20 ___ | **2000** |

| Shareholder's identifying number ► 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 | Corporation's identifying number ► 23-2593053 |
|---|---|
| Shareholder's name, address, and ZIP code<br><br>DAVID W. ELKIN<br>805 BRYN MAWR AVE<br>NEWTOWN SQUARE, PA   19073-4330 | Corporation's name, address, and ZIP code<br><br>THE ELKIN GROUP INC.<br>805 BRYN MAWR AVE<br>NEWTOWN SQUARE, PA   19073-4330 |

A   Shareholder's percentage of stock ownership for tax year (see instructions for Schedule K-1) . . . . . . . . . . . . . ►**100.000000** %

B   Internal Revenue Service Center where corporation filed its return ►   PHILADELPHIA, PA   19255

C   Tax shelter registration number (see instructions for Schedule K-1) . . . . . . . . . . . . . . . . ►

D   Check applicable boxes:   (1) [  ] Final K-1   (2) [  ] Amended K-1

| | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1  Ordinary income (loss) from trade or business activities . . . . . . . . | 1 | -1,336. | See pages 4 and 5 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 2  Net income (loss) from rental real estate activities . . . . . . . . | 2 | | |
| | 3  Net income (loss) from other rental activities . . . . . . . . . | 3 | | |
| | 4  Portfolio income (loss): | | | |
| | a  Interest . . . . . . . . . . . . . . . . . . . . . | 4a | | Sch. B, Part I, line 1 |
| | b  Ordinary dividends . . . . . . . . . . . . . . . . . | 4b | | Sch. B, Part II, line 5 |
| | c  Royalties . . . . . . . . . . . . . . . . . . . . | 4c | | Sch. E, Part I, line 4 |
| | d  Net short-term capital gain (loss) . . . . . . . . . . . . | 4d | | Sch. D, line 5, col. (f) |
| | e  Net long-term capital gain (loss): | | | |
| | (1) 28% rate gain (loss) . . . . . . . . . . . . | 4e(1) | | Sch. D, line 12, col. (g) |
| | (2) Total for year . . . . . . . . . . . . . . | 4e(2) | 45,500. | Sch. D, line 12, col. (f) |
| | f  Other portfolio income (loss) *(attach schedule)* . . . . . . . | 4f | | (Enter on applicable line of your return.) |
| | 5  Net section 1231 gain (loss) (other than due to casualty or theft) . . . | 5 | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 6  Other income (loss) *(attach schedule)* . . . . . . . . . . . . | 6 | | (Enter on applicable line of your return.) |
| **Deductions** | 7  Charitable contributions *(attach schedule)* . . . . . . . . . . | 7 | | Sch. A, line 15 or 16 |
| | 8  Section 179 expense deduction . . . . . . . . . . . . . | 8 | | See page 6 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 9  Deductions related to portfolio income (loss) *(attach schedule)* . . . . | 9 | | |
| | 10  Other deductions *(attach schedule)* . . . . . . . . . . . . | 10 | | |
| **Investment Interest** | 11a  Interest expense on investment debts . . . . . . . . . . . | 11a | | Form 4952, line 1 |
| | b  (1) Investment income included on lines 4a, 4b, 4c, and 4f above . . . | 11b(1) | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | (2) Investment expenses included on line 9 above . . . . . . | 11b(2) | | |
| **Credits** | 12a  Credit for alcohol used as fuel . . . . . . . . . . . . . | 12a | | Form 6478, line 10 |
| | b  Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships for property placed in service before 1990 . . . . . . . . . . . . | 12b(1) | | Form 8586, line 5 |
| | (2) Other than on line 12b(1) for property placed in service before 1990 . . . . . . . . . . . . . . . . | 12b(2) | | |
| | (3) From section 42(j)(5) partnerships for property placed in service after 1989 . . . . . . . . . . . . | 12b(3) | | |
| | (4) Other than on line 12b(3) for property placed in service after 1989 . . . . . . . . . . . . . . . . | 12b(4) | | |
| | c  Qualified rehabilitation expenditures related to rental real estate activities . . . . . . . . . . . . . . . . | 12c | | See page 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | d  Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities . . . . . . . . | 12d | | |
| | e  Credits related to other rental activities . . . . . . . . . . | 12e | | |
| | 13  Other credits . . . . . . . . . . . . . . . . . . | 13 | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.                    Schedule K-1 (Form 1120S) 2000

JSA
DC1600 2.000

Schedule K-1 (Form 1120S) (2000)    **SHARF·LDER#01    DAVID W. ELKIN**    Page **2**

| | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Adjustments and Tax Preference Items** | **14a** Depreciation adjustment on property placed in service after 1986 | 14a | -160. | See page 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S) and Instructions for Form 6251 |
| | **b** Adjusted gain or loss | 14b | | |
| | **c** Depletion (other than oil and gas) | 14c | | |
| | **d** (1) Gross income from oil, gas, or geothermal properties | 14d(1) | | |
| | (2) Deductions allocable to oil, gas, or geothermal properties | 14d(2) | | |
| | **e** Other adjustments and tax preference items *(attach schedule)* | 14e | | |
| **Foreign Taxes** | **15a** Name of foreign country or U.S. possession ▶ | | | |
| | **b** Gross income sourced at shareholder level | 15b | | |
| | **c** Foreign gross income sourced at corporate level: | | | |
| | (1) Passive | 16c(1) | | |
| | (2) Listed categories *(attach schedule)* | 15c(2) | | |
| | (3) General limitation | 16c(3) | | |
| | **d** Deductions allocated and apportioned at shareholder level: | | | |
| | (1) Interest expense | 16d(1) | | Form 1116, Part I |
| | (2) Other | 16d(2) | | |
| | **e** Deductions allocated and apportioned at corporate level to foreign source income: | | | |
| | (1) Passive | 15e(1) | | |
| | (2) Listed categories *(attach schedule)* | 15e(2) | | |
| | (3) General limitation | 15e(3) | | |
| | **f** Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 15f | | Form 1116, Part II |
| | **g** Reduction in taxes available for credit and gross income from all sources *(attach schedule)* | 15g | | See Instructions for Form 1116 |
| **Other** | **16** Section 59(e)(2) expenditures: a Type ▶ | | | See Shareholder's Instructions for Schedule K-1 (Form 1120S) |
| | **b** Amount | 16b | | |
| | **17** Tax-exempt interest income | 17 | | Form 1040, line 8b |
| | **18** Other tax-exempt income | 18 | | |
| | **19** Nondeductible expenses | 19 | | See pages 7 and 8 of the Shareholder's Instructions for Schedule K-1 (Form 1120S) |
| | **20** Property distributions (including cash) other than dividend distributions reported to you on Form 1099-DIV | 20 | | |
| | **21** Amount of loan repayments for "Loans From Shareholders" | 21 | | |
| | **22** Recapture of low-income housing credit: | | | |
| | **a** From section 42(j)(5) partnerships | 22a | | Form 8611, line 8 |
| | **b** Other than on line 22a | 22b | | |
| **Supplemental Information** | **23** Supplemental information required to be reported separately to each shareholder *(attach additional schedules if more space is needed):* | | | |

JSA    Schedule K-1 (Form 1120S) 2000

0C1610 2.000

# EXHIBIT T

Form **1120S**

**U.S. come Tax Return for an S Co oration**

▶ Do not file this form unless the corporation has timely filed Form 2553 to elect to be an S corporation.
▶ See separate instructions.

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0130

**2001**

For calendar year 2001, or tax year beginning _____, 2001, and ending _____

| A Effective date of election as an S corporation | Name | C Employer identification number |
|---|---|---|
| 02/02/1990 | THE ELKIN GROUP INC. | 23-2593053 |
| B Business code no. (see pages 29-31) | Number, street, and room or suite no. (If a P.O. box, see page 11 of the instructions.) | D Date Incorporated |
| | 805 BRYN MAWR AVE | 02/02/1990 |
| 513000 | City or town, state, and ZIP code | E Total assets (see page 11) |
| | NEWTOWN SQUARE, PA          19073-4330 | 30,177. |

F Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change  (5) ☐ Amended return

G Enter number of shareholders in the corporation at the end of the tax year . . . . . . . . . . . . . . . . . . . . . . . . . . ▶  1

**Caution:** Include only trade or business income and expenses on lines 1a through 21. See page 11 of the instructions for more information.

**Income**

| | | | | |
|---|---|---|---|---|
| 1a | Gross receipts or sales | | b Less returns and allowances | c Bal ▶ | 1c | |
| 2 | Cost of goods sold (Schedule A, line 8) . . . . . . . . . . | | | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . | | | 3 | |
| 4 | Net gain (loss) from Form 4797, Part II, line 18 (attach Form 4797) . . . . | | | 4 | |
| 5 | Other income (loss) (attach schedule) . . . . . . . . . . | | | 5 | |
| 6 | **Total Income (loss).** Combine lines 3 through 5 . . . . . . . . . . | | | 6 | |

**Deductions** (see page 12 of the instructions for limitations)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers . . . . . . . . . . . . . | 7 | |
| 8 | Salaries and wages (less employment credits) . . . . . . | 8 | |
| 9 | Repairs and maintenance . . . . . . . . . . . . . | 9 | |
| 10 | Bad debts . . . . . . . . . . . . . . . . . | 10 | |
| 11 | Rents . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Taxes and licenses . . . . . . . . . . . . . . . | 12 | |
| 13 | Interest . . . . . . . . . . . . . . . . . . | 13 | |
| 14a | Depreciation (if required, attach Form 4562) . . . . . . | 14a | |
| b | Depreciation claimed on Schedule A and elsewhere on return | 14b | |
| c | Subtract line 14b from line 14a . . . . . . . . . . | 14c | |
| 15 | Depletion (Do not deduct oil and gas depletion.) . . . . . | 15 | |
| 16 | Advertising . . . . . . . . . . . . . . . . . | 16 | |
| 17 | Pension, profit-sharing, etc., plans . . . . . . . . . | 17 | |
| 18 | Employee benefit programs . . . . . . . . . . . . | 18 | |
| 19 | Other deductions (attach schedule) . . . . . . SEE STATEMENT 1 | 19 | 5,422. |
| 20 | **Total deductions.** Add the amounts shown in the far right column for lines 7 through 19 . . . . . . . ▶ | 20 | 5,422. |
| 21 | **Ordinary income (loss)** from trade or business activities. Subtract line 20 from line 6 . . . . . . | 21 | -5,422. |

**Tax and Payments**

| | | | |
|---|---|---|---|
| 22 | Tax: a Excess net passive income tax (attach schedule) . . . . . . . | 22a | |
| | b Tax from Schedule D (Form 1120S) . . . . . . . | 22b | |
| | c Add lines 22a and 22b (see page 16 of the instructions for additional taxes) . . . . . . . . . . . | 22c | |
| 23 | Payments: a 2001 estimated tax payments and amount applied from 2000 return | 23a | |
| | b Tax deposited with Form 7004 . . . . . . . . . . | 23b | |
| | c Credit for Federal tax paid on fuels (attach Form 4136) . . . . . | 23c | |
| | d Add lines 23a through 23c . . . . . . . . . . | 23d | |
| 24 | Estimated tax penalty. Check if Form 2220 is attached . . . . . . ▶ ☐ | 24 | |
| 25 | Tax due. If the total of lines 22c and 24 is larger than line 23d, enter amount owed. See page 4 of the instructions for depository method of payment . . . . . . . . . . . . . ▶ | 25 | |
| 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid . . . . . ▶ | 26 | |
| 27 | Enter amount of line 26 you want: Credited to 2002 estimated tax ▶                 Refunded ▶ | 27 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____  Date _____  Title _____

May the IRS discuss this return with the preparer shown below (see page 3)? ☒ Yes ☐ No

**Paid Preparer's Use Only**

| | | | | |
|---|---|---|---|---|
| Preparer's signature ▶ | | Date | Check if self-employed ☒ | Preparer's SSN or PTIN  P00185980 |
| Firm's name (or yours if self-employed), address, and ZIP code | RICHARD SHORIN, CPA  255 RIDINGS WAY  AMBLER, PA  19002-5247 | EIN  | | Phone no. 215-628-1991 |

For Paperwork Reduction Act Notice, see the separate instructions.

Form **1120S** (2001)

JSA
1C1410 5.000

Form 1120S (2001) THE ELKIN GROUP INC.   23-2593053   Page **2**

## Cost of Goods Sold (see page 16 of the instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs *(attach schedule)* | 4 | |
| 5 | Other costs *(attach schedule)* | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | |

9a Check all methods used for valuing closing inventory:
   (i) ☐ Cost as described in Regulations section 1.471-3
   (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4
   (iii) ☐ Other (specify method used and attach explanation) ▶
b Check if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) ........ ▶ ☐
c Check if the LIFO inventory method was adopted this tax year for any goods *(if checked, attach Form 970)* ...... ▶ ☐
d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO | 9d |
e Do the rules of section 263A (for property produced or acquired for resale) apply to the corporation? ☐ Yes ☐ No
f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☐ No
   If "Yes, " attach explanation.

## Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | Check method of accounting: (a) ☒ Cash  (b) ☐ Accrual  (c) ☐ Other (specify) ▶ _____ | | |

2 Refer to the list on pages 29 through 31 of the instructions and state the corporation's principal:
   (a) Business activity ▶ __COMMUNICATIONS_____ (b) Product or service ▶ SERVICE_____
3 Did the corporation at the end of the tax year own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If "Yes," attach a schedule showing: (a) name, address, and employer identification number and (b) percentage owned. | X
4 Was the corporation a member of a controlled group subject to the provisions of section 1561? | X
5 Check this box if the corporation has filed or is required to file **Form 8264,** Application for Registration of a Tax Shelter ................ ▶ ☐
6 Check this box if the corporation issued publicly offered debt instruments with original issue discount .... ▶ ☐
   If so, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments.
7 If the corporation: (a) filed its election to be an S corporation after 1986, (b) was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to its basis (or the basis of any other property) in the hands of a C corporation, and (c) has net unrealized built-in gain (defined in section 1374(d)(1)) in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years (see page 17 of the instructions) ▶ $ _____
8 Check this box if the corporation had accumulated earnings and profits at the close of the tax year (see page 17 of the instructions) ▶ ☐
**Note:** *If the corporation had assets or operated a business in a foreign country or U.S. possession, it may be required to attach Schedule N (Form 1120), Foreign Operations of U.S. Corporations, to this return. See Schedule N for details.*

## Shareholders' Shares of Income, Credits, Deductions, etc.

| | (a) Pro rata share items | | (b) Total amount |
|---|---|---|---|
| 1 | Ordinary income (loss) from trade or business activities (page 1, line 21) | 1 | -5,422. |
| 2 | Net income (loss) from rental real estate activities *(attach Form 8825)* | 2 | |
| 3a | Gross income from other rental activities | 3a | |
| b | Expenses from other rental activities *(attach schedule)* | 3b | |
| c | Net income (loss) from other rental activities. Subtract line 3b from line 3a | 3c | |
| 4 | Portfolio income (loss): | | |
| a | Interest income | 4a | |
| b | Ordinary dividends | 4b | |
| c | Royalty income | 4c | |
| d | Net short-term capital gain (loss) *(attach Schedule D (Form 1120S))* | 4d | |
| e | (1) Net long-term capital gain (loss) *(attach Schedule D (Form 1120S))* | 4e(1) | 106,748. |
| | (2) 28% rate gain (loss) ▶ _____ (3) Qualified 5-year gain ▶ _____ | | |
| f | Other portfolio income (loss) *(attach schedule)* | 4f | |
| 5 | Net section 1231 gain (loss) (other than due to casualty or theft) *(attach Form 4797)* | 5 | |
| 6 | Other income (loss) *(attach schedule)* | 6 | |

(left margin label: Income (Loss))

JSA
1C1420 3.000

Form **1120S** (2001)

01/29/2002   23-2593053   9

USMD000413

Form 1120S (2001)   THE ELKIN GROUP INC.                          23-2593053      Page **3**

**Shareholders' Shares of Income, Credits, Deductions, etc. (continued)**

| | (a) Pro rata share items | | (b) Total amount |
|---|---|---|---|
| **Deductions** | 7 Charitable contributions (attach schedule) | 7 | |
| | 8 Section 179 expense deduction (attach Form 4562) | 8 | |
| | 9 Deductions related to portfolio income (loss) (itemize) | 9 | |
| | 10 Other deductions (attach schedule) | 10 | |
| **Investment Interest** | 11a Interest expense on investment debts | 11a | |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f above | 11b(1) | |
| | (2) Investment expenses included on line 9 above | 11b(2) | |
| **Credits** | 12a Credit for alcohol used as a fuel (attach Form 6478) | 12a | |
| | b Low-income housing credit: | | |
| | (1) From partnerships to which section 42(j)(5) applies | 12b(1) | |
| | (2) Other than on line 12b(1) | 12b(2) | |
| | c Qualified rehabilitation expenditures related to rental real estate activities (attach Form 3468) | 12c | |
| | d Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities | 12d | |
| | e Credits related to other rental activities | 12e | |
| | 13 Other credits | 13 | |
| **Adjustments and Tax Preference Items** | 14a Depreciation adjustment on property placed in service after 1986 | 14a | -121. |
| | b Adjusted gain or loss | 14b | |
| | c Depletion (other than oil and gas) | 14c | |
| | d (1) Gross income from oil, gas, or geothermal properties | 14d(1) | |
| | (2) Deductions allocable to oil, gas, or geothermal properties | 14d(2) | |
| | e Other adjustments and tax preference items (attach schedule) | 14e | |
| **Foreign Taxes** | 15a Name of foreign country or U.S. possession ▶ _____ | | |
| | b Gross income from all sources | 15b | |
| | c Gross income sourced at shareholder level | 15c | |
| | d Foreign gross income sourced at corporate level: | | |
| | (1) Passive | 15d(1) | |
| | (2) Listed categories (attach schedule) | 15d(2) | |
| | (3) General limitation | 15d(3) | |
| | e Deductions allocated and apportioned at shareholder level: | | |
| | (1) Interest expense | 15e(1) | |
| | (2) Other | 15e(2) | |
| | f Deductions allocated and apportioned at corporate level to foreign source income: | | |
| | (1) Passive | 15f(1) | |
| | (2) Listed categories (attach schedule) | 15f(2) | |
| | (3) General limitation | 15f(3) | |
| | g Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 15g | |
| | h Reduction in taxes available for credit (attach schedule) | 15h | |
| **Other** | 16 Section 59(e)(2) expenditures: a Type ▶ _____ b Amount ▶ | 16b | |
| | 17 Tax-exempt interest income | 17 | |
| | 18 Other tax-exempt income | 18 | |
| | 19 Nondeductible expenses | 19 | |
| | 20 Total property distributions (including cash) other than dividends reported on line 22 below | 20 | |
| | 21 Other items and amounts required to be reported separately to shareholders (attach schedule) | | |
| | 22 Total dividend distributions paid from accumulated earnings and profits | 22 | |
| | 23 Income (loss). (Required only if Schedule M-1 must be completed.) Combine lines 1 through 6 in column (b). From the result, subtract the sum of lines 7 through 11a, 15g, and 16b | 23 | 101,326. |

Form **1120S** (2001)

Form 1120S (2001)  **THE ELKIN GROUP INC.**                                23-2593053    Page 4

### Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1  Cash | STMT 2 | 1,343. | | 4,166. |
| 2 a  Trade notes and accounts receivable | | | | |
| b  Less allowance for bad debts . . . | | | | |
| 3  Inventories . . . . . . . . . . . | | | | |
| 4  U.S. Government obligations . . . | | | | |
| 5  Tax-exempt securities . . . . . . | | | | |
| 6  Other current assets (attach schedule) | | | | |
| 7  Loans to shareholders . . . . . . | | | | |
| 8  Mortgage and real estate loans . . | | | | |
| 9  Other investments (attach schedule) | | | | |
| 10 a  Buildings and other depreciable assets . | 3,853. | | 3,853. | |
| b  Less accumulated depreciation . . | 3,853. | | 3,853. | |
| 11 a  Depletable assets . . . . . . . . | | | | |
| b  Less accumulated depletion . . . . | | | | |
| 12  Land (net of any amortization) . . . | | | | |
| 13 a  Intangible assets (amortizable only) . | 46,783. | | 30,013. | |
| b  Less accumulated amortization . . | | 46,783. | 4,002. | 26,011. |
| 14  Other assets (attach schedule) . . . | | | | |
| 15  Total assets . . . . . . . . . . | | 48,126. | | 30,177. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16  Accounts payable . . . . . . . . | | | | |
| 17  Mortgages, notes, bonds payable in less than 1 year . . . | | | | |
| 18  Other current liabilities (attach schedule) . | | | | |
| 19  Loans from shareholders . . . . . | | | | |
| 20  Mortgages, notes, bonds payable in 1 year or more . . . | | | | |
| 21  Other liabilities (attach schedule) . . | | | | |
| 22  Capital stock . . . . . . . . . . | | 1,000. | | 1,000. |
| 23  Additional paid-in capital . . . . | | 85,276. | | -33,999. |
| 24  Retained earnings . . . . . . . . | | -38,150. | | 63,176. |
| 25  Adjustments to shareholders' equity (attach schedule) | | | | |
| 26  Less cost of treasury stock . . . . | | ( ) | | ( ) |
| 27  Total liabilities and shareholders' equity . . . . . | | 48,126. | | 30,177. |

### Reconciliation of Income (Loss) per Books With Income (Loss) per Return  (You are not required to complete this schedule if the total assets on line 15, column (d), of Schedule L are less than $25,000.)

| | | | |
|---|---|---|---|
| 1  Net income (loss) per books . . . . | 101,326. | 5  Income recorded on books this year not included on Schedule K, lines 1 through 6 (itemize): | |
| 2  Income included on Schedule K, lines 1 through 6, not recorded on books this year (itemize): _____ | | a  Tax-exempt interest _____ _____ | |
| | | 6  Deductions included on Schedule K, lines 1 through 11a, 15g, and 16b, not charged against book income this year (itemize): | |
| 3  Expenses recorded on books this year not included on Schedule K, lines 1 through 11a, 15g, and 16b (itemize): | | a  Depreciation _____ _____ | |
| a  Depreciation _____ | | | |
| b  Travel and entertainment _____ _____ | | 7  Add lines 5 and 6 . . . . . . . . . | |
| | | 8  Income (loss) (Schedule K, line 23). | |
| 4  Add lines 1 through 3 . . . . . . . | 101,326. | Line 4 less line 7 . . . . . . . . . | 101,326. |

### Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed  (see page 27 of the instructions)

| | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|
| 1  Balance at beginning of tax year . . . . . . . . | -38,150. | | |
| 2  Ordinary income from page 1, line 21 . . . . . . . . | | | |
| 3  Other additions . . . . .  SEE STATEMENT 3. | 106,748. | | |
| 4  Loss from page 1, line 21 . . . . . . . . . | ( 5,422.) | | |
| 5  Other reductions . . . . . . . . . . . . . | ( ) | ( ) | |
| 6  Combine lines 1 through 5 . . . . . . . . . | 63,176. | | |
| 7  Distributions other than dividend distributions . . | | | |
| 8  Balance at end of tax year. Subtract line 7 from line 6 . . . . . | 63,176. | | |

TC1440 3.000       JSA        01/29/2002                        23-2593053            Form **1120S** (2001)

| SCHEDULE D (Form 1120S) | Capi_ Gains and Losses and Built-l_ Gains | OMB No. 1545-0130 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ Attach to Form 1120S.<br>▶ See separate instructions. | 2001 |

**Name**

THE ELKIN GROUP INC.

**Employer identification number**

23-2593053

### Short-Term Capital Gains and Losses - Assets Held One Year or Less

| (a) Description of property (Example, 100 shares of "Z" Co.) | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Sales price | (e) Cost or other basis (see instructions) | (f) Gain or (loss) ((d) minus (e)) | |
|---|---|---|---|---|---|---|
| **1** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| 2 | Short-term capital gain from installment sales from Form 6252, line 26 or 37 | 2 | |
| 3 | Short-term capital gain or (loss) from like-kind exchanges from Form 8824 | 3 | |
| 4 | Combine lines 1 through 3 in column (f) | 4 | |
| 5 | Tax on short-term capital gain included on line 33 below | 5 | ( ) |
| 6 | Net short-term capital gain or (loss). Combine lines 4 and 5. Enter here and on Form 1120S, Schedule K, line 4d or 6 | 6 | |

### Long-Term Capital Gains and Losses - Assets Held More Than One Year

| (a) Description of property (Example, 100 shares of "Z" Co.) | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Sales price | (e) Cost or other basis (see instructions) | (f) Gain or (loss) ((d) minus (e)) | (g) 28% rate gain or (loss) *(see instr. below) |
|---|---|---|---|---|---|---|
| **7** SEE STATEMENT 4 | | | | | 106,748. | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| 8 | Long-term capital gain from installment sales from Form 6252, line 26 or 37 | 8 | |
| 9 | Long-term capital gain or (loss) from like-kind exchanges from Form 8824 | 9 | |
| 10 | Capital gain distributions | 10 | |
| 11 | Combine lines 7 through 10 in column (f) | 11 | 106,748. |
| 12 | Tax on long-term capital gain included on lines 25 and 33 below | 12 | ( ) ( ) |
| 13 | Combine lines 7 through 12 in column (g). Enter here and on Form 1120S, Schedule K, line 4e(2) or 6 | 13 | |
| 14 | Net long-term capital gain or (loss). Combine lines 11 and 12 in column (f). Enter here and on Form 1120S, Schedule K, line 4e(1) or 6 | 14 | 106,748. |

*\* 28% rate gain or (loss) includes all "collectibles gains and losses" (as defined in the instructions).*

### Capital Gains Tax (See instructions before completing this part.)

| | | | |
|---|---|---|---|
| 15 | Enter section 1231 gain from Form 4797, line 9 | 15 | |
| 16 | Net long-term capital gain or (loss). Combine lines 11 and 15 | 16 | |
| | **Note:** If the corporation is liable for the excess net passive income tax (Form 1120S, page 1, line 22a) or the built-in gains tax (Part IV below), see the line 17 instructions before completing line 17. | | |
| 17 | Net capital gain. Enter excess of net long-term capital gain (line 16) over net short-term capital loss (line 4) | 17 | |
| 18 | Statutory minimum | 18 | $25,000 |
| 19 | Subtract line 18 from line 17 | 19 | |
| 20 | Enter 34% of line 19 | 20 | |
| 21 | Taxable income (attach computation schedule) | 21 | |
| 22 | Enter tax on line 21 amount (attach computation schedule) | 22 | |
| 23 | Net capital gain from substituted basis property (attach computation schedule) | 23 | |
| 24 | Enter 35% of line 23 | 24 | |
| 25 | **Tax.** Enter the smallest of line 20, 22, or 24 here and on Form 1120S, page 1, line 22b | 25 | |

### Built-In Gains Tax (See instructions before completing this part.)

| | | | |
|---|---|---|---|
| 26 | Excess of recognized built-in gains over recognized built-in losses (attach computation schedule) | 26 | |
| 27 | Taxable income (attach computation schedule) | 27 | |
| 28 | Net recognized built-in gain. Enter smallest of line 26, line 27, or line 7 of Schedule B | 28 | |
| 29 | Section 1374(b)(2) deduction | 29 | |
| 30 | Subtract line 29 from line 28. If zero or less, enter -0- here and on line 33 | 30 | |
| 31 | Enter 35% of line 30 | 31 | |
| 32 | Business credit and minimum tax credit carryforwards under section 1374(b)(3) from C corporation years | 32 | |
| 33 | **Tax.** Subtract line 32 from line 31 (if zero or less, enter -0-). Enter here and on Form 1120S, page 1, line 22b | 33 | |

For Paperwork Reduction Act Notice, see the instructions for Form 1120S.

Schedule D (Form 1120S) 2001

JSA
1C1810 3.000

USMD000416

THE ELKIN GROUP INC.

# 2001 Depreciation

**Description of Property**

**GENERAL DEPRECIATION AND AMORTIZATION**

| Asset description | Date placed in service | Unadjusted cost or basis | Bus. % | 179 exp. reduc. in basis | ITC reduction in basis | Basis for depreciation | Beginning Accumulated Depreciation | Ending Accumulated Depreciation | Me-thod | Con-ven-tion | Life | ACRS class | MA CRS class | Current -yr 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1993 EQUIPMENT | 10/28/1993 | 699. | 100. | | | 699. | 699. | 699. | 200DB | MQ | | | 5 | | |
| 1993 FURNITURE | 11/19/1993 | 3,154. | 100. | | | 3,154. | 3,154. | 3,154. | 200DB | MQ | | | 7 | | |
| 1994 EQUIPMENT | 02/02/1994 | 1,079. | 100. | | | 1,079. | 1,079. | 1,079. | 200DB | HY | | | 5 | | |
| Less: Retired Assets ............ | | | | | | | | | | | | | | | |
| TOTALS ............ | | 4,932. | | | | 4,932. | 4,932. | 4,932. | | | | | | | |

JSA    *Assets Retired
1C0027 1.000      01/25/2002                        23-2593053                        15

USMD000417

# 2001 Amortization

THE ELKIN GROUP INC.

Description of Property

GENERAL DEPRECIATION AND AMORTIZATION

| Asset description | Date placed in service | Cost or basis | Beginning Accumulated Amortization | Ending Accumulated Amortization | Code | Life | Current-year amortization |
|---|---|---|---|---|---|---|---|
| 220 WEB LICENSES | 01/01/2000 | 30,013. | NONE | 4,002. | 197 | 15.000 | 4,002. |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Less: Retired Assets . . . . . . . . . . . | | | | | | | |
| TOTALS . . . . . . . . . . . | | 30,013. | NONE | 4,002. | | | 4,002. |

* Assets Retired

JSA
1CN0261.000       K275  01/29/2002       23-2593053                    16

USMD000418

THE ELKIN GROUP INC.

# 2001 Alternative Minimum Tax Depreciation

**Description of Property**

**GENERAL DEPRECIATION AND AMORTIZATION**

| Asset description | Date Placed in Service | AMT basis for depreciation | AMT accumulated depreciation | AMT method | AMT convention | AMT life | AMT depreciation deduction | Regular depreciation deduction | Post-86 depreciation adjustment | Leased pers. prop. preference | Real property preference |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1993 EQUIPMENT | 10/28/1993 | 699. | 699. | 150DB | MQ | 5.000 | | | | | |
| 1993 FURNITURE | 11/19/1993 | 3,154. | 3,033. | 150DB | MQ | 10.000 | 121. | | | | |
| 1994 EQUIPMENT | 02/02/1994 | 1,079. | 997. | 150DB | HY | 6.000 | | | -121. | | |
| Less: Retired Assets . . . . . . . . . . . | | | | | | | | | | | |
| TOTALS | | 4,932. | 4,729. | | | | 121. | | -121. | | |

* Assets Retired

1X9024 1.000    JSA    K275  01/29/2002

23-2553053

17

USMD000419

THE ELKIN GROUP INC.                                    23-2593053


FORM 1120S, PAGE 1 DETAIL
==================================================================


LINE 19 - OTHER DEDUCTIONS
--------------------------
  AMORTIZATION                                          4,002.
  PROFESSIONAL DUES                                       515.
  ACCOUNTING SERVICES                                     360.
  BANK CHARGES                                             50.
  TELEPHONE                                               495.
                                                   ---------------
     TOTAL                                              5,422.
                                                   ===============

                                              STATEMENT   1

       01/29/2002                 23-2593053              18

USMD000420

THE ELKIN GROUP INC.                                        23-2593053


FORM 1120S, PAGE 4 DETAIL
==================================================================================

SCH M-2, LINE 3 - OTHER ADDITIONS - AAA
----------------------------------------
  NET LONG-TERM CAPITAL GAIN                               106,748.
                                                      ----------------
    TOTAL                                                  106,748.
                                                      ================

                                                   STATEMENT   3

THE ELKIN GROUP INC.

SCHEDULE D (FORM 1120S) DETAIL
================================

LINE 7 - LONG-TERM CAPITAL GAINS AND LOSSES
-------------------------------------------

| PROPERTY | DATE ACQ | DATE SOLD | SALES PRICE | COST | GAIN/LOSS |
|----------|----------|-----------|-------------|------|-----------|
| PHASE II 220 MHZ LICENSES | 02/05/1999 | 08/09/2001 | 131,000. | 24,252. | 106,748. |
| TOTAL | | | | | 106,748. |

01/29/2002

STATEMENT 4

USMD000422

| SCHEDULE K-1<br>(Form 1120S)<br><br>Department of the Treasury<br>Internal Revenue Service | **Shareholder's Share of Income, Credits, Deductions, etc.**<br>► See separate Instructions.<br>For calendar year 2001 or tax year<br>beginning _____, 2001, and ending _____, 20___ | OMB. No. 1545-0130<br><br>**2001** |
| --- | --- | --- |

| Shareholder's identifying number ► 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 | Corporation's identifying number ► 23-2593053 |
| --- | --- |
| Shareholder's name, address, and ZIP code<br><br>DAVID W. ELKIN<br>805 BRYN MAWR AVE<br>NEWTOWN SQUARE, PA  19073-4330 | Corporation's name, address, and ZIP code<br><br>THE ELKIN GROUP INC.<br>805 BRYN MAWR AVE<br>NEWTOWN SQUARE, PA  19073-4330 |

A  Shareholder's percentage of stock ownership for tax year (see instructions for Schedule K-1) . . . . . . . . . . . . . . ►**100.000000** %
B  Internal Revenue Service Center where corporation filed its return ►    CINCINNATI, OH 45999
C  Tax shelter registration number (see instructions for Schedule K-1) . . . . . . . . . . . . . . . . . . . . ►_____
D  Check applicable boxes:   (1) ☐ Final K-1   (2) ☐ Amended K-1

| | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
| --- | --- | --- | --- | --- |
| Income (Loss) | 1  Ordinary income (loss) from trade or business activities . . . . . . . | 1 | -5,422. | See page 4 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 2  Net income (loss) from rental real estate activities . . . . . . . . . . | 2 | | |
| | 3  Net income (loss) from other rental activities . . . . . . . . . . . . | 3 | | |
| | 4  Portfolio income (loss): | | | |
| | a  Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4a | | Sch. B, Part I, line 1 |
| | b  Ordinary dividends . . . . . . . . . . . . . . . . . . . . . . | 4b | | Sch. B, Part II, line 5 |
| | c  Royalties . . . . . . . . . . . . . . . . . . . . . . . . . . | 4c | | Sch. E, Part I, line 4 |
| | d  Net short-term capital gain (loss) . . . . . . . . . . . . . . . | 4d | | Sch. D, line 5, col. (f) |
| | e  (1) Net long-term capital gain (loss) . . . . . . . . . . . . . . | 4e(1) | 106,748. | Sch. D, line 12, col. (f) |
| | (2) 28% rate gain (loss) . . . . . . . . . . . . . . . . . | 4e(2) | | Sch. D, line 12, col. (g) |
| | (3) Qualified 5-year gain . . . . . . . . . . . . . . . . | 4e(3) | | Line 4 of worksheet for Sch. D, line 29 |
| | f  Other portfolio income (loss) *(attach schedule)* . . . . . . . . . . | 4f | | (Enter on applicable line of your return.) |
| | 5  Net section 1231 gain (loss) (other than due to casualty or theft) . . . | 5 | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 6  Other income (loss) *(attach schedule)* . . . . . . . . . . . . . . | 6 | | (Enter on applicable line of your return.) |
| Deductions | 7  Charitable contributions *(attach schedule)* . . . . . . . . . . | 7 | | Sch. A, line 15 or 16 |
| | 8  Section 179 expense deduction . . . . . . . . . . . . . . . . | 8 | | See page 6 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 9  Deductions related to portfolio income (loss) *(attach schedule)* . . . . | 9 | | |
| | 10  Other deductions *(attach schedule)* . . . . . . . . . . . . . . | 10 | | |
| Investment Interest | 11a  Interest expense on investment debts . . . . . . . . . . . . . | 11a | | Form 4952, line 1 |
| | b  (1) Investment income included on lines 4a, 4b, 4c, and 4f above . . . | 11b(1) | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | (2) Investment expenses included on line 9 above . . . . . . . . | 11b(1) | | |
| Credits | 12a  Credit for alcohol used as fuel . . . . . . . . . . . . . . . . | 12a | | Form 6478, line 10 |
| | b  Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships . . . . . . . . . . . | 12b(1) | | Form 8586, line 5 |
| | (2) Other than on line 12b(1) . . . . . . . . . . . . . . | 12b(1) | | |
| | c  Qualified rehabilitation expenditures related to rental real estate activities . . . . . . . . . . . . . . . . . . . . . . . . | 12c | | |
| | d  Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities . . . . . . . . . . . . . . . . . | 12d | | See pages 6 and 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | e  Credits related to other rental activities. . . . . . . . . . . . . | 12e | | |
| | 13  Other credits . . . . . . . . . . . . . . . . . . . . . . . | 13 | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.        Schedule K-1 (Form 1120S) 2001

JSA
1C1600 3.000

Schedule K-1 (Form 1120S) (2001)    **SHAREHOLDER#01    DAVID W. ELKIN**    Page **2**

| (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **Adjustments and Tax Preference Items** | | | See page 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S) and Instructions for Form 6251 |
| 14a | Depreciation adjustment on property placed in service after 1986  14a | -121. | |
| b | Adjusted gain or loss  14b | | |
| c | Depletion (other than oil and gas)  14c | | |
| d | (1) Gross income from oil, gas, or geothermal properties  14d(1) | | |
| | (2) Deductions allocable to oil, gas, or geothermal properties  14d(2) | | |
| e | Other adjustments and tax preference items (attach schedule)  14e | | |
| **Foreign Taxes** | | | |
| 15a | Name of foreign country or U.S. possession | | |
| b | Gross income from all sources  15b | | |
| c | Gross income sourced at shareholder level  15c | | Form 1116, Part I |
| d | Foreign gross income sourced at corporate level: | | |
| | (1) Passive  15d(1) | | |
| | (2) Listed categories (attach schedule)  15d(2) | | |
| | (3) General limitation  15d(3) | | |
| e | Deductions allocated and apportioned at shareholder level: | | |
| | (1) Interest expense  15e(1) | | |
| | (2) Other  15e(2) | | |
| f | Deductions allocated and apportioned at corporate level to foreign source income: | | |
| | (1) Passive  15f(1) | | |
| | (2) Listed categories (attach schedule)  15f(2) | | |
| | (3) General limitation  15f(3) | | |
| g | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued  15g | | Form 1116, Part II |
| h | Reduction in taxes available for credit (attach schedule)  15h | | See Instructions for Form 1116 |
| **Other** | | | |
| 16 | Section 59(e)(2) expenditures: a Type ▶ | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| b | Amount  16b | | |
| 17 | Tax-exempt interest income  17 | | Form 1040, line 8b |
| 18 | Other tax-exempt income  18 | | |
| 19 | Nondeductible expenses  19 | | See page 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| 20 | Property distributions (including cash) other than dividend distributions reported to you on Form 1099-DIV  20 | | |
| 21 | Amount of loan repayments for "Loans From Shareholders"  21 | | |
| 22 | Recapture of low-income housing credit: | | |
| a | From section 42(j)(5) partnerships  22a | | Form 8611, line 8 |
| b | Other than on line 22a  22b | | |
| **Supplemental Information** | | | |
| 23 | Supplemental information required to be reported separately to each shareholder (attach additional schedules if more space is needed): | | |

JSA
1C1810 3.000                                                    Schedule K-1 (Form 1120S) 2001

01/29/2002              23-2593053              24

USMD000424

# EXHIBIT U

# WINSTON & STRAWN

<table>
<tr><td>35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703</td><td>200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193</td><td>21 AVENUE VICTOR HUGO<br>75116 PARIS, FRANCE</td></tr>
<tr><td>43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND</td><td>(212) 294-6700</td><td>1400 L STREET, N.W.<br>WASHINGTON, D.C. 20005-3502</td></tr>
<tr><td>38TH FLOOR<br>333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543</td><td>FACSIMILE (212) 294-4700</td><td></td></tr>
<tr><td></td><td>www.winston.com</td><td></td></tr>
</table>

VINCENT A. SAMA
(212) 294-4695
vsama@winston.com

October 2, 2002

Mr. David W. Elkin
President
US MobilComm, Inc.
805 Bryn Mawr Avenue
Newton Square, PA 19073-4330

> **Re:** **Re: Potential Sales or Other Dispositions of US MobilComm, Inc. Assets and/or Stock**

Dear Mr. Elkin:

At the request of Jeffrey Norman and other minority stockholders of US MobilComm, Inc., I am writing to inquire about the sale or other disposition of any assets or stock of US MobilComm, Inc. over the past three (3) years, and the distribution or use of any proceeds of any such sales or dispositions. Mr. Norman and the stockholders would like to receive documents and information about all such sales and dispositions and the distribution and/or use of any and all of such proceeds.

I understand that you have confirmed to Mr. Norman that at least one sale of assets has taken place. Despite Mr. Norman's requests, however, he has never received any information confirming the terms of such sale and the distribution and/or use of those sale proceeds.

Under these circumstances, Mr. Norman, on behalf of himself and the other minority stockholders, hereby requests, pursuant to, inter alia, Section 220 of the Delaware General Corporation Law, an inspection of US MobilComm, Inc.'s books and records, including, but not limited to, any and all documents relating to any sale or other disposition of assets or stock of US MobilComm, Inc., and the use and/or distribution of the proceeds of any such sale or other disposition. A copy of Mr. Norman's demand for such inspection under oath is attached hereto.

WINSTON & STRAWN

Mr. David W. Elkin
October 2, 2002
Page 2


Please call me promptly so that we can arrange an inspection of the relevant document and materials, or for you to provide all such documents and information to Mr. Norman and the other minority stockholders.

Thank you in advance for your anticipated cooperation.

Very truly yours,

Vincent A. Sama

VAS:imf
cc:    Jeffrey Norman

NY:716983.1

## STOCKHOLDER DEMAND UNDER OATH
## PURSUANT TO SECTION 220 OF THE
## DELAWARE GENERAL CORPORATION LAW

JEFFREY NORMAN. being duly sworn. hereby demands under oath. the opportunity to inspect all of the books and records of US MobilComm. Inc. (the "Company"). including its stock ledger and list of stockholders. for the purpose of ascertaining whether or not the Company has sold or otherwise disposed of any of its assets or stock over the past three (3) years. and. if it has. how the proceeds of any such sale or disposition were used. including, but not limited to. whether any such proceeds were distributed to stockholders of the Company or any other third parties.

_____
Jeffrey Norman

Sworn to me at New Canaan, Ct
this 30th day of September. 2002

_____
Notary Public

My Commission Expires
Aug. 31, 2003

NY:716990.1

# EXHIBIT V

# US MOBILCOMM, INC.

805 Bryn Mawr Avenue
Newtown Square, PA 19073

December 3, 2002

Vincent A. Sama, Esq.
Winston & Strawn
200 Park Avenue
New York, NY 10166-4193

Dear Mr. Sama,

Per your request of October 2, 2002, over past 3 years US MobilComm, Inc. has sold the 220 Mhz licenses it owned in Florida, Boston and Chicago, together with related equipment. Attached are copies of the purchase and sale agreements for the sales.

The net proceeds of such sales were distributed as follows:

| | |
|---|---|
| Sales Price of Boston Systems: | $349,000 |
| Sales Price of Florida Systems: | $130,708 |
| Total Net Proceeds | $479,708 |

Use of Proceeds:

| | |
|---|---|
| Repayment of Equipment Loans - | $31,996 |
| Payment of Legal Fees - | $31,124 |
| Payments to Original Licensees | $36,000 |
| Repayment of Shareholder Loans – | $380,588 |

Please be advised that in the cases of both of the above transactions USM entered into strict confidentiality agreements that bound USM and anyone receiving information about the transactions from USM.

If you have any further questions or comments please let me know.

Sincerely,

David W. Elkin
President

**PTF0052**

# EXHIBIT W

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| JEFFREY M. NORMAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Civil Action |
| | : | No. 849-N |
| U.S. MOBILCOMM, INC., | : | |
| | : | |
| Defendant. | : | |

- - -

Chancery Courtroom No. 12C

New Castle County Courthouse

Wilmington, Delaware

Tuesday, August 23, 2005

9:38 a.m.

- - -

BEFORE:  HON. DONALD F. PARSONS, JR., Vice Chancellor.

- - -

TRIAL TRANSCRIPT

- - -

CHANCERY COURT REPORTERS

500 North King Street - Suite 11400

Wilmington, Delaware 19801-3759

(302) 255-0525

3/7/2007  Trial Transcript - 8/23/05

```
1          Q          Were all those loans pursuant to the
2    shareholder loan agreement?
3          A          Yes.
4          Q          Were all the loans post-September 1st,
5    1995?
6          A          I don't know.  I assume so.  That's
7    the date of the shareholder loan agreement.
8          Q          If they were pre-September 1st, 1995,
9    they wouldn't be controlled by the shareholder loan
10   agreement.  Correct?
11         A          I suspect that that's true.
12         Q          Well, how could it be untrue, based on
13   the fact that the document is dated September 1st,
14   1995?
15         A          I'm not saying that's untrue.  I'm
16   saying that if there were loans before that date,
17   which I don't believe that there were, and there was a
18   loan agreement subsequent that discussed the repayment
19   of advances made by the company, then that would
20   probably be the best evidence of how they should be
21   repaid.  But I'm not saying that they existed.
22         Q          Who drafted the shareholder loan
23   agreement, Mr. Elkin?
24         A          I did.
```

### 3/7/2007 Trial Transcript - 8/23/05

```
1          Q        Where was it drafted, at your home?

2          A        I don't recall.

3          Q        Do you remember when you drafted it?

4          A        I do not.

5          Q        Did you draft it after September 1st,

6     1995?

7          A        I believe so.

8          Q        Was it -- how long after

9     September 1st, 1995 was it that you drafted this?  How

10    many days or weeks or months afterwards?

11         A        I don't recall.

12         Q        Okay.  Was it last week or was it --

13         A        No.

14         Q        Okay.  Was it -- was it -- I'm sorry.

15    Was it in 1995, do you know?

16         A        I don't know when it was drafted.  It

17    was -- I don't believe it was 1995.  The best guess is

18    in a year or so subsequent to that.

19         Q        It was drafted as early as sometime in

20    1996?

21         A        No.  It could have been drafted

22    closer, but I'm just saying to the best of my

23    recollection as I'm sitting here today.

24         Q        Would this be on your computer at
```

### 3/7/2007 Trial Transcript - 8/23/05

1 home?

2   A  I don't believe so.

3   Q  Why was it entered into as of

4 September 1st, 1995, if it was drafted sometime after

5 that?

6   A  Because that was the date -- if I can

7 give a little bit of background again, Mr. Norman had

8 put $200,000 into the company, and then throughout the

9 period starting fairly soon after he put the money in,

10 but certainly in 1995, he had periodically taken money

11 out of the company, ostensibly to pay living expenses.

12 The amount that he had left in the company was

13 somewhere in the neighborhood of -- my best

14 recollection was $138,000.  And based on a

15 three-to-one sharing ratio, I determined that, as a

16 matter of fairness -- that my equity would be

17 $420,000, and anything I advanced above that would be

18 shareholder loans.

19   Q  Is there any correspondence between

20 you and Mr. Norman on that point?

21   A  As to his --

22   Q  As to his distributions or shareholder

23 loans.  As to your decision to draft the shareholder

24 loan agreement.

# EXHIBIT X

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY M. NORMAN, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-005-JJF |
| | : | |
| DAVID W. ELKIN, RICHARD M. SHORIN | : | |
| and THE ELKIN GROUP, INC. | : | Jury Trial Demanded |
| | : | |
| Defendants, | : | |
| | : | |
| and | : | |
| | : | |
| US MOBILCOMM, INC., | : | |
| | : | |
| Nominal Defendant. | : | |

## DECLARATION OF MARTIN H. ABO

I, Martin H. Abo, hereby state in accordance with the provisions of Title 28, section 1746 of the United States Code the following:

1.      I am over eighteen (18) years of age and competent to testify about the facts stated herein.

2.      I am a Certified Public Account and a Certified Valuation Analyst. I was retained by Plaintiff Jeffrey M. Norman to provide testimony at the trial of the above-captioned matter. As part of my preparation for trial, I had occasion to review a number of US Mobilcomm, Inc. ("USM") financial and ancillary corporate documents.

3.      I reviewed USM's Form 1120S Internal Revenue Service tax returns for the years 1997 through 2004. At no time during these eight (8) years did USM ever disclose the existence of any "loans from shareholders" on its required Schedule L balance sheet or anywhere else in the tax returns.

4.      USM was treated for tax purposes as a S corporation or pass-through entity.  The fact that its stockholders were provided notice of proportionate capital gains through Form K-1s does not indicate nor imply that distributions were made to stockholders.

5.      Based on my review of USM's records, the company maintained a number of capital assets, including, without limitation: radio towers and radio equipment and Federal Communications Commission 220 MHz licenses.  Like any capital asset, these assets were all susceptible to appreciation or depreciation.  If any of these assets were sold under either one of the scenarios, the stockholders would realize a capital gain or even a capital loss.  The fact that the company's Form K-1s disclosed any such capital gains or losses in any given year did not necessarily indicate or imply that any licenses or only licenses were sold.

6.      I reviewed the December 3, 2002 letter from David Elkin (as President of USM) to Vincent A. Sama, Esq. (counsel for Jeffrey Norman) which purportedly discloses total net proceeds from the sales of licenses to be $479,709 and repayment of shareholder loans in the amount of $380,588.    Following my review of USM's own documents, Mr. Elkin's representations were and are false.   Based on corporate documents that existed prior to December 3, 2002 (but not disclosed to Norman until after that date), it was known that the net proceeds from the sales of licenses exceeded the amount Mr. Elkin reported and Elkin had already received at least $601,500 as purported repayment of shareholder loans.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.


Executed this **21** day of March, 2007.                 _____

                                                                        Marin H. Abo

# EXHIBIT Y

# WINSTON & STRAWN

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

38TH FLOOR
333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

(212) 294-6700

FACSIMILE (212) 294-4700

www.winston.com

21 AVENUE VICTOR HUGO
75116 PARIS, FRANCE

1400 L STREET, N.W.
WASHINGTON, D.C. 20005-3502

VINCENT A. SAMA
(212) 294-4695
vsama@winston.com

May 20, 2003

Mr. David W. Elkin
President
US MobilComm, Inc.
805 Bryn Mawr Avenue
Newton Square, PA 19073-4330

        Re:    Re: Potential Sales or Other Dispositions of US MobilComm, Inc.
               Assets and/or Stock

Dear Mr. Elkin:

       I am writing to follow up on the issues raised by the documents you sent to me in December 2002 in response to my October 2, 2002 letter.

       After reviewing those documents, Jeffrey Norman and other minority shareholders of US MobilComm, Inc. have a number of additional questions and would like to review US MobilComm, Inc.'s books and records. In the interests of efficiency, we are prepared to travel to Pennsylvania to meet with you to review and discuss these documents and the company's transactions and operations.

       Please call me so that we can schedule a meeting in Pennsylvania in the next few weeks.

       Very truly yours,

       Vincent A. Sama

VAS:imf
cc:  Jeffrey Norman

NY:780275.1

**PLTF1381**

# EXHIBIT Z

# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| **35 WEST WACKER DRIVE**<br>**CHICAGO, ILLINOIS 60601-9703** | **200 PARK AVENUE**<br>**NEW YORK, NEW YORK 10166-4193** | **333 SOUTH GRAND AVENUE**<br>**LOS ANGELES, CALIFORNIA 90071-1543** |
| **43 RUE DU RHONE**<br>**1204 GENEVA, SWITZERLAND** | (212) 294-6700 | **21 AVENUE VICTOR HUGO**<br>**75116 PARIS, FRANCE** |
| **CITY POINT**<br>**1 ROPEMAKER STREET**<br>**LONDON, EC2Y 9HT** | FACSIMILE (212) 294-4700<br><br>www.winston.com | **101 CALIFORNIA STREET**<br>**SAN FRANCISCO, CALIFORNIA 94111-5894** |
| | | **1400 L STREET, N.W.**<br>**WASHINGTON, D.C. 20005-3502** |

**VINCENT A. SAMA**
(212) 294-4695
vsama@winston.com

August 6, 2003

Mr. David W. Elkin
President
US MobilComm, Inc.
805 Bryn Mawr Avenue
Newton Square, PA 19073-4330

Re:     Re: Potential Sales or Other Dispositions of US MobilComm, Inc.
Assets and/or Stock

Dear Mr. Elkin:

I am writing to follow up on my letter to you dated May 20, 2003 and our telephone conversation on June 17, 2003. During the June 17th conversation, you agreed to send me various accounting and bookkeeping records and documents by the middle of July 2003. I have neither received any such documents or records from you, nor have heard from you since June 17.

Upon receipt of this letter, please send me the documents and records we discussed and telephone me.

Very truly yours,

Vincent A. Sama

VAS:imf
cc:     Jeffrey Norman

NY:799541.1

PLTF1380

# EXHIBIT AA



**BLANK ROME** LLP
COUNSELORS AT LAW

| Phone: | (302) 425-6408 |
| Fax: | (302) 425-6464 |
| Email: | caponi@blankrome.com |

May 3, 2005

**BY HAND**

Sean J. Bellew, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

Re:     Norman v. US Mobilcomm, Inc.

Dear Sean:

Enclosed please find documents (Bates range MC000468 -- 771) that are part of US Mobilcomm's ongoing voluntarily document production in response to the requests of Mr. Norman.

Yours very truly,

Steven L. Caponi

SLC/rst
Enclosures

# EXHIBIT BB



**BLANK  ROME** LLP
COUNSELORS AT LAW

| | |
|---|---|
| *Phone:* | *(302) 425-6408* |
| *Fax:* | *(302) 425-6464* |
| *Email:* | *caponi@blankrome.com* |

September 7, 2005

**BY HAND**

David A. Felice, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

Re:    Norman v. US Mobilcomm, Inc.

Dear David:

In keeping with the parties' agreement, US Mobilcomm, Inc. is producing the enclosed documents, Bates numbered MC000772 through MC001493. Additional documents will be produced as they are identified during the course of US Mobilcomm's ongoing document review.

Yours very truly,

Steven L. Caponi

SLC/rst
Enclosures

cc:    Brian McTear, Esquire (w/o encl.)
       Mr. David Elkin (w/o encl.)
       Sean Bellew, Esquire (w/o encl.)

# EXHIBIT CC

**3/7/2007  Elkin - 12/6/06**

```
    0001
 1                IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF DELAWARE
 3
 4       JEFFREY M. NORMAN          :  C.A. No. 06-005-JJF
                Plaintiff,          :
 5                                  :
            - vs -                  :
 6                                  :
         DAVID W. ELKIN, RICHARD M. :
 7       SHORIN and THE ELKIN GROUP,:
         INC.,                      :
 8           Defendants,            :
                                    :
 9           and                    :
                                    :
10       US MOBILCOMM, INC.,        :
                Nominal Defendant.  :
11
12
13               ORAL DEPOSITION OF DAVID W. ELKIN, taken before
14       Nancy R. Toner, Registered Professional Reporter, Notary
15       Public, at the offices of BLANK ROME, LLP, 1201 North Market
16       Street, Suite 800, Wilmington, Delaware on Wednesday,
17       December 6, 2006, commencing at 9:50 a.m.
18
19
20
21
22               LOVE COURT REPORTING, INC.
                    1500 Market Street
23                12th Floor, East Tower
            Philadelphia, Pennsylvania  19102
24                   (215) 568-5599
```

1

3/7/2007  Elkin - 12/6/06

1        A.    I have.

2        Q.    You have?

3        A.    Yes.

4        Q.    Okay.  And you are aware that the company

5   has an outstanding liability related to the Section

6   220 action and the Court's awarding of cost in

7   connection with that trial?

8        A.    Yeah.

9        Q.    And we've requested payment of that

10  amount.  Are you aware of that?

11       A.    I presume that that's true.

12       Q.    And this is a response to our request that

13  essentially says that your position is that you're

14  not personally liable for that amount?

15       A.    Absolutely.  Goes on to state the company

16  does not have the resources to satisfy the

17  obligations.

18       Q.    It also goes on to say, moreover, not only

19  does the company lack the money or resources to

20  satisfy the obligation to Mr. Norman, it also has a

21  number of other creditors that may have priority

22  over Mr. Norman's claim.  Do you see that?

23       A.    Yes.

24       Q.    Is the company insolvent?

1       A.   Yeah, yes.

2               MR. BELLEW:  If you just give me one

3       second.

4               THE WITNESS:  I'll be back in one

5       minute.

6               (Whereupon, a brief recess was

7       taken.)

8               MR. BELLEW:  Back on the record.

9               That's all I have.

10              MR. EVETTS:  I have a couple.

11              Could we mark that please?

12              It's my understanding -- but you tell

13      me -- that what you're saying is these

14      documents were actually copied in toto and

15      provided to you?

16              MR. BELLEW:  That was my very

17      preliminary hypothesis by looking at them for

18      all of 30 seconds after you have confused me

19      for about 40 minutes of the day with some

20      convoluted explanation about where these

21      documents have come from.

22              MR. EVETTS:  Yes.  I will mark --

23      since we had a bunch of testimony about this

24      document for clarity of knowing what Mr. Elkin

# EXHIBIT DD

# BERG & ANDROPHY
### A PARTNERSHIP INCLUDING A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW

TEL: 713/529.5622
FAX: 713/529.3785

3704 TRAVIS STREET
HOUSTON, TEXAS 77002-9550

MARK A. EVETTS
mevetts@bafirm.com

June 8, 2006

**VIA FACSIMILE - (302) 295-2013**
**AND US MAIL**

Mr. David A. Felice
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801-1147

    Re:   C.A. 849-N; *Jeffrey M. Norman v. US Mobilcomm, Inc.*

Dear David:

I am in receipt of your letter dated June 1, 2006. As you know, the Court's order was directed to US MobilComm ("USM"), not Mr. Elkin personally, and the law is clear that Mr. Elkin has no obligation to advance or loan monies to USM to satisfy its obligations. Moreover, not only does the company lack the money or resources to satisfy the obligation to Mr. Norman, it also has a number of other creditors that may have priority over Mr. Norman's claim.

Should you have any questions or concerns, please feel free to contact me.

Sincerely,

Mark A. Evetts

MAE/lh

EXHIBIT
ELKIN 7
nvtt 12/6/06

HOUSTON • NEW YORK