## **CERTIFICATE OF SERVICE**

    I, Sean J. Bellew, do hereby certify that on March 23, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

        Steven L. Caponi, Esquire
        Blank Rome LLP
        1201 N. Market Street, Suite 800
        Wilmington, DE 19801

    I further certify that on March 23, 2007, copies of the foregoing were served upon the following party via email:

        Mark A. Evetts, Esquire
        8502 Jackson Creek Bend Lane
        Humble, TX 77396
        mevetts@houston.rr.com

        */s/ Sean J. Bellew*
        Sean J. Bellew (#4072)
        David A. Felice (#4090)
        Cozen O'Connor
        1201 N. Market Street, Suite 1400
        Wilmington, DE 19801
        Telephone: (302) 295-2000
        Facsimile: (302) 295-2013
        Email: sbellew@cozen.com