IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY M. NORMAN,<br>　　　Plaintiff,<br><br>v.<br><br>DAVID W. ELKIN, RICHARD M. SHORIN,<br>and THE ELKIN GROUP, INC.,<br>　　　Defendants,<br><br>And<br><br>US MOBILCOMM, INC.,<br>　　　Nominal Defendant. | §<br>§<br>§<br>§<br>§<br>§　C.A. NO. 06-005-JJF<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## TABLE OF UNREPORTED CASES CITED IN DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

BLANK ROME LLP
Steven L. Caponi
Delaware Bar No. 3484
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

Mark A. Evetts
Law Offices of Mark A. Evetts
8502 Jackson Creek Bend Lane
Humble, Texas 77396
Telephone: (281) 458-6914
Facsimile: (281) 458-0326

*Attorneys for Defendants David W. Elkin, Richard M. Shorin, The Elkin Group, Inc., and Nominal Defendant US MobilComm, Inc.*

Dated: April 10, 2007

122138.00601/40168210v.1

**TABLE OF UNREPORTED CASES**

   **Exhibit**

Amfar Asphault Corp.,
   986 WL. 27582 (E.D.N.Y. Nov. 20, 1986) ..................................................................1

Beana v. Woori Bank,
   2006 WL. 2935752 (S.D.N.Y. Oct. 11, 2006).............................................................2

In re Dean Witter Partnership Litigation,
   1998 WL. 442456 (Del. Ch. Jul 17, 1998),
   *aff'd*, 725 A.2d 441 (Del. 1999)...................................................................................3

Ecke v. United States,
   1994 WL. 782230 (D. Del. Mar. 1, 1994) ...................................................................4

Orloff v. Shulman,
   2005 WL. 3272355 (Del. Ch. Nov. 23, 2005) .............................................................5

Ruggerio v. Poppiti,
   2005 WL. 517967 (Del. Ch. Feb. 23, 2005).................................................................6

Taylor v. LSI Logic Corp.,
   1996 WL. 361505 (Del. Ch. Jun 21, 1996),
   *rev'd on other grounds* 689 A.2d 1196 (Del. 1997) ..................................................7

In re Tyson Foods, Inc.,
   2007 WL. 1018209 (Del. Ch. Feb. 6, 2007).................................................................8

In re. USACAFES, L.P. Litigation,
   1993 WL. 18769 (Del. Ch. Jan. 21, 1993)...................................................................9

Yaw v. Talley,
   1994 WL. 89019 (Del. Ch. Mar. 2, 1994) .................................................................10