# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

May 11, 2007

Mr. Sean J. Bellew, Esquire
Mr. David A. Felice, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 North Market St., Suite 1400
Wilmington, DE 19801

Mr. Steven L. Caponi, Esquire
Blank Rome LLP
1201 N. Market St., Suite 800
Wilmington, DE 19801-4226

RE: Norman v. Elkin, et al.,
C.A. No. 06-05-JJF

Dear Mr. Bellew, Mr. Felice and Mr. Caponi:

    A pretrial conference was scheduled for Thursday, May 10, 2007, at 11:00 a.m. Both parties were present but a Pretrial Order had not been filed prior to the conference in accordance with Local Rule 16.4(d). When questioned by Court staff, counsel responded that they were not aware the pre-conference filing of a Pretrial Order was necessary. Obviously, the oversight caused inconvenience for counsel and the Court. The Court will reschedule the conference and counsel will be expected to comply with L.R. 16.4(d).

Sincerely,

JOSEPH J. FARNAN, JR.

JJFjr:srs

cc: Clerk, United States District Court