

# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

SUITE 1400   CHASE MANHATTAN CENTRE   1201 NORTH MARKET STREET   WILMINGTON, DE 19801-1147
302.295.2000   888.207.2440   302.295.2013 FAX   www.cozen.com

June 15, 2007

**VIA ECF**

**David A. Felice**
Direct Phone 302.295.2011
Direct Fax    866.776.8911
dfelice@cozen.com

The Honorable Joseph J. Farnan, Jr.
U.S. District Court, District of Delaware
844 North King Street
Wilmington, DE 19801

**Re:   *Jeffrey M. Norman v. David W. Elkin, et al.*; C.A. No. 06-005-JJF**

Dear Judge Farnan:

This firm represents Plaintiff Jeffrey M. Norman in the above-referenced action.

We write to request that the Court reschedule the pretrial conference originally scheduled for May 10, 2007. As the Court noted, counsel erred in not presenting a pretrial order in advance of the pretrial conference. Once a new pretrial conference date is established, the parties will present their pretrial order as required by the Court's local rules.

As always, should the Court have any questions or concerns about this matter, counsel is available at the Court's convenience.

Respectfully,

David A. Felice

David A. Felice (#4090)

DAF/ssl
cc:   Clerk of Court (*via ECF*)
      Steven Caponi, Esquire (*via ECF*)
      Sean J. Bellew, Esquire

WILMINGTON\53874\1  156666.000