

Phone:    (302) 425-6438
Fax:      (302) 428-5134
Email:    Azar@BlankRome.com

July 25, 2007

**BY HAND & ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
U.S. District Court, District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    *Jeffrey M. Norman v. David W. Elkin, et al.*; C.A. No. 06-005-JJF (D.I. 51)

Dear Judge Farnan:

    A pre-trial conference in the above-referenced matter is currently scheduled for August 2, 2007 at 2:30 p.m. Defendants have recently learned that lead counsel, Mark Evetts, has a serious health issue that prevents him from continuing to represent Defendants in this case. Thus, Steven Caponi of this office will be assuming the role of lead counsel, including the trial of this matter. Mr. Caponi is currently away on a long planned family vacation and will be returning on the afternoon of August 2, 2007.

    Therefore, Defendants respectfully request that the pre-trial conference be rescheduled during the week of August 6, 2007, or at some other point, as soon as the Court's schedule will allow. Defendants are not seeking to delay the trial of this matter and would agree to schedule the trial as if the conference took place on August 2, 2007. Counsel for Defendants has spoken with counsel for the Plaintiff. They are not opposed to rescheduling of the pre-trial conference so long as it does not result in a corresponding delay in this matter reaching trial. Counsel for both parties are available to speak on this issue at the convenience of Your Honor.

                                   Respectfully,

                                   Christine S. Azar
                                   I.D. No. 4170

CSA:pfc

cc: Sean J. Bellew, Esquire – by electronic service