IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY M. NORMAN, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-005-JJF |
| DAVID W. ELKIN, et al, | : |
| Defendants. | : |

**O R D E R**

WHEREAS, Defendants have filed a letter (D.I. 58) requesting the August 2, 2007 pretrial conference be postponed;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) The Pretrial Conference set for August 2, 2007 at 2:30 is cancelled.

2) A Pretrial Conference will be held on **Wednesday, August 22, 2007 at 1:30 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

3) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel should be available during the 120 day period for trial.

July 27, 2007
DATE

UNITED STATES DISTRICT JUDGE