IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JEFFREY M. NORMAN,                  :
                                    :
            Plaintiff,              :
                                    :
      v.                            :    CIVIL ACTION NO. 06-005-JJF
                                    :
DAVID W. ELKIN, RICHARD M.          :
SHORIN and                          :
THE ELKIN GROUP, INC.               :
                                    :
            Defendants,             :
                                    :

**ORDER**

WHEREAS, on February 22, 2007, Plaintiff filed a Motion For A Protective Order (D.I. 46) requesting that the Court quash Defendants notice to depose Plaintiff on February 23, 2007;

WHEREAS, Defendants did not file a response to the Motion;

WHEREAS, considering the time for fact discovery closed on December 22, 2007, and Plaintiff's efforts to schedule the continuation of his deposition after the time for fact discovery but before the time for expert reports, the Court concludes that Plaintiff demonstrates good cause for the Motion;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion For A Protective Order (D.I. 46) is **GRANTED**.

August ___1___, 2007

_____
UNITED STATES DISTRICT JUDGE