**EXHIBIT A**

# U.S. MOBILCOMM EXHIBIT LIST

### Exhibit A - Plaintiff's Exhibits

| Exhibit # | Title | Date | Identifier | Defendants' Objections | Admitted |
|---|---|---|---|---|---|
| 1 | Daniels & Associates valuation in connection with the Centennial transaction. | | [Defendants have not provided valuation, please do so] | | |
| 2 | Analysis of capital contributions and loans since inception | undated | MC001165 | | |
| 3 | USM Check Register | 01/01/1994 – 12/31/2004 | MC001507 – 1603 | | |
| 4 | 1996 Tax Return for USM | 1996 | PTF0298 – 307 | | |
| 5 | 1997 Tax Return for USM | 1997 | MC000468 - 85 | | |
| 6 | 1998 Tax Return for USM | 1998 | MC000486 – 505 | | |
| 7 | 1999 Tax Return for USM | 1999 | MC000506 – 29 | | |
| 8 | 2000 Tax Return for USM | 2000 | MC000525 – 44 | | |
| 9 | 2001 Tax Return for USM | 2001 | MC000545 – 64 | | |
| 10 | 2002 Tax Return for USM | 2002 | MC000565 – 83 | | |
| 11 | 2003 Tax Return for USM | 2003 | MC000584 – 603 | | |
| 12 | 2004 Tax Return for USM | 2004 | MC000604 – 19 | | |
| 13 | 2000 Tax Return for TEG | 2000 | USMD000398 – 411 | | |
| 14 | 2001 Tax Return for TEG | 2001 | USMD000412 – 24 | | |
| 15 | 2004 Tax Return for TEG | 2004 | USMD000445 – 56 | | |
| 16 | Exemplar of USM's 220 MHz System Management Agreement | 04/14/1994 | PTF0132 – 57 | | |

| | | | | | |
|---|---|---|---|---|---|
| 17 | Wire transfer instructions from Norman to Lissa Mattson | 05/02/1994 | PTF0006 – 7 | | |
| 18 | Action by Consent in Writing of the Board of Directors | 12/27/1994 | PTF0010 – 11 | | |
| 19 | Norman's Stock Certificate for USM | 12/27/1994 | PTF0014 | | |
| 20 | Norman's Stock Certificate for US Mobilcomm Management Corp. | 12/27/1994 | PTF0013 | | |
| 21 | Shareholder Loan Agreement between Elkin and USM | 09/01/1995 | Elkin 5 | | |
| 22 | USM and US Mobilcomm Management Corp. Shareholder Equity Contributions | 03/27/1996 | MC001731 | | |
| 23 | USM's paid-in capital register | 05/16/1996 | Elkin 2 | | |
| 24 | Certificate and Agreement and Plan of Merger by and between USM and US Mobilcomm Management Corp. | 07/01/1996 | PTF0016 – 22 | | |
| 25 | USM News Letter | 1997 | PTF0048 – 49 | | |
| 26 | USM distribution of funds upon sale | 05/19/1997 | USMD000174 | | |
| 27 | Letter of intent regarding proposed transaction with Centennial Communications Corp. | 05/20/1997 | PTF1647 – 51 | | |
| 28 | Letter from Elkin to Centennial Comm. Corp. with USM's due diligence Information | 5/29/1997 | USMD00112 – 18 | | |
| 29 | Letter from William Dylewsky to Norman regarding expenses paid by Norman on behalf of USM from 1993 through July 1996 | 05/24/1997 | PLTF1628 – 29 | | |

| | | | | | |
|---|---|---|---|---|---|
| 30 | USM Balance Sheet | 09/30/1997 | PTF0029 – 27 | | |
| 31 | USM Profit and Loss Sheet | 10/8/1997 | PTF0025 – 27 | | |
| 32 | USM and US Mobilcomm Management Corp. Shareholder Equity Contributions | 01/16/1998 | MC001744 | | |
| 33 | Fax from Richard Brown and David Kaufman to Elkin regarding valuation for ICC proposed merger | 01/23/1998 | MC001087 – 94 | | |
| 34 | Memo from Elkin to Gene Clothier re: accrued management fees for ICC merger | 02/02/1998 | MC001106 | | |
| 35 | Consent of Board of Directors in Lieu of Annual Meeting | 02/03/1998 | MC001690 | | |
| 36 | TEG's FCC Form 601 Application for Wireless Service | 11/04/1998 | USMD000034 – 40 | | |
| 37 | USM's FCC Form 601 Application for Wireless Authorization | 11/06/1998 | PTF0158 – 67 | | |
| 38 | FCC Public Notice DA 98-1787 regarding qualified bidders for Auction No. 18 | 09/04/1998 | PTF0466 – 0507 | | |
| 39 | FCC Public Notice DA 98-2143 regarding winning bidders for Auction No. 18 | 10/23/1998 | PTF0384 – 0465 | | |
| 40 | Email from Norman to USM 220@aol.com re: Phase II Auction | 11/10/1998 | PTF0050 | | |
| 41 | Purchase and Sale Agreement between USM and Repeater Network Spectrum Aq., Inc. | 03/04/1999 | PTF0053 – 64 | | |
| 42 | Letter from David Weisman to Elkin | 04/14/1999 | MC001209 – 12 | | |
| 43 | Assignment of FCC license between TEG and Repeater Network | 03/04/2000 | MC001221 – 27 | | |

| | | | | | |
|---|---|---|---|---|---|
| | Spectrum Aq., Inc. | | | | |
| 44 | Purchase and Sale Agreement between USM and Roamer One, Inc. | 01/30/2001 | PTF0081 – 99 | | |
| 45 | Purchase and Sale Agreement between USM and Roamer One, Inc. | 03/13/2001 | PTF0100 – 30 | | |
| 46 | Email from Eliott Greenwald to Shorin re: cancellation of licenses | 07/12/2001 | MC001026 | | |
| 47 | Email from Marvin Marstell to USM220@aol.com regarding closing on Phase II license sales | 07/21/2001 | MC001015 – 17 | | |
| 48 | Email from Eliott Greenwald to USM220@aol.com regarding discontinuation of service | 07/25/2001 | MC001024 | | |
| 49 | Bill of sale and agreement between TEG and Intech Licence Acquisition Corp. | 08/07/2001 | MC001001 – 14 | | |
| 50 | USM analysis of license sales and disbursements | 11/11/2002 | MC001115 | | |
| 51 | Letter from Elkin to Vincent Sama, Esquire re: proceeds from sales | 12/03/2002 | PTF0052 | | |
| 52 | USM Shareholder Equity Contributions and Loans | 04/05/2005 | Produced electronically by Defendants | | |
| 53 | Summary of USM licenses | 10/12/2005 | MC002023 – 002324 | | |
| 54 | Letter from Mark A. Evetts to David A. Felice re: payment of judgment | 6/8/2006 | Elkin 7 | | |
| | | | | | |
| | | | | | |