IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY M. NORMAN, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-005-JJF |
| DAVID W. ELKIN, RICHARD M. SHORIN and THE ELKIN GROUP, INC. | : | Jury Trial Demanded |
| Defendants, | : | |
| and | : | |
| US MOBILCOMM, INC., | : | |
| Nominal Defendant. | : | |

## VOIR DIRE TO JURY PANEL

Good morning, ladies and gentlemen, I am Judge Joseph Farnan. Briefly stated, this case is a civil action brought by Plaintiff Jeff Norman against Defendants David W. Elkin, Richard M. Shorin, and The Elkin Group, Inc. for breach of contract, conversion and fraud. US Mobilcomm, Inc. is the company in which Jeff Norman and David W. Elkin are both shareholders in this action. So, while you may see it listed as a party on certain documents during the course of this trial, it should not be treated as either a plaintiff or defendant in this action.

The trial is expected to last from _____; our trial days will run approximately from 9:00 a.m. to 4:30 p.m., with a lunch break for one hour beginning at 12:30 p.m.

Plaintiffs are represented by Sean Bellew and David Felice, both attorneys with the law firm of Cozen O'Connor. Defendants are represented by Steven Caponi and Christine Azar, both attorneys with the law firm of Blank Rome LLP.

In the light of this brief summary, I will ask the panel certain questions, the purpose of which is to: (1) enable the court to determine whether or not any prospective juror should be

excused for cause; and (2) enable counsel for the parties to exercise their individual judgment with respect to peremptory challenges, that is, challenges for which no reason need be given by counsel. If any of you answer any question "yes," please stand up and, upon being recognized by the court, state your juror number. When I have concluded asking all the questions, we will call you to the bench individually to speak with you about your affirmative response or responses.

**HAVE CLERK ADMINISTER THE OATH TO THE PANEL**

1. Is any member of the panel related to the plaintiff, Jeff Norman?

2. Is any member of the panel related to the defendant, David W. Elkin?

3. Is any member of the panel related to the defendant, Richard M. Shorin?

4. Is any member of the panel employed by defendant The Elkin Group, Inc. or personally acquainted with any officer, director, or employee of, or ever done business with The Elkin Group?

5. Is any member of the panel employed by defendant US Mobilcomm, Inc. or personally acquainted with any officer, director, or employee of, or ever done business with US Mobilcomm?

6. Is any member of the panel related to, or personally acquainted with Sean Bellew or David Felice, plaintiff's attorneys, or ever been represented by them or by any associate or member of the law firm Cozen O'Connor?

7. Is any member of the panel related to, or personally acquainted with Steven Caponi or Christine Azar, defendants' attorneys, or ever been represented by them or by any associate or member of the law firm Blank Rome, LLP?

8. Does any member of the panel have any personal knowledge of this case, or have you read or heard it discussed, or have an opinion regarding it?

9. Is any member of the panel related to, or personally acquainted with, any of the following individuals who might appear as witnesses in this case:

> Jeff Norman
>
> David W. Elkin
>
> Richard M. Shorin
>
> Martin Abo
>
> Tom Fiorita
>
> William Dylewsky

10. Has any member of the panel ever been a plaintiff or a defendant in a civil lawsuit?

11. Has any member appeared as a witness in a civil or criminal lawsuit?

12. Has any member of the panel ever served as a juror in a civil lawsuit?

13. Does any member of the panel have any special disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case?

14. Does any member of the panel know of any other matter which you believe should be called to the court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?