IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY M. NORMAN, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-005-JJF |
| DAVID W. ELKIN, RICHARD M. SHORIN and THE ELKIN GROUP, INC. | : | Jury Trial Demanded |
| Defendants, | : | |
| and | : | |
| US MOBILCOMM, INC., | : | |
| Nominal Defendant. | : | |

## ENTRY OF APPEARANCE

Please enter the appearance of Christine S. Azar, of Blank Rome LLP, on behalf of Defendants David W. Elkin, Richard M. Shorin and The Elkin Group, Inc., and the Nominal Defendant US Mobilcomm, Inc. in the above-referenced matter.

BLANK ROME LLP

By: _____
Christine S. Azar (DE I.D. 4170)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6438
Facsimile: (302) 425-6464

*Attorneys for Defendants*

Dated: August 20, 2007