# U.S. MOBILCOMM EXHIBIT LIST

## Exhibit B - Defendants' Exhibits

| Exhibit No. | Description | Bates No. | Plaintiff's Objection |
|---|---|---|---|
| 1 | Shareholder Loan Agreement between David Elkin and US Mobilcomm dated September 1, 1995 | MC000238 | |
| 2 | US Mobilcomm, Inc. balance sheet as of September 30, 1997 | PTF0025-PTF0027 | |
| 3 | 1997 tax return for US Mobilcomm | MC000468-MC000485 (PTF0028-PTF0038) | |
| 4 | 1998 tax return for US Mobilcomm | MC000486-MC000505 | |
| 5 | 1999 tax return for US Mobilcomm | MC000506-MC000529 (PTF0039-PTF0041) | |
| 6 | 2000 tax return for US Mobilcomm | MC000525-MC000544 | |
| 7 | 2001 tax return for US Mobilcomm | MC000545-MC000564 | |
| 8 | 2002 tax return for US Mobilcomm | MC000565-MC000583 | |
| 9 | 2003 tax return for US Mobilcomm | MC000584-MC000603 | |
| 10 | 2004 tax return for US Mobilcomm | MC000604-MC000619 | |
| 11 | November 6, 1998 – FCC application for Wireless Telecommunications Bureau radio service authorization submitted by the Elkin Group, Inc. | PTF0158-PTF0167 | |
| 12 | December 6, 2002 – letter from David Elkin to Vincent A. Sama regarding the sale by USM over the past three years of 220 MHz licenses owned in Florida, | PTF0052 | |

|    |                                                                                                                                                                                                                                                 |                 |               |
|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|---------------|
|    | Boston and Chicago, together with related equipment                                                                                                                                                                                             |                 |               |
| 13 | May 2, 1994 – letter from Jeffrey Norman to Lissa Mattson confirming a wire of $196,000 to the account of US Mobilcomm and further identifying the $50,000 in out-of-pocket expenses incurred as of that date plus a cash payment of $4,000 for the Gene Warren license | PTF0006-PTF0007 |               |
| 14 | December 27, 1994 – action by consent in writing of the Board of Directors giving Jeffrey Norman 125 shares or a 25% interest in USM                                                                                                            | PTF0010-PTF0014 |               |
| 15 | October 8, 1997 – Profit and Loss Statement for USM from January through September 1997                                                                                                                                                         | PTF0025-PTF0027 |               |
| 16 | May 20, 1997 – letter of intent regarding the proposed transaction with Centennial Communications Corp.                                                                                                                                          | PTF0042-PTF0046 |               |
| 17 | March 4, 1999 – Purchase and Sale Agreement between USM and Repeater Network Spectrum Aq., Inc.                                                                                                                                                 | PTG0053-PTF0064 |               |
| 18 | January 30, 2001 – Purchase and Sale Agreement between USM and Roamer One, Inc.                                                                                                                                                                 | PTF0081-PTF0099 |               |
| 19 | March 13, 2001 – Purchase and Sale Agreement between USM and Roamer One, Inc.                                                                                                                                                                   | PTF0100-PTF0130 |               |
| 20 | 220 MHz System Management Agreement, exemplar dated April 14, 1994 between Valerie James and USM                                                                                                                                                | PTF0132-PTF0157 |               |
| 21 | US Mobilcomm's September 1998 Form 175 amending the name of the applicant from USM to the Elkin Group, Inc.                                                                                                                                     |                 | Never produced |

| 22 | FCC Public Notice DA 98-2143, dated October 23, 1998 regarding Auction 18 | PTF0384-PTF0465 | |
|---|---|---|---|
| 23 | FCC Public Notice DA 98-1787 dated September 4, 198 regarding qualified bidders for Auction 18 | PTF0466-PTF0507 | |
| 25 | Abo and Company engagement letter dated December 24, 2006 | MA 433-37, Abo 2 | Relevance; work product |
| 26 | Cover letter to Abo attaching a number of documents for his review, as well as the documents themselves | MA 262-320, Abo 3 | Work Product; Duplicative |
| 27 | Abo and Company "Report Docket" | MA 360, Abo 4 | |
| 28 | USM By-Laws | USMD 0261-0273 (sic) | Never produced in this action; Authenticity |
| 29 | Proposed shareholder agreement forwarded by Elkin to Norman | USMD 267-286 | Parol Evidence; Relevance |
| 30 | Norman's counterproposal as to a shareholders' agreement | USMD 265-66 | Parol Evidence; Relevance |
| 31 | Norman's 1993 K-1 | | Relevance |
| 32 | Norman's 1994 K-1 | | Relevance |
| 33 | Norman's 1995 K-1 | | Relevance |
| 34 | Norman's 1996 K-1 | | Relevance |
| 35 | Norman's 1997 K-1 | | Relevance |
| 36 | Norman's 1998 K-1 | | |
| 37 | Norman's 1999 K-1 | | |
| 38 | Norman's 2000 K-1 | | |
| 39 | Norman's 2001 K-1 | | |
| 40 | Norman's 2002 K-1 | | |
| 41 | Elkin's 1993 K-1 | | Never produced; Relevance |
| 42 | Elkin's 1994 K-1 | | Never produced; Relevance |

122138.00601/40170676v.1

| 43 | Elkin's 1995 K-1 | | Never produced; Relevance |
|---|---|---|---|
| 44 | Elkin's 1996 K-1 | | Never produced; Relevance |
| 45 | Elkin's 1997 K-1 | | Relevance |
| 46 | Elkin's 1998 K-1 | | |
| 47 | Elkin's 1999 K-1 | | |
| 48 | Elkin's 2000 K-1 | | |
| 49 | Elkin's 2001 K-1 | | |
| 50 | Elkin's 2002 K-1 | | |
| 51 | May 15, 1995 JeffDave Spreadsheet | PLTF 2341 | |
| 52 | December 14, 1994 JeffDave Spreadsheet | PLTF 2344 | |
| 53 | October 4, 1994 letter from Elkin to Norman | PLTF 1309 | |
| 54 | April 17, 1995 JeffDave Spreadsheet | PLTF 2342 | |
| 55 | November 8, 1994 JeffDave Spreadsheet | PLTF 2336 | |
| 56 | USM General Ledger as of December 31, 1994 | MA 467- 483 | |
| 57 | Assorted USM Balance Sheets | MA 484 – 505 | |
| 58 | June 23, 1998 letter from Norman to Mark Hatten | PLTF 2675-77 | |
| 59 | January 16, 1998 JeffDave Spreadsheet | MC 001744 | |
| 60 | Copies of Checks | MC 6610 | Authenticity |
| 61 | 12/28/94 record of a $45,010 payment | MA 265 | |
| 62 | 12/28/94 record of a $30,010 payment | MA 266 | |
| 63 | USM Paid in Capital Transaction Detail | MA 269-71 | |
| 64 | December 31, 1994 letter from Shorin to Charles Henry | MC 1704-05 | |

| 65 | May 24, 1997 letter from William Dylewsky to Norman | MA 283-84 | |
|---|---|---|---|
| 66 | June 9, 1997 fax from William Dylewsky to Norman | MA 285 | |
| 67 | September 21, 1994 letter from Elkin to Norman | MA 288-89 | Parol Evidence; Relevance |
| 68 | Copies of Checks | MA 290-96 | Best Evidence |
| 69 | USM Paid in Capital Register | MA 303-08; MC 1488; MA 309, MA 311-12 | Duplicative; Best Evidence |
| 70 | Analysis of capital contributions and loans since inception of USM | MC 1228; MA 314 | |
| 71 | Summary of Elkin's contribution of monies to participate in Phase II auction | MA 322 | Work product |
| 72 | Summary of Elkin's contribution of capital and other monies to USM | MA 320-21 | Work product |
| 73 | February 10, 1995 letter from Elkin to Tom Fioritta | USDM 71 | |
| 74 | Redacted copies of the Elkins' assorted stock brokerage accounts | DWE 1-53 | Unduly prejudicial due to redactions (Rule 403) |
| 75 | 12/15/98 fax cover page and attached USM balance sheet and profit and loss statement from Norman to Mark Hatten | PTF 223-26 | |
| 76 | May 1997 draft letter from Elkin to Norman discussing treating Elkin's advances as shareholder loans | USMD 1 | Authenticity; Parol Evidence |
| 77 | Typed notes of one or more conversations covering at least in part the content of the May 1997 draft letter | USMD 27-28 | Authenticity; Parol Evidence |

| 78 | May 22, 1997 wiring instructions | USMD 26 | |
| --- | --- | --- | --- |
| 79 | May 19, 1997 analysis of distribution of proceeds upon sale of USM | USMD 174 | |
| 80 | September 16, 1994 letter from Elkin to Norman | USMD 263 | Authenticity |
| 81 | November 10, 1998 e-mail from Norman to Elkin | PTF 50 | |
| 82 | March 27, 1996 JeffDave Spreadsheet | MC 1731 | |
| 83 | January 16, 1998 JeffDave Spreadsheet | MC 1744 | |
| 84 | October 25, 2004 letter from Norman to USM | Elkin 1 | Hearsay |
| 85 | USM Deposit Detail | MA 570-95 | |
| 86 | USM Deposit Detail | MA 565-69 | |
| 87 | USM Deposit Detail | MA 545-64 | |
| 88 | USM Profit and Loss for January through December 2004 | MA 544 | |
| 89 | USM Profit and Loss for January through December 2003 | MA 540-41 | |
| 90 | USM Profit and Loss for January through December 2002 | MA 538-39 | |
| 91 | USM Profit and Loss for January through December 2001 | MA 535-37 | |
| 92 | USM Profit and Loss for January through December 2000 | MA 532-34 | |
| 93 | USM Profit and Loss for January through December 1997 | MA 519-23 | |
| 94 | USM Profit and Loss for January through December 1999 | MA 528-31 | |
| 95 | USM Profit and Loss for January through December 1998 | MA 524-27 | |
| 96 | USM Profit and Loss for January through December 1996 | MA 513-18 | |

122138.00601/40170676v.1

| 97 | USM Profit and Loss for January through December 1995 | MA 508-12 | |
|---|---|---|---|
| 98 | USM Profit and Loss for January through December 1994 | MA 506-07 | |
| 99 | USM Journal for Jan. 1, 1994 – Jan. 19, 1997 | MA 680-93 | |
| 100 | October 5, 1994 wiring instructions from Elkin | MC 6596 | |
| 101 | October 5, 1994 wiring instructions from Elkin | MC 6595 | |
| 102 | CD containing electronic version of USM QuickBooks accounts | | Duplicative; Voluminous; Relevance |
| 103 | FCC Document | Ex. A to Affidavit of Steven L. Caponi in Support of Defendants' Motion for Summary Judgment | |
| 104 | Draft September 2002 Letter from Norman's attorney to Elkin | PTF0051 | Work Product; Best Evidence |
| 105 | 11/4/98 FCC Form 601 | USMD000034-USMD000040 | |
| 106 | FCC 10/26/99 Radio Station Authorization | USMD000045-USMD000050 | |
| 107 | FCC 01/05/2000 Public Notice | USMD000051 | |
| 108 | November 10, 1998 e-mail from Norman to Elkin | PTF0050 | |
| 109 | USM Check Register | MC 001507-1603 | |
| 110 | Analysis of Expenses of The Elkin Group for USM | | Never produced |
| 111 | June 5, 1997 letter from Elkin to Sama | | |
| 112 | FCC Phase II Licenses | USMD 000045-49 | |
| 113 | USM Schedule of Stockholders Equity | USMD 000248 | |
| 114 | USM Paid in Capital as of September 21, 2006 | | Never produced |

| 115 | USM November 7, 2006 Paid in Capital Summary | | Never Produced |

122138.00601/40170676v.1