```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF DELAWARE
```

JEFFREY M. NORMAN,                :
                                  :
       Plaintiff,                :
                                  :
  v.                              :   Civil Action No. 06-005-JJF
                                  :
DAVID W. ELKIN, RICHARD M.        :
SHORIN and THE ELKIN GROUP, INC., :
                                  :
       Defendants,               :
                                  :
  and                             :
                                  :
US MOBILCOMM, INC.,               :
                                  :
       Nominal Defendant.        :

## O R D E R

WHEREAS, the Court conducted a Pretrial Conference in this case on Wednesday, August 22, 2007;

NOW THEREFORE IT IS HEREBY ORDERED:

1. For the purpose of supplementing the Proposed Pretrial Order, the parties shall provide the Court with the following documents and information by September 30, 2007:

    A.    Documents and information evidencing the parties' initial capital contributions to US Mobilcomm ("USM");

    B.    Documents and information evidencing any and all financial contributions made by Mr. Elkin to USM beyond his initial capital contribution;

    C.    Any and all USM governance documents, including USM's Certificate of Incorporation; and

    D.    Copies of Schedule K-1s filed by Mr. Norman and Mr. Elkin relating to USM through April 2007.

    2. Defendant shall produce the account statements from USM's money market and other business accounts to Plaintiff within five (5) days of the date of this order.

August 29, 2007  
DATE

_____  
UNITED STATES DISTRICT JUDGE