

BLANK ROME LLP
COUNSELORS AT LAW

*Phone:*    *(302) 425-6438*
*Fax:*      *(302) 428-5134*
*Email:*    *Azar@BlankRome.com*

September 27, 2007

**BY HAND & ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
U.S. District Court, District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    *Jeffrey M. Norman v. David W. Elkin, et al.*; C.A. No. 06-005-JJF (D.I. 51)

Dear Judge Farnan:

    We represent the defendants in the above-captioned matter. On August 29, 2007, the Court ordered the parties to provide the Court with documents and information supplementing the Proposed Pretrial Order by September 30, 2007. We are diligently working to compile all of the information you requested, which covers a time period of over 14 years. Despite making significant progress, however, this process has proven to be more time consuming than we originally anticipated. Therefore, defendants respectfully request an extension of one week, until October 8, 2007, to complete their submission to the Court. We have spoken to counsel for the plaintiff regarding this request and they neither oppose nor consent to this request.

    We are available at the Court's convenience if your Honor has any questions regarding this matter.

                           Respectfully,

                           Christine S. Azar
                           I.D. No. 4170

CSA:pfc

cc:    Sean J. Bellew, Esquire -- by electronic service
       David A. Felice, Esquire -- by electronic service