IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JEFFREY M. NORMAN,               :
                                 :
        Plaintiff,               :
                                 :
    v.                           :    CIVIL ACTION NO. 06-005-JJF
                                 :
DAVID W. ELKIN, RICHARD M.       :
SHORIN and                       :
THE ELKIN GROUP, INC.            :
                                 :
        Defendants,              :
                                 :
    and                          :
                                 :
US MOBILCOMM, INC.               :
                                 :
        Nominal Defendant.       :

ORDER

At Wilmington, the 26th day of September 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendant's Motion For Summary Judgment (D.I. 63) is **DENIED**.

*(signed)* Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE