IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY M. NORMAN, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-005-JJF |
| DAVID W. ELKIN, RICHARD M. SHORIN and THE ELKIN GROUP, INC., | : |
| Defendants, | : |
| and | : |
| US MOBILCOMM, INC., | : |
| Nominal Defendant. | : |

## ERRATA ORDER

WHEREAS, the Court issued a Memorandum Opinion (D.I. 70) dated September 26, 2007, in the above-captioned case which requires correction;

NOW THEREFORE, IT IS HEREBY ORDERED that the citation on line 10 of page 12 is changed from 85 U.S.C. § 220 to 8 Del. C. § 220.

September 27, 2007
DATE

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE