# Exhibit A

```
                              US MOBILCOMM, INC
                   ACTIVITY REPORT
    TRANSMISSION OK

    TRANSACTION #              6271
    CONNECTION TEL             95324132
    CONNECTION ID              G3
    START TIME                 06/02 10:54
    USAGE TIME                 01'31
    PAGES                      2
```

May 2, 1994

PERSONAL AND CONFIDENTIAL

Ms. Lissa J. Mattson
Assistant Vice President
EAB

Re: Wire Transfer

Dear Lissa,

Per our conversation this afternoon please wire $196,000 (one hundred ninety six thousand dollars) from my checking account number 106-32686-1 into the following account today:

> CoreStates Bank
> Philadelphia, Pennsylvania
> ABA #: 031000011
> US MobilComm, Inc.
> Acct. Number #: 0177-5502
> Please note on wire:
> $196,000 payment applied towards $250,000 for 25% Stock in US MobilComm, Inc. (Estimated $50,000 out of pocket to date, plus cash payment of $4,000 wire for Jean Warren License)

Thanks and please call me with any questions you may have.

Sincerely yours,

Jeffrey Norman

PTF0006

## Application and Agreement for Funds Transfer

**I HEREBY REQUEST THE ISSUANCE OF:**
- ☐ Domestic Wire Transfer
- ☐ International Wire Transfer
- ☐ Foreign Draft

**TYPE OF CURRENCY:** USD
**AMOUNT:** $196,000
**DATE OF TRANSFER:** 6/2/94

**METHOD OF INSTRUCTION:**
- ☐ In-Branch*
- ☐ Standing
- ☑ Telephone
- ☐ Written

*Security code not required for in-branch or standing instructions

**SECURITY CODE:** [ | | | ]

**METHOD OF PAYMENT:**
- ☑ Debit Account Number 106-32686-1
- ☐ Cash
- ☐ Other (Subject to Management Approval)

**APPLICANT:**
- Name: Jeffrey Nieman Norman
- Address: 16 E 68 Street
- City: NY
- State: NY
- Zip Code: 10021

**Bank Name:** (blank)
Address / City / State / Zip Code / Country / ABA No.

**Name:** CoreStates Bank    UID No./Account No. ABA# 031000011
**City:** Philadelphia  **State:** Penn  **Country:** USA

**Name:** US Mobil Comm, Inc    **Account Number:** 0177-5502

**Notes:** 196,000 payment applied towards $250,000 for 25% Stock in U.S. MobilComm Inc. (Estimated $50,000 out of pocket to date plus cash payment of $4,100 via Jeffrey for John Warren license)

**BANK USE ONLY:** (blank fields — Branch/Unit Name, Unit No., Branch Sequence Number, Code Sheet Number, Account Title, Foreign Exchange Rate, U.S. Amount, Service Charge Fee, Total Due Bank, Issue Date of Draft, Draft No EAB, Remittance No. FR, Test No., Test Prepared By, Verified By)

**CALL BACK SECTION:** (blank — Call Placed By, Branch Management Approval, Name of Person Called, Telephone Number)

Note: If approved for exception (APP), document reason.

**Name of Customer:** Jeffrey M Norman

By signing below, Customer acknowledges that all of the information contained in the Application above is true and correct, and further acknowledges receipt of a copy of this Funds Transfer Application and Agreement and agrees to the terms and conditions which appear on both sides of this Application and Agreement.

**Customer Name:** Jeffrey M Norman (Print)    By: [signature] (Signature)
**Customer Name:** _____ (Print)    By: _____ (Signature)
**Customer Name:** _____ (Print)    By: _____ (Signature)

Title: _____ (For Business Only)

Customer Identification    Customer Identification    Verified By

**PTF0007**