# Exhibit 1

May 24, 1997

Jeffrey Norman
202 Weed Street
New Canaan, CT 06840

Dear Jeff:

We have summarized the checkbook, credit card statements and other financial data you provided for the period covering 1993 through July 1996 in regard to your work efforts at US MobilComm which you had determined to be capital contributions to the company. We understand you need this information to help reconcile your capital contributions to the company.

The following is a summary of that data for both you and Mr. Thomas Fiorita.

**JEFF NORMAN** (Includes Personal f GMG)

| | |
|---|---|
| 1993 | $ 31,268 |
| 1994 | 66,022 |
| 1995 | 4,470 |
| 1996 | 2,500 |
| Total | $104,260 |

**TOM FIORITA** (only GMG)

| | |
|---|---|
| 1993 | $ 29,446 |
| 1994 | 45,768 |
| 1995 | -0- |
| 1996 | -0- |
| Total | $ 75,214 |

Please find enclosed the summaries, by year, and the your supporting documents.

Please be aware that the above unaudited information only goes to July 1996. Additional, expenditures or transactions may have occurred since then that may need to be taken into consideration in your efforts to reconcile your capital balance.

PLTF1628

Please review the information carefully for coding to ensure you have included all the data relating to your capital contributions. Please call if you have any questions.

Regards,

William A. Dylewsky

enc.

PLTF1629