**CERTIFICATE OF SERVICE**

  I, Sean J. Bellew, do hereby certify that on October 1, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

    Steven L. Caponi, Esquire
    Blank Rome LLP
    1201 N. Market Street, Suite 800
    Wilmington, DE 19801

        */s/ Sean J. Bellew*
        Sean J. Bellew (#4072)
        Cozen O'Connor
        1201 North Market Street, Suite 1400
        Wilmington, DE 19801
        Telephone: (302) 295-2000
        Facsimile: (302) 295-2013
        E-mail: sbellew@cozen.com