IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY M. NORMAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-005-JJF |
| | : | |
| DAVID W. ELKIN, RICHARD M. SHORIN | : | |
| and THE ELKIN GROUP, INC. | : | Jury Trial Demanded |
| | : | |
| Defendants, | : | |
| | : | |
| and | : | |
| | : | |
| US MOBILCOMM, INC., | : | |
| | : | |
| Nominal Defendant. | : | |

**EXHIBITS TO**
**DEFENDANTS' SUBMISSION IN COMPLIANCE WITH**
**COURT ORDER DATED AUGUST 29, 2007**

**BLANK ROME LLP**
Steven L. Caponi (DE I.D. 3484)
Christine S. Azar (DE I.D. 4170)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302)425-6464
*Attorneys for Defendants*

*Dated:  October 9, 2007*

# EXHIBIT A

1
2 IN THE UNITED STATES DISTRICT COURT
3 FOR THE DISTRICT OF DELAWARE
4
--------------------------------x
5 JEFFREY M. NORMAN,
6                 Plaintiff,
7           vs.
8 DAVID W. ELKIN, RICHARD M.
  SHORIN and THE ELKIN GROUP,
9 INC.,
10                Defendants.
11           and
12 US MOBILCOMM, INC.,
13                Nominal Defendant.
14
--------------------------------x
15
16
17           DEPOSITION OF JEFFREY M. NORMAN
18                New York, New York
19            Friday, December 8, 2006
20
21
22
23
24 Reported by:
   LESLIE FAGIN
25 JOB NO.9289

1          J. Norman
2 the licenses, figure out how to maybe
3 strategize in terms of aggregate for a
4 marketing pattern to create value.
5          Mr. Elkin's responsibilities, as he
6 relayed to me, as an attorney, he was going
7 to be able to handle the legal stuff.
8          Also with his financing background,
9 that he was going to raise capital for the
10 project and as his, you know, as an ex-chief
11 operating officer, he was also going to
12 handle that responsibility for the company
13 and that was our basic understanding.
14          The second piece of that is time --
15 so it was decided at that point in time,
16 basically within a month or two, do you want
17 to work on that project? I said, yes, he
18 understood I had another business, so I was
19 allocating time to this project and as time
20 went on throughout 1993, things evolved in
21 formulating the industry, I can't recall
22 whether the options took place then, but, you
23 know, the plan to aggregate the license with
24 cities to go after and then by the end of the
25 year, we started rough discussions about --

1          J. Norman
2          Q.  So you had this agreement that you
3 would co-own USM in the ratio of 75/25,
4 right?
5          A.  Right.
6          Q.  You had an agreement that the two
7 of you, I'm not going to try to summarize all
8 the different skill sets Mr. Elkin has versus
9 your skill sets, but, essentially, you guys
10 have an agreement that you would co-operate
11 USM?
12          MR. FELICE:  Objection as to form.
13          Q.  Based on each of your respective
14 skill sets?
15          A.  I did operations, but I wasn't --
16 my job was to secure the licenses.
17          Q.  I'm not trying to use a term of art
18 here. I'm just talking about you were going
19 to both run the business?
20          A.  In a loose sense, you could say
21 that.
22          Q.  And, eventually, there was an
23 addendum to that agreement or a
24 supplementation to that agreement where the
25 amount of necessary capital was settled upon

1          J. Norman
2 primarily he did, what type of capital was
3 going to be needed and as I recall, the first
4 figure was less than a million dollars when I
5 signed on board, so it was also understood
6 that at that particular time, money that we
7 had put out for the business was going to be
8 counted towards our capital contribution and
9 that, I think, is a basis for our -- what was
10 the basis for our agreement.
11          Q.  I'm going to try to kind of parse
12 through that. These are sort of the terms or
13 elements that I heard.
14          Initially, no agreement about how
15 much money -- the initial agreement was about
16 just respective ownership percentages, 75/25?
17          A.  I don't know I would call it an
18 agreement at that point in time. I would
19 call it Mr. Elkin's proposal.
20          Q.  I heard from your answer that you
21 reached an agreement on the 25/75 before you
22 ever even knew how much money would be
23 associated with that?
24          A.  Yeah, he might have thrown a figure
25 out, we will put in half a million dollars.

1          J. Norman
2 at a million, was that about right?
3          A.  That's right.
4          Q.  Was there any discussions in this
5 agreement about sort of how long you would
6 both be obligated to run the business, i.e.,
7 a year, two, 10?
8          A.  No.
9          Q.  Was there any understanding as to
10 what would happen if one of you quit running
11 the business, but the other guy continued
12 running the business?
13          A.  No.
14          Q.  Was there any discussions about how
15 long either or both of you could work without
16 receiving any compensation from the company?
17          A.  Was there any discussions about
18 that? Potentially, possibly, it seems like
19 something that might have -- we might have
20 talked about, but I don't recall any details
21 of that.
22          Q.  Just so the jury is clear, as far
23 as the agreement we've just described, there
24 was no discussion about who was going to get
25 paid what, nobody was getting paid?

6 (Pages 18 to 21)

## ESQUIRE DEPOSITION SERVICES

# EXHIBIT B

09-Oct-07

## US MOBILCOMM INC
### SHAREHOLDER CONTRIBUTIONS/DISTRIBUTIONS

JEFF/DAVE

| Date | JEFF | Transaction | DAVID | Transaction | Notes |
|---|---|---|---|---|---|
| 31-May-94 | 4,000.00 | C1 | 100.00 | D1 | C1-credit for direct payment to Jean Warren- Bait license |
| 02-Jun-94 | 196,000.00 | C2 | | | D1- payment from personnel ac to open bank ac |
| 26-Jul-94 | | | | | D2- re-endorsed check payable to David deposited in USM |
| 30-Oct-94 | (13,600.00) | C3 | 52,500.00 | D2 | C3- see detail below |
| 05-Nov-94 | | | 20,000.00 | D3 | |
| 05-Nov-94 | | | 62,450.00 | D4 | |
| 05-Nov-94 | | | 55,000.00 | D5 | |
| 12-Dec-94 | (10,500.00) | C4 | | | C4- see detail below |
| 29-Dec-94 | | | 145,000.00 | D6 | |
| 31-Dec-94 | (1,000.00) | C5 | | | C5- see detail below |
| 28-Feb-95 | (500.00) | C6 | | | |
| 31-Mar-95 | (5,500.00) | C7 | | | |
| 30-Apr-95 | (250.00) | C8 | | | |
| 31-May-95 | (250.00) | C9 | | | |
| 30-Jun-95 | (250.00) | C10 | | | |
| 31-Jul-95 | (250.00) | C11 | | | |
| 31-Aug-95 | (250.00) | C12 | | | |
| 30-Sep-95 | (250.00) | C13 | 100,000.00 | D7 | |
| 31-Oct-95 | (250.00) | C14 | 20,000.00 | D8 | |
| 30-Nov-95 | (5,250.00) | C15 | 20,000.00 | D9 | |
| 31-Dec-95 | (250.00) | C16 | | | |
| 31-Jan-96 | (5,250.00) | C17 | 20,000.00 | D10 | |
| 29-Feb-96 | (5,250.00) | C18 | 30,000.00 | D11 | |
| 31-Mar-96 | (5,250.00) | C19 | 35,000.00 | D12 | |
| 30-Apr-96 | (250.00) | C20 | 25,000.00 | D13 | |
| 31-May-96 | (2,750.00) | C21 | 25,000.00 | D14 | |
| 30-Jun-96 | (3,250.00) | C22 | | | |
| 31-Jul-96 | (250.00) | C23 | 35,000.00 | D15 | |
| 31-Aug-96 | | | 35,000.00 | D16 | |
| 31-Oct-96 | | | 35,000.00 | D17 | |
| 30-Nov-96 | | | 35,000.00 | D18 | |
| 31-Dec-96 | | | 25,000.00 | D19 | |
| 28-Feb-97 | | | 10,000.00 | D20 | |
| 31-Mar-97 | | | 10,000.00 | D21 | |
| 31-Jul-97 | | | 20,000.00 | D22 | |
| 30-Sep-97 | | | 10,000.00 | D23 | |
| 30-Nov-97 | | | 15,000.00 | D24 | |
| 31-Jan-98 | | | 5,000.00 | D25 | |
| 28-Feb-98 | | | 10,000.00 | D26 | |
| 31-Mar-98 | | | 20,000.00 | D27 | |
| 31-May-98 | | | 8,000.00 | D28 | |
| 30-Jun-98 | | | 10,000.00 | D29 | |
| 31-Aug-98 | | | 6,000.00 | D30 | |
| 29-Feb-00 | | | 8,000.00 | D31 | |
| 31-Oct-01 | | | 13,500.00 | D37 | |
| Subtotal of cash paid in | 139,400.00 | | 920,550.00 | | |
| Expenses paid by DWE/EG | | | 151,755.34 | | See detail below |
| Total cash & expenses contributed | 139,400.00 | | 1,072,305.34 | | |
| 30-Apr-00 | | | (90,000.00) | D32 | |
| 31-Aug-00 | | | (35,000.00) | D33 | |
| 31-May-01 | | | (220,000.00) | D34 | |
| 31-Jul-01 | | | (30,500.00) | D35 | |
| 31-Aug-01 | | | (200,000.00) | D36 | |
| 28-Feb-02 | | | (10,000.00) | D38 | |
| 31-May-02 | | | (29,425.00) | D39 | |
| Total cash paid out to DWE | | | (615,026.00) | | |
| Net investment in USM | 139,400.00 | | 457,279.34 | | |



**JEFF NORMAN -CAPITAL REDUCTIONS:**

| | | |
|---|---|---|
| SEPT. 94 RENT- NET | C3a | 500.00 |
| OCT. RENT- NET | C3b | 500.00 |
| SECURITY DEPOSIT Baker McKenzie | C3c | 2,500.00 |
| BISHOP CONTRACTING- NY lease | C3d | 500.00 |
| GLOBAL MEDIA- NY office | C3e | 1,600.00 |
| NOV RENT- Net | C3f | 500.00 |
| WIRE TRANSFER OUT 11/3 | C3g | 7,500.00 |
| SEPT-NOV 1994 | | 13,600.00 |
| DEC RENT- Net | C4a | 500.00 |
| WIRE TRANSFER OUT 12/12 | C4b | 10,000.00 |
| DEC 1994 | | 10,500.00 |
| JAN and FEB 1995 RENT adj | C5 | 1,000.00 |

**Summary of expense reimbursements to Jeff Norman from USM**

| Check # | Date | Amount | Description |
|---|---|---|---|
| 2030 | 8/29/1994 | 604.25 | Expense Reimbursement |
| 1032 | 11/21/1994 | 150.10 | Expense Reimbursement |
| 1036 | 11/21/1994 | 121.00 | Expense Reimbursement |
| 1085 | 1/26/1995 | 540.78 | Expense Reimbursement |
| 1143 | 3/13/1995 | 600.99 | Expense Reimbursement |
| 1175 | 4/7/1995 | 1,415.30 | Expense Reimbursement 3/12-3/18 |
| 1212 | 5/9/1995 | 1,252.07 | Expense Reimbursement 3/6, 4/23) |
| 1324 | 8/18/1995 | 207.00 | travel 5/1, 6/25, 6/27 |
| 1374 | 10/4/1995 | 323.88 | travel 8/18, 8/30, 9/8 |
| 1590 | 5/1/1996 | 503.73 | travel reimbursement |
| | Total | 5,719.10 | |

**CREDIT FOR EXPENSES PAID DIRECTLY BY DAVID ELKIN and ELKIN GROUP- see detail below**

| | | |
|---|---|---|
| Elkin Group | 1993 | 27,682.69 |
| Elkin Group | 1994 | 21,527.80 |
| David Elkin | 1994 | 6,471.82 |
| David Elkin | 1995 | 15,188.60 |
| David Elkin | 1996 | 15,717.69 |
| David Elkin | 1997 | 12,160.28 |
| David Elkin | 1998 | 12,006.46 |
| David Elkin | 1999 | 12,000.00 |
| David Elkin | 2000 | 12,000.00 |
| David Elkin | 2001 | 12,000.00 |
| David Elkin | 2002 | 5,000.00 |
| TOTAL Expenses | | 151,755.34 |

ANALYSIS OF EXPENSES PAID BY ELKIN GROUP ON BEHALF OF US MOBILCOMM, INC.

| CATEGORY | 1993 | 1994 |
|---|---|---|
| DUES, SUBSCRIPTIONS | 2,846.00 | 577.62 |
| OFFICE SUPPLIES | 2,279.00 | 229.22 |
| POSTAGE, COURIER | 726.63 | 71.75 |
| MEALS | 179.00 | 118.27 |
| TRAVEL | 2,733.00 | 3,659.59 |
| TELEPHONE AT | 4,883.59 | 4,083.79 |
| LEGAL | 3,035.27 | 5,519.50 |
| EVANS CASE SETTLEMENT | 11,000.00 | |
| ADVERTISING | | 180.50 |
| PROFESSIONAL SERVICES | | 3,000.00 |
| EQUIPMENT - 15% SEA | | 3,984.56 |
| TAXES-DEL FRANCHISE USM | | 103.00 |
| UNIDEN EQUIPMENT 5/13/94 by | | |
| FUHRMAN MATT WIRED $ 20,000TO TEXAS COMM | | |
| and RETURNED 10/14 to USM | | |
| | 27,682.69 | 21,527.80 |

ANALYSIS OF EXPENSES PAID DIRECTLY BY DAVID ELKIN IN 1994

| PAYEE/DESCRIPTION | DATE | MEALS | TRAVEL | POSTAGE | SUPPLIES | HOME OFFICE |
|---|---|---|---|---|---|---|
| CAROLINA REST RADNOR,PA | 3/1/1994 | 55.00 | | | | |
| PASERELLE & BRAVO RADNOR, PA | 3/8/1994 | 91.00 | | | | |
| THE LOMBARDY- NY HOTEL | 3/9/1994 | | 193.44 | | | |
| AMTRAK TO NY | 3/9/1994 | | 62.00 | | | |
| BEN BENSON'S- NY | 3/10/1994 | 406.14 | | | | |
| YANGMING REST BRYN MAWR | 3/19/1994 | 27.50 | | | | |
| PASSERELLE & BRAVO | 4/2/1994 | 86.17 | | | | |
| TUSCANA CUCINA RUSTICA REST | 4/23/1994 | 160.00 | | | | |
| NEWARK AIRPORT MARRIOT | 4/29/1994 | | 99.68 | | | |
| MULLET BAY HOTEL EST ALLOCATE | 4/30/1994 | 300.00 | 300.00 | | | |
| LATHAM HOTEL, WASH | 6/6/1994 | | 145.80 | | | |
| ANA HOTEL BISTRO, WASH DC | 6/7/1994 | 19.35 | | | | |
| US POSTAL SERVICE | 7/11/1994 | | | 37.54 | | |
| NEW YORK TRIP-CAB | 7/18/1994 | | 8.50 | | | |
| MISC. SUPPLY | 8/1/1994 | | | | | |
| US POSTAL SERVICE | 8/31/1994 | | | 70.76 | | |
| PJ CLARKES NY | 9/3/1994 | 76.41 | | | | |
| RENUE REST | 9/13/1994 | 47.00 | | | | |
| NEW YORK TRIP-KOP/BARCLAY | 9/19/1994 | 23.61 | 9.50 | | | |
| NEW YORK TRIP | 9/29/1994 | | 11.00 | | | |
| US POSTAL SERVICE | 10/1/1994 | | | 29.00 | | |
| NEW YORK TRIP-CAB | 10/11/1994 | | 4.75 | | | |
| BALTIMORE TOLLS | 10/14/1994 | | 4.50 | | | |
| MICRO CENTER-BACKUP TAPES | 11/29/1994 | | | | | |
| Home office (9/94-12/94) @ 1,000/mo | 12/31/1994 | | | | | 4,000.00 |
| TOTALS 1994 | | 1,292.18 | 839.17 | 137.30 | 0.00 | 4,000.00 |

Grand total 1994          6,471.82

## DETAIL OF EXPENSES PAID DIRECTLY BY DAVID ELKIN IN 1995

| PAYEE/DESCRIPTION | DATE | MEALS | TRAVEL | POSTAGE | SUPPLIES | HOME OFFICE |
|---|---|---|---|---|---|---|
| Rick lunch (1995  ) @ $7/day | 1/1/1995 | 1,372.00 | | | | |
| New York cab | 1/3/1995 | | 11.00 | | | |
| Phila parking | 1/11/1995 | | 8.95 | | | |
| Sacramento USAIR trip-  FF value | 1/15/1995 | | 450.00 | | | |
| Boston cabs | 2/2/1995 | | 14.40 | | | |
| Stone harbor | 2/17/1995 | 27.16 | | | | |
| Hamburger Hamlet wash dc | 2/25/1995 | 32.00 | | | | |
| J Pauls Georgetown, Wash Dc | 2/26/1995 | 48.00 | | | | |
| Country square, gene parry | 2/27/1995 | 17.79 | | | | |
| Liberty Place, Phila, Jim Maxim | 3/1/1995 | 19.47 | | | | |
| Alamo car rental  Ft Lauderdale | 3/5/1995 | | 15.00 | | | |
| Airport Parking | 3/15/1995 | | 176.28 | | | |
| parking | 4/1/1995 | | 70.00 | | | |
| Boston trip cabs and parking | 4/19/1995 | | 5.00 | | | |
| Radio works lunch | 5/4/1995 | 17.89 | 31.56 | | | |
| New York trip | 6/7/1995 | | 18.50 | | | |
| Washington meal | 6/27/1995 | 4.40 | | | | |
| Phila parking | 7/3/1995 | | 17.00 | | | |
| MICRO Center- modem | 8/28/1995 | | | | | |
| NY parking and taxis | 8/29/1995 | | 13.00 | | | |
| Camera Shop- photos of sites | 10/3/1995 | | | | | |
| Boston Trip- Shepard & Alcom | 10/10/1995 | 8.00 | 27.00 | | | |
| Orlando Trip- cabs & tips | 10/18/1995 | | 116.00 | | | |
| Washington DC- METRO | 12/5/1995 | | 5.00 | | | |
| Home office  1995 @ 1,000/mo | 12/31/1995 | | | | | 12,000.00 |
| Business use of automobile @ $.30/m | 12/31/1995 | | 558.00 | | | |

| TOTALS | | 1,546.71 | 1,536.69 | 0.00 | 0.00 | 12,000.00 |

**Grand total 1995** | | | | | | 15,188.60

## DETAIL OF EXPENSES PAID DIRECTLY BY DAVID ELKIN IN 1996

| PAYEE/DESCRIPTION | DATE | MEALS | TRAVEL | POSTAGE | SUPPLIES | HOME OFFICE | Business Miles |
|---|---|---|---|---|---|---|---|
| Rick lunch (1996 ) @ $7/day | 1/1/1996 | 1,295.00 | | | | | |
| Washington COMNET cabs parking | 1/31/1996 | | 49.50 | | | | 50 |
| Microcenter (software & cable) net | 2/3/1996 | | | | | | |
| Two trips to NY  2/14 and 2/26 | 2/26/1996 | 22.00 | 105.00 | | | | 400 |
| California trip 3/6-3/11 | 3/11/1996 | 75.00 | 75.00 | | | | 40 |
| Philadelphia- site 1601 market st | 3/25/1996 | | 20.00 | | | | 30 |
| Dallas trip 4/14- 4/18 | 4/18/1996 | 120.00 | 70.00 | | | | 20 |
| Quintex office visit | 4/24/1996 | | | | | | 30 |
| Boston trip 4/30- 5/1 | 5/1/1996 | 25.00 | 65.00 | | | | 40 |

| PAYEE/DESCRIPTION | DATE | MEALS | TRAVEL | POSTAGE | SUPPLIES | HOME OFFICE | Business Miles |
|---|---|---|---|---|---|---|---|
| Providence Trip | 5/6/1996 | 6.00 | 32.00 | | | | 40 |
| Washington DC trip- see 3 sites | 5/14/1996 | | 6.50 | | | | 400 |
| Washington DC- meet Susman, Rubin | 5/24/1996 | | 6.50 | | | | 400 |
| Washington DC- Comm Farquhar-FCC | 6/12/1996 | | 14.20 | | | | 50 |
| Washington DC trip- depositions | 6/18/1996 | | 12.50 | | | | 400 |
| New York Trip- Investor meeting | 6/20/1996 | | 35.10 | | | | 200 |
| Baltimore- Glen Cassell | 7/1/1996 | | 15.25 | | | | 200 |
| Philadelphia- Mellon Bank Cntr | 7/10/1996 | | 7.50 | | | | |
| Oklahoma City- Warren mediation | 7/17/1996 | | | | | | 40 |
| Lancaster, PA- Glen & Roger Cassel | 8/13/1996 | | | | | | 100 |
| Washington DC- depositions of experts | 9/5/1996 | 14.39 | 156.00 | | | | 40 |
| New York- mock depo, Segal meeting | 9/10/1996 | | 25.00 | | | | 200 |
| Philadelphia- construct systems, Blum i | 9/13/1996 | | | | | | 40 |
| Oklahoma City- Warren mediation | 9/27/1996 | | 44.00 | | | | 40 |
| Washington DC- depositions of experts | 9/30/1996 | | 34.25 | | | | 400 |
| Houston TX (Galveston) trial prep | 10/10/1996 | | 41.00 | | | | 40 |
| Oklahoma, OK - (David) trial | 10/19/1996 | 4.05 | 21.00 | | | | 80 |
| Oklahoma, OK - trial | 10/25/1996 | | 20.00 | | | | 40 |
| Malvern, PA | 11/27/1996 | | | | | | 20 |
| Reston, VA and Chantilly, VA | 12/10/1996 | 2.61 | 5.50 | | | | 425 |
| Home office (1996) @ 1,000/mo | 12/31/1996 | | | | | 12,000.00 | 3,765 Total miles |
| TOTALS | | 1,564.05 | 860.80 | 0.00 | 0.00 | 12,000.00 | 12,000.00 |

1,167.15 mileage reimbursement @$.31/m
(20.50) Less reimbursements gas 5/14/96

15,717.69

**Grand total 1996**

## DETAIL OF EXPENSES PAID DIRECTLY BY DAVID ELKIN IN 1997

| PAYEE/DESCRIPTION | DATE | MEALS | TRAVEL | POSTAGE | SUPPLIES | HOME OFFICE | Business Miles |
|---|---|---|---|---|---|---|---|
| Rick lunch (1997) @ $7/day | 1/1/1997 | 0.00 | | | | | |
| NJ potential 220 MHz dealers/w Amstr | 1/7/1997 | | 3.00 | | | | 80 |
| PA potential 220 MHz dealers/w Amstr | 1/8/1997 | | | | | | 60 |
| Allentown 220 MHz dealers/w Amstror | 1/10/1997 | 5.00 | 2.90 | | | | 100 |
| Baltimore- Cornel w/ Glen | 1/16/1997 | | 3.50 | | | | 200 |
| Newtown Square office supply-overhea | 1/23/1997 | | | 13.67 | | | |
| Washington DC/FCC Forum | 1/27/1997 | | 11.00 | | | | 50 |
| Boston/Hartford 220 MHz dealers | 2/12/1997 | | 20.65 | | | | 650 |
| Timonium, MD and Chantilly, VA- Danie | 2/20/1997 | | 5.50 | | | | 425 |
| Las Vegas Show, 220 meetings, Daniel | 4/26/1997 | | | | | | 40 |
| Washington DC/AMTA meeting | 6/25/1997 | 11.32 | 21.50 | | | | 50 |
| Moorestown, NJ- Securcor | 7/15/1997 | | 2.00 | | | | 50 |
| Washington DC/dealer meetings | 8/12/1997 | 5.00 | 7.25 | | | | 425 |
| Cherry NJ/ Lou Veronica | 8/13/1997 | | 2.00 | | | | 50 |
| Metropolitan Exton- deliver radios | 9/18/1997 | | | | | | 40 |
| Casmar Cafe- Conshohocken | 10/16/1997 | | | | | | 20 |
| San Francisco- Thompson, Benbow | 11/13/1997 | 30.99 | 15.00 | | | | 80 |
| Home office @ 1,000/mo | 12/31/1997 | | | | | 12,000.00 | 2,320 Total miles |
| TOTALS | | 52.31 | 94.30 | 13.67 | 0.00 | 12,000.00 | 12,000.00 |

730.80 mileage reimbursement @$.315/m
(74.36) less reimbursement 1/97 AE -gas
(15.00) less reimbursement 2/97 AE-gas
(81.99) less reimbursement 3/97 AE-gas
(33.45) less reimbursement 4/97 AE-gas
(18.00) less reimbursement 5/97 AE-gas
(35.99) less reimbursement 6/97 AE-gas

508.00

12,160.28

**Grand total 1997**

**DETAIL OF EXPENSES PAID DIRECTLY BY DAVID ELKIN IN 1998**

| PAYEE/DESCRIPTION | DATE | MEALS | TRAVEL | POSTAGE | SUPPLIES | HOME OFFICE | Business Miles |
|---|---|---|---|---|---|---|---|
| Rick lunch (1998) @ $7/day | 12/31/1998 | 0.00 | | | | | |
| Home office (1998) @ 1,000/mo | 12/31/1998 | | | | | 12,000.00 | |
| US Post office- Centennial | 1/8/1998 | | | 3.23 | | | |
| TOTALS | | 0.00 | 0.00 | 3.23 | 0.00 | 12,000.00 | 0.00 |
| Grand total 1998 | | | | | | | 12,006.46 |

**DETAIL OF EXPENSES PAID DIRECTLY BY DAVID ELKIN IN 1999**

| PAYEE/DESCRIPTION | DATE | MEALS | TRAVEL | POSTAGE | SUPPLIES | HOME OFFICE | Business Miles |
|---|---|---|---|---|---|---|---|
| Rick lunch (1999) @ $7/day | 12/31/1999 | 0.00 | | | | | |
| Home office (1999) @ 1,000/mo | 12/31/1999 | | | | | 12,000.00 | |
| TOTALS | | 0.00 | 0.00 | 0.00 | 0.00 | 12,000.00 | 0.00 |
| Grand total 1999 | | | | | | | 12,000.00 |

**DETAIL OF EXPENSES PAID DIRECTLY BY DAVID ELKIN IN 2000**

| PAYEE/DESCRIPTION | DATE | MEALS | TRAVEL | POSTAGE | SUPPLIES | HOME OFFICE | Business Miles |
|---|---|---|---|---|---|---|---|
| Rick lunch (2000) @ $7/day | 12/31/2000 | 0.00 | | | | | |
| Home office (2000) @ 1,000/mo | 12/31/2000 | | | | | 12,000.00 | |
| TOTALS | | 0.00 | 0.00 | 0.00 | 0.00 | 12,000.00 | 0.00 |
| Grand total 2000 | | | | | | | 12,000.00 |

**DETAIL OF EXPENSES PAID DIRECTLY BY DAVID ELKIN IN 2001**

| PAYEE/DESCRIPTION | DATE | MEALS | TRAVEL | POSTAGE | SUPPLIES | HOME OFFICE | Business Miles |
|---|---|---|---|---|---|---|---|
| Rick lunch (2001) @ $7/day | 12/31/2001 | 0.00 | | | | | |
| Home office (2001) @ 1,000/mo | 12/31/2001 | | | | | 12,000.00 | |
| TOTALS | | 0.00 | 0.00 | 0.00 | 0.00 | 12,000.00 | 0.00 |
| Grand total 2001 | | | | | | | 12,000.00 |

**DETAIL OF EXPENSES PAID DIRECTLY BY DAVID ELKIN IN 2002**

| PAYEE/DESCRIPTION | DATE | MEALS | TRAVEL | POSTAGE | SUPPLIES | HOME OFFICE | Business Miles |
|---|---|---|---|---|---|---|---|
| Home office (2002) @ 1,000/mo | 5/31/2002 | | | | | 5,000.00 | |
| TOTALS | | 0.00 | 0.00 | 0.00 | 0.00 | 5,000.00 | 0.00 |
| Grand total 2002 | | | | | | | 5,000.00 |

# EXHIBIT C

# NORMAN DETAIL

1

# NO TRANSACTION DETAIL AVAILABLE

2

# REFERENCE TO ADDITIONAL EXHIBITS

1.  **Exhibit F - Check Registry Reference**

    | Date | Page | Notation |
    |------|------|----------|
    | 6/2/94 | 1 | C2 |

2.  **Exhibit H**

3

# REFERENCE TO ADDITIONAL EXHIBITS

1.  **Exhibit F – Check Registry Reference**

| Date | Page | Notation |
|------|------|----------|
| 10/4/94 | 2 | C3a-e |
| 10/31/94 | 3 | C3f |

2.  **Exhibit E – Money Market Registry Reference**

| Date | Page | Notation |
|------|------|----------|
| 11/2/94 | 1 | C3g |

**US MOBILCOMM, INC.**
805 BRYN MAWR AVENUE
NEWTOWN SQUARE, PA 19073
TELEPHONE (610) 525-2372

**CORESTATES**
**FIRST PENNSYLVANIA BANK**
PHILADELPHIA, PA
3-1/310  N

1001

10/ 4/94

PAY TO THE
ORDER OF     Baker & McKenzie

****2,500.00
$

Two Thousand Five Hundred and 00/100*********************************** DOLLARS

NY SECURITY DEP- JEFF

MEMO

⑆00100⑆ ⑆031000011⑆ 0177⑈5502⑈     02

MA296

**US MOBILCOMM, INC.**
805 BRYN MAWR AVENUE
NEWTOWN SQUARE, PA 19073
TELEPHONE (610) 525-2372

**CORESTATES**
**FIRST PENNSYLVANIA BANK**
PHILADELPHIA, PA
3-1/310  N

1004

10/ 4/94

PAY TO THE
ORDER OF ___ Baker & McKenzie _____ $ ****2,500.00

Two Thousand Five Hundred and 00/100******************************** ___ DOLLARS

MEMO ___ Rent Oct _____

⑈001004⑈ ⑆031000011⑆ 0177⑈5502⑈   02

**MA295**

**US MOBILCOMM, INC.**
805 BRYN MAWR AVENUE
NEWTOWN SQUARE, PA 19073
TELEPHONE (610) 525-2372

CORESTATES
FIRST PENNSYLVANIA BANK
PHILADELPHIA, PA
3-1/310  N

1005

10/ 4/94

PAY TO THE
ORDER OF    Baker & McKenzie                                    $ ****2,500.00

Two Thousand Five Hundred and 00/100******************************** DOLLARS

MEMO  Rent Sept

⑅001005⑅ ⑄031000011⑄ 0177⑅5502⑅  02

MA294

4

# <u>REFERENCE TO ADDITIONAL EXHIBITS</u>

**1.   Exhibit F - Check Registry Reference**

| <u>Date</u> | <u>Page</u> | <u>Notation</u> |
|---|---|---|
| 11/30/94 | 3 | C4a |

**2.   Exhibit E - Money Market Registry Reference**

| <u>Date</u> | <u>Page</u> | <u>Notation</u> |
|---|---|---|
| 12/12/94 | 1 | C4b |

5

# REFERENCE TO ADDITIONAL EXHIBITS

1.  **Exhibit F – Check Registry Reference**

| Date | Page | Notation |
|------|------|----------|
| 12/30/94 | 4 | C5 |
| 1/31/95 | 5 | C5 |

2.  **Exhibit E – Money Market Registry Reference**

| Date | Page | Notation |
|------|------|----------|
| 1/9/95 | 1 | C5 |

1064

**US MOBILCOMM, INC.**
3 RADNOR CORPORATE CENTER, SUITE 233
100 MATSON FORD ROAD
RADNOR, PA 19087
(610) 989-9096

**CORESTATES**
**FIRST PENNSYLVANIA BANK**
PHILADELPHIA, PA
3-7/310  N

12/29/94

PAY TO THE
ORDER OF    Baker & McKenzie

$ ****2,500.00

Two Thousand Five Hundred and 00/100******************************************** DOLLARS

MEMO    Rent NY office

⑈00₁064⑈  ⑆03₁0000₁₁⑆  0₁77⑈550⑈2⑈



**US MOBILCOMM, INC.**
3 RADNOR CORPORATE CENTER, SUITE 233
100 MATSON FORD ROAD
RADNOR, PA 19087
(610) 989-9096

1091

1/31/95

**CORESTATES**
**FIRST PENNSYLVANIA BANK**
PHILADELPHIA, PA
3-1/310 N

PAY TO THE
ORDER OF ___ Baker & McKenzie

$ ****2,500.00

Two Thousand Five Hundred and 00/100************************************** DOLLARS

MEMO ___ Rent NY Office

⑈"001091⑈" ⑈:03⑈0000⑈⑈: 0901766650 201 01 2225 2250

02254207   37592⑈    177"550 2⑈"   97   "0000 250000."



9 2 0 1 4 4 3 0



FRB-PHILADELPHIA*CITY
0901766660 02-07-95    0310-0004-0