6

# REFERENCE TO ADDITIONAL EXHIBITS

1.  **Exhibit F – Check Registry Reference**

| Date | Page | Notation |
|------|------|----------|
| 2/27/95 | 6 | C6 |



1123

**US MOBILCOMM, INC.**
3 RADNOR CORPORATE CENTER, SUITE 233
100 MATSON FORD ROAD
RADNOR, PA 19087
(610) 989-9096

2/27/95

**CORESTATES**
**FIRST PENNSYLVANIA BANK**
PHILADELPHIA, PA.
3-1/310  N

PAY TO THE
ORDER OF ___Baker & McKenzie_____  $ *****2,500.00

Two Thousand Five Hundred and 00/100***********************************************-----DOLLARS

MEMO ___Rent NY office_____

⑆001123⑆  ⑆031000011⑆  0⑈77⑈55021⑈

FOR DEPOSIT ONLY
BAKER & McKENZIE
#37937243
CITIBANK, N.A.

9 2 0 1  9 7 4 9



7

# REFERENCE TO ADDITIONAL EXHIBITS

1.    **Exhibit E – Money Market Registry Reference**

| Date | Page | Notation |
|------|------|----------|
| 3/29/95 | 2 | C7a |

$10 charge for wire transfer not deducted from Norman's Cap Account.

**CORESTATES BANK**
PO BOX 7618  F.C. 01-02-08-21
PHILADELPHIA PA 19101-7618

---- ----

PAGE    1

PERIOD ENDING    03/31/95
PREVIOUS PERIOD 02/28/95

---- 

US MOBILCOMM  INC.
805 BRYN MAWR AVENUE
NEWTOWN SQUARE PA    19073

ACCOUNT NO 00207-13956

H

---- ----

CYC  BR TYP DISP    ENC
31 076  01  100      0
SAFEKEEPING

US MOBILCOMM  INC.                TIN: 023-2764588
MONEY MARKET ACCOUNT NO 00207-13956

| DATE | DESCRIPTION OF YOUR ACTIVITY | CHECKS/ DEBITS | DEPOSITS/ CREDITS | BALANCE |
|---|---|---|---|---|
| | OPENING BALANCE | | | 247,978.02 |
| 03/01 | MISCELLANEOUS DEBIT | 10,000.00 | | 237,978.02 |
| 03/07 | MISCELLANEOUS DEBIT | 10,000.00 | | 227,978.02 |
| 03/20 | MISCELLANEOUS DEBIT | 50,000.00 | | 177,978.02 |
| 03/29 | MISCELLANEOUS DEBIT | 5,010.00 | | 172,968.02 |
| 03/31 | INTEREST PAYMENT | | 484.09 | |
| | INTEREST RATE  2.71 INTEREST YIELD  2.74 | | | |
| | CLOSING BALANCE | | | 173,452.11 |

MONEY MARKET SUMMARY

| PREVIOUS BALANCE | TOT CREDITS & DEPOSITS | TOT CHECKS & DEBITS | SERVICE CHARGES | NEW BALANCE |
|---|---|---|---|---|
| 247,978.02 | 484.09 | 75,010.00 | .00 | 173,452.11 |

| NUMBER CHECKS | NUMBER MAC DEBITS | NUMBER DEPOSITS | ITEMS DEPOSITED | AVERAGE COLLECTED BAL |
|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 210,089.00 |

| YEAR TO DATE INTEREST | $1,329.88 |
|---|---|

PLEASE EXAMINE THIS STATEMENT PROMPTLY.

QUESTIONS REGARDING STATEMENT INFORMATION SHOULD BE DIRECTED TO YOUR RELATIONSHIP MANAGER OR CUSTOMER SERVICE AT
215-973-1000  OR  1-800-426-6900  FROM TOLL CALLING AREAS.  HOURS: WEEKDAYS 8AM TO 8PM, SATURDAYS 8AM TO 4PM.
AFTER CUSTOMER SERVICE HOURS, LOST OR STOLEN MAC CARDS SHOULD BE REPORTED TO:  1-800-833-3010.

**CoreStates**

CoreStates Bank NA

ADVICE OF DEBIT

WE HAVE CHARGED YOUR ACCOUNT

*Wire Transfer*

DATE: 3-29-95

| ACCOUNT NUMBER | |
|---|---|
| 0020713956 | |
| APP CODE | TRAN CODE |
| 01 | 67 |
| AMOUNT | |
| $ 5010.00 | |

↓ *Per Request*

• U S Mobilcomm Inc

032995 1149 0049 3-1  03 1760432
$*****5,010.00 CKCO 21   E 088027
0020713956

PREPARED BY: *Jean Maguire Brownell*

DEPARTMENT

AUTHORIZED BY: *Frances Maguire*

MW91-801 (12/91) WW

8

# REFERENCE TO ADDITIONAL EXHIBITS

1.   **Exhibit F – Check Registry Reference**

| **Date** | **Page** | **Notation** |
|----------|----------|--------------|
| 4/3/95 | 7 | C8 |



1166

**US MOBILCOMM, INC.**
3 RADNOR CORPORATE CENTER, SUITE 233
100 MATSON FORD ROAD
RADNOR, PA. 19087
(610) 989-9096

4 / 3 /95

CORESTATES
**FIRST PENNSYLVANIA BANK**
PHILADELPHIA, PA
3-1/310 N

$ ****2,500.00

PAY TO THE
ORDER OF Baker & McKenzie

Two Thousand Five Hundred and 00/100************************************** DOLLARS

MEMO Rent NY office

⑈"001166"⑈ ⑈:031000011: 0215857⑈ ⑈017"550 2⑈"

FOR DEPOSIT ONLY
BAKER & McKENZIE
#37937243
CITIBANK, N.A.

200 0 4 2 2

9 5

AP '95 17

031000095

9

# <u>REFERENCE TO ADDITIONAL EXHIBITS</u>

1.    **Exhibit F – Check Registry Reference**

| <u>Date</u> | <u>Page</u> | <u>Notation</u> |
|---|---|---|
| 5/1/95 | 8 | C9 |



**US MOBILCOMM, INC.**
3 RADNOR CORPORATE CENTER, SUITE 233
100 MATSON FORD ROAD
RADNOR, PA 19087
(610) 989-9096

1196

**CORESTATES**
**FIRST PENNSYLVANIA BANK**
PHILADELPHIA, PA
3-1/310  N

5/ 1/95

PAY TO THE
ORDER OF   Baker & McKenzie                                    $ *****7,539.58

Seven Thousand Five Hundred Thirty-Nine and 58/100************************* DOLLARS

MEMO   Rent NY office +phone 9/94-1/95

⑈⑈001196⑈⑈  ⑈⑈031000011⑈⑈  017⑈550 2⑈⑈

FOR DEPOSIT ONLY
BAKER & McKENZIE
#37937243
CITIBANK, N.A.

0 0 4 5 3 4 6 3



10

# REFERENCE TO ADDITIONAL EXHIBITS

## 1.    Exhibit F - Check Registry Reference

| Date | Page | Notation |
|------|------|----------|
| 6/1/95 | 9 | C10 |

US MOBILCOMM, INC.
3 RADNOR CORPORATE CENTER, SUITE 233
100 MATSON FORD ROAD
RADNOR, PA 19087
(610) 989-9096

1239

6/1/95

CORESTATES
FIRST PENNSYLVANIA BANK
PHILADELPHIA, PA
3-1/310 N

PAY TO THE
ORDER OF   Baker & McKenzie

$ ****2,500.00

Two Thousand Five Hundred and 00/100*************************************** DOLLARS

MEMO   Rent NY office - June

⑈00⑈239⑈ ⑈03⑈0000⑈⑈⑈ 0⑈77⑈550 2⑈



FOR DEPOSIT ONLY
BAKER & McKENZIE
#37937249
CITIBANK, N.A.

9 2 0 3  5  1  3  6



031000095

11

# REFERENCE TO ADDITIONAL EXHIBITS

1.    **Exhibit F - Check Registry Reference**

| Date | Page | Notation |
|------|------|----------|
| 7/1/95 | 10 | C11 |



**US MOBILCOMM, INC.**
3 RADNOR CORPORATE CENTER, SUITE 233
100 MATSON FORD ROAD
RADNOR, PA 19087
(610) 989-9096

1274

7/ 1/95

**CORESTATES
FIRST PENNSYLVANIA BANK**
PHILADELPHIA, PA
3-1/310  N

PAY TO THE
ORDER OF ___ Baker & McKenzie ___     $ *****2,928.65*

Two Thousand Nine Hundred Twenty-Eight and 65/100******************** DOLLARS

MEMO ___ Rent NY office + Telephone-Feb ___

⑈001274⑈ ⑆031⑈0000⑈⑈ 0⑈77⑈550⑈



12

# REFERENCE TO ADDITIONAL EXHIBITS

**1.    Exhibit F - Check Registry Reference**

| Date | Page | Notation |
|------|------|----------|
| 8/1/95 | 11 | C12 |



**US MOBILCOMM, INC.**
3 RADNOR CORPORATE CENTER, SUITE 233
100 MATSON FORD ROAD
RADNOR, PA 19087
(610) 989-9096

1298

CORESTATES
FIRST PENNSYLVANIA BANK
PHILADELPHIA, PA
3-1/310  N

8/ 1/95

PAY TO THE
ORDER OF ___ Baker & McKenzie                    $ *****2,500.00

Two Thousand Five Hundred and 00/100*********************************************** DOLLARS

MEMO ___ Rent NY office -AUG

⑆001298⑆ ⑆03⑆0000⑈⑆ 0⑆2⑆750 2⑈

021398䧹3  䧹7 747 䧹7 䧹8 18164䧹 02

0000 250000

⑈0000 250000

A6 '95 17

A6 '95 16

031000095

13

# REFERENCE TO ADDITIONAL EXHIBITS

1.   **Exhibit F - Check Registry Reference**

| Date | Page | Notation |
|------|------|----------|
| 9/2/95 | 12 | C13 |



**US MOBILCOMM, INC.**
805 BRYN MAWR AVE.
NEWTOWN SQUARE, PA 19073
(610) 525-1185

1334

9/ 1/95

**CORESTATES**
**FIRST PENNSYLVANIA BANK**
PHILADELPHIA, PA
3-1/310 N

PAY TO THE
ORDER OF     Baker & McKenzie

****2,500.00

$

Two Thousand Five Hundred and 00/100***********************************************

DOLLARS

MEMO     Rent NY office -SEPT

⑆0⑊10000⑈⑉⑆⑈0⑈7⑉550⑈2⑆

⑆0⑊10000⑈⑉⑆⑈0⑈7⑉550⑈2⑆

'20| 3 7 4 9

2 2    SEP '95

031000095

14

# REFERENCE TO ADDITIONAL EXHIBITS

1.    **Exhibit F - Check Registry Reference**

| Date | Page | Notation |
|------|------|----------|
| 10/5/95 | 13 | C14 |



**US MOBILCOMM, INC.**
805 BRYN MAWR AVE.
NEWTOWN SQUARE, PA 19073
(610) 525-1185

1366

9/29/95

**CORESTATES**
**FIRST PENNSYLVANIA BANK**
PHILADELPHIA, PA
3-1/310  N

PAY TO THE
ORDER OF    Baker & McKenzie                    *****5,538.77

Five Thousand Five Hundred Thirty-Eight and 77/100***************************    DOLLARS

MEMO ___NY office -tel 3/95-8/95_____

⑈0310000⑈:⑈ 0⑈77⑈550 2⑈⑈   ⑈1362 97

⑈0310000⑈:⑈ 0⑈77⑈550 2⑈⑈

97⑈000055 3877⑈

⑈000055 3877⑈

?208 0 3 6 0



NY IPS (067)
CITIBANK, NA
111 8 AVE
NY NY 10011
(212) 627-3217

(067) NY IPS

16  OCT   95

07 '95' 17

031000095

15

# REFERENCE TO ADDITIONAL EXHIBITS

1.    **Exhibit F – Check Registry Reference**

| Date | Page | Notation |
|------|------|----------|
| 11/6/95 | 15 | C15 |

1396

11/ 1/95

**US MOBILCOMM, INC.**
805 BRYN MAWR AVE.
NEWTOWN SQUARE, PA 19073
(610) 525-1185

CORESTATES
FIRST PENNSYLVANIA BANK
PHILADELPHIA, PA
3-1/310 N

PAY TO THE
ORDER OF ___ Baker & McKenzie

$****5,376.23

Five Thousand Three Hundred Seventy-Six and 23/100****************** DOLLARS

MEMO ___ NY office -tel 3/95 -8/95

⑆031⑈0000⑈1⑆: ⑆0⑈7⑈7⑄550⑈2⑆

02079542    1396    02

"0000537623"

⑆031⑈0000⑈1⑆:⑆0⑈7⑈7⑄550⑈2⑆

"0000537623"



# US MOBILCOMM, INC.

**PHILADELPHIA**
805 BRYN MAWR AVENUE
NEWTOWN SQUARE, PA 19073-4330
TELEPHONE (610) 525-2372 • FAX (610) 525-6761

**NEW YORK CITY**
805 THIRD AVENUE, 28TH FLOOR, NEW YORK, NY 10022
TELEPHONE (212) 891-3542 • FAX (212) 891-3547

**INTERNET ADDRESS**
usm220@aol.com

Denise                    via FAX 353-9755
Corestates Bank
Broomall Branch
2701 West Chester Pike
Broomall, PA  19008

November 29, 1995

Dear Denise,

      Please send a wire transfer (Corestates Bank A/C# 1787-4273)
according to the following instructions:

| | |
|---|---|
| **Amount** | **$ 5,000.  (Five thousand dollars)** |
| **Bank:** | **EAB- 475 PARK AVE SOUTH, NY,NY  10016** |
| **ABA #:** | **021001486** |
| **Account #** | **106-326861** |
| **Account name** | **JEFFREY M. NORMAN** |

      Note to attach to wire: Attn Lisa Mattson, VP  212-532-5202

If you have any questions about the wire transfer please call our
controller, Richard Shorin.

      Thanks for your prompt attention to this matter.

Sincerely,

David Elkin
President

cc: Jeff Norman

November 29  1995

PERSONAL AND CONFIDENTIAL

Rick Shorn

Re: Wire Transfer

Dear Rick:

Per our conversation this morning will please wire $5,000 (five thousand dollars) into the following account today:

Jeffrey M. Norman
UBS
... Park Avenue
New York, New York  10...
...............
Account #: 109-105801
ABA #: 021001486

Please call me with any questions you may have.

Sincerely yours,

Jeffrey Norman

**CoreStates**

CoreStates Bank N.A.

WE HAVE **CHARGED** YOUR ACCOUNT

ACCOUNT NUMBER

00 178 74 273

APP CODE    TRAN CODE

01 67

DOLLAR AMOUNT

$ 5010.00

CUSTOMER SIGNATURE
(IF APPLICABLE)

US Mobil Commns 1345 0126 3-1   03 176 0433
Management *****010.00 CHCD 21
0017874273

| DATE | PREPARED BY | DEPARTMENT |
|------|-------------|------------|
| 333618 |  | 176 |
| AUTHORIZED BY | | |
| Frances Maguire | | |

ADVICE OF DEBIT

BR-180 (5/94)

---

## DOMESTIC WIRE TRANSFER

| DATE | 11-29-95 |
|------|----------|
| AMOUNT | 5,000.— |

WIRE TO (NAME OF BANK)
0210 01486
EAB BANK 475 PARK AVE So. NY NY

CREDIT ACCOUNT OF                    ACCOUNT NUMBER          ATTN:
JEFFREY M. NORMAN           106-326861 # LISA MATTSON
                                                        312-532-5202
BY ORDER OF
Rich Shouin / David Elkin

CHARGE ACCOUNT                       CUSTOMER'S SIGNATURE (OR NOTATION OF LETTER ON FILE)
1787·4273

METHOD OF PAYMENT IF                 AUTHORIZED SIGNATURE
OTHER THAN ABOVE
                                     Frances Maguire

Doris 491217

BR-295(7114) REV. 12/90              CUSTOMER COPY



**CORESTATES BANK**
PO BOX 7618  F.C. 01-02-08-21
PHILADELPHIA PA 19101-7618

PAGE    1

PERIOD ENDING    11/30/95
PREVIOUS PERIOD  10/31/95

US MOBILCOMM MANAGEMENT CORP
805 BRYN MAWR AVENUE
NEWTOWN SQUARE PA    19073

ACCOUNT NO 00178-74273

H

|  | CYC | BR | TYP | DISP | ENC |
|---|---|---|---|---|---|
|  | 31 | 076 | 01 | 100 | 0 |
|  | SAFEKEEPING | | | | |

JS MOBILCOMM MANAGEMENT CORP                    TIN: 023-2767067

## MONEY MARKET ACCOUNT NO 00178-74273

| DATE | DESCRIPTION OF YOUR ACTIVITY | CHECKS/ DEBITS | DEPOSITS/ CREDITS | BALANCE |
|---|---|---|---|---|
|  | OPENING BALANCE |  |  | 28,190.59 |
| 11/01 | MISCELLANEOUS DEBIT | 3,000.00 |  | 25,190.59 |
| 11/06 | MISCELLANEOUS DEBIT | 7,000.00 |  |  |
|  | ANALYSIS FEE | 8.00 |  | 18,182.59 |
| 11/16 | MISCELLANEOUS DEBIT | 2,000.00 |  | 16,182.59 |
| 11/20 | MISCELLANEOUS DEBIT | 10,000.00 |  | 6,182.59 |
| 11/28 | OTC DEPOSIT |  | 20,000.00 | 26,182.59 |
| 11/29 | MISCELLANEOUS DEBIT | 5,010.00 |  | 21,172.59 |
| 11/30 | INTEREST PAYMENT |  | 27.99 |  |
|  | INTEREST RATE  2.23 INTEREST YIELD  2.25 |  |  |  |
|  | MISCELLANEOUS DEBIT | 3,000.00 |  |  |
|  | CLOSING BALANCE |  |  | 18,200.58 |

### MONEY MARKET SUMMARY

| PREVIOUS BALANCE | TOT CREDITS & DEPOSITS | TOT CHECKS & DEBITS | SERVICE CHARGES | NEW BALANCE |
|---|---|---|---|---|
| 28,190.59 | 20,027.99 | 30,010.00 | 8.00 | 18,200.58 |

| NUMBER CHECKS | NUMBER MAC DEBITS | NUMBER DEPOSITS | ITEMS DEPOSITED | AVERAGE COLLECTED BAL |
|---|---|---|---|---|
| 0 | 0 | 1 | 1 | 15,254.00 |

| YEAR TO DATE INTEREST | $1,322.08 |
|---|---|

**PLEASE EXAMINE THIS STATEMENT PROMPTLY.**

QUESTIONS REGARDING STATEMENT INFORMATION SHOULD BE DIRECTED TO YOUR RELATIONSHIP MANAGER OR CUSTOMER SERVICE AT
**215-973-1000** OR **1-800-426-6900** FROM TOLL CALLING AREAS.  HOURS: WEEKDAYS 8AM TO 8PM, SATURDAYS 8AM TO 4PM.
AFTER CUSTOMER SERVICE HOURS, LOST OR STOLEN MAC CARDS SHOULD BE REPORTED TO:  1-800-833-3010.

R-2099 Rev. 10/94                                                                                     Member FDIC