16

# REFERENCE TO ADDITIONAL EXHIBITS

1.   **Exhibit F – Check Registry Reference**

| Date | Page | Notation |
|------|------|----------|
| 12/4/95 | 15 | C16 |

**CORESTATES BANK**

PO BOX 7618 F.C. 01-02-08-21
PHILADELPHIA PA 19101-7618

PAGE

PERIOD ENDING   01/31/
PREVIOUS PERIOD 12/29/

US MOBILCOMM   INC.
805 BRYN MAWR AVENUE
NEWTOWN SQUARE PA    19073

ACCOUNT NO  00017-7550:

CYC  BR TYP DISP   EN
31 076  01  100

S MOBILCOMM  INC.

## CHECKING ACCOUNT NO 00017-75502
### CHECKS PAID

| CHECK# | AMOUNT | PAID DATE | REFERENCE# | CHECK# | AMOUNT | PAID DATE | REFERENCE |
|---|---|---|---|---|---|---|---|
| | 22.45 | 01/02/96 | 80429800 | | 14.31 | 01/18/96 | 6115432 |
| | 16.28 | 01/03/96 | 60978440 | | 39.50 | 01/18/96 | 8122394 |
| | 1,188.79 | 01/03/96 | 60983887 | | 2,500.00 | 01/18/96 | 6051688 |
| | 750.00 | 01/04/96 | 61361950 | | 2,500.00 | 01/18/96 | 6051688 |
| | 3,870.00 | 01/05/96 | 60471037 | | 17.83 | 01/19/96 | 6047850 |
| | 350.00 | 01/10/96 | 61300346 | | 522.95 | 01/19/96 | 6066418 |
| | 2,000.00 | 01/10/96 | 80664146 | | 87.75 | 01/22/96 | 6109985 |
| | 252.43 | 01/11/96 | 61319324 | | 603.54 | 01/23/96 | 6131876 |
| | 484.63 | 01/11/96 | 60684390 | | 1,000.00 | 01/24/96 | 6056740 |
| | 602.04 | 01/11/96 | 60407633 | | 19.90 | 01/29/96 | 6067733 |
| | 229.45 | 01/12/96 | 60327346 | | 1,200.00 | 01/29/96 | 8066047 |
| | 415.67 | 01/16/96 | 60428857 | | 123.74 | 01/30/96 | 8117613 |
| | 1,575.00 | 01/17/96 | 60507821 | | 500.00 | 01/31/96 | 6045599 |

TOTAL CHECKS:    26  TOTAL AMOUNT:       20,886.5

| DATE | DESCRIPTION OF YOUR ACTIVITY | | CHECKS/DEBITS | DEPOSITS/CREDITS | BALANCE |
|---|---|---|---|---|---|
| | OPENING BALANCE | | | | 4,585.5 |
| 01/02 | CHECKS PAID TODAY: | 1 | 22.45 | | 4,563.0 |
| 01/03 | MISCELLANEOUS CREDIT | | | 10,000.00 | |
| | CHECKS PAID TODAY: | 2 | 1,205.07 | | 13,358.0 |
| 01/04 | CHECKS PAID TODAY: | 1 | 750.00 | | 12,608.0 |
| 01/05 | ACTIVITY/MAINTENANCE CHARGE | | 8.00 | | 8,730.0 |
| | CHECKS PAID TODAY: | 1 | 3,870.00 | | |
| 01/08 | OTC DEPOSIT | | | 64.95 | 8,794.9 |
| 01/10 | CHECKS PAID TODAY: | 2 | 2,350.00 | | 6,444.9 |
| 01/11 | CHECKS PAID TODAY: | 3 | 1,339.10 | | 5,105.8 |
| 01/12 | CHECKS PAID TODAY: | 1 | 229.45 | | 4,876.4 |
| 01/16 | OTC DEPOSIT | | | 440.00 | |
| | CHECKS PAID TODAY: | 1 | 415.67 | | 4,900.7 |
| 01/17 | MISCELLANEOUS CREDIT | | | 4,000.00 | |
| | OTC DEPOSIT | | | 135.31 | |
| | OTC DEPOSIT | | | 1,128.95 | |
| | CHECKS PAID TODAY: | 1 | 1,575.00 | | 8,590.0 |
| 01/18 | CHECKS PAID TODAY: | 4 | 5,054.11 | | 3,535.9 |
| 01/19 | CHECKS PAID TODAY: | 2 | 540.78 | | 2,995.1 |
| 01/22 | CHECKS PAID TODAY: | 1 | 87.75 | | 2,907.3 |
| 01/23 | CHECKS PAID TODAY: | 1 | 603.54 | | 2,303.8 |
| 01/24 | CHECKS PAID TODAY: | 1 | 1,000.00 | | 1,303.8 |
| 01/26 | OTC DEPOSIT | | | 224.75 | 1,528.5 |
| 01/29 | MISCELLANEOUS CREDIT | | | 1,000.00 | |
| | CHECKS PAID TODAY: | 2 | 1,219.90 | | 1,308.6 |
| 01/30 | OTC DEPOSIT | | | 795.38 | |
| | CHECKS PAID TODAY: | 1 | 123.74 | | 1,980.3 |
| 01/31 | CHECKS PAID TODAY: | 1 | 500.00 | | |
| | CLOSING BALANCE | | | | 1,480.3 |

**MC005015**

R-2099 Rev. 10/94

Member FDIC



17

# REFERENCE TO ADDITIONAL EXHIBITS

**1.    Exhibit F - Check Registry Reference**

| Date | Page | Notation |
|------|------|----------|
| 1/2/96 | 16 | C17 |

**CORESTATES BANK**
PO BOX 7618  F.C. 01-02-08-21
PHILADELPHIA PA 19101-7618

PAGE

PERIOD ENDING    01/31/
PREVIOUS PERIOD  12/29/

US MOBILCOMM  INC.
805 BRYN MAWR AVENUE
NEWTOWN SQUARE PA    19073

ACCOUNT NO  00017-7550

S MOBILCOMM  INC.

CYC  BR  TYP  DISP    EN
31  076  01  100    2

## CHECKING ACCOUNT NO 00017-75502
### CHECKS PAID

| CHECK# | AMOUNT | PAID DATE | REFERENCE# | CHECK# | AMOUNT | PAID DATE | REFERENCE |
|--------|--------|-----------|------------|--------|--------|-----------|-----------|
| | 22.45 | 01/02/96 | 80429800 | | 14.31 | 01/18/96 | 6115432 |
| | 16.28 | 01/03/96 | 60978690 | | 39.80 | 01/18/96 | 8122394 |
| | 1,188.79 | 01/03/96 | 60983887 | | 2,500.00 | 01/18/96 | 6051688 |
| | 750.00 | 01/04/96 | 61361950 | | 2,500.00 | 01/18/96 | 6051688 |
| | 3,870.00 | 01/05/96 | 60471037 | | 17.83 | 01/19/96 | 6047850 |
| | 350.00 | 01/10/96 | 61300346 | | 522.95 | 01/19/96 | 6066418 |
| | 2,000.00 | 01/10/96 | 80664146 | | 87.75 | 01/22/96 | 6109985 |
| | 252.43 | 01/11/96 | 61319324 | | 603.54 | 01/23/96 | 6131876 |
| | 484.63 | 01/11/96 | 60684390 | | 1,000.00 | 01/24/96 | 6056740 |
| | 602.04 | 01/11/96 | 60407633 | | 19.90 | 01/29/96 | 6067733 |
| | 229.45 | 01/12/96 | 60327346 | | 1,200.00 | 01/29/96 | 8066847 |
| | 415.67 | 01/16/96 | 60428857 | | 123.74 | 01/30/96 | 8117613 |
| | 1,575.00 | 01/17/96 | 60507821 | | 500.00 | 01/31/96 | 6045399 |

TOTAL CHECKS:    26   TOTAL AMOUNT:    20,886.5

| DATE | DESCRIPTION OF YOUR ACTIVITY | CHECKS/ DEBITS | DEPOSITS/ CREDITS | BALANCE |
|------|------------------------------|----------------|-------------------|---------|
| | OPENING BALANCE | | | 4,585.5 |
| 01/02 | CHECKS PAID TODAY: 1 | 22.45 | | 4,563.0 |
| 01/03 | MISCELLANEOUS CREDIT | | 10,000.00 | |
| | CHECKS PAID TODAY: 2 | 1,205.07 | | 13,358.0 |
| 01/04 | CHECKS PAID TODAY: 1 | 750.00 | | 12,608.0 |
| 01/05 | ACTIVITY/MAINTENANCE CHARGE | 8.00 | | |
| | CHECKS PAID TODAY: 1 | 3,870.00 | | 8,730.0 |
| 01/08 | OTC DEPOSIT | | 64.95 | 8,794.9 |
| 01/10 | CHECKS PAID TODAY: 2 | 2,350.00 | | 6,444.9 |
| 01/11 | CHECKS PAID TODAY: 3 | 1,339.10 | | 5,105.8 |
| 01/12 | CHECKS PAID TODAY: 1 | 229.45 | | 4,876.4 |
| 01/16 | OTC DEPOSIT | | 440.00 | |
| | CHECKS PAID TODAY: 1 | 415.67 | | 4,900.7 |
| 01/17 | MISCELLANEOUS CREDIT | | 4,000.00 | |
| | OTC DEPOSIT | | 135.31 | |
| | OTC DEPOSIT | | 1,128.95 | |
| | CHECKS PAID TODAY: 1 | 1,575.00 | | 8,590.0 |
| 01/18 | CHECKS PAID TODAY: 4 | 5,054.11 | | 3,535.9 |
| 01/19 | CHECKS PAID TODAY: 2 | 540.78 | | 2,995.1 |
| 01/22 | CHECKS PAID TODAY: 1 | 87.75 | | 2,907.3 |
| 01/23 | CHECKS PAID TODAY: 1 | 603.54 | | 2,303.8 |
| 01/24 | CHECKS PAID TODAY: 1 | 1,000.00 | | 1,303.8 |
| 01/26 | OTC DEPOSIT | | 224.75 | 1,528.5 |
| 01/29 | MISCELLANEOUS CREDIT | | 1,000.00 | |
| | CHECKS PAID TODAY: 2 | 1,219.90 | | 1,308.6 |
| 01/30 | OTC DEPOSIT | | 795.38 | |
| | CHECKS PAID TODAY: 1 | 123.74 | | 1,980.3 |
| 01/31 | CHECKS PAID TODAY: 1 | 500.00 | | 1,480.3 |
| | CLOSING BALANCE | | | 1,480.3 |

**MC005015**

R-2099 Rev. 10/94

Member FDIC 

## DOMESTIC WIRE TRANSFER

DATE _1-26-96_

AMOUNT _5000.00_

WIRE TO (NAME OF BANK) _ABA 021001486_

_EAB  475 Park Ave South, NY, NY 10016_
CREDIT ACCOUNT OF

ACCOUNT NUMBER

_Jeffrey M Moran      106 326861_
BY ORDER OF    ATTN LISA MATTSON   VP 212-532-5202

_Rich Shorin_
CHARGE ACCOUNT

CUSTOMER'S SIGNATURE (OR NOTATION OF LETTER ON FILE)

_0020713956_
METHOD OF PAYMENT IF
OTHER THAN ABOVE

_Papers on file_
AUTHORIZED SIGNATURE

_564369_

BR-295(7114) REV. 12/90          CUSTOMER COPY

---

## CoreStates
CoreStates Bank NA

### WE HAVE CHARGED YOUR ACCOUNT

_Wire Transfer To EAB
to Jeffrey M Moran_

ACCOUNT NUMBER

_00 2907 13 956_

APP CODE    TRAN CODE

_01      67_

DOLLAR AMOUNT

$ _5017.00_

CUSTOMER SIGNATURE
(IF APPLICABLE) _Papers on file_

_Rich Shorin    012696 1110 0052 3-1  03 1760482
3*****5,017.00 CKCO 21
Us Mobil 0020713956_

| DATE | PREPARED BY | DEPARTMENT |
|------|-------------|------------|
| 02   |             | 176        |
| AUTHORIZED BY | | |

ADVICE OF DEBIT

 **CoreStates**
CoreStates Bank NA
PO Box 7618
Phila PA 19101-7618



| | DEBIT | CREDIT |
|---|---|---|
| ACCOUNT NO. | 0020713956 | |

| MAIL TO | U S MobilComm |
|---|---|

| DATE |
|---|
| 1-29-96 |

| WE CHARGE YOUR ACCOUNT | $ 1,000.00 |
|---|---|

as per your request

OFFSET

S

BR-293 (6912) 10/90

| PREPARED BY | DEPARTMENT |
|---|---|
| dc | 176 |

ADVICE OF DEBIT

012996 1010 0072 3-1  01 1760759
$*****1,000.00 CKCO 12    E 029054
0020713956

18

# REFERENCE TO ADDITIONAL EXHIBITS

1.    **Exhibit F – Check Registry Reference**

| Date | Page | Notation |
|------|------|----------|
| 2/2/96 | 17 | C18 |



**CoreStates**
CoreStates Bank NA

P O Box 7618
Phila PA 19101-7618

MAIL TO

US MObilComm Managment Corp

DATE 2/23/96

ACCOUNT NO.
0017844273

WE CHARGE YOUR ACCOUNT    $5,000.00

Per customers request

OFFSET



PREPARED BY
D. Gamble

DEPARTMENT
Broomall

BR-293 (6912) 10/90

022396 0903 0008 3-1  01 1760759
$****25,000.00 CKCO 12      054025
0017874273



**CORESTATES BANK**
PO BOX 7618  F.C. 01-02-08-21
PHILADELPHIA PA 19101-7618

---- ----

PAGE    1

PERIOD ENDING    02/29/96
PREVIOUS PERIOD  01/31/96

----    US MOBILCOMM MANAGEMENT CORP          ACCOUNT NO  00178-74273
        805 BRYN MAWR AVENUE
        NEWTOWN SQUARE PA    19073                           H

---- ----

CYC  BR TYP DISP    ENC
31 076  01  100      0
SAFEKEEPING

JS MOBILCOMM MANAGEMENT CORP          TIN: 023-2767067
MONEY MARKET ACCOUNT NO 00178-74273

| DATE | DESCRIPTION OF YOUR ACTIVITY | CHECKS/ DEBITS | DEPOSITS/ CREDITS | BALANCE |
|------|------------------------------|----------------|-------------------|---------|
|       | OPENING BALANCE |  |  | 28,237.76 |
| 02/01 | MISCELLANEOUS DEBIT | 1,000.00 |  | 27,237.76 |
| 02/05 | MISCELLANEOUS DEBIT | 5,000.00 |  | 22,237.76 |
| 02/07 | ANALYSIS FEE | 8.00 |  | 22,229.76 |
| 02/12 | MISCELLANEOUS DEBIT | 3,000.00 |  | 19,229.76 |
| 02/22 | WIRE TRANSFER CREDIT |  | 30,000.00 | 49,229.76 |
|       | OUR REF=5960222507311000A  YOUR REF=1787-4273 COREST |  |  |  |
|       | ORG=MELLON BANK N A                    PITTSBURGH |  |  |  |
|       | MELLON BANK PITTS /ORG=MERRILL LYNCH PIERCE FENNER CTR/ |  |  |  |
|       | BNF=CORESTATES BANK FOR FURTHER TO US MOBILCOMM MANAGEM |  |  |  |
| 02/26 | MISCELLANEOUS DEBIT | 5,017.00 |  |  |
|       | MISCELLANEOUS DEBIT | 25,000.00 |  | 19,212.76 |
| 02/29 | INTEREST PAYMENT |  | 44.55 |  |
|       | INTEREST RATE  2.23 INTEREST YIELD  2.25 |  |  |  |
|       | CLOSING BALANCE |  |  | 19,257.31 |

MONEY MARKET SUMMARY

| PREVIOUS BALANCE | TOT CREDITS & DEPOSITS | TOT CHECKS & DEBITS | SERVICE CHARGES | NEW BALANCE |
|------------------|------------------------|---------------------|-----------------|-------------|
| 28,237.76 | 30,044.55 | 39,017.00 | 8.00 | 19,257.31 |

| NUMBER CHECKS | NUMBER MAC DEBITS | NUMBER DEPOSITS | ITEMS DEPOSITED | AVERAGE COLLECTED BAL |
|---------------|-------------------|-----------------|-----------------|------------------------|
| 0 | 0 | 0 | 0 | 25,196.00 |

| YEAR TO DATE INTEREST | $63.74 |
|------------------------|--------|

EFFECTIVE MARCH 1, 1996, IF YOU MAINTAIN A MINIMUM BALANCE OF $1,000.00 PER MONTH THE MAINTENANCE FEE OF $10.00 WILL BE WAIVEI

PLEASE EXAMINE THIS STATEMENT PROMPTLY.

QUESTIONS REGARDING STATEMENT INFORMATION SHOULD BE DIRECTED TO YOUR RELATIONSHIP MANAGER OR CUSTOMER SERVICE AT
 215-973-1000  OR  1-800-426-6900  FROM TOLL CALLING AREAS.  HOURS: WEEKDAYS 8AM TO 8PM, SATURDAYS 8AM TO 4PM.
AFTER CUSTOMER SERVICE HOURS, LOST OR STOLEN MAC CARDS SHOULD BE REPORTED TO:  1-800-833-3010.

R-2099 Rev. 10/94                                                                    Member FDIC

# US MOBILCOMM, INC.

PHILADELPHIA
805 BRYN MAWR AVENUE
NEWTOWN SQUARE, PA 19073-4330
TELEPHONE (610) 525-2372 • FAX (610) 525-6761

NEW YORK CITY
805 THIRD AVENUE, 28TH FLOOR, NEW YORK, NY 10022-7513
TELEPHONE (212) 891-3542 • FAX (212) 891-3547

INTERNET ADDRESS
usm220@aol.com

Denise Culter              (via FAX 353-9755 and mail)
Corestates Bank
Broomall Branch
2701 West Chester Pike
Broomall, PA  19008

February 26, 1996

Dear Denise,

　　　Please send a wire transfer (Corestates Bank A/C# 1787-4273) according to the following instructions:

| | |
|---|---|
| **Amount** | **$ 5,000.00 (Five thousand dollars and no cents)** |
| **Bank:** | **EAB- 475 PARK AVE SOUTH, NY,NY  10016** |
| **ABA #:** | **021001486** |
| **Account #** | **106-326861** |
| **Account name** | **JEFFREY M. NORMAN** |

**Note to attach to wire: Attn Lisa Mattson, VP  212-532-5202**

If you have any questions about the wire transfer please call our controller, Richard Shorin.

　　　Thanks for your prompt attention to this matter.

Sincerely,

David W. Elkin, President

cc: Jeff Norman



1475

**US MOBILCOMM, INC.**
805 BRYN MAWR AVE.
NEWTOWN SQUARE, PA 19073
(610) 525-1185

CORESTATES
FIRST PENNSYLVANIA BANK
PHILADELPHIA, PA
3-1/310 N

2/ 1/96

PAY TO THE
ORDER OF   BAKER & McKENZIE

$ ****2,500.00

Two Thousand Five Hundred and 00/100*******************************************  DOLLARS

BAKER & McKENZIE
CONTROLLERS OFFICE- SHARON
805 THIRD AVE, 23RD FLOOR
NEW YORK, NY 10022

MEMO   NY office - JAN

⑈031⑈0000⑈⑈: 0⑈7⑈⑈550 2⑈" ⑈475 97

⑈"0000 250000⑈"

FOR DEPOSIT ONLY
BAKER & McKENZIE
#37937243
CITIBANK, N.A.

7206 6 002



05 FEB 6



FB 95 06

19

# REFERENCE TO ADDITIONAL EXHIBITS

**1.    Exhibit F - Check Registry Reference**

| <u>Date</u> | <u>Page</u> | <u>Notation</u> |
|---|---|---|
| 3/7/96 | 18 | C19 |

# DOMESTIC WIRE TRANSFER

DATE 3-28-96

AMOUNT 5000.00

WIRE TO (NAME OF BANK) ABA 021001486

CREDIT ACCOUNT OF EAB 475 Park Ave South NY, NY 10016

ACCOUNT NUMBER

BY ORDER OF Jeffry M Norman 106-326861
ATN: LISA MATTSON VP 212-532-5202

CHARGE ACCOUNT DAVID ELKIN

CUSTOMER'S SIGNATURE (OR NOTATION OF LETTER ON FILE)

0017874273

METHOD OF PAYMENT IF OTHER THAN ABOVE

AUTHORIZED SIGNATURE Papers on file

Frances Maguire

518705

BR-295(7114) REV. 12/90

CUSTOMER COPY

---

## CoreStates
CoreStates Bank NA

**WE HAVE CHARGED YOUR ACCOUNT**

Wire Transfer To Act
106 326561 / Jeffrey Norman

CUSTOMER SIGNATURE
(IF APPLICABLE) Papers on file

U s Mobil Comm

ACCOUNT NUMBER

0 0 1 7 3 7 4 2 7 3

APP CODE    TRAN CODE

0 1    6 7

DOLLAR AMOUNT

5 0 1 7 . 0 0

$ 5017.00

| DATE | PREPARED BY | DEPARTMENT |
|------|-------------|------------|
| 3-23-96 |  | 176 |
| AUTHORIZED BY | | |
| Frances Maguire | | |

ADVICE OF DEBIT

**US MOBILCOMM, INC.**

PHILADELPHIA
805 BRYN MAWR AVENUE
NEWTOWN SQUARE, PA 19073-4330
TELEPHONE (610) 525-2372 • FAX (610) 525-6761

NEW YORK CITY
805 THIRD AVENUE, 28TH FLOOR, NEW YORK, NY 10022-7513
TELEPHONE (212) 891-3542 • FAX (212) 891-3547

INTERNET ADDRESS
usm220@aol.com

Denise Culter                    (via FAX 353-9755 and mail)
Corestates Bank
Broomall Branch
2701 West Chester Pike
Broomall, PA  19008

March 27, 1996

Dear Denise,

        Please send a wire transfer (Corestates Bank A/C# 1787-4273)
according to the following instructions:

        **Amount**          **$ 5,000.00 (Five thousand dollars and no cents)**

        **Bank:**           **EAB- 475 PARK AVE SOUTH, NY,NY  10016**

        **ABA #:**          021001486

        **Account #**       106-326861

        **Account name**    **JEFFREY M. NORMAN**

        **Note to attach to wire: Attn Lisa Mattson, VP  212-532-5202**

If you have any questions about the wire transfer please call our
controller, Richard Shorin.

        Thanks for your prompt attention to this matter.

                        Sincerely,



                        David W. Elkin, President


cc: Jeff Norman

CORESTATES BANK
PO BOX 7618  F.C. 01-02-08-21
PHILADELPHIA PA 19101-7618

PAGE     1

PERIOD ENDING    03/29/96
PREVIOUS PERIOD  02/29/96

US MOBILCOMM MANAGEMENT CORP          ACCOUNT NO 00178-74273
805 BRYN MAWR AVENUE
NEWTOWN SQUARE PA    19073                              ЇH

|  |  |  | CYC | BR | TYP | DISP | ENC |
|---|---|---|---|---|---|---|---|
|  |  |  | 31 | 076 | 01 | 100 | 0 |
|  |  |  | SAFEKEEPING |  |  |  |  |

MOBILCOMM MANAGEMENT CORP            TIN: 023-2767067
MONEY MARKET ACCOUNT NO 00178-74273

| DATE | DESCRIPTION OF YOUR ACTIVITY | CHECKS/ DEBITS | DEPOSITS/ CREDITS | BALANCE |
|---|---|---|---|---|
|  | OPENING BALANCE |  |  | 19,257.31 |
| 03/01 | MISCELLANEOUS DEBIT | 5,000.00 |  | 14,257.31 |
| 03/05 | MISCELLANEOUS DEBIT | 1,000.00 |  | 13,257.31 |
| 03/07 | ANALYSIS FEE | 8.00 |  | 13,249.31 |
| 03/11 | MISCELLANEOUS DEBIT | 5,000.00 |  | 8,249.31 |
| 03/25 | MISCELLANEOUS DEBIT | 2,000.00 |  | 6,249.31 |
| 03/28 | WIRE TRANSFER CREDIT |  | 35,000.00 |  |
|  | OUR REF=5960328532487000A  YOUR REF=CMB#608802010422 |  |  |  |
|  | ORG=CHASE MANHATTAN BANK N A          NEW YORK |  |  |  |
|  | CHASE NYC /ORG=MERRILL LYNCH CTR/ BNF=US MOBILCOMM MANA |  |  |  |
|  | GEMENT CODAVID W ELKIN, PRESIDENT/AC-17874273 BBI=CMB#6 |  |  |  |
|  | MISCELLANEOUS DEBIT | 5,017.00 |  | 36,232.31 |
| 3/29 | INTEREST PAYMENT |  | 25.35 |  |
|  | INTEREST RATE  2.23 INTEREST YIELD  2.25 |  |  |  |
|  | CLOSING BALANCE |  |  | 36,257.66 |

MONEY MARKET SUMMARY

| PREVIOUS BALANCE | TOT CREDITS & DEPOSITS | TOT CHECKS & DEBITS | SERVICE CHARGES | NEW BALANCE |
|---|---|---|---|---|
| 19,257.31 | 35,025.35 | 18,017.00 | 8.00 | 36,257.66 |

| NUMBER CHECKS | NUMBER MAC DEBITS | NUMBER DEPOSITS | ITEMS DEPOSITED | AVERAGE COLLECTED BAL |
|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 13,412.00 |

| YEAR TO DATE INTEREST | $89.09 |
|---|---|

EASE EXAMINE THIS STATEMENT PROMPTLY.

ESTIONS REGARDING STATEMENT INFORMATION SHOULD BE DIRECTED TO YOUR RELATIONSHIP MANAGER OR CUSTOMER SERVICE AT
:15-973-1000  OR  1-800-426-6900  FROM TOLL CALLING AREAS.  HOURS: WEEKDAYS 8AM TO 8PM, SATURDAYS 8AM TO 4PM.
TER CUSTOMER SERVICE HOURS, LOST OR STOLEN MAC CARDS SHOULD BE REPORTED TO:  1-800-833-3010.

Member FDIC



US MOBILCOMM, INC.
805 BRYN MAWR AVE.
NEWTOWN SQUARE, PA 19073
(610) 525-1185

1509

3/ 1/96

CORESTATES
FIRST PENNSYLVANIA BANK
PHILADELPHIA, PA
3-1/010  N

PAY TO THE
ORDER OF   BAKER & McKENZIE                              ****2,500.00

Two Thousand Five Hundred and 00/100*********************************  $
                                                                    DOLLARS
*************************************************

BAKER & McKENZIE
CONTROLLERS OFFICE- SHARON
805 THIRD AVE, 23RD FLOOR
NEW YORK, NY  10022

MEMO  NY office - MARCH

FOR DEPOSIT ONLY
BAKER & McKENZIE
#37937243
CITIBANK, N.A.

7 2 0 9 6 9 5 7



1 4 MAR ' 9 6



MR '96 15

20

# REFERENCE TO ADDITIONAL EXHIBITS

## 1.    Exhibit F - Check Registry Reference

| Date | Page | Notation |
|------|------|----------|
| 4/2/96 | 19 | C20 |



**US MOBILCOMM, INC.**
805 BRYN MAWR AVE.
NEWTOWN SQUARE, PA 19073
(610) 525-1185

1536

CORESTATES
FIRST PENNSYLVANIA BANK
PHILADELPHIA, PA
3-1/310 N

4/ 1/96

PAY TO THE
ORDER OF ___ BAKER & McKENZIE

****8,709.76

$

Eight Thousand Seven Hundred Nine and 76/100*****************************  DOLLARS

BAKER & McKENZIE
CONTROLLERS OFFICE- SHARON
805 THIRD AVE, 23RD FLOOR
NEW YORK, NY 10022

MEMO ___ NY office - APRIL + TELEPHONE (Aug-Dec)

⑆0310000⑆⑆: 0177⑈550 2⑈ 1536 97

⑆⑈00008 7097 6⑈

⑆0310000⑆⑆:0177⑈550 2⑈

⑆⑈00008 7097 6⑈

© 1997 INTUIT # 785 1-800-433-8810



FOR DE...
BAKER & McKEN...
#37937240
CITIBANK, N.A.

021000089     0210

/206 5 8 0 0



0 8   APR   9 6

21

# REFERENCE TO ADDITIONAL EXHIBITS

1.    **Exhibit F – Check Registry Reference**

| Date | Page | Notation |
|------|------|----------|
| 5/2/96 | 21 | C21 |

## DOMESTIC WIRE TRANSFER

DATE  5/8/96

AMOUNT  $ 2,500 —
Two thousand five hundr

WIRE TO (NAME OF BANK)

European American Bank

CREDIT ACCOUNT OF

Jeffrey M Norma—

ACCOUNT NUMBER
ABA # 021001486
A/C # 106-326861

BY ORDER OF

David Elkin

CHARGE ACCOUNT

1787-4273

CUSTOMER'S SIGNATURE (OR NOTATION OF LETTER ON FILE)

METHOD OF PAYMENT IF
OTHER THAN ABOVE

AUTHORIZED SIGNATURE

Thomas Maguire

BR-295(7114) REV. 12/90

CUSTOMER COPY

---

**CoreStates**
CoreStates Bank NA

WE HAVE **CHARGED**
YOUR ACCOUNT

CUSTOMER SIGNATURE
(IF APPLICABLE)

BR-180 (8/95)

DATE  5/1/96  PREPARED BY  fm  DEPARTMENT  176

AUTHORIZED BY  Thomas Maguire

ACCOUNT NUMBER

0 0 1 7 8 7 4 2 7 3

APP CODE    TRAN CODE

0 1    6 7

DOLLAR AMOUNT

$    2 5 1 0 . 0 0

ADVICE OF DEBIT

U S M  050896  0800  0129  3-1   05  1761534
*****2,510.00 CKC0 21    129037
0017874273



**CORESTATES BANK**
PO BOX 7618  F.C. 01-02-08-21
PHILADELPHIA PA 19101-7618

PAGE    1

PERIOD ENDING    05/31/96
PREVIOUS PERIOD  04/30/96

US MOBILCOMM MANAGEMENT CORP
805 BRYN MAWR AVENUE
NEWTOWN SQUARE PA    19073

ACCOUNT NO 00178-74273

H

|  | CYC | BR | TYP | DISP | ENC |
|---|---|---|---|---|---|
|  | 31 | 000 | 01 | 100 | 0 |

JS MOBILCOMM MANAGEMENT CORP          TIN: 023-2767067          SAFEKEEPING

### MONEY MARKET ACCOUNT NO 00178-74273

| DATE | DESCRIPTION OF YOUR ACTIVITY | CHECKS/ DEBITS | DEPOSITS/ CREDITS | BALANCE |
|---|---|---|---|---|
|  | OPENING BALANCE |  |  | 29,774.39 |
| 05/01 | MISCELLANEOUS DEBIT | 7,000.00 |  | 22,774.39 |
| 05/06 | MISCELLANEOUS DEBIT | 7,000.00 |  | 15,774.39 |
| 05/08 | MISCELLANEOUS DEBIT | 2,510.00 |  |  |
|  | ANALYSIS FEE | 8.25 |  | 13,256.14 |
| 05/13 | MISCELLANEOUS DEBIT | 3,000.00 |  | 10,256.14 |
| 05/20 | MISCELLANEOUS DEBIT | 3,000.00 |  | 7,256.14 |
| 05/31 | OTC DEPOSIT |  | 25,000.00 |  |
|  | INTEREST PAYMENT |  | 22.61 |  |
|  | INTEREST RATE  2.23 INTEREST YIELD  2.25 |  |  |  |
|  | CLOSING BALANCE |  |  | 32,278.75 |

### MONEY MARKET SUMMARY

| PREVIOUS BALANCE | TOT CREDITS & DEPOSITS | TOT CHECKS & DEBITS | SERVICE CHARGES | NEW BALANCE |
|---|---|---|---|---|
| 29,774.39 | 25,022.61 | 22,510.00 | 8.25 | 32,278.75 |

| NUMBER CHECKS | NUMBER MAC DEBITS | NUMBER DEPOSITS | ITEMS DEPOSITED | AVERAGE COLLECTED BAL |
|---|---|---|---|---|
| 0 | 0 | 1 | 1 | 11,958.00 |

| YEAR TO DATE INTEREST | $136.68 |
|---|---|

**PLEASE EXAMINE THIS STATEMENT PROMPTLY.**

QUESTIONS REGARDING STATEMENT INFORMATION SHOULD BE DIRECTED TO YOUR RELATIONSHIP MANAGER OR CUSTOMER SERVICE AT
**215-973-1000** OR **1-800-426-6900** FROM TOLL CALLING AREAS.  HOURS: WEEKDAYS 8AM TO 8PM, SATURDAYS 8AM TO 4PM.
AFTER CUSTOMER SERVICE HOURS, LOST OR STOLEN MAC CARDS SHOULD BE REPORTED TO:  1-800-833-3010.



**US MOBILCOMM, INC.**
805 BRYN MAWR AVE.
NEWTOWN SQUARE, PA 19073
(610) 525-1185

1596

CORESTATES
FIRST PENNSYLVANIA BANK
PHILADELPHIA, PA
3-1/310  N

5/ 1/96

160262572  05  050696  037937243

PAY TO THE
ORDER OF ___ BAKER & McKENZIE

****2,500.00

$

Two Thousand Five Hundred and 00/100******************************************* DOLLARS

BAKER & McKENZIE
CONTROLLERS OFFICE- SHARON
805 THIRD AVE, 23RD FLOOR
NEW YORK, NY  10022

MEMO ___ NY office - MAY

⑈031⑈0000⑈11⑈ 0⑈77⑈550⑈2⑈ ⑈1596⑈97⑈  ⑈"0000⑈2⑈50000⑈"

⑈031⑈0000⑈11⑈0⑈77⑈550⑈2⑈  ⑈"0000⑈2⑈50000⑈"

FOR DEPOSIT ONLY
BAKER & McKENZIE
#37937243
CITIBANK, N.A.
0240006

8612    >0210-0008<
037937243CITIBANK,NY
0262572 050696 212620I217
2572 05 050696 037937243

0280215575
NY 06 089
0377
160

22

# REFERENCE TO ADDITIONAL EXHIBITS

1.    **Exhibit F – Check Registry Reference**

| Date | Page | Notation |
|------|------|----------|
| 6/6/96 | 22 | C22 |

June 17, 1996

PERSONAL AND CONFIDENTIAL

Rick Shorin,

Re:  Wire Transfer

Dear Rick,

Per our conversation this morning with please wire $3,000
(three thousand dollars) into the following account today:

> Jeffrey M. Norman
> EAB
> 474 Park Avenue
> New York, New York  10016
> Contact Person:  Lissa J. Matson, VP
> 212-532-5202
> Account #:   106-326861
> ABA #:  021001486

Please call me with any questions you may have.

Thanks,

Jeff

Rick,
Please take care of this before I leave. It is an emergency.
Jeff

# US MOBILCOMM, INC.

**PHILADELPHIA**
805 BRYN MAWR AVENUE
NEWTOWN SQUARE, PA 19073-4330
TELEPHONE (610) 525-2372 • FAX (610) 525-6761

**NEW YORK CITY**
805 THIRD AVENUE, 28TH FLOOR, NEW YORK, NY 10022-7513
TELEPHONE (212) 891-3542 • FAX (212) 891-3547

**INTERNET ADDRESS**
usm320@aol.com

Fran Maguire            (via FAX 353-9755 and mail)
Corestates Bank
Broomall Branch
2701 West Chester Pike
Broomall, PA  19008

June 17, 1996

Dear Fran,

     Please send a wire transfer (Corestates Bank A/C# 1787-4273)
according to the following instructions:

    **Amount**          $   3,00.00    (three    thousand    dollars
                              and no cents)

    **Bank:**           **EAB- 475 PARK AVE SOUTH, NY,NY  10016**

    **ABA #:**          021001486

    **Account #**       106-326861

    **Account name**    **JEFFREY M. NORMAN**

    **Note to attach to wire: Attn Lisa Mattson, VP  212-532-5202**

If you have any questions about the wire transfer please call our
controller, Richard Shorin.

     Thanks for your prompt attention to this matter.

                          Sincerely,


                          David W. Elkin, President

cc: Jeff Norman



**CORESTATES BANK**
PO BOX 7618  F.C. 01-02-08-21
PHILADELPHIA PA 19101-7618

---- ----

PAGE    1

PERIOD ENDING    06/28/96
PREVIOUS PERIOD  05/31/96

      ----        US MOBILCOMM MANAGEMENT CORP          ACCOUNT NO 00178-74273
                  805 BRYN MAWR AVENUE
                  NEWTOWN SQUARE PA    19073                              H

---- ----

CYC  BR TYP DISP    ENC
31 000  01  100      0
SAFEKEEPING

US MOBILCOMM MANAGEMENT CORP          TIN: 023-2767067

## MONEY MARKET ACCOUNT NO 00178-74273

| DATE | DESCRIPTION OF YOUR ACTIVITY | CHECKS/ DEBITS | DEPOSITS/ CREDITS | BALANCE |
|------|------------------------------|----------------|-------------------|---------|
|       | OPENING BALANCE              |                |       | 32,278.75 |
| 06/04 | MISCELLANEOUS DEBIT          | 5,000.00       |       | 27,278.75 |
| 06/06 | MISCELLANEOUS DEBIT          | 3,000.00       |       | 24,278.75 |
| 06/10 | MISCELLANEOUS DEBIT          | 9,000.00       |       | 15,278.75 |
| 06/18 | MISCELLANEOUS DEBIT          | 2,000.00       |       |           |
|       | MISCELLANEOUS DEBIT          | 3,010.00       |       | 10,268.75 |
| 06/28 | INTEREST PAYMENT             |                | 29.99 |           |
|       | INTEREST RATE  2.23 INTEREST YIELD  2.25 |   |       |           |
|       | CLOSING BALANCE              |                |       | 10,298.74 |

### MONEY MARKET SUMMARY

| PREVIOUS BALANCE | TOT CREDITS & DEPOSITS | TOT CHECKS & DEBITS | SERVICE CHARGES | NEW BALANCE |
|------------------|------------------------|---------------------|-----------------|-------------|
| 32,278.75        | 29.99                  | 22,010.00           | .00             | 10,298.74   |

| NUMBER CHECKS | NUMBER MAC DEBITS | NUMBER DEPOSITS | ITEMS DEPOSITED | AVERAGE COLLECTED BAL |
|---------------|-------------------|-----------------|-----------------|-----------------------|
| 0             | 0                 | 0               | 0               | 14,734.00             |

| YEAR TO DATE INTEREST | $166.67 |
|-----------------------|---------|

**PLEASE EXAMINE THIS STATEMENT PROMPTLY.**

QUESTIONS REGARDING STATEMENT INFORMATION SHOULD BE DIRECTED TO YOUR RELATIONSHIP MANAGER OR CUSTOMER SERVICE AT
**215-973-1000** OR **1-800-426-6900** FROM TOLL CALLING AREAS.  HOURS: WEEKDAYS 8AM TO 8PM, SATURDAYS 8AM TO 4PM.
AFTER CUSTOMER SERVICE HOURS, LOST OR STOLEN MAC CARDS SHOULD BE REPORTED TO:  1-800-833-3010.

Member FDIC

**CoreStates**
CoreStates Bank NA

WE HAVE **CHARGED**
YOUR ACCOUNT

PREPARED BY

DEPARTMENT

AUTHORIZED BY
_Francis Maguire_

_Wire Transfer_

CUSTOMER SIGNATURE
(IF APPLICABLE)

ACCOUNT NUMBER

0 0 1 7 8 7 4 2 7 3

APP CODE    TRAN CODE

0 1    6 7

DOLLAR AMOUNT

$         3 0 / 0 . 0 0

**ADVICE OF DEBIT**

BR-180 (8/95)

U S Mobil Comm    06/806 1011 0073 3-1  06 1762323
                  019.00 CRCO 22    E 170043
                  17874273

1626

**US MOBILCOMM, INC.**
805 BRYN MAWR AVE.
NEWTOWN SQUARE, PA 19073
(610) 525-1185

CORESTATES
FIRST PENNSYLVANIA BANK
PHILADELPHIA, PA
3-1/310 N

6/ 1/96

PAY TO THE
ORDER OF ___ BAKER & McKENZIE

$ ****2,500.0

Two Thousand Five Hundred and 00/100********************************************** DOLLARS

BAKER & McKENZIE
CONTROLLERS OFFICE- SHARON
805 THIRD AVE, 23RD FLOOR
NEW YORK, NY 10022

MEMO ___ NY office - JUN

⑈031000011⑈: 0177″55Ó2⑈ 162697

⑈031000011⑈:0177″550 2⑈

⑈"0000 250000⑈

⑈"0000 250000⑈

204-7726

0154     3 7 4 9

051 000 011
CORESTATES
BANK N.A.
PHILA, PA.
031 000 011

JUN - 4 96

23

# REFERENCE TO ADDITIONAL EXHIBITS

1.    **Exhibit F – Check Registry Reference**

| Date | Page | Notation |
|------|------|----------|
| 7/2/96 | 23 | C23 |



1653

US MOBILCOMM, INC.
805 BRYN MAWR AVE.
NEWTOWN SQUARE, PA 19073
(610) 525-1185

CORESTATES
FIRST PENNSYLVANIA BANK
PHILADELPHIA, PA
3-1/310  N

7/ 1/96

150262317  05  072396  0379 37243

PAY TO THE
ORDER OF    BAKER & McKENZIE                          $    ****2,500.00

Two Thousand Five Hundred and 00/100****************************   DOLLARS

BAKER & McKENZIE
CONTROLLERS OFFICE- SHARON
805 THIRD AVE, 23RD FLOOR
NEW YORK, NY  10022

MEMO   NY office - Jane Duly

⑆031⑆0000⑈⑈⑉ 0⑈⑉⑉⑆550⑉⑈⑆ 165397

030266500  201  01  2108-2298

⑆000⑈250000⑈

⑆031⑆0000⑈⑈⑉0⑈⑉⑉⑆550 2⑈⑆

⑆000⑈250000⑈

© 1987 INTUIT  3/95  1-800-433-8810

FOR DEPOSIT ONLY
BAKER & McKENZIE
#37937243
CITIBANK, N.A.

FRB-PHILADELPHIA*CITY
0210-00089 0310-0024-0 >0210-0008<
B00020500 0020529043CITIBANK,NY
0246 15026231 072396 2126201217

JY '96 25

PROCESSED
CORESWIRES