# EXHIBIT D

# ELKIN DETAIL

1

# REFERENCE TO ADDITIONAL EXHIBITS

1.   **Exhibit F - Check Registry Reference**

   | **Date** | **Page** | **Notation** |
   |----------|----------|--------------|
   | 5/31/94  | 1        | D1           |

2.   **Exhibit H**

2

# REFERENCE TO ADDITIONAL EXHIBITS

1.   **Exhibit E – Money Market Registry Reference**

| Date | Page | Notation |
|------|------|----------|
| 7/26/94 | 1 | D2 |

2.   **Exhibit H**

3

# REFERENCE TO ADDITIONAL EXHIBITS

1.   **Exhibit E – Money Market Registry Reference**

| Date | Page | Notation |
|------|------|----------|
| 10/14/94 | 1 | D3 |

2.   **Exhibit H**



**AMERICA CORPORATION**

4700 AMON CARTER BLVD. • FT. WORTH, TX 76155 • (817) 858-3300

| DATE | CHECK NO. |
|------|-----------|
| 10/13/94 | 322924 |

| DATE | INVOICE / CREDIT MEMO | TYPE | DESCRIPTION | GROSS | DISCOUNT | NET |
|------|----------------------|------|-------------|-------|----------|-----|
| 10/13/94 | refund deposit | | | 20,000.00 | | 20,000.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

THE ATTACHED CHECK IS IN PAYMENT FOR ITEMS DESCRIBED ABOVE. **TOTAL ▶**

# uniden ®

**AMERICA CORPORATION**
4700 AMON CARTER BLVD • FT. WORTH, TX 76155 • (817) 858-3300

| | | | | | | | DATE | CHECK NO |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 10/13/94 | 322924 |

| DATE | INVOICE / CREDIT MEMO | TYPE | DESCRIPTION | GROSS | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 10/13/94 | refund deposit | | | 20,000.00 | | 20,000.00 |

**THE ATTACHED CHECK IS IN PAYMENT FOR ITEMS DESCRIBED ABOVE.**    TOTAL ▶

---

# uniden ®

**AMERICA CORPORATION**
4700 AMON CARTER BLVD • FT. WORTH, TX 76155 • (817) 858-3300

CHECK NO
322924

88-88
1113

PAY    *20,000.00*

CHECK AMOUNT
$20,000.00

TO THE ORDER OF U. S. Mobilcomm Inc.
805 Bryn Maur Avenue
Newton Square, Pa 19073

DATE
10/13/94

Authorized Signature

TEXAS COMMERCE BANK-SAN ANGELO
301 WEST BEAUREGARD, SAN ANGELO, TX 76903

**VOID AFTER 180 DAYS**

⑆322924⑆ ⑈1113⑆0880⑈ ⑆063000148781⑈

# US MOBILCOMM, INC.

AN AFFILIATE OF THE ELKIN GROUP, INC.

NEW YORK:
1330 AVENUE OF THE AMERICAS          TELEPHONE (212) 841-1091
FOURTH FLOOR                         FAX (212) 841-1024
NEW YORK, NY 10019

PHILADELPHIA:
805 BRYN MAWR AVENUE                 TELEPHONE (215) 525-2372
NEWTOWN SQUARE                       FAX (215) 525-6761
PHILADELPHIA, PA 19073

Mr. Robert Gibbs
Chief Financial Officer
Uniden America Corporation
P.O. Box 910597
Dallas, TX 75391-0597

September 16, 1994

Dear Robert,

It is my understanding that the 220 Mhz systems in Baltimore is awaiting pick up by Uniden.

In accordance with our agreement dated May 17, 1994, please wire transfer the $20,000 downpayment/deposit per the following instructions:

Corestates Bank
ABA # 031000011
For Credit To US MobilComm, Inc.
Account # 0177-5502

Please have someone call us as to when the wire will take place. It has been several weeks since Tom Corello was notified to have the system picked up.

I hope all is well with you, Jane and the rest of your family.

As we agreed in our last phone conversation, lets stay in touch.

Best Regards,

Sincerely,

David W. Elkin
President

cc: Richard M. Shorin
    Controller, USM

4

# REFERENCE TO ADDITIONAL EXHIBITS

1. **Exhibit E – Money Market Registry Reference**

   | Date | Page | Notation |
   |------|------|----------|
   | 11/4/94 | 1 | D4 |

2. **Exhibit H**

PAGE 1 of 3



**FINANCIAL CONSULTANT GROUP**

**Financial Consultant Group Inc.**

**One Main Street**

**Chatham, NJ 07928**

****************** 3-DIGIT 190
00000018000000000000006775
**DAVID W ELKIN &
BRENDA J ELKIN JTWROS
805 BRYN MAWR AVENUE
NEWTOWN SQUARE, PA 19073-4330**

|ulllldlladladulldlalaldlladlldlladlllaalaldlda|

| STATEMENT PERIOD: | OCTOBER 29 - NOVEMBER 25, 1994 |
|---|---|
| **ACCOUNT NUMBER:** | 49W-30003 |
| **TAXPAYER ID:** | 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 |
| **ACCOUNT TYPE:** | CASH |

### NET WORTH OF PORTFOLIO — 81,603.70

| PRODUCT | MARKET VALUE | % OF PORTFOLIO |
|---|---|---|
| **EQUITIES** | **31,750.00** | **38.91** |
| **CASH BALANCE** | **49,853.70** | **61.09** |

Your Registered Representative

STEPHEN BLUMENTHAL

R/R # 3333

Office Telephone No.

(610) 989-9090

### Summary of Investments

| | |
|---|---|
| **NET WORTH OF PORTFOLIO** | **81,603.70** |
| VALUE LAST MONTH | **35,000.00** |
| **NET CHANGE** | **+46,603.70** |
| LONG MARKET VALUE | 31,750.00 |
| BCC MONEY PLUS BALANCE | 0.00 |
| CASH BALANCE | 49,853.70 |

* The NET CHANGE REFLECTS PORTFOLIO EVALUATION, PLUS OR
MINUS ANY ADJUSTMENTS FOR DEPOSITS AND/Or WITHDRAWALS.

### Income Summary

| | Current Month | Year-To-Date |
|---|---|---|
| **TOTAL INCOME** | **0.00** | **0.00** |
| GROSS PROCEEDS | **112,473.70** | **112,473.70** |

*31,916*

15950    FOR AN EXPLANATION OF SYMBOLS, PLEASE SEE REVERSE SIDE
PLEASE ADVISE YOUR REGISTERED REPRESENTATIVE IMMEDIATELY OF ANY DISCREPANCIES ON YOUR STATEMENT OR IF YOU CONTEMPLATE
CHANGING YOUR ADDRESS. WHEN MAKING INQUIRIES, PLEASE MENTION YOUR ACCOUNT NUMBER AND ADDRESS ALL CORRESPONDENCE TO
YOUR BROKER'S OFFICE. WE URGE YOU TO PRESERVE THIS STATEMENT FOR USE IN PREPARING INCOME TAX RETURNS.
CODE 3044R (R5-94) PRINTED IN U.S.A.

THIS ACCOUNT IS INTRODUCED TO

**Statement of Account**

## PAGE 2 of 3

ACCOUNT
**49W-30003**
DAVID W ELKIN &
BRENDA J ELKIN JTWROS

STATEMENT PERIOD
10/29/94 - 11/25/94



**FINANCIAL CONSULTANT GROUP**

### Financial Consultant Group Inc.

| Summary of Brokerage Account | |
|---|---|
| **OPENING BALANCE** | 0.00 |
| CREDITS | |
|   SECURITIES SOLD | |
|   DIVIDENDS | |
|   INTEREST | |
|   CASH RECEIVED | |
|   XFERS FM BCC MONEY PLUS | |
|   OTHER MONEY FUNDS SOLD | |
|   OTHER | |
| TOTAL CREDITS | |
| DEBITS | |
|   SECURITIES BOUGHT | |
|   CASH WITHDRAWN | |
|   XFERS TO BCC MONEY PLUS | |
|   OTHER MONEY FUNDS BOUGHT | |
|   OTHER | |
| TOTAL DEBITS | |
| **CLOSING BALANCE** | |
| **NET CHANGE** | |

| Summary of Broadcort Money Plus Account | |
|---|---|
| **OPENING BALANCE** | |
| CREDITS | |
|   TRANSFERS FROM BROKERAGE | |
|   DIVIDENDS | |
|   OTHER | |
| TOTAL CREDITS | |
| DEBITS | |
|   TRANSFERS TO BROKERAGE | |
|   CHECKS WRITTEN | |
|   DEBIT CARD TRANSACTIONS | |
|   OTHER | |
| TOTAL DEBITS | |
| **CLOSING BALANCE** | |
| **NET CHANGE** | |

### Daily Brokerage Activity

| Date | Transaction Type | Description | Quantity | Price | Debit Amount | Credit Amount | Balance |
|---|---|---|---|---|---|---|---|
| 11/04 | FUNDS TRANSFER | WIRE TRF OUTP19943081342 CORESTATES BANK NA | | | | 62,600.00 | |

---

11951  *FOR AN EXPLANATION OF SYMBOLS, PLEASE SEE REVERSE SIDE*

PLEASE ADVISE YOUR REGISTERED REPRESENTATIVE IMMEDIATELY OF ANY DISCREPANCIES ON YOUR STATEMENT OR IF YOU CONTEMPLATE
CHANGING YOUR ADDRESS. WHEN MAKING INQUIRIES, PLEASE MENTION YOUR ACCOUNT NUMBER AND ADDRESS ALL CORRESPONDENCE TO
YOUR BROKER'S OFFICE. WE URGE YOU TO PRESERVE THIS STATEMENT FOR USE IN PREPARING INCOME TAX RETURNS.
CODE 3044R (R5-94) PRINTED IN U.S.A.

THIS ACCOUNT IS INTRODUCED TO

**Statement of Account**

## PAGE 3 of 3

ACCOUNT
**49W-30003**
DAVID H ELKIN &
BRENDA J ELKIN JTWROS

**FINANCIAL CONSULTANT GROUP**

## Financial Consultant Group Inc.

STATEMENT PERIOD
10/29/94 - 11/25/94

| | Daily Brokerage Activity | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Transaction Type | Description | Quantity | Price | Debit Amount | Credit Amount | Balance |
| (Continued from Previous Page) | | | | | | | |
| | | AS OF    11/04 | | | | | 42,391.45 |
| 11/18 | SALE | FIDELITY ADVSR KOREA FD | -500 | 15 | | 7,462.25 | 49,853.70 |
| 11/21 | RECEIVED | I STAT CORP | 2,000 | | | | 49,853.70 |
| 11/25 | CLOSING BALANCE | | | | | | 49,853.70 |

| Portfolio Summary | | | | | | |
|---|---|---|---|---|---|---|
| **EQUITIES** | Quantity | Price on 11/25/94 | Value | Dividend Rate | Current % Yield | Estimated Annual Income |
| AIRPORT SYSTEMS INTL INC | 1,000 | 5.50 | 5,500 | .00 | | 0 |
| XPEDITE SYSTEMS INC | 1,500 | 17.50 | 26,250 | .00 | | 0 |
| | | | | TOTAL EQUITIES | | 31,750.00 |
| | | | | 38.91 Percent of Portfolio | | |

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| **Total Value of Security Holdings** | 31,750.00 | **Cash Balance** | 49,853.70 |
| **Total Value of Broadcort Money Plus** | 0.00 | | |
| | | **NET WORTH OF PORTFOLIO** | 81,603.70 |

### PRICE DISCLAIMER

The market value of a security holding is calculated by multiplying the quantity held by the current market price, if available. Fixed-income securities are traded primarily in over-the-counter markets and are valued at the most recent bid or yield equivalent. Less actively traded issues may be priced by utilizing a yield based on a matrix system and may not reflect an actual market price, but rather a mathematical approximation derived by computer. While we strive to provide accurate prices, in some instances the prices may not closely reflect the value at which the securities could be sold. Municipal Bonds, purchased within the current statement period, reflect the purchase price, which may vary from the market price at statement close.

Prices shown for interests in limited partnerships and other securities for which transactions are effected on the Merrill Lynch Investor Service may represent: (a) the initial public offering price; (b) the initial public offering price as adjusted for any distributions of capital made; or (c) a valuation provided by the issuer or its agent. Therefore, these prices may not represent the investment's current market value and owners may not be able to realize the prices shown.

Please retain this statement to enable you to compute any interest on your next statement.

PLEASE ADVISE YOUR REGISTERED REPRESENTATIVE IMMEDIATELY OF ANY DISCREPANCIES ON YOUR STATEMENT OR IF YOU CONTEMPLATE CHANGING YOUR ADDRESS. WHEN MAKING INQUIRIES, PLEASE MENTION YOUR ACCOUNT NUMBER AND ADDRESS ALL CORRESPONDENCE TO YOUR BROKER'S OFFICE. WE URGE YOU TO PRESERVE THIS STATEMENT FOR USE IN PREPARING INCOME TAX RETURNS.
CODE 3044R (R5-94) PRINTED IN U.S.A.

THIS ACCOUNT IS INTRODUCED TO

**DAVID AND BRENDA ELKIN**
**805 BRYN MAWR AVE**
**NEWTOWN SQUARE, PA 19073**
**610-525-2372**

November 4, 1994

Mr. Stephen Blumenthal
Financial Consultant Group
1 Main St
Chatham, NJ   07928

LETTER of AUTHORIZATION
RE: A/C # 49W-30003

Please wire transfer the following amount from my account to
Corestates:

Corestates Bank
ABA 031000011
for credit to US MobilComm, Inc money market Account  # 2071-3956
amount: $ 62,600 (sixty two thousand six hundred dollars and no
cents)

David Elkin                          Brenda Elkin

5

# REFERENCE TO ADDITIONAL EXHIBITS

1.    **Exhibit E – Money Market Registry Reference**

| <u>Date</u> | <u>Page</u> | <u>Notation</u> |
|-------------|-------------|-----------------|
| 11/7/94     | 1           | D5              |

2.    **Exhibit H**

**DAVID AND BRENDA ELKIN**
**805 BRYN MAWR AVE**
**NEWTOWN SQUARE, PA 19073**
**610-525-2372**

976-4352

November 4, 1994

Mr. James Atwood    fax  617-350-0154
Merrill Lynch
One Financial Center 36th fl
Boston, MA  02111

LETTER of AUTHORIZATION
RE: A/C # 818-43426

Please wire transfer the following amounts from my account to:

Corestates Bank
ABA 031000011
for credit to US MobilComm, Inc money market Account  # 2071-3956
amount: $ 55,000 (fifty thousand dollars and no cents)

_____          _____
David W. Elkin                                     Brenda J. Elkin

| Account No. | Taxpayer No. | Statement Period | | Page |
|---|---|---|---|---|
| 818-43426 | 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 | 10/29/94 TO 11/25/94 | | 1 OF 7 |

BAp 617 946-9352

**Priority Client Account**

DAVID W. ELKIN AND
BRENDA J. ELKIN JTWROS
805 BRYN MAWR AVE.
NEWTOWN PA 19073-4330

**Your Financial Consultant:**
JAMES A ATWOOD
FC# 9986
(800) 765-6194

Your Merrill Lynch Office:
125 HIGH ST  HIGH ST TWR 19FL
BOSTON MA    02110-2724

**FOR CUSTOMER SERVICE QUESTIONS:**    1-800-MER-2228

## Monthly Portfolio Summary

| Asset | 10/28/94 Value | % | 11/25/94 Value | % |
|---|---|---|---|---|
| Cash/Money Funds | | | | |
| CD's/Equivalents | | | | |
| Government Securities | | | | |
| Corporate Bonds | | | | |
| Municipal Bonds | | | | |
| Equities | 371,924 | 100 | 290,000 | 100 |
| Mutual Funds | | | | |
| Options | | | | |
| Other | | | | |

| | | |
|---|---|---|
| Long Market Value | 371,924 | 290,000 |
| Short Market Value | | |
| Estimated Accrued Interest | | |
| Debit Balance | (47,004) | (47,125) |

| | | |
|---|---|---|
| Net Portfolio Value | 324,920 | 242,875 |

## News

Following the recent election results, we believe that any cuts in the capital-gains tax, an investment tax credit for small businesses, and prospective government downsizing appear more likely and would benefit the economy and the financial markets. This represents our opinion as of 11/18/94, which is based on various sources and is subject to change. Contact your FC for additional information.

## Income Summary

| | This Statement | Year-to-Date |
|---|---|---|
| Money Fund Dividends | | 1,404.57 |
| Tax-Exempt CMA Funds | | |
| Tax-Exempt Interest | | |
| Reportable Interest | | 3,189.50 |
| Reportable Dividends | 990.00 | |
| Income Not Reported | | |
| **Total** | **990.00** | **4,594.07** |

## Items for Attention

| Security | Message | Date |
|---|---|---|
| | No Items For Attention | |

| Purchasing Power | Investor Credit Line | |
|---|---|---|
| | | 56,288 |

## Financial Market Indicators

| | This Statement | Last Statement | Previous Year-End |
|---|---|---|---|
| Dow Jones Industrial Average | 3708.27 | 3930.66 | 3754.09 |
| Three-Month Treasury Bills | 5.42% | 5.13% | 3.09% |
| Long-Term Treasury Bonds | 7.93% | 7.95% | 6.35% |

November 1994

112893

DAVID W. ELKIN AND

| | Account No. | Taxpayer No. | Statement Period | Page |
|---|---|---|---|---|
| | 818-43426 | 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 | 10/29/94 TO 11/25/94 | 6 OF 7 |

## Monthly Activity

| Date | Transaction | Quantity | Description | Price | Debit | Credit |
|---|---|---|---|---|---|---|
| | | | **Funds Received, Withdrawals, and Charges** | | | |
| | | | **Other Activity** | | | |
| 11/07 | Journal Entry | | WIRE TRF OUTP199443111375 | | 55,000.00 | |
| | | | **Net Total** | | | |

November 1994

112898

6

# REFERENCE TO ADDITIONAL EXHIBITS

## 1.    Exhibit H

Money Market Statement for USMobilcomm
Management is unavailable.



**FUHRMAN-MATT SECURITIES INC.**
1900 MARKET STREET - SUITE 706
PHILADELPHIA, PA 19103
(215) 496-1580

CLEARANCE AGENT:
**BEAR, STEARNS SECURITIES CORP.**
ONE METROTECH CENTER NORTH
BROOKLYN, NEW YORK 11201-3859
(212) 272-1000

| Account | A.E. | Tax I.D. | Period Ending | Last Statement | Page |
|---------|------|----------|---------------|----------------|------|
| 961-16931 | 015 | 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 | 12/30/94 | 11/25/94 | 2 of 5 |

DAVID ELKIN &

## TRANSACTIONS SETTLING THIS PERIOD

| Date Mo/Day | Account Type | Transaction Type/Quantity | Description | Price/Rate | Amount Debit | Credit |
|---|---|---|---|---|---|---|
| **Dividends And Interest** | | | | | | |
| **Funds Received And Issued** | | | | | | |
| 12/29 | MARGIN | FND WIRED | IDA# MB776919 FNDS WIRED TO CORRESTATES BANK N A AC# 17874273 FD#01992 | | | 105,000.00 |
| 12/30 | MARGIN | FND WIRED | IDA# MB777570 FNDS WIRED TO CORRESTATES BANK N A AC# 17874273 FD#02982 | | | 40,000.00 |
| **Miscellaneous** | | | | | | |

027    160,379 P B A    13 12/31/94;11:26

**DAVID AND BRENDA ELKIN**
**805 BRYN MAWR AVE**
**NEWTOWN SQUARE, PA 19073**
**610-525-2372**

December 29, 1994

Mr. Scott Mason    (496-1599)
Fuhrman Matt Securities
1900 Market St Suite 706
Philadelphia, PA   19103

LETTER of AUTHORIZATION
RE: A/C # 961-16931

Please wire transfer the following amount from my account to
Corestates Bank:

Corestates
ABA 031000011
Account # 1787-4273
for credit to US MobilComm Management Corp

amount: $ 40,000 (forty thousand and no cents)

David Elkin                                    Brenda Elkin

**BEAR STEARNS**

Bear, Stearns Securities Corp.
Dept. B 4TH FL
One MetroTech Center North
Brooklyn, NY 11201

# DEBIT ADVICE

12/30/94   RR# 015    961-16931-2-9

TODAY WE HAVE DEBITED YOUR ACCOUNT, THE AMOUNT OF: $ ********40,000.00
. BY WIRE TRANSFER TO ======>

CORRESTATES BANK N A
AC# 17874273          FD#02982

DAVID ELKIN &
BRENDA J ELKIN JTWROS
805 BRYN MAWR AVE
NEWTOWN SQUARE PA  19073-4330

IMPORTANT: IF ANY INFORMATION ON THIS NOTICE IS NOT CORRECT
PLEASE CONTACT CLIENT SERVICES IMMEDIATELY AT: 1-800-634-1428.

3

# MEMORANDUM

To: Fuhrman-Matt Securities                VIA FAX 496-1599
From: David W. Elkin and Brenda J. Elkin

Date: December 28, 1994

Re:  Wire Transfer Instructions

Please wire transfer One Hundred and Five Thousand Dollars ($105.000) from our joint account
to the following:

Corestates Bank
ABA# 031000011
For the Account of US MobilComm Management Corp.
Account # 1787-4273

Please call if you have any questions or comments.

Sincerely,

David W. Elkin                          Brenda J. Elkin

**BEAR STEARNS**

Bear, Stearns Securities Corp.
Dept. B 4TH FL
One MetroTech Center North
Brooklyn, NY 11201

# DEBIT ADVICE

12/29/94    RR# 015    961-16931-2-9

TODAY WE HAVE DEBITED YOUR ACCOUNT, THE AMOUNT OF: $ ✷✷✷✷✷✷105,000.00
BY WIRE TRANSFER TO ======>

```
CORRESTATES BANK N A
AC# 17874273        FD#01992
```

```
DAVID ELKIN &
BRENDA J ELKIN JTWROS           ✷
805 BRYN MAWR AVE
NEWTOWN SQUARE PA   19073-4330
```

IMPORTANT: IF ANY INFORMATION ON THIS NOTICE IS NOT CORRECT
PLEASE CONTACT CLIENT SERVICES IMMEDIATELY AT: 1-800-634-1428.

7

# **REFERENCE TO ADDITIONAL EXHIBITS**

Money Market Statement for USMobilcomm Management is unavailable.



**A CoreStates Bank**    Member FDIC

CORESTATES BANK N.A.

CREDIT   ADVICE

WE HAVE CREDITED YOUR ACCOUNT.

RCVD FR: MORGAN GUARANTY TRUST CO-NYC        ORG: MORGAN GUARANTY TRUST CO-NYC
         XXXXX                                    XXXXX

REMARKS: MORGAN NYC /ORG=VANGUARD GRP INC RETAIL WIRE DISB A CTR/BNF=US MOBILCOMM M
ANAGEMENT CORP/AC-0017874273

```
   US MOBILCOMM MANAGEMENT CORP          CREDIT DATE:              09/21/95
   805 BRYN MAWR AVENUE                  YOUR REFERENCE:       NO REF GIVEN
   NEWTOWN SQUARE PA    19073            OUR REFERENCE:    5950921534128000
                                         ACCOUNT NO:           000017874273
                                         CREDIT AMOUNT:      100,000.00 USD
```

**CORESTATES BANK**
PO BOX 7618   F.C. 01-02-08-21
PHILADELPHIA PA 19101-7618

---- ----

PAGE     1

PERIOD ENDING     09/29/95
PREVIOUS PERIOD 08/31/95

---- US  MOBILCOMM  MANAGEMENT  CORP
805  BRYN  MAWR  AVENUE
NEWTOWN  SQUARE  PA      19073

ACCOUNT NO  00178-74273

H

---- ----

CYC  BR TYP DISP     ENC
31 076  01  100        0
SAFEKEEPING

US MOBILCOMM MANAGEMENT CORP                    TIN: 023-2767067
MONEY  MARKET  ACCOUNT  NO  00178-74273

| DATE | DESCRIPTION OF YOUR ACTIVITY | CHECKS/ DEBITS | DEPOSITS/ CREDITS | BALANCE |
|------|------------------------------|----------------|-------------------|---------|
| | OPENING BALANCE | | | 18,108.44 |
| 09/21 | WIRE TRANSFER CREDIT | | 100,000.00 | 118,108.44 |
| | OUR REF=5950921534128000A   YOUR REF=NO REF GIVEN | | | |
| | ORG=MORGAN GUARANTY TRUST CO-NYC          XXXXX | | | |
| | MORGAN NYC /ORG=VANGUARD GRP INC RETAIL WIRE DISB A CTR | | | |
| | /BNF=US MOBILCOMM MANAGEMENT CORP/AC-0017874273 | | | |
| 09/25 | MISCELLANEOUS DEBIT | 88,000.00 | | 30,108.44 |
| 09/29 | INTEREST PAYMENT | | 62.07 | |
| | INTEREST RATE  2.23 INTEREST YIELD  2.25 | | | |
| | CLOSING BALANCE | | | 30,170.51 |

MONEY MARKET SUMMARY

| PREVIOUS BALANCE | TOT CREDITS & DEPOSITS | TOT CHECKS & DEBITS | SERVICE CHARGES | NEW BALANCE |
|------------------|------------------------|---------------------|-----------------|-------------|
| 18,108.44 | 100,062.07 | 88,000.00 | .00 | 30,170.51 |

| NUMBER CHECKS | NUMBER MAC DEBITS | NUMBER DEPOSITS | ITEMS DEPOSITED | AVERAGE COLLECTED BAL |
|---------------|-------------------|-----------------|-----------------|------------------------|
| 0 | 0 | 0 | 0 | 33,846.00 |

| YEAR TO DATE INTEREST | $1,266.01 |
|-----------------------|-----------|

PLEASE EXAMINE THIS STATEMENT PROMPTLY.

QUESTIONS REGARDING STATEMENT INFORMATION SHOULD BE DIRECTED TO YOUR RELATIONSHIP MANAGER OR CUSTOMER SERVICE AT
**215-973-1000** OR **1-800-426-6900** FROM TOLL CALLING AREAS.  HOURS: WEEKDAYS 8AM TO 8PM, SATURDAYS 8AM TO 4PM.
AFTER CUSTOMER SERVICE HOURS, LOST OR STOLEN MAC CARDS SHOULD BE REPORTED TO:  1-800-833-3010.

8

# **REFERENCE TO ADDITIONAL EXHIBITS**

Money Market Statement for USMobilcomm Management is unavailable.



**CoreStates**
CoreStates Bank NA
P O Box 7618
Phila PA 19101-7618

| DEBIT | CREDIT |
ACCOUNT NO.
00178-74273

MAIL TO

U S MobilComm Inc

DATE
10-10-95

WE CHARGE YOUR ACCOUNT   $ 20,000.00

as per your request

OFFSET

0214 3-1   03 1760432
0 CKCO 21   283013

PREPARED BY    DEPARTMENT
176

ADVICE OF DEBIT

BR-293 (6912)10/90

---

**CoreStates**
CoreStates Bank NA
P O Box 7618
Phila PA 19101-7618

| DEBIT | CREDIT |
ACCOUNT NO.
00178-74273

MAIL TO

U S MobilComm

DATE
10-4-95

WE CHARGE YOUR ACCOUNT   $ 2,000.00

as per your request

OFFSET

1760432
E 277012

PREPARED BY    DEPARTMENT
dc             176

ADVICE OF DEBIT

BR-293 (6912)10/90



**CORESTATES BANK**
PO BOX 7618  F.C. 01-02-08-21
PHILADELPHIA PA 19101-7618

---- ----

PAGE    1

PERIOD ENDING    10/31/95
PREVIOUS PERIOD 09/29/95

---- ----    US MOBILCOMM MANAGEMENT CORP    ACCOUNT NO 00178-74273
805 BRYN MAWR AVENUE
NEWTOWN SQUARE PA    19073    H

---- ----

|  | CYC | BR | TYP | DISP | ENC |
|---|---|---|---|---|---|
|  | 31 | 076 | 01 | 100 | 0 |

US MOBILCOMM MANAGEMENT CORP    TIN: 023-2767067    SAFEKEEPING
## MONEY MARKET ACCOUNT NO 00178-74273

| DATE | DESCRIPTION OF YOUR ACTIVITY | CHECKS/ DEBITS | DEPOSITS/ CREDITS | BALANCE |
|---|---|---|---|---|
|  | OPENING BALANCE |  |  | 30,170.51 |
| 10/04 | MISCELLANEOUS DEBIT | 2,000.00 |  | 28,170.51 |
| 10/06 | ANALYSIS FEE | 8.00 |  | 28,162.51 |
| 10/10 | MISCELLANEOUS DEBIT | 20,000.00 |  | 8,162.51 |
| 10/31 | WIRE TRANSFER CREDIT |  | 20,000.00 |  |
|  | OUR REF=595103146412000A  YOUR REF=NO REF GIVEN |  |  |  |
|  | ORG=MELLON BANK NA-PITTSBURGH PA      XXXXX |  |  |  |
|  | MELLON BANK PITTS /ORG=BEAR STERNS SECURITIES CORP CTR/ |  |  |  |
|  | BNF=US MOBIL COMM MGMT CORP/AC-0017874273 |  |  |  |
|  | INTEREST PAYMENT |  | 28.08 |  |
|  | INTEREST RATE  2.23 INTEREST YIELD  2.25 |  |  |  |
|  | CLOSING BALANCE |  |  | 28,190.59 |

### MONEY MARKET SUMMARY

| PREVIOUS BALANCE | TOT CREDITS & DEPOSITS | TOT CHECKS & DEBITS | SERVICE CHARGES | NEW BALANCE |
|---|---|---|---|---|
| 30,170.51 | 20,028.08 | 22,000.00 | 8.00 | 28,190.59 |

| NUMBER CHECKS | NUMBER MAC DEBITS | NUMBER DEPOSITS | ITEMS DEPOSITED | AVERAGE COLLECTED BAL |
|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 14,810.00 |

| YEAR TO DATE INTEREST | $1,294.09 |
|---|---|

PLEASE EXAMINE THIS STATEMENT PROMPTLY.

QUESTIONS REGARDING STATEMENT INFORMATION SHOULD BE DIRECTED TO YOUR RELATIONSHIP MANAGER OR CUSTOMER SERVICE AT
**215-973-1000** OR **1-800-426-6900** FROM TOLL CALLING AREAS.  HOURS: WEEKDAYS 8AM TO 8PM, SATURDAYS 8AM TO 4PM.
AFTER CUSTOMER SERVICE HOURS, LOST OR STOLEN MAC CARDS SHOULD BE REPORTED TO: 1-800-833-3010.

 **FUHRMAN-MATT SECURITIES INC.**
1900 MARKET STREET · SUITE 706
PHILADELPHIA, PA 19103
(215) 496-1580

CLEARANCE AGENT:
**BEAR, STEARNS SECURITIES CORP.**
ONE METROTECH CENTER NORTH
BROOKLYN, NEW YORK 11201-3859
(212) 272-1000

| Account | A.E. | Tax I.D. | Period Ending | Last Statement | Page |
|---------|------|----------|---------------|----------------|------|
| 961-16931 | 015 | 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 | 11/24/95 | 10/27/95 | 1 of 3 |

847

DAVID ELKIN &
BRENDA J ELKIN JTWROS          ✳
805 BRYN MAWR AVE
NEWTOWN SQUARE PA  19073-4330

## Financial Summary

*Market Value of Securities*

| | Long | Short |
|---|------|-------|
| Equities | $629,485 | $0 |
| Bonds | 0 | 0 |
| Options | 0 | 0 |
| Other | 0 | 0 |
| **Security Totals** | **$629,485** | **$0** |

| | |
|---|---|
| Total Value of Securities This Period | $629,485 |
| Net Amount Due | 46,594- |
| Money Market Fund Balance | 0 |
| **Net Equity This Period** | **$582,891** |
| Net Equity Last Statement | $596,677 |

## Activity Summary

| | This Period |
|---|---|
| Securities Sold | $7,120.50 |
| Dividends/Interest | 241.38 |
| Funds Received/Other | 39,639.58 |
| **Amount Credited** | **$47,001.46** |
| Securities Bought | $24,502.50- |
| Dividends/Interest | 110.60- |
| Funds Issued/Other | 89,639.58- |
| **Amount Debited** | **$114,252.68-** |
| **Net Cash Activity** | **$67,251.22-** |

See Transactions Settling This Period for detail.

## Cash Balance Summary

| Cash Balances | Opening | Closing |
|---|---|---|
| Cash | $22,098.58 | $28.38 |
| Margin | 1,441.59- | 46,622.61- |
| **Net Amount Due** | **$20,656.99** | **$46,594.23-** |

## Income Summary

| | This Period | Year to Date |
|---|---|---|
| Dividends | $175.00 | $4,052.93 |
| Credit Balance Int. | 28.38 | 507.00 |
| **Total Income** | **$203.38** | **$4,559.93** |
| MLP | $38.00 | $665.00 |
| **Total Distributions** | **$38.00** | **$665.00** |
| Foreign Tax Withheld | 0.00 | 111.74- |
| Margin Interest Paid | $110.60- | $1,753.92- |

## Transactions Settling This Period

| Date Mo/Day | Account Type | Transaction Type/Quantity | | Description | Price/Rate | Debit | Credit |
|---|---|---|---|---|---|---|---|
| | | | | | | **Amount** | |

### Purchases And Sales

| Date Mo/Day | Account Type | Transaction Type/Quantity | | Description | Price/Rate | Debit | Credit |
|---|---|---|---|---|---|---|---|
| 10/30 | CASH | BOUGHT | 300 | NIMBUS CD INTERNATIONAL INC UNSOLICITED PROSPECTUS UNDER SEPARATE MAIL AS OF 10/25/95 | 7 | 2,100.00 | |

 **FUHRMAN-MATT SECURITIES INC.**
1900 MARKET STREET - SUITE 706
PHILADELPHIA, PA 19103
(215) 496-1580

CLEARANCE AGENT:
**BEAR, STEARNS SECURITIES CORP.**
ONE METROTECH CENTER NORTH
BROOKLYN, NEW YORK 11201-3859
(212) 272-1000

| Account | A.E. | Tax I.D. | Period Ending | Last Statement | Page |
|---------|------|----------|---------------|----------------|------|
| 961-16931 | 015 | 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 | 11/24/95 | 10/27/95 | 2 of 3 |

DAVID ELKIN &

## *Transactions Settling This Period*

| Date | Account | | | | Amount | |
|------|---------|---------------------------|-------------|------------|-------|--------|
| Mo/Day | Type | Transaction Type/Quantity | Description | Price/Rate | Debit | Credit |

**Purchases And Sales**

**Dividends And Interest**

**Funds Received And Issued**

10/31    MARGIN FND WIRED    IDA# MB928218 FNDS WIRED TO    20,000.00
CORESTATES BANK NA
AC# 0017874273   FD#03297

⌐⌐⌐⌐

**Miscellaneous**

## *Portfolio Positions*

| Account Type | Quantity | Description | Symbol/Cusip | Price | Market Value | Estimated Annual Income Rate | Amount |
|--------------|----------|-------------|--------------|-------|--------------|------------------------------|--------|

**Equities/Options**

**BEAR STEARNS**

Bear, Stearns Securities Corp.
Dept. B 4TH FL
One MetroTech Center North
Brooklyn, NY 11201

# DEBIT ADVICE

10/31/95   RR# 015   961-16931-2-9

TODAY WE HAVE DEBITED YOUR ACCOUNT, THE AMOUNT OF: $ *******20,000.00
BY WIRE TRANSFER TO ======>

CORESTATES BANK NA
AC# 0017874273     FD#03297

DAVID ELKIN &
BRENDA J ELKIN JTWROS          *
805 BRYN MAWR AVE
NEWTOWN SQUARE PA   19073-4330

IMPORTANT: IF ANY INFORMATION ON THIS NOTICE IS NOT CORRECT
PLEASE CONTACT CLIENT SERVICES IMMEDIATELY AT: 1-800-634-1428.

---

**BEAR STEARNS**

Bear, Stearns Securities Corp.
Dept. B 4TH FL
One MetroTech Center North
Brooklyn, NY 11201

# DEBIT ADVICE

11/02/95   RR# 015   961-16931-2-9

TODAY WE HAVE DEBITED YOUR ACCOUNT, THE AMOUNT OF: $ *******30,000.00
BY WIRE TRANSFER TO ======>

MORGAN GUARANTY TRUST COMP
AC# 72200011        PHF#8069

DAVID ELKIN &
BRENDA J ELKIN JTWROS          *
805 BRYN MAWR AVE
NEWTOWN SQUARE PA   19073-4330

IMPORTANT: IF ANY INFORMATION ON THIS NOTICE IS NOT CORRECT
PLEASE CONTACT CLIENT SERVICES IMMEDIATELY AT: 1-800-634-1428.

**DAVID AND BRENDA ELKIN**
**805 BRYN MAWR AVE**
**NEWTOWN SQUARE, PA 19073**
**610-525-2372**

October 27, 1995

Mr. Scott Mason   (215-496-1599)
Fuhrman Matt Securities
1900 Market St Suite 706
Philadelphia, PA   19103

LETTER of AUTHORIZATION
RE: A/C # 961-16931

Please wire transfer the following amount from our account to
Corestates Bank:

Corestates Bank
ABA 031000011
Account # 001787-4273
for credit to US MobilComm Management Corp

Amount: $ 20,000 (twenty thousand and no cents)

David Elkin                              Brenda Elkin

9

# **REFERENCE TO ADDITIONAL EXHIBITS**

Money Market Statement for USMobilcomm Management is unavailable.



**CORESTATES BANK**
PO BOX 7618  F.C. 01-02-08-21
PHILADELPHIA PA 19101-7618

PAGE    1

PERIOD ENDING   11/30/95
PREVIOUS PERIOD 10/31/95

US MOBILCOMM MANAGEMENT CORP          ACCOUNT NO 00178-74273
805 BRYN MAWR AVENUE
NEWTOWN SQUARE PA   19073                              H

CYC  BR TYP DISP    ENC
31 076  01  100      0
SAFEKEEPING

JS MOBILCOMM MANAGEMENT CORP          TIN: 023-2767067
MONEY MARKET ACCOUNT NO 00178-74273

| DATE | DESCRIPTION OF YOUR ACTIVITY | CHECKS/ DEBITS | DEPOSITS/ CREDITS | BALANCE |
|---|---|---|---|---|
| | OPENING BALANCE | | | 28,190.59 |
| 11/01 | MISCELLANEOUS DEBIT | 3,000.00 | | 25,190.59 |
| 11/06 | MISCELLANEOUS DEBIT | 7,000.00 | | |
| | ANALYSIS FEE | 8.00 | | 18,182.59 |
| 11/16 | MISCELLANEOUS DEBIT | 2,000.00 | | 16,182.59 |
| 11/20 | MISCELLANEOUS DEBIT | 10,000.00 | | 6,182.59 |
| 11/28 | OTC DEPOSIT | | 20,000.00 | 26,182.59 |
| 11/29 | MISCELLANEOUS DEBIT | 5,010.00 | | 21,172.59 |
| 11/30 | INTEREST PAYMENT | | 27.99 | |
| | INTEREST RATE  2.23 INTEREST YIELD  2.25 | | | |
| | MISCELLANEOUS DEBIT | 3,000.00 | | |
| | CLOSING BALANCE | | | 18,200.58 |

MONEY MARKET SUMMARY

| PREVIOUS BALANCE | TOT CREDITS & DEPOSITS | TOT CHECKS & DEBITS | SERVICE CHARGES | NEW BALANCE |
|---|---|---|---|---|
| 28,190.59 | 20,027.99 | 30,010.00 | 8.00 | 18,200.58 |

| NUMBER CHECKS | NUMBER MAC DEBITS | NUMBER DEPOSITS | ITEMS DEPOSITED | AVERAGE COLLECTED BAL |
|---|---|---|---|---|
| 0 | 0 | 1 | 1 | 15,254.00 |

| YEAR TO DATE INTEREST | $1,322.08 |
|---|---|

PLEASE EXAMINE THIS STATEMENT PROMPTLY.

QUESTIONS REGARDING STATEMENT INFORMATION SHOULD BE DIRECTED TO YOUR RELATIONSHIP MANAGER OR CUSTOMER SERVICE AT
**215-973-1000** OR **1-800-426-6900** FROM TOLL CALLING AREAS.  HOURS: WEEKDAYS 8AM TO 8PM, SATURDAYS 8AM TO 4PM.
AFTER CUSTOMER SERVICE HOURS, LOST OR STOLEN MAC CARDS SHOULD BE REPORTED TO:  1-800-833-3010.

**DEPOSIT TICKET**

**MONEY MARKET ACCOUNT**

NAME _US - Mobil Com_

DATE _Nov 28_ 19 _95_
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

112895 1137 0177 3-1  06 0861123

CoreStates***20,000.00 CKSC 22
First Pennsylvania
Bank 17874273
Philadelphia, PA

CASH ►
3-1
310

25·80

2000  00

$ 20000

⑆031000011⑆    17874273⑈02

DEPOSIT TICKET

**MONEY MARKET ACCOUNT**

☑ CASH ▶

NAME  US Mobil Com

3-1
310

25-80

2900    00

DATE  Nov  28  19 95
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

L
I
S
T

E
A
C
H

C
H
E
C
K

**CoreStates**
First Pennsylvania
Bank
Philadelphia, PA

$    20000.—

⑈0310000111⑈    1787⑈4273⑈02

---

**Prudential Securities Command Account**

**DAVID W ELKIN**
**BRENDA J ELKIN**
805 BRYN MAWR AVE
NEWTOWN SQUARE, PA  19073

**0156**

25-80/440

Nov 28  19 95

Pay to
the order of  US Mobil Comm Managed Co    |  $ 20,000 00/100

Twenty thousand al 00/100                                        Dollars

**The Prudential Bank** Ⓟ
PAYABLE THROUGH BANK ONE, COLUMBUS, NA
COLUMBUS  OHIO 43...

|1|2|3|4|5|6|7|8|9|0|
CHECK ONE BOX

For

⑈044000804⑈ 434927960811⑈ 0156

# Command Account

## Client Statement

Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

**Prudential Securities**

**DAVID W ELKIN &**

For The Period: **November 1 - November 30, 1995**    Account Number: **04F-224411-41**    Page 3 of 3

## Checking & Billpay

| DATE WRITTEN | DATE PAID | CHECK # | PAYEE | EXPENSE CODE | AMOUNT CHARGED | AMOUNT CREDITED | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 11/10/95 | 11/15/95 | 0456 | DWAN GRP MIN | | | | |
| 11/29/95 | 11/29/95 | 0156 | US MOBIL COMM MANAGET CO | | $20,000.00 | | 02954112911037094800000 |

AS OF November 30,    4 CHECKS WERE PROCESSED, TOTALLING:

To update expense code categories, call Command at 1-800-222-4321.

## Money Fund Purchases & Redemptions

| DATE | TRANSACTION | QUANTITY | PRICE/COMMENTS | AMOUNT CHARGED | AMOUNT CREDITED |
|---|---|---|---|---|---|

INTRODUCING THE PRUDENTIAL JENNISON FUND. THE FUND INVESTS PRIMARILY IN LARGE ESTABLISHED U.S. GROWTH COMPANIES WITH ABOVE-AVERAGE POTENTIAL. FOR MORE INFORMATION, INCLUDING CHARGES AND EXPENSES, CALL FOR A PROSPECTUS. READ IT CAREFULLY BEFORE YOU INVEST.

See reverse side for additional information

10

# <u>REFERENCE TO ADDITIONAL EXHIBITS</u>

Money Market Statement for USMobilcomm Management is unavailable.

**DAVID AND BRENDA ELKIN**
**805 BRYN MAWR AVE**
**NEWTOWN SQUARE, PA 19073**
**610-525-2372**

January 29, 1996

Mr. James Atwood    via fax  617-946-4352  and mail
Merrill Lynch
High St Tower  19th fl
125 High St
Boston, MA  02110

LETTER of AUTHORIZATION
RE: A/C # 818-43426

Please wire transfer the following amount from my account to:

Corestates Bank
ABA 031000011
for credit to US MobilComm Management Co
money market Account  # 1787-4273
Attn Dolores Gamble 610-353-4210

amount: $ 20,000 (twenty thousand dollars and no cents)

David W. Elkin                          Brenda J. Elkin

CORESTATES BANK N.A.

**A CoreStates Bank**     Member FDIC

WE HAVE CREDITED YOUR ACCOUNT.

CREDIT  ADVICE

*from David Elkin — MC Boston*

RCVD FR: MELLON BANK N A
          PITTSBURGH              PA

ORG: MELLON BANK N A
      PITTSBURGH              PA

REMARKS: MELLON BANK PITTS /ORG=MERRILL LYNCH PIERCE FENNER CTR/BNF=US MOBILCOMM MG
MT CO/AC-17874273

    US MOBILCOMM MANAGEMENT CORP
    805 BRYN MAWR AVENUE
    NEWTOWN SQUARE PA    19073

        CREDIT DATE:              01/29/96
        YOUR REFERENCE:       NO REF GIVEN
        OUR REFERENCE:    5960129429935000
        ACCOUNT NO:            000017874273
        CREDIT AMOUNT:        20,000.00 USD



**CORESTATES BANK**
PO BOX 7618  F.C. 01-02-08-21
PHILADELPHIA PA 19101-7618

---- ----

PAGE     1

PERIOD ENDING     01/31/96
PREVIOUS PERIOD 12/29/95

---- 

US MOBILCOMM MANAGEMENT CORP          ACCOUNT NO 00178-74273
805 BRYN MAWR AVENUE
NEWTOWN SQUARE PA     19073                                    H

---- ----

CYC  BR TYP DISP     ENC
31 076  01  100        0
SAFEKEEPING

JS MOBILCOMM MANAGEMENT CORP          TIN: 023-2767067
MONEY MARKET ACCOUNT NO 00178-74273

| DATE | DESCRIPTION OF YOUR ACTIVITY | CHECKS/ DEBITS | DEPOSITS/ CREDITS | BALANCE |
|---|---|---|---|---|
| | OPENING BALANCE | | | 8,218.57 |
| 01/29 | WIRE TRANSFER CREDIT | | 20,000.00 | 28,218.57 |
| | OUR REF=5960129429935000A  YOUR REF=NO REF GIVEN | | | |
| | ORG=MELLON BANK N A          PITTSBURGH | | | |
| | MELLON BANK PITTS /ORG=MERRILL LYNCH PIERCE FENNER CTR/ | | | |
| | BNF=US MOBILCOMM MGMT CO/AC-17874273 | | | |
| 01/31 | INTEREST PAYMENT | | 19.19 | |
| | INTEREST RATE  2.23 INTEREST YIELD  2.25 | | | |
| | CLOSING BALANCE | | | 28,237.76 |

MONEY MARKET SUMMARY

| PREVIOUS BALANCE | TOT CREDITS & DEPOSITS | TOT CHECKS & DEBITS | SERVICE CHARGES | NEW BALANCE |
|---|---|---|---|---|
| 8,218.57 | 20,019.19 | .00 | .00 | 28,237.76 |

| NUMBER CHECKS | NUMBER MAC DEBITS | NUMBER DEPOSITS | ITEMS DEPOSITED | AVERAGE COLLECTED BAL |
|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 10,155.00 |

IN JANUARY, YOU WILL RECEIVE A COMBINED 1099
STATEMENT REFLECTING 1995 INTEREST EARNED AND
REPORTED TO THE INTERNAL REVENUE SERVICE.

PLEASE EXAMINE THIS STATEMENT PROMPTLY.

QUESTIONS REGARDING STATEMENT INFORMATION SHOULD BE DIRECTED TO YOUR RELATIONSHIP MANAGER OR CUSTOMER SERVICE AT
  215-973-1000  OR  1-800-426-6900  FROM TOLL CALLING AREAS.  HOURS: WEEKDAYS 8AM TO 8PM, SATURDAYS 8AM TO 4PM.
AFTER CUSTOMER SERVICE HOURS, LOST OR STOLEN MAC CARDS SHOULD BE REPORTED TO:  1-800-833-3010.

CODE 4019 (R4-94)

**Merrill Lynch**

**OFFICE**

125 HIGH STREET, HIGH ST TOWER
19TH FLOOR
BOSTON                    MA 02110 - 2724
617-946-4000

DAVID W. ELKIN AND
BRENDA J. ELKIN JTWROS
805 BRYN MAWR AVE.
NEWTOWN PA 19073

01/29/96

DEAR CUSTOMER:
IN COMPLIANCE WITH YOUR INSTRUCTION, ON 01/29/96
A WIRE TRANSFER, IN THE AMOUNT OF    $20,000.00
WAS MADE FROM YOUR ML ACCOUNT NUMBER 818-43426
TO THE FOLLOWING BANK ACCOUNT:

CORESTATES FINANCIAL CORP
US MOBILCOMM MGMT CO

A/C: 17874273

(ANY INQUIRIES CONCERNING THIS NOTICE
SHOULD BE DIRECTED TO THE BRANCH MANAGER)

MERRILL LYNCH, PIERCE, FENNER & SMITH INC

| Account No. | Taxpayer No. | Statement Period | | Page |
|---|---|---|---|---|
| 818-43426 | 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 | 12/30/95 TO 01/31/96 | | 5 OF 6 |

DAVID W. ELKIN AND

**Monthly Activity**

| Date | Transaction | Quantity | Description | Price | Debit | Credit |
|---|---|---|---|---|---|---|
| | | | Other Activity | | | |
| 01/29 | Journal Entry | | TRANSFR FEE P19960291768 | | 20.00 | |
| 01/29 | Journal Entry | | WIRE TRF OUTP19960291768 | | 20,000.00 | |
| | | | Net Total | | | |
| | | | Open Orders | | | |

176188