11

# REFERENCE TO ADDITIONAL EXHIBITS

Money Market Statement for USMobilcomm Management is unavailable.



**A CoreStates Bank**   Member FDIC

CORESTATES BANK N.A.

CREDIT  ADVICE

WE HAVE CREDITED YOUR ACCOUNT.

RCVD FR: MELLON BANK N A                ORG: MELLON BANK N A
         PITTSBURGH           PA             PITTSBURGH           PA

REMARKS: MELLON BANK PITTS /ORG=MERRILL LYNCH PIERCE FENNER CTR/BNF=CORESTATES BANK
 FOR FURTHER TO US MOBILCOMM MANAGEMENT CO, ATTN: DOLORES GAMBLE 610-353/AC-1787427
3 OBI=1787-4273 CO

        US MOBILCOMM MANAGEMENT CORP          CREDIT DATE:            02/22/96
        805 BRYN MAWR AVENUE                  YOUR REFERENCE: 1787-4273 COREST
        NEWTOWN SQUARE PA    19073            OUR REFERENCE:  5960222507311000
                                             ACCOUNT NO:          000017874273
                                             CREDIT AMOUNT:       30,000.00 USD

DAVID W. ELKIN AND

| Account No | Taxpayer No. | Statement Period | | Page |
|---|---|---|---|---|
| 818-43426 | 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 | 02/01/96 TO 02/29/96 | | 6 OF 7 |

## Monthly Activity

| Date | Transaction | Quantity | Description | Price | Debit | Credit |
|---|---|---|---|---|---|---|

**Funds Received, Withdrawals, and Charges**

**Net Total**

**Other Activity**

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/22 | Journal Entry | | TRANSFR FEE P 199605315377 | | 20.00 | |
| 02/22 | Journal Entry | | WIRE TRF OUTP 199605315377 | | 30,000.00 | |

173709

# Merrill Lynch

125 HIGH STREET, HIGH ST TOWER
19TH FLOOR
BOSTON          MA 02110 - 2724
617-946-4000

DAVID W. ELKIN AND
BRENDA J. ELKIN JTWROS
805 BRYN MAWR AVE.
NEWTOWN PA 19073

02/22/96

DEAR CUSTOMER:
IN COMPLIANCE WITH YOUR INSTRUCTION, ON 02/22/96
A WIRE TRANSFER, IN THE AMOUNT OF     $30,000.00
WAS MADE FROM YOUR ML ACCOUNT NUMBER 818-43426
TO THE FOLLOWING BANK ACCOUNT:

CORESTATES FINANCIAL CORP
CORESTATES BANK FOR FURTHER CR
TO US MOBILCOMM MANAGEMENT CO,
A/C: 1787-4273

(ANY INQUIRIES CONCERNING THIS NOTICE
SHOULD BE DIRECTED TO THE BRANCH MANAGER)

MERRILL LYNCH, PIERCE, FENNER & SMITH INC

**DAVID AND BRENDA ELKIN**
**805 BRYN MAWR AVE**
**NEWTOWN SQUARE, PA 19073**
**610-525-2372**

February 22, 1996

Mr. James Atwood    via fax   617-946-4352   and mail
Merrill Lynch
High St Tower   19th fl
125 High St
Boston, MA   02110

LETTER of AUTHORIZATION
RE: A/C # 818-43426

Please wire transfer the following amount from my account to:

Corestates Bank
ABA 031000011
for credit to US MobilComm Management Co
money market Account  # 1787-4273
Attn Dolores Gamble 610-353-4210

amount: $ 30,000 (thirty thousand dollars and no cents)

David W. Elkin                          Brenda J. Elkin

12

# <u>REFERENCE TO ADDITIONAL EXHIBITS</u>

Money Market Statement for USMobilcomm Management is unavailable.

**Statement of Account**

**PAGE 2 of 4**

ACCOUNT
**49W-30003**
DAVID M ELKIN &
BRENDA J ELKIN JTWROS


**FINANCIAL CONSULTANT GROUP**

STATEMENT PERIOD
**02/24/96 - 03/29/96**

**Financial Consultant Group Inc.**

| Summary of Brokerage Account | |
|---|---|
| **OPENING BALANCE** | |
| CREDITS | |
|   SECURITIES SOLD | |
|   DIVIDENDS | |
|   INTEREST | |
|   CASH RECEIVED | |
|   XFERS FM BCC MONEY PLUS | |
|   OTHER MONEY FUNDS SOLD | |
|   OTHER | |
| TOTAL CREDITS | |
| DEBITS | |
|   SECURITIES BOUGHT | |
|   CASH WITHDRAWN | |
|   XFERS TO BCC MONEY PLUS | |
|   OTHER MONEY FUNDS BOUGHT | |
|   OTHER | |
| TOTAL DEBITS | |
| **CLOSING BALANCE** | |
| **NET CHANGE** | |

| Summary of Broadcort Money Plus Account | |
|---|---|
| **OPENING BALANCE** | 8,604.00 |
| CREDITS | |
|   TRANSFERS FROM BROKERAGE | |
|   DIVIDENDS | |
|   OTHER | |
| TOTAL CREDITS | |
| DEBITS | |
|   TRANSFERS TO BROKERAGE | |
|   CHECKS WRITTEN | |
|   DEBIT CARD TRANSACTIONS | |
|   OTHER | |
| TOTAL DEBITS | |
| **CLOSING BALANCE** | |
| **NET CHANGE** | |

| Daily Brokerage Activity | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Transaction Type | Description | Quantity | Price | Debit Amount | Credit Amount | Balance |
| 03/28 | FUNDS TRANSFER | WIRE TRF OUTP19960880486 CORESTATES FINANCIAL COR | | | 35,000.00 | I | |
| 03/29 | JOURNAL ENTRY | FED FUNDS TRANSFER FEE A /O 03/28/96 | | | 20.00 | | |
| 03/29 | CLOSING BALANCE | | | | | | |

*FOR AN EXPLANATION OF SYMBOLS, PLEASE SEE REVERSE SIDE*

**MAIL** PLEASE ADVISE YOUR REGISTERED REPRESENTATIVE IMMEDIATELY OF ANY DISCREPANCIES ON YOUR STATEMENT OR IF YOU CONTEMPLATE CHANGING YOUR ADDRESS. WHEN MAKING INQUIRIES, PLEASE MENTION YOUR ACCOUNT NUMBER AND ADDRESS ALL CORRESPONDENCE TO YOUR BROKER'S OFFICE. WE URGE YOU TO PRESERVE THIS STATEMENT FOR USE IN PREPARING INCOME TAX RETURNS.
CODE 3044R (R5-94) PRINTED IN U.S.A.

THIS ACCOUNT IS INTRODUCED TO
*BROADCORT CAPITAL CORP*





**A CoreStates Bank**    Member FDIC

CORESTATES BANK N.A.

CREDIT ADVICE

WE HAVE CREDITED YOUR ACCOUNT.    *Final Consulg Guys*

RCVD FR: CHASE MANHATTAN BANK N A    ORG: CHASE MANHATTAN BANK N A
       NEW YORK                NY        NEW YORK            N·Y

REMARKS: CHASE NYC /ORG=MERRILL LYNCH CTR/ BNF=US MOBILCOMM MANAGEMENT CODAVID W EL
KIN, PRESIDENT/AC-17874273 BBI=CMB#608802010422 0000

    US MOBILCOMM MANAGEMENT CORP        CREDIT DATE:            03/28/96
    805 BRYN MAWR AVENUE                YOUR REFERENCE: CMB#608802010422
    NEWTOWN SQUARE PA    19073          OUR REFERENCE:    5960328532487000
                                 ACCOUNT NO:            000017874273
                                 CREDIT AMOUNT:        35,000.00 USD

**DAVID AND BRENDA ELKIN**
**805 BRYN MAWR AVE**
**NEWTOWN SQUARE, PA 19073**
**610-525-2372**

March 27, 1996

Mr. Stephen Blumenthal
Financial Consultant Group
1 Main St
Chatham, NJ  07928

LETTER of AUTHORIZATION
RE: A/C # 49W-30003

Please wire transfer the following amount from my account to:

Corestates Bank
ABA 031000011
for credit to US MobilComm Management Co
money market Account  # 1787-4273
Attn Dolores Gamble 610-353-4210

Amount: $ 35,000 (thirty five thousand dollars and no cents)


David W. Elkin                          Brenda Elkin



**CORESTATES BANK**
PO BOX 7618  F.C. 01-02-08-21
PHILADELPHIA PA 19101-7618

---- ----

PAGE    1

PERIOD ENDING    07/31/96
PREVIOUS PERIOD 06/28/96

---- 

US MOBILCOMM MANAGEMENT CORP
805 BRYN MAWR AVENUE
NEWTOWN SQUARE PA    19073

ACCOUNT NO 00178-74273

Ħ

---- ----

|  | CYC | BR | TYP | DISP | ENC |
|---|---|---|---|---|---|
|  | 31 | 000 | 01 | 100 | 0 |
|  | SAFEKEEPING |  |  |  |  |

US MOBILCOMM MANAGEMENT CORP              TIN: 023-2767067
MONEY MARKET ACCOUNT NO 00178-74273

| DATE | DESCRIPTION OF YOUR ACTIVITY | CHECKS/ DEBITS | DEPOSITS/ CREDITS | BALANCE |
|---|---|---|---|---|
|  | OPENING BALANCE |  |  | 10,298.74 |
| 07/02 | MISCELLANEOUS DEBIT | 7,000.00 |  | 3,298.74 |
| 07/08 | WIRE TRANSFER CREDIT |  | 35,000.00 | 38,298.74 |
|  | OUR REF=5960708427665000A  YOUR REF=ATTN FRAN MQAUIR |  |  |  |
|  | ORG=BANK OF NEW YORK                NEW YORK |  |  |  |
|  | BK OF NYC /ORG=DAVID ELKIN BRYN OGB=PAINEWEBBER CPU MEE |  |  |  |
|  | H/M CTR/BBK=US MOBILCOMM MANAGEMENT CO N-A N-A BNF=DAVI |  |  |  |
| 07/12 | MISCELLANEOUS DEBIT | 10,000.00 |  | 28,298.74 |
| 07/16 | MISCELLANEOUS DEBIT | 5,500.00 |  | 22,798.74 |
| 07/23 | MISCELLANEOUS DEBIT | 1,000.00 |  | 21,798.74 |
| 07/29 | MISCELLANEOUS DEBIT | 6,000.00 |  | 15,798.74 |
| 07/31 | INTEREST PAYMENT |  | 38.66 | |
|  | INTEREST RATE  2.18 INTEREST YIELD  2.20 |  |  |  |
|  | CLOSING BALANCE |  |  | 15,837.40 |

MONEY MARKET SUMMARY

| PREVIOUS BALANCE | TOT CREDITS & DEPOSITS | TOT CHECKS & DEBITS | SERVICE CHARGES | NEW BALANCE |
|---|---|---|---|---|
| 10,298.74 | 35,038.66 | 29,500.00 | .00 | 15,837.40 |

| NUMBER CHECKS | NUMBER MAC DEBITS | NUMBER DEPOSITS | ITEMS DEPOSITED | AVERAGE COLLECTED BAL |
|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 20,461.00 |

| YEAR TO DATE INTEREST | $205.33 |
|---|---|

PLEASE EXAMINE THIS STATEMENT PROMPTLY.

QUESTIONS REGARDING STATEMENT INFORMATION SHOULD BE DIRECTED TO YOUR RELATIONSHIP MANAGER OR CUSTOMER SERVICE AT
**215-973-1000**  OR  **1-800-426-6900**  FROM TOLL CALLING AREAS.   HOURS: WEEKDAYS 8AM TO 8PM, SATURDAYS 8AM TO 4PM.
AFTER CUSTOMER SERVICE HOURS, LOST OR STOLEN MAC CARDS SHOULD BE REPORTED TO:  1-800-833-3010.

13

# REFERENCE TO ADDITIONAL EXHIBITS

Money Market Statement for USMobilcomm Management is unavailable.

INTRODUCING FINANCIAL INSTITUTION:
DLJ INVESTMENT SERVICES GROUP
PHILADELPHIA REGIONAL OFFICE
401 CITY LINE AVE
BALA CYNWYD PA 19004-1122

TEL:(610)660-8900

```
-----------------------------------
|MAIL TO:                          |
|DAVID W ELKIN AND                 |
|BRENDA J ELKIN JT TEN             |
|805 BRYN MAWR AVE                 |
|NEWTOWN SQUARE PA 19073-4330      |
|                                  |
|                                  |
-----------------------------------
```

CLEARING THRU:
P E R S H I N G
DIVISION OF DONALDSON LUFKIN &
 JENRETTE SECURITIES CORPORATION
ONE PERSHING PLAZA
JERSEY CITY, NEW JERSEY    07399

ACCOUNT:  213-213077    RR:  853              APRIL     29, 1996

DEAR INVESTOR, PLEASE BE ADVISED THAT WE HAVE DEBITED YOUR ACCOUNT TODAY
IN THE AMOUNT OF      $25,000.00.  REASON:  SENT FEDERAL FUNDS
CORESTATES BANK NA


WE HAVE FOLLOWED THE INSTRUCTION OF YOUR FINANCIAL INSTITUTION.   IF
YOU HAVE ANY QUESTIONS PERTAINING TO THIS MATTER, PLEASE CONTACT THEM
OR CALL US AT (201) 413-2335.

# Donaldson, Lufkin & Jenrette
Securities Corporation

277 Park Avenue, New York, NY 10172  (212) 892-3000

## YOUR BROKERAGE ACCOUNT STATEMENT

**Statement Period:** April 27, 1996
**through:** May 31, 1996

**Account Number:** 213-213077
**Soc. Sec. Number:** 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
**Phone Number:** (610) 525-2372

**Statement for the account of:**

DAVID W ELKIN AND
BRENDA J ELKIN JT TEN
805 BRYN MAWR AVE
NEWTOWN SQUARE PA 19073-4330

**Your Account Executive:**

Batansky, Norman S.
Donaldson, Lufkin & Jenrette
401 City Line Avenue
Bala Cynwyd          PA  19004-1122
(610) 660-8908
ID : 853

## ASSET VALUATION

| | This Period | | Last Period | |
|---|---|---|---|---|
| | Value | % of Assets | Value | % of Assets |
| Cash Balance | | | | |
| Mutual Funds | | | | |
| Stocks, Rights, Warrants | | | | |
| **Total Brokerage Account Assets** | | | | |
| Income/Securities Not Yet Received | | | | |
| **Total Assets** | | | | |

## ACTIVITY SUMMARY

| | Debits | Credits |
|---|---|---|
| **Opening Balance** | | |
| Securities Bought and Sold | | |
| Cash Withdrawals/Deposits | | |
| Sec. Withdrawals/Deposits | | |
| Fees | | |
| Dividends and Interest | | |
| **Closing Balance** | | |

## TRANSACTIONS IN DATE SEQUENCE

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 04/29/96 | | SENT FEDERAL FUNDS | CORESTATES BANK NA | | | | 25,000.00- | |
| 04/30/96 | | WIRED FUNDS FEE | W/F TRANS CHGS A/O 0429 RR: 853 | | | | 10.00- | |

N011 - B00002599     YOUR ACCOUNT IS PROTECTED UP TO $50,000,000. SEE LAST PAGE FOR DETAILS AND OTHER IMPORTANT INFORMATION.

PAS-11-CS 1/96

**Donaldson, Lufkin & Jenrette**
Securities Corporation

277 Park Avenue, New York, NY 10172  (212) 892-3000

YOUR BROKERAGE
ACCOUNT STATEMENT

## TRANSACTIONS IN DATE SEQUENCE *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 05/01/96 | | CASH DIVIDEND RECEIVED | KEYSTONE LIQUID TRUST CLASS A FOR ACCRUAL PERIOD ENDING 04/30/96 | | | | | 206.96 |
| 05/01/96 | | REINVEST CASH INCOME | KEYSTONE LIQUID TRUST CLASS A SHRS PURCH. AT $1.00000 FOR ACCRUAL PERIOD ENDING 04/30/96 | 206.96000 | | | 206.96– | |
| 05/08/96 | 05/03/96 | SOLD | MAY & SPEH INC COM UNSOLICITED DLJ MAKES MKT IN SEC RPTD PRC $ 14.37500 MK-U/D $   37500SH | 200– | 14.00000 | | | 2,800.00 |
| 05/15/96 | 05/09/96 | PURCHASED | POLYMER GROUP INC COM PROSPECTUS ENCLOSED | 550 | 18.00000 | | 9,900.00– | |
| 05/15/96 | 05/10/96 | CORRECTED PURCHASE | INTELLECT COMMUNICATIONS SYSTEMS ,MB8I CORRECTED CONFIRM | 2,000 | 7.87500 | | 15,870.00– | |
| 05/20/96 | 05/19/96 | INT. CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 30 DEBIT DAYS AV BAL   61,700.08 RATE  8.000 04-20-96 TO 05-19-96 DEBIT BAL  05-19-96 WAS     92,409.50 | | | | 411.36– | |
| 05/22/96 | 05/17/96 | PURCHASED | ARONEX PHARMACEUTICALS PROSPECTUS ENCLOSED | 2,500 | 5.00000 | | 12,500.00– | |
| 05/29/96 | 05/22/96 | PURCHASED | WESTERN WIRELESS CORP CL-A PROSPECTUS ENCLOSED | 3,000 | 23.50000 | | 70,500.00– | |
| 05/30/96 | 05/24/96 | PURCHASED | MOLECULAR BIOSYSTEMS INC PROSPECTUS ENCLOSED | 5,000 | 9.00000 | | 45,000.00– | |
| 05/30/96 | | ACTIVITY WITHIN YOUR ACCT | INTELLECT COMMUNICATIONS SYSTEMS TFR TO MARGIN | 2,000– | | | | .00 |

For the Period: 04/27/96 Through 05/31/96        Account Number: 213-213077        DAVID W ELKIN AND        Page 2  of  7

*N011 - B00002599*



**CORESTATES BANK**
PO BOX 7618  F.C. 01-02-08-21
PHILADELPHIA PA 19101-7618

PAGE    1

PERIOD ENDING    04/30/96
PREVIOUS PERIOD  03/29/96

US MOBILCOMM MANAGEMENT CORP
805 BRYN MAWR AVENUE
NEWTOWN SQUARE PA    19073

ACCOUNT NO 00178-74273

H

|  | | CYC | BR | TYP | DISP | ENC |
|---|---|---|---|---|---|---|
|  | | 31 | 000 | 01 | 100 | 0 |

US MOBILCOMM MANAGEMENT CORP                    TIN: 023-2767067                    SAFEKEEPING
MONEY MARKET ACCOUNT NO 00178-74273

| DATE | DESCRIPTION OF YOUR ACTIVITY | CHECKS/ DEBITS | DEPOSITS/ CREDITS | BALANCE |
|---|---|---|---|---|
|  | OPENING BALANCE | | | 36,257.66 |
| 04/01 | MISCELLANEOUS DEBIT | 11,000.00 | | 25,257.66 |
| 04/08 | MISCELLANEOUS DEBIT | 10,000.00 | | 15,257.66 |
| 04/10 | ANALYSIS FEE | 8.25 | | 15,249.41 |
| 04/15 | MISCELLANEOUS DEBIT | 10,500.00 | | 4,749.41 |
| 04/29 | WIRE TRANSFER CREDIT | | 25,000.00 | 29,749.41 |
|  | OUR REF=596042942712200OA   YOUR REF=ATTN TO DORIS GA | | | |
|  | ORG=CHASE MANHATTAN BANK N A          NEW YORK | | | |
|  | CHASE NYC /ORG=DONALDSON LUFKIN & JENRETTE SEC CTR/ BNF | | | |
|  | =US MOBIL COMM MGMT CO/AC-17874273 OBI=ATTN TO DORIS GA | | | |
| 04/30 | INTEREST PAYMENT | | 24.98 | |
|  | INTEREST RATE  2.23 INTEREST YIELD  2.25 | | | |
|  | CLOSING BALANCE | | | 29,774.39 |

MONEY MARKET SUMMARY

| PREVIOUS BALANCE | TOT CREDITS & DEPOSITS | TOT CHECKS & DEBITS | SERVICE CHARGES | NEW BALANCE |
|---|---|---|---|---|
| 36,257.66 | 25,024.98 | 31,500.00 | 8.25 | 29,774.39 |

| NUMBER CHECKS | NUMBER MAC DEBITS | NUMBER DEPOSITS | ITEMS DEPOSITED | AVERAGE COLLECTED BAL |
|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 13,653.00 |

| | YEAR TO DATE INTEREST | $114.07 | |
|---|---|---|---|

PLEASE EXAMINE THIS STATEMENT PROMPTLY.

QUESTIONS REGARDING STATEMENT INFORMATION SHOULD BE DIRECTED TO YOUR RELATIONSHIP MANAGER OR CUSTOMER SERVICE AT
**215-973-1000** OR **1-800-426-6900** FROM TOLL CALLING AREAS.  HOURS: WEEKDAYS 8AM TO 8PM, SATURDAYS 8AM TO 4PM.
AFTER CUSTOMER SERVICE HOURS, LOST OR STOLEN MAC CARDS SHOULD BE REPORTED TO:  1-800-833-3010.

**A CoreStates Bank**    Member FDIC

CORESTATES BANK N.A.                                CREDIT   ADVICE

WE HAVE CREDITED YOUR ACCOUNT.

RCVD FR: CHASE MANHATTAN BANK N A          ORG: CHASE MANHATTAN BANK N A
         NEW YORK                 NY            NEW YORK                 NY

REMARKS: CHASE NYC /ORG=DONALDSON LUFKIN & JENRETTE SEC CTR/ BNF=US MOBIL COMM MGMT
 CO/AC-17874273 OBI=ATTN TO DORIS GAMBLE 610 353 4210 BBI=CMB#6120020098230000


      US MOBILCOMM MANAGEMENT CORP          CREDIT DATE:              04/29/96
      805 BRYN MAHR AVENUE                  YOUR REFERENCE: ATTN TO DORIS GA
      NEWTOWN SQUARE PA    19073            OUR REFERENCE:   5960429427122000
                                           ACCOUNT NO:            000017874273
                                           CREDIT AMOUNT:        25,000.00 USD

**DAVID AND BRENDA ELKIN**
**805 BRYN MAWR AVE**
**NEWTOWN SQUARE, PA 19073**
**610-525-2372**

April 24, 1996

Mr. Norman Batanksy        *( via  fx  ad  mad )*
Donaldson, Lufkin and Jenrette
401 City Line Ave
Bala Cynwyd, PA   19004

LETTER of AUTHORIZATION
RE: A/C # 213-213077

Please wire transfer on <u>Monday April 29, 1996</u> the following amount
from our account to:

Corestates Bank
ABA 031000011

for credit to US MobilComm Management Co
Money Market Account  # 1787-4273
Attn Dolores Gamble (tel 610-353-4210)

Amount: $ 25,000 (twenty five thousand dollars and no cents)

David W. Elkin                              Brenda J. Elkin

14

# REFERENCE TO ADDITIONAL EXHIBITS

Money Market Statement for USMobilcomm Management is
unavailable.

## Command Account

### Client Statement

Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

**Prudential Securities**

**DAVID W ELKIN &**

For The Period: **June 1 - June 30, 1996**    Account Number: **04F-224411-41**    Page 3 of 3

## Account Activity

### Funds Added & Withdrawn

| DATE | TRANSACTION | QUANTITY | PRICE/COMMENTS | AMOUNT CHARGED | AMOUNT CREDITED |
|------|-------------|----------|----------------|----------------|-----------------|
| 06/04 | Credit | | | | |
| 06/11 | Credit | | | | |

FEDERAL FUNDS RCVD  MELLON BANK PITTS
FEDERAL FUNDS RCVD  BK OF NYC

### Miscellaneous

| | | | | |
|---|---|---|---|---|
| 06/21 | | | | |

INT: 05/17-06/20 AVG BAL:
CLOSING BAL AS OF JUN 20

## Checking & Billpay

| DATE WRITTEN | DATE PAID | CHECK # | PAYEE | EXPENSE CODE | AMOUNT CHARGED | AMOUNT CREDITED | REFERENCE NUMBER |
|--------------|-----------|---------|-------|--------------|----------------|-----------------|------------------|
| 05/31/96 | 06/03/96 | 0297 * | US MOBIL COMM MGMT CORP | 2 | $25,000.00 | | 8033806040702012000 |

| Total Grouped by Expense Code | EXPENSE CODE | THIS PERIOD | YEAR TO DATE |
|---|---|---|---|

To update expense code categories, call Command at 1-800-222-4321.

FIND OUT WHERE GREG SMITH, PRUDENTIAL SECURITIES' CHIEF INVESTMENT STRATEGIST, THINKS THE MARKETS ARE HEADED.
ASK YOUR FINANCIAL ADVISOR FOR A COPY OF "STRATEGY INVESTMENT RECAP," A WEEKLY RESEARCH NEWSLETTER.

See reverse side for additional information

15

# **REFERENCE TO ADDITIONAL EXHIBITS**

Money Market Statement for USMobilcomm Management is unavailable.



**CORESTATES BANK N.A.**

*from FC 6*

**A CoreStates Bank**   Member FDIC

CREDIT  ADVICE

WE HAVE CREDITED YOUR ACCOUNT.

RCVD FR: BANK OF NEW YORK                    ORG: BANK OF NEW YORK
        NEW YORK                    NY                    NEW YORK                    NY

REMARKS: BK OF NYC /ORG=DAVID ELKIN BRYN OGB=PAINEWEBBER CPU WEEHAW CTR/BBK=US MOBI
LCOMM MANAGEMENT CO N-A N-A BNF=DAVID W ELKIN, PRESIDENT/AC-17874273//OBI=ATTN FRAN
 MQAUIRE 610 353 4

    US MOBILCOMM MANAGEMENT CORP          CREDIT DATE:            07/08/96
    805 BRYN MAWR AVENUE                  YOUR REFERENCE: ATTN FRAN MQAUIR
    NEWTOWN SQUARE PA   19073             OUR REFERENCE:   5960708427665000
                                          ACCOUNT NO:           000017874273
                                          CREDIT AMOUNT:        35,000.00 USD

**DAVID AND BRENDA ELKIN**
**805 BRYN MAWR AVE**
**NEWTOWN SQUARE, PA 19073**
**610-525-2372**

July 3, 1996

Mr. Stephen Blumenthal
Financial Consultant Group
3 Radnor Corp Center-Suite 233
Radnor, PA  19087-4516

LETTER of AUTHORIZATION
RE: A/C # WG-30003-R1

Please wire transfer the following amount from my account on <u>Monday</u>
<u>July 8, 1996 </u>to:

Corestates Bank
ABA 031000011
for credit to US MobilComm Management Co.,      *Reced 7/8*
(David W. Elkin, President)
money market Account  # 1787-4273
Attn Fran Maquire 610-353-4211

Amount: $ 35,000 (thirty five thousand dollars and no cents)


David W. Elkin                                Brenda J. Elkin

PCZL016712

July 1996
*Resource Management Account*

**Account Number** WG 30003 R1
**Your Investment Representative**
STEVE BLUMENTHAL 610-989-9090

**Page   2 of   3**

## Asset portfolio

When available, prices, income and current values may be approximate and thus gains/losses may not be accurately reflected. Details on back. An asterisk ( * ) indicates a change in the original transaction data from the prior month or the display of new data input at your branch office. Gains/losses are not calculated for zero coupon investments.

### Equities

#### Common stock

| Total shares | Description | Price | Current value | Est. annual income | Trade date | Shares purchased | Purchase price | Cost basis | Unrealized Gain/Loss |
|---|---|---|---|---|---|---|---|---|---|

## Money funds

| Description | Opening balance | Closing balance | Closing share price | Average yield | Dividend period | Days in period |
|---|---|---|---|---|---|---|
| INFINITY CCR MNY MKT FND | | | | | | |
| **Total** | | | | | | |

## Monthly activity

### Cash flow

| Date | Activity | Description | Amount |
|---|---|---|---|
| **06/28** | | **Balance forward** | $ |
| 07/08 | WITHDRAWAL | FEDERAL FUNDS | -35,000.00 |
| 07/22 | LOAN CHARGE | LOAN INTEREST CHARGED | |
| 07/24 | WITHDRAWAL | FEDERAL FUNDS | |
| 07/29 | WITHDRAWAL | FEDERAL FUNDS | |

| Date | Activity | Description | Amount |
|---|---|---|---|
| | | **Proceeds from security transactions** | $ |
| | | **Proceeds from money fund transactions** | $ |
| | | **Funds used for money fund transactions** | $ |
| 07/31 | | **Closing balance** | $ |

July 96/ WG 30003 R1

16

# **REFERENCE TO ADDITIONAL EXHIBITS**

Money Market Statement for USMobilcomm Management is unavailable.

DEPOSIT TICKET

**MONEY MARKET ACCOUNT**

NAME 25 Mds/ Comp Mgnt Co/

| | | |
| :-- | :-- | :-- |
| 3–1 | | |
| 310 | | |
| 25·80 | 35,000 | — |
| | | |

DATE Aug 2 19 96

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

080296 1124 0034 3–1 05 1553644

CoreStates CKSC 12

First Pennsylvania
Bank
Philadelphia, PA

$ 35000 —

�串031 00001⑉:      1787⑉4273⑉03



**CORESTATES BANK**
PO BOX 7618  F.C. 01-02-08-21
PHILADELPHIA PA 19101-7618

PAGE    1

PERIOD ENDING    08/30/96
PREVIOUS PERIOD  07/31/96

US MOBILCOMM MANAGEMENT CORP
805 BRYN MAWR AVENUE
NEWTOWN SQUARE PA    19073

ACCOUNT NO 00178-74273

H

CYC  BR TYP DISP    ENC
31 000  01  100      0
SAFEKEEPING

US MOBILCOMM MANAGEMENT CORP            TIN: 023-2767067
MONEY MARKET ACCOUNT NO 00178-74273

| DATE | DESCRIPTION OF YOUR ACTIVITY | CHECKS/ DEBITS | DEPOSITS/ CREDITS | BALANCE |
|------|------------------------------|----------------|-------------------|---------|
|       | OPENING BALANCE |  |  | 15,837.40 |
| 08/01 | MISCELLANEOUS DEBIT | 7,000.00 |  | 8,837.40 |
| 08/02 | OTC DEPOSIT |  | 35,000.00 | 43,837.40 |
| 08/05 | MISCELLANEOUS DEBIT | 6,000.00 |  | 37,837.40 |
| 08/06 | ANALYSIS FEE | 8.00 |  | 37,829.40 |
| 08/07 | MISCELLANEOUS DEBIT | 5,000.00 |  | 32,829.40 |
| 08/12 | MISCELLANEOUS DEBIT | 6,000.00 |  | 26,829.40 |
| 08/19 | MISCELLANEOUS DEBIT | 5,000.00 |  | 21,829.40 |
| 08/26 | MISCELLANEOUS DEBIT | 4,000.00 |  | 17,829.40 |
| 08/30 | INTEREST PAYMENT |  | 41.87 | 17,829.40 |
|       | INTEREST RATE  2.18 INTEREST YIELD  2.20 |  |  |  |
|       | CLOSING BALANCE |  |  | 17,871.27 |

MONEY MARKET SUMMARY

| PREVIOUS BALANCE | TOT CREDITS & DEPOSITS | TOT CHECKS & DEBITS | SERVICE CHARGES | NEW BALANCE |
|------------------|------------------------|---------------------|-----------------|-------------|
| 15,837.40 | 35,041.87 | 33,000.00 | 8.00 | 17,871.27 |

| NUMBER CHECKS | NUMBER MAC DEBITS | NUMBER DEPOSITS | ITEMS DEPOSITED | AVERAGE COLLECTED BAL |
|---------------|-------------------|-----------------|-----------------|------------------------|
| 0 | 0 | 1 | 1 | 22,762.00 |

| YEAR TO DATE INTEREST | $247.20 |
|------------------------|---------|

PLEASE EXAMINE THIS STATEMENT PROMPTLY.

QUESTIONS REGARDING STATEMENT INFORMATION SHOULD BE DIRECTED TO YOUR RELATIONSHIP MANAGER OR CUSTOMER SERVICE AT
215-973-1000  OR  1-800-426-6900  FROM TOLL CALLING AREAS.   HOURS: WEEKDAYS 8AM TO 8PM, SATURDAYS 8AM TO 4PM.
AFTER CUSTOMER SERVICE HOURS, LOST OR STOLEN MAC CARDS SHOULD BE REPORTED TO:  1-800-833-3010.

| Account No. | Taxpayer No. | Statement Period | Page |
|---|---|---|---|
| 818-43426 | 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 | 08/01/96 TO 08/30/96 | 1 OF 10 |

## Priority Client Cash Management Account

**Your Financial Consultant:**
JAMES A ATWOOD
FC# 9986
(800) 765-6194

**Your Merrill Lynch Office:**
125 HIGH STREET   19TH FL
BOSTON MA        02110

**FOR CUSTOMER SERVICE QUESTIONS:    1-800-MER-ACCT (1-800-637-2228)**

lllllllllllllllllllllllllllllllllll
DAVID W. ELKIN AND
BRENDA J. ELKIN JTWROS
805 BRYN MAWR AVE
NEWTOWN SQ PA 19073-4330

### Monthly Portfolio Summary

| Asset | 07/31/96 Value | % | 08/30/96 Value | % |
|---|---|---|---|---|
| Cash/Money Funds | 6,423 | 2 | 105,482 | 39 |
| CD's/Equivalents | | | | |
| Gov't Securities | | | | |
| Government Securities | | | | |
| Corporate Bonds | | | | |
| Municipal Bonds | | | | |
| Equities | 279,787 | 98 | 166,350 | 61 |
| Mutual Funds | | | | |
| Options | | | | |
| Other | | | | |
| **Long Market Value** | **286,210** | | **271,832** | |
| Short Market Value | | | | |
| Estimated Accrued Interest | | | | |
| Debit Balance | (568) | | (49) | |
| **Net Portfolio Value** | **285,642** | | **271,783** | |

### News

Attention AT&T and Lucent Technologies Shareholders: For
our free research report on how the September 30 spin-off of
Lucent Technologies may affect your portfolio, call your Financial
Consultant or 800-637-8060.

### Income Summary

| | This Statement | Year-to-Date |
|---|---|---|
| Money Fund Dividends | 47.32 | 47.32 |
| Tax-Exempt CMA Funds | | |
| Tax-Exempt Interest | | |
| Reportable Interest | | |
| Reportable Dividends | 1,495.00 | 6,590.00 |
| Income Not Reported | | |
| **Total** | **1,542.32** | **6,637.32** |

### Items for Attention

| Security | | Message | Date |
|---|---|---|---|
| PARAGON GROUP INC | COM | Opinion Downgraded | |

| Purchasing Power | Investor Credit Line |
|---|---|
| 187,559 | 82,077 |

### Financial Market Indicators

| | This Statement | Last Statement | Previous Year-End |
|---|---|---|---|
| Dow Jones Industrial Average | 5616.21 | 5528.91 | 5117.12 |
| Three-Month Treasury Bills | 5.27% | 5.30% | 5.07% |
| Long-Term Treasury Bonds | 7.11% | 6.97% | 5.94% |

August 1996

188125

DAVID M. ELKIN AND

| Account No. | Taxpayer No. | Statement Period | Page |
|---|---|---|---|
| 818-43426 | 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 | 08/01/96 TO 08/30/96 | 7 OF 10 |

## Tax Information Summary

| | This Statement | Year-to-Date |
|---|---|---|
| Accrued Interest Paid<br>Tax-Exempt<br>Reportable | | |
| Accrued Interest Received<br>Tax-Exempt<br>Reportable | | |
| Gross Proceeds | | |

Although we provide complete year-to-date information for Reportable Accrued Interest Received,
Accrued Interest Paid and Tax-Exempt Accrued Interest Received and Paid include only those months
we produce your profit and loss statement.

## Summary of Checking Activity

| Date Cleared | Date Written | Check Number | Payee | Amount |
|---|---|---|---|---|
| 08/05 | 08/02 | 102 | US MOBILCOMM MANAGEMENT CORP | 35,000.00 |
| | | | **Total Checking Activity** | **35,000.00** |

## Daily Activity Review

| Date | Transaction | Quantity | Description | Price | Amount | Cash<br>Balance | Share<br>Balance |
|---|---|---|---|---|---|---|---|
| 07/31<br>08/01 | Opening Balance<br>Sale | | | | | | |

August 1996

188131

17

# REFERENCE TO ADDITIONAL EXHIBITS

Money Market Statement for USMobilcomm Management is unavailable.



**CORESTATES BANK**
PO BOX 7618  F.C. 01-02-08-21
PHILADELPHIA PA 19101-7618

PAGE    1

PERIOD ENDING    10/31/96
PREVIOUS PERIOD  09/30/96

US MOBILCOMM MANAGEMENT CORP
805 BRYN MAWR AVENUE
NEWTOWN SQUARE PA    19073

ACCOUNT NO  00178-74273

H

|  |  | CYC | BR | TYP | DISP | ENC |
|--|--|-----|----|-----|------|-----|
|  |  | 31 | 000 | 01 | 100 | 0 |

US MOBILCOMM MANAGEMENT CORP          TIN: 023-2767067          SAFEKEEPING

**MONEY MARKET ACCOUNT NO 00178-74273**

| DATE | DESCRIPTION OF YOUR ACTIVITY | CHECKS/ DEBITS | DEPOSITS/ CREDITS | BALANCE |
|------|------------------------------|----------------|-------------------|---------|
|       | OPENING BALANCE |  |  | 9,895.27 |
| 10/07 | OTC DEPOSIT |  | 35,000.00 | 44,895.27 |
| 10/08 | MISCELLANEOUS DEBIT | 5,000.00 |  | 39,895.27 |
| 10/10 | MISCELLANEOUS DEBIT | 2,000.00 |  | 37,895.27 |
| 10/15 | MISCELLANEOUS DEBIT | 11,500.00 |  | 26,395.27 |
| 10/21 | MISCELLANEOUS DEBIT | 8,300.00 |  | 18,095.27 |
| 10/29 | MISCELLANEOUS DEBIT | 2,200.00 |  | 15,895.27 |
| 10/31 | INTEREST PAYMENT |  | 39.68 | |
|       | INTEREST RATE  2.18 INTEREST YIELD  2.20 |  |  | |
|       | CLOSING BALANCE |  |  | 15,934.95 |

**MONEY MARKET SUMMARY**

| PREVIOUS BALANCE | TOT CREDITS & DEPOSITS | TOT CHECKS & DEBITS | SERVICE CHARGES | NEW BALANCE |
|------------------|------------------------|---------------------|-----------------|-------------|
| 9,895.27 | 35,039.68 | 29,000.00 | .00 | 15,934.95 |

| NUMBER CHECKS | NUMBER MAC DEBITS | NUMBER DEPOSITS | ITEMS DEPOSITED | AVERAGE COLLECTED BAL |
|---------------|-------------------|-----------------|-----------------|-----------------------|
| 0 | 0 | 1 | 0 | 21,678.00 |

| YEAR TO DATE INTEREST | $310.88 |
|-----------------------|---------|

PLEASE EXAMINE THIS STATEMENT PROMPTLY.

QUESTIONS REGARDING STATEMENT INFORMATION SHOULD BE DIRECTED TO YOUR RELATIONSHIP MANAGER OR CUSTOMER SERVICE AT
215-973-1000  OR  1-800-426-6900  FROM TOLL CALLING AREAS.  HOURS: WEEKDAYS 8AM TO 8PM, SATURDAYS 8AM TO 4PM.
AFTER CUSTOMER SERVICE HOURS, LOST OR STOLEN MAC CARDS SHOULD BE REPORTED TO:  1-800-833-3010.

| Account No. | Taxpayer No. | Statement Period | | Page |
|---|---|---|---|---|
| 818-43426 | 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 | 10/01/96 TO 10/31/96 | | 1 OF 8 |

## Priority Client Cash Management Account

**DAVID W. ELKIN AND**
**BRENDA J. ELKIN JT/WROS**
**805 BRYN MAWR AVE**
**NEWTOWN SQ PA 19073-4330**

**Your Financial Consultant:**
JAMES A ATWOOD
FC# 9986
(800) 765-6194

**Your Merrill Lynch Office:**
125 HIGH STREET  19TH FL
BOSTON MA       02110

**FOR CUSTOMER SERVICE QUESTIONS:**     1-800-MER-ACCT (1-800-637-2228)

### Monthly Portfolio Summary

| Asset | 09/30/96 Value | % | 10/31/96 Value | % |
|---|---|---|---|---|
| Cash/Money Funds | 41,721 | 20 | | |
| CD's/Equivalents | | | | |
| Government Securities | | | | |
| Corporate Bonds | | | | |
| Municipal Bonds | | | | |
| Equities | 169,450 | 80 | | |
| Mutual Funds | | | 167,949 | 100 |
| Options | | | | |
| Other | | | | |
| **Long Market Value** | 211,171 | | 167,949 | |
| Short Market Value | | | | |
| Estimated Accrued Interest | | | (2,774) | |
| Debit Balance | | | | |
| **Net Portfolio Value** | **211,171** | | **165,175** | |

### News

ML Global Value Fund, which combines a global perspective
with a value-oriented investment approach, began in October.
Initial purchase orders settle on November 1, 1996, and will
appear on next month's statement.

### Income Summary

| | This Statement | Year-to-Date |
|---|---|---|
| Money Fund Dividends | 74.97 | 331.26 |
| Tax-Exempt CMA Funds | | |
| Tax-Exempt Interest | | |
| Reportable Interest | | |
| Reportable Dividends | 877.50 | 7,467.50 |
| Income Not Reported | | |
| **Total** | **952.47** | **7,798.76** |

### Items for Attention

| Security | Message | Date |
|---|---|---|
| | No Items For Attention | |

| Purchasing Power | Investor Credit Line |
|---|---|
| 76,464 | 76,464 |

### Financial Market Indicators

| | This Statement | Last Statement | Previous Year-End |
|---|---|---|---|
| Dow Jones Industrial Average | 6029.38 | 5882.17 | 5117.12 |
| Three-Month Treasury Bills | 5.14% | 5.03% | 5.07% |
| Long-Term Treasury Bonds | 6.64% | 6.92% | 5.94% |

October 1996

188167

DAVID W. ELKIN AND

| Account No. | Taxpayer No. | Statement Period | Page |
|---|---|---|---|
| 818-43426 | 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 | 10/01/96 TO 10/31/96 | 6 OF 8 |

## Tax Information Summary

| | This Statement | Year-to-Date |
|---|---|---|
| **Accrued Interest Paid** | | |
| Tax-Exempt | | |
| Reportable | | |
| **Accrued Interest Received** | | |
| Tax-Exempt | | |
| Reportable | | |
| **Gross Proceeds** | | |

Although we provide complete year-to-date information for Reportable Accrued Interest Received,
Accrued Interest Paid and Tax-Exempt Accrued Interest Received and Paid include only those months
we produce your profit and loss statement.

## Summary of Checking Activity

| Date Cleared | Date Written | Check Number | Payee | Amount |
|---|---|---|---|---|
| 10/08 | 10/07 | 103 | US MOBIL COMM MGMT CO | 35,000.00 |

## Daily Activity Review

| Date | Transaction | Quantity | Description | Price | Amount | Cash Balance | Share Balance |
|---|---|---|---|---|---|---|---|

October 1996

188172

| | Account No. | Taxpayer No. | | Statement Period | | Page |
|---|---|---|---|---|---|---|
| | 818-43426 | 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 | | 10/01/96 TO 10/31/96 | | 7 OF 8 |

DAVID W. ELKIN AND

## Daily Activity Review

| Date | Transaction | Quantity | Description | Price | Amount | Cash Balance | Share Balance |
|---|---|---|---|---|---|---|---|
| 10/02 | Purchase | 200 | ROCKSHOX INC            COM<br>PROSPECTUS ENCLOSED<br>AS OF    09/26<br>PRICE    15.000000 | | 3,000.00 | | 41,721 |
| 10/07 | Purchase | 845 | CMA MONEY FUND | | 845.00 | 845.44CR | 42,566 |
| 10/08 | Check | | US MOBIL COMM MGMT CO | | 35,000.00 | .44CR | |
| 10/08 | Sale | -200 | ROCKSHOX INC            COM | 15.000 | 2,960.15CR | | |
| 10/08 | Sale | -35,000 | CMA MONEY FUND | | 35,000.00CR | 2,960.59CR | 7,566 |
| 10/09 | Purchase | 2,960 | CMA MONEY FUND | | 2,960.00 | .59CR | 10,526 |
| 10/11 | Check | | DAVID & BRENDA ELKIN | | 10,000.00 | | |
| 10/11 | Sale | -10,000 | CMA MONEY FUND | | 10,000.00CR | .59CR | 526 |
| 10/16 | Purchase | 200 | GULFSTREAM AEROSPACE CRP<br>PROSPECTUS ENCLOSED<br>AS OF    10/09<br>PRICE    24.000000 | | 4,800.00 | | |
| 10/16 | Sale | -526 | CMA MONEY FUND | | 526.00CR | 4,273.41 | |
| 10/17 | Cash Dividend | | CMA MONEY FUND  DIVIDEND<br>$74.97    FOR 20 DAYS<br>FROM 09-27 THRU 10-16 | | 74.97CR | 4,198.44 | |
| 10/18 | Purchase | 300 | CARSON INC CL A          COM<br>PROSPECTUS ENCLOSED<br>AS OF    10/14<br>PRICE    14.000000 | | 4,200.00 | | |
| 10/18 | ■ Sale | -200 | GULFSTREAM AEROSPACE CRP | 24.000 | 4,759.99CR | 3,638.45 | |
| 10/21 | * Dividend | | FIRST INDL REALTY TR INC<br>HOLDING 1800.0000 | | 877.50CR | 2,760.95 | |

October 1996

188173

DAVID W. ELKIN
BRENDA J. ELKIN
805 BRYN MAWR AVE
NEWTOWN SQ, PA 19073

**CMA** Cash Management Account

0103

25-80/440

Oct 7 19 96

PAY TO THE ORDER OF US MobilComm Manant Co    $ 35,000 00/100

Thirty five thousand and 00/100 ————— DOLLARS

**Merrill Lynch**

**BANK ONE** BANK ONE, COLUMBUS, NA
Columbus, Ohio 43271

MEMO

⑆044000804⑆ 041160199551⑈ 0103

---



**CoreStates**
CoreStates Bank NA
**CHECKING DEPOSIT**

CASH

DOLLARS | CENTS

DATE _____ DEPOSIT MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

PRINT NAME US MobilComm Mgnt

STREET 805 Bryn Mawr Ave

CITY & STATE Newtown Squa M ZIP 19076

CHECKING ACCT. NO. 0017874273

3500 0.00

$ 35000.00

BR171 (4/95)    MOORE® WP271947

⑆7777⑈1000⑆

**CoreStates**
CoreStates Bank NA
**MONEY MARKET DEPOSIT**

CASH

DATE 10/5/96

PRINT NAME US Mobil Comm Mgnt

STREET

CITY & STATE ZIP

MONEY MARKET ACCOUNT NUMBER 0017874273

25.80    35 000 00

$ 35 000 00

Moore®
T5968073

BR339 (4/95)

190596 0905 0017 3-1 04 0861095P
$****35,000.00 CKSC 21 E
017874273

CUSTOMER COPY

18

# <u>REFERENCE TO ADDITIONAL EXHIBITS</u>

Money Market Statement for USMobilcomm Management is
unavailable.



**CORESTATES BANK**
PO BOX 7618  F.C. 01-02-08-21
PHILADELPHIA PA 19101-7618

PAGE    1

PERIOD ENDING    11/29/96
PREVIOUS PERIOD  10/31/96

US MOBILCOMM MANAGEMENT CORP          ACCOUNT NO 00178-74273
805 BRYN MAWR AVENUE
NEWTOWN SQUARE PA    19073                    H

CYC  BR TYP DISP    ENC
31 000  01  100      0
US MOBILCOMM MANAGEMENT CORP          TIN: 023-2767067          SAFEKEEPING
MONEY MARKET ACCOUNT NO 00178-74273

| DATE | DESCRIPTION OF YOUR ACTIVITY | CHECKS/ DEBITS | DEPOSITS/ CREDITS | BALANCE |
|------|------------------------------|----------------|-------------------|---------|
| | OPENING BALANCE | | | 15,934.95 |
| 11/05 | MISCELLANEOUS DEBIT | 5,000.00 | | 10,934.95 |
| 11/12 | OTC DEPOSIT | | 35,000.00 | |
| | MISCELLANEOUS DEBIT | 9,000.00 | | 36,934.95 |
| 11/15 | MISCELLANEOUS DEBIT | 2,000.00 | | 34,934.95 |
| 11/18 | MISCELLANEOUS DEBIT | 4,000.00 | | 30,934.95 |
| 11/26 | MISCELLANEOUS DEBIT | 5,300.00 | | 25,634.95 |
| 11/29 | INTEREST PAYMENT | | 40.47 | |
| | INTEREST RATE  2.18 INTEREST YIELD  2.20 | | | |
| | CLOSING BALANCE | | | 25,675.42 |

MONEY MARKET SUMMARY

| PREVIOUS BALANCE | TOT CREDITS & DEPOSITS | TOT CHECKS & DEBITS | SERVICE CHARGES | NEW BALANCE |
|------------------|------------------------|---------------------|-----------------|-------------|
| 15,934.95 | 35,040.47 | 25,300.00 | .00 | 25,675.42 |

| NUMBER CHECKS | NUMBER MAC DEBITS | NUMBER DEPOSITS | ITEMS DEPOSITED | AVERAGE COLLECTED BAL |
|---------------|-------------------|-----------------|-----------------|-----------------------|
| 0 | 0 | 1 | 0 | 22,641.00 |

| YEAR TO DATE INTEREST | $351.35 |
|-----------------------|---------|

PLEASE EXAMINE THIS STATEMENT PROMPTLY.

QUESTIONS REGARDING STATEMENT INFORMATION SHOULD BE DIRECTED TO YOUR RELATIONSHIP MANAGER OR CUSTOMER SERVICE AT
**215-973-1000**  OR  **1-800-426-6900**  FROM TOLL CALLING AREAS.  HOURS: WEEKDAYS 8AM TO 8PM, SATURDAYS 8AM TO 4PM.
AFTER CUSTOMER SERVICE HOURS, LOST OR STOLEN MAC CARDS SHOULD BE REPORTED TO:  1-800-833-3010.

                                    Member FDIC

| Account No. | Taxpayer No. | Statement Period | Page |
|---|---|---|---|
| 818-43426 | 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 | 11/01/96 TO 11/29/96 | 1 OF 7 |

## Priority Client Cash Management Account

**Your Financial Consultant:**
JAMES A ATWOOD
FC# 9986
(800) 765-6194

**Your Merrill Lynch Office:**
125 HIGH STREET 19TH FL
BOSTON MA    02110

**FOR CUSTOMER SERVICE QUESTIONS:**    1-800-MER-ACCT (1-800-637-2228)

30811
David W. Elkin and
Brenda J. Elkin JTWROS
805 Bryn Mawr Ave
Newtown Sq PA 19073-4330

### Monthly Portfolio Summary

| Asset | 10/31/96 Value | % | 11/29/96 Value | % |
|---|---|---|---|---|
| Cash/Money Funds | | | | |
| CD's/Equivalents | | | | |
| Government Securities | | | | |
| Corporate Bonds | | | | |
| Municipal Bonds | | | | |
| Equities | 167,949 | 100 | 169,975 | 100 |
| Mutual Funds | | | | |
| Options | | | | |
| Other | | | | |
| **Long Market Value** | 167,949 | | 169,975 | |
| Short Market Value | | | | |
| Estimated Accrued Interest | (2,774) | | (50,842) | |
| Debit Balance | | | | |
| **Net Portfolio Value** | 165,175 | | 119,133 | |

### Income Summary

| | This Statement | Year-to-Date |
|---|---|---|
| Money Fund Dividends | | 331.26 |
| Tax-Exempt CMA Funds | | |
| Tax-Exempt Interest | | |
| Reportable Interest | 1,395.00 | 8,862.50 |
| Reportable Dividends | | |
| Income Not Reported | | |
| **Total** | **1,395.00** | **9,193.76** |

### Items for Attention

| Security | Message | Date |
|---|---|---|
| | No Items For Attention | |

| Purchasing Power | Investor Credit Line |
|---|---|
| 30,375 | 30,375 |

### Financial Market Indicators

| | This Statement | Last Statement | Previous Year-End |
|---|---|---|---|
| Dow Jones Industrial Average | 6521.70 | 6029.38 | 5117.12 |
| Three-Month Treasury Bills | 5.12% | 5.14% | 5.07% |
| Long-Term Treasury Bonds | 6.35% | 6.64% | 5.94% |

November 1996

### News

Our award-winning research team has already assembled its top stock selections for 1997. Equity portfolios for six world regions - called Merrill Lynch Collective Wisdom Portfolios - have also been developed from these selections. See your enclosed copy of First Priority for more details.

220698

DAVID W. ELKIN AND

| Account No. | Taxpayer No. | Statement Period | Page |
|---|---|---|---|
| 818-43426 | 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 | 11/01/96 TO 11/29/96 | 6 OF 7 |

## Tax Information Summary

|  | This Statement | Year-to-Date |
|---|---|---|
| **Accrued Interest Paid**<br>**Tax-Exempt**<br>**Reportable** | | |
| **Accrued Interest Received**<br>**Tax-Exempt**<br>**Reportable** | | |
| **Gross Proceeds** | | |

Although we provide complete year-to-date information for Reportable Accrued Interest Received,
Accrued Interest Paid and Tax-Exempt Accrued Interest Received and Paid include only those months
we produce your profit and loss statement.

## Summary of Checking Activity

| Date Cleared | Date Written | Check Number | Payee | Amount |
|---|---|---|---|---|
| 11/07 | 11/01 | 105 | | |
| 11/13 | 11/08 | 106 | US MOBILCOMM MARGARET CO | 35,000.00 |

## Daily Activity Review

| Date | Transaction | Quantity | Description | Price | Amount | Cash<br>Balance | Share<br>Balance |
|---|---|---|---|---|---|---|---|
| 10/31 | Opening Balance | | | | | | |

November 1996

220703

DAVID W. ELKIN AND

| | Account No. | Taxpayer No. | Statement Period | Page |
|---|---|---|---|---|
| | 818-43426 | 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 | 11/01/96 TO 11/29/96 | 7 OF 7 |

## Daily Activity Review

| Date | Transaction | Quantity | Description | Price | Amount | Cash Balance | Share Balance |
|---|---|---|---|---|---|---|---|
| 11/06 | Purchase | 300 | MULTICANAL PRTCPS SP ADR PROSPECTUS ENCLOSED AS OF 10/31 PRICE 14.000000 | | 4,200.00 | | |
| 11/06 | Purchase | 500 | NEW HOLLAND N.V. PROSPECTUS ENCLOSED PRICE 21.500000 | | 10,750.00 | | |
| 11/07 | Check | | PRUDENTIAL SEC | | 2,000.00 | 17,724.49 | |
| 11/12 | Purchase | 300 | ADVANCED RADIO TELECM CP PROSPECTUS ENCLOSED AS OF 11/05 PRICE 15.000000 | | 4,500.00 | 19,724.49 | |
| 11/13 | Check | | US MOBILCOMM MARGARET CO | | 35,000.00 | 24,224.49 | |
| 11/14 | * Sale | -300 | ADVANCED RADIO TELECM CP | 15.000 | 4,459.15CR | 59,224.49 | |
| 11/14 | * Sale | -300 | MULTICANAL PRTCPS SP ADR | 14.250 | 4,234.15CR | | |
| 11/14 | * Sale | -500 | NEW HOLLAND N.V. | 19.125 | 9,512.33CR | | |
| 11/26 | * Dividend | | PARAGON GROUP INC COM HOLDING 3000.0000 | | 1,395.00CR | 41,018.86 | |
| 11/29 | Check | | BRENDA J ELKIN | | 11,000.00 | | |
| 11/29 | Margin Interest | | * INTEREST CHARGE FOR 29 DR DAYS AT 9.500 ON AVG DR BAL $28535 BAL TO 11 29 $39623 | | 218.37 | 39,623.86 | |
| 11/29 | Closing Balance | | | | 50,842.23 | 50,842.23 | |

**END OF STATEMENT**    November 1996

220704

CoreStates Bank
You Know Us, We Know You.

BROAD AXE
11/08/96  03:43  0008

Deposit:  Checking              0006
0017874273              $35,000.00

THANK YOU

CoreStates

**CoreStates Bank NA**

**SAVINGS DEPOSIT**

CASH

DATE 25-80

PRINT NAME US Mobil Comm Mgnt Co

STREET 805 Bryn Mawr Ar

CITY & STATE Newtown Sq PA ZIP 19073

ALL ITEMS ARE ACCEPTED SUBJECT TO OUR RULES AND REGULATIONS APPLICABLE TO THIS ACCOUNT.

L
I
S C
T H
E
E C
A K
C
H

**SAVINGS ACCOUNT NUMBER** 0 0 1 7 8 7 4 2 7 3

Moore®
T1-649507

**SAVINGS DEPOSIT**

SAVINGS DEPOSIT

BR172 (4/95)

35 000.00

$ 35 000.00

⑆7777⑆ 2000⑆

---

**DAVID W. ELKIN**
**BRENDA J. ELKIN**
805 BRYN MAWR AVE
NEWTOWN SQ, PA 19073

0106

**CMA® Cash Management Account®**

25-80/440

Nov 8 19 96

PAY TO THE ORDER OF US Mobil Comm Managet Co | $ 35,000 ⁰⁰/₁₀₀ -

Thirty five thousand and ⁰⁰/₁₀₀ ————— **DOLLARS**

**Merrill Lynch**

**BANK ONE.** BANK ONE, COLUMBUS, NA
Columbus, Ohio 43271

MEMO capital contribut

⑆044000804⑆ 0411601995511⑆ 0106

19

# <u>REFERENCE TO ADDITIONAL EXHIBITS</u>

Money Market Statement for USMobilcomm Management is unavailable.

**CORESTATES BANK**
PO BOX 7618  F.C. 01-04-03-31
PHILADELPHIA PA 19101-7618

PAGE   1

PERIOD ENDING   12/31/96
PREVIOUS PERIOD 11/29/96

US MOBILCOMM MANAGEMENT CORP
805 BRYN MAWR AVENUE
NEWTOWN SQUARE PA   19073

ACCOUNT NO 00178-74273

H

|  | CYC | BR | TYP | DISP | ENC |
|---|---|---|---|---|---|
|  | 31 | 000 | 01 | 100 | 0 |
|  | SAFEKEEPING | | | | |

US MOBILCOMM MANAGEMENT CORP          TIN: 023-2767067

## MONEY MARKET ACCOUNT NO 00178-74273

| DATE | DESCRIPTION OF YOUR ACTIVITY | CHECKS/ DEBITS | DEPOSITS/ CREDITS | BALANCE |
|---|---|---|---|---|
|  | OPENING BALANCE | | | 25,675.42 |
| 12/03 | MISCELLANEOUS DEBIT | 8,000.00 | | 17,675.42 |
| 12/09 | MISCELLANEOUS DEBIT | 4,000.00 | | 13,675.42 |
| 12/13 | WIRE TRANSFER CREDIT | | 25,000.00 | 38,675.42 |
|  | OUR REF=5961213600349000A  YOUR REF=213-213077-2 | | | |
|  | ORG=FIRST NATIONAL BANK OF CHICAGO      CHICAGO | | | |
|  | FIRST CHGO /ORG=DONALDSON LUFKIN AND JENRETTE SECS CTR/ | | | |
|  | BNF=US MOBIL COMM MGMT CO MNY MKT AC /AC-17874273 RFB=2 | | | |
| 12/16 | MISCELLANEOUS DEBIT | 22,000.00 | | 16,675.42 |
| 12/23 | MISCELLANEOUS DEBIT | 4,000.00 | | 12,675.42 |
| 12/31 | INTEREST PAYMENT | | 33.32 | |
|  | INTEREST RATE  2.18 INTEREST YIELD  2.20 | | | |
|  | CLOSING BALANCE | | | 12,708.74 |

### MONEY MARKET SUMMARY

| PREVIOUS BALANCE | TOT CREDITS & DEPOSITS | TOT CHECKS & DEBITS | SERVICE CHARGES | NEW BALANCE |
|---|---|---|---|---|
| 25,675.42 | 25,033.32 | 38,000.00 | .00 | 12,708.74 |

| NUMBER CHECKS | NUMBER MAC DEBITS | NUMBER DEPOSITS | ITEMS DEPOSITED | AVERAGE COLLECTED BAL |
|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 18,031.00 |

| YEAR TO DATE INTEREST | $384.67 |
|---|---|

PLEASE EXAMINE THIS STATEMENT PROMPTLY.

QUESTIONS REGARDING STATEMENT INFORMATION SHOULD BE DIRECTED TO YOUR RELATIONSHIP MANAGER OR CUSTOMER SERVICE AT
**215-973-1000** OR **1-800-426-6900** FROM TOLL CALLING AREAS.  HOURS: WEEKDAYS 8AM TO 8PM, SATURDAYS 8AM TO 4PM.
AFTER CUSTOMER SERVICE HOURS, LOST OR STOLEN MAC CARDS SHOULD BE REPORTED TO:  1-800-833-3010.

# Donaldson, Lufkin & Jenrette
### Securities Corporation

277 Park Avenue, New York, NY 10172  (212) 892-3000

**YOUR BROKERAGE**
**ACCOUNT STATEMENT**

| | |
|---|---|
| **Statement Period:** November 30, 1996 | **Statement for the account of:** |
| **through:** December 31, 1996 | |
| **Account Number:** 213-213077 | DAVID W ELKIN AND |
| **Soc. Sec. Number:** 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 | BRENDA J ELKIN JT TEN |
| **Phone Number:** (610) 525-2372 | 805 BRYN MAWR AVE |
| | NEWTOWN SQUARE PA 19073-4330 |

**Your Account Executive:**

Batansky, Norman S.
Donaldson, Lufkin & Jenrette
401 City Line Avenue
Bala Cynwyd PA 19004-1122
(610) 660-8908
ID : 853

## ACTIVITY SUMMARY

| | Debits | Credits |
|---|---|---|
| **Opening Balance** | $59,451.62- | |
| Cash Withdrawals/Deposits | 25,000.00- | .00 |
| Sec. Withdrawals/Deposits | 213.32- | .00 |
| Fees | 10.00- | .00 |
| Dividends and Interest | 435.22- | 219.57 |
| **Closing Balance** | $84,890.59- | |

## ASSET VALUATION

| | This Period | | Last Period | |
|---|---|---|---|---|
| | Value | % of Assets | Value | % of Assets |
| Cash Balance | 84,890.59- | 35.82- | 59,451.62- | 22.38- |
| Mutual Funds | 58,061.48 | 24.50 | 57,848.16 | 21.78 |
| Stocks, Rights, Warrants | 263,757.25 | 111.29 | 267,197.25 | 100.60 |
| **Total Brokerage Account Assets** | **$236,928.14** | **99.97** | **$265,593.79** | **100.00** |
| Income/Securities Not Yet Received | 80.00 | .03 | 6.25 | .00 |
| **Total Assets** | **$237,008.14** | **100.00** | **$265,600.04** | **100.00** |

## TRANSACTIONS IN DATE SEQUENCE

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 12/02/96 | | CASH DIVIDEND RECEIVED | KEYSTONE LIQUID TRUST CLASS A FOR ACCRUAL PERIOD ENDING 11/29/96 | | | | | 213.32 |
| 12/02/96 | | REINVEST CASH INCOME | KEYSTONE LIQUID TRUST CLASS A SHRS PURCH. AT $1.00000 FOR ACCRUAL PERIOD ENDING 11/29/96 | 213.32000 | | | 213.32- | |
| 12/04/96 | | NAME CHANGED | AERIAL COMMUNICATIONS INC COM | 600 | | | | .00 |

N011 - A00015652    YOUR ACCOUNT IS PROTECTED UP TO $50,000,000. SEE LAST PAGE FOR DETAILS AND OTHER IMPORTANT INFORMATION.

PAR-11-C5 1/96

**Donaldson, Lufkin & Jenrette**
Securities Corporation
277 Park Avenue, New York, NY 10172 (212) 892-3000

YOUR BROKERAGE
ACCOUNT STATEMENT

## TRANSACTIONS IN DATE SEQUENCE *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 12/13/96 | | FEDERAL FUNDS SENT | CORESTATES BANK NA PHILADELPHIA PA | | | | 25,000.00- | |
| 12/16/96 | | WIRED FUNDS FEE | W/T TRANS CHGS A/O 12/13 R&t: 853 | | | | 10.00- | |

**Total Transactions In Date Sequence**

## INCOME/SECURITIES NOT YET RECEIVED

**Cash Dividends, Interest and Distributions**

| Security | Type | Record Date | Payable Date | Quantity Held | Rate | Amount of Payment |
|---|---|---|---|---|---|---|

**Total Payment**

**Total Value of Unpaid Items**

*The above information has been obtained from sources we believe to be reliable. All items are subject to receipt. We make no representation as to accuracy or completeness.*

**For the Period: 11/30/96 Through 12/31/96**     **Account Number: 213-213077**     DAVID W ELKIN AND     **Page 2 of 6**

N011 - A0001S652

**A CoreStates Bank**   Member FDIC

CORESTATES BANK N.A.

WE HAVE CREDITED YOUR ACCOUNT.

CREDIT ADVICE

RCVD FR: FIRST NATIONAL BANK OF CHICAGO
         CHICAGO                    IL

ORG: FIRST NATIONAL BANK OF CHICAGO
     CHICAGO                    IL

REMARKS: FIRST CHGO /ORG=DONALDSON LUFKIN AND JENRETTE SECS CTR/BNF=US MOBIL COMM M
GMT CO MNY MKT AC /AC-17874273 RFB=213-213077-2

US MOBILCOMM MANAGEMENT CORP
805 BRYN MAWR AVENUE
NEWTOWN SQUARE PA    19073

CREDIT DATE:                12/13/96
YOUR REFERENCE:         213-213077-2
OUR REFERENCE:     5961213600349000
ACCOUNT NO:              000017874273
CREDIT AMOUNT:         25,000.00 USD

INTRODUCING FINANCIAL INSTITUTION:
DLJ INVESTMENT SERVICES GROUP
PHILADELPHIA REGIONAL OFFICE
401 CITY LINE AVE
BALA CYNWYD PA 19004-1122

TEL:(610)660-8900

```
----------------------------------
|MAIL TO:                         |
|DAVID W ELKIN AND                |
|BRENDA J ELKIN JT TEN            |
|805 BRYN MAWR AVE                |
|NEWTOWN SQUARE PA 19073-4330     |
|                                 |
|                                 |
----------------------------------
```

CLEARING THRU:
P E R S H I N G
DIVISION OF DONALDSON LUFKIN &
 JENRETTE SECURITIES CORPORATION
ONE PERSHING PLAZA
JERSEY CITY, NEW JERSEY    07399

ACCOUNT:  213-213077    RR:  853          DECEMBER  13, 1996

DEAR INVESTOR, PLEASE BE ADVISED THAT WE HAVE DEBITED YOUR ACCOUNT TODAY
IN THE AMOUNT OF      $25,000.00.  REASON:  SENT FEDERAL FUNDS
CORESTATES BANK NA  PHILADELPHIA PA


WE HAVE FOLLOWED THE INSTRUCTION OF YOUR FINANCIAL INSTITUTION.  IF
YOU HAVE ANY QUESTIONS PERTAINING TO THIS MATTER, PLEASE CONTACT THEM
OR CALL US AT (201) 413-2335.

**DAVID AND BRENDA ELKIN**
**805 BRYN MAWR AVE**
**NEWTOWN SQUARE, PA 19073**
**610-525-2372**

December 10, 1996

Mr. Norman Batanksy  (via fax and mail 664-2160)
Donaldson, Lufkin and Jenrette
401 City Line Ave
Bala Cynwyd, PA  19004

LETTER of AUTHORIZATION
RE: A/C # 213-213077

Please wire transfer on <u>Friday December 13, 1996</u> the following
amount from our account to:

Corestates Bank
ABA 031000011

for credit to US MobilComm Management Co
Money Market Account  # 1787-4273
Broomall office- Marg (tel 610-353-4211)

Amount: $ 25,000 (twenty five thousand dollars and no cents)


David W. Elkin                           Brenda J. Elkin

20

# REFERENCE TO ADDITIONAL EXHIBITS

1.    **Exhibit E – Money Market Registry Reference**

| **Date** | **Page** | **Notation** |
|----------|----------|--------------|
| 2/7/97   | 3        | D20          |

**CORESTATES BANK**
PO BOX 7618  F.C. 01-04-03-31
PHILADELPHIA PA 19101-7618

PAGE   1

PERIOD ENDING    02/28/97
PREVIOUS PERIOD  01/31/97

---- 

US MOBILCOMM   INC.
805 BRYN MAWR AVENUE
NEWTOWN SQUARE PA    19073

ACCOUNT NO  00207-13956

H

---- ----

|  | | CYC BR TYP DISP | ENC |
|---|---|---|---|
| | | 31 000 01 100 | 0 |
| | | SAFEKEEPING | |

US MOBILCOMM  INC.                    TIN: 023-2767067
MONEY MARKET ACCOUNT NO 00207-13956

| DATE | DESCRIPTION OF YOUR ACTIVITY | CHECKS/ DEBITS | DEPOSITS/ CREDITS | BALANCE |
|---|---|---|---|---|
| | OPENING BALANCE | | | 21,400.09 |
| 02/03 | MISCELLANEOUS DEBIT | 4,100.00 | | 17,300.09 |
| 02/07 | OTC DEPOSIT | | 10,000.00 | 27,300.09 |
| 02/10 | MISCELLANEOUS DEBIT | 2,500.00 | | 24,800.09 |
| 02/19 | MISCELLANEOUS DEBIT | 1,000.00 | | 23,800.09 |
| 02/28 | INTEREST PAYMENT | | 42.36 | |
| | INTEREST RATE  2.47 INTEREST YIELD  2.50 | | | |
| | CLOSING BALANCE | | | 23,842.45 |

MONEY MARKET SUMMARY

| PREVIOUS BALANCE | TOT CREDITS & DEPOSITS | TOT CHECKS & DEBITS | SERVICE CHARGES | NEW BALANCE |
|---|---|---|---|---|
| 21,400.09 | 10,042.36 | 7,600.00 | .00 | 23,842.45 |

| NUMBER CHECKS | NUMBER MAC DEBITS | NUMBER DEPOSITS | ITEMS DEPOSITED | AVERAGE COLLECTED BAL |
|---|---|---|---|---|
| 0 | 0 | 1 | 0 | 22,337.00 |

| YEAR TO DATE INTEREST | $102.11 |
|---|---|

THE FEDERAL RESERVE WIRE SYSTEM IS MAKING A MAJOR CHANGE TO THE NUMBER OF LINES OF INFORMATION
THAT CAN BE INCORPORATED INTO A WIRE TRANSFER.  IN ORDER TO KEEP YOUR STATEMENT CONCISE AND
UN-OBSTRUCTED, CORESTATES WILL ONLY PRINT "OUR REF", "FW" (FED WIRE #), AND "TIME" ON YOUR
STATEMENT FOR ALL WIRES PROCESSED AFTER MARCH 3, 1997.  ALL OTHER DETAIL INFORMATION CONCERNING
THE WIRE CONTINUES TO BE AVAILABLE VIA ADVICES AND/OR BALANCE REPORTING PLATFORMS.

PLEASE EXAMINE THIS STATEMENT PROMPTLY.

QUESTIONS REGARDING STATEMENT INFORMATION SHOULD BE DIRECTED TO YOUR RELATIONSHIP MANAGER OR CUSTOMER SERVICE AT
215-973-1000  OR  1-800-426-6900  FROM TOLL CALLING AREAS.  HOURS: WEEKDAYS 8AM TO 8PM, SATURDAYS 8AM TO 4PM.
AFTER CUSTOMER SERVICE HOURS, LOST OR STOLEN MAC CARDS SHOULD BE REPORTED TO:  1-800-833-3010.

C  24  E 24
    56
    71
   131
   162

$132,  $166  .H166
$132 + H 138

SP-00845

## Prudential
Securities

Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

# Client Statement

## COMMAND Account

For The Period:
**February 1 - February 28, 1997**

DAVID W ELKIN &

Account Number:
**04F-224411-41**

Page 2 of 3

### Portfolio Detail

| SYMBOL | QUANTITY | CURRENT PRICE | CURRENT VALUE | ESTIMATED ACCRUED INTEREST | ESTIMATED ANNUALIZED INCOME | CURRENT YIELD | COMMENTS |
|---|---|---|---|---|---|---|---|
| | | | | | | | M |
| | | | | | | | M |
| | | | | | | | M |
| | | | | | | | M |
| | | | | | | | M |

Equities-100.0% of Portfolio

**TOTAL PRICED SECURITIES VALUE**

### Account Activity

| DATE | TRANSACTION | QUANTITY | PRICE/COMMENTS | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|

Funds Added & Withdrawn

Miscellaneous

### Checking & Billpay

| DATE WRITTEN | DATE PAID | CHECK # | PAYEE | EXPENSE CODE | AMOUNT DEBITED | AMOUNT CREDITED | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 02/03/97 | 02/11/97 | 0263 | M/L | | | | 0113092111202527050000 |
| 02/10/97 | 02/10/97 | 0264 | US MOBILCOMM | 3 | $10,000.00 | | 0500302101305538000000000 |

See reverse side for additional information