21

# REFERENCE TO ADDITIONAL EXHIBITS

**1.    Exhibit E – Money Market Registry Reference**

| <u>Date</u> | <u>Page</u> | <u>Notation</u> |
|---|---|---|
| 3/14/97 | 3 | D21 |



**CORESTATES BANK**
PO BOX 7618  F.C. 01-04-03-31
PHILADELPHIA PA 19101-7618

PAGE    1

PERIOD ENDING    03/31/97
PREVIOUS PERIOD  02/28/97

US MOBILCOMM  INC.
805 BRYN MAWR AVENUE
NEWTOWN SQUARE PA    19073

ACCOUNT NO  00207-13956

H

CYC  BR TYP DISP    ENC
31 000  01 100      0
SAFEKEEPING

IS MOBILCOMM  INC.                  TIN: 023-2767067
MONEY MARKET ACCOUNT NO 00207-13956

| DATE | DESCRIPTION OF YOUR ACTIVITY | CHECKS/ DEBITS | DEPOSITS/ CREDITS | BALANCE |
|---|---|---|---|---|
| | OPENING BALANCE | | | 23,842.45 |
| 03/03 | MISCELLANEOUS DEBIT | 3,000.00 | | 20,842.45 |
| 03/14 | OTC DEPOSIT | | 10,000.00 | 30,842.45 |
| 03/17 | MISCELLANEOUS DEBIT | 5,000.00 | | 25,842.45 |
| 03/31 | INTEREST PAYMENT | | 51.83 | |
| | INTEREST RATE  2.71 INTEREST YIELD  2.74 | | | |
| | CLOSING BALANCE | | | 25,894.28 |

MONEY MARKET SUMMARY

| PREVIOUS BALANCE | TOT CREDITS & DEPOSITS | TOT CHECKS & DEBITS | SERVICE CHARGES | NEW BALANCE |
|---|---|---|---|---|
| 23,842.45 | 10,051.83 | 8,000.00 | .00 | 25,894.28 |

| NUMBER CHECKS | NUMBER MAC DEBITS | NUMBER DEPOSITS | ITEMS DEPOSITED | AVERAGE COLLECTED BAL |
|---|---|---|---|---|
| 0 | 0 | 1 | 0 | 23,467.00 |

YEAR TO DATE INTEREST    $153.94

HE FEDERAL RESERVE WIRE SYSTEM IS MAKING A MAJOR CHANGE TO THE NUMBER OF LINES OF INFORMATION
HAT CAN BE INCORPORATED INTO A WIRE TRANSFER.  IN ORDER TO KEEP YOUR STATEMENT CONCISE AND
N-OBSTRUCTED, CORESTATES WILL ONLY PRINT "OUR REF", "FW" (FED WIRE #), AND "TIME" ON YOUR
TATEMENT FOR ALL WIRES PROCESSED AFTER MARCH 3, 1997.  ALL OTHER DETAIL INFORMATION CONCERNING
HE WIRE CONTINUES TO BE AVAILABLE VIA ADVICES AND/OR BALANCE REPORTING PLATFORMS.

LEASE EXAMINE THIS STATEMENT PROMPTLY.

JESTIONS REGARDING STATEMENT INFORMATION SHOULD BE DIRECTED TO YOUR RELATIONSHIP MANAGER OR CUSTOMER SERVICE AT
**215-973-1000** OR **1-800-426-6900** FROM TOLL CALLING AREAS.  HOURS: WEEKDAYS 8AM TO 8PM, SATURDAYS 8AM TO 4PM.
FTER CUSTOMER SERVICE HOURS, LOST OR STOLEN MAC CARDS SHOULD BE REPORTED TO:  1-800-833-3010.

 Member FDIC

**CoreStates**

**CoreStates Bank NA**

## MONEY MARKET DEPOSIT

CASH

DATE 3/14/97

DEPOSIT MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

PRINT NAME   US Mobil Com

STREET   805 Biss Man A2

CITY & STATE   Newton Sq PA 19613   ZIP

LIST CHECK EACH

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.

BR339 (4/95)   MOORE® WPI94194

**MONEY MARKET ACCOUNT NUMBER**   0 0 20 7 1 3 9 56

$

031497 0911 0020 3-1   04 1553451

$*****10,000.00 CKSC 11

20713956

from ML

10000.-

10000.-

CUSTOMER COPY



**Merrill Lynch**

**PRIORITY CLIENT SERVICES**

| Account No. | Taxpayer No. | Statement Period | Page |
|---|---|---|---|
| 818-43426 | 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 | 03/01/97 TO 03/31/97 | 1 OF 5 |

**Priority Client Cash Management Account**

DAVID W. ELKIN AND
BRENDA J. ELKIN JTWROS
FC# 9986
305 BRYN MAWR AVE
NEWTOWN SQ PA 19073-4330

**Your Financial Consultant:**
JAMES A ATWOOD
(800) 765-6194

**Your Merrill Lynch Office:**
125 HIGH STREET 19TH FL
BOSTON MA        02110

FOR CUSTOMER SERVICE QUESTIONS:    1-800-MER-ACCT (1-800-637-2228)

**Monthly Portfolio Summary**

| Asset | 02/28/97 Value | % | 03/31/97 Value | % |
|---|---|---|---|---|
| Cash/Money Funds | | | | |
| CD's/Equivalents | | | | |
| Government Securities | | | | |
| Corporate Bonds | | | | |
| Municipal Bonds | | | | |
| Equities | 142,962 | 100 | 142,525 | 100 |
| Mutual Funds | | | | |
| Options | | | | |
| Other | | | | |

| | | |
|---|---|---|
| **Long Market Value** | 142,962 | 142,525 |
| Short Market Value | | |
| Estimated Accrued Interest | | |
| Debit Balance | (57,895) | (85,935) |

| **Net Portfolio Value** | 85,067 | 56,590 |
|---|---|---|

**News**

Would you like to access your account data or collaborate with your
Financial Consultant through your personal computer? The newest
version of Merrill Lynch OnLine makes it even easier to strengthen
your connection with Merrill Lynch electronically. See your
accompanying First Priority newsletter for more information on this
Internet-based service.

**Income Summary**

| | This Statement | Year-to-Date |
|---|---|---|
| Tax-Exempt CMA Funds | | |
| Tax-Exempt Interest | | |
| Reportable Interest | | |
| Reportable Dividends | | 1,395.00 |
| Income Not Reported | | |
| **Total** | | 1,395.00 |

**Items for Attention**

| Security | Message | Date |
|---|---|---|
| | No Items For Attention | |

| Purchasing Power | 6,914 | Investor Credit Line | 6,914 |
|---|---|---|---|

**Financial Market Indicators**

| | This Statement | Last Statement | Previous Year-End |
|---|---|---|---|
| Dow Jones Industrial Average | 6583.48 | 6877.74 | 6448.27 |
| Three-Month Treasury Bills | 5.30% | 5.21% | 5.18% |
| Long-Term Treasury Bonds | 7.09% | 6.80% | 6.64% |

March 1997

238243

PRIORITY CLIENT SERVICES

DAVID W. ELKIN AND

| Account No. | Taxpayer No. | Statement Period | Page |
|---|---|---|---|
| 818-43426 | 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 | 03/01/97 TO 03/31/97 | 4 OF 5 |

## Tax Information Summary

| | This Statement | Year-to-Date |
|---|---|---|
| **Accrued Interest Paid**<br>Tax-Exempt<br>Reportable | | |
| **Accrued Interest Received**<br>Tax-Exempt<br>Reportable | | |
| **Gross Proceeds** | | |

Although we provide complete year-to-date information for Reportable Accrued Interest Received, Accrued Interest Paid and Tax-Exempt Accrued Interest Received and Paid include only those months we produce your profit and loss statement.

## Summary of Checking Activity

| Date Cleared | Date Written | Check Number | Payee | Amount |
|---|---|---|---|---|
| 03/03<br>03/17 | 02/25<br>03/04 | 116<br>117 | US MOBILCOM INC | 10,000.00 |

**Total Checking Activity**

## Daily Activity Review

| Date | Transaction | Quantity | Description | Price | Amount | Cash<br>Balance | Share<br>Balance |
|---|---|---|---|---|---|---|---|

March 1997

238246



PRIORITY CLIENT SERVICES

| Account No. | Taxpayer No. | Statement Period | Page |
|---|---|---|---|
| 818-43426 | 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 | 03/01/97 TO 03/31/97 | 5 OF 5 |

DAVID W. ELKIN AND

## Daily Activity Review

| Date | Transaction | Quantity | Description | Price | Amount | Cash Balance | Share Balance |
|---|---|---|---|---|---|---|---|
| 03/17 | Check | | US MOBILCOM INC | | 10,000.00 | 70,895.82 | |
| 03/20 | Check | | PRUDENTIAL SECURITY | | 2,000.00 | 72,895.82 | |
| 03/21 | Check | | BRENDA J ELK | | 12,500.00 | 85,395.82 | |
| 03/26 | Margin Interest | | * INT CHGE OF        $434.69* | | | | |
| | | | FOR 26 DR DAYS  AT    9.000 | | | | |
| | | | ON AVG DR BAL       $66876 | | | | |
| | | | BAL TO  3 26        $85395 | | | | |
| 03/31 | Margin Interest | | * INT CHGE OF        $105.26* | | | 85,395.82 | |
| | | | FOR  5 DR DAYS  AT    8.875 | | | | |
| | | | ON AVG DR BAL       $85395 | | | | |
| | | | BAL TO  3 31        $85395 | | | | |
| 03/31 | Margin Interest | | TOTAL INTEREST CHARGE | | 539.95 | | |
| 03/31 | Closing Balance | | | | 85,935.77 | 85,935.77 | |

**END OF STATEMENT**        March 1997

258247

22

# REFERENCE TO ADDITIONAL EXHIBITS

1.    **Exhibit E – Money Market Registry Reference**

| Date | Page | Notation |
|------|------|----------|
| 7/21/97 | 3 | D22 |



**CORESTATES BANK**
PO BOX 7618  F.C. 01-04-03-31
PHILADELPHIA PA 19101-7618

---- ----

PAGE     1

PERIOD ENDING     07/31/97
PREVIOUS PERIOD 06/30/97

---- ----

US MOBILCOMM  INC.
805 BRYN MAWR AVENUE
NEWTOWN SQUARE PA     19073

ACCOUNT NO  00207-13956

H

---- ----

CYC  BR TYP DISP     ENC
31 000  01  100       0
SAFEKEEPING

US MOBILCOMM  INC.                    TIN: 023-2767067
MONEY MARKET ACCOUNT NO 00207-13956

| DATE | DESCRIPTION OF YOUR ACTIVITY | CHECKS/ DEBITS | DEPOSITS/ CREDITS | BALANCE |
|------|------------------------------|----------------|-------------------|---------|
|       | OPENING BALANCE |  |  | 11,520.83 |
| 07/16 | CASH DEPOSIT |  | 3,500.00 | 15,020.83 |
| 07/21 | OTC DEPOSIT |  | 20,000.00 | 35,020.83 |
| 07/28 | MISCELLANEOUS DEBIT | 13,000.00 |  | 22,020.83 |
| 07/31 | INTEREST PAYMENT |  | 38.65 |  |
|       | INTEREST RATE  2.47 INTEREST YIELD  2.50 |  |  |  |
|       | CLOSING BALANCE |  |  | 22,059.48 |

MONEY MARKET SUMMARY

| PREVIOUS BALANCE | TOT CREDITS & DEPOSITS | TOT CHECKS & DEBITS | SERVICE CHARGES | NEW BALANCE |
|------------------|------------------------|---------------------|-----------------|-------------|
| 11,520.83 | 23,538.65 | 13,000.00 | .00 | 22,059.48 |

| NUMBER CHECKS | NUMBER MAC DEBITS | NUMBER DEPOSITS | ITEMS DEPOSITED | AVERAGE COLLECTED BAL |
|---------------|-------------------|-----------------|-----------------|-----------------------|
| 0 | 0 | 2 | 0 | 17,783.00 |

| YEAR TO DATE INTEREST | $319.14 |
|-----------------------|---------|

PLEASE EXAMINE THIS STATEMENT PROMPTLY.

QUESTIONS REGARDING STATEMENT INFORMATION SHOULD BE DIRECTED TO YOUR RELATIONSHIP MANAGER OR CUSTOMER SERVICE AT
**215-973-1000** OR **1-800-426-6900** FROM TOLL CALLING AREAS.  HOURS: WEEKDAYS 8AM TO 8PM, SATURDAYS 8AM TO 4PM.
AFTER CUSTOMER SERVICE HOURS, LOST OR STOLEN MAC CARDS SHOULD BE REPORTED TO:  1-800-833-3010.

**CoreStates**
CoreStates Bank NA

**MONEY MARKET DEPOSIT**

CASH

CUSTOMER COPY

DEPOSIT MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

DATE

PRINT NAME    US Mobil Comm

STREET    365 Broad Mu Ae

CITY & STATE    Newton Sq PA    ZIP    19073

MONEY MARKET
ACCOUNT NUMBER    0 0 2 0 7 1 3 9 5 6

$    2 0 0 0 0 .—

BR339 (4/95)

092197 1421 0811 3-1  14 0603917
$*****20,000.00 CKSC 51
0020713956

---

**CoreStates**
CoreStates Bank NA

WE HAVE **CHARGED** YOUR ACCOUNT
(DDA - MISCELLANEOUS DEBIT)

B - 00 1775502

CUSTOMER SIGNATURE
(IF APPLICABLE)    Per Leg

US Mobil Comm Inc

ACCOUNT NUMBER

0 0 2 0 7 1 3 9 5 6

DOLLAR AMOUNT

$    1 3 0 0 0 . 0 0

DATE  1/28    PREPARED BY    BRANCH #/DEPT.  156

AUTHORIZED BY    Thomas Maguire

UB-100 (4/97)

072897 0848 0179 3-1  04 1763684
$*****13,000.00 CKSC 22    R 209073
0020713956

CUSTOMER COPY

| Account No. | Taxpayer No. | Statement Period | | Page |
|---|---|---|---|---|
| 818-43426 | 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 | 07/01/97 TO 07/31/97 | | 1 OF 6 |

## Priority Client Cash Management Account

I..II.I...II...I..I..I..I..I..II.I..II..II...I
DAVID W. ELKIN AND
BRENDA J. ELKIN JTWROS
805 BRYN MAWR AV
NEWTOWN SQ PA 19073-4330

**Your Financial Consultant:**
JAMES A ATWOOD
FC# 9986
(800) 765-6194

**Your Merrill Lynch Office:**
125 HIGH STREET   19TH FL
BOSTON MA           02110

**FOR CUSTOMER SERVICE QUESTIONS:** 1-800-MER-ACCT (1-800-637-2228)

### Monthly Portfolio Summary

| Asset | 06/30/97 Value | % | 07/31/97 Value | % |
|---|---|---|---|---|
| Cash/Money Funds | 54,928 | 37 | | |
| CD's/Equivalents | | | | |
| Government Securities | | | | |
| Corporate Bonds | | | | |
| Municipal Bonds | | | | |
| Equities | 93,057 | 63 | | |
| Mutual Funds | | | 93,728 | 100 |
| Options | | | | |
| Other | | | | |

| | | |
|---|---|---|
| **Long Market Value** | **147,985** | **93,728** |
| Short Market Value | | |
| Estimated Accrued Interest | | |
| Debit Balance | | (6,987) |

| **Net Portfolio Value** | **147,985** | **86,741** |
|---|---|---|

### News

With the CMA Global Gold program, our optional travel rewards
program, you can fly when you choose, on the airline you choose, with
no blackout periods, stay over requirements or seating limitations. Your
Financial Consultant can explain how using a CMA Visa Gold card can
earn travel reward points that you can actually use.

### Income Summary

| | This Statement | Year-to-Date |
|---|---|---|
| Money Fund Dividends | 168.45 | 569.61 |
| Tax-Exempt CMA Funds | | |
| Tax-Exempt Interest | | |
| Reportable Interest | | |
| Reportable Dividends | 955.80 | 3,796.60 |
| Income Not Reported | | |
| **Total** | **1,124.25** | **4,366.21** |

### Items for Attention

| Security | Message | Date |
|---|---|---|
| | No Items For Attention | |

| Purchasing Power | 51,685 | Investor Credit Line | 51,685 |
|---|---|---|---|

### Financial Market Indicators

| | This Statement | Last Statement | Previous Year-End |
|---|---|---|---|
| Dow Jones Industrial Average | 8222.61 | 7672.79 | 6448.27 |
| Three-Month Treasury Bills | 5.22% | 5.17% | 5.18% |
| Long-Term Treasury Bonds | 6.30% | 6.78% | 6.64% |

July 1997

243404

DAVID W. ELKIN AND

| Account No. | Taxpayer No. | Statement Period | Page |
|---|---|---|---|
| 818-43426 | 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 | 07/01/97 TO 07/31/97 | 5 OF 6 |

## Summary of Checking Activity

| Date Cleared | Date Written | Check Number | Payee | Amount |
|---|---|---|---|---|
| 07/22 | 07/21 | 134 | US MOBIL COM INC | 20,000.00 |

cupt whok

**Total Checking Activity**

## Daily Activity Review

| Date | Transaction | Quantity | Description | Price | Amount | Cash Balance | Share Balance |
|---|---|---|---|---|---|---|---|

243408

23

# REFERENCE TO ADDITIONAL EXHIBITS

1.    **Exhibit E – Money Market Registry Reference**

| **Date** | **Page** | **Notation** |
|----------|----------|--------------|
| 9/30/97  | 3        | D23          |



**CORESTATES BANK**
PO BOX 7618   F.C. 01-04-03-31
PHILADELPHIA PA 19101-7618

PAGE    1

PERIOD ENDING    09/30/97
PREVIOUS PERIOD  08/29/97

US  MOBILCOMM   INC.
805 BRYN MAWR AVENUE
NEWTOWN SQUARE PA    19073

ACCOUNT NO  00207-13956

H

|                          | CYC BR TYP DISP | ENC |
|--------------------------|-----------------|-----|
|                          | 31 000 01 100   | 0   |

US MOBILCOMM  INC.                   TIN: 023-2767067          SAFEKEEPING
                       MONEY MARKET ACCOUNT NO 00207-13956

| DATE | DESCRIPTION OF YOUR ACTIVITY | CHECKS/ DEBITS | DEPOSITS/ CREDITS | BALANCE |
|------|------------------------------|----------------|-------------------|---------|
|       | OPENING BALANCE |  |  | 18,100.93 |
| 09/03 | MISCELLANEOUS DEBIT | 1,000.00 |  | 17,100.93 |
| 09/15 | MISCELLANEOUS DEBIT | 8,500.00 |  | 8,600.93 |
| 09/29 | MISCELLANEOUS DEBIT | 2,000.00 |  | 6,600.93 |
| 09/30 | OTC DEPOSIT |  | 10,000.00 |  |
|       | INTEREST PAYMENT |  | 25.41 |  |
|       | INTEREST RATE  2.47 INTEREST YIELD  2.50 |  |  |  |
|       | CLOSING BALANCE |  |  | 16,626.34 |

MONEY MARKET SUMMARY

| PREVIOUS BALANCE | TOT CREDITS & DEPOSITS | TOT CHECKS & DEBITS | SERVICE CHARGES | NEW BALANCE |
|------------------|------------------------|---------------------|-----------------|-------------|
| 18,100.93 | 10,025.41 | 11,500.00 | .00 | 16,626.34 |

| NUMBER CHECKS | NUMBER MAC DEBITS | NUMBER DEPOSITS | ITEMS DEPOSITED | AVERAGE COLLECTED BAL |
|---------------|-------------------|-----------------|-----------------|------------------------|
| 0 | 0 | 1 | 0 | 12,505.00 |

| YEAR TO DATE INTEREST | $386.00 |
|-----------------------|---------|

PLEASE EXAMINE THIS STATEMENT PROMPTLY.

QUESTIONS REGARDING STATEMENT INFORMATION SHOULD BE DIRECTED TO YOUR RELATIONSHIP MANAGER OR CUSTOMER SERVICE AT
 215-973-1000  OR  1-800-426-6900  FROM TOLL CALLING AREAS.  HOURS: WEEKDAYS 8AM TO 8PM, SATURDAYS 8AM TO 4PM.
AFTER CUSTOMER SERVICE HOURS, LOST OR STOLEN MAC CARDS SHOULD BE REPORTED TO:  1-800-833-3010.

Member FDIC

**MONEY MARKET DEPOSIT**

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.

**CoreStates**
**CoreStates Bank NA**
**MONEY MARKET DEPOSIT**

☑ → CASH

DATE
DEPOSIT MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

L I S T   E A C H   C H E C K

25·80

PRINT NAME   US Mdil Cen

STREET   805 Bryn Mwr

CITY & STATE   Newfown Sq    ZIP 19073

MONEY MARKET ACCOUNT NUMBER   0020713956

$   10 000.—

BR339 (4/95)    MOORE® WP194194

⑈7777⑈4000⑈

---

DAVID W. ELKIN
BRENDA J. ELKIN
805 BRYN MAWR AVE
NEWTOWN SQ, PA 19073

**CMA® Cash Management Account®**

0139
25-80/440

Sept 30 19 97

PAY TO THE ORDER OF   US Mdil Comn    | $ 10,000 00/100

Ten thousand ul 00/100    DOLLARS

**Merrill Lynch**

**BANK ONE.**   BANK ONE, COLUMBUS, NA
Columbus, Ohio 43271

MEMO

⑈044000804⑈ 0411601995514 0139

---

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.

**CoreStates**
**CoreStates Bank NA**
**MONEY MARKET DEPOSIT**

☑ → CASH

DATE
DEPOSIT MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

L I S T   E A C H   C H E C K

25·80

PRINT NAME   US Mdil Cen

STREET   805 Bn Mwr

CITY & STATE   Newfon Sq    ZIP 19073

MONEY MARKET ACCOUNT NUMBER   0020713956

$   10 000.—

BR339 (4/95)    MOORE® WP194194

CUSTOMER COPY

093097 1102 0113 3-1  03 1861570
$****10,000.00 CKSC 12
20713956

| Account No. | Taxpayer No. | Statement Period | Page |
|---|---|---|---|
| 818-43426 | 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 | 10/01/97 TO 10/31/97 | 1 OF 6 |

## Priority Client Cash Management Account

l.lll..ll..l..l.ll..l..ll..ll..llll..ll..l..l
DAVID W. ELKIN AND
BRENDA J. ELKIN JTWROS
805 BRYN MAWR AVE
NEWTOWN SQ PA 19073-4330

**Your Financial Consultant:**
JAMES A ATWOOD
FC# 9986
(800) 765-6194

**Your Merrill Lynch Office:**
125 HIGH STREET 19TH FL
BOSTON MA      02110

FOR CUSTOMER SERVICE QUESTIONS:    1-800-MER-ACCT (1-800-637-2228)

### Monthly Portfolio Summary

| Asset | 09/30/97 Value | % | 10/31/97 Value | % |
|---|---|---|---|---|
| Cash/Money Funds | 26,580 | 24 | 3,387 | 4 |
| CD's/Equivalents | | | | |
| Government Securities | | | | |
| Corporate Bonds | | | | |
| Municipal Bonds | | | | |
| Equities | 85,430 | 76 | 83,387 | 96 |
| Mutual Funds | | | | |
| Options | | | | |
| Other | | | | |
| **Long Market Value** | | | 86,774 | |
| Short Market Value | | | | |
| Estimated Accrued Interest | | | | |
| Debit Balance | | | | |
| **Net Portfolio Value** | 112,010 | | 86,774 | |

### Income Summary

| | This Statement | Year-to-Date |
|---|---|---|
| Money Fund Dividends | 32.59 | 781.22 |
| Tax-Exempt CMA Funds | | |
| Tax-Exempt Interest | | |
| Reportable Interest | | |
| Reportable Dividends | 955.80 | 4,752.40 |
| Income Not Reported | | |
| **Total** | 988.39 | 5,533.62 |

### Items for Attention

| Security | Message | Date |
|---|---|---|
| | No Items For Attention | |

| Purchasing Power | 57,138 | Investor Credit Line | 53,751 |
|---|---|---|---|

### Financial Market Indicators

| | This Statement | Last Statement | Previous Year-End |
|---|---|---|---|
| Dow Jones Industrial Average | 7442.08 | 7945.26 | 6448.27 |
| Three-Month Treasury Bills | 5.19% | 5.09% | 5.18% |
| Long-Term Treasury Bonds | 6.15% | 6.40% | 6.64% |

October 1997

### NEWS

How can you pursue potential equity market returns while limiting your risk?  Ask your Financial Consultant today about Merrill Lynch Protected Growth investing.

Please see the Statement Format enclosure for information on valuable enhancements to your statement service.

167833



| Account No. | Taxpayer No. | Statement Period | Page |
|---|---|---|---|
| 818-43426 | 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 | 10/01/97 TO 10/31/97 | 5 OF 6 |

F DAVID W. ELKIN AND

### Tax Information Summary

| | This Statement | Year-to-Date |
|---|---|---|
| **Accrued Interest Paid**<br>**Tax-Exempt**<br>**Reportable** | | |
| **Accrued Interest Received**<br>**Tax-Exempt**<br>**Reportable** | | |
| **Gross Proceeds** | | |

Although we provide complete year-to-date information for Reportable Accrued Interest Received,
Accrued Interest Paid and Tax-Exempt Accrued Interest Received and Paid include only those months
we produce your profit and loss statement.

### Summary of Checking Activity

| Date Cleared | Date Written | Check Number | Payee | Amount |
|---|---|---|---|---|

### Daily Activity Review

| Date | Transaction | Quantity | Description | Price | Amount | Cash Balance | Share Balance |
|---|---|---|---|---|---|---|---|
| **09/30** | **Opening Balance** | | | | | | |
| 10/01 | Check | | US MOBILCOMM | | 10,000.00 | | |

October 1997

167837

24

# REFERENCE TO ADDITIONAL EXHIBITS

**1.    Exhibit E – Money Market Registry Reference**

| Date | Page | Notation |
|------|------|----------|
| 11/24/97 | 3 | D24 |

**CORESTATES BANK**
PO BOX 7618  F.C. 01-04-03-31
PHILADELPHIA PA 19101-7618

---- ----

PAGE    1

PERIOD ENDING    11/28/97
PREVIOUS PERIOD  10/31/97

---- US MOBILCOMM   INC.
805 BRYN MAWR AVENUE
NEWTOWN SQUARE PA    19073

ACCOUNT NO  00207-13956

H

---- ----

| | CYC | BR | TYP | DISP | ENC |
|---|---|---|---|---|---|
| | 31 | 000 | 01 | 100 | 0 |

S MOBILCOMM  INC.               TIN: 023-2767067          SAFEKEEPING

MONEY MARKET ACCOUNT NO 00207-13956

| DATE | DESCRIPTION OF YOUR ACTIVITY | CHECKS/ DEBITS | DEPOSITS/ CREDITS | BALANCE |
|---|---|---|---|---|
| | OPENING BALANCE | | | 13,654.82 |
| 11/17 | MISCELLANEOUS DEBIT | 4,100.00 | | 9,554.82 |
| 11/24 | OTC DEPOSIT | | 15,000.00 | |
| | MISCELLANEOUS DEBIT | 3,500.00 | | 21,054.82 |
| 11/28 | INTEREST PAYMENT | | 27.79 | |
| | INTEREST RATE  2.47 INTEREST YIELD  2.50 | | | |
| | CLOSING BALANCE | | | 21,082.61 |

MONEY MARKET SUMMARY

| PREVIOUS BALANCE | TOT CREDITS & DEPOSITS | TOT CHECKS & DEBITS | SERVICE CHARGES | NEW BALANCE |
|---|---|---|---|---|
| 13,654.82 | 15,027.79 | 7,600.00 | .00 | 21,082.61 |

| NUMBER CHECKS | NUMBER MAC DEBITS | NUMBER DEPOSITS | ITEMS DEPOSITED | AVERAGE COLLECTED BAL |
|---|---|---|---|---|
| 0 | 0 | 1 | 0 | 13,681.00 |

| | YEAR TO DATE INTEREST | $442.27 | |
|---|---|---|---|

LEASE EXAMINE THIS STATEMENT PROMPTLY.

UESTIONS REGARDING STATEMENT INFORMATION SHOULD BE DIRECTED TO YOUR RELATIONSHIP MANAGER OR CUSTOMER SERVICE AT
215-973-1000  OR  1-800-426-6900  FROM TOLL CALLING AREAS.  HOURS: WEEKDAYS 8AM TO 8PM, SATURDAYS 8AM TO 4PM.
FTER CUSTOMER SERVICE HOURS, LOST OR STOLEN MAC CARDS SHOULD BE REPORTED TO:  1-800-833-3010.

Member FDIC

ZP-00718

# Prudential Securities

## COMMAND Account

### Client Statement

Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

For The Period:
**November 1 - November 30, 1997**

DAVID W ELKIN &

Account Number:
**04F-224411-41**

Page 3 of 3

## Account Activity

(CONTINUED)

| DATE | TRANSACTION | QUANTITY | PRICE/COMMENTS | AMOUNT DEBITED | AMOUNT CREDITED |
|------|-------------|----------|----------------|----------------|-----------------|

### Miscellaneous

## Checking & Billpay

| DATE WRITTEN | DATE PAID | CHECK # | PAYEE | EXPENSE CODE | AMOUNT DEBITED | PRICE/COMMENTS | AMOUNT CREDITED | REFERENCE NUMBER |
|--------------|-----------|---------|-------|--------------|----------------|----------------|-----------------|------------------|
| 11/20/97 | 11/25/97 | | | | | | | 0256011251301809950000 |
| 11/21/97 | 11/25/97 | 0158 | US MOBIL COMM INC | | $15,000.00 | | | 0256211251301981400000 |
| | | | | | | | | 10258846000000 |

To update expense code categories, call COMMAND at 1-800-222-4321.

## Money Fund Purchases & Redemptions

| DATE | TRANSACTION | QUANTITY | PRICE/COMMENTS | AMOUNT DEBITED | AMOUNT CREDITED |
|------|-------------|----------|----------------|----------------|-----------------|

IT'S NEVER TOO EARLY TO CONTRIBUTE TO AN IRA...AND THE EARLIER YOU MAKE YOUR CONTRIBUTION, THE BETTER. ASK YOUR FINANCIAL ADVISOR ABOUT HOW YOU CAN QUALIFY FOR OUR NO-ANNUAL CUSTODIAL FEE IRA.

See reverse side for additional information



**CoreStates**
CoreStates Bank NA   **MONEY MARKET DEPOSIT**

CASH

DATE
PRINT NAME   US Mdbil Com
STREET   805 Bryn Mawr
CITY & STATE   Newtown sq PA  ZIP 19073

MONEY MARKET
ACCOUNT NUMBER   0020713956

$

BR339 (4/95)   MOORE® WP194194

L 25·80
15000.—

15000.—

⑈7777⑈4000⑈

---

**Prudential Securities Command Account**

DAVID W ELKIN
BRENDA J ELKIN
805 BRYN MAWR AVE
NEWTOWN SQUARE, PA  19073

0158

25-80/440

Nov 21 19 97

Pay to
the order of   US Mobil Comn  Inc   | $ 15,000 00/100 —

Fifteen thousand  w/ 00/100   Dollars

**The Prudential Bank**
PAYABLE THROUGH BANK ONE, COLUMBUS, NA
COLUMBUS, OHIO 43271

For  capital  century

⑈044000804⑈ 4349279608⑈ 0158

---

**CoreStates**
CoreStates Bank NA   **MONEY MARKET DEPOSIT**

CASH

DATE
PRINT NAME   US Mdbil Com
STREET   805 Bryn Mawr
CITY & STATE   Newtown sq PA  ZIP 19073

MONEY MARKET
ACCOUNT NUMBER   0020713956

$

BR339 (4/95)   MOORE® WP194194

L 25·80
15000.—

15000.—

112297 0924 0078 3-1  08 0864278P
$****15,000.00 CKSC 12
20713956

CUSTOMER COPY

25

# REFERENCE TO ADDITIONAL EXHIBITS

1.    **Exhibit E – Money Market Registry Reference**

| Date | Page | Notation |
|------|------|----------|
| 1/12/98 | 4 | D25 |



**CORESTATES BANK**
PO BOX 7618  F.C. 01-04-03-31
---- ----   PHILADELPHIA PA 19101-7618

PAGE   1

PERIOD ENDING   01/30/98
PREVIOUS PERIOD 12/31/97

----   US MOBILCOMM  INC.
805 BRYN MAWR AVENUE
NEWTOWN SQUARE PA    19073

ACCOUNT NO  00207-13956

H

---- ----

CYC  BR TYP DISP    ENC
31 000  01  100     0
MOBILCOMM  INC.              TIN: 023-2767067          SAFEKEEPING
MONEY MARKET ACCOUNT NO 00207-13956

| ATE | DESCRIPTION OF YOUR ACTIVITY | CHECKS/ DEBITS | DEPOSITS/ CREDITS | BALANCE |
|---|---|---|---|---|
| | OPENING BALANCE | | | 10,711.63 |
| 1/05 | MISCELLANEOUS DEBIT | 3,000.00 | | 7,711.63 |
| 1/12 | OTC DEPOSIT | | 5,000.00 | 12,711.63 |
| 1/20 | MISCELLANEOUS DEBIT | 2,400.00 | | 10,311.63 |
| 1/30 | INTEREST PAYMENT | | 21.33 | |
| | INTEREST RATE  2.47 INTEREST YIELD  2.50 | | | |
| | CLOSING BALANCE | | | 10,332.96 |

MONEY MARKET SUMMARY

| PREVIOUS BALANCE | TOT CREDITS & DEPOSITS | TOT CHECKS & DEBITS | SERVICE CHARGES | NEW BALANCE |
|---|---|---|---|---|
| 10,711.63 | 5,021.33 | 5,400.00 | .00 | 10,332.96 |

| NUMBER CHECKS | NUMBER MAC DEBITS | NUMBER DEPOSITS | ITEMS DEPOSITED | AVERAGE COLLECTED BAL |
|---|---|---|---|---|
| 0 | 0 | 1 | 0 | 10,158.00 |

IN JANUARY, YOU WILL RECEIVE A COMBINED 1099
STATEMENT REFLECTING 1997 INTEREST EARNED AND
REPORTED TO THE INTERNAL REVENUE SERVICE.

EASE EXAMINE THIS STATEMENT PROMPTLY.

ESTIONS REGARDING STATEMENT INFORMATION SHOULD BE DIRECTED TO YOUR RELATIONSHIP MANAGER OR CUSTOMER SERVICE AT
'15-973-1000  OR  1-800-426-6900  FROM TOLL CALLING AREAS.  HOURS: WEEKDAYS 8AM TO 8PM, SATURDAYS 8AM TO 4PM.
TER CUSTOMER SERVICE HOURS, LOST OR STOLEN MAC CARDS SHOULD BE REPORTED TO:  1-800-833-3010.

Member FDIC



CoreStates Bank
You know us. We know you.

BROAD AVE
01/09/98  04:55  0011
Business Date: 01/12/98

0021
$5,000.00

Deposit: Checking
0020713956

THANK YOU

---

**CoreStates**
**CoreStates Bank NA**

**MONEY MARKET DEPOSIT**

□ CASH

DEPOSIT MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

DATE

PRINT NAME

STREET

CITY & STATE                                    ZIP

MONEY MARKET ACCOUNT NUMBER

BR339 (4/95)    MOORE® XD011168

LIST CHECK EACH

$

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT

CUSTOMER COPY

---

**CoreStates**
**CoreStates Bank NA**

**SAVINGS DEPOSIT**

□ CASH

DATE

PRINT NAME

STREET

CITY & STATE                                    ZIP

ALL ITEMS ARE ACCEPTED SUBJECT TO OUR RULES AND REGULATIONS APPLICABLE TO THIS ACCOUNT.

SAVINGS ACCOUNT NUMBER

BR172 (4/95)

LIST CHECK EACH

$

Moore® T1-849607

CUSTOMER COPY

**Prudential Securities Command Account**

DAVID W ELKIN
BRENDA J ELKIN
805 BRYN MAWR AVE
NEWTOWN SQUARE, PA  19073

0167

25 25/440

Jan 9 1998

Pay to the order of  US Mobilcomn Inc                    $ 5000 00/100

Five thousand and 00/100                                      Dollars

**The Prudential Bank**
PAYABLE THROUGH BANK ONE  COLUMBUS, NA
COLUMBUS, OHIO 43271

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |
CHECK ONE BOX

For

⑆044000804⑆  434927960 8⑈ 0167

---

**CoreStates**
**CoreStates Bank NA**          **SAVINGS DEPOSIT**

✓
→
CASH

5000.—

DATE

PRINT NAME  US Mobilcomn

STREET  805 Bryn Mawr Ave

CITY & STATE  Newtown Sq   PA   19073

ALL ITEMS ARE ACCEPTED SUBJECT TO OUR RULES AND REGULATIONS APPLICABLE TO THIS ACCOUNT

L I S T

C H E C K

E A C H

SAVINGS ACCOUNT NUMBER  0020713956          $   5000.—

Moore® T164950T

BR172 (4/95)

⑆ 7777⑈ 2000⑆

**Prudential**
Securities

**Client Statement**

Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

## COMMAND Account

For The Period:
**January 1 - January 31, 1998**

Account Number:
**04F-22411-41**

Page 3 of 3

### Account Activity

DAVID W ELKIN &
(CONTINUED)

| DATE | TRANSACTION | QUANTITY | PRICE/COMMENTS | AMOUNT DEBITED | AMOUNT CREDITED |
|------|-------------|----------|----------------|----------------|-----------------|

**Funds Added & Withdrawn**

### Checking & Billpay

| DATE WRITTEN | DATE PAID | CHECK # | PAYEE | EXPENSE CODE | AMOUNT DEBITED | AMOUNT CREDITED | REFERENCE NUMBER |
|--------------|-----------|---------|-------|--------------|----------------|-----------------|------------------|
| 01/09/98 | 01/12/98 | 0166 | | | | | 01296011211045543400000 |
| 01/09/98 | 01/13/98 | 0167 | US MOBILCOMM INC | | $5,000.00 | | 01369011313015899800000 |

AS OF    January 31.    4 CHECKS WERE PROCESSED, TOTALLING:

To update expense code categories, call COMMAND at 1-800-222-4321.

### Money Fund Purchases & Redemptions

IS A NEW ROTH IRA APPROPRIATE FOR YOU? CALL YOUR PRUDENTIAL SECURITIES FINANCIAL ADVISOR. WITH OUR NEW IRA CALCULATOR, WE CAN HELP
YOU ANALYZE WHICH IRA OPTION MAY BE MOST BENEFICIAL FOR YOU.

See reverse side for additional information

26

# <u>REFERENCE TO ADDITIONAL EXHIBITS</u>

1.    **Exhibit E – Money Market Registry Reference**

| <u>Date</u> | <u>Page</u> | <u>Notation</u> |
|---|---|---|
| 2/17/98 | 4 | D26 |



**CORESTATES BANK**
PO BOX 7618  F.C. 01-04-03-31
PHILADELPHIA PA 19101-7618

PAGE    1

PERIOD ENDING    02/27/98
PREVIOUS PERIOD  01/30/98

US MOBILCOMM  INC.
805 BRYN MAWR AVENUE
NEWTOWN SQUARE PA    19073

ACCOUNT NO  00207-13956

Ⱨ

CYC  BR TYP DISP    ENC
31 000  01  100      0
SAFEKEEPING

US MOBILCOMM  INC.              TIN: 023-2767067
                MONEY MARKET ACCOUNT NO 00207-13956

| DATE | DESCRIPTION OF YOUR ACTIVITY | CHECKS/ DEBITS | DEPOSITS/ CREDITS | BALANCE |
|------|------------------------------|----------------|-------------------|---------|
|       | OPENING BALANCE              |                |                   | 10,332.96 |
| 02/03 | MISCELLANEOUS CREDIT         |                | 1,000.00          | 11,332.96 |
| 02/05 | MISCELLANEOUS DEBIT          | 2,000.00       |                   | 9,332.96 |
| 02/17 | OTC DEPOSIT                  |                | 10,000.00         | 19,332.96 |
| 02/24 | MISCELLANEOUS DEBIT          | 6,000.00       |                   | 13,332.96 |
| 02/27 | INTEREST PAYMENT            |                | 23.19             |         |
|       | INTEREST RATE  2.47 INTEREST YIELD  2.50 |     |                   |         |
|       | CLOSING BALANCE             |                |                   | 13,356.15 |

MONEY MARKET SUMMARY

| PREVIOUS BALANCE | TOT CREDITS & DEPOSITS | TOT CHECKS & DEBITS | SERVICE CHARGES | NEW BALANCE |
|------------------|------------------------|---------------------|-----------------|-------------|
| 10,332.96        | 11,023.19              | 8,000.00            | .00             | 13,356.15   |

| NUMBER CHECKS | NUMBER MAC DEBITS | NUMBER DEPOSITS | ITEMS DEPOSITED | AVERAGE COLLECTED BAL |
|---------------|-------------------|-----------------|-----------------|------------------------|
| 0             | 0                 | 1               | 0               | 12,231.00              |

| YEAR TO DATE INTEREST | $44.52 |
|-----------------------|--------|

PLEASE EXAMINE THIS STATEMENT PROMPTLY.

QUESTIONS REGARDING STATEMENT INFORMATION SHOULD BE DIRECTED TO YOUR RELATIONSHIP MANAGER OR CUSTOMER SERVICE AT
**215-973-1000** OR **1-800-426-6900** FROM TOLL CALLING AREAS.  HOURS: WEEKDAYS 8AM TO 8PM, SATURDAYS 8AM TO 4PM.
AFTER CUSTOMER SERVICE HOURS, LOST OR STOLEN MAC CARDS SHOULD BE REPORTED TO:  1-800-833-3010.

Member FDIC

CoreStates
You Know Us, We Know You,

FORT WASHINGTON

00000020713956
123 CHK/DEPCK

$10,000.00

02/17/99   11:03      15506
Business Date:  02/17/99

Direct Banking Center      215-973-1000
Introducing the new Teller Tally--
a complete record of your transactions,
Please see our brochure or
ask your teller if you have questions,
Thank you for banking with CoreStates,

---

**CoreStates**
**CoreStates Bank NA**
**MONEY MARKET DEPOSIT**

☑ → CASH

DATE 2/17/96    DEPOSIT MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

PRINT NAME  US Mobil Comm
STREET  865 Air Main Ave
CITY & STATE  Newtown Sq PA   ZIP 19073

MONEY MARKET
ACCOUNT NUMBER  0 0 2 0 7 1 3 9 5 6

LIST CHECK EACH

15-26

$  10000.—

16000.—

CUSTOMER COPY

BR339 (4/95)    MOORE® XD011168

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.

**CoreStates**
CoreStates Bank NA    **MONEY MARKET DEPOSIT**    ✓ → CASH

DATE 2/17/98    DEPOSIT MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.
PRINT NAME US MobilComm
STREET 805 Bryn Mawr Ave
CITY & STATE Newtown Sq. PA 19073

MONEY MARKET ACCOUNT NUMBER 0 0 2 0 7 1 3 9 5 6    $

L I S T   C H E C K   E A C H

25-86    16 0 0 0. —

10 0 0 0. —

BR339 (4/95)    MOORE® XD011168

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT

MONEY MARKET DEPOSIT

MONEY MARKET DEPOSIT

MONEY MARKET DEPOSIT

⑈????⑈4000⑈

**Prudential Securities Command Account**

DAVID W ELKIN
BRENDA J ELKIN
805 BRYN MAWR AVE
NEWTOWN SQUARE, PA  19073

0269

25-89-440

Feb 17 19 98

Pay to the order of US Mobil Comm, Inc    |  $ 10,000 ⁰⁰/₁₀₀ —
Ten thousand and ⁰⁰/₁₀₀ _____ Dollars

**The Prudential Bank**
PAYABLE THROUGH FAR ONE COLUMBUS NA
COLUMBUS, OHIO 1 . 1

1 2 3 4 5 6 7 8 9 0
CHECK ONE BOX

For

⑈044000804⑈ 434927960 8⑈ 0269

SIPC

2P-00691

# Prudential Securities

Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

## Client Statement

Account Number:
**04F-224411-41**

Page 1 of 3

Your Financial Advisor:

THOMAS LE VINE
FIRST V.P. INVESTMENTS
940 HAVERFORD ROAD
BRYN MAWR    PA  19010
Telephone Number:    610-527-2300
E-mail Address:    THOMAS_LEVINE@prusec.com

DAVID W ELKIN &
BRENDA J ELKIN JT TEN
805 BRYN MAWR AVE    PA  19073-4330
NEWTOWN SQUARE

## COMMAND Account

For The Period:
**February 1 - February 28, 1998**

### Total Account Net Worth

|  | OPENING | CLOSING |
|---|---|---|
| PRICED SECURITIES VALUE | $30,589.60 | $38,180.26 |
| CASH BALANCE (CASH DEBT) | ($2,895.07) | ($5,926.76) |
| TOTAL NET WORTH | $27,694.53 | $32,253.50 |
| AVAILABLE FOR CHECKWRITING, VISA AND LOANS |  | $20,799.42 |

### Gain (Loss) Summary    (PLEASE REFER TO DETAILED SECTIONS)

|  | YEAR TO DATE |
|---|---|
| YEAR TO DATE REALIZED GAIN (LOSS) | N/A |

### Income & Distributions

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL INCOME | $.00 | $.00 |

### Cash Activity Highlights

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| OPENING CASH AND FUND BALANCE | ($2,895.07) | $43,094.75 |
| FUNDS ADDED | $21,988.79 | ($44,260.00) |
| CHECKING & BILLPAY | ($25,000.00) | ($20.48) |
| MARGIN INTEREST CHARGED | ($20.48) | ($54.27) |
| CLOSING CASH AND FUND BALANCE | ($5,926.76) |  |

See reverse side for additional information

## Asset Composition



Equities−100%

2P-00692

# Prudential
Securities

# Client Statement

Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

## COMMAND Account

For The Period:
February 1 - February 28, 1998

DAVID W ELKIN &

Account Number:
04F-224411-41

Page 2 of 3

SIPC

## Portfolio Detail

| SYMBOL | QUANTITY | CURRENT PRICE | CURRENT VALUE | ESTIMATED ACCRUED INTEREST | ESTIMATED ANNUALIZED INCOME | CURRENT YIELD | COMMENTS |
|---|---|---|---|---|---|---|---|
| | | | | | | | M |
| | | | | | | | M |

## Account Activity

| DATE | TRANSACTION | QUANTITY | PRICE/COMMENTS | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|

**Funds Added & Withdrawn**

## Checking & Billpay

| DATE WRITTEN | DATE PAID | CHECK # | PAYEE | EXPENSE CODE | AMOUNT DEBITED | AMOUNT CREDITED | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 02/17/98 | 02/18/98 | 0269 | US MOBIL COMM INC | | $10,000.00 | | 018570218130139230000000 |

To update expense code categories, call COMMAND at 1-800-222-4321.

See reverse side for additional information

27

# REFERENCE TO ADDITIONAL EXHIBITS

1.    **Exhibit E – Money Market Registry Reference**

|  Date  |  Page  |  Notation  |
|--------|--------|------------|
| 3/31/98 | 4 | D27 |



**CORESTATES BANK**
PO BOX 7618  F.C. 01-04-03-31
PHILADELPHIA PA 19101-7618

---- ----

PAGE    1

PERIOD ENDING    03/31/98
PREVIOUS PERIOD 02/27/98

US MOBILCOMM  INC.
805 BRYN MAWR AVENUE
NEWTOWN SQUARE PA    19073

ACCOUNT NO  00207-13956

H

---- ----

CYC  BR TYP DISP    ENC
31 000  01  100     0
SAFEKEEPING

US MOBILCOMM  INC.                    TIN: 023-2767067

MONEY MARKET ACCOUNT NO 00207-13956

| DATE | DESCRIPTION OF YOUR ACTIVITY | CHECKS/ DEBITS | DEPOSITS/ CREDITS | BALANCE |
|------|------------------------------|----------------|-------------------|---------|
|      | OPENING BALANCE              |                |                   | 13,356.15 |
| 03/03 | MISCELLANEOUS DEBIT         | 2,000.00       |                   | 11,356.15 |
| 03/16 | MISCELLANEOUS DEBIT         | 2,000.00       |                   | 9,356.15 |
| 03/24 | MISCELLANEOUS DEBIT         | 2,500.00       |                   | 6,856.15 |
| 03/31 | OTC DEPOSIT                 |                | 20,000.00         |         |
|      | INTEREST PAYMENT             |                | 20.60             |         |
|      | INTEREST RATE  2.47 INTEREST YIELD  2.50 |  |                   |         |
|      | CLOSING BALANCE              |                |                   | 26,876.75 |

MONEY MARKET SUMMARY

| PREVIOUS BALANCE | TOT CREDITS & DEPOSITS | TOT CHECKS & DEBITS | SERVICE CHARGES | NEW BALANCE |
|------------------|------------------------|---------------------|-----------------|-------------|
| 13,356.15        | 20,020.60              | 6,500.00            | .00             | 26,876.75   |

| NUMBER CHECKS | NUMBER MAC DEBITS | NUMBER DEPOSITS | ITEMS DEPOSITED | AVERAGE COLLECTED BAL |
|---------------|-------------------|-----------------|-----------------|------------------------|
| 0             | 0                 | 1               | 0               | 9,812.00               |

| YEAR TO DATE INTEREST | $65.12 |
|-----------------------|--------|

'LEASE EXAMINE THIS STATEMENT PROMPTLY.

IUESTIONS REGARDING STATEMENT INFORMATION SHOULD BE DIRECTED TO YOUR RELATIONSHIP MANAGER OR CUSTOMER SERVICE AT
**215-973-1000**  OR  **1-800-426-6900**  FROM TOLL CALLING AREAS.   HOURS: WEEKDAYS 8AM TO 8PM, SATURDAYS 8AM TO 4PM.
FTER CUSTOMER SERVICE HOURS, LOST OR STOLEN MAC CARDS SHOULD BE REPORTED TO:  1-800-833-3010.

Member FDIC

CoreStates Bank
You Know Us, We Know You.

BROAD AXE
03/31/98   01:50   0001
Business Date: 03/31/98

Deposit: Checking                                0046
0020713956                          $20,000.00

THANK YOU

**CoreStates**

CoreStates Bank NA    **MONEY MARKET DEPOSIT**

MONEY MARKET DEPOSIT

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.

CASH

DATE 3/34/96

DEPOSIT MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

PRINT NAME US Mdsil Comm

STREET 805 Bryn Mawr Ae

CITY & STATE Newtu Sq PA ZIP 19073

MONEY MARKET ACCOUNT NUMBER 0 020 71 3956

L I S C T H E E C A K C H

25-80

$ 20000.—

$ 20000.—

BR339 (4/95)    MOORE® XD011168

⑆7777⑈4000⑆

0147

**DAVID W. ELKIN**
**BRENDA J. ELKIN**
805 BRYN MAWR AVE
NEWTOWN SQ, PA 19073

**CMA**® **Cash Management Account**®

25-80/440

March 31 1998

PAY TO THE ORDER OF US Mdsil Comm    | $ 20,000 00/100

Twenty thousand and 00/100    **DOLLARS**

**Merrill Lynch**

**BANK ONE**  BANK ONE, COLUMBUS, NA
Columbus, Ohio 43271

MEMO Add'l cshd

⑆044000804⑆ 041160199851⑈ 0147

# MERRILL LYNCH
## PRIORITY CLIENT SERVICES

| Account No. | Taxpayer No. | Statement Period | Page |
|---|---|---|---|
| 818-43426 | 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 | 04/01/98 TO 04/30/98 | 1 OF 6 |

### Priority Client Cash Management Account

DAVID W. ELKIN AND
BRENDA J. ELKIN JTWROS
805 BRYN MAWR AVE
NEWTOWN SQ PA 19073-4330

**Your Financial Consultant:**
JAMES A ATWOOD
FC# 9986
(800) 765-6194

**Your Merrill Lynch Office:**
125 HIGH STREET    19TH FL
BOSTON MA          02110

FOR CUSTOMER SERVICE QUESTIONS:    1-800-MER-ACCT (1-800-637-2228)

### Monthly Portfolio Summary

| Asset | 03/31/98 Value | % | 04/30/98 Value | % |
|---|---|---|---|---|
| Cash/Money Funds | | | | |
| CD's/Equivalents | | | | |
| Government Securities | | | | |
| Corporate Bonds | | | | |
| Municipal Bonds | | | | |
| Equities | 81,935 | 100 | 78,022 | 100 |
| Mutual Funds | | | | |
| Options | | | | |
| Other | | | | |

| Long Market Value | 81,935 | | 78,022 |
|---|---|---|---|
| Short Market Value | | | |
| Estimated Accrued Interest | | | |
| Debit Balance | (14,128) | | (33,926) |

| Net Portfolio Value | 67,807 | | 44,096 |
|---|---|---|---|

### NEWS

Join us June 23rd for a special teleconference. Lisa Freeman,
Senior Editor of Working Woman magazine, moderates a panel
discussion for women business owners. A Strategic Approach
to Financial Management and Retirement Plans. Call your
Financial Consultant for more information about the teleconference.

### Income Summary

| Security | This Statement | Year-to-Date |
|---|---|---|
| Money Fund Dividends | | 5.77 |
| Tax-Exempt CMA Funds | | |
| Tax-Exempt Interest | | |
| Reportable Interest | | |
| Reportable Dividends | 994.60 | 994.60 |
| Income Not Reported | | |
| **Total** | **994.60** | **1,000.37** |

### Items for Attention

| Message | Date |
|---|---|
| No Items For Attention | |

| Purchasing Power | Investor Credit Line |
|---|---|
| 16,669 | 16,669 |

### Financial Market Indicators

| Security | This Statement | Last Statement | Previous Year-End |
|---|---|---|---|
| Dow Jones Industrial Average | 9063.37 | 8799.81 | 7908.25 |
| Three-Month Treasury Bills | 4.98% | 5.12% | 5.34% |
| Long-Term Treasury Bonds | 5.95% | 5.93% | 5.92% |

April 1998



CODE 6042 (R11-97C)

PRIORITY CLIENT SERVICES

MERRILL LYNCH

DAVID W. ELKIN AND

| Account No. | Taxpayer No. | Statement Period | Page |
|---|---|---|---|
| 818-43426 | 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 | 04/01/98 TO 04/30/98 | 2 OF 6 |

## Activity Summary

| | This Statement | Year-to-Date |
|---|---|---|
| Opening Balance Cash & Money Funds | 14,128.91DR | |
| Net Credits & Debits | 19,797.36DR | 35,065.52DR |
| Closing Balance Cash & Money Funds | 33,926.27DR | |

## Cash Flow Summary

| | Credits | |
|---|---|---|
| | This Statement | Year-to-Date |
| Sales | | |
| Income | | |
| Funds Received | 994.60 | 1,000.37 |
| Other | | |
| **Total Credits** | 994.60 | 1,000.37 |

| | Debits | |
|---|---|---|
| | This Statement | Year-to-Date |
| Purchases | | |
| Withdrawals | | |
| CMA Checks | 20,500.00 | 35,728.66 |
| Interest Charged | 291.96 | 337.23 |
| Other | | |
| **Total Debits** | 20,791.96 | 36,065.89 |

## Equity Weighting by Economic Sector

| A - Basic Industries | 0% | D - Consumer Cyclicals | 0% | G - Credit Sensitive | 76% |
|---|---|---|---|---|---|
| B - Capital Goods | 4% | E - Consumer Growth | 20% | H - Utilities | 0% |
| C - Technology | 0% | F - Energy | 0% | I - Other | 0% |

April 1998

**Merrill Lynch**

## PRIORITY CLIENT SERVICES

| Account No. | Taxpayer No. | Statement Period | Page |
|---|---|---|---|
| 818-43426 | 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 | 04/01/98 TO 04/30/98 | 3 OF 6 |

DAVID W. ELKIN AND

### Current Portfolio

#### Equities

| Quantity | Security Description | Symbol | Sector | Date Acquired | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain or (Loss) | Estimated Annual Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 920 | CAMDEN PPTY TR COM SBI | CPT | (G) | 07/20/94 | 33.20 | 30,546 | 29.31 | 26,967 | (3,579) | 1,858 | 6.89 |
| 300 ** | CARSON INC CL A        COM | CIC | (E) | 10/14/96 | 14.00 | 4,200 | 8.06 | 2,418 | (1,782) | | |
| 1,000 ** | FIRST INDL REALTY TR INC | FR | (G) | 06/23/94 | 22.84 | 22,840 | 32.50 | 32,500 | 9,660 | 2,119 | 6.52 |
| 1,000 ** | MID ATLANTIC MED SVCS | MME | (E) | 03/10/95 | 20.70 | 20,709 | 12.81 | 12,812 | (7,897) | | |
| 200 ** | WILLBROS GROUP INC    COM | WG | (B) | 08/15/96 | 10.00 | 2,000 | 16.62 | 3,325 | 1,325 | | |
| | **Total Equities** | | | | | 80,295 | | 78,022 | (2,273) | 3,977 | 5.10 |
| | **Total of Long Portfolio** | | | | | 80,295 | | 78,022 | (2,273) | 3,977 | 5.10 |

### Monthly Activity

#### Dividends and Interest

| Date | Transaction | Quantity | Description | Price | Debit | Credit |
|---|---|---|---|---|---|---|
| 04/17 * | Dividend | | CAMDEN PPTY TR COM SBI HOLDING 920.0000 | | | 464.60 |
| 04/20 * | Dividend | | FIRST INDL REALTY TR INC HOLDING 1000.0000 | | | 530.00 |
| | | | **Net Total** | | | 994.60 |

April 1998

597157

CODE 6042 (R11-87/C)

# PRIORITY CLIENT SERVICES

**Merrill Lynch**

DAVID W. ELKIN AND

| Account No. | Taxpayer No. | Statement Period | Page |
|---|---|---|---|
| 818-43426 | 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 | 04/01/98 TO 04/30/98 | 4 OF 6 |

## Summary of Checking Activity

| Date Cleared | Date Written | Check Number | Payee | Amount |
|---|---|---|---|---|
| 04/01 | 03/31 | 147 | US MOBIL COMM | 20,000.00 |

## Daily Activity Review

| Date | Transaction | Quantity | Description | Price | Amount | Cash Balance | Share Balance |
|---|---|---|---|---|---|---|---|

April 1998

3971.58

COL._ -42 (R11-97CL)

28

# REFERENCE TO ADDITIONAL EXHIBITS

1.   **Exhibit E – Money Market Registry Reference**

| Date | Page | Notation |
|------|------|----------|
| 5/26/98 | 4 | D28 |

CoreStates Bank
You Know Us, We Know You.

BROAD AXE
05/23/98  09:24  0003
Business Date: 05/26/98

Deposit: Checking                    0114
0020713956                   $8,000.00

THANK  YOU

**CoreStates**
**CoreStates Bank NA**    **MONEY MARKET DEPOSIT**    ☐ ✓ → CASH

DATE 5/1/98    DEPOSIT MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

PRINT NAME US Mobil Comm

STREET 805 Bryn Mawr

CITY & STATE Newtown Sq    ZIP 9073

MONEY MARKET ACCOUNT NUMBER 0 0 2 0 7 1 3 9 5 6    $

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.

BR339 (4/95)    MOORE® WP194194

**MONEY MARKET DEPOSIT** (×3 side text)

LIST EACH CHECK    2580

8000.—

8000.—

⑈7777⑈4000⑈

---

▬▬▬▬▬▬▬▬▬    **Prudential Securities Command Account**    ▬▬▬▬▬▬▬

DAVID W ELKIN
BRENDA J ELKIN
805 BRYN MAWR AVE
NEWTOWN SQUARE, PA   19073

0271

25-80/440

May 20, 1998

Pay to the order of   US Mobilcomm, Inc   $ 8,000 00/100 —

Eight thousand and 00/100 _____ Dollars

**The Prudential Bank**
PAYABLE THROUGH BANK ONE, COLUMBUS, NA
COLUMBUS, OHIO 43271

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |
CHECK ONE BOX

For

⑈044000804⑈ 434927960⑈ 0271

**CORESTATES BANK**
PO BOX 7618  F.C. 01-04-03-31
PHILADELPHIA PA 19101-7618

PAGE    1

PERIOD ENDING    05/29/98
PREVIOUS PERIOD 04/30/98

US MOBILCOMM  INC.
805 BRYN MAWR AVENUE
NEWTOWN SQUARE PA    19073

ACCOUNT NO  00207-13956

H

CYC  BR TYP DISP    ENC
31 000  01  100    0
US MOBILCOMM  INC.                        TIN: 023-2767067                SAFEKEEPING
MONEY MARKET ACCOUNT NO 00207-13956

| DATE | DESCRIPTION OF YOUR ACTIVITY | CHECKS/ DEBITS | DEPOSITS/ CREDITS | BALANCE |
|------|------------------------------|----------------|-------------------|---------|
| | OPENING BALANCE | | | 7,407.83 |
| 05/19 | MISCELLANEOUS DEBIT | 1,000.00 | | 6,407.83 |
| 05/26 | OTC DEPOSIT | | 8,000.00 | |
| | MISCELLANEOUS DEBIT | 2,000.00 | | 12,407.83 |
| 05/29 | INTEREST PAYMENT | | 16.31 | |
| | INTEREST RATE  2.47 INTEREST YIELD  2.50 | | | |
| | CLOSING BALANCE | | | 12,424.14 |

MONEY MARKET SUMMARY

| PREVIOUS BALANCE | TOT CREDITS & DEPOSITS | TOT CHECKS & DEBITS | SERVICE CHARGES | NEW BALANCE |
|------------------|------------------------|---------------------|-----------------|-------------|
| 7,407.83 | 8,016.31 | 3,000.00 | .00 | 12,424.14 |

| NUMBER CHECKS | NUMBER MAC DEBITS | NUMBER DEPOSITS | ITEMS DEPOSITED | AVERAGE COLLECTED BAL |
|---------------|-------------------|-----------------|-----------------|------------------------|
| 0 | 0 | 1 | 0 | 7,767.00 |

| YEAR TO DATE INTEREST | $112.51 |
|------------------------|---------|

PLEASE EXAMINE THIS STATEMENT PROMPTLY.

QUESTIONS REGARDING STATEMENT INFORMATION SHOULD BE DIRECTED TO YOUR RELATIONSHIP MANAGER OR CUSTOMER SERVICE AT
215-973-1000  OR  1-800-426-6900  FROM TOLL CALLING AREAS.  HOURS: WEEKDAYS 8AM TO 8PM, SATURDAYS 8AM TO 4PM.
AFTER CUSTOMER SERVICE HOURS, LOST OR STOLEN MAC CARDS SHOULD BE REPORTED TO:  1-800-833-3010.

2P-00530

## Prudential Securities

Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

SIPC

# Client Statement

## COMMAND Account

For The Period:
May 1 - May 31, 1998

Account Number:
04F-224411-41

Page 1 of 2

Your Financial Advisor:    THOMAS LE VINE
FIRST V.P. INVESTMENTS
940 HAVERFORD ROAD
BRYN MAWR    PA 19010

Phone: 610-527-2300

E-mail Address:    THOMAS_C_LE_VINE@prusec.com
Your Branch Manager:    JAMES R. ZITCH

DAVID W ELKIN &
BRENDA J ELKIN JT TEN
805 BRYN MAWR AVE    PA 19073-4330
NEWTOWN SQUARE

### Total Account Net Worth

| | OPENING | CLOSING |
|---|---|---|
| PRICED SECURITIES VALUE | $41,225.51 | $37,406.40 |
| CASH BALANCE (CASH DEBT) | ($17,957.55) | ($9,319.41) |
| **TOTAL NET WORTH** | **$23,267.96** | **$28,086.99** |
| AVAILABLE FOR CHECKWRITING, VISA AND LOANS | | $16,299.27 |

### Gain (Loss) Summary    (PLEASE REFER TO DETAILED SECTIONS)

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| YEAR TO DATE REALIZED GAIN (LOSS) | | N/A |

### Income & Distributions

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| **TOTAL INCOME** | **$.00** | **$.00** |

### Cash Activity Highlights

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| OPENING CASH AND FUND BALANCE | ($17,957.55) | $62,706.98 |
| FUNDS ADDED | $16,801.00 | ($66,910.00) |
| CHECKING & BILLPAY | ($8,000.00) | ($309.15) |
| MARGIN INTEREST CHARGED | ($162.86) | ($100.00) |
| MISCELLANEOUS | $.00 | |
| CLOSING CASH AND FUND BALANCE | ($9,319.41) | |

### Asset Composition



Equities —100%

See reverse side for additional information

**Prudential Securities**
Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

# Client Statement

**COMMAND Account**

For The Period:
**May 1 - May 31, 1998**

Account Number:
**04F-22411-41**

Page 2 of 2

**DAVID W ELKIN &**

## Portfolio Detail

| SYMBOL | QUANTITY | CURRENT PRICE | CURRENT VALUE | ESTIMATED ACCRUED INTEREST | ESTIMATED ANNUALIZED INCOME | CURRENT YIELD | COMMENTS |
|--------|----------|---------------|---------------|----------------------------|------------------------------|----------------|----------|
| | | | | | | | M |
| | | | | | | | M |

Equities-100.0% of Portfolio

## Account Activity

| DATE | TRANSACTION | QUANTITY | PRICE/COMMENTS | AMOUNT DEBITED | AMOUNT CREDITED |
|------|-------------|----------|----------------|----------------|-----------------|

Funds Added & Withdrawn

CLOSING BAL AS OF MAY 21

## Checking & Billpay

| DATE WRITTEN | DATE PAID | CHECK # | PAYEE | EXPENSE CODE | AMOUNT DEBITED | AMOUNT CREDITED | REFERENCE NUMBER |
|--------------|-----------|---------|-------|--------------|----------------|-----------------|------------------|
| 05/20/98 | 05/27/98 | 0271 | US MOBILCOMM INC | | $8,000.00 | | 8672705281302493308 |

To update expense code categories, call COMMAND at 1-800-222-4321.

DREAMING OF AN EARLY RETIREMENT? CALL YOUR FINANCIAL ADVISOR ABOUT RUNNING THE PERSONAL FINANCIAL ARCHITECT TO SEE IF YOUR
RETIREMENT SAVINGS AND INVESTMENT STRATEGY ARE ON TRACK.

See reverse side for additional information

SIPC

2P-00531

29

# REFERENCE TO ADDITIONAL EXHIBITS

**1.**    **Exhibit E – Money Market Registry Reference**

| Date | Page | Notation |
|------|------|----------|
| 6/28/98 | 4 | D29 |



**CORESTATES BANK**
PO BOX 7618  F.C. 01-04-03-31
PHILADELPHIA PA 19101-7618

PAGE    1

PERIOD ENDING    06/30/98
PREVIOUS PERIOD 05/29/98

US MOBILCOMM  INC.
805 BRYN MAWR AVENUE
NEWTOWN SQUARE PA    19073

ACCOUNT NO  00207-13956

H

| CYC | BR | TYP | DISP | ENC |
|-----|----|----|------|-----|
| 31 | 000 | 01 | 100 | 0 |

US MOBILCOMM  INC.                    TIN: 023-2767067                    SAFEKEEPING
MONEY MARKET ACCOUNT NO 00207-13956

| DATE | DESCRIPTION OF YOUR ACTIVITY | CHECKS/ DEBITS | DEPOSITS/ CREDITS | BALANCE |
|------|-----------------------------|----------------|-------------------|---------|
|  | OPENING BALANCE |  |  | 12,424.14 |
| 06/01 | MISCELLANEOUS DEBIT | 3,000.00 |  | 9,424.14 |
| 06/17 | MISCELLANEOUS DEBIT | 2,300.00 |  | 7,124.14 |
| 06/26 | OTC DEPOSIT |  | 10,000.00 | 17,124.14 |
| 06/30 | INTEREST PAYMENT |  | 17.84 |  |
|  | INTEREST RATE  2.47 INTEREST YIELD  2.50 |  |  |  |
|  | MISCELLANEOUS DEBIT | 2,500.00 |  |  |
|  | CLOSING BALANCE |  |  | 14,641.98 |

MONEY MARKET SUMMARY

| PREVIOUS BALANCE | TOT CREDITS & DEPOSITS | TOT CHECKS & DEBITS | SERVICE CHARGES | NEW BALANCE |
|------------------|------------------------|---------------------|-----------------|-------------|
| 12,424.14 | 10,017.84 | 7,800.00 | .00 | 14,641.98 |

| NUMBER CHECKS | NUMBER MAC DEBITS | NUMBER DEPOSITS | ITEMS DEPOSITED | AVERAGE COLLECTED BAL |
|---------------|-------------------|-----------------|-----------------|------------------------|
| 0 | 0 | 1 | 0 | 8,778.00 |

| YEAR TO DATE INTEREST | $130.35 |
|------------------------|---------|

PLEASE EXAMINE THIS STATEMENT PROMPTLY.

QUESTIONS REGARDING STATEMENT INFORMATION SHOULD BE DIRECTED TO YOUR RELATIONSHIP MANAGER OR CUSTOMER SERVICE AT
**215-973-1000**  OR  **1-800-426-6900**  FROM TOLL CALLING AREAS.  HOURS: WEEKDAYS 8AM TO 8PM, SATURDAYS 8AM TO 4PM.
AFTER CUSTOMER SERVICE HOURS, LOST OR STOLEN MAC CARDS SHOULD BE REPORTED TO:  1-800-833-3010.

Member FDIC

CoreStates
You Know Us. We Know You.

SPRING HOUSE

00000020713956
97 CHKDEPCK

$10,000.00

06/26/98   10:46   18601
Business Date:  06/26/98

Direct Banking Center          973-1000
Introducing the new Teller Tally--
a complete record of your transactions.
Please see our brochure or
ask your teller if you have questions.
Thank you for banking with CoreStates.

**CoreStates**
CoreStates Bank NA   **MONEY MARKET DEPOSIT**

CASH

DATE

DEPOSIT MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

PRINT NAME

STREET

CITY & STATE                    ZIP

MONEY MARKET
ACCOUNT NUMBER   0 0 2 0 7 1 3 9 5 6

BR339 (4/95)   MOORE® XD011168

CUSTOMER COPY

DAVID W ELKIN
BRENDA J ELKIN
805 BRYN MAWR AVE
NEWTOWN SQUARE, PA 19073

0174

25-30/440

June 26 19 98

Pay to
the order of  US MobilComm Inc              $ 10,000 00/100

Ten thousand and 00/100                                    Dollars

The Prudential Bank
PAYABLE THROUGH BANK ONE COLUMBUS, NA
COLUMBUS, OHIO 43271

1 2 3 4 5 6 7 8 9 0
CHECK ONE BOX

For

⑆044000804⑈ 4349279608⑈ 0174

---

**MONEY MARKET DEPOSIT**

CoreStates
CoreStates Bank NA     MONEY MARKET DEPOSIT

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

DATE

PRINT NAME   US MobilComm

STREET   805 Bryn Mawr

CITY & STATE   NS, PA   19673   ZIP

MONEY MARKET
ACCOUNT NUMBER   0020713956

CASH

L
I  S  C
T  H
E  C
A  K
C  H

B-U

$

BR339 (4/95)    MOORE® X0011168

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT
SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMER-
CIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.

10 6 6 6 . 0 0

.

.

10,006. —

⑆ 7 7 7 7 ⑈ 4000 ⑈

**MONEY MARKET DEPOSIT**

MONEY MARKET DEPOSIT

2P-00410

**Prudential Securities**

Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

# Client Statement

SIPC

**COMMAND Account**

For The Period:
**June 1 - June 30, 1998**

Account Number:
**04F-224411-41**

Page 1 of 3

Your Financial Advisor:

THOMAS LE VINE
FIRST V.P. INVESTMENTS
940 HAVERFORD ROAD
BRYN MAWR      PA 19010

E-mail Address:    THOMAS_C_LE_VINE@prusec.com
Your Branch Manager:   JAMES R. ZITCH

Phone: 610-527-2300

DAVID W ELKIN &
BRENDA J ELKIN JT TEN
805 BRYN MAWR AVE
NEWTOWN SQUARE    PA 19073-4330

## Total Account Net Worth

| | OPENING | CLOSING |
|---|---|---|
| PRICED SECURITIES VALUE | $37,406.40 | $38,531.61 |
| MONEY MARKET FUNDS | $.00 | $81.00 |
| CASH BALANCE (CASH DEBT) | ($9,319.41) | ($9,999.36) |
| **TOTAL NET WORTH** | **$28,086.99** | **$28,613.25** |
| AVAILABLE FOR CHECKWRITING, VISA AND LOANS | | $16,541.42 |

## Gain (Loss) Summary   (PLEASE REFER TO DETAILED SECTIONS)

| | | YEAR TO DATE |
|---|---|---|
| YEAR TO DATE REALIZED GAIN (LOSS) | | N/A |
| UNREALIZED GAIN (LOSS) AS OF JUNE 30 | | $15,188.65 |

## Income & Distributions

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| **TOTAL INCOME** | $.00 | $.00 |

## Cash Activity Highlights

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| OPENING CASH AND FUND BALANCE | ($9,319.41) | $86,706.98 |
| FUNDS ADDED | $24,000.00 | ($91,410.00) |
| CHECKING & BILLPAY | ($24,500.00) | ($91,410.00) |
| MARGIN INTEREST CHARGED | ($98.95) | $408.10 |
| MISCELLANEOUS | $.00 | ($100.00) |
| CLOSING CASH AND FUND BALANCE | ($9,918.36) | |

See reverse side for additional information

## Asset Composition



Money Mkt Funds—0.2%

Equities—99.8%

**Prudential** Securities

**Client Statement**

Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

## COMMAND Account

For The Period:
**June 1 - June 30, 1998**

DAVID W ELKIN &

Account Number:
**04F-224411-41**

Page 3 of 3

### Account Activity

| DATE | TRANSACTION | QUANTITY | PRICE/COMMENTS | AMOUNT DEBITED | AMOUNT CREDITED |
|------|-------------|----------|----------------|----------------|-----------------|

**Funds Added & Withdrawn**

FEDERAL FUNDS RCVD FIRST NATIONAL BANK O

**Miscellaneous**

### Checking & Billpay

| DATE WRITTEN | DATE PAID | CHECK # | PAYEE | EXPENSE CODE | AMOUNT DEBITED | AMOUNT CREDITED | REFERENCE NUMBER |
|--------------|-----------|---------|-------|--------------|----------------|-----------------|------------------|
| 06/26/98 | 06/30/98 | 0174 | US MOBIL COMM INC | CREDIT | $10,000.00 | | 030410630190066342000000 |

To update expense code categories, call COMMAND at 1-800-222-4321.

### Money Fund Purchases & Redemptions

PRUDENTIAL ONLINE GIVES YOU ACCESS TO YOUR ACCOUNT INFORMATION VIA THE INTERNET 24 HOURS A DAY, 7 DAYS A WEEK. NOW PRUDENTIAL ONLINE HAS ADDED FEATURES THAT MAKES MANAGING YOUR MONEY ONLINE EASIER THAN EVER. ENROLL ONLINE AT WWW.PRUSEC.COM.

SIPC

2P-00412

30

# REFERENCE TO ADDITIONAL EXHIBITS

1.    **Exhibit E – Money Market Registry Reference**

| Date | Page | Notation |
|------|------|----------|
| 8/11/98 | 4 | D30 |

CoreStates
CoreStates Bank NA

MONEY MARKET DEPOSIT

DATE 8/1/98
PRINT NAME US McMillan
STREET 805 Bryn Mawr
CITY & STATE Newtown Sq. PA ZIP 19073

DEPOSIT MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

CASH

L I S T
E A C H
C H E C K

25.80

MONEY MARKET
ACCOUNT NUMBER    0020713956

$

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT
SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMER-
CIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.

BR399 (4/95)    MOORE® X0311168

MONEY MARKET DEPOSIT

⑈ MONEY MARKET DEPOSIT

⑆?????⑆4000⑆

60 00

---

Prudential Securities Command Account

0273

DAVID W ELKIN
BRENDA J ELKIN
805 BRYN MAWR AVE
NEWTOWN SQUARE, PA  19073

Aug 4 19 98

Pay to
the order of  US McMillan Inc                    $ 6000 00/100

Six thousand of 00/100                                        Dollars

The Prudential Bank

For

⑆044000804⑆  43492960⑆  0273



**CORESTATES BANK**
PO BOX 7618  F.C. 01-04-03-31
PHILADELPHIA PA 19101-7618

PAGE    1

PERIOD ENDING    08/31/98
PREVIOUS PERIOD 07/31/98

US MOBILCOMM  INC.
805 BRYN MAWR AVENUE
NEWTOWN SQUARE PA    19073

ACCOUNT NO  00207-13956

H

| | CYC | BR | TYP | DISP | ENC |
|---|---|---|---|---|---|
| | 31 | 000 | 01 | 100 | 0 |

SAFEKEEPING

US MOBILCOMM  INC.                    TIN: 023-2767067
MONEY MARKET ACCOUNT NO 00207-13956

| DATE | DESCRIPTION OF YOUR ACTIVITY | CHECKS/ DEBITS | DEPOSITS/ CREDITS | BALANCE |
|---|---|---|---|---|
| | OPENING BALANCE | | | 5,158.50 |
| 08/11 | OTC DEPOSIT | | 6,000.00 | 11,158.50 |
| 08/14 | MISCELLANEOUS DEBIT | 3,000.00 | | 8,158.50 |
| 08/31 | INTEREST PAYMENT | | 15.11 | |
| | INTEREST RATE  2.47 INTEREST YIELD  2.50 | | | |
| | CLOSING BALANCE | | | 8,173.61 |

MONEY MARKET SUMMARY

| PREVIOUS BALANCE | TOT CREDITS & DEPOSITS | TOT CHECKS & DEBITS | SERVICE CHARGES | NEW BALANCE |
|---|---|---|---|---|
| 5,158.50 | 6,015.11 | 3,000.00 | .00 | 8,173.61 |

| NUMBER CHECKS | NUMBER MAC DEBITS | NUMBER DEPOSITS | ITEMS DEPOSITED | AVERAGE COLLECTED BAL |
|---|---|---|---|---|
| 0 | 0 | 1 | 0 | 7,195.00 |

| YEAR TO DATE INTEREST | $161.98 |
|---|---|

PLEASE EXAMINE THIS STATEMENT PROMPTLY.

QUESTIONS REGARDING STATEMENT INFORMATION SHOULD BE DIRECTED TO YOUR RELATIONSHIP MANAGER OR CUSTOMER SERVICE AT
**215-973-1000**  OR  **1-800-426-6900**  FROM TOLL CALLING AREAS.  HOURS: WEEKDAYS 8AM TO 8PM, SATURDAYS 8AM TO 4PM.
AFTER CUSTOMER SERVICE HOURS, LOST OR STOLEN MAC CARDS SHOULD BE REPORTED TO:  1-800-833-3010.

Member FDIC

CoreStates Bank
You Know Us, We Know You.

BROAD AXE
08/11/98  11:08  0001
Business Date: 08/11/98

Deposit: Checking                      0009
0020713956                    **$6,000.00**

THANK YOU



**CoreStates**
CoreStates Bank NA        **MONEY MARKET DEPOSIT**        CASH

DATE _8/11/98_        DEPOSIT MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

PRINT NAME _US McMillan_

STREET _805_

CITY & STATE _Newtown Sq_  ZIP _19073_

MONEY MARKET
ACCOUNT NUMBER _0020713956_        $

BR339 (4/95)    MOORE® XD011168

6000

6000
CoreStates
Bank, N.A.

**AUG 11 1998**

B-728  T-01

CUSTOMER COPY

SIPC

**Prudential** Securities

Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

# Client Statement

## COMMAND Account

For The Period:
**August 1 - August 31, 1998**

Account Number:
**04F-224411-41**

Page 1 of 2

Your Financial Advisor:    Phone: 610-527-2300

THOMAS LE VINE
FIRST V.P. INVESTMENTS
940 HAVERFORD ROAD
BRYN MAWR        PA 19010
thomas_c_le_vine@prusec.com
JAMES R. ZITCH

E-mail Address:
Your Branch Manager:

DAVID W ELKIN &
BRENDA J ELKIN JT TEN
805 BRYN MAWR AVE
NEWTOWN  SQUARE   PA 19073-4330

### Total Account Net Worth

| | OPENING | CLOSING |
|---|---|---|
| PRICED SECURITIES VALUE | $42,789.48 | $33,904.25 |
| CASH BALANCE (CASH DEBT) | ($15,006.08) | ($26,517.91) |

| | |
|---|---|
| **TOTAL NET WORTH** | $27,783.40 | $7,386.34 |
| **AVAILABLE FOR CHECKWRITING, VISA AND LOANS** | $.00 |

### Gain (Loss) Summary    (PLEASE REFER TO DETAILED SECTIONS)

| | |
|---|---|
| YEAR TO DATE REALIZED GAIN (LOSS) | N/A |

### Income & Distributions

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| MONEY FUND DIVIDENDS | $.00 | $.01 |
| **TOTAL INCOME** | $.00 | $.01 |

### Cash Activity Highlights

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| OPENING CASH AND FUND BALANCE | ($15,006.08) | $.01 |
| INCOME/DISTRIBUTIONS PAID IN CASH | $.00 | $119,904.98 |
| FUNDS ADDED | $15,198.00 | |
| CHECKING & BILLPAY | ($26,500.00) | ($137,910.00) |
| MARGIN INTEREST CHARGED | ($209.83) | ($705.66) |
| MISCELLANEOUS | $.00 | ($100.00) |
| CLOSING CASH AND FUND BALANCE | ($26,517.91) | |

## Asset Composition



Equities = 100%

Please see reverse side

SP-01158

SIPC

**COMMAND Account**

@ **Prudential**
Securities

**Client Statement**

Prudential Securities Incorporated, a subsidiary of The Prudential Insurance Company of America, Newark, New Jersey

For The Period:
**August 1 - August 31, 1998**

Account Number:
**04F-224411-41**

Page 2 of 2

**DAVID W ELKIN &**

## Portfolio Detail

| SYMBOL | QUANTITY | CURRENT PRICE | CURRENT VALUE | ESTIMATED ACCRUED INTEREST | ESTIMATED ANNUALIZED INCOME | CURRENT YIELD | COMMENTS |
|---|---|---|---|---|---|---|---|
| | | | | | | | M |
| | | | | | | | M |

## Account Activity

| DATE | TRANSACTION | QUANTITY | PRICE/COMMENTS | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|

## Checking & Billpay

| DATE WRITTEN | DATE PAID | CHECK # | PAYEE | EXPENSE CODE | AMOUNT DEBITED | AMOUNT CREDITED | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 08/04/98 | 08/12/98 | 0273 | US MOBILECOM INC | | $6,000.00 | Capital contrib. | 012400812130077695000000 |

To update expense code categories, call COMMAND at 1-800-222-4321.

FOR YOUR PROTECTION E-MAIL CANNOT BE USED FOR BUY/SELL ORDERS, ADDRESS CHANGES OR ANYTHING ELSE REQUIRING YOUR SIGNATURE. INSTEAD.
PLEASE CALL YOUR FINANCIAL ADVISOR FOR PROMPT SERVICE OR MORE INFORMATION.

Please see reverse side