31

# REFERENCE TO ADDITIONAL EXHIBITS

1. **Exhibit F – Check Registry Reference**

| Date | Page | Notation |
|---|---|---|
| 1/15/00 | 59 | D31 |



DEPOSIT TICKET

Please be sure all items are properly endorsed. List all checks separately.
FOR CLEAR COPY, PRESS FIRMLY WITH BALL POINT PEN.

DATE 2/23/00

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| CHECKS (LIST EACH SEPARATELY) | | |
| 1 | | |
| 2 18-362 | 8000 | — |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| $ | 8000 | — |

PLEASE ENTER TOTAL

TOTAL ITEMS 1

3-50/310

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.

US MOBILCOMM

FIRST UNION

First Union National Bank
Broomall, Pennsylvania
R/T 031000503

8000.—

⑆5475052259⑆2⑈1000⑈77550 26⑈

DAVID ELKIN &
BRENDA J ELKIN JT TEN
805 BRYN MAWR AVE
NEWTOWN SQUARE PA 19073-4330

2001

18-362/1010

Feb 14 2000

To US MobilComm Inc $ 8000.00/100

Eight thousand and 00/100 DOLLARS

NOT VALID FOR LESS THAN $100.00

PAYABLE THROUGH: IFTC INVESTORS FIDUCIARY TRUST COMPANY

SG COWEN STANDBY RESERVE FUND, INC.

MEMO

EITHER OWNER MAY SIGN

⑆101003621⑆5120⑈2529804922 7⑈

FIRST UNION NATIONAL BANK
BROAD AXE
BROAD AXE

DEPOSIT TO ACCT# 2100017755026
AMOUNT $8,000.00
02/23/00 85442 0038 # 82

Time: 11:48 AM

DEPOSIT TICKET
Please be sure all items are properly endorsed. List all checks separately.
DEPOSIT RECORD COPY

DATE 2/23/00

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| CHECKS (LIST EACH SEPARATELY) 1 | | |
| 2 13562 | 8000 | — |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| | 8000 | — |

US MOBILCOMM

FIRST UNION NATIONAL BANK
BROAD AXE BRANCH
FEB 23 2000
85442
TELLER NO. 003

FIRST UNION
First Union National Bank
Broomall, Pennsylvania

⑆0?⑆5475055259⑆2100017755026⑈

TOTAL ITEMS

PLEASE ENTER TOTAL

$ 8000 —





Business Checking

01 2100017755026 752 140 14 138 68,609

US MOBILCOMM INC
805 BRYN MAWR AVENUE CB
NEWTOWN SQUARE PA 19073-4330

# Business Checking

2/01/2000 thru 2/29/2000

Account number: 2100017755026
Account holder(s): US MOBILCOMM INC

Taxpayer ID Number: 232767067

## Account Summary

| | |
|---|---|
| Opening balance 2/01 | $14,250.66 |
| Deposits and other credits | 17,577.75 + |
| Checks | 14,346.22 - |
| Other withdrawals and service fees | 9,000.00 - |
| **Closing balance 2/29** | **$8,482.19** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 2/03 | 400.00 | TRNSFR 2000207139565 FIRST UNION 02/03 PERS FIN MGR CONFIRMATION # IT020300100190 |
| 2/04 | 1,123.50 | DEPOSIT |
| 2/09 | 2,713.95 | DEPOSIT |
| 2/11 | 4,119.30 | DEPOSIT |
| 2/16 | 432.00 | DEPOSIT |
| 2/23 | 8,000.00 | DEPOSIT |
| 2/29 | 789.00 | DEPOSIT |
| **Total** | **$17,577.75** | |

## Checks

| Number | Amount | Date posted | Number | Amount | Date posted | Number | Amount | Date posted |
|---|---|---|---|---|---|---|---|---|
| 2750 | 22.99 | 2/08 | 2755 | 1,000.00 | 2/08 | 2760 | 158.03 | 2/11 |
| 2751 | 345.00 | 2/09 | 2756 | 24.13 | 2/08 | 2761 | 117.68 | 2/16 |
| 2752 | 551.25 | 2/09 | 2757 | 125.57 | 2/10 | 2762 | 1,000.00 | 2/11 |
| 2753 | 8,500.00 | 2/01 | 2758 | 1,433.50 | 2/14 | 2764* | 1,000.00 | 2/29 |
| 2754 | 50.00 | 2/10 | 2759 | 18.07 | 2/10 | **Total** | **$14,346.22** | |

* *Indicates a break in check number sequence*



# Business Checking

02 2100017755026 752 140 14 138 68,610

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 2/14 | 3,000.00 | TRANSFER CORRECTION TO 2000207139565 02112000 PERS FIN MGR CONFIRMATION # 10020 |
| 2/28 | 6,000.00 | TRNSFR 2000207139565 FIRST UNION 02/28 PERS FIN MGR CONFIRMATION # IT022800100210 |
| Total | $9,000.00 | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 2/01 | 5,750.66 | 2/09 | 8,044.74 | 2/16 | 6,693.19 |
| 2/03 | 6,150.66 | 2/10 | 7,851.10 | 2/23 | 14,693.19 |
| 2/04 | 7,274.16 | 2/11 | 10,812.37 | 2/28 | 8,693.19 |
| 2/08 | 6,227.04 | 2/14 | 6,378.87 | 2/29 | 8,482.19 |

32

# REFERENCE TO ADDITIONAL EXHIBITS

1. **Exhibit F – Check Registry Reference**

| Date | Page | Notation |
| --- | --- | --- |
| 4/26/00 | 61 | D32 |



# Business Checking

01 2100017755026 752 140 16 138 69,690

US MOBILCOMM INC
805 BRYN MAWR AVENUE CB
NEWTOWN SQUARE PA 19073-4330

# Business Checking

4/01/2000 thru 4/28/2000

Account number: 2100017755026
Account holder(s): US MOBILCOMM INC

Taxpayer ID Number: 232767067

## Account Summary

| | | |
|---|---|---|
| Opening balance 4/01 | $6,099.14 | |
| Deposits and other credits | 173,492.18 | + |
| Checks | 95,375.96 | - |
| Other withdrawals and service fees | 70,000.00 | - |
| **Closing balance 4/28** | **$14,215.36** | |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 4/03 | 75,708.00 | FUNDS TRANSFER (ADVICE 000403011199) RCVD FROM MUNICIPAL TRUST A/ ORG=REPEATER NETWORK SPECTRUM AQ INC RFB=1 OBI= REF=1 11:02A |
| 4/12 | 3,054.45 | DEPOSIT |
| 4/25 | 90,000.00 | TRNSFR 2000207139565 FIRST UNION 04/25 PERS FIN MGR CONFIRMATION # IT042500100250 |
| 4/26 | 4,729.73 | DEPOSIT |
| **Total** | **$173,492.18** | |

## Checks

| Number | Amount | Date posted | Number | Amount | Date posted | Number | Amount | Date posted |
|---|---|---|---|---|---|---|---|---|
| 2786 | 345.00 | 4/05 | 2792 | 118.83 | 4/13 | 2798 | 517.86 | 4/20 |
| 2787 | 551.25 | 4/05 | 2793 | 23.94 | 4/14 | 2799 | 22.08 | 4/28 |
| 2788 | 22.99 | 4/04 | 2794 | 92.87 | 4/12 | 2800 | 533.00 | 4/26 |
| 2789 | 18.07 | 4/03 | 2795 | 500.00 | 4/12 | 2807* | 90,000.00 | 4/28 |
| 2790 | 1,000.00 | 4/17 | 2796 | 83.83 | 4/19 | **Total** | **$95,375.96** | |
| 2791 | 1,519.51 | 4/17 | 2797 | 26.73 | 4/20 | | | |

* *Indicates a break in check number sequence*



## Business Checking

02 2100017755026 752 140 16 138 69,691

## ther Withdrawals and Service Fees

| ite | Amount | Description |
|---|---|---|
| 11 | 70,000.00 | TRNSFR 2000207139565 FIRST UNION 04/11 PERS FIN MGR CONFIRMATION # IT041100100240 |
| **otal** | **$70,000.00** | |

## Daily Balance Summary

| ates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 4/03 | 81,789.07 | 4/13 | 13,212.58 | 4/25 | 100,040.71 |
| 4/04 | 81,766.08 | 4/14 | 13,188.64 | 4/26 | 104,237.44 |
| 4/05 | 80,869.83 | 4/17 | 10,669.13 | 4/28 | 14,215.36 |
| 4/11 | 10,869.83 | 4/19 | 10,585.30 | | |
| 4/12 | 13,331.41 | 4/20 | 10,040.71 | | |

33

# NO TRANSACTION DETAIL.

34

# REFERENCE TO ADDITIONAL EXHIBITS

1. **Exhibit F – Check Registry Reference**

| Date | Page | Notation |
|---|---|---|
| 5/2/01 | 66 | D34 |

2. **Exhibit E – Money Market Registry Reference**

| Date | Page | Notation |
|---|---|---|
| 5/22/01 | 6 | D34 |



# Business High Performance Money Market

01 2000008106137 752 130 0 135 25,298

US MOBILCOMM INC
805 BRYN MAWR AVENUE CB
NEWTOWN SQUARE PA 19073

## Business High Performance Money Market 5/01/2001 thru 5/31/2001

Account number: 2000008106137
Account holder(s): US MOBILCOMM INC

Taxpayer ID Number: 232767067

### Account Summary

| | | |
|---|---|---|
| Opening balance 5/01 | $44,223.56 | |
| Deposits and other credits | 245,104.00 | + |
| Interest paid | 69.31 | + |
| Other withdrawals and service fees | 275,000.00 | - |
| **Closing balance 5/31** | **$14,396.87** | |

### Deposits and Other Credits

| *Date* | *Amount* | *Description* |
|---|---|---|
| 5/22 | 24,500.00 | FUNDS TRANSFER (ADVICE 010522020729) RCVD FROM UMB BANK NA / ORG = TRUST DEPT RFB = TRUSTNO:12256 OBI = WPCW970 KC PARTNERS REF = 010522007072 02:22PM |
| ;/22 | 29,400.00 | FUNDS TRANSFER (ADVICE 010522020734) RCVD FROM UMB BANK NA / ORG = TRUST DEPT RFB = TRUSTNO:12264 OBI = WPCY922 SHEP MCCREAD REF = 010522007073 02:22PM |
| /22 | 48,914.00 | FUNDS TRANSFER (ADVICE 010522020735) RCVD FROM UMB BANK NA / ORG = TRUST DEPT RFB = TRUSTNO:12267 OBI = WPCV997,WPCP580,WPDZ REF = 010522007074 02:22PM |
| '22 | 142,290.00 | FUNDS TRANSFER (ADVICE 010522017837) RCVD FROM UMB BANK NA / ORG = SECURICOR WIRELESS INC RFB = 010522005803 OBI = BALANCE DUE WPCV997, REF = 010522005803 01:35PM |
| 31 | 69.31 | INTEREST FROM 05/01/2001 THROUGH 05/31/2001 |
| **otal** | **$245,173.31** | |

### nterest

| | |
|---|---|
| ımber of days this statement period | 31 |
| ınual percentage yield earned | 3.44% |
| erest earned this statement period | $69.31 |
| erest paid this statement period | $69.31 |
| erest paid this year | $501.09 |

USMD000406


# Business High Performance Money Market

02 2000008106137 752 130 0 135 25,299

## )ther Withdrawals and Service Fees

| )ate | Amount | Description |
|---|---|---|
| /03 | 30,000.00 | ACCOUNT TRANSFER<br>REASON: TRANSFER PER CUSTOMER'S REQUEST |
| /23 | 25,000.00 | FUNDS TRANSFER (ADVICE 010523012704)<br>SENT TO OLD NATIONAL BANK/<br>BNF=MARTIN AND SUSAN MC ELROY<br>OBI=<br>RFB=010523400291 05/23/01 11:47AM |
| /23 | 30,000.00 | TRANSFER TO 2100017755026 |
| /23 | 190,000.00 | FUNDS TRANSFER (ADVICE 010523012336)<br>SENT TO BANK OF NEW YORK /<br>BNF=BNY CLEARING SERVICES<br>OBI=FOR FURTHER CREDIT TO DAVID AND BRE<br>RFB=010523400272 05/23/01 11:40AM |
| otal | $275,000.00 | |

## )aily Balance Summary

| ates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 5/03 | 14,223.56 | 5/23 | 14,327.56 | | |
| 5/22 | 259,327.56 | 5/31 | 14,396.87 | | |

*EFFECTIVE 7/1/01, IF OVERDRAFT PROTECTION IS UTILIZED, A $5 PER TRANSFER FEE WILL BE CHARGED TO YOUR DEPOSIT ACCOUNT. TRANSFERS FROM A CREDIT ACCOUNT WILL BE SUBJECT TO THE TERMS OF YOUR CREDIT AGREEMENT. TRANSFERS FROM CREDIT CARDS WILL BE SUBJECT TO ADDITIONAL FEES; REFER TO YOUR CREDIT AGREEMENT.*

USMD000407

US MOBILCOMM, INC.
805 BRYN MAWR AVE.
NEWTOWN SQUARE, PA 19073-4330
PH. (610) 525-1185

FIRST UNION NATIONAL BANK
PHILADELPHIA, PA 19107
3-50/310

2988

05/02/2001

PAY TO THE ORDER OF DAVID ELKIN $ **30,000.00

Thirty Thousand and 00/100****************************************************************************** DOLLARS

Security features included. Details on back.

DAVID ELKIN
805 Bryn Mawr Ave
Newtown Square, PA 19073

MEMO Distribution 29804922

⑈002988⑈ ⑆031000503⑆ 2100017755026⑈ ⑈0003000000⑈

FOR DEPOSIT ONLY
JEFFERSON BANK
A/C 398078491
Credited to the account of the within named payee
BNY CLEARING SERVICES, LLC
RUBICON SECURITIES

HUDSON UNITED BANK 05/03/01
MAHWAH, NJ 07430-021 >021201503<
7919380850 0454 398078491
PROCESSING BANK 031000011 05042001
PHILADELPHIA, PA 05042001
CYCLE:0138 PKT:1
CYCLE:0138 POCKET:7

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

CheckLock Security System: Chemically Reactive Paper, Micro-Print Signature Line, Padlock icon on the front and Original Document

35

# REFERENCE TO ADDITIONAL EXHIBITS

1. **Exhibit F – Check Registry Reference**

| Date | Page | Notation |
| --- | --- | --- |
| 7/5/01 | 67 | D35 |


Business Checking

01 2100017755026 752 140 14 138 77,159

US MOBILCOMM INC
805 BRYN MAWR AVENUE
NEWTOWN SQUARE PA 19073-4330 CB

# Business Checking

6/30/2001 thru 7/31/2001

Account number: 2100017755026
Account holder(s): US MOBILCOMM INC

Taxpayer ID Number: 232767067

## Account Summary

| | |
|---|---|
| Opening balance 6/30 | $9,052.26 |
| Deposits and other credits | 31,789.75 + |
| Checks | 33,369.04 - |
| **Closing balance 7/31** | **$7,472.97** |

Ok

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 7/05 | 30,000.00 | ACCOUNT TRANSFER<br>REASON: TRANSFER PER CUSTOMER'S REQUEST |
| 7/25 | 1,789.75 | DEPOSIT |
| **Total** | **$31,789.75** | |

## Checks

| Number | Amount | Date posted | Number | Amount | Date posted | Number | Amount | Date posted |
|---|---|---|---|---|---|---|---|---|
| 3005 | 551.25 | 7/03 | 3010 | 26.73 | 7/10 | 3015 | 23.66 | 7/31 |
| 3006 | 500.00 | 7/03 | 3011 | 390.85 | 7/12 | 3016 | 19.80 | 7/30 |
| 3007 | 19.47 | 7/05 | 3012 | 30,600.00 | 7/06 | 3017 | 132.70 | 7/31 |
| 3008 | 129.34 | 7/12 | 3013 | 73.17 | 7/13 | 3020* | 24.41 | 7/31 |
| 3009 | 127.66 | 7/09 | 3014 | 750.00 | 7/25 | **Total** | **$33,369.04** | |

** Indicates a break in check number sequence*

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 7/03 | 8,001.01 | 7/10 | 7,227.15 | 7/30 | 7,653.74 |
| 7/05 | 37,981.54 | 7/12 | 6,706.96 | 7/31 | 7,472.97 |
| 7/06 | 7,381.54 | 7/13 | 6,633.79 | | |
| 7/09 | 7,253.88 | 7/25 | 7,673.54 | | |



# Business Checking

02 2100017755026 752 140 14 138 77,160

*NEED TO ACQUIRE MACHINERY OR EQUIPMENT BUT DON'T WANT TO TIE UP CASH OR DRAW DOWN A CREDIT LINE? A FIRST UNION SMALL BUSINESS LEASE GENERALLY PROVIDES 100% FINANCING, OFFERS AFFORDABLE PAYMENTS, AND YOU'LL LIKELY BE ABLE TO DEDUCT YOUR LEASE PAYMENTS AS AN EXPENSE. CALL 1-800-566-FUNB(3862), OPTION 4, THEN OPTION 3.*

36

# REFERENCE TO ADDITIONAL EXHIBITS

## 1. Exhibit E – Money Market Registry Reference

| Date | Page | Notation |
|---|---|---|
| 8/22/01 | 6 | D36 |

FIRST UNION®

# Funds Transfer Request

For Use by CMG Field Personnel Only (not for branch use)

Preparer's Signature: Stephanie Atkins (signature)

Authorized Signature

Callback Required (Yes or No): NO

Initiator's Signature: Eileen M Walsh (signature)

Customer Accepting Call Back/Phone Number

Verifier's Signature

**Account Status** — **NSF Only**

**Sufficient** (Audio Checked)

**Not Sufficient** (NSF)

NSF Source of Funds

906MR01 TRANSFER REQUEST FORM906 — PLEASE LOAD - FUNDS TRANSFER REQUEST FORM (printed partly in mirror image)

Credit Approver Name (Please Print)

Date | Time of Call

## Funds Transfer

| | | |
|---|---|---|
| | Current Date: 08/22/01 | **Control Number**: 400717 |
| FIRST UNION NATIONAL BANK | | |

| Domestic or International | Non-Repetitive or Repetitive | Line Number | Amt Verify Cd | Verify I.D. | Type (Fed, Book, Other) |
|---|---|---|---|---|---|
| DOMESTIC | NON-REPETITIVE | | 2 | | FED |

| Caller | Branch or Department | Request Type (Fax,Phone,Walk-In) |
|---|---|---|
| DAVID ELKIN | 5136118 | WALK-IN |

Description 2 (GL)

Execution Date

**Domestic Transfer Amount** $ 200,000.00

Type Currency

Value Date 08/22/01

Foreign Amount

Exchange Rate

Contract Number / Provided By

U.S. Dollar Amount $

**Int'l Transfer Amount** $

### Originator

| Name | Org | Account Number |
|---|---|---|
| US MOBILCOMM INC | 75 | 2000008106137 |

Address: 805 BRYN MAWR AVENUE

City: NEWTOWN SQUARE | State: PA | Zip: 19073 | Country

### Receiving Bank

| Name | R/T Number |
|---|---|
| CHASE MANHATTEN BANK | 021000021 |

Address

City: NEW YORK | State: NY | Zip | Country

**Advice** (No Phone Advice Required, Credit and Phone Advice, Notify and Pay, Pay Upon Proper I.D.): NONE

### Beneficiary Payment Information

| Name | Org | Account Number |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | | 066196221 |

Address

City | State | Zip | Country

Other Payment Information

FOR FURTHER CREDIT TO DAVID AND BRENDA ELKIN 579056154

PA DL #22034620 (handwritten)

**Fee Method (Waive/Charge)**

CHARGE

**Customer Contract**

All of the above information is complete, correct and provided to First Union for the purpose of instructing First Union to transmit a funds transfer. First Union's acceptance and execution of the funds transfer is subject to the terms and conditions on the reverse side of this form. My signature below indicates that I have received a completed copy of this Funds Transfer Request.

Customer Signature: (signature)

Date: 8/22/01

538053 (25/pkg)

**CUSTOMER COPY**

**TERMS AND CONDITIONS**

PLEASE LOAD - FUNDS TRANSFER REQUEST FORM

By executing the amount of the funds transfer payment described on the front, First Union shall act on behalf of and at risk of the Customer; First Union may use any correspondent, sub-agent or other agency to execute this transfer payment; First Union and any of its correspondents are not liable for interruptions, omissions or delays occurring in the mails, or due to errors or acts, or omissions of any funds transfer or message system or due to any other cause beyond the control of First Union. In the case payment is not effected due to causes beyond the control of First Union and refund is made, First Union shall refund an International funds transfer at the market value of such exchange at the time such refund is made. In no event shall First Union be required to make any refund until after the advice of non-payment is received from our correspondent and the returned funds have been received by First Union.

**Funds Transfers:** First Union has established rules and security procedures for the Customer to initiate and receive funds transfers to or from Customer's account(s) which include a requirement for Customer to sign a Funds Transfer Agreement before First Union initiates a funds transfer. In the event Customer has not executed our Funds Transfer Agreement and in consideration of First Union's agreement to handle the Customer's funds transfers, Customer agrees to abide by First Union's established rules and security procedures for funds transfers which include the following:

**Governing Rules:** The Customer agrees to be bound by any rules then in effect governing the use of any system through which the funds transfers may be transmitted including, but not limited to, Federal Reserve Board Regulation J with regard to FEDWIRE and the CHIPS Operating Rules with regard to CHIPS.

**Notice:** First Union will notify Customer of the receipt of funds transfers in Customer's account statement. After executing each payment order, First Union will use its best efforts to mail Customer a confirmation at Customer's address indicated on our records. If the Customer believes First Union has failed to properly credit or debit a funds transfer to Customer's account, Customer agrees to promptly notify the First Union account officer or banking representative at the branch where the Customer does his or her principal business of all the relevant facts about the transfer.

**Final Payment:** Except for FEDWIRE funds transfers, any credit First Union gives to the Customer is provisional until First Union receives final payment. If First Union does not receive final payment, the Customer agrees that First Union may reverse the credit to Customer's account and that the Customer will otherwise reimburse First Union if funds in Customer's account are not sufficient.

**Compensation:** In the event First Union shall be liable to the Customer for the delay or improper completion of funds transfer as a result of First Union's error, interest shall be calculated on the basis of the average Federal Funds rate for the period involved. Any such compensation will be paid, at First Union's discretion, by either (1) a lump sum payment of cash, or (2) a credit to the Customer's account.

**Use of Account Number:** The Customer agrees that payment for a credit funds transfer may be made solely by reference to the account number of the recipient. First Union is not obligated to determine whether a discrepancy exists between the name and the account number shown on this Funds Transfer Request form.



# Business High Performance Money Market

01 2000008106137 752 130 0 135 27,586

US MOBILCOMM INC
805 BRYN MAWR AVENUE CB
NEWTOWN SQUARE PA 19073

## Business High Performance Money Market

8/01/2001 thru 8/31/2001

Account number: 2000008106137
Account holder(s): US MOBILCOMM INC

Taxpayer ID Number: 232767067

## Account Summary

| | | |
|---|---|---|
| Opening balance 8/01 | $24,571.47 | |
| Deposits and other credits | 204,077.51 | + |
| Interest paid | 233.48 | + |
| Other withdrawals and service fees | 226,000.00 | - |
| **Closing balance 8/31** | **$2,882.46** | |

## Deposits and Other Credits

| *Date* | *Amount* | *Description* |
|---|---|---|
| 3/08 | 52,098.00 | FUNDS TRANSFER (ADVICE 010808029325) RCVD FROM UMB BANK NA / ORG=TRUST DEPT RFB=TRUSTNO:09206 OBI=WPBQ436, WPCM901 AND REF=010808008213 05:01PM |
| ‌/08 | 91,800.00 | FUNDS TRANSFER (ADVICE 010808022867) RCVD FROM UMB BANK NA / ORG=SECURICOR WIRELESS INC RFB=010808006463 OBI=CLOSING ON LICENSE C REF=010808006463 02:54PM |
| /22 | 60,179.51 | FUNDS TRANSFER (ADVICE 010822017143) RCVD FROM UMB BANK NA / ORG=TRUST DEPT RFB=TRUSTNO:26288 OBI=PRINC. 60,000, INT 1 REF=010822005926 01:19PM |
| '31 | 233.48 | INTEREST FROM 08/01/2001 THROUGH 08/31/2001 |
| **otal** | **$204,310.99** | |

143 898

## nterest

| | |
|---|---|
| ımber of days this statement period | 31 |
| ınual percentage yield earned | 3.50% |
| terest earned this statement period | $233.48 |
| terest paid this statement period | $233.48 |
| erest paid this year | $893.67 |

USMD000418



# Business High Performance Money Market

02 2000008106137 752 130 0 135 27,587

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 8/16 | 20,000.00 | TRANSFER TO 2100017755026<br>CCSC: R 65201 |
| 8/22 | 200,000.00 | FUNDS TRANSFER (ADVICE 010822022955)<br>SENT TO CHASE MANHATTAN B/<br>BNF=NATIONAL FINANCIAL SERVICES<br>OBI=FOR FURTHER CREDIT TO DAVID AND BRE<br>RFB=010822400717 08/22/01 02:52PM |
| 8/28 | 6,000.00 | TRSFR TO 2100017755026<br>CCSC: R 0200828 |
| **Total** | **$226,000.00** | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 8/08 | 168,469.47 | 8/22 | 8,648.98 | 8/31 | 2,882.46 |
| 8/16 | 148,469.47 | 8/28 | 2,648.98 | | |

*FIRST UNION CUSTOMERS CAN NOW USE WACHOVIA ATMS TO GET CASH AND CHECK BALANCES WITHOUT A SURCHARGE OR NON-FIRST UNION ATM TRANSACTION FEE, STARTING SEPTEMBER 1, 2001. TO FIND THE CLOSEST WACHOVIA OR FIRST UNION ATM, VISIT THE ON-LINE LOCATOR AT FIRSTUNION.COM*

USMD000419



# Funds Transfer Consolidated Advice

1 2000008106137 11327

US MOBILCOMM INC
805 BRYN MAWR AVE
NEWTOWN SQUARE PA 19073-4330

**Posting Date: 08/22/2001**
**Account No: 2000008106137**

Inquiries regarding this statement may be phoned to (800) 222-3862

(Standard Fees as stated in the Schedule of Fees may apply to these transfers.)

| Transfer Reference | USD Debit Amount | USD Credit Amount | Transaction Description |
|---|---|---|---|
| 110822-017143 | | 60,179.51 | TIME STAMP: 13:19:12 LOC: MTRANS FED REF: 010822005926/DBT: A/101000695/UMB BANK NA/KANS AS CITY, MO/ORP: TRUST DEPT/GENERAL ACCOUNT/DEL TO TRUS T OPERATIONS/002,OO/TRUSTNO:26288/OBI: PRINC. 60,000, I NT 179.51/ |
| 10822-022955 | 200,000.00 | | TIME STAMP: 14:52:39 LOC: MTRANS CNTL: 400717 FED REF: 022955/CDT: A/021000021/CHASE MANHATTAN BANK/N EW YORK, NY/SBK: BROOMALL FT SETTLEMENT/ATTN: WIRE SERV ICES/BROOMALL PA-5176/010822400717/ORP: US MOBILCOMM IN C/805 BRYN MAWR/NEWTOWN SQUARE 19073/BNP: /066196221/N ATIONAL FINANCIAL SERVICES/OBI: FOR FURTHER CREDIT TO D AVID AND BRE/NDA ELKIN 579056154/ |

*Note: Code Descriptions described in following section*

USMD000424

37

# REFERENCE TO ADDITIONAL EXHIBITS

1. **Exhibit F – Check Registry Reference**

| Date | Page | Notation |
|---|---|---|
| 10/22/01 | 68 | D37 |



Business Checking

01 2100017755026 752 140 13 138 79,456

US MOBILCOMM INC
805 BRYN MAWR AVENUE CB
NEWTOWN SQUARE PA 19073-4330

# Business Checking

9/29/2001 thru 10/31/2001

Account number: 2100017755026
Account holder(s): US MOBILCOMM INC

Taxpayer ID Number: 232767067

## Account Summary

| | |
|---|---|
| Opening balance 9/29 | $6,481.11 |
| Deposits and other credits | 21,714.19 + |
| Checks | 4,027.27 - |
| Other withdrawals and service fees | 13,496.10 - |
| **Closing balance 10/31** | **$10,671.93** |

Ok 10/31

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 10/01 | 2,000.00 | TRN FROM 2000008106137 CCSC: C 52593 |
| 10/22 | 842.93 | TRANSFER FROM 2000008106137 |
| 10/22 | 13,500.00 | DEPOSIT |
| 10/23 | 5,371.26 | DEPOSIT |
| **Total** | **$21,714.19** | |

## Checks

| Number | Amount | Date posted | Number | Amount | Date posted | Number | Amount | Date posted |
|---|---|---|---|---|---|---|---|---|
| 3034 | 24.32 | 10/01 | 3039 | 80.00 | 10/10 | 3044 | 500.00 | 10/23 |
| 3035 | 23.79 | 10/02 | 3040 | 392.00 | 10/10 | 3045 | 24.30 | 10/29 |
| 3036 | 341.04 | 10/04 | 3041 | 1,524.00 | 10/10 | **Total** | **$4,027.27** | |
| 3037 | 551.25 | 10/02 | 3042 | 395.60 | 10/26 | | | |
| 3038 | 129.92 | 10/09 | 3043 | 41.05 | 10/29 | | | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 10/26 | 13,496.10 | COUNTER WITHDRAWAL |
| **Total** | **$13,496.10** | |



Business Checking

02 2100017755026 752 140 13 138 79,457

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 10/01 | 8,456.79 | 10/09 | 7,410.79 | 10/23 | 24,628.98 |
| 10/02 | 7,881.75 | 10/10 | 5,414.79 | 10/26 | 10,737.28 |
| 10/04 | 7,540.71 | 10/22 | 19,757.72 | 10/29 | 10,671.93 |



DEPOSIT TICKET

Please be sure all items are properly endorsed. List all checks separately.
FOR CLEAR COPY WITH BALL POINT PEN.

DATE Oct 22, 2001

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| CHECKS 1 | | |
| 2 86-588 | 13500 | - |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |

US MOBILECOMM

⑆54?505259⑆ 21000177550 26⑈

TOTAL ITEMS 1

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

3-50/310

transfer



DEPOSIT TICKET

Please be sure all items are properly endorsed. List all checks separately.
FOR CLEAR COPY, PRESS FIRMLY WITH BALL POINT PEN.

DATE Oct 22 2001

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| CHECKS LIST EACH SEPARATELY | | |
| 2 8086 | 13500 | – |

US MOBILCOMM

First Union National Bank
Broomall, Pennsylvania
R/T 031000503

TOTAL $ 13500 –

TOTAL ITEMS 1

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.

3-50/310

⑆54750525⑆21000177550 26⑈

FIRST UNION NATIONAL BANK
BROOMALL
BROOMALL

DEPOSIT TO ACCT# 2100017755026
AMOUNT $13,500.00
10/22/01 85094 0215 # 187

Time: 02:23 PM

Institutional Brokerage Group
Fidelity Investments®

# Investment Report

October 1, 2001 - October 31, 2001

#BWNFRKS ENV# 021056565-056555 M

DAVID ELKIN
BRENDA J ELKIN
805 BRYN MAWR AVE
NEWTOWN SQ PA 19073-4330

**Your Advisor**
RUBICON ASSET MANAGEMENT
401 E CITY AVE STE 528
BALA CYNWYD PA 19004-1124
Phone: (610)660-5520

## Brokerage 579-056154 DAVID ELKIN AND BRENDA J ELKIN - WITH RIGHTS OF SURVIVORSHIP

### Account Summary

| | |
|---|---|
| Beginning value as of Oct 1 | $3,050,931.13 |
| Withdrawals | -337,220.25 |
| Net adjustments | -60.00 |
| Transfers between Fidelity accounts | 50.00 |
| Change in investment value | 26,032.33 |
| **Ending value as of Oct 31** | **$2,739,733.21** |

### Income Summary

| | This Period | Year to Date |
|---|---|---|
| **Taxable** | | |
| Dividends | $980.81 | $1,493.71 |
| Interest | 2,916.48 | 12,000.07 |
| **Total** | **$3,897.29** | **$13,493.78** |

### Holdings (Symbol) as of October 31, 2001

| | Quantity October 31, 2001 | Price per Unit October 31, 2001 | Total Value October 1, 2001 | Total Value October 31, 2001 |
|---|---|---|---|---|
| **Stocks** | | | | |
| VODAFONE GROUP PLC N EW SHS ISIN #GB0007192106 SEDOL #0719210 (U.K) (VODPF) | 43,230.0000 | $2.31200 | $95,322.15 | $99,947.76 |
| AOL TIME WARNER INC (AOL) | 1,178.0000 | 31.10000 | 38,991.80 | 36,635.80 |
| CITIGROUP INC (C) | 440.0000 | 45.52000 | 17,820.00 | 20,028.80 |
| COMCAST CORP CL A SPL NON-VOTING (CMCSK) | 2,877.0000 | 35.84000 | 103,197.99 | 103,111.68 |
| COVENTRY HEALTH CARE INC (CVH) | 1,000.0000 | 21.44000 | 23,600.00 | 21,440.00 |
| DEUTSCHE TELEKOM A G SPON ADR ISIN #US2515661054 SEDOL #2281999 (DT) | 1,009.0000 | 15.50000 | 15,639.50 | 15,639.50 |
| GEMSTAR TV GUIDE INTL INC (GMST) | 484.0000 | 20.27000 | 9,539.64 | 9,810.68 |

Fidelity does not endorse or recommend any particular investment, trading activity, or agent/Advisor.

Institutional Brokerage Group
**Fidelity Investments®**

# Investment Report

October 1, 2001 - October 31, 2001

## Brokerage 579-056154 DAVID ELKIN AND BRENDA J ELKIN - WITH RIGHTS OF SURVIVORSHIP
## Transaction Details

Brokerage Activity

***Checking Activity ( 2)***

| Check # | Date | Code | Amount | Check # | Date | Code | Amount | Check # | Date | Code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1007 | 10/ 24 | | -13,500.00 | **Total** | | | |

***Other Withdrawals***

| Date | Reference | Description | Amount | Date | Reference | Description | Amount |
|---|---|---|---|---|---|---|---|

***Daily Additions and Subtractions*** *Cash (the following is provided to you in accordance with industry regulations)*

| Date | Amount | Balance | Date | Amount | Balance | Date | Amount | Balance |
|---|---|---|---|---|---|---|---|---|

Fidelity does not endorse or recommend any particular investment, trading activity, or agent/Advisor.

38

**Richard Shorin CPA**

**From:** "Kelly, Robert B." <RKelly@ssd.com>
**To:** <USM220@aol.com>
**Cc:** <rsimonetti@aerwav.com>; "Kelly, Robert B."
**Sent:** Wednesday, January 23, 2002 2:14 PM
**Subject:** RE: Securicor Escrow

Add'l proceeds 2/1 $10,000

David: It is my understanding that the escrow release was signed last week and sent to UMB. As I mentioned in my earlier e-mail, this matter has been handled by Rich Simonetti at Securicor. Any further communications regarding this should be directed to him at rsimonetti@aerwav.com.

-----Original Message-----
From: USM220@aol.com
To: rkelly@ssd.com
Sent: 1/23/02 1:30 PM
Subject: Securicor Escrow

Dear Bob,

What is the status of Securicor signing and sending UMB the signed exhibit
authorizing the release of the Escrow Funds?

Please contact whoever you need to at Securicor and get this done.

It is wrong that we should be forced to wait this long. The funds have been
due us since November. UMB received our signed agreement a couple of weeks
ago.

I do not know what else I can do other than to hire an attorney to pursue our
rights under the agreement. We should not have to do that. If we do however
it will be at Securicor's cost.

Please get this done this week.

David

David W. Elkin
President
US MobilComm, Inc.
305 Bryn Mawr Avenue
Newtown Square, PA 19073
Tel: (610) 525-2372
Fax: (610) 525-6761

The information contained in this e-mail message is intended only
for the personal and confidential use of the recipient's) named above. This
message may be an attorney-client communication and as such is privileged
and confidential. If the reader of this message is not the intended
recipient or an agent responsible for delivering it to the intended
recipient, you are hereby notified that you have received this document

39

**TRUST DEPARTMENT**

NO. **20987**

Kansas City, Missouri 64141-6226

20987

761649003

DATE 05/01/02

18-69 / 1010

PAYMENT AMOUNT ***$29,425.75

**PAY** *Twenty nine thousand four hundred twenty five and 75/100 Dollars*

TO THE ORDER OF U S MOBILCOMM INC

AUTHORIZED SIGNATURE

⑈0000 20987⑈ ⑆071119195⑆ 5008006954⑈

PLEASE DETACH AND RETAIN FOR YOUR RECORDS

**TRUST DEPARTMENT**

Kansas City, Missouri 64141-6226

Apex - Boston

| ACCOUNT NUMBER | CHECK NUMBER |
|---|---|
| 761649003 | 20987 |

| PAYMENT DATE | CHECK AMOUNT |
|---|---|
| 05/01/02 | ***$29,425.75 |

ADDRESSEE:

U S MOBILCOMM INC
ATTN DAVID ELKIN
805 BRYN MAWR AVENUE
NEWTON SQUARE PA 19073-4330

DESCRIPTION:

LIQUIDATION OF ESCROW FOR WPCC462
PER CERTIFICATE DATED 4/16/02
INCLUDING INT.$25.75

Direct Deposit to Fidelity - David Elkin

PLEASE DETACH AND RETAIN FOR YOUR RECORDS

**TRUST DEPARTMENT**

UMB BANK
Kansas City, Missouri 64141-6226

| ACCOUNT NUMBER | CHECK NUMBER |
|---|---|
| 761649003 | 20987 |

| PAYMENT DATE | CHECK AMOUNT |
|---|---|
| 05/01/02 | ***$29,425.75 |

ADDRESSEE:

U S MOBILCOMM INC
ATTN DAVID ELKIN
805 BRYN MAWR AVENUE
NEWTON SQUARE PA 19073-4330

DESCRIPTION:

LIQUIDATION OF ESCROW FOR WPCC462
PER CERTIFICATE DATED 4/16/02
INCLUDING INT.$25.75