# EXHIBIT E

USM Money Market Market Fund : CASH-MONEY MKT  00207-13956
From 05/31/1994 through 10/30/2001

USMmoneymarket.xls

| Date | David/Jeff | Payee | Account | Memo | Payment | Deposit | Balance |
|---|---|---|---|---|---|---|---|
| 6/24/1994 | | transfer to/from USM-checking | CASH-CHECKING | | | 180,000.00 | 180,000.00 |
| 6/30/1994 | | CORESTATES BANK | INTEREST INCOME | | | 140.40 | 180,140.40 |
| 7/1/1994 | | transfer to/from USM-checking | CASH-CHECKING | | 12,000.00 | | 168,140.40 |
| 7/12/1994 | | transfer to/from USM-checking | CASH-CHECKING | | 15,000.00 | | 153,140.40 |
| 7/24/1994 | | transfer to/from USM-checking | CASH-CHECKING | | 5,000.00 | | 148,140.40 |
| 7/26/1994 | D2 | DAVID ELKIN | PAID IN CAPITAL | | | 52,500.00 | 200,640.40 |
| 7/29/1994 | | CORESTATES BANK | INTEREST INCOME | | | 381.57 | 201,021.97 |
| 8/11/1994 | | transfer to/from USM-checking | CASH-CHECKING | | 15,000.00 | | 186,021.97 |
| 8/19/1994 | | transfer to/from USM-checking | CASH-CHECKING | | 32,000.00 | | 154,021.97 |
| 8/31/1994 | | CORESTATES BANK | INTEREST INCOME | | | 410.00 | 154,431.97 |
| 9/13/1994 | | transfer to/from USM-checking | CASH-CHECKING | | 15,000.00 | | 139,431.97 |
| 9/14/1994 | | Carol Houde | Equipment sale | Phila equipment | | 57,000.00 | 196,431.97 |
| 9/20/1994 | | transfer to/from USM-checking | CASH-CHECKING | | 30,000.00 | | 166,431.97 |
| 9/30/1994 | | CORESTATES BANK | INTEREST INCOME | | | 378.79 | 166,810.76 |
| 10/4/1994 | | transfer to/from USM-checking | CASH-CHECKING | | 15,000.00 | | 151,810.76 |
| 10/14/1994 | D3 | DAVID ELKIN | PAID IN CAPITAL | Refund of Uniden equipment returned-paid for by DWE personally | | 20,000.00 | 171,810.76 |
| 10/30/1994 | | CORESTATES BANK | INTEREST INCOME | | | 374.33 | 172,185.09 |
| 10/31/1994 | | transfer to/from USM-checking | CASH-CHECKING | | 47,000.00 | | 125,185.09 |
| 11/2/1994 | C3g | JEFF NORMAN | -split- | | 7,510.00 | | 117,675.09 |
| 11/4/1994 | D4 | DAVID ELKIN | PAID IN CAPITAL | financial consultant group | | 62,600.00 | 180,275.09 |
| 11/7/1994 | D5 | DAVID ELKIN | PAID IN CAPITAL | merrill lynch- boston | | 55,000.00 | 235,275.09 |
| 11/17/1994 | | transfer to/from USM-checking | CASH-CHECKING | | 25,000.00 | | 210,275.09 |
| 11/21/1994 | | transfer to/from USM-checking | CASH-CHECKING | | 57,000.00 | | 153,275.09 |
| 11/30/1994 | | CORESTATES BANK | INTEREST INCOME | | | 408.02 | 153,683.11 |
| 12/1/1994 | | WIRELESS INC | EQUIPMENT SALES: NY equipment | | | 48,837.88 | 202,520.99 |
| 12/2/1994 | | transfer to/from USM-checking | CASH-CHECKING | | 5,000.00 | | 197,520.99 |
| 12/12/1994 | | transfer to/from USM-checking | CASH-CHECKING | | 15,000.00 | | 182,520.99 |
| 12/12/1994 | C4b | JEFF NORMAN | -split- | wire out | 10,010.00 | | 172,510.99 |
| 12/16/1994 | | transfer to/from USM-checking | CASH-CHECKING | | 45,000.00 | | 127,510.99 |
| 12/20/1994 | | Al Octaviano | DEPOSIT-Licensee | Wash Equipment | | 57,000.00 | 184,510.99 |
| 12/23/1994 | | transfer to/from USM-checking | CASH-CHECKING | | 7,000.00 | | 177,510.99 |
| 12/28/1994 | | JEFF NORMAN | -split- | ye transfer to other mm ac | 45,010.00 | | 132,500.99 |
| 12/28/1994 | | DAVID ELKIN | -split- | ye transfer to other mm ac | 30,010.00 | | 102,490.99 |
| 12/29/1994 | | transfer to/from USM-checking | CASH-CHECKING | | 21,200.00 | | 81,290.99 |
| 12/30/1994 | | CORESTATES BANK | INTEREST INCOME | | | 357.24 | 81,648.23 |
| 12/30/1994 | | CORESTATES BANK | BANK CHARGES | wire charge | 16.00 | | 81,632.23 |
| 1/9/1995 | C5 | Craig Vickers | PAID IN CAPITAL | rent jan, jeff norman | | 500.00 | 82,132.23 |
| 1/9/1995 | | Fred Smith | DEPOSIT-Licensee | Phila equipment | | 57,000.00 | 139,132.23 |
| 1/12/1995 | | Shepard McReady Partnership | EQUIPMENT SALES: Boston equipment | | | 57,000.00 | 196,132.23 |
| 1/17/1995 | | transfer to/from USM-checking | CASH-CHECKING | | | 5,000.00 | 201,132.23 |
| 1/25/1995 | | transfer to/from USM-checking | CASH-CHECKING | | 30,000.00 | | 171,132.23 |
| 1/31/1995 | | M2F, inc (George Methee) | DEPOSIT-Licensee | Miami system | | 57,000.00 | 228,132.23 |
| 1/31/1995 | | transfer to/from USM-checking | CASH-CHECKING | | 18,000.00 | | 210,132.23 |
| 1/31/1995 | | CORESTATES BANK | INTEREST INCOME | | | 342.83 | 210,475.06 |
| 2/3/1995 | | Shepard McReady Partnership | EQUIPMENT SALES: Milwaukee equipment | | | 57,000.00 | 267,475.06 |
| 2/6/1995 | | transfer to/from USM-checking | CASH-CHECKING | | 10,000.00 | | 257,475.06 |
| 2/14/1995 | | transfer to/from USM-checking | CASH-CHECKING | | 10,000.00 | | 247,475.06 |
| 2/28/1995 | | transfer to/from USM-checking | CASH-CHECKING | | 10,000.00 | | 237,475.06 |
| 2/28/1995 | | CORESTATES BANK | INTEREST INCOME | | | 502.96 | 237,978.02 |
| 3/6/1995 | | transfer to/from USM-checking | CASH-CHECKING | | 10,000.00 | | 227,978.02 |
| 3/20/1995 | | transfer to/from USM-checking | CASH-CHECKING | | 50,000.00 | | 177,978.02 |

**USM Money Market Market Fund : CASH-MONEY MKT  00207-13956**
From 05/31/1994 through 10/30/2001

USMmoneymarket.xls

| Date | David/Jeff | Payee | Account | Memo | Payment | Deposit | Balance |
|---|---|---|---|---|---|---|---|
| 3/29/1995 | C7a | JEFF NORMAN | -split- | wire out | 5,010.00 | | 172,968.02 |
| 3/31/1995 | | transfer to/from USM-checking | CASH-CHECKING | | 10,000.00 | | 162,968.02 |
| 3/31/1995 | | CORESTATES BANK | INTEREST INCOME | | | 484.09 | 163,452.11 |
| 4/17/1995 | | transfer to/from USM-checking | CASH-CHECKING | | 15,000.00 | | 148,452.11 |
| 4/26/1995 | | transfer to/from USM-checking | CASH-CHECKING | | 12,000.00 | | 136,452.11 |
| 4/28/1995 | | CORESTATES BANK | INTEREST INCOME | | | 346.64 | 136,798.75 |
| 5/1/1995 | | transfer to/from USM-checking | CASH-CHECKING | | 12,000.00 | | 124,798.75 |
| 5/9/1995 | | transfer to/from USM-checking | CASH-CHECKING | | 15,000.00 | | 109,798.75 |
| 5/15/1995 | | transfer to/from USM-checking | CASH-CHECKING | | 10,000.00 | | 99,798.75 |
| 5/31/1995 | | CORESTATES BANK | INTEREST INCOME | | | 252.05 | 100,050.80 |
| 6/16/1995 | | transfer to/from USM-checking | CASH-CHECKING | | 6,000.00 | | 94,050.80 |
| 6/27/1995 | | transfer to/from USM-checking | CASH-CHECKING | | 2,000.00 | | 92,050.80 |
| 6/27/1995 | | transfer to/from USM-checking | CASH-CHECKING | | 500.00 | | 91,550.80 |
| 6/30/1995 | | CORESTATES BANK | INTEREST INCOME | | | 217.89 | 91,768.69 |
| 7/6/1995 | | transfer to/from USM-checking | CASH-CHECKING | | 5,000.00 | | 86,768.69 |
| 7/11/1995 | | transfer to/from USM-checking | CASH-CHECKING | | 7,000.00 | | 79,768.69 |
| 7/20/1995 | | transfer to/from USM-checking | CASH-CHECKING | | 8,000.00 | | 71,768.69 |
| 7/24/1995 | | transfer to/from USM-checking | CASH-CHECKING | | 3,500.00 | | 68,268.69 |
| 7/31/1995 | | CORESTATES BANK | INTEREST INCOME | | | 181.91 | 68,450.60 |
| 8/10/1995 | | transfer to/from USM-checking | CASH-CHECKING | | 5,000.00 | | 63,450.60 |
| 8/16/1995 | | transfer to/from USM-checking | CASH-CHECKING | | 5,000.00 | | 58,450.60 |
| 8/21/1995 | | transfer to/from USM-checking | CASH-CHECKING | | 2,000.00 | | 56,450.60 |
| 8/29/1995 | | transfer to/from USM-checking | CASH-CHECKING | | 16,000.00 | | 40,450.60 |
| 8/31/1995 | | CORESTATES BANK | INTEREST INCOME | | | 138.41 | 40,589.01 |
| 9/5/1995 | | transfer to/from USM-checking | CASH-CHECKING | | 12,000.00 | | 28,589.01 |
| 9/12/1995 | | transfer to/from USM-checking | CASH-CHECKING | | 3,000.00 | | 25,589.01 |
| 9/29/1995 | | CORESTATES BANK | INTEREST INCOME | | | 62.04 | 25,651.05 |
| 10/3/1995 | | transfer to/from USM-checking | CASH-CHECKING | | 2,000.00 | | 23,651.05 |
| 10/16/1995 | | transfer to/from USM-checking | CASH-CHECKING | | 2,000.00 | | 21,651.05 |
| 10/18/1995 | | transfer to/from USM-checking | CASH-CHECKING | | 1,373.28 | | 20,277.77 |
| 10/19/1995 | | transfer to/from USM-checking | CASH-CHECKING | | 2,000.00 | | 18,277.77 |
| 11/6/1995 | | CORESTATES BANK | INTEREST INCOME | | | 48.76 | 18,326.53 |
| 11/30/1995 | | CORESTATES BANK | INTEREST INCOME | | | 40.86 | 18,367.39 |
| 12/8/1995 | | transfer to/from USM-checking | CASH-CHECKING | | | 50,000.00 | 68,367.39 |
| 12/20/1995 | | transfer to/from USM-checking | CASH-CHECKING | | 25,000.00 | | 43,367.39 |
| 12/26/1995 | | transfer to/from USM-checking | CASH-CHECKING | | 7,000.00 | | 36,367.39 |
| 12/29/1995 | | CORESTATES BANK | INTEREST INCOME | | | 106.09 | 36,473.48 |
| 1/2/1996 | | transfer to/from USM-checking | CASH-CHECKING | | 10,000.00 | | 26,473.48 |
| 1/17/1996 | | transfer to/from USM-checking | CASH-CHECKING | | 4,000.00 | | 22,473.48 |
| 1/26/1996 | C17 | JEFF NORMAN | -split- | wire out | 5,017.00 | | 17,456.48 |
| 1/29/1996 | | transfer to/from USM-checking | CASH-CHECKING | | 1,000.00 | | 16,456.48 |
| 1/31/1996 | | CORESTATES BANK | INTEREST INCOME | | | 55.42 | 16,511.90 |
| 2/28/1996 | | transfer to/from USM-checking | CASH-CHECKING | | 57.00 | | 16,454.90 |
| 2/29/1996 | | CORESTATES BANK | INTEREST INCOME | | | 35.48 | 16,490.38 |
| 3/31/1996 | | CORESTATES BANK | INTEREST INCOME | | | 35.83 | 16,526.21 |
| 4/30/1996 | | CORESTATES BANK | INTEREST INCOME | | | 33.49 | 16,559.70 |
| 5/31/1996 | | CORESTATES BANK | INTEREST INCOME | | | 34.68 | 16,594.38 |
| 6/30/1996 | | CORESTATES BANK | INTEREST INCOME | | | 33.63 | 16,628.01 |
| 7/31/1996 | | CORESTATES BANK | INTEREST INCOME | | | 34.82 | 16,662.83 |
| 8/31/1996 | | CORESTATES BANK | INTEREST INCOME | | | 34.90 | 16,697.73 |
| 9/3/1996 | | transfer to/from USM-checking | CASH-CHECKING | | 700.00 | | 15,997.73 |

USM Money Market Market Fund : CASH-MONEY MKT  00207-13956
From 05/31/1994 through 10/30/2001

USMmoneymarket.xls

| Date | David/Jeff | Payee | Account | Memo | Payment | Deposit | Balance |
|---|---|---|---|---|---|---|---|
| 10/9/1996 | | CORESTATES BANK | INTEREST INCOME | | | 32.52 | 16,030.25 |
| 10/31/1996 | | CORESTATES BANK | INTEREST INCOME | | | 33.57 | 16,063.82 |
| 11/30/1996 | | CORESTATES BANK | INTEREST INCOME | | | 32.55 | 16,096.37 |
| 12/30/1996 | | CORESTATES BANK | INTEREST INCOME | | | 33.71 | 16,130.08 |
| 12/30/1996 | | to close out US MobilComm Managemsnt MM AC 00178-74773 | | | | 12,708.74 | 28,838.82 |
| 1/2/1997 | | CORESTATES BANK | INTEREST INCOME | | | 1.52 | 28,840.34 |
| 1/21/1997 | | transfer to/from USM-checking | CASH-CHECKING | | 2,500.00 | | 26,340.34 |
| 1/27/1997 | | transfer to/from USM-checking | CASH-CHECKING | | 5,000.00 | | 21,340.34 |
| 1/31/1997 | | CORESTATES BANK | INTEREST INCOME | | | 59.75 | 21,400.09 |
| 2/3/1997 | | transfer to/from USM-checking | CASH-CHECKING | | 4,100.00 | | 17,300.09 |
| 2/7/1997 | D20 | DAVID ELKIN | PAID IN CAPITAL | | | 10,000.00 | 27,300.09 |
| 2/10/1997 | | transfer to/from USM-checking | CASH-CHECKING | | 2,500.00 | | 24,800.09 |
| 2/19/1997 | | transfer to/from USM-checking | CASH-CHECKING | | 1,000.00 | | 23,800.09 |
| 2/28/1997 | | CORESTATES BANK | INTEREST INCOME | | | 42.36 | 23,842.45 |
| 3/3/1997 | | transfer to/from USM-checking | CASH-CHECKING | | 3,000.00 | | 20,842.45 |
| 3/14/1997 | D21 | DAVID ELKIN | PAID IN CAPITAL | | | 10,000.00 | 30,842.45 |
| 3/17/1997 | | transfer to/from USM-checking | CASH-CHECKING | | 5,000.00 | | 25,842.45 |
| 3/31/1997 | | CORESTATES BANK | INTEREST INCOME | | | 51.83 | 25,894.28 |
| 4/3/1997 | | transfer to/from USM-checking | CASH-CHECKING | | | 4,000.00 | 29,894.28 |
| 4/14/1997 | | transfer to/from USM-checking | CASH-CHECKING | | 2,000.00 | | 27,894.28 |
| 4/22/1997 | | transfer to/from USM-checking | CASH-CHECKING | | 2,000.00 | | 25,894.28 |
| 4/29/1997 | | transfer to/from USM-checking | CASH-CHECKING | | 2,000.00 | | 23,894.28 |
| 4/30/1997 | | CORESTATES BANK | INTEREST INCOME | | | 61.59 | 23,955.87 |
| 5/2/1997 | | transfer to/from USM-checking | CASH-CHECKING | | 3,500.00 | | 20,455.87 |
| 5/12/1997 | | transfer to/from USM-checking | CASH-CHECKING | | 3,500.00 | | 16,955.87 |
| 5/16/1997 | | transfer to/from USM-checking | CASH-CHECKING | | 1,000.00 | | 15,955.87 |
| 5/30/1997 | | CORESTATES BANK | INTEREST INCOME | | | 38.32 | 15,994.19 |
| 6/2/1997 | | transfer to/from USM-checking | CASH-CHECKING | | 1,500.00 | | 14,494.19 |
| 6/13/1997 | | transfer to/from USM-checking | CASH-CHECKING | | 1,000.00 | | 13,494.19 |
| 6/17/1997 | | transfer to/from USM-checking | CASH-CHECKING | | 2,000.00 | | 11,494.19 |
| 6/30/1997 | | CORESTATES BANK | INTEREST INCOME | | | 26.64 | 11,520.83 |
| 7/16/1997 | | transfer to/from USM-checking | CASH-CHECKING | | | 3,500.00 | 15,020.83 |
| 7/21/1997 | D22 | DAVID ELKIN | PAID IN CAPITAL | | | 20,000.00 | 35,020.83 |
| 7/28/1997 | | transfer to/from USM-checking | CASH-CHECKING | | 13,000.00 | | 22,020.83 |
| 7/31/1997 | | CORESTATES BANK | INTEREST INCOME | | | 38.65 | 22,059.48 |
| 8/14/1997 | | transfer to/from USM-checking | CASH-CHECKING | | 4,000.00 | | 18,059.48 |
| 8/31/1997 | | CORESTATES BANK | INTEREST INCOME | | | 41.45 | 18,100.93 |
| 9/3/1997 | | transfer to/from USM-checking | CASH-CHECKING | | 1,000.00 | | 17,100.93 |
| 9/13/1997 | | transfer to/from USM-checking | CASH-CHECKING | | 8,500.00 | | 8,600.93 |
| 9/29/1997 | | transfer to/from USM-checking | CASH-CHECKING | | 2,000.00 | | 6,600.93 |
| 9/30/1997 | D23 | DAVID ELKIN | PAID IN CAPITAL | | | 10,000.00 | 16,600.93 |
| 9/30/1997 | | CORESTATES BANK | INTEREST INCOME | | | 25.41 | 16,626.34 |
| 10/2/1997 | | transfer to/from USM-checking | CASH-CHECKING | | 3,000.00 | | 13,626.34 |
| 10/31/1997 | | CORESTATES BANK | INTEREST INCOME | | | 28.48 | 13,654.82 |
| 11/14/1997 | | transfer to/from USM-checking | CASH-CHECKING | | 4,100.00 | | 9,554.82 |
| 11/24/1997 | D24 | DAVID ELKIN | PAID IN CAPITAL | | | 15,000.00 | 24,554.82 |
| 11/24/1997 | | transfer to/from USM-checking | CASH-CHECKING | | 3,500.00 | | 21,054.82 |
| 11/30/1997 | | CORESTATES BANK | INTEREST INCOME | | | 27.79 | 21,082.61 |
| 12/2/1997 | | transfer to/from USM-checking | CASH-CHECKING | | 5,200.00 | | 15,882.61 |
| 12/16/1997 | | transfer to/from USM-checking | CASH-CHECKING | | 4,200.00 | | 11,682.61 |
| 12/30/1997 | | transfer to/from USM-checking | CASH-CHECKING | | 1,000.00 | | 10,682.61 |

USM Money Market Market Fund : CASH-MONEY MKT  00207-13956
From 05/31/1994 through 10/30/2001

USMmoneymarket.xls

| Date | David/Jeff | Payee | Memo | Account | Payment | Deposit | Balance |
|---|---|---|---|---|---|---|---|
| 12/31/1997 | | CORESTATES BANK | | INTEREST INCOME | | 29.02 | 10,711.63 |
| 1/5/1998 | | transfer to/from USM-checking | | CASH-CHECKING | 3,000.00 | | 7,711.63 |
| 1/12/1998 | D25 | DAVID ELKIN | | PAID IN CAPITAL | | 5,000.00 | 12,711.63 |
| 1/20/1998 | | transfer to/from USM-checking | | CASH-CHECKING | 2,400.00 | | 10,311.63 |
| 1/31/1998 | | CORESTATES BANK | | INTEREST INCOME | | 21.33 | 10,332.96 |
| 2/3/1998 | | transfer to/from USM-checking | | CASH-CHECKING | 1,000.00 | | 9,332.96 |
| 2/17/1998 | D26 | DAVID ELKIN | | PAID IN CAPITAL | | 10,000.00 | 19,332.96 |
| 2/24/1998 | | transfer to/from USM-checking | | CASH-CHECKING | 6,000.00 | | 13,332.96 |
| 2/27/1998 | | CORESTATES BANK | | INTEREST INCOME | | 23.19 | 13,356.15 |
| 3/3/1998 | | transfer to/from USM-checking | | CASH-CHECKING | 2,000.00 | | 11,356.15 |
| 3/16/1998 | | transfer to/from USM-checking | | CASH-CHECKING | 2,000.00 | | 9,356.15 |
| 3/24/1998 | | transfer to/from USM-checking | | CASH-CHECKING | 2,500.00 | | 6,856.15 |
| 3/31/1998 | D27 | DAVID ELKIN | | PAID IN CAPITAL | | 20,000.00 | 26,856.15 |
| 3/31/1998 | | CORESTATES BANK | | INTEREST INCOME | | 20.60 | 26,876.75 |
| 4/6/1998 | | transfer to/from USM-checking | | CASH-CHECKING | 4,000.00 | | 22,876.75 |
| 4/15/1998 | | transfer to/from USM-checking | | CASH-CHECKING | 15,500.00 | | 7,376.75 |
| 4/30/1998 | | CORESTATES BANK | | INTEREST INCOME | | 31.08 | 7,407.83 |
| 5/19/1998 | | transfer to/from USM-checking | | CASH-CHECKING | 1,000.00 | | 6,407.83 |
| 5/26/1998 | D28 | DAVID ELKIN | | PAID IN CAPITAL | | 8,000.00 | 14,407.83 |
| 5/29/1998 | | transfer to/from USM-checking | | CASH-CHECKING | 2,000.00 | | 12,407.83 |
| 5/29/1998 | | CORESTATES BANK | | INTEREST INCOME | | 16.31 | 12,424.14 |
| 6/1/1998 | | transfer to/from USM-checking | | CASH-CHECKING | 3,000.00 | | 9,424.14 |
| 6/17/1998 | | transfer to/from USM-checking | | CASH-CHECKING | 2,300.00 | | 7,124.14 |
| 6/28/1998 | D29 | DAVID ELKIN | | PAID IN CAPITAL | | 10,000.00 | 17,124.14 |
| 6/30/1998 | | transfer to/from USM-checking | | CASH-CHECKING | 2,500.00 | | 14,624.14 |
| 6/30/1998 | | CORESTATES BANK | | INTEREST INCOME | | 17.84 | 14,641.98 |
| 7/2/1998 | | transfer to/from USM-checking | | CASH-CHECKING | 3,000.00 | | 11,641.98 |
| 7/6/1998 | | transfer to/from USM-checking | | CASH-CHECKING | 2,500.00 | | 9,141.98 |
| 7/13/1998 | | transfer to/from USM-checking | | CASH-CHECKING | 1,000.00 | | 8,141.98 |
| 7/19/1998 | | transfer to/from USM-checking | | CASH-CHECKING | 3,000.00 | | 5,141.98 |
| 7/31/1998 | | CORESTATES BANK | | INTEREST INCOME | | 16.52 | 5,158.50 |
| 8/11/1998 | D30 | DAVID ELKIN | | PAID IN CAPITAL | | 6,000.00 | 11,158.50 |
| 8/13/1998 | | transfer to/from USM-checking | | CASH-CHECKING | 3,000.00 | | 8,158.50 |
| 8/31/1998 | | CORESTATES BANK | | INTEREST INCOME | | 15.11 | 8,173.61 |
| 9/18/1998 | | transfer to/from USM-checking | | CASH-CHECKING | 1,000.00 | | 7,173.61 |
| 9/30/1998 | | CORESTATES BANK | | INTEREST INCOME | | 15.93 | 7,189.54 |
| 10/31/1998 | | CORESTATES BANK | | INTEREST INCOME | | 15.04 | 7,204.58 |
| 11/10/1998 | | transfer to/from USM-checking | | CASH-CHECKING | | 1,000.00 | 8,204.58 |
| 11/30/1998 | | CORESTATES BANK | | INTEREST INCOME | | 13.08 | 8,217.66 |
| 12/31/1998 | | CORESTATES BANK | | INTEREST INCOME | | 13.13 | 8,230.79 |
| 1/31/1999 | | First Union | | INTEREST INCOME | | 12.30 | 8,243.09 |
| 2/4/1999 | | transfer to/from USM-checking | | CASH-CHECKING | | 3,000.00 | 11,243.09 |
| 2/26/1999 | | First Union | | INTEREST INCOME | | 15.17 | 11,258.26 |
| 3/25/1999 | | transfer to/from USM-checking | | CASH-CHECKING | 500.00 | | 10,758.26 |
| 3/31/1999 | | First Union | | INTEREST INCOME | | 17.96 | 10,776.22 |
| 4/5/1999 | | transfer to/from USM-checking | | CASH-CHECKING | 1,000.00 | | 9,776.22 |
| 4/23/1999 | | transfer to/from USM-checking | | CASH-CHECKING | | 2,000.00 | 11,776.22 |
| 4/30/1999 | | First Union | | INTEREST INCOME | | 15.29 | 11,791.51 |
| 5/3/1999 | | transfer to/from USM-checking | | CASH-CHECKING | | 2,000.00 | 13,791.51 |
| 5/5/1999 | | transfer to/from USM-checking | | CASH-CHECKING | | 1,000.00 | 14,791.51 |
| 5/31/1999 | | First Union | | INTEREST INCOME | | 19.82 | 14,811.33 |

USM Money Market Market Fund : CASH-MONEY MKT  00207-13956
From 05/31/1994 through 10/30/2001

USMmoneymarket.xls

| Date | David/Jeff | Payee | Account | Memo | Payment | Deposit | Balance |
|---|---|---|---|---|---|---|---|
| 6/9/1999 | | transfer to/from USM-checking | CASH-CHECKING | | | 1,800.00 | 16,611.33 |
| 6/30/1999 | | First Union | INTEREST INCOME | | | 25.79 | 16,637.12 |
| 7/19/1999 | | transfer to/from USM-checking | CASH-CHECKING | | | 2,000.00 | 18,637.12 |
| 7/30/1999 | | First Union | INTEREST INCOME | | | 25.53 | 18,662.65 |
| 8/19/1999 | | transfer to/from USM-checking | CASH-CHECKING | | 1,000.00 | | 17,662.65 |
| 8/31/1999 | | First Union | INTEREST INCOME | | | 28.51 | 17,691.16 |
| 9/8/1999 | | transfer to/from USM-checking | CASH-CHECKING | | 1,000.00 | | 16,691.16 |
| 9/21/1999 | | transfer to/from USM-checking | CASH-CHECKING | | | 2,000.00 | 18,691.16 |
| 9/30/1999 | | First Union | INTEREST INCOME | | | 25.66 | 18,716.82 |
| 10/12/1999 | | transfer to/from USM-checking | CASH-CHECKING | | 1,500.00 | | 17,216.82 |
| 10/18/1999 | | transfer to/from USM-checking | CASH-CHECKING | | 2,000.00 | | 15,216.82 |
| 10/28/1999 | | transfer to/from USM-checking | CASH-CHECKING | | | 4,000.00 | 19,216.82 |
| 10/29/1999 | | First Union | INTEREST INCOME | | | 24.49 | 19,241.31 |
| 11/12/1999 | | First Union | BANK CHARGES | | 3.00 | | 19,238.31 |
| 11/19/1999 | | transfer to/from USM-checking | CASH-CHECKING | | 100.00 | | 19,138.31 |
| 11/29/1999 | | First Union | BANK CHARGES | | 3.00 | | 19,141.31 |
| 11/30/1999 | | First Union | INTEREST INCOME | | | 29.89 | 19,171.20 |
| 11/30/1999 | | transfer to/from USM-checking | CASH-CHECKING | | 2,100.00 | | 17,071.20 |
| 12/6/1999 | | transfer to/from USM-checking | CASH-CHECKING | | 2,700.00 | | 14,371.20 |
| 12/21/1999 | | transfer to/from USM-checking | CASH-CHECKING | | | 1,500.00 | 15,871.20 |
| 12/23/1999 | | transfer to/from USM-checking | CASH-CHECKING | | | 500.00 | 16,371.20 |
| 12/31/1999 | | First Union | INTEREST INCOME | | | 23.50 | 16,394.70 |
| 1/6/2000 | | transfer to/from USM-checking | CASH-CHECKING | | 3,500.00 | | 12,894.70 |
| 1/31/2000 | | First Union | INTEREST INCOME | | | 19.93 | 12,914.63 |
| 1/31/2000 | | transfer to/from USM-checking | CASH-CHECKING | | 7,800.00 | | 5,114.63 |
| 2/3/2000 | | transfer to/from USM-checking | CASH-CHECKING | | 400.00 | | 4,714.63 |
| 2/11/2000 | | transfer to/from USM-checking | CASH-CHECKING | | | 3,000.00 | 7,714.63 |
| 2/12/2000 | | FLEISCHMAN & WALSH LLP | PROFESSIONAL SERVICES:LEGAL-GENERAL | | 4,276.56 | | 3,438.07 |
| 2/28/2000 | | transfer to/from USM-checking | CASH-CHECKING | | | 6,000.00 | 9,438.07 |
| 2/29/2000 | | First Union | INTEREST INCOME | | | 5.66 | 9,443.73 |
| 3/10/2000 | | First Union | BANK CHARGES | | 15.00 | | 9,428.73 |
| 3/13/2000 | | transfer to/from USM-checking | CASH-CHECKING | | | 2,500.00 | 11,928.73 |
| 3/21/2000 | | Repeater Networks | -split- | EC Comm license Miami | | 20,000.00 | 31,928.73 |
| 3/27/2000 | | transfer to/from USM-checking | CASH-CHECKING | | 300.00 | | 31,628.73 |
| 3/31/2000 | | First Union | INTEREST INCOME | | | 24.26 | 31,652.99 |
| 4/11/2000 | | FLEISCHMAN & WALSH LLP | PROFESSIONAL SERVICES:LEGAL-GENERAL | | 959.60 | | 32,612.59 |
| 4/11/2000 | | transfer to/from USM-checking | CASH-CHECKING | | | 70,000.00 | 102,612.59 |
| 4/25/2000 | | transfer to/from USM-checking | CASH-CHECKING | | 90,000.00 | | 12,612.59 |
| 4/28/2000 | | First Union | INTEREST INCOME | | | 88.09 | 12,700.68 |
| 5/9/2000 | | transfer to/from USM-checking | CASH-CHECKING | | | 4,000.00 | 16,700.68 |
| 5/22/2000 | | transfer to/from USM-checking | CASH-CHECKING | | | 4,000.00 | 20,700.68 |
| 5/31/2000 | | First Union | INTEREST INCOME | | | 26.82 | 20,727.50 |
| 6/5/2000 | | transfer to/from USM-checking | CASH-CHECKING | | 2,500.00 | | 18,227.50 |
| 6/6/2000 | | transfer to/from USM-checking | CASH-CHECKING | | | 3,000.00 | 21,227.50 |
| 6/29/2000 | | transfer to/from USM-checking | CASH-CHECKING | | 1,500.00 | | 19,727.50 |
| 6/30/2000 | | First Union | INTEREST INCOME | | | 30.60 | 19,758.10 |
| 7/31/2000 | | First Union | INTEREST INCOME | | | 29.81 | 19,787.91 |
| 8/3/2000 | | transfer to/from USM-checking | CASH-CHECKING | | | 1,000.00 | 20,787.91 |
| 8/31/2000 | | First Union | INTEREST INCOME | | | 31.27 | 20,819.18 |
| 9/5/2000 | | First Union | INTEREST INCOME | | | 4.05 | 20,823.23 |
| 9/5/2000 | | transfer to/from USM-checking | CASH-CHECKING | | | 3,000.00 | 23,823.23 |

USM Money Market Market Fund : CASH-MONEY MKT 00207-13956
From 05/31/1994 through 10/30/2001

USMmoneymarket.xls

| Date | David/Jeff | Payee | Account | Memo | Payment | Deposit | Balance |
|---|---|---|---|---|---|---|---|
| 9/26/2000 | | transfer to/from USM-checking | CASH-CHECKING | | | 2,000.00 | 25,823.23 |
| 9/30/2000 | | First Union | INTEREST INCOME | | | 96.60 | 25,919.83 |
| 9/30/2000 | | First Union | BANK CHARGES | | 15.00 | | 25,904.83 |
| 10/12/2000 | | First Union | BANK CHARGES | | 15.00 | | 25,889.83 |
| 10/16/2000 | | First Union | BANK CHARGES | Service Charges refund | | 15.00 | 25,904.83 |
| 10/16/2000 | | transfer to/from USM-checking | CASH-CHECKING | | | 1,000.00 | 26,904.83 |
| 10/31/2000 | | First Union | INTEREST INCOME | | | 134.91 | 27,039.74 |
| 11/6/2000 | | First Union | BANK CHARGES | Service Charges refund | | 15.00 | 27,054.74 |
| 11/28/2000 | | transfer to/from USM-checking | CASH-CHECKING | | | 2,000.00 | 29,054.74 |
| 11/30/2000 | | First Union | INTEREST INCOME | | | 130.53 | 29,185.27 |
| 12/31/2000 | | First Union | INTEREST INCOME | | | 135.12 | 29,320.39 |
| 1/5/2001 | | transfer to/from USM-checking | CASH-CHECKING | | 500.00 | | 28,820.39 |
| 1/31/2001 | | First Union | INTEREST INCOME | | | 152.66 | 28,973.05 |
| 2/28/2001 | | First Union | INTEREST INCOME | | | 101.29 | 29,074.34 |
| 3/30/2001 | | First Union | INTEREST INCOME | | | 82.32 | 29,156.66 |
| 4/20/2001 | | transfer to/from USM-checking | CASH-CHECKING | | | 15,000.00 | 44,156.66 |
| 4/30/2001 | | First Union | INTEREST INCOME | | | 95.51 | 44,252.17 |
| 4/30/2001 | | First Union | BANK CHARGES | | 28.51 | | 44,223.66 |
| 5/2/2001 | | transfer to/from USM-checking | CASH-CHECKING | | 30,000.00 | | 14,223.66 |
| 5/22/2001 | | Securicor Wireless | -split- | first closing- WIRED IN | | 245,103.90 | 259,327.56 |
| 5/22/2001 | D34 | DAVID ELKIN | PAID IN CAPITAL | WIRE transfer to/from USM-checking OUT | 190,000.00 | | 69,327.56 |
| 5/22/2001 | | KC Partners 1 | DEPOSIT-Licensee | WIRE transfer to/from USM-checking OUT | 25,000.00 | | 44,327.56 |
| 5/23/2001 | | transfer to/from USM-checking | CASH-CHECKING | | 30,000.00 | | 14,327.56 |
| 5/31/2001 | | First Union | INTEREST INCOME | | | 69.31 | 14,396.87 |
| 6/4/2001 | | transfer to/from USM-checking | CASH-CHECKING | | | 7,500.00 | 21,896.87 |
| 6/20/2001 | | Securicor Wireless | -split- | sale BOSTON WPCC462 | | 30,600.00 | 52,496.87 |
| 6/20/2001 | | transfer to/from USM-checking | CASH-CHECKING | | | 2,000.00 | 54,496.87 |
| 6/30/2001 | | First Union | INTEREST INCOME | | | 83.83 | 54,580.70 |
| 6/30/2001 | | First Union | BANK CHARGES | | 75.50 | | 54,505.20 |
| 7/15/2001 | | transfer to/from USM-checking | CASH-CHECKING | | 30,000.00 | | 24,505.20 |
| 7/31/2001 | | First Union | INTEREST INCOME | | | 75.27 | 24,580.47 |
| 7/31/2001 | | First Union | BANK CHARGES | | 9.00 | | 24,571.47 |
| 8/8/2001 | | Securicor Wireless | -split- | sale of 3 Boston licenses | | 143,898.00 | 168,469.47 |
| 8/16/2001 | | transfer to/from USM-checking | CASH-CHECKING | | 20,000.00 | | 148,469.47 |
| 8/22/2001 | | Securicor Wireless | -split- | 5 Boston @ $10,315 + Chicago $ 8425 | | 60,179.51 | 208,648.98 |
| 8/22/2001 | D36 | DAVID ELKIN | PAID IN CAPITAL | WIRE transfer out | 200,000.00 | | 8,648.98 |
| 8/28/2001 | | transfer to/from USM-checking | CASH-CHECKING | | 6,000.00 | | 2,648.98 |
| 8/31/2001 | | First Union | INTEREST INCOME | | | 233.48 | 2,882.46 |
| 9/30/2001 | | First Union | INTEREST INCOME | | | 4.23 | 2,886.69 |
| 9/30/2001 | | First Union | BANK CHARGES | | 45.00 | | 2,841.69 |
| 10/2/2001 | | transfer to/from USM-checking | CASH-CHECKING | | 2,000.00 | | 841.69 |
| 10/22/2001 | | First Union | INTEREST INCOME | | | 1.24 | 842.93 |
| 10/22/2001 | | transfer to/from USM-checking | CASH-CHECKING | to close a/c | 842.93 | | 0.00 |