Form **1120S**

Department of the Treasury
Internal Revenue Service

# U.S. Income Tax Return for an S Corporation

▶ Do not file this form unless the corporation has filed Form 2553
to elect to be an S corporation.
▶ See separate instructions.

OMB No. 1545-0130

**2005**

For calendar year 2005, or tax year beginning _____ , and ending _____

| | | |
|---|---|---|
| **A** Effective date of S election<br>04/04/1994 | Use the IRS label. Other-wise, print or type. | **Name**<br>US MOBILCOMM, INC.<br>**Number, street, and room or suite no.** (If a P.O. box, see instructions.)<br>805 BRYN MAWR AVE<br>**City or town, state, and ZIP code**<br>NEWTOWN SQUARE, PA      19073-4330 |

**B** Business code number (see instructions)    513000

**C** Employer identification number    23-2767067

**D** Date incorporated    04/04/1994

**E** Total assets (see instructions) $    10,779.

**F** Check applicable boxes: **(1)** ☐ Initial return  **(2)** ☐ Final return  **(3)** ☐ Name change  **(4)** ☐ Address change  **(5)** ☐ Amended return

**G** Enter number of shareholders in the corporation at end of the tax year ▶    2

**Caution:** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **Income** | **1a** Gross receipts or sales | 2,401. | **b** Less returns and allowances | **c** Bal ▶ **1c** | 2,401. |
| | **2** Cost of goods sold (Schedule A, line 8) | | **2** | |
| | **3** Gross profit. Subtract line 2 from line 1c | | **3** | 2,401. |
| | **4** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | **4** | |
| | **5** Other income (loss) (attach statement) | | **5** | |
| | **6** **Total income (loss).** Add lines 3 through 5 ▶ | | **6** | 2,401. |

| | | | |
|---|---|---|---|
| **Deductions** (see the instructions for limitations) | **7** Compensation of officers | **7** | |
| | **8** Salaries and wages (less employment credits) | **8** | |
| | **9** Repairs and maintenance | **9** | |
| | **10** Bad debts | **10** | |
| | **11** Rents | **11** | |
| | **12** Taxes and licenses      SEE STATEMENT 1. | **12** | 319. |
| | **13** Interest | **13** | |
| | **14a** Depreciation (attach Form 4562) ... **14a** | 157. | |
| | **b** Depreciation claimed on Schedule A and elsewhere on return ... **14b** | | |
| | **c** Subtract line 14b from line 14a | **14c** | 157. |
| | **15** Depletion (Do not deduct oil and gas depletion.) | **15** | |
| | **16** Advertising | **16** | |
| | **17** Pension, profit-sharing, etc., plans | **17** | |
| | **18** Employee benefit programs | **18** | |
| | **19** Other deductions (attach statement)      SEE STATEMENT 1. | **19** | 4,148. |
| | **20** **Total deductions.** Add the amounts shown in the far right column for lines 7 through 19 ▶ | **20** | 4,624. |
| | **21** Ordinary business income (loss). Subtract line 20 from line 6 | **21** | -2,223. |

| | | | |
|---|---|---|---|
| **Tax and Payments** | **22** **Tax:** a Excess net passive income tax (attach statement) ... **22a** | | |
| | **b** Tax from Schedule D (Form 1120S) ... **22b** | | |
| | **c** Add lines 22a and 22b (see the instructions for additional taxes) | **22c** | |
| | **23** **Payments:** a 2005 estimated tax payments and amount applied from 2004 return  **23a** | | |
| | **b** Tax deposited with Form 7004 ... **23b** | | |
| | **c** Credit for Federal tax paid on fuels (attach Form 4136) ... **23c** | | |
| | **d** Add lines 23a through 23c | **23d** | |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | **24** | |
| | **25** **Tax due.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed | **25** | |
| | **26** **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | **26** | |
| | **27** Enter amount of line 26 you want: **Credited to 2006 estimated tax** ▶ ____  **Refunded** ▶ | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____    Date _____    Title _____

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer's Use Only**

| | |
|---|---|
| Preparer's signature ▶ | Date _____    Check if self-employed ☒    Preparer's SSN or PTIN  P00185980 |
| Firm's name (or yours if self-employed), address, and ZIP code | RICHARD SHORIN CPA<br>255 RIDINGS WAY<br>AMBLER, PA    19002-5247 |
| | EIN _____<br>Phone no. 215-628-1991 |

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.

Form **1120S** (2005)

JSA
5C1410 2.000

23-2767067                                                6

US MOBILCOMM, INC.                                        23-2767067

Form 1120S (2005)                                                                 Page **2**

## Schedule A    Cost of Goods Sold (see instructions)

| | | |
|---|---|---|
| 1 | Inventory at beginning of year | **1** |
| 2 | Purchases | **2** |
| 3 | Cost of labor | **3** |
| 4 | Additional section 263A costs (attach statement) | **4** |
| 5 | Other costs (attach statement) | **5** |
| 6 | **Total.** Add lines 1 through 5 | **6** |
| 7 | Inventory at end of year | **7** |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | **8** |

**9a** Check all methods used for valuing closing inventory:  *(i)* ☐ Cost as described in Regulations section 1.471-3

   *(ii)* ☐ Lower of cost or market as described in Regulations section 1.471-4

   *(iii)* ☐ Other (specify method used and attach explanation) ▶ _____

**b** Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) . . . . . . . . . . . . . . . . . ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing

   inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9d** |

**e** If property is produced or acquired for resale, do the rules of Section 263A apply to the corporation? . . . . . . Yes ☒ No ☐

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? . . Yes ☐ No ☒

   If "Yes," attach explanation.

## Schedule B    Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check method of accounting:  (a) ☒ Cash  (b) ☐ Accrual  (c) ☐ Other (specify) ▶ _____ | | |
| 2 | See the instructions and enter the: | | |
| | (a) Business activity ▶ TWO WAY RADIO _____ (b) Product or service ▶ SERVICE _____ | | |
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If "Yes," attach a statement showing: (a) name, address, and employer identification number and (b) percentage owned . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 4 | Was the corporation a member of a controlled group subject to the provisions of section 1561? . . . . . . . . . . . . | | X |
| 5 | Has this corporation filed, or is it required to file, a return under section 6111 to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 6 | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . ▶ ☐ | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 7 | If the corporation: (a) was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to its basis (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain (defined in section 1374(d)(1)) in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years . . . . . . . . . . . . . . . . . . . . . . . . . ▶ $ _____ | | |
| 8 | Check this box if the corporation had accumulated earnings and profits at the close of the tax year · · · · · · · ▶ ☐ | | |
| 9 | Are the corporation's total receipts (see instructions) for the tax year **and** its total assets at the end of the tax year less than $250,000? If "Yes," the corporation is not required to complete Schedules L and M-1. | X | |

**Note:** *If the corporation had assets or operated a business in a foreign country or U.S. possession, it may be required to attach Schedule N (Form 1120), Foreign Operations of U.S. Corporations, to this return. See Schedule N for details.*

## Schedule K    Shareholders' Shares of Income, Deductions, Credits, etc.

| | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|
| | | | |
| **1** | Ordinary business income (loss) (page 1, line 21) . . . . . . . . . . . . . . . . . . . | **1** | −2,223. |
| **2** | Net rental real estate income (loss) (attach Form 8825) . . . . . . . . . . . . . . . . . | **2** | |
| **3 a** | Other gross rental income (loss) . . . . . . . . . . . . | **3a** | | |
| **b** | Expenses from other rental activities (attach statement) | **3b** | | |
| **c** | Other net rental income (loss). Subtract line 3b from line 3a | | **3c** | |
| **4** | Interest income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | |
| **5** | Dividends: **a** Ordinary dividends . . . . . . . . . . . . . . . . . . . . . . . . . | **5a** | |
| | **b** Qualified dividends . . . . . . . . . . . . . | **5b** | | |
| **6** | Royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| **7** | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) . . . . . . . . . . . . . . . . . | **7** | |
| **8 a** | Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) . . . . . . . . . . . . . . . . . | **8a** | |
| **b** | Collectibles (28%) gain (loss) . . . . . . . . . . . . . | **8b** | | |
| **c** | Unrecaptured section 1250 gain (attach statement) . . . . . | **8c** | | |
| **9** | Net section 1231 gain (loss) (attach Form 4797) . . . . . . . . . . . . . . . . . . . . . . | **9** | |
| **10** | Other income (loss) (see instructions) . . . . . . . . Type ▶ _____ | **10** | |

*Income (Loss)* (vertical label)

JSA
5C1420 3.000                                                                 Form **1120S** (2005)

US MOBILCOMM, INC.                                                    23-2767067

Form 1120S (2005)                                                                  Page **3**

| | | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|---|
| **Deductions** | 11 | Section 179 deduction *(attach Form 4562)* . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| | 12a | Contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12a | |
| | b | Investment interest expense . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12b | |
| | c | Section 59(e)(2) expenditures   (1) Type ▶ _____ (2) Amount ▶ | 12c(2) | |
| | d | Other deductions *(see instructions)* . . Type ▶ _____ | 12d | |
| **Credits & Credit Recapture** | 13 a | Low-income housing credit (section 42(j)(5)) . . . . . . . . . . . . . . . . . . . . . . . . | 13a | |
| | b | Low-income housing credit (other) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) *(attach Form 3468)* . . . . . . . . . . . | 13c | |
| | d | Other rental real estate credits (see instructions) . . Type ▶ _____ | 13d | |
| | e | Other rental credits (see instructions) . . . . . . Type ▶ _____ | 13e | |
| | f | Credit for alcohol used as fuel *(attach Form 6478)* . . . . . . . . . . . . . . . . . . . . | 13f | |
| | g | Other credits and credit recapture *(see instructions)* Type ▶_____ | 13g | |
| **Foreign Transactions** | 14 a | Name of country or U.S. possession ▶_____ | | |
| | b | Gross income from all sources . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14b | |
| | c | Gross income sourced at shareholder level . . . . . . . . . . . . . . . . . . . . . . . . | 14c | |
| | | *Foreign gross income sourced at corporate level:* | | |
| | d | Passive. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14d | |
| | e | Listed categories *(attach statement)* . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14e | |
| | f | General limitation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14f | |
| | | *Deductions allocated and apportioned at shareholder level:* | | |
| | g | Interest expense . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14g | |
| | h | Other. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14h | |
| | | *Deductions allocated and apportioned at corporate level to foreign source income:* | | |
| | i | Passive. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14i | |
| | j | Listed categories *(attach statement)* . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14j | |
| | k | General limitation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14k | |
| | | *Other information:* | | |
| | l | Total foreign taxes (check one):  ▶ ☐ Paid   ☐ Accrued . . . . . . . . . . . . . . . . | 14l | |
| | m | Reduction in taxes available for credit *(attach statement)* . . . . . . . . . . . . . . . . . | 14m | |
| | n | Other foreign tax information *(attach statement)* . . . . . . . . . . . . . . . . . . . . . | | |
| **Alternative Minimum Tax (AMT) Items** | 15 a | Post-1986 depreciation adjustment . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15a | −70. |
| | b | Adjusted gain or loss . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15b | |
| | c | Depletion (other than oil and gas) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15c | |
| | d | Oil, gas, and geothermal properties - gross income . . . . . . . . . . . . . . . . . . . . | 15d | |
| | e | Oil, gas, and geothermal properties - deductions . . . . . . . . . . . . . . . . . . . . . | 15e | |
| | f | Other AMT items *(attach statement)* . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15f | |
| **Items Affecting Shareholder Basis** | 16 a | Tax-exempt interest income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16a | |
| | b | Other tax-exempt income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16b | |
| | c | Nondeductible expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16c | |
| | d | Property distributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16d | |
| | e | Repayment of loans from shareholders . . . . . . . . . . . . . . . . . . . . . . . . . . | 16e | |
| **Other Information** | 17 a | Investment income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17a | |
| | b | Investment expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17b | |
| | c | Dividend distributions paid from accumulated earnings and profits . . . . . . . . . . . . . . | 17c | |
| | d | Other items and amounts *(attach statement)* . . . . . . . . . . . . . . . . . . . . . . . | | |
| | e | **Income/loss reconciliation.** (Required only if Schedule M-1 must be completed.) Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l . . . . . . . . . . . . . . . . . . . . | 17e | −2,223. |

Form **1120S** (2005)

US MOBILCOMM, INC.                                                          23-2767067

Form 1120S (2005)                                                                    Page **4**

**Note:** The corporation is not required to complete Schedules L and M-1 if question 9 of Schedule B is answered "Yes."

**Schedule L  Balance Sheets per Books**

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 4,616. | | 4,280. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach statement) | | | | |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach statement) | | | | |
| 10a Buildings and other depreciable assets | 43,260. | | 43,260. | |
| b Less accumulated depreciation | 42,868. | 392. | 43,025. | 235. |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | 28,500. | | 28,500. | |
| b Less accumulated amortization | 20,469. | 8,031. | 22,236. | 6,264. |
| 14 Other assets (attach statement) | | | | |
| 15 Total assets | | 13,039. | | 10,779. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | | | |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach statement) | | 37. | | NONE |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 Other liabilities (attach statement) | | | | |
| 22 Capital stock | | 5. | | 5. |
| 23 Additional paid-in capital | | 476,012. | | 476,012. |
| 24 Retained earnings | | -463,015. | | -465,238. |
| 25 Adjustments to shareholders' equity (attach statement) | | | | |
| 26 Less cost of treasury stock | | ( ) | | ( ) |
| 27 Total liabilities and shareholders' equity | | 13,039. | | 10,779. |

**Schedule M-1  Reconciliation of Income (Loss) per Books With Income (Loss) per Return**

| | | |
|---|---|---|
| 1 Net income (loss) per books | -2,223. | 5 Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): |
| 2 Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a Tax-exempt interest $ _____ |
| 3 Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14l (itemize): | | 6 Deductions included on Schedule K, lines 1 through 12 and 14l, not charged against book income this year (itemize): |
| a Depreciation $ _____ | | a Depreciation $ _____ |
| b Travel and entertainment $ _____ | | |
| | | 7 Add lines 5 and 6 |
| 4 Add lines 1 through 3 | -2,223. | 8 Income (loss) (Schedule K, line 17e). Line 4 less line 7. | -2,223. |

**Schedule M-2  Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)**

| | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|
| 1 Balance at beginning of tax year | -401,401. | | |
| 2 Ordinary income from page 1, line 21 | | | |
| 3 Other additions | | | |
| 4 Loss from page 1, line 21 | ( 2,223.) | | |
| 5 Other reductions | ( ) | ( ) | |
| 6 Combine lines 1 through 5 | -403,624. | | |
| 7 Distributions other than dividend distributions | | | |
| 8 Balance at end of tax year. Subtract line 7 from line 6 | -403,624. | | |

JSA
5C1440 2.000                                                       Form **1120S** (2005)

| Form **4562** (Rev. January 2006) Department of the Treasury Internal Revenue Service | **Depreciation and Amortization** (Including Information on Listed Property) ▶ See separate instructions.   ▶ Attach to your tax return. | | OMB No. 1545-0172 **2005** Attachment Sequence No. **67** |
|---|---|---|---|
| Name(s) shown on return | | | Identifying number |
| US MOBILCOMM, INC. | | | 23-2767067 |

Business or activity to which this form relates

GENERAL DEPRECIATION AND AMORTIZATION

### Part I   Election To Expense Certain Property Under Section 179

**Note:** *If you have any listed property, complete Part V before you complete Part I.*

| | | | |
|---|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses | 1 | |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| 6 | | |
| | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2004 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2006. Add lines 9 and 10, less line 12 ▶ | 13 | |

**Note:** *Do not use Part II or Part III below for listed property. Instead, use Part V.*

### Part II   Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special allowance for certain aircraft, certain property with a long production period, and qualified NYL or GO Zone property (other than listed property) placed in service during the tax year (see instructions) | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

### Part III   MACRS Depreciation (Do not include listed property.) (See instructions.)

#### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2005 | 17 | 157. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ | | |

#### Section B - Assets Placed in Service During 2005 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| I  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

#### Section C - Assets Placed in Service During 2005 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | MM | S/L | |

### Part IV   Summary (see instructions)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | 22 | 157. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

JSA For Paperwork Reduction Act Notice, see separate instructions.
5X2300 3.000

Form **4562** (2005) (Rev. 1-2006)

23-2767067

**10**

US MOBILCOMM, INC.                                                                                23-2767067
Form 4562 (2005) (Rev. 1-2006)                                                                             Page 2

| **Part V** | **Listed Property** (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.) |
|---|---|

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

**Section A - Depreciation and Other Information (Caution:** *See the instructions for limits for passenger automobiles.)*

| 24a Do you have evidence to support the business/investment use claimed? | | Yes | | No | | 24b If "Yes," is the evidence written? | | | | Yes | | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special allowance for certain aircraft, certain property with a long production period, and qualified NYL or GO Zone property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) . . . . . . **25** | | | | | | | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . . . . . . . . . . **28** | | | | | | | | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . **29** | | | | | | | | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (do not include commuting miles) . . . . . . . | | | | | | | | | | | | |
| **31** Total commuting miles driven during the year | | | | | | | | | | | | |
| **32** Total other personal (noncommuting) miles driven . . . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| **34** Was the vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? . . . . . . . . . . . | | | | | | | | | | | | |
| **36** Is another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons (see instructions).

| | | Yes | No |
|---|---|---|---|
| **37** Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **38** Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . . . . . . . . . . . . . . . . . . | | | |
| **39** Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **40** Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **41** Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) . . . . . . . . . . . . . . . . | | | |

**Note:** *If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.*

| **Part VI** | **Amortization** |
|---|---|

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2005 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| **43** Amortization of costs that began before your 2005 tax year . . . . . . . . . . . . . . . . . . . . . . . . . . . **43** | | | | | 1,767. |
| **44 Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . . . . . . . . . . . . . **44** | | | | | 1,767. |

JSA                                                                               Form **4562** (2005) (Rev. 1-2006)
5X2310 4.000

US MOBILCOMM, INC.

# 2005 Depreciation

**Description of Property**

GENERAL DEPRECIATION AND AMORTIZATION

| Asset description | Date placed in service | Unadjusted cost or basis | Bus. % | 179 exp. reduc. in basis | Basis Reduction | Basis for depreciation | Beginning Accumulated Depreciation | Ending Accumulated Depreciation | Me-thod | Con-ven-tion | Life | ACRS class | MA CRS class | Current -yr 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EQUIP- BAIT/WASH-USM | 01/01/1995 | 41,335. | 100. | | | 41,335. | 41,335. | 41,335. | 200 DB | HY | | | 5 | | |
| EQUIP- BAIT/WASH ANT | 11/22/1999 | 564. | 100. | 564. | | | | | 200 DB | HY | | | 5 | | |
| COMPUTER EQUIPMENT | 07/01/2002 | 1,361. | 100. | | | 1,361. | 969. | 1,126. | 200 DB | HY | | | 5 | | 157. |
| Less: Retired Assets .......... | | | | | | | | | | | | | | | |
| TOTALS .......... | | 43,260. | | 564. | | 42,696. | 42,304. | 42,461. | | | | | | | | 157. |

12

JSA
5C9027 2.000
*Assets Retired

US MOBILCOMM, INC.

# 2005 Amortization

**Description of Property**

GENERAL DEPRECIATION AND AMORTIZATION

| Asset description | Date placed in service | Cost or basis | Beginning Accumulated Amortization | Ending Accumulated Amortization | Code | Life | Current-year amortization |
|---|---|---|---|---|---|---|---|
| INCORPORATION EXP | 04/04/1994 | 1,000. | 1,000. | 1,000. | 248 | 5.000 | |
| INTANGIBLE ACQ COST | 04/04/1994 | 9,000. | 6,650. | 7,250. | 197 | 15.000 | 600. |
| FCC LICENSE | 12/01/1994 | 17,500. | 11,767. | 12,934. | 197 | 15.000 | 1,167. |
| INCORPORATION EXP | 01/01/1994 | 1,000. | 1,000. | 1,000. | 248 | 5.000 | |
| Less: Retired Assets | | | | | | | |
| **TOTALS** | | 28,500. | 20,417. | 22,184. | | | 1,767. |

* Assets Retired

JSA
5C9026 1.000

K275

23-2767067

13

US MOBILCOMM, INC.                                                        23-2767067

FORM 1120S, PAGE 1 DETAIL
================================================================================

LINE 12 - TAXES
---------------

    TAXES AND LICENSES EXCLUDING INCOME TAXES
    ------------------------------------------
    FRANCHISE AND CAPITAL STOCK TAX                                        319.
                                                                   ---------------
        TOTAL                                                              319.
                                                                   ===============


LINE 19 - SUMMARY OF TRAVEL, MEALS AND ENTERTAINMENT
----------------------------------------------------
    100% ALLOWABLE TRAVEL AND ENTERTAINMENT                                 10.
                                                                   ---------------
        TOTAL LINE 19 - TRAVEL, MEALS AND ENTERTAINMENT                     10.
                                                                   ===============


LINE 19 - OTHER DEDUCTIONS
--------------------------
    AMORTIZATION                                                         1,767.
    TRAVEL, MEALS, AND ENTERTAINMENT                                        10.
    INSURANCE                                                             350.
    DUES AND MEMBERSHIPS                                                    22.
    SUBCONTRACTED SITE COST                                               600.
    ACCOUNTING AND PROFESSIONAL SERVICES                                 1,399.
                                                                   ---------------
        TOTAL                                                            4,148.
                                                                   ===============

STATEMENT    1

US MOBILCOMM, INC.                                           23-2767067


FEDERAL FOOTNOTES
================================================================================

| RECONCILIATION OF ACC ADJ ACCOUNT TO RETAINED EARN | BEGINNING | ENDING |
|---|---|---|
| CORP EARNINGS AND PROFITS | -61,614 | -61,614 |
| ACCUMULATED EARNINGS ACCOUNT | -401,401 | -403,624 |
| BOOK RETAINED EARNINGS | -463,015 | -465,238 |

STATEMENT   2

| | | | 671105 |
|---|---|---|---|
| | ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0130 |

**Schedule K-1**
**(Form 1120S)**

**2005**

Department of the Treasury
Internal Revenue Service

For calendar year 2005, or tax
year beginning _____
and ending _____

**Shareholder's Share of Income, Deductions,**
**Credits, etc.** ▶ **See back of form and separate instructions.**

**Part I** **Information About the Corporation**

**A** Corporation's employer identification number
23-2767067

**B** Corporation's name, address, city, state, and ZIP code
US MOBILCOMM, INC.
805 BRYN MAWR AVE
NEWTOWN SQUARE, PA   19073-4330

**C** IRS Center where corporation filed return
CINCINNATI, OH 45999

**D** ☐ Tax shelter registration number, if any _____

**E** ☐ Check if Form 8271 is attached

**Part II** **Information About the Shareholder**

**F** Shareholder's identifying number
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

**G** Shareholder's name, address, city, state and ZIP code
DAVID W. ELKIN
805 BRYN MAWR AVE
NEWTOWN SQUARE, PA 19073-4330

**H** Shareholder's percentage of stock
ownership for tax year . . . . . . . . . . 75.000000 %

**Part III** **Shareholder's Share of Current Year Income,**
**Deductions, Credits, and Other Items**

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) -1,667. | 13 | Credits & credit recapture | |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | | | |
| 4 | Interest income | | | |
| 5a | Ordinary dividends | | | |
| 5b | Qualified dividends | 14 | Foreign transactions | |
| 6 | Royalties | | | |
| 7 | Net short-term capital gain (loss) | | | |
| 8a | Net long-term capital gain (loss) | | | |
| 8b | Collectibles (28%) gain (loss) | | | |
| 8c | Unrecaptured section 1250 gain | | | |
| 9 | Net section 1231 gain (loss) | | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items | |
| | | A | -53. | |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis | |
| 12 | Other deductions | | | |
| | | 17 | Other information | |
| | | * See attached statement for additional information. | | |

For IRS Use Only

For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1120S.

Schedule K-1 (Form 1120S) 2005

JSA
5C1600 4.000

23-2767067                                      **17**

671105

| | Final K-1 | | Amended K-1 | OMB No. 1545-0130 |

**Schedule K-1**
**(Form 1120S)** 2005

Department of the Treasury
Internal Revenue Service

For calendar year 2005, or tax
year beginning _____
and ending _____

**Shareholder's Share of Income, Deductions,**
**Credits, etc.**  ▶ See back of form and separate instructions.

**Part I    Information About the Corporation**

A  Corporation's employer identification number
23-2767067

B  Corporation's name, address, city, state, and ZIP code
US MOBILCOMM, INC.
805 BRYN MAWR AVE
NEWTOWN SQUARE, PA   19073-4330

C  IRS Center where corporation filed return
CINCINNATI, OH 45999

D  ☐ Tax shelter registration number, if any _____
E  ☐ Check if Form 8271 is attached

**Part II    Information About the Shareholder**

F  Shareholder's identifying number
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

G  Shareholder's name, address, city, state, and ZIP code
JEFFREY NORMAN
202 WEED ST.
NEW CANAAN, CT 06840

H  Shareholder's percentage of stock
ownership for tax year . . . . . . . . . . 25.000000 %

**Part III    Shareholder's Share of Current Year Income,**
**Deductions, Credits, and Other Items**

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) -556. | 13 | Credits & credit recapture |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items A   -17. |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| 12 | Other deductions | | |
| | | 17 | Other information |

For IRS Use Only

* See attached statement for additional information.

For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1120S.

Schedule K-1 (Form 1120S) 2005

JSA
5C1600 4.000

23-2767067                18

Form **1120S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

▶ Do not file this form unless the corporation has filed Form 2553 to elect to be an S corporation.
▶ See separate instructions.

OMB No. 1545-0130

**2006**

For calendar year 2006 or tax year beginning _____ , and ending _____

| A Effective date of S election | | Name | | C Employer identification number |
|---|---|---|---|---|
| 04/04/1994 | Use IRS label. Other- wise, print or type. | US MOBILCOMM, INC. | | 23-2767067 |
| B Business activity code number (see instructions) | | Number, street, and room or suite no. If a P.O. box, see instructions. | | D Date incorporated |
| | | 805 BRYN MAWR AVE | | 04/04/1994 |
| 513000 | | City or town, state, and ZIP code | | E Total assets (see instructions) |
| | | NEWTOWN SQUARE, PA          19073-4330 | | $ 5,884. |

F Check if: **(1)** ☐ Initial return   **(2)** ☐ Final return   **(3)** ☐ Name change   **(4)** ☐ Address change   **(5)** ☐ Amended return

G Enter the number of shareholders in the corporation at the end of the tax year . . . . . . . . . . . . . . . . . . . . . . ▶ 2

H Check if Schedule M-3 is required (attach Schedule M-3) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

Caution. Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **Income** | 1 a Gross receipts or sales | 900. | b Less returns and allowances | c Bal ▶ | **1c** | 900. |
| | 2 Cost of goods sold (Schedule A, line 8) . . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| | 3 Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . . . . . | **3** | 900. |
| | 4 Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . . . . . . . | **4** | |
| | 5 Other income (loss) (see instructions - attach statement) . . . . . . . . . . . . . . . | **5** | |
| | 6 Total income (loss). Add lines 3 through 5 . . . . . . . . . . . . . . . . . . . . ▶ | **6** | 900. |

| | | | |
|---|---|---|---|
| **Deductions (see instructions for limitations)** | 7 Compensation of officers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | |
| | 8 Salaries and wages (less employment credits) . . . . . . . . . . . . . . . . . . . | **8** | |
| | 9 Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | |
| | 10 Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | |
| | 11 Rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | |
| | 12 Taxes and licenses . . . . . . . . . . . . . . . . . . SEE STATEMENT 1 | **12** | 285. |
| | 13 Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13** | |
| | 14 Depreciation not claimed on Schedule A or elsewhere on return (attach Form 4562) . . . . | **14** | 157. |
| | 15 Depletion (Do not deduct oil and gas depletion.) . . . . . . . . . . . . . . . . . . | **15** | |
| | 16 Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | |
| | 17 Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . . . . . . . . . . | **17** | |
| | 18 Employee benefit programs . . . . . . . . . . . . . . . . . . . . . . . . . . . | **18** | |
| | 19 Other deductions (attach statement) . . . . . . . . . . . . . SEE STATEMENT 1 | **19** | 5,626. |
| | 20 Total deductions. Add lines 7 through 19 . . . . . . . . . . . . . . . . . . . ▶ | **20** | 6,068. |
| | 21 Ordinary business income (loss). Subtract line 20 from line 6 . . . . . . . . . . . . | **21** | -5,168. |

| | | | | |
|---|---|---|---|---|
| **Tax and Payments** | 22 a Excess net passive income or LIFO recapture tax (see instructions) . . . . . . . . . . | **22a** | | |
| | b Tax from Schedule D (Form 1120S) . . . . . . . . . . | **22b** | | |
| | c Add lines 22a and 22b (see instructions for additional taxes) . . . . . . . . . . . . . . | **22c** | |
| | 23 a 2006 estimated tax payments and 2005 overpayment credited to 2006 . . . . . . . . . . | **23a** | | |
| | b Tax deposited with Form 7004 . . . . . . . . . . . . . . | **23b** | | |
| | c Credit for federal tax paid on fuels (attach Form 4136) . . . . . . . | **23c** | | |
| | d Credit for federal telephone excise tax paid (attach Form 8913) . . . . | **23d** | | |
| | e Add lines 23a through 23d . . . . . . . . . . . . . . . . . . . . . . . . . . . | **23e** | |
| | 24 Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . . . . ▶ ☐ | **24** | |
| | 25 Amount owed. If line 23e is smaller than the total of lines 22c and 24, enter amount owed . . . . . . . | **25** | |
| | 26 Overpayment. If line 23e is larger than the total of lines 22c and 24, enter amount overpaid . . . . . . . | **26** | |
| | 27 Enter amount from line 26 Credited to 2007 estimated tax ▶ | Refunded ▶ | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

Signature of officer _____ Date _____ Title _____

| **Paid Preparer's Use Only** | Preparer's signature ▶ | | Date | Check if self- employed ☒ | Preparer's SSN or PTIN  P00185980 |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code | RICHARD SHORIN CPA  255 RIDINGS WAY  AMBLER, PA   19002-5247 | | EIN | Phone no. 215-628-1991 |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Form **1120S** (2006)

JSA
6C1410 2.000

02/22/2007                    23-2767067                    13

US MOBILCOMM, INC.                                           23-2767067

Form 1120S (2006)                                                    Page **2**

### Schedule A — Cost of Goods Sold (see instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs *(attach statement)* | 4 | |
| 5 | Other costs *(attach statement)* | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | |

9a Check all methods used for valuing closing inventory:  (i) ☐ Cost as described in Regulations section 1.471-3

(ii) ☐ Lower of cost or market as described in Regulations section 1.471-4

(iii) ☐ Other (Specify method used and attach explanation.) ▶ _____

b Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) . . . . . . . . . . . . . . . . ▶ ☐

c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . ▶ ☐

d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing

inventory computed under LIFO | 9d | |

e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? . . . . . . Yes ☒ No ☐

f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? . . Yes ☒ No ☐

If "Yes," attach explanation.

### Schedule B — Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:  a ☒ Cash  b ☐ Accrual  c ☐ Other (specify) ▶ _____ | | |
| 2 | See the instructions and enter the: | | |
| | a Business activity ▶ _TWO WAY RADIO_____ b Product or service ▶ SERVICE _____ | | |
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If "Yes," attach a statement showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) if 100% owned, was a QSub election made? . . . . . . . . . . | | X |
| 4 | Was the corporation a member of a controlled group subject to the provisions of section 1561? . . . . . . . . . . . . . | | X |
| 5 | Has this corporation filed, or is it required to file, a return under section 6111 to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 6 | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . ▶ ☐ | | |
| | If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 7 | If the corporation: (a) was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to its basis (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain (defined in section 1374(d)(1)) in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ $_____ | | |
| 8 | Enter the accumulated earnings and profits of the corporation at the end of the tax year.        $ _____ | | |
| 9 | Are the corporation's total receipts *(see instructions)* for the tax year **and** its total assets at the end of the tax year less than $250,000? If "Yes," the corporation is not required to complete Schedules L and M-1. | X | |

**Note:** *If the corporation, at any time during the tax year, had assets or operated a business in a foreign country or U.S. possession, it may be required to attach Schedule N (Form 1120), Foreign Operations of U.S. Corporations, to this return. See Schedule N for details.*

### Schedule K — Shareholders' Pro Rata Share Items

| | | | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21) . . . . . . . . . . . . . . . . . . . . . . . | 1 | −5,168. |
| | 2 | Net rental real estate income (loss) *(attach Form 8825)* . . . . . . . . . . . . . . . . | 2 | |
| | 3 a | Other gross rental income (loss) . . . . . . . . . | 3a | | |
| | b | Expenses from other rental activities *(attach statement)* | 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 | Interest income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| | 5 | Dividends: a Ordinary dividends . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5a | |
| | | b Qualified dividends . . . . . . . . . . . . | 5b | | |
| | 6 | Royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| | 7 | Net short-term capital gain (loss) *(attach Schedule D (Form 1120S))* . . . . . . . . . . . . . . | 7 | |
| | 8 a | Net long-term capital gain (loss) *(attach Schedule D (Form 1120S))* . . . . . . . . . . . . . . | 8a | |
| | b | Collectibles (28%) gain (loss) . . . . . . . . . . . . . | 8b | | |
| | c | Unrecaptured section 1250 gain *(attach statement)* . . . . . | 8c | | |
| | 9 | Net section 1231 gain (loss) *(attach Form 4797)* . . . . . . . . . . . . . . . . . . . . . | 9 | |
| | 10 | Other income (loss) *(see instructions)* . . . . . . . . Type ▶ _____ | 10 | |

JSA
6C1420 2.000                                                                Form **1120S** (2006)

US MOBILCOMM, INC.    23-2767067

Form 1120S (2006)    Page **3**

| | | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|---|
| **Deductions** | 11 | Section 179 deduction *(attach Form 4562)* | 11 | |
| | 12a | Contributions | 12a | |
| | b | Investment interest expense | 12b | |
| | c | Section 59(e)(2) expenditures   (1) Type ▶ _____ (2) Amount ▶ | 12c(2) | |
| | d | Other deductions *(see instructions)*   . .Type ▶ _____ | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) | 13a | |
| | b | Low-income housing credit (other) | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) *(attach Form 3468)* | 13c | |
| | d | Other rental real estate credits *(see instructions)*  . . Type ▶ _____ | 13d | |
| | e | Other rental credits (see instructions)  . . . . . . . Type ▶ _____ | 13e | |
| | f | Credit for alcohol used as fuel *(attach Form 6478)* | 13f | |
| | g | Other credits *(see instructions)*  . . . . . . . . . Type ▶ _____ | 13g | |
| **Foreign Transactions** | 14a | Name of country or U.S. possession ▶ _____ | | |
| | b | Gross income from all sources | 14b | |
| | c | Gross income sourced at shareholder level | 14c | |
| | | *Foreign gross income sourced at corporate level* | | |
| | d | Passive | 14d | |
| | e | Listed categories *(attach statement)* | 14e | |
| | f | General limitation | 14f | |
| | | *Deductions allocated and apportioned at shareholder level* | | |
| | g | Interest expense | 14g | |
| | h | Other | 14h | |
| | | *Deductions allocated and apportioned at corporate level to foreign source income* | | |
| | i | Passive | 14i | |
| | j | Listed categories *(attach statement)* | 14j | |
| | k | General limitation | 14k | |
| | | *Other information* | | |
| | l | Total foreign taxes (check one):  ▶ ☐ Paid  ☐ Accrued | 14l | |
| | m | Reduction in taxes available for credit *(attach statement)* | 14m | |
| | n | Other foreign tax information *(attach statement)* | | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment | 15a | −70. |
| | b | Adjusted gain or loss | 15b | |
| | c | Depletion (other than oil and gas) | 15c | |
| | d | Oil, gas, and geothermal properties - gross income | 15d | |
| | e | Oil, gas, and geothermal properties - deductions | 15e | |
| | f | Other AMT items *(attach statement)* | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income | 16a | |
| | b | Other tax-exempt income | 16b | |
| | c | Nondeductible expenses | 16c | |
| | d | Property distributions | 16d | |
| | e | Repayment of loans from shareholders | 16e | |
| **Other Information** | 17a | Investment income | 17a | |
| | b | Investment expenses | 17b | |
| | c | Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d | Other items and amounts *(attach statement)* | | |
| **Recon-ciliation** | 18 | **Income/loss reconciliation. Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l** . . . . . . . . | 18 | −5,168. |

Form **1120S** (2006)

US MOBILCOMM, INC.                                          23-2767067

Form 1120S (2006)                                                    Page **4**

### Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 4,280. | | 1,309. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | ( ) | | ( ) | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach statement) | | | | |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach statement) | | | | |
| 10a Buildings and other depreciable assets | 43,260. | | 43,260. | |
| b Less accumulated depreciation | ( 43,025) | 235. | ( 43,182) | 78. |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | 28,500. | | 28,500. | |
| b Less accumulated amortization | ( 22,236) | 6,264. | ( 24,003) | 4,497. |
| 14 Other assets (attach statement) | | | | |
| 15 Total assets | | 10,779. | | 5,884. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | | | |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach statement) | STMT 2 | NONE | | 31. |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 Other liabilities (attach statement) | | | | |
| 22 Capital stock | | 5. | | 5. |
| 23 Additional paid-in capital | | 476,012. | | 476,012. |
| 24 Retained earnings | | −465,238. | | −470,164. |
| 25 Adjustments to shareholders' equity (attach statement) | | | | |
| 26 Less cost of treasury stock | | ( ) | | ( ) |
| 27 Total liabilities and shareholders' equity | | 10,779. | | 5,884. |

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return
Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more - see instructions

| | | |
|---|---|---|
| 1 Net income (loss) per books | −4,895. | |
| 2 Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | |
| 3 Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14l (itemize): | | |
| a Depreciation $ _____ | | |
| b Travel and entertainment $ _____ | | |
| 4 Add lines 1 through 3 | −4,895. | |

| | | |
|---|---|---|
| 5 Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | |
| a Tax-exempt interest $ _____ SEE STATEMENT 3 | | 273. |
| 6 Deductions included on Schedule K, lines 1 through 12 and 14l, not charged against book income this year (itemize): | | |
| a Depreciation $ _____ | | |
| 7 Add lines 5 and 6 | | 273. |
| 8 Income (loss) (Schedule K, line 18). Line 4 less line 7 | | −5,168. |

### Schedule M-2 — Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|
| 1 Balance at beginning of tax year | −403,624. | | |
| 2 Ordinary income from page 1, line 21 | | | |
| 3 Other additions  SEE STATEMENT 3. | 273. | | |
| 4 Loss from page 1, line 21 | ( 5,168 ) | | |
| 5 Other reductions | ( ) | ( ) | |
| 6 Combine lines 1 through 5 | −408,519. | | |
| 7 Distributions other than dividend distributions | | | |
| 8 Balance at end of tax year. Subtract line 7 from line 6 | −408,519. | | |

JSA
6C1440 2.000                                                    Form **1120S** (2006)

02/22/2007                          23−2767067              16

Form **4562**

Department of the Treasury
Internal Revenue Service

## Depreciation and Amortization
### (Including Information on Listed Property)

► See separate instructions.    ► Attach to your tax return.

OMB No. 1545-0172

**2006**

Attachment
Sequence No. **67**

Name(s) shown on return

US MOBILCOMM, INC.

Business or activity to which this form relates

Identifying number

23-2767067

GENERAL DEPRECIATION AND AMORTIZATION

### Part I    Election To Expense Certain Property Under Section 179
Note: If you have any listed property, complete Part V before you complete Part I.

| | | | | |
|---|---|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses | | 1 | |
| 2 | Total cost of section 179 property placed in service (see instructions) | | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation | | 3 | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | | 5 | |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|
| 6 | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | 8 | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2005 Form 4562 | | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | | 12 | |
| 13 | Carryover of disallowed deduction to 2007. Add lines 9 and 10, less line 12 . . . . . ► | 13 | | |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

### Part II    Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special allowance for qualified New York Liberty or Gulf Opportunity Zone property (other than listed property) placed in service during the tax year (see instructions) | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

### Part III    MACRS Depreciation (Do not include listed property.) (See instructions.)

#### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2006 | 17 | 157. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . . . ► | | |

#### Section B - Assets Placed in Service During 2006 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

#### Section C - Assets Placed in Service During 2006 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | MM | S/L | |

### Part IV    Summary (see instructions)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | 22 | 157. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

JSA  **For Paperwork Reduction Act Notice, see separate instructions.**
6X2300 1.000

Form **4562** (2006)

US MOBILCOMM, INC.

## 2006 Depreciation

**Description of Property**

**GENERAL DEPRECIATION AND AMORTIZATION**

| Asset description | Date placed in service | Unadjusted cost or basis | 179 exp reduc in basis | Basis Reduction | Basis for depreciation | Beginning Accumulated Depreciation | Ending Accumulated Depreciation | Me-thod | Con-ven-tion | Life | ACRS class | MA CRS class | Current -yr 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EQUIP- BALT/WASH-USM | 01/01/1995 | 41,335. | | | 41,335. | 41,335. | 41,335. | 200 DB | HY | | | 5 | | |
| COMPUTER EQUIPMENT | 07/01/2002 | 1,361. | | | 1,361. | 1,126. | 1,283. | 200 DB | HY | | | 5 | | 157. |
| Less: Retired Assets | | | | | | | | | | | | | | |
| **TOTALS** | | 42,696. | | | 42,696. | 42,461. | 42,618. | | | | | | | 157. |

\*Assets Retired

JSA
6C9027 1.000

02/22/2007

1 9

## 2006 Amortization

US MOBILCOMM, INC.
Description of Property
GENERAL DEPRECIATION AND AMORTIZATION

| Asset description | Date placed in service | Cost or basis | Beginning Accumulated Amortization | Ending Accumulated Amortization | Code | Life | Current-year amortization |
|---|---|---|---|---|---|---|---|
| INCORPORATION EXP | 04/04/1994 | 1,000. | 1,000. | 1,000. | 248 | 5.000 | |
| INTANGIBLE ACQ COST | 04/04/1994 | 9,000. | 7,250. | 7,850. | 197 | 15.000 | 600. |
| FCC LICENSE | 12/01/1994 | 17,500. | 12,934. | 14,101. | 197 | 15.000 | 1,167. |
| INCORPORATION EXP | 01/01/1994 | 1,000. | 1,000. | 1,000. | 248 | 5.000 | |
| Less: Retired Assets . . . . . . . . . . . . . . . | | | | | | | |
| TOTALS . . . . . . . . . . . . . . . | | 28,500. | 22,184. | 23,951. | | | 1,767. |

* Assets Retired

JSA
6C9026 1.000

K275  02/22/2007                    23-2767067                                        20

US MOBILCOMM, INC.                                              23-2767067


FORM 1120S, PAGE 1 DETAIL
====================================================================================

LINE 12 - TAXES
---------------

   TAXES AND LICENSES EXCLUDING INCOME TAXES
   ------------------------------------------
   FRANCHISE AND CAPITAL STOCK TAX                                285.
                                                        ---------------
      TOTAL                                                     285.
                                                        ===============


LINE 19 - OTHER DEDUCTIONS
--------------------------
   AMORTIZATION                                                 1,767.
   INSURANCE                                                      350.
   DUES AND MEMBERSHIPS                                            309.
   SUBCONTRACTED SITE COST                                        600.
   ACCOUNTING SERVICES                                            100.
   LEGAL SERVICES                                               2,500.
                                                        ---------------
      TOTAL                                                   5,626.
                                                        ===============

STATEMENT   1

US MOBILCOMM, INC.                                                                  23-2767067


FORM 1120S, PAGE 4 DETAIL - SCH L
================================================================================

|                                          | BEGINNING | ENDING |
| ---------------------------------------- | --------- | ------ |
| LINE 18 - OTHER CURRENT LIABILITIES      |           |        |
| SALES TAX PAYABLE                        | NONE      | 31.    |
| TOTAL                                    | NONE      | 31.    |

US MOBILCOMM, INC.                                            23-2767067


FORM 1120S, PAGE 4 DETAIL
=============================================================================


SCH M-1, LINE 5 - INCOME ON BOOKS NOT INCLUDED IN RETURN
-----------------------------------------------------------
  IRS REFUND                                                      273.
                                                         ---------------
    TOTAL                                                         273.
                                                         ===============

SCH M-2, LINE 3 - OTHER ADDITIONS - AAA
----------------------------------------
  IRS REFUND                                                      273.
                                                         ---------------
    TOTAL                                                         273.
                                                         ===============


                                                    STATEMENT   3

          02/22/2007                 23-2767067          24

US MOBILCOMM, INC.                                          23-2767067


FEDERAL FOOTNOTES
================================================================================

```
RECONCILIATION OF ACC ADJ ACCOUNT TO RETAINED EARN   BEGINNING    ENDING
CORP EARNINGS AND PROFITS                             -61,614     -61,614
ACCUMULATED EARNINGS ACCOUNT                         -403,624    -408,550
BOOK RETAINED EARNINGS                               -465,238    -470,164
```

STATEMENT   4

| | | | | | |
|---|---|---|---|---|---|
| | | | ☐ Final K-1 | ☐ Amended K-1 | **671106**<br>OMB No. 1545-0130 |

**Schedule K-1**
**(Form 1120S)**                                        20**06**

Department of the Treasury
Internal Revenue Service

For calendar year 2006, or tax

year beginning _____

and ending _____

**Shareholder's Share of Income, Deductions,**
**Credits, etc.**   ▶ **See back of form and separate instructions.**

**Part I**   **Information About the Corporation**

**A**   Corporation's employer identification number

23-2767067

**B**   Corporation's name, address, city, state, and ZIP code

US MOBILCOMM, INC.
805 BRYN MAWR AVE
NEWTOWN SQUARE, PA 19073-4330

**C**   IRS Center where corporation filed return

CINCINNATI

**D**   ☐   Tax shelter registration number, if any _____

**E**   ☐   Check if Form 8271 is attached

**Part II**   **Information About the Shareholder**

**F**   Shareholder's identifying number

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

**G**   Shareholder's name, address, city, state and ZIP code

JEFFREY NORMAN
202 WEED ST.
NEW CANAAN, CT 06840

**H**   Shareholder's percentage of stock
ownership for tax year . . . . . . . . . . **25.000000**   %

| **Part III** | **Shareholder's Share of Current Year Income,**<br>**Deductions, Credits, and Other Items** | | |
|---|---|---|---|
| **1** | Ordinary business income (loss)<br>−1,292. | **13** | Credits |
| **2** | Net rental real estate income (loss) | | |
| **3** | Other net rental income (loss) | | |
| **4** | Interest income | | |
| **5a** | Ordinary dividends | | |
| **5b** | Qualified dividends | **14** | Foreign transactions |
| **6** | Royalties | | |
| **7** | Net short-term capital gain (loss) | | |
| **8a** | Net long-term capital gain (loss) | | |
| **8b** | Collectibles (28%) gain (loss) | | |
| **8c** | Unrecaptured section 1250 gain | | |
| **9** | Net section 1231 gain (loss) | | |
| **10** | Other income (loss) | **15** | Alternative minimum tax (AMT) items |
| | | A | −17. |
| **11** | Section 179 deduction | **16** | Items affecting shareholder basis |
| **12** | Other deductions | | |
| | | **17** | Other information |
| | | * See attached statement for additional information. | |

For IRS Use Only

671106

| | Final K-1 | | Amended K-1 | OMB No. 1545-0130 |

**Schedule K-1**
**(Form 1120S)**    2006

Department of the Treasury
Internal Revenue Service

For calendar year 2006, or tax

year beginning _____

and ending _____

**Shareholder's Share of Income, Deductions,
Credits, etc.** ▶ See back of form and separate instructions.

**Part I**   **Information About the Corporation**

**A**   Corporation's employer identification number

23-2767067

**B**   Corporation's name, address, city, state, and ZIP code

US MOBILCOMM, INC.
805 BRYN MAWR AVE
NEWTOWN SQUARE, PA 19073-4330

**C**   IRS Center where corporation filed return

CINCINNATI

**D**   Tax shelter registration number, if any _____

**E**   ☐ Check if Form 8271 is attached

**Part II**   **Information About the Shareholder**

**F**   Shareholder's identifying number

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

**G**   Shareholder's name, address, city, state and ZIP code

DAVID W. ELKIN
805 BRYN MAWR AVE
NEWTOWN SQUARE, PA 19073-4330

**H**   Shareholder's percentage of stock
ownership for tax year . . . . . . . . . . 75.000000   %

For IRS Use Only

**Part III**   **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) -3,876. | 13 | Credits | |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | | | |
| 4 | Interest income | | | |
| 5a | Ordinary dividends | | | |
| 5b | Qualified dividends | 14 | Foreign transactions | |
| 6 | Royalties | | | |
| 7 | Net short-term capital gain (loss) | | | |
| 8a | Net long-term capital gain (loss) | | | |
| 8b | Collectibles (28%) gain (loss) | | | |
| 8c | Unrecaptured section 1250 gain | | | |
| 9 | Net section 1231 gain (loss) | | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items | |
| | | A | -53. | |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis | |
| 12 | Other deductions | | | |
| | | 17 | Other information | |

\* See attached statement for additional information.