CERTIFICATE OF SERVICE

I, Steve L. Caponi, hereby certify that on this 9th day of October, 2007, the attached **DEFENDANTS' SUBMISSION IN COMPLIANCE WITH COURT ORDER DATED AUGUST 29, 2007** was e-filed with Court and served electronically upon the parties listed below:

> Sean Bellew, Esquire
> David Felice, Esquire
> Cozen O'Connor
> Chase Manhattan Centre
> 1201 N Market Street, Suite 1400
> Wilmington, DE  19801

> _/s/ Steven L. Caponi_
> Steven L. Caponi (DE Bar #3484)