# EXHIBIT B

# SCHEDULE K-1
## (Form 1120S)

Department of the Treasury
Internal Revenue Service

# Shareholder's Share of Income, Credits, Deductions, etc.
▶ See separate instructions.

For calendar year 2000 or tax year

beginning _____ , 2000, and ending _____ , 20 ___

OMB. No. 1545-0130

**2000**

| Shareholder's identifying number ▶ 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 | Corporation's identifying number ▶ 23-2767067 |
|---|---|
| Shareholder's name, address, and ZIP code | Corporation's name, address, and ZIP code |
| JEFFREY NORMAN<br>1824 STORRS ROAD<br>STORRS, CT 06268 | US MOBILCOMM, INC.<br>805 BRYN MAWR AVE<br>NEWTOWN SQUARE, PA  19073-4330 |

A  Shareholder's percentage of stock ownership for tax year (see instructions for Schedule K-1) . . . . . . . . . . . . . . ▶ __25.000000__ %

B  Internal Revenue Service Center where corporation filed its return ▶  CINCINNATI, OH 45999

C  Tax shelter registration number (see instructions for Schedule K-1) . . . . . . . . . . . . . . . . . . . . ▶ _____

D  Check applicable boxes:    (1) ☐ Final K-1    (2) ☐ Amended K-1

| | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1  Ordinary income (loss) from trade or business activities . . . . . . . . | 1 | 6,264. | See pages 4 and 5 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 2  Net income (loss) from rental real estate activities . . . . . . . . . . | 2 | | |
| | 3  Net income (loss) from other rental activities . . . . . . . . . . | 3 | | |
| | 4  Portfolio income (loss): | | | |
| | a  Interest . . . . . . . . . . . . . . . . . . . . . . . . | 4a | 189. | Sch. B, Part I, line 1 |
| | b  Ordinary dividends . . . . . . . . . . . . . . . . | 4b | | Sch. B, Part II, line 5 |
| | c  Royalties . . . . . . . . . . . . . . . . . . . . | 4c | | Sch. E, Part I, line 4 |
| | d  Net short-term capital gain (loss) . . . . . . . . . . . . . . . | 4d | | Sch. D, line 5, col. (f) |
| | e  Net long-term capital gain (loss): | | | |
| | (1) 28% rate gain (loss) . . . . . . . . . . . | 4e(1) | | Sch. D, line 12, col. (g) |
| | (2) Total for year . . . . . . . . . . . | 4e(2) | 16,711. | Sch. D, line 12, col. (f) |
| | f  Other portfolio income (loss) (attach schedule) . . . . . . . . . . | 4f | | (Enter on applicable line of your return.) |
| | 5  Net section 1231 gain (loss) (other than due to casualty or theft) . . . | 5 | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 6  Other income (loss) (attach schedule) . . . . . . . . . . . . . | 6 | | (Enter on applicable line of your return.) |
| **Deductions** | 7  Charitable contributions (attach schedule) . . . . . . . . . . . . | 7 | | Sch. A, line 15 or 16 |
| | 8  Section 179 expense deduction . . . . . . . . . . . . . . | 8 | | See page 6 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 9  Deductions related to portfolio income (loss) (attach schedule) . . . | 9 | | |
| | 10  Other deductions (attach schedule) . . . . . . . . . . . . | 10 | | |
| **Investment Interest** | 11a  Interest expense on investment debts . . . . . . . . . . . . | 11a | | Form 4952, line 1 |
| | b  (1) Investment income included on lines 4a, 4b, 4c, and 4f above . . . | 11b(1) | 189. | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | (2) Investment expenses included on line 9 above . . . . . . . . . | 11b(2) | | |
| **Credits** | 12a  Credit for alcohol used as fuel . . . . . . . . . . . . . | 12a | | Form 6478, line 10 |
| | b  Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships for property placed in service before 1990 . . . . . . . . . . . . . . . | 12b(1) | | Form 8586, line 5 |
| | (2) Other than on line 12b(1) for property placed in service before 1990 . . . . . . . . . . . . . . . | 12b(2) | | |
| | (3) From section 42(j)(5) partnerships for property placed in service after 1989 . . . . . . . . . . . . . | 12b(3) | | |
| | (4) Other than on line 12b(3) for property placed in service after 1989 . . . . . . . . . . . . . | 12b(4) | | |
| | c  Qualified rehabilitation expenditures related to rental real estate activities . . . . . . . . . . . . . . . | 12c | | |
| | d  Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities . . . . . . . . . . . . . . . | 12d | | See page 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | e  Credits related to other rental activities . . . . . . . . . . . . | 12e | | |
| | 13  Other credits . . . . . . . . . . . . . . . . . . . | 13 | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.

Schedule K-1 (Form 1120S) 2000

Schedule K-1 (Form 1120S) (2000)    SHAREHOLDER#02    JEFFREY NORMAN    Page **2**

| (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **Adjustments and Tax Preference items** 14a Depreciation adjustment on property placed in service after 1986 | 14a | -3,629. | See page 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S) and Instructions for Form 6251 |
| b Adjusted gain or loss | 14b | | |
| c Depletion (other than oil and gas) | 14c | | |
| d (1) Gross income from oil, gas, or geothermal properties | 14d(1) | | |
| (2) Deductions allocable to oil, gas, or geothermal properties | 14d(2) | | |
| e Other adjustments and tax preference items (atth sch.) | 14e | | |
| **Foreign Taxes** 15a Name of foreign country or U.S. possession ▶ | | | |
| b Gross income sourced at shareholder level | 15b | | |
| c Foreign gross income sourced at corporate level: | | | |
| (1) Passive | 15c(1) | | |
| (2) Listed categories (attach schedule) | 15c(2) | | |
| (3) General limitation | 15c(3) | | |
| d Deductions allocated and apportioned at shareholder level: | | | Form 1116, Part I |
| (1) Interest expense | 15d(1) | | |
| (2) Other | 15d(2) | | |
| e Deductions allocated and apportioned at corporate level to foreign source income: | | | |
| (1) Passive | 15e(1) | | |
| (2) Listed categories (attach schedule) | 15e(2) | | |
| (3) General limitation | 15e(3) | | |
| f Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 15f | | Form 1116, Part II |
| g Reduction in taxes available for credit and gross income from all sources (attach schedule) | 15g | | See Instructions for Form 1116 |
| **Other** 16 Section 59(e)(2) expenditures: a Type ▶ | | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| b Amount | 16b | | |
| 17 Tax-exempt interest income | 17 | | Form 1040, line 8b |
| 18 Other tax-exempt income | 18 | | |
| 19 Nondeductible expenses | 19 | | See pages 7 and 8 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| 20 Property distributions (including cash) other than dividend distributions reported to you on Form 1099-DIV | 20 | NONE | |
| 21 Amount of loan repayments for "Loans From Shareholders" | 21 | | |
| 22 Recapture of low-income housing credit: | | | |
| a From section 42(j)(5) partnerships | 22a | | Form 8611, line 8 |
| b Other than on line 22a | 22b | | |
| **Supplemental Information** 23 Supplemental information required to be reported separately to each shareholder (attach additional schedules if more space is needed): | | | |

JSA
0C1610 3.000

MC000544

02/20/2001                    23-2767067                    25

Schedule K-1 (Form 1120S) 2000

**SCHEDULE K-1**
**(Form 1120S)**

Department of the Treasury
Internal Revenue Service

# Shareholder's Share of Income, Credits, Deductions, etc.

▶ See separate Instructions.

For calendar year 2001 or tax year

beginning _____, 2001, and ending _____, 20 _____

OMB. No. 1545-0130

**2001**

| Shareholder's identifying number ▶ 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 | Corporation's identifying number ▶ 23-2767067 |
|---|---|
| Shareholder's name, address, and ZIP code | Corporation's name, address, and ZIP code |
| JEFFREY NORMAN<br>202 WEED ST.<br>NEW CANAAN, CT   06840 | US MOBILCOMM, INC.<br>805 BRYN MAWR AVE<br>NEWTOWN SQUARE, PA   19073-4330 |

A  Shareholder's percentage of stock ownership for tax year (see Instructions for Schedule K-1) . . . . . . . . . . . . . . . ▶ 25.000000 %

B  Internal Revenue Service Center where corporation filed its return ▶ Cincinnati, OH 45999

C  Tax shelter registration number (see instructions for Schedule K-1) . . . . . . . . . . . . . . ▶ _____

D  Check applicable boxes:  (1) ☐ Final K-1  (2) ☐ Amended K-1

| | | (a) Pro rata share items | | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary income (loss) from trade or business activities . . . . . . . | | 1 | -20,063. | See page 4 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 2 | Net income (loss) from rental real estate activities . . . . . . . . . | | 2 | | |
| | 3 | Net income (loss) from other rental activities . . . . . . . . . . . . | | 3 | | |
| | 4 | Portfolio income (loss): | | | | |
| | a | Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 4a | 521. | Sch. B, Part I, line 1 |
| | b | Ordinary dividends . . . . . . . . . . . . . . . . . . . . . . . | | 4b | | Sch. B, Part II, line 5 |
| | c | Royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) . . . . . . . . . . . . . . . . | | 4d | | Sch. D, line 5, col. (f) |
| | e | (1) Net long-term capital gain (loss) . . . . . . . . . . . . . . . | | 4e(1) | 104,000. | Sch. D, line 12, col. (f) |
| | | (2) 28% rate gain (loss) . . . . . . . . . . . . . . . . . . . . | | 4e(2) | | Sch. D, line 12, col. (g) |
| | | | | | | Line 4 of worksheet for |
| | | (3) Qualified 5-year gain . . . . . . . . . . . . . . . . . . . . | | 4e(3) | | Sch. D, line 29 |
| | f | Other portfolio income (loss) (attach schedule) . . . . . . . . . . . | | 4f | | (Enter on applicable line of your return.) |
| | 5 | Net section 1231 gain (loss) (other than due to casualty or theft) . . . | | 5 | -4,398. | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 6 | Other income (loss) (attach schedule) . . . . . . . . . . . . . . . | | 6 | | (Enter on applicable line of your return.) |
| **Deductions** | 7 | Charitable contributions (attach schedule) . . . . . . . . . . . . . | | 7 | | Sch. A, line 15 or 16 |
| | 8 | Section 179 expense deduction . . . . . . . . . . . . . . . . . | | 8 | | See page 6 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 9 | Deductions related to portfolio income (loss) (attach schedule) . . . | | 9 | | |
| | 10 | Other deductions (attach schedule) . . . . . . . . . . . . . . | | 10 | | |
| **Investment Interest** | 11a | Interest expense on investment debts . . . . . . . . . . . . . | | 11a | | Form 4952, line 1 |
| | b | (1) Investment income included on lines 4a, 4b, 4c, and 4f above . . | | 11b(1) | 521. | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | | (2) Investment expenses included on line 9 above . . . . . . . . | | 11b(2) | | |
| **Credits** | 12a | Credit for alcohol used as fuel . . . . . . . . . . . . . . . . | | 12a | | Form 6478, line 10 |
| | b | Low-income housing credit: | | | | |
| | | (1) From section 42(j)(5) partnerships . . . . . . . . . . . . . | | 12b(1) | | Form 8586, line 5 |
| | | (2) Other than on line 12b(1) . . . . . . . . . . . . . . . . | | 12b(1) | | |
| | c | Qualified rehabilitation expenditures related to rental real estate activities | | 12c | | |
| | d | Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities | | 12d | | See pages 6 and 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | e | Credits related to other rental activities . . . . . . . . . . . | | 12e | | |
| | 13 | Other credits . . . . . . . . . . . . . . . . . . . . . . . . | | 13 | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.          Schedule K-1 (Form 1120S) 2001

JSA
1C1600 3.000

12/11/2006                    23-2767067                    25

Schedule K-1 (Form 1120S) (2001)    **Shareholder#02    JEFFREY NORMAN**    Page **2**

| (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **14a** Depreciation adjustment on property placed in service after 1986 | 14a | -1,923. | See page 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S) and Instructions for Form 6251 |
| **b** Adjusted gain or loss | 14b | | |
| **c** Depletion (other than oil and gas) | 14c | | |
| **d** (1) Gross income from oil, gas, or geothermal properties | 14d(1) | | |
| (2) Deductions allocable to oil, gas, or geothermal properties | 14d(2) | | |
| **e** Other adjustments and tax preference items (attach schedule) | 14e | | |
| **15a** Name of foreign country or U.S. possession ▶ | | | |
| **b** Gross income from all sources | 15b | | |
| **c** Gross income sourced at shareholder level | 15c | | |
| **d** Foreign gross income sourced at corporate level: | | | |
| (1) Passive | 15d(1) | | |
| (2) Listed categories (attach schedule) | 15d(2) | | |
| (3) General limitation | 15d(3) | | |
| **e** Deductions allocated and apportioned at shareholder level: | | | |
| (1) Interest expense | 15e(1) | | Form 1116, Part I |
| (2) Other | 15e(2) | | |
| **f** Deductions allocated and apportioned at corporate level to foreign source income: | | | |
| (1) Passive | 15f(1) | | |
| (2) Listed categories (attach schedule) | 15f(2) | | |
| (3) General limitation | 15f(3) | | |
| **g** Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 15g | | Form 1116, Part II |
| **h** Reduction in taxes available for credit (attach schedule) | 15h | | See Instructions for Form 1116 |
| **16** Section 59(e)(2) expenditures: a Type ▶ | | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| **b** Amount | 16b | | |
| **17** Tax-exempt interest income | 17 | | Form 1040, line 8b |
| **18** Other tax-exempt income | 18 | | |
| **19** Nondeductible expenses | 19 | 20. | See page 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| **20** Property distributions (including cash) other than dividend distributions reported to you on Form 1099-DIV | 20 | | |
| **21** Amount of loan repayments for "Loans From Shareholders" | 21 | | |
| **22** Recapture of low-income housing credit: | | | |
| **a** From section 42(j)(5) partnerships | 22a | | Form 8611, line 8 |
| **b** Other than on line 22a | 22b | | |

**23** Supplemental information required to be reported separately to each shareholder (attach additional schedules if more space is needed):

JSA
1C1610 3.000

Schedule K-1 (Form 1120S) 2001