# EXHIBIT C

September ___, 2002

Mr. David W. Elkin
President
US MobilComm, Inc.
805 Bryn Mawr Avenue
Newton Square, PA 19073-4330

    Re:    Re: Potential Sales or Other Dispositions of US MobilComm, Inc. Assets and/or Stock

Dear Mr. Elkin:

    At the request of Jeffrey Norman and other minority stockholders of US MobilComm, Inc., I am writing to inquire about the sale or other disposition of any assets or stock of US MobilComm, Inc. over the past three (3) years, and the distribution or use of any proceeds of any such sales or dispositions. Mr. Norman and the stockholders would like to receive documents and information about all such sales and dispositions and the distribution and/or use of any and all of such proceeds.

    I understand that you have confirmed to Mr. Norman that at least one sale of assets has taken place. Despite Mr. Norman's requests, however, he has never received any information confirming the terms of such sale and the distribution and/or use of those sale proceeds.

    Under these circumstances, Mr. Norman, on behalf of himself and the other minority stockholders, hereby requests, pursuant to, inter alia, Section 220 of the Delaware General Corporation Law, an inspection of US MobilComm, Inc.'s books and records, including, but not limited to, any and all documents relating to any sale or other disposition of assets or stock of US MobilComm, Inc., and the use and/or distribution of the proceeds of any such sale or other disposition. A copy of Mr. Norman's demand for such inspection under oath is attached hereto.

PTF0051