## CERTIFICATE OF SERVICE

I, Christine S. Azar, hereby certify that on this 11th day of October, 2007, the attached **DEFENDANTS' MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DATED SEPTEMBER 26, 2007** was e-filed with Court and served electronically upon the parties listed below:

> Sean Bellew, Esquire
> David Felice, Esquire
> Cozen O'Connor
> Chase Manhattan Centre
> 1201 N Market Street, Suite 1400
> Wilmington, DE 19801

> _____ /s/ Christine S. Azar _
> Christine S. Azar (DE Bar #4170)