IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY M. NORMAN, | : |
| Plaintiff, | : |
| v. | : C.A. No. 06-005-JJF |
| DAVID W. ELKIN, RICHARD M. SHORIN and THE ELKIN GROUP, INC., | : Jury Trial Demanded |
| Defendant, | : |
| and | : |
| U.S. MOBILCOMM, INC. | : |
| Nominal Defendant. | : |

## SUBSTITUTION OF COUNSEL

TO:   CLERK OF THE COURT

Kindly substitute the appearance of Kurt M. Heyman, Esquire of Proctor Heyman LLP for Sean J. Bellew, Esquire and David A. Felice, Esquire of Cozen O'Connor as counsel of record on behalf of Plaintiff Jeffrey M. Norman in the above-captioned matter.

Dated: July 24, 2008

| PROCTOR HEYMAN LLP | COZEN O'CONNOR |
|---|---|
| /s/ Kurt Heyman/PLF | /s/ |
| Kurt M. Heyman (#3054) | Sean J. Bellew (#4072) |
| 1116 West Street | David A. Felice ($4090) |
| Wilmington, DE 19801 | 1201 N. Market Street, Suite 1400 |
| Telephone: (302) 472-7302 | Wilmington, DE 19801 |
| Facsimile: (302) 472-7320 | Telephone: (302) 295-2000 |
| | Facsimile: (302) 295-2013 |

## CERTIFICATE OF SERVICE

I, Kurt M. Heyman, hereby certify that on July 24, 2008, copies of the foregoing Substitution of Counsel were served electronically on counsel listed below

Steven L. Caponi, Esquire
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE 19801

Sean J. Bellew, Esquire
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801

_____
Kurt M. Heyman (# 3054)