IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JEFFREY M. NORMAN,

    Plaintiff,

v.

DAVID W. ELKIN, RICHARD M. SHORIN, and THE ELKIN GROUP, INC.,

    Defendants

and

US MOBILCOMM, INC.,

    Nominal Defendant.

C.A. No. 06-005-LPS

## FINAL JUDGMENT

WHEREAS, this action came on for trial before the Court and a jury, Honorable Leonard P. Stark, Chief United States District Judge, presiding, and the issues having been tried and the jury having rendered its verdict on December 12, 2014, and answered a Verdict Form (D.I. 246; 247, the "Jury Verdict");

WHEREAS, on August 14, 2015, the Court issued a Memorandum Order adjudicating the parties' respective post-trial motions (D.I. 282, the "Order");

WHEREAS, by way of the Order, the Court granted judgment as a matter of law in favor of Defendant David W. Elkin ("Defendant" or "Elkin") and against Plaintiff Jeffrey M. Norman ("Plaintiff" or "Norman") on all claims;

**IT IS ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Defendant and against Plaintiff on all of Plaintiff's claims and the Jury Verdict is hereby **VACATED**.

_____
Chief Judge Leonard P. Stark
United States District Court