IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY M. NORMAN,<br><br>Plaintiff,<br><br>v.<br><br>DAVID W. ELKIN, RICHARD M. SHORIN, and THE ELKIN GROUP, INC.,<br><br>Defendants<br><br>and<br><br>US MOBILCOMM, INC.,<br><br>Nominal Defendant. | :<br>:<br>:<br>:<br>:  C.A. No. 06-005-LPS<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## FINAL JUDGMENT

WHEREAS, this action came on for trial before the Court and a jury, Honorable Leonard P. Stark, Chief United States District Judge, presiding, and the issues having been tried and the jury having rendered its verdict on December 12, 2014, and answered a Verdict Form (D.I. 246; 247, the "Jury Verdict");

WHEREAS, on August 14, 2015, the Court issued a Memorandum Order adjudicating the parties' respective post-trial motions (D.I. 282, the "Order");

WHEREAS, by way of the Order, the Court granted judgment as a matter of law in favor of Defendant David W. Elkin ("Defendant" or "Elkin") and against Plaintiff Jeffrey M. Norman ("Plaintiff" or "Norman") on all claims;

**IT IS ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Defendant and against Plaintiff on all of Plaintiff's claims and the Jury Verdict is hereby **VACATED**.

122138.00601/101350597v.1

Exhibit 1

_____
Chief Judge Leonard P. Stark
United States District Court