# **<u>EXHIBIT 1</u>**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFERY M. NORMAN, | : |
| Plaintiff, | : |
| v. | : C.A. No. 06-005-LPS |
| DAVID W. ELKIN, RICHARD M. SHORIN, and THE ELKIN GROUP, INC. | : |
| Defendants, | : |
| and | : |
| US MOBILCOMM, INC., | : |
| Nominal Defendant | : |

At Wilmington this 26th day of March, 2012, for the reasons set forth in the Memorandum Opinion issued this same date,

**IT IS HEREBY ORDERED** that:

Plaintiff's Motion for a New Trial (D.I. 159) is **GRANTED**. The new trial shall be limited exclusively to the issue of appropriate damages for the breach of contract claim. All of Plaintiff's other requests for relief are **DENIED**.

_____
UNITED STATES DISTRICT JUDGE