# **EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFERY M. NORMAN, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 06-005-LPS |
| : | |
| DAVID W. ELKIN, RICHARD M. SHORIN, : | |
| and THE ELKIN GROUP, INC., : | |
| : | |
| Defendants, : | |
| : | |
| and : | |
| : | |
| US MOBILCOMM, INC., : | |
| : | |
| Nominal Defendant. : | |

## ORDER

At **Wilmington,** this **12th** day of **October, 2012**:

Whereas, the Court having considered Defendant David W. Elkin's Motion for Reconsideration or, in the Alternative, Motion for Post-Verdict Relief (the "Motion") (D.I. 172), and the responses and pleadings related thereto, and the Court having heard oral argument thereon, for the reasons set forth on the record at the hearing this same date,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion (D.I. 172) is **GRANTED in part and DENIED in part**, as stated on the record during the hearing. A new jury trial will be held on Plaintiff's breach of contract claim, including what, if any, contract damages Plaintiff may be entitled to, as well as whether or not Defendant is entitled to an offset.

2. This matter is hereby referred to a Magistrate Judge to explore the possibility of alternative dispute resolution.

3. The parties shall meet and confer and submit, by Friday, October 19, 2012, their proposal(s) for proceeding to trial, including the requested length and timing of trial.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
Honorable Leonard P. Stark
UNITED STATES DISTRICT JUDGE