# **EXHIBIT 3**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY M. NORMAN, | : |
|    Plaintiff, | : |
| v. | : |
| DAVID W. ELKIN, RICHARD M. SHORIN and THE ELKIN GROUP, INC., | : Civil Action NO. 06-005-JJF |
|    Defendants, | : |
| and | : |
| US MOBILCOMM, INC., | : |
|    Nominal Defendant. | : |

### O R D E R

At Wilmington, this 30 day of July 2010, for the reasons set forth in the Memorandum Opinion issued this date;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Defendants' Motion For Judgment As A Matter of Law (D.I. 126) is **GRANTED** on all claims asserted by Plaintiff, except with respect to the second and third grounds of Plaintiff's breach of contract claim. Judgment entered on the jury verdict is **VACATED** in all respects, except with respect to the second and third grounds of Plaintiff's breach of contract claim. An Amended Judgment Order on all claims will be entered.

2. Plaintiff's Motion For Judgment As A Matter Of Law (D.I. 127) is **DENIED**.

3.  Plaintiff's Motion For Pre-Judgment Interest, Post-Judgment Interest And Attorneys' Fees On Judgment For Breach Of Contract, Fraud, And Unjust Enrichment Against Defendant David Elkin (D.I. 134) is **GRANTED** with respect to post-judgment interest on Plaintiff's breach of contract claim, and **DENIED** with respect to pre-judgment interest and attorneys' fees.

4.  Defendants' Motion To Strike Plaintiff's Reply To Defendants' Brief In Opposition To Plaintiff's Opening Post-Trial Memorandum On His Equitable Claims And Renewed Motion For Judgment As A Matter Of Law (D.I. 153) is **DENIED**.

_____
UNITED STATES DISTRICT JUDGE