# **EXHIBIT 4**

IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF DELAWARE

JEFFREY M. NORMAN,                :
                                  :
          Plaintiff,              :
                                  :
     v.                           :
                                  :
DAVID W. ELKIN, RICHARD M.        :
SHORIN and                        :   Civil Action NO. 06-005-JJF
THE ELKIN GROUP, INC.,            :
                                  :
          Defendants,             :
                                  :
     and                          :
                                  :
US MOBILCOMM, INC.,               :
                                  :
          Nominal Defendant.      :

## **AMENDED JUDGMENT ORDER**

For the reasons set forth in the Court's Memorandum Opinion and Order entered this date;

IT IS HEREBY ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants David W. Elkin, Richard M. Shorin, and The Elkin Group, and against Plaintiff Jeffery M. Norman, on the first ground of Plaintiff's breach of contract claim, and on Plaintiff's fraud, conversion/misappropriation, breach of fiduciary duty of loyalty, breach of fiduciary duty of disclosure, aiding and abetting breach of fiduciary duty, usurpation of corporate opportunity, unjust enrichment, and declaratory judgment claims.

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Plaintiff Jeffery M. Norman, and

against Defendants David W. Elkin, Richard M. Shorin, and The Elkin Group, on the second and third grounds of Plaintiff's breach of contract claim, in the amount of the jury's verdict of one dollar ($1.00) plus post-judgment interest as assessed under 28 U.S.C. § 1961.

                                                                                                 _____
                                                                                       UNITED STATES DISTRICT JUDGE

Dated: July 30, 2010

                                                                                           _____
                                                                                           (By) Deputy Clerk