# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY M. NORMAN, | : |
| Plaintiff, | : |
| v. | : C.A. No. 06-005-LPS |
| DAVID W. ELKIN, RICHARD M. SHORIN and THE ELKIN GROUP, INC., | : Jury Trial Demanded |
| Defendants, | : |
| -and- | : |
| US MOBILCOMM, INC., | : |
| Nominal Defendant. | : |

**CERTIFICATION PURSUANT TO D. DEL. LR 7.1.1 REGARDING DEFENDANT DAVID W. ELKIN'S MOTION TO AMEND BRIEFING SCHEDULE DUE TO SETTLEMENT DISCUSSIONS AND FOR EXPEDITED CONSIDERATION**

Counsel for Defendant David W. Elkin ("Movant") hereby certifies that Plaintiff's Counsel in the above-captioned action was contacted with respect to the matters set forth in the attached Motion but Movant's attempts to resolve the matters set forth in the Motion, without Court intervention, were unsuccessful.

Date: October 3, 2017

**BLANK ROME LLP**

*/s/ David A. Dorey*
David A. Dorey (DE No. 5283)
Adam V. Orlacchio (DE No. 5520)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
302-425-6400
dorey@blankrome.com
orlacchio@blankrome.com

*Counsel for Defendant David W. Elkin*

122138.00601/106195147v.1