# **EXHIBIT B**

**From:** David A. Felice [mailto:DFelice@baileyglasser.com]
**Sent:** Monday, October 2, 2017 5:12 PM
**To:** Dorey, David A. <Dorey@BlankRome.com>
**Subject:** RE: elkin

David:

We will not agree to postpone briefing.

David

_____

**David A. Felice**
**Bailey & Glasser LLP**
**T: 302.504.6333**

**From:** Dorey, David A. [mailto:Dorey@BlankRome.com]
**Sent:** Monday, October 02, 2017 5:11 PM
**To:** David A. Felice
**Subject:** elkin

David – any response on the request to move briefing schedule back by 30 days?  I can prepare a stip or motion, whichever your preference, but I need to move on it now.  Thanks.

**David A. Dorey | Blank Rome LLP**
1201 Market Street Suite 800 | Wilmington, DE 19801
Phone: 302.425.6418 | Fax: 302.425.6464 | Email: Dorey@BlankRome.com
Web page: http://www.blankrome.com/index.cfm?contentID=10&bioID=1727

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

1