# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY M. NORMAN, | : |
| Plaintiff, | : |
| v. | :    C.A. No. 06-005-LPS |
| DAVID W. ELKIN, RICHARD M. SHORIN and THE ELKIN GROUP, INC., | :    Jury Trial Demanded |
| Defendants, | : |
| -and- | : |
| US MOBILCOMM, INC., | : |
| Nominal Defendant. | : |

## ORDER GRANTING DEFENDANT DAVID W. ELKIN'S MOTION TO AMEND BRIEFING SCHEDULE DUE TO SETTLEMENT DISCUSSIONS AND FOR EXPEDITED CONSIDERATION

The Court having considered Defendant David W. Elkin's Motion to Amend Briefing Schedule Due to Settlement Discussions and for Expedited Consideration (the "Motion"),[1]

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that briefing on the issues set forth the parties' joint letter dated August 1, 2017 (D.I. 301) and as discussed and ordered during the August 16, 2017 teleconference (D.I. 304) shall proceed as follows:

---

[1] Capitalized terms used but not herein defined shall have the meaning set forth in the Motion.

122138.00601/106195147v.1

| | |
|---|---|
| Simultaneous opening briefs shall be filed on: | November 21, 2017 |
| Simultaneous answering briefs shall be filed on: | December 22, 2017 |
| Simultaneous reply briefs shall be filed on: | January 26, 2018 |

Dated: _____, 2017

_____
The Honorable Leonard P. Stark
Chief Judge, United States District Court

122138.00601/106195147v.1